IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| PHOENIX CAPITAL GROUP HOLDINGS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:23-cv-00209 |
| INCLINE ENERGY PARTNERS, L.P. | § § § | |
| Defendant. | § § | |

## DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS

Defendant, Incline Energy Partners, L.P. ("Incline"), by and through its undersigned counsel, hereby moves this Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's, Phoenix Capital Group Holdings, LLC, Complaint. In support of this motion, Incline incorporates the accompanying Brief in Support of Defendant's Rule 12(b)(6) Motion to Dismiss.

Dated this 28th day of November, 2023.

Respectfully submitted,

By: */s/ Charlene C. Koonce*
    Charlene C. Koonce
    Texas Bar No. 11672850
    charlene@brownfoxlaw.com

BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX  75225
Tel. 214.327.5000
Fax. 214.327.5001
Joshua A. Swanson
North Dakota Bar No. 06788

VOGEL LAW FIRM
Joshua A. Swanson
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
jswanson@vogellaw.com

*Attorneys for Defendant Incline Energy Partners, L.P.*