IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| PHOENIX CAPITAL GROUP HOLDINGS, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 1:23-cv-00209 |
| INCLINE ENERGY PARTNERS, L.P. | | |
| Defendant. | | |

## DEFENDANT'S MOTION TO DISMISS BASED ON ABSTENTION, OR ALTERNATIVELY, MOTION TO TRANSFER VENUE

Defendant, Incline Energy Partners, L.P. ("Incline"), by and through its undersigned counsel, hereby moves this Court for an order under Rule 12(b)(1) of the Federal Rules of Civil Procedure and *Colorado River* abstention to abstain from exercising its jurisdiction and dismiss the Complaint or stay this case, or, alternatively, to transfer venue to the United States District Court for the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1404(a). In support of this motion, Incline incorporates the accompanying Brief in Support of Defendant's Motion to Dismiss Based on Abstention, or Alternatively, to Transfer Venue.

Dated this 28th day of November, 2023.

Respectfully submitted,

By: */s/ Charlene C. Koonce*
Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com

BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX  75225

Tel. 214.327.5000
Fax. 214.327.5001
Joshua A. Swanson
North Dakota Bar No. 06788

VOGEL LAW FIRM
Joshua A. Swanson
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
jswanson@vogellaw.com

*Attorneys for Defendant Incline Energy Partners, L.P.*