# EXHIBIT A-2

## Case Information

DC-22-06350 | PHOENIX CAPITAL GROUP HOLDINGS LLC vs. WILLIAM FRANCIS et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-22-06350 | 116th District Court | PARKER, TONYA |
| File Date | Case Type | Case Status |
| 06/15/2022 | DEFAMATION | OPEN |

## Party

**PLAINTIFF**
PHOENIX CAPITAL GROUP HOLDINGS LLC

Active Attorneys ▾
Lead Attorney
CREWSE, JAMES O
Retained

**DEFENDANT**
FRANCIS, WILLIAM

Active Attorneys ▾
Lead Attorney
THOMAS, CORTNEY C
Retained

Attorney
KOONCE, CHARLENE CANTRE
Retained

**DEFENDANT**
INCLINE ENERGY PARTNERS, L.P.

Active Attorneys ▾
Lead Attorney
THOMAS, CORTNEY C
Retained

Details

Attorney
KOONCE, CHARLENE CANTRE
Retained

---

## Events and Hearings

| 06/15/2022 NEW CASE FILED (OCA) - CIVIL |
|---|

06/15/2022 ORIGINAL PETITION ▾

Comment
Plaintiff's Original Petition

06/17/2022 ISSUE CITATION ▾

ISSUE CITATION - 1. WILLIAM FRANCIS

ISSUE CITATION - 2. INCLINE ENERGY PARTNERS, L.P.

▢ █████ ▊ATION▾

Served
06/17/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
06/23/2022
Comment
WILLIAM FRANCIS

▢ █████ ▊ATION▾

Served
06/17/2022

Anticipated Server
ESERVE

Anticipated Method

Actual Server
PRIVATE PROCESS SERVER

Returned
06/23/2022

Comment
INCLINE ENERGY PARTNERS, L.P.

---

06/23/2022 RETURN OF SERVICE ▾

EXECUTED CITATION - INCLINE ENERGY PARTNERS LP

Comment
EXECUTED CITATION - INCLINE ENERGY PARTNERS LP

---

06/23/2022 RETURN OF SERVICE ▾

EXECUTED CITATION - WILLIAM FRANCIS

Comment
EXECUTED CITATION - WILLIAM FRANCIS

---

07/08/2022 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER

---

07/12/2022 SCHEDULING ORDER ▾

SCHEDULING ORDER

Comment
LEVEL 2

---

07/13/2022 VACATION LETTER

---

07/13/2022 MISCELLANOUS EVENT ▾

NOT INTENT TO SERVE INTERNATIONAL BANK & TRUST

Comment
NOT INTENT TO SERVE SUB FIRST INTERNATIONAL BANK & TRUST

---

07/14/2022 MOTION - MODIFY MISC ▾

DEFTS' M/MODIFY DISCOVERY CONTROL PLAN, M/ENTRY OF SCHEDULING ORDER AND M/EXTENSION OF DEADLINES

Comment
DISCOVERY CONTROL PLAN, MOTION FOR ENTRY OF LEVEL 3 SCHEDULING ORDER AND M/EXTENSION OF DEADLINES FOR MOTIONS TO DISMISS

---

07/25/2022 MISCELLANOUS EVENT ▾

DEF(S) NOTICE OF SERVICE

Comment
NOTICE OF SERVICE

07/28/2022 MOTION - PROTECT ▾

MOTION FOR PROTECTIVE ORDER

07/28/2022 RESPONSE ▾

RESP TO DISC CONTROL PLAN, MTN FOR ENTRY OF LEVEL 3 SCHEDULING ORDER,EXTEN OF
DEADLINES MTN DISMISS

Comment
DISCOVERY CONTROL PLAN, MOTION FOR ENTRY OF LEVEL 3 SCHEDULING ORDER AND
M/EXTENSION OF DEADLINES FOR MOTIONS TO DISMISS

08/16/2022 MOTION - DISMISS ▾

MOTION TO DISMISS

08/16/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER ON MOTION TO DISMISS

Comment
PROPOSED ORDER ON MOTION TO DISMISS

08/16/2022 MISCELLANOUS EVENT ▾

APPENDIX IN SUPPORT OF DEFENDANTS TCPA MOTION TO DISMISS

Comment
APPENDIX IN SUPPORT OF DEFENDANTS TCPA MOTION TO DISMISS

08/23/2022 MOTION - MISCELLANOUS ▾

MOTION FOR ADMISSION PRO HAV VICE

Comment
MOTION FOR ADMISSION PRO HAC VICE

08/23/2022 MOTION - MISCELLANOUS ▾

MOTION FOR ADMISSION PRO HAC VICE

Comment
MOTION FOR ADMISSION PRO HAC VICE

08/23/2022 MOTION - PRO HAC VICE ▾

PLAINTIFF UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE - VERNON E. INGE, JR. - PATRICK
D. HOUSTON

Details

Comment
PLAINTIFF JAMES CREWSE S UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE -
VERNON E. INGE, JR. - PATRICK D. HOUSTON

08/23/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

PROPOSED ORDER GRANTING UNOPPOSED MOTIONS - ADMISSION PRO HAC VICE - VINGE, JR.
AND PHOUSTON

Comment
PROPOSED ORDER GRANTING UNOPPOSED MOTIONS FOR ADMISSION PRO HAC VICE -
VERNON E. INGE, JR. AND PATRICK D. HOUSTON

08/26/2022 ORDER - GRANTING PRO HAC VICE ▼

ORDER - RETAIN CASE ON DOCKET

Comment
VERNON E INGE, JR AND PATRICK D. HOUSTON

08/31/2022 NOTICE OF HEARING / FIAT ▼

NOTICE OF HEARING-DEFTS' MOTION TO DISMISS

Comment
DEFENDANTS' MOTION TO DISMISS

09/22/2022 MOTION HEARING ▼

DEFTS' M/MODIFY DISCOVERY CONTROL PLAN, M/ENTRY OF SCHEDULING ORDER AND
M/EXTENSION OF DEADLINES

Judicial Officer(s)
PARKER, TONYA, PARKER, TONYA

Hearing Time
9:00 AM

REQUESTED BY ATTORNEY/PRO SE

Comment
KIMBERLY O' ROURKE (214-396-5962) 30MIN DEF/MOTION MODIFY FILED 7/14/22 **CC REQUESTED
AND IN PERSON HEARING**

09/29/2022 OBJECTION ▼

OBJECTION TO PURPORTED EVIDENCE

Comment
TO PURPORTED EVIDENCE

09/29/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

PROPOSED ORDER ON OBJECTIONS TO PURPORTED EVIDENCE

Comment
PROPOSED ORDER ON OBJECTIONS TO PURPORTED EVIDENCE

09/29/2022 RESPONSE ▾

RESPONSE TO MOTION TO DISMISS

Comment
TO MOTION TO DISMISS

09/29/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER DENYING MOTION TO DISMISS

Comment
PROPOSED ORDER DENYING MOTION TO DISMISS

09/29/2022 MOTION - LEAVE ▾

MOTION FOR LEAVE TO FILE AMENDED DECLARATIONS

Comment
TO FILE AMENDED DECLARATIONS

09/29/2022 MISCELLANOUS EVENT ▾

AMENDED APPENDIX

Comment
AMENDED APPENDIX

09/29/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER GRANTING MOTION TO FILE AMENDED DECLARATIONS

Comment
PROPOSED ORDER GRANTING MOTION TO FILE AMENDED DECLARATIONS

09/30/2022 NOTICE OF HEARING / FIAT ▾

NOH RE: D/M/LEAVE - 10/06/2022 - 1:00PM

Comment
NOH RE: D/M/LEAVE - 10/06/2022 - 1:00PM

09/30/2022 NOTICE OF HEARING / FIAT ▾

NOH RE: P/OBJ/EVID/DEF(S) - 10/06/2022 - 1:00PM

Comment
RE: P/OBJ/EVID/DEF(S) - 10/06/2022 - 1:00PM

10/03/2022 NOTE - CLERKS ▾

11/17/23, 3:21 PM                                                    Details

Comment
COURTESY COPY RECEIVED

10/03/2022 CORRESPONDENCE - LETTER TO FILE ▾

CORR LETTER RE: HEARING NOTEBOOK

Comment
RE: HEARING NOTEBOOK

10/03/2022 RESPONSE ▾

PLAINTIFF S RESPONSE - DEF(S) MOTION FOR LEAVE - OBJ – AMENDED DECLARATIONS

Comment
PLAINTIFF S - DEF(S) MOTION FOR LEAVE - OBJ - AMENDED DECLARATIONS

10/03/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER ON MOTION TO AMEND OBJECTIONS

Comment
PROPOSED ORDER ON MOTION TO AMEND OBJECTIONS

10/03/2022 MOTION - STRIKE ▾

MOTION TO STRIKE AND OBJECTIONS

Comment
AND OBJECTIONS

10/03/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER ON MOTION TO STRIKE AND OBJECTIONS

Comment
PROPOSED ORDER ON MOTION TO STRIKE AND OBJECTIONS

10/03/2022 RESPONSE ▾

RESPONSE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEF MOTION FOR LEAVE

Comment
IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEF MOTION FOR LEAVE

10/03/2022 RESPONSE ▾

DEFENDANTS REPLY - PLAINTIFF S RESPONSE IN OPPOSITION TO TCPA MOTION TO DISMISS

Comment
DEFENDANTS REPLY - PLAINTIFF S RESPONSE IN OPPOSITION TO TCPA MOTION TO DISMISS

10/03/2022 RESPONSE ▾

DEF(S) RESPONSE - PLAINTIFF S OBJ - EVID SUBMITTED IN SUPPORT OF DEF(S) TCPA MOTION

Comment
DEF(S) - PLAINTIFF S OBJ - EVID SUBMITTED IN SUPPORT OF DEF(S) TCPA MOTION

10/03/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER ON DEF(S) RESPONSE - PLAINTIFF S OBJ - EVID SUBMITTED - DEF(S) TCPA
MOTION - DISMISS

Comment
PROPOSED ORDER ON DEF(S) RESPONSE TO PLAINTIFF S OBJECTIONS - EVIDENCE
SUBMITTED IN SUPPORT OF DEFENDANTS TCPA MOTION TO DISMISS

10/04/2022 NOTE - CLERKS ▾

Comment
COURTESY COPY RECEIVED

10/04/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER ON PLAINTIFF S OBJECTIONS TO AMENDED DECLARATIONS

Comment
PROPOSED ORDER ON PLAINTIFF S OBJECTIONS TO AMENDED DECLARATIONS

10/04/2022 CORRESPONDENCE - LETTER TO FILE ▾

CORR LETTER RE: DEFENDANTS' HEARING NOTEBOOK FOR 10.06.22 HEARING

Comment
RE: DEFENDANTS' HEARING NOTEBOOK FOR 10.06.22 HEARING

10/06/2022 Motion - Dismiss ▾

MOTION TO DISMISS

PROPOSED ORDER ON MOTION TO DISMISS

NOTICE OF HEARING-DEFTS' MOTION TO DISMISS

OBJECTION TO PURPORTED EVIDENCE

PROPOSED ORDER ON OBJECTIONS TO PURPORTED EVIDENCE

RESPONSE TO MOTION TO DISMISS

PROPOSED ORDER DENYING MOTION TO DISMISS

MOTION FOR LEAVE TO FILE AMENDED DECLARATIONS

AMENDED APPENDIX

PROPOSED ORDER GRANTING MOTION TO FILE AMENDED DECLARATIONS

NOH RE: D/M/LEAVE - 10/06/2022 - 1:00PM

NOH RE: P/OBJ/EVID/DEF(S) - 10/06/2022 - 1:00PM

RESPONSE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEF MOTION FOR LEAVE

DEFENDANTS REPLY - PLAINTIFF S RESPONSE IN OPPOSITION TO TCPA MOTION TO DISMISS

Details

DEF(S) RESPONSE - PLAINTIFF S OBJ - EVID SUBMITTED IN SUPPORT OF DEF(S) TCPA MOTION

PROPOSED ORDER ON DEF(S) RESPONSE - PLAINTIFF S OBJ - EVID SUBMITTED - DEF(S) TCPA MOTION - DISMISS

PROPOSED ORDER ON PLAINTIFF S OBJECTIONS TO AMENDED DECLARATIONS

Judicial Officer(s)
PARKER, TONYA, PARKER, TONYA

Hearing Time
1:00 PM

Comment
DEFT-M/ DISMISS; DEFT M/LEAVE TO FILE AMENDED DECLARATION;PLTF OBJ TO EVIDENCE;DEFTS' OBJ & M/STRIKE EVID 30M-FILED-08/16/2022-SET BY-KIMBERLY O'ROARKE-214-396-5962 **CC REQ** **IN-PERSON HEARING** CC RECEIVED 10-3-22 (ST) IN PERSON

10/06/2022 ORDER - LEAVE ▾

ORDER - LEAVE

Comment
TO FILE AMENDED DECLARATIONS

10/10/2022 ORDER - DISMISSAL ▾

ORDER - DISMISSAL

Comment
DEF(S) TCPA MOTION

10/27/2022 INTERVENTION ▾

PLEA IN INTERVENTION AND MOTION TO SEAL COURT RECORDS

Comment
INTERVENOR - PLEA IN - AND MOTION TO SEAL COURT RECORDS ***NO ORDER SUBMITTED***

10/28/2022 Motion - Dismiss ▾

Judicial Officer
PARKER, TONYA

Hearing Time
11:00 AM

Comment
CONTINUANCTION OF D/ TCPA M/DISMISS( heard on Oct 6, 2022) IN PERSON. COURT RETAINS CC.

11/01/2022 NOTICE OF HEARING / FIAT ▾

NOH RE: N MOTION TO SEAL - 12/15/2022 - 1:30PM

Comment
RE: MOTION TO SEAL - 12/15/2022 - 1:30PM

Details

11/04/2022 RETURN OF SERVICE ▾

EXECUTED VERIFIED NOTICE OF HEARING ON MOTION TO SEAL COURT RECORDS

Comment
EXECUTED VERIFIED NOTICE OF HEARING ON MOTION TO SEAL COURT RECORDS

11/08/2022 ORDER - MISC. ▾

Comment
ORDER ON DEF(S) OBJECTIONS AND MOTION TO STRIKE EVIDENCE SUBMITTED -
PLAINTIFFS IN SUPPORT - RESPONSE - DEF(S) MOTION TCPA MOTION TO DISMISS

11/08/2022 ORDER - MISC. ▾

Comment
ORDER ON PLAINTIFFS OBJECTIONS - AMENDED DECLARATIONS - CHARLENE KOONCE AND
WILLIAM FRANCIS

11/08/2022 ORDER - MISC. ▾

Comment
ORDER ON PLAINTIFFS OBJECTIONS TO PURPORTED EVIDENCE SUBMITTED BY
DEFENDANTS WILLIAM FRANCES AND INCLINE ENERGY PARTNERS, LP

11/09/2022 ORDER - DISMISSAL ▾

ORDER - DISMISSAL

Comment
PARTIALLY GRANTING AND PARTIALLY DENYING

11/22/2022 DISCOVERY ▾

DISCOVERY - PLAINTIFF'S NOTICE OF INTENT - SUBPOENA THE DALMORE GROUP, LLC

Comment
PLAINTIFF'S NOTICE OF INTENT - SUBPOENA THE DALMORE GROUP, LLC

11/22/2022 DISCOVERY ▾

DISCOVERY - PLAINTIFF'S NOTICE OF INTENT - SUBPOENA FIRST INTERNATIONAL BANK AND
TRUST

Comment
PLAINTIFF'S NOTICE OF INTENT - SUBPOENA FIRST INTERNATIONAL BANK AND TRUST

11/23/2022 NOTICE OF APPEAL - CT. OF APPEALS ▾

11/17/23, 3:21 PM                                              Details

DEFENDANTS-DESIGNATION REQUESTED AT TIME OF ACCEPTANCE BY 4PM 11-23/2022

Comment
DEFENDANTS-DESIGNATION REQUESTED AT TIME OF ACCEPTANCE BY 4PM 11-23/2022

11/23/2022 REQUEST CLERK PREP ▼

APPELLANT'S

Comment
APPELLANT'S

11/28/2022 NOTE - CLERKS ▼

Comment
COA CASE NO 05-22-01260-CV PREPARING REQUESTED CLERK'S

11/28/2022 CLERK'S RECORD PAYMENT INVOICE ▼

CLERK'S RECORD PAYMENT INVOICE

Comment
EMAILED ATTY. $896.00

1▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮ ▼

COA - POST CARD

Comment
05-22-01260-CV

12/05/2022 DISCOVERY ▼

PLAINTIFF-NOTICE OF INTENT TO SUBPOENA

Comment
PLAINTIFF-NOTICE OF INTENT TO SUBPOENA

12/05/2022 DISCOVERY ▼

DISCOVERY PLAINTIFF'S NOTICE OF INTENT - SUBPOENA GODADDY.COM, LLC

Comment
PLAINTIFF'S NOTICE OF INTENT - SUBPOENA GODADDY.COM, LLC

12/05/2022 DISCOVERY ▼

DISCOVERY PLAINTIFF NOTICE OF INTENT - SUBPOENA JOE MOYLAN

Comment
PLAINTIFF NOTICE OF INTENT- SUBPOENA JOE MOYLAN

12/05/2022 DISCOVERY ▼

DISCOVERY - PLAINTIFF NOTICE OF INTENT - SUBPOENA GREELEY PUBLISHING CO.

Comment
PLAINTIFF NOTICE OF INTENT TO SUBPOENA GREELEY PUBLISHING CO.

12/06/2022 MOTION - WITHDRAW MISC ▾

MOTION TO WITHDRAW DECEMBER 5, 2022 NOTICES OF INTENT TO SUBPOENA

Comment
OF DECEMBER 5, 2022 NOTICES OF INTENT TO SUBPOENA

12/07/2022 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

12/07/2022 APPELLATE RECORD ▾

APPELLATE RECORD

Comment
APPELLATE RECORD 05-22-01260-CV CLERKS RECORD SUBMIT 5TH COA WITH
CONFIRMATION # 51427

12/07/2022 COA - POST CARD ▾

COA - POST CARD

Comment
05-22-01260-CV

12/15/2022 MOTION HEARING ▾

PLEA IN INTERVENTION AND MOTION TO SEAL COURT RECORDS

NOH RE: N MOTION TO SEAL - 12/15/2022 - 1:30PM

Judicial Officer(s)
PARKER, TONYA, PARKER, TONYA

Hearing Time
01:30 PM

BY COURT ADMINISTRATOR

Comment
30M - D/M/SEAL RECORDS - FRANCINE CRAE 214-225-0366 - ***IN PERSON HEARING** *** CC
REQ'D***

07/10/2023 Non Jury Trial ▾

Judicial Officer
PARKER, TONYA

Hearing Time
9:00 AM

Comment
Initial Trial Notice (Level 2)

08/30/2023 OPINION ▾

OPINION

08/30/2023 MISCELLANOUS EVENT ▾

MISCELLANOUS EVENT

Comment
COA JUDGMENT

08/30/2023 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

09/26/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER WITHDRAW COUNSEL

Comment
PROPOSED ORDER WITHDRAW COUNSEL

09/26/2023 MOTION - WITHDRAW ATTORNEY ▾

UNOPPOSED MOTION TO WITHDRAW

Comment
UNOPPOSED

09/27/2023 ORDER - WITHDRAW ATTORNEY ▾

ORDER - WITHDRAW ATTORNEY

09/28/2023 MISCELLANOUS EVENT ▾

E-SERVE COVER LETTER

E-SERVE ORDER WITHDRAW COUNSEL

Comment
ESERVE COVER LETTER - ORDER WITHDRAW COUNSEL

10/09/2023 Non Jury Trial ▾

NON JURY TRIAL NOTICE - DO NOT USE

NON JURY TRIAL NOTICE - DO NOT USE

NON JURY TRIAL NOTICE - DO NOT USE

Judicial Officer
PARKER, TONYA

Hearing Time
9:00 AM

BY COURT ADMINISTRATOR

## Financial

No financial information exists for this case.

## Documents

ISSUE CITATION - 1. WILLIAM FRANCIS

ISSUE CITATION - 2. INCLINE ENERGY PARTNERS, L.P.

CITATION - INCLINE ENERGY PARTNERS LP

CITATION - WILLIAM FRANCIS

ORIGINAL ANSWER

SCHEDULING ORDER

DEFTS' M/MODIFY DISCOVERY CONTROL PLAN, M/ENTRY OF SCHEDULING ORDER AND M/EXTENSION OF DEADLINES

NOT INTENT TO SER          INTERNATIONAL BANK & TRUST

DEF(S) NOTICE OF SERVICE

MOTION FOR PROTECTIVE ORDER

RESP TO DISC CONTROL PLAN, MTN FOR ENTRY OF LEVEL 3 SCHEDULING ORDER,EXTEN OF DEADLINES MTN DISMISS

MOTION TO DISMISS

PROPOSED ORDER ON MOTION TO DISMISS

APPENDIX IN SUPPORT OF DEFENDANTS TCPA MOTION TO DISMISS

MOTION FOR ADMISSION PRO HAV VICE

MOTION FOR ADMISSION PRO HAC VICE

Details

PLAINTIFF UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE - VERNON E. INGE, JR. - PATRICK D. HOUSTON

PROPOSED ORDER GRANTING UNOPPOSED MOTIONS - ADMISSION PRO HAC VICE - VINGE, JR. AND PHOUSTON

ORDER - RETAIN CASE ON DOCKET

NOTICE OF HEARING-DEFTS' MOTION TO DISMISS

OBJECTION TO PURPORTED EVIDENCE

PROPOSED ORDER ON OBJECTIONS TO PURPORTED EVIDENCE

RESPONSE TO MOTION TO DISMISS

PROPOSED ORDER DENYING MOTION TO DISMISS

MOTION FOR LEAVE TO FILE AMENDED DECLARATIONS

AMENDED APPENDIX

PROPOSED ORDER GRANTING MOTION TO FILE AMENDED DECLARATIONS

NOH RE: D/M/LEAVE - 10/06/2022 - 1:00PM

NOH RE: P/OBJ/EVID/DEF(S) - 10/06/2022 - 1:00PM

CORR LETTER RE: HEARING NOTEBOOK

PLAINTIFF S RESPONSE - DEF(S) MOTION FOR LEAVE - OBJ - AMENDED DECLARATIONS

PROPOSED ORDER ON MOTION TO AMEND OBJECTIONS

MOTION TO STRIKE AND OBJECTIONS

PROPOSED ORDER ON MOTION TO STRIKE AND OBJECTIONS

RESPONSE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEF MOTION FOR LEAVE

DEFENDANTS REPLY - PLAINTIFF S RESPONSE IN OPPOSITION TO TCPA MOTION TO DISMISS

DEF(S) RESPONSE - PLAINTIFF S OBJ - EVID SUBMITTED IN SUPPORT OF DEF(S) TCPA MOTION

PROPOSED ORDER ON DEF(S) RESPONSE - PLAINTIFF S OBJ - EVID SUBMITTED - DEF(S) TCPA MOTION - DISMISS

PROPOSED ORDER ON PLAINTIFF S OBJECTIONS TO AMENDED DECLARATIONS

CORR LETTER RE: DEFENDANTS' HEARING NOTEBOOK FOR 10.06.22 HEARING

ORDER - LEAVE

ORDER - DISMISSAL

PLEA IN INTERVENTION AND MOTION T        T RECORDS

NOH RE: N MOTION TO SEAL - 12/15/2022 - 1:30PM

EXECUTED VERIFIED NOTICE OF HEARING ON MOTION TO SEAL COURT RECORDS

ORDER - DISMISSAL

DISCOVERY - PLAINTIFF'S NOTICE OF INTENT - SUBPOENA THE DALMORE GROUP, LLC

DISCOVERY - PLAINTIFF'S NOTICE OF INTENT - SUBPOENA FIRST INTERNATIONAL BANK AND TRUST

DEFENDANTS-DESIGNATION REQUESTED AT TIME OF ACCEPTANCE BY 4PM 11-23/2022

APPELLANT'S

CLERK'S RECORD PAYMENT INVOICE

Details

COA - POST CARD

PLAINTIFF-NOTICE OF INTENT TO SUBPOENA

DISCOVERY PLAINTIFF'S NOTICE OF INTENT - SUBPOENA GODADDY.COM, LLC

DISCOVERY PLAINTIFF NOTICE OF INTENT - SUBPOENA JOE MOYLAN

DISCOVERY - PLAINTIFF NOTICE OF INTENT - SUBPOENA GREELEY PUBLISHING CO.

CORRESPONDENCE - LETTER TO FILE

APPELLATE RECORD

MOTION TO WITHDRAW DECEMBER 5, 2022 NOTICES OF INTENT TO SUBPOENA

COA - POST CARD

NON JURY TRIAL NOTICE - DO NOT USE

NON JURY TRIAL NOTICE - DO NOT USE

NON JURY TRIAL NOTICE - DO NOT USE

MISCELLANOUS EVENT

CORRESPONDENCE - LETTER TO FILE

OPINION

PROPOSED ORDER WITHDRAW COUNSEL

UNOPPOSED MOTION TO WITHDRAW

ORDER - WITHDRAW ATTORNEY

E-SERVE COVER LETTER

E-SERVE ORDER WITHDRAW COUNSEL

**Case:**

**05-22-01260-CV**

**Date Filed:**

11/23/2022

**Case Type:**

Damages

**Style:**

William Francis and Incline Energy Partners, L.P.

**v.:**

Phoenix Capital Group Holdings, LLC

**Orig Proc:**

No

**Transfer From:**

**Transfer In:**

**Transfer Case:**

**Transfer To:**

**Transfer Out:**

**Pub Service:**

West Publishing

## APPELLATE BRIEFS

| Date | Event Type | Description | Document |
|------|-----------|-------------|----------|
| 06/05/2023 | Supplemental brief filed | Appellee | [ PDF/212 KB ] Appellee Supplemental Brief |
| 05/24/2023 | Supplemental brief filed | Appellant | [ PDF/227 KB ] Appellant Supplemental Brief |
| 03/17/2023 | Reply brief filed | Appellant | [ PDF/273 KB ] Appellant Reply Brief<br>[ PDF/85 KB ] Notice |
| 02/28/2023 | Brief filed - oral argument requested | Appellee | [ PDF/380 KB ]   Appellee Brief<br>[ PDF/85 KB ]   Notice |
| 02/08/2023 | Brief filed - oral argument requested | Appellant | [ PDF/19.99 MB ] Appellant Brief<br>[ PDF/85 KB ]   Notice |

## CASE EVENTS

| Date | Event Type | Disposition | Document |
|------|-----------|-------------|----------|
| 10/11/2023 | Motion for rehearing disposed | Motion or Writ Denied | [ PDF/150 KB ] Order Denying Appellee's Motion for Rehearing<br>[ PDF/80 KB ]  Notice |
| 09/29/2023 | Motion for rehearing filed | | [ PDF/224 KB ]   Appellee Motion for Rehearing |
| 09/29/2023 | Motion for rehearing due | | |
| 09/14/2023 | Motion for extension of time to file motion for rehearing disposed | Motion or Writ Granted | [ PDF/103 KB ] Order on Appellee Motion Extension Rehearing<br>[ PDF/81 KB ]  Notice |
| 09/12/2023 | Motion for extension of time to file motion for rehearing filed | | [ PDF/166 KB ]   APE motion extend rehearing |
| 08/29/2023 | Memorandum opinion issued | Reversed and Affirmed in Part | [ PDF/366 KB ]   Memorandum Opinion<br>[ PDF/81 KB ]  Notice |
| 08/29/2023 | Retention time case file will be retained | Destroy | |
| 06/05/2023 | Supplemental brief filed | | [ PDF/212 KB ]   Appellee Supplemental Brief |
| 06/03/2023 | Supplemental brief due | | |
| 05/24/2023 | Supplemental brief filed | | [ PDF/227 KB ]   Appellant Supplemental Brief |
| 05/24/2023 | Order entered | Otherwise Disposed | [ DOC/56 KB ] Order on Additional Time to Submit Briefing<br>[ PDF/81 KB ]  Notice |
| 05/17/2023 | Submitted | | [ MP3/76.64 MB ]   Oral Argument |
| 05/11/2023 | Confirmation of oral argument & counsel presenting oral argument | | [ PDF/279 KB ]   Oral Argument Confirmation |
| 05/11/2023 | Confirmation of oral argument & counsel presenting oral argument | | [ PDF/156 KB ]   Oral Argument Confirmation |
| 03/17/2023 | Reply brief filed | | [ PDF/273 KB ]   Appellant Reply Brief<br>[ PDF/85 KB ]  Notice |

| Date | Event Type | Disposition | Document | |
|------|-----------|-------------|----------|--|
| 03/14/2023 | Set for submission on oral argument | | [ PDF/99 KB ] | Notice |
| 02/28/2023 | Case ready to be set | | | |
| 02/28/2023 | Brief filed - oral argument requested | | [ PDF/380 KB ] | Appellee Brief |
| | | | [ PDF/85 KB ] | Notice |
| 02/28/2023 | Appellees brief due | | | |
| 02/08/2023 | Brief filed - oral argument requested | | [ PDF/19.99 MB ] | Appellant Brief |
| | | | [ PDF/85 KB ] | Notice |
| 02/08/2023 | Appellants brief due | | | |
| 01/25/2023 | Amended notice of appeal filed | | [ PDF/92 KB ] | 2nd AMEND NOA |
| 01/25/2023 | Amended notice of appeal filed | | [ PDF/91 KB ] | AMEND NOA |
| 01/08/2023 | Appellants brief due | | | |
| 01/06/2023 | Letter filed | | | |
| 12/23/2022 | Order entered | Motion or Writ Granted | [ PDF/101 KB ] | Order on Appellant Motion Extension Brief |
| | | | [ PDF/81 KB ] | Notice |
| 12/22/2022 | Motion for extension of time to file brief filed | | [ PDF/73 KB ] | Appellant Motion Extension Brief |
| 12/19/2022 | Electronic Reporter/Recorders Record Filed | | [ PDF/85 KB ] | Notice |
| 12/09/2022 | No reporters record filed in civil case | | [ PDF/87 KB ] | Notice |
| 12/07/2022 | Electronic Clerks Record Filed | | [ PDF/87 KB ] | Notice |
| 12/03/2022 | Record due | | | |
| 11/28/2022 | Fee paid | | [ PDF/84 KB ] | Notice |
| 11/28/2022 | Docketing statement filed | | [ PDF/772 KB ] | DS |
| 11/23/2022 | Notice of appeal filed in trial court | | | |
| 11/23/2022 | Fee requested | | [ PDF/86 KB ] | Notice |
| 11/23/2022 | Docketing statement due | | [ PDF/86 KB ] | Notice |
| 11/23/2022 | Notice of appeal filed in court of appeals | | [ PDF/682 KB ] | NOA |
| | | | [ PDF/90 KB ] | Notice |
| 11/09/2022 | Judgment signed by trial court judge | | | |

## CALENDARS

| Set Date | Calendar Type | Reason Set |
|----------|--------------|------------|
| 08/29/2029 | Retention | Date civil case will be destroyed (6 yrs after mandate) |
| 12/22/2023 | Status | Mandate to Issue |

## PARTIES

| Party | PartyType | Representative |
|-------|-----------|----------------|
| Phoenix Capital Group Holdings, LLC | Appellee | James O. Crewse |
| William Francis, et al. | Appellant | Charlene C. Koonce |
| | | Cortney C. Thomas |
| | | Andrew C. Debter |

## TRIAL COURT INFORMATION

**Court**

116th Judicial District Court

**County**

Dallas

**Court Judge**

Honorable Tonya Parker

**Court Case**

DC-22-06350

**Reporter**

Lanetta J. Williams

**Punishment**

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site