# EXHIBIT A-4

CAUSE NO. DC-22-06350

| | | |
|---|---|---|
| PHOENIX CAPITAL GROUP HOLDINGS, LLC, | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| WILLIAM FRANCIS and INCLINE ENERGY PARTNERS, L.P., | § § § | |
| *Defendants.* | § § | 116TH JUDICIAL DISTRICT |

Partially Granting and Partially
## ORDER DENYING DEFENDANTS' TCPA MOTION TO DISMISS

On this day came on to be heard and considered Defendants' TCPA Motion to Dismiss

("**Motion**"). After considering the Motion, Plaintiff's Response, and any and all replies and

in part, and GRANTED in part
arguments of counsel, the court finds the Motion should be DENIED. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Defendants' TCPA Motion to Dismiss

is denied ~~in all respects.~~ except as to the tortious interference with a existing contract claim and, to the extent that such claims rest upon statements other than the Taylor email, Plaintiff's defamation and business disparagement claims are dismissed to that extent only. IT IS FURTHER ORDERED that movant is awarded $10,000 for reasonable and necessary costs and fees in defending against the dismissed legal action.

Signed this ____9th____ day of ~~October, 2022.~~
November

_____
PRESIDING JUDGE

Partially Granting and Partially
**ORDER DENYING DEFENDANTS' TCPA MOTION TO DISMISS**                    Page 1 of 1