# EXHIBIT A-8

| | **Dallas County DC-22-06350** | **TX 5thCOA 05-22-01260-CV** | **TXND 3:23-CV-455 Ferrari v. Francis** | **USDC North Dakota 1:23-cv-00209-DLH** |
|---|---|---|---|---|
| 06/15/2022 | Original Petition - Filed | | | |
| 08/16/2022 | Incline TCPA Motion to Dismiss - Filed | | | |
| 09/29/2022 | Phoenix Response to MTD - Filed | | | |
| 09/29/2022 | Phoenix Obj to Incline TCPA MTD Evidence – Filed | | | |
| 09/29/2022 | Phoenix Response to Incline TCPA MTD | | | |
| 09/29/2022 | Incline MFL to File Amended Declarations | | | |
| 10/03/2022 | Phoenix Response to Incline MFL and Objections | | | |
| 10/03/2022 | Incline Objs and MTS Evid submitted by Phoenix ISO Response to Incline TCPA MTD | | | |
| 10/03/2022 | Incline Reply ISO MFL to Amend Declarations | | | |
| 10/03/2022 | Incline Response to Phoenix Objs to Evid submitted ISO Incline TCPA MTD | | | |
| 10/06/2022 | ORDER Granting Motion to File Amended Declarations | | | |
| 10/27/2022 | Ferrari's Plea in Intervention and Motion to Seal Court Records – Filed | | | |
| 11/08/2022 | ORDER on Incline Objs to Pltf's Evid in Response to Incline TCPA MTD | | | |
| 11/08/2022 | ORDER on Phoenix Objs to Amended Declarations | | | |
| 11/08/2022 | ORDER on Phoenix Objs to Purported Evid of Incline | | | |
| 11/09/2022 | TCPA motion partially granted/denied<br><br>Denied except as to Plaintiff's tortious Interference with existing contract claim and Plaintiff's defamation and business disparagement claims | | | |
| 11/23/2022 | Incline Notice of Appeal - Filed | | | |

| | | | | |
|---|---|---|---|---|
| 02/08/2023 | | Appellants' Brief - Filed | | |
| 02/28/2023 | | Appellee's Brief - Filed | Plaintiff's Original Complaint - Filed | |
| 03/17/2023 | | Appellants' Reply Brief - Filed | | |
| 03/23/2023 | | | Francis MTD - Filed | |
| 04/13/2023 | | | Ferrari 1st Amd Complaint – Filed<br>Ferrari Response to Francis MTD | |
| | | | Francis MTD P's Amd Complaint - Filed | |
| | | | Ferrari Response IOT Francis' MTD P's Amd Complaint | |
| 05/18/2023 | | | P's Motion to Seal | |
| 05/24/2023 | | Appellants' Letter Brief Re TCPA Issues – Filed | | |
| 05/30/2023 | | | Francis Response IOT P's Motion to Seal | |
| 06/05/2023 | | Appellee's Post-Argument Letter Brief Re TCPA Issues - Filed | | |
| 06/08/2023 | | | Francis Reply ISO MTD P's Amd Complaint | |
| 08/04/2023 | | | Memorandum Opinion and Order Denying Ferrari Motion to Seal | |
| 08/29/2023 | | Memorandum Opinion – Affirming/Reversing order on Defs TCPA MTD - Remand | | |
| 09/29/2023 | | Appellee's Motion for Rehearing – Filed | | |
| 10/11/2023 | | Order Denying Phoenix Motion for Rehearing | | |
| 10/20/2023 | | | | Phoenix Complaint Filed in Federal Court ND |
| 10/31/2023 | | | | Motion for EOT to Respond to Complaint – Filed |