UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Phoenix Capital Group Holdings, LLC, | Case No. 1:23-cv-00209 |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME TO ANSWER MOTIONS** |
| Incline Energy Partners, L.P., | |
| Defendant. | |

Plaintiff Phoenix Capital Group Holdings, LLC ("Plaintiff") and Defendant Incline Energy Partners, LP ("Incline") (collectively "the Parties") move the Court for an extension in which to respond and reply to 1) Incline's Rule 12(b)(6) Motion to Dismiss [Dkt. 6], and 2) Incline's Motion to Dismiss Based on Abstention, or Alternatively, Motion to Transfer Venue [Dkt. 8] (collectively "the Motions"), and in support respectfully show the Court as follows.

1.      Incline filed its Rule 12(b)(6) Motion to Dismiss on November 28, 2023.  Dkt. No. 6.  Phoenix's response is currently due on December 19, 2023.

2.      Incline filed its Motion to Dismiss based on Abstention, or Alternatively, Motion to Transfer Venue on November 28, 2023.  Dkt. No. 8.  Phoenix's response is currently due on December 19, 2023.

3.      Based on the current response dates, Incline's replies to Phoenix's responses are currently due on January 2, 2024.

4.      Due to the impending holidays, prior and continuing obligations in other cases, including appellate briefing due from Defendant's counsel during the same time period, the Parties respectfully move the Court to extend the deadline for Phoenix's responses to the

**1**

Motions to December 22, 2023, and Incline's deadline for its replies in support thereof to January 12, 2024.

5.      This motion is made in good faith and not for the purpose of delay.  Good cause exists for these extensions to allow counsel adequate time to prepare the responses and replies.

6.      This is the first request for extensions of these deadlines.

Dated this 6th day of December 2023.

Respectfully submitted,

By: _/s/ Charlene C. Koonce_____
    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001
    *Admitted Pro Hac Vice*


   _/s/ Joshua A. Swanson_____
    Joshua A. Swanson
    North Dakota Bar No. 06788
    VOGEL LAW FIRM
    218 NP Avenue
    PO Box 1389
    Fargo, ND 58107-1389
    701.237.6983
    jswanson@vogellaw.com

    *Attorneys for Defendant Incline Energy Partners, L.P.*

    _/s/ Alexander Loftus_____
    Alexander Loftus, Esq.
    Ross Good, Esq.
    LOFTUS & EISENBERG, LTD.
    161 N. Clark St., Suite 1600

Chicago, Illinois 60601
T: 312.332.4200
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

*Attorneys for Plaintiff Phoenix Capital
Group Holdings, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Charlene C. Koonce*
Charlene C. Koonce