### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Phoenix Capital Group Holdings, LLC,<br><br>                    Plaintiff,<br>vs.<br><br>Incline Energy Partners, L.P.,<br><br>                    Defendant. | Court File No. 1:23-cv-00209<br><br>**NOTICE OF APPEARANCE** |

[1]     PLEASE TAKE NOTICE that Ian R. McLean of the Serkland Law Firm, 10 Roberts Street North, Fargo, North Dakota, 58102, hereby appears on behalf of the above-named Plaintiff, Phoenix Capital Group Holdings, LLC.

[2]     Please serve all further documents, pleadings, and correspondence filed with the Court on the undersigned.

Dated this 5th day of February, 2024.

/s/ Ian R. McLean
Ian R. McLean (ND #07320)
Ronald H. McLean (ND #03260)
SERKLAND LAW FIRM
10 Roberts Street North
Fargo, ND 58102-4982
(701) 232-8957
imclean@serklandlaw.com
rmclean@serklandlaw.com

*Attorneys for Plaintiff*
*Phoenix Capital Group Holdings, LLC*