## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Phoenix Capital Group Holdings, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>Incline Energy Partners, L.P.,<br><br>　　　　　　　　　　　Defendant. | Court File No. 1:23-cv-00209<br><br>**NOTICE OF APPEARANCE** |

[1]　　　PLEASE TAKE NOTICE that Ronald H. McLean of the Serkland Law Firm, 10 Roberts Street North, Fargo, North Dakota, 58102, hereby appears on behalf of the above-named Plaintiff, Phoenix Capital Group Holdings, LLC.

[2]　　　Please serve all further documents, pleadings, and correspondence filed with the Court on the undersigned.

Dated this 5th day of February, 2024.　　　*/s/ Ronald H. McLean*
　　　　　　　　　　　　　　　　　　　　　　　Ian R. McLean (ND #07320)
　　　　　　　　　　　　　　　　　　　　　　　Ronald H. McLean (ND #03260)
　　　　　　　　　　　　　　　　　　　　　　　SERKLAND LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　　10 Roberts Street North
　　　　　　　　　　　　　　　　　　　　　　　Fargo, ND 58102-4982
　　　　　　　　　　　　　　　　　　　　　　　(701) 232-8957
　　　　　　　　　　　　　　　　　　　　　　　imclean@serklandlaw.com
　　　　　　　　　　　　　　　　　　　　　　　rmclean@serklandlaw.com

　　　　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***
　　　　　　　　　　　　　　　　　　　　　　　***Phoenix Capital Group Holdings, LLC***