# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Phoenix Capital Group Holdings, LLC | ) ) ) ) | **MOTION TO APPEAR PRO HAC VICE** |
| v. | ) ) | |
| Incline Energy Partners, L.P. | ) ) ) ) ) | Case No. 1:23-cv-00209-DLH-CRH |

Andrew R. Gray , an attorney for   LATHAM & WATKINS LLP moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | California State Bar No. 254594 |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | N/A |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 17 day of February, 2024   .

/s/        *Andrew R. Gray*

Latham & Watkins LLP
650 Town Center Dr. 20th Fl.
Costa Mesa, CA 92626
andrew.gray@lw.com
Counsel for Plaintiff Phoenix Capital Group Holdings, LLC