# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| PHOENIX CAPITAL GROUP HOLDINGS, LLC<br><br>       Plaintiff,<br><br> v.<br><br>INCLINE ENERGY PARTNERS, L.P.<br><br>       Defendant. | Case No. 1:23-cv-00209 |

### PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT ADDITIONAL FILINGS RELATED TO PENDING MOTIONS TO DISMISS

Pursuant to D.N.D. Civ. L.R. 7.1(C), Plaintiff Phoenix Capital Group Holdings, LLC ("Phoenix") hereby moves for leave to submit additional filings relating to Defendant Incline Energy Partners, L.P.'s ("Incline Energy") pending motions to dismiss/transfer (Dkt. Nos. 6, 8, 10; the "Motions"). Specifically, Phoenix requests leave to file supplemental briefs in opposition to each of the Motions. Good cause exists for this request, based on (1) newly discovered facts that expose the false and misleading nature of Incline Energy's jurisdictional/transfer arguments and the declaration of William Francis submitted in purported support thereof; and (2) the appearance of new counsel on behalf of Phoenix, whose investigation indicates there are additional grounds for denial of the Motions which the Court should consider to ensure a ruling based on all of the applicable facts and law. In the alternative, and in the interests of conserving the resources of the Court and parties, Phoenix requests that the Court hold the Motions in abeyance pending the filing and resolution of Phoenix's anticipated motion for leave to file an amended complaint.

Dated: February 23, 2024

By: /s/ Ronald H. McLean

    Ronald H. McLean (ND #03260)
    Ian R. McLean (ND #07320)
    SERKLAND LAW FIRM
    10 Roberts Street North
    Fargo, ND 58102-4982
    Phone: 701.232.8957
    Fax: 701.237.4049
    imclean@serklandlaw.com
    rmclean@serklandlaw.com

    and

    John T. Ryan *(admitted Pro Hac Vice)*
    Latham & Watkins LLP
    12670 High Bluff Drive
    San Diego, CA 92130
    Phone: 858.523.5400
    jake.ryan@lw.com

    Andrew R. Gray *(admitted Pro Hac Vice)*
    Latham & Watkins LLP
    650 Town Center Dr. 20th Fl.
    Costa Mesa, CA 92626
    Phone: 714.540.1235
    andrew.gray@lw.com

    ***Attorneys for Plaintiff***
    ***Phoenix Capital Group Holdings, LLC***