# EXHIBIT 4





## THE PREMIER MARKET MAKER FOR OIL AND GAS RIGHTS

Since 2010, Incline has specialized in the professional acquisition, management, and development of working, mineral, and overriding royalty interests.

Incline is the most active private company acquiring oil and gas interests in the Denver-Julesburg Basin in Colorado and the Williston Basin in North Dakota. In recent years, we have expanded our targeted acquisition program into the Haynesville, Delaware, and Midland Basins, while making other non-core acquisitions that has lead to Incline owning assets in over 100 counties spanning 16 states.

The Incline team prides itself in its ability to provide landowners with a transparent, accurate reflection of their oil and gas rights and the value these assets possess. Using our proprietary land and technical evaluation process, Incline provides quick, above-market offers, giving owners the opportunity to liquidate a complex asset within days.

/ LEARN MORE ABOUT WHAT WE DO

| ACQUIRE | OPERATE | ADVISE |

## OUR APPROACH

At Incline Energy Partners, our team has been built around three core competencies:

### SPEED



We have expert title examiners in place that allow us to research a landowner's acreage position quickly, make an offer that is likely to beat out any that they have received, and furnish payment all within an average of 5 business days. Incline has successfully closed transactions with over 4,000 individual landowners, including trusts, estates, municipalities, churches, and banks.

### TRANSPARENCY



We review a landowner's acreage position thoroughly and deliver precise determinations of ownership. We always strive to provide our counterparties with as much information as possible regarding their interests and the development activity that they should consider when evaluating our offer.

### PROFESSIONALISM



Incline is a small, private company, which gives landowners the ability to contact any member of our team at any time, day or night. Owners can often find themselves maneuvering through a confusing set of corporate hierarchies when contacting bigger companies, sometimes waiting months for a response. We provide an owner with an answer or professional advice without delay.

**AREAS OF INTEREST**

To date, our presence has been mainly in the Denver-Julesberg Basin, with a 4Q18 expansion into the Williston Basin, 3Q20 expansion into the Permian Basin, and 1Q22 expansion into the Haynesville Shale.

| DENVER - JULESBERG | | WILLISTON | | PERMIAN | | | HAYNESVILLE | |
|---|---|---|---|---|---|---|---|---|
| WELD | LARIMER | MCKENZIE | DUNN | REEVES | LEA | REAGAN | BIENVILLE | NACOGDOCHES |
| ADAMS | BOULDER | WILLIAMS | MOUNTRAIL | WARD | EDDY | GLASSCOCK | BOSSIER | PANOLA |
| BROOMFIELD | | | | LOVING | MIDLAND | HOWARD | CADDO | RED RIVER |
| | | | | PECOS | MARTIN | | DESOTO | SAN AUGUSTINE |
| | | | | CULBERTSON | UPTON | | HARRISON | SHELBY |



CURRENT INCLINE ASSET OWNERSHIP

## LET US HELP!

**CONTACT US**

OUR TEAM CAN HELP YOU HANDLE ANY COMPLEX OWNERSHIP NEEDS YOU HAVE. CONTACT US TODAY!

OUR STORY

WHAT WE DO

AREAS OF INTEREST

CONTACT


INCLINE ENERGY PARTNERS

INFO@INCLINELP.COM  /  720.467.1744

Incline Energy Partners, LP © 2018 / Website by CooperHouse

