FILE COPY

# EXHIBIT A

RE: Case No. 23-0943            DATE: 6/21/2024
COA #: 05-22-01260-CV         TC#: DC-22-06350
STYLE: PHOENIX CAP. GRP. HOLDINGS, LLC v. FRANCIS

     Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

                     DISTRICT CLERK  DALLAS COUNTY
                     DALLAS COUNTY COURTHOUSE
                     GEORGE L. ALLEN, SR. COURTS BUILDING
                     600 COMMERCE, SUITE 103
                     DALLAS, TX  75202
                     * DELIVERED VIA E-MAIL *

FILE COPY

```
     RE: Case No. 23-0943                    DATE: 6/21/2024
     COA #: 05-22-01260-CV                   TC#: DC-22-06350
STYLE: PHOENIX CAP. GRP. HOLDINGS, LLC v. FRANCIS
```

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

```
                    MS. CHARLENE  C.  KOONCE
                    BROWN FOX PLLC
                    8111 PRESTON RD STE 300
                    DALLAS, TX  75225-6329
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 23-0943                    DATE: 6/21/2024
     COA #: 05-22-01260-CV                   TC#: DC-22-06350
STYLE: PHOENIX CAP. GRP. HOLDINGS, LLC v. FRANCIS
```

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

```
                    MR. JAMES  O.  CREWSE
                    CREWSE LAW FIRM, PLLC
                    5919 VANDERBILT AVE
                    DALLAS, TX  75206
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 23-0943                    DATE: 6/21/2024
     COA #: 05-22-01260-CV                   TC#: DC-22-06350
STYLE: PHOENIX CAP. GRP. HOLDINGS, LLC v. FRANCIS
```

  Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

```
                    CORTNEY C.  THOMAS
                    BROWN FOX PLLC
                    8111 PRESTON RD STE 300
                    DALLAS, TX  75225-6329
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 23-0943                    DATE: 6/21/2024
     COA #: 05-22-01260-CV                   TC#: DC-22-06350
STYLE: PHOENIX CAP. GRP. HOLDINGS, LLC v. FRANCIS
```

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

```
                    MR. RUBEN  MORIN
                    CLERK, FIFTH COURT OF APPEALS
                    600 COMMERCE STREET, SUITE 200
                    DALLAS, TX  75202
                    * DELIVERED VIA E-MAIL *
```