# EXHIBIT 3



**NORTH DAKOTA**
**SECRETARY OF STATE**
MICHAEL HOWE

MICHAEL HOWE
SECRETARY OF STATE
600 E. BOULEVARD AVENUE, DEPT. 108
BISMARCK, ND 58505-0500
SOS.ND.GOV

---

CT CORPORATION SYSTEM - MMRA
ALLISON WEICHEL
120 W SWEET AVE
BISMARCK, ND  58504

| | |
|---|---|
| **Request Type:** Copy Requests | **Issuance Date:** 02/16/2024 |
| Certificate #:   0006601145 | Copies Requested:   1 |

The undersigned, as Secretary of State of the state of North Dakota, hereby certifies that **Incline Bakken Minerals II, LLC**, SOS Control ID# 5813300 was formed or qualified to do business in the State of North Dakota on February 25, 2022. Incline Bakken Minerals II, LLC has a home jurisdiction of DELAWARE and is currently in an Active status.

*Michael Howe*

Michael Howe
Secretary of State

| Image ID | Filing Description |
|---|---|
| B0446-0961 | Initial Filing |
| B0484-4656 | Registered Agent/Office Statement of Change (by agent) |
| B0622-6238 | Annual Report |
| B0620-4867 | Registered Agent/Office Statement of Change (by agent) |

COMPLETE, PRINT, SIGN, AND MAIL OR FAX (If paying by credit card, complete Credit Card Payment Authorization on page 3)

**CERTIFICATE OF AUTHORITY APPLICATION**
**FOREIGN LIMITED LIABILITY COMPANY**
SECRETARY OF STATE
SFN 19381 (09-2015)

RECEIVED JAN 28 2022 SEC. OF STATE

**For Office Use Only**
ID Number: *For Office Use Only*
WO Number: -FILED-
SOS Control ID#: 0005813300
Date Filed: 2/25/2022

SEE INSTRUCTIONS FOR FEE, FILING AND MAILING INFORMATION

TYPE OR PRINT LEGIBLY     For reference, see North Dakota Century Code, Sections 10-31-01, 10-31-13.1 and 10-32.1-75

| 1. The application is accompanied by the following: | |
|---|---|
| ☒ *Filing fee of $135 | ☐ Certificate of professional license |
| ☒ *Current CERTIFICATE OF GOOD STANDING or CERTIFICATE OF EXISTENCE duly authenticated by the organizing officer of the state or country of organization | ☐ Signed Consent to Use Business Name and fee of $10 |
| | ☐ Trade Name Registration and fee of $25 |

| 2. Type of limited liability company applying for certificate of authority (check one) | 3. Federal ID Number |
|---|---|
| ☒ Foreign Business     ☐ Foreign Professional | [redacted] |

4. Name of limited liability company EXACTLY as it appears on Certificate of Good Standing from state or country of origin
**Incline Bakken Minerals II, LLC**

5. If applicable, provide the trade name and complete the Trade Name Registration form if selected trade name is not already registered in North Dakota. Only provide the trade name in this line if:
  a) The "new" limited liability company name is not in the form as required of limited liability companies in North Dakota.
  b) The Secretary of State has notified the limited liability company that its "new" name is the same or deceptively similar to a name already registered, and the limited liability company is unable to obtain Consent to Use Business Name from the previous filer or a certified copy of a final decree of a court of competent jurisdiction establishing prior right of this limited liability company to use of the name in North Dakota.
  c) The limited liability company does not wish to use or protect its "new" name in North Dakota and chooses to use a name other than its limited liability company name.

6. Complete address of principal executive office (Street/RR, PO Box, City, State, ZIP+4) **Street address MUST be provided; may not be only a post office box.**
**5011 N. Central Expressway Dallas, TX 75205**

| 7. State or Country Where Organized | 8. Limited liability company will expire in state or country of origin (check one) |
|---|---|
| Delwaare | ☒ Perpetual     ☐ Expires - Specify date: |

| 9. Telephone Number | 10. Toll Free Telephone Number |
|---|---|
| 214-274-3800 | |

| 11A. Name of **commercial** registered agent in **North Dakota** | | 11B. Name of **noncommercial** registered agent in **North Dakota** |
|---|---|---|
| Corporation Service Company | OR | |

11C. Address of **noncommercial** registered agent in North Dakota (Street/RR, PO Box, City, State, ZIP+4) **Street address MUST be provided; may not be only a post office box.**

12. Nature of business or activities the limited liability company conducts or intends to conduct in North Dakota
**Oil and Gas Development**

13. Managers and governors of the limited liability company (attach additional sheet, if necessary)

| MANAGERS | Manager also serves as Governor | Street/Rural Route | Post Office Box | City | State | ZIP+4 |
|---|---|---|---|---|---|---|
| William Francis | ☒ | 5011 N. Central Expy | | Dallas | TX | 75205-3460 |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |

Managing Member

Managing Member

14. "The undersigned has read the foregoing application, knows the contents, and believes the statements to be true. I further authorize the Secretary of State to correct numbers 4, 7, 11A, 11B, and 11C if not correctly reflected. I understand that if I make a false statement in this document, I may be subject to criminal penalties."

| Signature | Date |
|---|---|
| [signed] | 12/29/2021 |

| 15. Name of Person to Contact About This Document | Email Address | Daytime Telephone Number |
|---|---|---|
| William Francis | [redacted] | [redacted] |

B0446-0961 01/28/2022 Received by ND Secretary of State Alvin A. Jaeger

**CONSENT TO USE BUSINESS NAME**
SECRETARY OF STATE
SFN 59250 (05-2016)

RECEIVED
FEB 22 2022
SEC. OF STATE

| For Office Use Only | |
|---|---|
| ID Number: | |
| WO Number: | |
| Filed: | By: |

**FILING FEE: $10.00**

| 1. Name of the business or organization currently registered with the North Dakota Secretary of State that is granting consent to use a business name that is the same or is deceptively similar |
|---|
| Incline Bakken Minerals, LLC |

| 2. Proposed business name for which consent is being granted |
|---|
| Incline Bakken Minerals II, LLC |

3. "I (We), the owner(s), or the person(s) authorized to sign on behalf of the business named in number 1, hereby grant consent to the business name defined in number 2 and accept responsibility to monitor or enforce any restrictions or limitations agreed to by the business named in number 2. I (We) understand that if I (we) make a false statement in this document, I (we) may be subject to criminal penalties."

| Signature | Title | Date |
|---|---|---|
| [signature] | Managing Partner | 2-21-2022 |
| Signature | Title | Date |

| 4. Name of person to contact about this document | Email address | Daytime telephone number |
|---|---|---|
| William Francis | [redacted] | [redacted] |

B0446-6580 02/22/2022 Received by ND Secretary of State Alvin A. Jaeger

## Statement of Change of Name, Address, or Type of Organization by Commercial Registered Agent (Pursuant to NDCC 10-01.1-10)

Pursuant to the North Dakota Registered Agent Act, Corporation Service Company, a commercial registered agent, states the following:

1. The name of the agent currently listed is

   Corporation Service Company

2. The new physical address of the agent is

   600 S 2nd St
   Suite 155
   Bismarck, ND 58504

**RECEIVED**
**JUL 2 0 2022**
SEC. OF STATE

3. The commercial registered agent will give notice of the change of address to all entities it represents in accordance with the North Dakota Registered Agent Act.

4. The change of address is the result of a new location for the current commercial registered agent.

5. This address is the same as the registered office address.

Corporation Service Company

By: *[signature]*

Name:   Jackie Smetana

Title:   Vice President

Date: July 20, 2022

B0484-4656 07/20/2022 Received by ND Secretary of State Alvin A. Jaeger



0006453023



**FOREIGN BUSINESS LIMITED LIABILITY COMPANY**
**ANNUAL REPORT**
SECRETARY OF STATE
(See SFN 50060)

| For Office Use Only |
| --- |
| **-FILED-** |
| SOS Control ID#: 0005813300 |
| Date Filed: 10/20/2023 |

B0622-6238 10/20/2023 Received by ND Secretary of State

**Fee for current filing year:**

- $50 if received on or before November 15;
- $100 if received after November 15.

| Annual Report Due Date |
| --- |
| 11/15/2023 |

| Limited Liability Company Name |
| --- |
| Incline Bakken Minerals II, LLC |
| State or country of origin: DELAWARE |

| Principal Executive Office Address |
| --- |
| 5012 N CENTRAL EXPRESSWAY |
| DALLAS, TX 75205 |

| Mailing Address |
| --- |
| 5012 N CENTRAL EXPRESSWAY |
| DALLAS, TX 75205 |

| Registered Agent in North Dakota |
| --- |
| CORPORATION SERVICE COMPANY |
| Commercial Registered Agent |
| Physical Address |
| 600 S 2ND ST |
| STE 155 |
| BISMARCK, ND 58504 |
| Mailing Address |
| 600 S 2ND ST |
| STE 155 |
| BISMARCK, ND 58504 |

| Character of the Business |
| --- |
| ELECTRIC PROVIDER |

**Management**

| Name of Member-Manager, Manager, or Governor | Complete Mailing Address |
| --- | --- |
| Matt Cashion | 5012 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 |

**Signature**

☒ I, the undersigned, am authorized to sign this Annual Report, know the contents, and believe the statements contained within to be true. I understand that if I make a false statement, I may be subject to criminal penalties.

*Matt Cashion*                                                                                      *10/20/2023*
Sign Here                                                                                                      Date

DocuSign Envelope ID: F762826F-2421-46AD-9824-6A47FF2171F3

B0620-4867 11/29/2023 Received by ND Secretary of State

## Statement of Change of Name, Address, or Type of Organization by Commercial Registered Agent (Pursuant to NDCC 10-01.1-10)

Pursuant to the North Dakota Registered Agent Act, Corporation Service Company, a commercial registered agent, states the following:

1. The name of the agent currently listed is

   Corporation Service Company

2. The new physical address of the agent is

   418 N 2nd Street
   Bismarck, ND 58501



3. The commercial registered agent will give notice of the change of address to all entities it represents in accordance with the North Dakota Registered Agent Act.

4. The change of address is the result of a new location for the current commercial registered agent.

5. This address is the same as the registered office address.


Corporation Service Company

By: *Jackie Smetana* (DocuSigned)   Date: December 1, 2023

Name: Jackie Smetana

Title: Executive Vice President