# EXHIBIT 4



# NORTH DAKOTA
## SECRETARY OF STATE
### MICHAEL HOWE

MICHAEL HOWE
SECRETARY OF STATE
600 E. BOULEVARD AVENUE, DEPT. 108
BISMARCK, ND 58505-0500
SOS.ND.GOV

CT CORPORATION SYSTEM - MMRA
ALLISON WEICHEL
120 W SWEET AVE
BISMARCK, ND 58504

**Request Type:** Copy Requests
Certificate #:   0006710874

Issuance Date:           06/12/2024
Copies Requested:                 1

The undersigned, as Secretary of State of the state of North Dakota, hereby certifies that **Incline Bakken, LLC**, SOS Control ID# 3041064 was formed or qualified to do business in the State of North Dakota on January 30, 2020. Incline Bakken, LLC has a home jurisdiction of DELAWARE and is currently in an Active status.

*Michael Howe*
Michael Howe
Secretary of State

| Image ID | Filing Description |
|---|---|
| B0251-9847 | Initial Filing |

**COMPLETE, PRINT, SIGN, AND MAIL OR FAX** (If paying by credit card, complete Credit Card Payment Authorization on page 3)

**CERTIFICATE OF AUTHORITY APPLICATION**
**FOREIGN LIMITED LIABILITY COMPANY**
SECRETARY OF STATE
SFN 19381 (09-2015)

RECEIVED JAN 28 2020 SEC. OF STATE

For Office Use Only
ID Number: _For Office Use Only_
WO Number: **-FILED-**
SOS Control ID#: 0003041064
Date Filed: 1/30/2020

SEE INSTRUCTIONS FOR FEE, FILING AND MAILING INFORMATION

TYPE OR PRINT LEGIBLY    For reference, see North Dakota Century Code, Sections 10-31-01, 10-31-13.1 and 10-32.1-75

1. The application is accompanied by the following:
   - [x] *Filing fee of $135
   - [x] *Current CERTIFICATE OF GOOD STANDING or CERTIFICATE OF EXISTENCE duly authenticated by the organizing officer of the state or country of organization
   - [ ] Certificate of professional license
   - [ ] Signed Consent to Use Business Name and fee of $10
   - [ ] Trade Name Registration and fee of $25

2. Type of limited liability company applying for certificate of authority (check one)
   - [x] Foreign Business
   - [ ] Foreign Professional

3. Federal ID Number: [REDACTED]

4. Name of limited liability company EXACTLY as it appears on Certificate of Good Standing from state or country of origin
   **Incline Bakken, LLC**

5. If applicable, provide the trade name and complete the Trade Name Registration form if selected trade name is not already registered in North Dakota. Only provide the trade name in this line if:
   a) The "new" limited liability company name is not in the form as required of limited liability companies in North Dakota.
   b) The Secretary of State has notified the limited liability company that its "new" name is the same or deceptively similar to a name already registered, and the limited liability company is unable to obtain Consent to Use Business Name from the previous filer or a certified copy of a final decree of a court of competent jurisdiction establishing prior right of this limited liability company to use of the name in North Dakota.
   c) The limited liability company does not wish to use or protect its "new" name in North Dakota and chooses to use a name other than its limited liability company name.

6. Complete address of principal executive office (Street/RR, PO Box, City, State, ZIP+4) Street address MUST be provided; may not be only a post office box.
   **5011 N. Central Expressway Dallas, TX 75205**

7. State or Country Where Organized: **Delaware**

8. Limited liability company will expire in state or country of origin (check one)
   - [x] Perpetual
   - [ ] Expires - Specify date: _____

9. Telephone Number: **214-274-3800**

10. Toll Free Telephone Number:

11A. Name of commercial registered agent in North Dakota: **Corporation Service Company**

OR

11B. Name of noncommercial registered agent in North Dakota:

11C. Address of noncommercial registered agent in North Dakota (Street/RR, PO Box, City, State, ZIP+4) Street address MUST be provided; may not be only a post office box.

12. Nature of business or activities the limited liability company conducts or intends to conduct in North Dakota
    **Oil and Gas**

13. Managers and governors of the limited liability company (attach additional sheet, if necessary)

| MANAGERS | Manager also serves as Governor | Street/Rural Route | Post Office Box | City | State | ZIP+4 |
|---|---|---|---|---|---|---|
| William Francis | ☐ | 5011 N. Central Expy | | Dallas | TX | 75205 |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |

Managing Member:
Managing Member:

14. "The undersigned has read the foregoing application, knows the contents, and believes the statements to be true. I further authorize the Secretary of State to correct numbers 4, 7, 11A, 11B, and 11C if not correctly reflected. I understand that if I make a false statement in this document, I may be subject to criminal penalties."

Signature: [signed]    Date: **01/27/2020**

15. Name of Person to Contact About This Document: **William Francis**

B0251-9847 01/28/2020 Received by ND Secretary of State Alvin A. Jaeger