# EXHIBIT 5



**NORTH DAKOTA SECRETARY OF STATE — MICHAEL HOWE**

MICHAEL HOWE
SECRETARY OF STATE
600 E. BOULEVARD AVENUE, DEPT. 108
BISMARCK, ND 58505-0500
SOS.ND.GOV

CT CORPORATION SYSTEM - MMRA
ALLISON WEICHEL
120 W SWEET AVE
BISMARCK, ND  58504

| | |
|---|---|
| **Request Type:** Copy Requests | Issuance Date:   02/16/2024 |
| Certificate #:   0006601140 | Copies Requested:   1 |

The undersigned, as Secretary of State of the state of North Dakota, hereby certifies that **Incline Bakken II, LLC**, SOS Control ID# 6338537 was formed or qualified to do business in the State of North Dakota on August 1, 2023. Incline Bakken II, LLC has a home jurisdiction of DELAWARE and is currently in an Active status.

*[signature]*

Michael Howe
Secretary of State

| Image ID | Filing Description |
|---|---|
| B0594-9399 | Initial Filing |
| B0620-4867 | Registered Agent/Office Statement of Change (by agent) |




0006338537



**FOREIGN BUSINESS LIMITED LIABILITY COMPANY**
**CERTIFICATE OF AUTHORITY APPLICATION**
SECRETARY OF STATE
(See SFN 19381)

**FILING FEE: $135**

For Office Use Only
**-FILED-**
SOS Control ID#: 0006338537
Date Filed: 8/1/2023

| | |
|---|---|
| **Limited Liability Company Name** | |
| Incline Bakken II, LLC | |
| **Principal Executive Office Address** | |
| 830 TAYLOR ST<br>FORT WORTH, TX 76102 | |
| **Mailing Address** | |
| 830 TAYLOR ST<br>FORT WORTH, TX 76102-6123 | |
| **Registered Agent in North Dakota** | |
| CORPORATION SERVICE COMPANY<br>Commercial Registered Agent | |
| **Physical Address** | |
| 600 S 2ND ST<br>STE 155<br>BISMARCK, ND 58504 | |
| **Mailing Address** | |
| 600 S 2ND ST<br>STE 155<br>BISMARCK, ND 58504 | |
| **Formation Location and Date** | |
| State or country where organized: DELAWARE | |
| Existence of limited liability company in jurisdiction of origin: Perpetual (indefinite) | |
| **Business Purpose** | |
| Oil and gas exploration and production | |

**Managers and Governors**

| Name of Manager or Governor | Complete Mailing Address |
|---|---|
| William Francis | 4645 N. Central Expy, Suite 100<br>Dallas, TX 75205 |
| Andrew Louis | 830 Taylor St<br>Fort Worth, TX 76102 |

**Signature**

☒ I, the undersigned, am authorized by the company to sign this application, know the contents, and believe the statements contained within to be true. I understand that if I make a false statement, I may be subject to criminal penalties.

*Matt Cashion*                                                          *08/01/2023*
Sign Here                                                                 Date

B0594-9399 08/01/2023 Received by ND Secretary of State

| CONSENT TO USE BUSINESS NAME | For Office Use Only |
|---|---|
| SECRETARY OF STATE<br>SFN 59250 (05-2016) | ID Number:<br>WO Number:<br>Filed:  By: |

**FILING FEE: $10.00**

1. Name of the business or organization currently registered with the North Dakota Secretary of State that is granting consent to use a business name that is the same or is deceptively similar

   Incline Bakken, LLC

2. Proposed business name for which consent is being granted

   Incline Bakken II, LLC

3. "I (We), the owner(s), or the person(s) authorized to sign on behalf of the business named in number 1, hereby grant consent to the business name defined in number 2 and accept responsibility to monitor or enforce any restrictions or limitations agreed to by the business named in number 2. I (We) understand that if I (we) make a false statement in this document, I (we) may be subject to criminal penalties."

| Signature | Title VP-Controller | Date 7/21/2023 |
|---|---|---|
| Signature | Title | Date |

4. Name of person to contact about this document

   Matt Cashion

Page 2 of 3

B0594-9400 08/01/2023 Received by ND Secretary of State

DocuSign Envelope ID: F762826F-2421-46AD-9824-6A47FF2171F3

B0620-4867 11/29/2023 Received by ND Secretary of State

## Statement of Change of Name, Address, or Type of Organization by Commercial Registered Agent (Pursuant to NDCC 10-01.1-10)

Pursuant to the North Dakota Registered Agent Act, Corporation Service Company, a commercial registered agent, states the following:

1. The name of the agent currently listed is

   Corporation Service Company

2. The new physical address of the agent is

   418 N 2nd Street
   Bismarck, ND 58501



3. The commercial registered agent will give notice of the change of address to all entities it represents in accordance with the North Dakota Registered Agent Act.

4. The change of address is the result of a new location for the current commercial registered agent.

5. This address is the same as the registered office address.

Corporation Service Company

By: *Jackie Smetana* (DocuSigned)   Date: December 1, 2023

Name: Jackie Smetana

Title: Executive Vice President