# EXHIBIT 6

Return to Search Results

**You searched for:** RDateID >= Mon Jan 01 00:00:00 CST 2018 and <= Fri Feb 23 00:00:00 CST 2024 and exact search in BothID for Incline and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

395 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4 [Next/Last]

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

| **Dunn County 3089012** | **Instrument #** 3089012 | **Recording Date:** Wed Jul 10 11:38:00 CDT 2019 | Preview Image | ☐ Purchase |

**Grantor:** INCLINE BAKKEN MINERALS, LLC, INCLINE BAKKEN, LLC, IBP, LLC, INCLINE ENERGY PARTNERS LP, IEP GP, LLC

**Grantee:** LEGACYTEXAS BANK

**Legal:** , ...Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: SW Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: SE Quarter: SW Section: 04 Township: 144 Range: 95, ...

**Document Type: MORTGAGE**
**Document Date:** 07/03/2019

| **Dunn County 3091926** | **Instrument #** 3091926 | **Recording Date:** Tue Aug 04 14:21:00 CDT 2020 | Preview Image | ☐ Purchase |

**Grantor:** INCLINE BAKKEN MINERALS, LLC, INCLINE BAKKEN, LLC, IBP, LLC, INCLINE ENERGY PARTNERS LP, IEP GP, LLC

**Grantee:** PROSPERITY BANK, LEGACYTEXAS BANK FKA

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 02 Township: 147 Range: 96, Sixteenth: NE Quarter: NE Section: 02 Township: 147 Range: 96, Quarter: NE Section: 02 Township: 147 Range: 96, Sixteenth: NW Quarter: NE Section: 02 Township: 147 Range: 96, Quarter: NW Section: 02 Township: 147 Range: 96, ...

**Document Type: MORTGAGE**
**Document Date:** 07/29/2020

| **Dunn County 3096569** | **Instrument #** 3096569 | **Recording Date:** Mon Apr 25 11:22:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** INCLINE BAKKEN MINERALS, LLC, INCLINE BAKKEN, LLC, IBP, LLC, INCLINE ENERGY PARTNERS LP, IEP GP, LLC

**Grantee:** PROSPERITY BANK, LEGACYTEXAS BANK FKA

**Legal:** , ...Quarter: NW Section: 33 Township: 145 Range: 93, Quarter: NE Section: 33 Township: 145 Range: 93, Quarter: SW Section: 33 Township: 145 Range: 93, Quarter: SE Section: 33 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 33 Township: 145 Range: 93, ...

**Document Type: MORTGAGE**
**Document Date:** 04/12/2022

| Description | Summary | | | | Select All / None |
| --- | --- | --- | --- | --- | --- |

**Dunn County 3090891**

**Instrument #** 3090891   **Recording Date:** Fri Feb 21 12:54:00 CST 2020    Preview Image   ☐ Purchase

**Grantor:** INCLINE BAKKEN MINERALS, LLC, INCLINE BAKKEN, LLC, IBP, LLC, INCLINE ENERGY PARTNERS LP, IEP GP, LLC

**Grantee:** PROSPERITY BANK, LEGACYTEXAS BANK FKA

**Legal:** , ...Quarter: NW Section: 12 Township: 145 Range: 94, Quarter: SW Section: 12 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 12 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 12 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 12 Township: 145 Range: 94, ...

**Document Type: MORTGAGE**
**Document Date:** 02/05/2020

**Dunn County 3093450**

**Instrument #** 3093450   **Recording Date:** Thu Mar 18 15:23:00 CDT 2021    Preview Image   ☐ Purchase

**Grantor:** INCLINE BAKKEN MINERALS, LLC, INCLINE BAKKEN, LLC, IBP, LLC, INCLINE ENERGY PARTNERS LP, IEP GP, LLC

**Grantee:** PROSPERITY BANK, LEGACYEXAS BANK FKA

**Legal:** , ...Quarter: NE Section: 11 Township: 145 Range: 94, Quarter: SE Section: 11 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 11 Township: 145 Range: 94, Sixteenth: NE Quarter: NE Section: 11 Township: 145 Range: 94, Sixteenth: SW Quarter: NE Section: 11 Township: 145 Range: 94, ...

**Document Type: MORTGAGE**
**Document Date:** 03/15/2021

**Dunn County 3095840**

**Instrument #** 3095840   **Recording Date:** Fri Jan 21 14:33:00 CST 2022    Preview Image   ☐ Purchase

**Grantor:** INCLINE BAKKEN MINERALS, LLC

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NW Section: 04 Township: 148 Range: 95, Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: SE Quarter: NW Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 148 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

**Dunn County 3097425**

**Instrument #** 3097425   **Recording Date:** Tue Aug 09 09:00:00 CDT 2022    Preview Image   ☐ Purchase

**Grantor:** PROSPERITY BANK, LEGACYTEXAS BANK

**Grantee:** INCLINE BAKKEN, LLC, INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: SW Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: SE Quarter: SW Section: 04 Township: 144 Range: 95, ...

**Document Type: RELEASE**
**Document Date:** 08/05/2022

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

| **Dunn County 3097240** | **Instrument #** 3097240 | **Recording Date:** Fri Jul 08 16:03:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** INCLINE BAKKEN LLC | **Grantee:** INCLINE BAKKEN MINERALS LLC | | |
| | **Legal:** , ...Quarter: NE Section: 29 Township: 146 Range: 95, Quarter: SW Section: 29 Township: 146 Range: 95, Sixteenth: NW Quarter: NE Section: 29 Township: 146 Range: 95, Sixteenth: NE Quarter: NE Section: 29 Township: 146 Range: 95, Sixteenth: SW Quarter: NE Section: 29 Township: 146 Range: 95, ... | **Document Type: ASSIGNMENT ORR INTEREST** **Document Date:** | | |

| **Dunn County 3096810** | **Instrument #** 3096810 | **Recording Date:** Thu May 19 09:23:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** INCLINE BAKKEN MINERALS II, LLC, 1280 ROYALTIES, LLC | **Grantee:** INCLINE BAKKEN MINERALS II, LLC, 1280 ROYALTIES, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 13 Township: 145 Range: 96, Quarter: SW Section: 13 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 13 Township: 145 Range: 96, ... | **Document Type: STIPULATION** **Document Date:** 04/19/2022 | | |

| **Dunn County 3087813** | **Instrument #** 3087813 | **Recording Date:** Tue Feb 19 09:03:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: NE Section: 19 Township: 145 Range: 96, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 02/02/2019 | | |

| **Dunn County 3090038** | **Instrument #** 3090038 | **Recording Date:** Wed Oct 30 10:58:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** Quarter: SE Section: 14 Township: 145 Range: 95, Sixteenth: SW Quarter: SE Section: 14 Township: 145 Range: 95 | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/01/2019 | | |

| **Dunn County 3088198** | **Instrument #** 3088198 | **Recording Date:** Thu Apr 04 09:04:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 24 Township: 145 Range: 97, Quarter: NE Section: 24 Township: 145 Range: 97, Quarter: SW Section: 24 Township: 145 | **Document Type: MINERAL DEED** **Document Date:** 04/04/2019 | | |

| Description | Summary | | Select All / None |
|---|---|---|---|

Range: 97, Quarter: SE Section: 24
Township: 145 Range: 97, Sixteenth: NW
Quarter: NW Section: 24 Township: 145
Range: 97, ...

---

**Dunn County 3089369**

**Instrument # 3089369**    **Recording Date:** Tue Aug 20 13:00:00 CDT 2019    Preview Image   ☐ Purchase

**Grantor:** INCLINE BAKKEN MINERALS, LLC    **Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NE Section: 09
Township: 144 Range: 95, Quarter: SE
Section: 09 Township: 144 Range: 95,
Sixteenth: NW Quarter: NE Section: 09
Township: 144 Range: 95, Sixteenth: NE
Quarter: NE Section: 09 Township: 144
Range: 95, Sixteenth: SW Quarter: NE
Section: 09 Township: 144 Range: 95, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 06/19/2019

---

**Dunn County 3088736**

**Instrument # 3088736**    **Recording Date:** Wed Jun 05 14:16:00 CDT 2019    Preview Image   ☐ Purchase

**Grantor:** INCLINE, MINERALS LLC    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SE Section: 15 Township:
145 Range: 94, Sixteenth: NW Quarter:
SE Section: 15 Township: 145 Range: 94,
Sixteenth: NE Quarter: SE Section: 15
Township: 145 Range: 94, Sixteenth: SW
Quarter: SE Section: 15 Township: 145
Range: 94, Sixteenth: SE Quarter: SE
Section: 15 Township: 145 Range: 94

**Document Type:** MINERAL DEED
**Document Date:** 06/04/2019

---

**Dunn County 3088737**

**Instrument # 3088737**    **Recording Date:** Wed Jun 05 14:17:00 CDT 2019    Preview Image   ☐ Purchase

**Grantor:** INCLINE MINERALS, LLC    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SE Section: 15 Township:
145 Range: 94, Sixteenth: NW Quarter:
SE Section: 15 Township: 145 Range: 94,
Sixteenth: NE Quarter: SE Section: 15
Township: 145 Range: 94, Sixteenth: SW
Quarter: SE Section: 15 Township: 145
Range: 94, Sixteenth: SE Quarter: SE
Section: 15 Township: 145 Range: 94

**Document Type:** MINERAL DEED
**Document Date:** 06/04/2019

---

**Dunn County 3088650**

**Instrument # 3088650**    **Recording Date:** Thu May 23 13:20:00 CDT 2019    Preview Image   ☐ Purchase

**Grantor:** INCLINE BAKKEN, LLC    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SE Section: 09
Township: 145 Range: 94, Sixteenth: NW
Quarter: SE Section: 09 Township: 145
Range: 94, Sixteenth: NE Quarter: SE
Section: 09 Township: 145 Range: 94,
Sixteenth: SW Quarter: SE Section: 09
Township: 145 Range: 94, Sixteenth: SE
Quarter: SE Section: 09 Township: 145
Range: 94, ...

**Document Type:** ASSIGNMENT ORR
INTEREST
**Document Date:** 05/23/2019

---

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

| Dunn County 3091776 | **Instrument #** 3091776 | **Recording Date:** Mon Jul 13 14:00:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** INCLINE BAKKEN LLC | | |
| | **Legal:** , ...Quarter: NW Section: 24 Township: 145 Range: 97, Quarter: NE Section: 24 Township: 145 Range: 97, Quarter: SW Section: 24 Township: 145 Range: 97, Quarter: SE Section: 24 Township: 145 Range: 97, Sixteenth: NW Quarter: NW Section: 24 Township: 145 Range: 97, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 04/05/2019 | | |

| Dunn County 3091775 | **Instrument #** 3091775 | **Recording Date:** Fri Jul 10 14:01:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 24 Township: 145 Range: 97, Quarter: NE Section: 24 Township: 145 Range: 97, Quarter: SW Section: 24 Township: 145 Range: 97, Quarter: SE Section: 24 Township: 145 Range: 97, Sixteenth: NW Quarter: NW Section: 24 Township: 145 Range: 97, ... | **Document Type: MINERAL DEED** **Document Date:** | | |

| Dunn County 3091910 | **Instrument #** 3091910 | **Recording Date:** Thu Jul 30 12:10:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** INCLINE BAKKEN LLC | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 145 Range: 93, Quarter: SE Section: 05 Township: 145 Range: 93, Sixteenth: NW Quarter: SW Section: 05 Township: 145 Range: 93, Sixteenth: NE Quarter: 05 Township: 145 Range: 93, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 93, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 07/02/2020 | | |

| Dunn County 3094437 | **Instrument #** 3094437 | **Recording Date:** Tue Aug 17 10:03:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 08/02/2021 | | |

| Dunn County 3094079 | **Instrument #** 3094079 | **Recording Date:** Mon Jun 28 14:22:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC, IBP, LLC, INCLINE ENERGY PARTNERS LP, IEP GP, LLC | **Grantee:** PROSPERITY BANK, LEGACYTEXAS BANK FKA | | |

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Legal: , ...Quarter: NW Section: 13 Township: 145 Range: 94, Quarter: NE Section: 13 Township: 145 Range: 94, Quarter: SW Section: 13 Township: 145 Range: 94, Quarter: SE Section: 13 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 13 Township: 145 Range: 94, ...

**Document Type: MORTGAGE**
**Document Date:** 06/18/2021

---

| Dunn County 3094628 | **Instrument #** 3094628 | **Recording Date:** Thu Sep 02 08:29:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** INCLINE BAKKEN MINERALS, LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 08 Township: 147 Range: 97, Quarter: NE Section: 08 Township: 147 Range: 97, Quarter: SW Section: 08 Township: 147 Range: 97, Quarter: SE Section: 08 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 08 Township: 147 Range: 97, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 07/02/2021

---

| Dunn County 3096438 | **Instrument #** 3096438 | **Recording Date:** Mon Apr 04 15:44:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** INCLINE BAKKEN MINERALS II, LLC

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** , ...Quarter: NW Section: 04 Township: 148 Range: 95, Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: SE Quarter: NW Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 148 Range: 95, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 12/03/2021

---

| Dunn County 3099646 | **Instrument #** 3099646 | **Recording Date:** Fri Jun 02 14:35:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** INCLINE BAKKEN II, LLC, INCLINE BAKKEN MINERALS II, LLC

**Grantee:** CROSSFIRST BANK AGENT

**Legal:** , ...Quarter: NW Section: 31 Township: 146 Range: 92, Quarter: NE Section: 31 Township: 146 Range: 92, Quarter: SW Section: 31 Township: 146 Range: 92, Quarter: SE Section: 31 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 31 Township: 146 Range: 92, ...

**Document Type: FINANCING STATEMENT**
**Document Date:**

---

| Dunn County 3099647 | **Instrument #** 3099647 | **Recording Date:** Fri Jun 02 14:58:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** INCLINE BAKKEN II, LLC, INCLINE BAKKEN MINERALS II, LLC

**Grantee:** CROSSFIRST BANK AGENT

**Legal:** , ...Quarter: NW Section: 31 Township: 146 Range: 92, Quarter: NE Section: 31 Township: 146 Range: 92, Quarter: SW Section: 31 Township: 146 Range: 92, Quarter: SE Section: 31 Township: 146 Range: 92, Sixteenth: NW

**Document Type: MORTGAGE**
**Document Date:** 05/19/2023

| Description | Summary | | Select All / None |
|---|---|---|---|

Quarter: NW Section: 31 Township: 146
Range: 92, ...

| **Dunn County** 3099883 | **Instrument #** 3099883 | **Recording Date:** Fri Jul 07 16:03:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** INCLINE BAKKEN MINERALS II, LLC

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 03 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 03 Township: 144 Range: 94, Quarter: NW Section: 03 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 03 Township: 144 Range: 94, Quarter: NW Section: 03 Township: 144 Range: 94, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 07/06/2023

| **Dunn County** 3099166 | **Instrument #** 3099166 | **Recording Date:** Tue Mar 28 14:41:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** INCLINE BAKKEN MINERALS II, LLC

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 03 Township: 144 Range: 97, Sixteenth: NE Quarter: NW Section: 03 Township: 144 Range: 97, Quarter: NW Section: 03 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 03 Township: 144 Range: 97, Quarter: NW Section: 03 Township: 144 Range: 97, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 03/01/2023

| **McLean County** 3409655 | **Instrument #** 3409655 | **Recording Date:** Fri May 26 09:33:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** INCLINE BAKKEN II, LLC, INCLINE BAKKEN MINERALS II, LLC

**Grantee:** CROSSFIRST BANK

**Legal:** , ...Quarter: NW Section: 16 Township: 150 Range: 91, Quarter: NE Section: 16 Township: 150 Range: 91, Quarter: SW Section: 16 Township: 150 Range: 91, Quarter: SE Section: 16 Township: 150 Range: 91, Sixteenth: NW Quarter: NW Section: 16 Township: 150 Range: 91, ...

**Document Type: UCC1A (MINERAL)**
**Document Date:**

| **McLean County** 3409654 | **Instrument #** 3409654 | **Recording Date:** Fri May 26 09:28:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** INCLINE BAKKEN II, LLC, INCLINE BAKKEN MINERALS II, LLC

**Grantee:** CROSSFIRST BANK

**Legal:** , ...Quarter: NW Section: 16 Township: 150 Range: 91, Quarter: NE Section: 16 Township: 150 Range: 91, Quarter: SW Section: 16 Township: 150 Range: 91, Quarter: SE Section: 16 Township: 150 Range: 91, Sixteenth: NW Quarter: NW Section: 16 Township: 150 Range: 91, ...

**Document Type: MTG/ASSIGN PROD/SEC. AGRMT/FSTATE/O&G**
**Document Date:** 05/19/2023

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Sioux County 44657**

**Instrument #** 44657    **Recording Date:** Thu Oct 27 08:39:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** MCCULLY-CHAPMAN EXPLORATION, INC., BROUGHTON PETROLEUM, INC, OTTER CREEK, LLC    **Grantee:** INCLINE BAKKEN II LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 129 Range: 92, Quarter: NE Section: 10 Township: 129 Range: 92, Quarter: SW Section: 10 Township: 129 Range: 92, Quarter: SE Section: 10 Township: 129 Range: 92, Sixteenth: NW Quarter: NW Section: 10 Township: 129 Range: 92, ...    **Document Type: ASSIGNMENT**
**Document Date:** 09/01/2022

**Adams County 134761**

**Instrument #** 134761    **Recording Date:** Wed Oct 26 09:40:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** McCully-Chapman Exploration Inc, Broughton Petroleum Inc, Otter Creek LLC    **Grantee:** Incline Bakken II LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 131 Range: 93, Quarter: NE Section: 24 Township: 131 Range: 93, Quarter: SW Section: 24 Township: 131 Range: 93, Quarter: SE Section: 24 Township: 131 Range: 93, Sixteenth: NW Quarter: NW Section: 24 Township: 131 Range: 93, ...    **Document Type: ASSIGNMENT**
**Document Date:** 09/01/2022

**Divide County 302911**

**Instrument #** 302911    **Recording Date:** Tue Sep 06 08:53:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** McCully-Chapman Exploration, Inc., Broughton Petroleum, Inc., Otter Creek, LLC    **Grantee:** Incline Bakken II, LLC

**Legal:** , ...Quarter: NW Section: 18 Township: 160 Range: 097, Quarter: NE Section: 18 Township: 160 Range: 097, Quarter: SW Section: 18 Township: 160 Range: 097, Quarter: SE Section: 18 Township: 160 Range: 097, Sixteenth: NW Quarter: NW Section: 18 Township: 160 Range: 097, ...    **Document Type: ASSIGNMENT**
**Document Date:** 09/01/2022

**Divide County 304714**

**Instrument #** 304714    **Recording Date:** Fri Jul 14 13:45:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** Barnhart Living Trust, Toni K.    **Grantee:** Incline Bakken II, LLC

**Legal:** Quarter: NE Section: 26 Township: 160 Range: 099, Sixteenth: NW Quarter: NE Section: 26 Township: 160 Range: 099, Sixteenth: NE Quarter: NE Section: 26 Township: 160 Range: 099, Sixteenth: SW Quarter: NE Section: 26 Township: 160 Range: 099, Sixteenth: SE Quarter: NE Section: 26 Township: 160 Range: 099    **Document Type: OIL AND GAS LEASE**
**Document Date:** 07/01/2023

**Divide County 304736**

**Instrument #** 304736    **Recording Date:** Wed Jul 19 14:20:00 CDT 2023    Preview Image    ☐ Purchase

| Description | Summary | | Select All / None |
|---|---|---|---|

| | **Grantor:** Johnson, Richard A., Johnson, Susan M., Johnson, Kelly, Johnson, Paul, Johnson, Patrick | **Grantee:** Incline Bakken II, LLC | |
| | **Legal:** Quarter: NE Section: 26 Township: 160 Range: 099, Sixteenth: NW Quarter: NE Section: 26 Township: 160 Range: 099, Sixteenth: NE Quarter: NE Section: 26 Township: 160 Range: 099, Sixteenth: SW Quarter: NE Section: 26 Township: 160 Range: 099, Sixteenth: SE Quarter: NE Section: 26 Township: 160 Range: 099 | **Document Type: OIL AND GAS LEASE** **Document Date:** 07/01/2023 | |

| **Divide County 304581** | **Instrument #** 304581 | **Recording Date:** Thu Jun 22 08:15:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** Johnson, Richard A., Johnson, Susan M., Johnson, Kelly, Johnson, Paul, Johnson, Patrick | **Grantee:** Incline Bakken II, LLC | | |
| | **Legal:** Quarter: NW Section: 25 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 25 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 25 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 25 Township: 160 Range: 099, Sixteenth: SE Quarter: NW Section: 25 Township: 160 Range: 099 | **Document Type: OIL AND GAS LEASE** **Document Date:** 05/01/2023 | | |

| **Divide County 304580** | **Instrument #** 304580 | **Recording Date:** Thu Jun 22 08:10:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** Barnhart Living Trust, Toni K. | **Grantee:** Incline Bakken II, LLC | | |
| | **Legal:** Quarter: NW Section: 25 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 25 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 25 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 25 Township: 160 Range: 099, Sixteenth: SE Quarter: NW Section: 25 Township: 160 Range: 099 | **Document Type: OIL AND GAS LEASE** **Document Date:** 05/01/2023 | | |

| **Divide County 304423** | **Instrument #** 304423 | **Recording Date:** Thu Jun 01 10:55:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** Vassen, Gwen | **Grantee:** Incline Bakken II, LLC | | |
| | **Legal:** Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: NW Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: NE Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: SW Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: SE Quarter: NE Section: 36 Township: 160 Range: 099 | **Document Type: OIL AND GAS LEASE** **Document Date:** 05/01/2023 | | |

| **Divide County 304424** | **Instrument #** 304424 | **Recording Date:** Thu Jun 01 11:00:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** Bilstad, Teresa | **Grantee:** Incline Bakken II, LLC | | |

| Description | Summary | | Select All / None |
|---|---|---|---|

**Legal:** Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: NW Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: NE Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: SW Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: SE Quarter: NE Section: 36 Township: 160 Range: 099

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/01/2023

---

**Divide County 305774**

**Instrument #** 305774    **Recording Date:** Thu Dec 28 12:50:00 CST 2023    Preview Image    ☐ Purchase

**Grantor:** Incline Bakken II, LLC

**Grantee:** Silver Creek Exploration III, LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 160 Range: 099, Quarter: SW Section: 34 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 34 Township: 160 Range: 099, ...

**Document Type: ASSIGNMENT AND BILL OF SALE**
**Document Date:** 12/28/2023

---

**Divide County 304484**

**Instrument #** 304484    **Recording Date:** Thu Jun 08 10:45:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** Harstad, Terry

**Grantee:** Incline Bakken II, LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 160 Range: 099, Quarter: SW Section: 34 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 34 Township: 160 Range: 099, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/01/2023

---

**Divide County 304407**

**Instrument #** 304407    **Recording Date:** Wed May 31 13:46:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** Foldoe, Mary Louise

**Grantee:** Incline Bakken II, LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 160 Range: 099, Quarter: SW Section: 34 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 34 Township: 160 Range: 099, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/01/2023

---

**Divide County 304818**

**Instrument #** 304818    **Recording Date:** Wed Aug 02 08:09:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** Harstad, Michael

**Grantee:** Incline Bakken II LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 160 Range: 099, Quarter: SW Section: 34 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 34 Township: 160

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/01/2023

| Description | Summary | | Select All / None |
|---|---|---|---|

Range: 099, Sixteenth: SW Quarter: NW
Section: 34 Township: 160 Range: 099,
...

---

**Divide County 304387**

**Instrument #** 304387    **Recording Date:** Fri May 26 10:40:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** Thoring, Karen Marie     **Grantee:** Incline Bakken II, LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 160 Range: 099, Quarter: SW Section: 34 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 34 Township: 160 Range: 099, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/01/2023

---

**Divide County 304604**

**Instrument #** 304604    **Recording Date:** Tue Jun 27 08:20:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** Azure, Shawn     **Grantee:** Incline Bakken II LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 160 Range: 099, Quarter: SW Section: 34 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 34 Township: 160 Range: 099, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/01/2023

---

**Divide County 305845**

**Instrument #** 305845    **Recording Date:** Fri Jan 05 14:15:00 CST 2024    Preview Image    ☐ Purchase

**Grantor:** Incline Bakken II, LLC     **Grantee:** Irish Oil & Gas, Inc.

**Legal:** , ...Quarter: NW Section: 34 Township: 160 Range: 099, Quarter: SW Section: 34 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 34 Township: 160 Range: 099, ...

**Document Type: ASSIGNMENT OF OIL AND GAS LEASE**
**Document Date:** 12/28/2023

---

**Divide County 304394**

**Instrument #** 304394    **Recording Date:** Tue May 30 11:00:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** Thoring, Marlin, Thoring, Karen     **Grantee:** Incline Bakken II, LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 160 Range: 099, Quarter: SW Section: 34 Township: 160 Range: 099, Sixteenth: NW Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: NE Quarter: NW Section: 34 Township: 160 Range: 099, Sixteenth: SW Quarter: NW Section: 34 Township: 160 Range: 099, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/01/2023

---

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

| **Divide County 306123** | **Instrument #** 306123 | **Recording Date:** Tue Feb 13 09:00:00 CST 2024 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** Incline Bakken II, LLC | **Grantee:** J.P. Furlong Co. | | | |
| | **Legal:** Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: NW Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: NE Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: SW Quarter: NE Section: 36 Township: 160 Range: 099, Sixteenth: SE Quarter: NE Section: 36 Township: 160 Range: 099 | **Document Type: ASSIGNMENT OF OIL AND GAS LEASE**<br>**Document Date:** 02/05/2024 | | | |

| **Dunn County 3095870** | **Instrument #** 3095870 | **Recording Date:** Thu Jan 27 09:39:00 CST 2022 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** STROMSTAD, JEFF, STROMSTAD, JEFFREY A. | **Grantee:** INCLINE BAKKEN, LLC | | | |
| | **Legal:** , ...Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NE Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: SW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: SE Quarter: NW Section: 20 Township: 146 Range: 92, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE**<br>**Document Date:** | | | |

| **Dunn County 3095865** | **Instrument #** 3095865 | **Recording Date:** Wed Jan 26 16:01:00 CST 2022 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** SANDY RIVER ENERGY, LLC | **Grantee:** INCLINE BAKKEN, LLC | | | |
| | **Legal:** , ...Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NE Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: SW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: SE Quarter: NW Section: 20 Township: 146 Range: 92, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE**<br>**Document Date:** | | | |

| **Dunn County 3095866** | **Instrument #** 3095866 | **Recording Date:** Wed Jan 26 16:04:00 CST 2022 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** GIMBEL, TERRY L. | **Grantee:** INCLINE BAKKEN, LLC | | | |
| | **Legal:** , ...Quarter: NW Section: 20 Township: 146 Range: 92, Quarter: NE Section: 20 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NE Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NW Quarter: NE Section: 20 Township: 146 Range: 92, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE**<br>**Document Date:** | | | |

| **Dunn County 3096328** | **Instrument #** 3096328 | **Recording Date:** Mon Mar 21 09:06:00 CDT 2022 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** HAMBLIN, CAMILLE SUZANNE | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | | |

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Legal:** , ...Quarter: NW Section: 13 Township: 145 Range: 96, Quarter: SW Section: 13 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 13 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096333**

**Instrument #** 3096333     **Recording Date:** Mon Mar 21 14:16:00 CDT 2022     Preview Image     ☐ Purchase

**Grantor:** MOORE, J. HIRAM LTD, PROVIDENCE ENERGY LTD, AGENT

**Grantee:** PUBLIC, INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 146 Range: 97, Quarter: NE Section: 13 Township: 146 Range: 97, Quarter: SW Section: 13 Township: 146 Range: 97, Quarter: SE Section: 13 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 13 Township: 146 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 06/21/2021

---

**Dunn County 3096334**

**Instrument #** 3096334     **Recording Date:** Mon Mar 21 14:18:00 CDT 2022     Preview Image     ☐ Purchase

**Grantor:** MOORE, J. HIRAM LTD, PROVIDENCE ENERGY LTD. AGENT

**Grantee:** PUBLIC, INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 14 Township: 146 Range: 97, Quarter: NE Section: 14 Township: 146 Range: 97, Quarter: SW Section: 14 Township: 146 Range: 97, Quarter: SE Section: 14 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 14 Township: 146 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

---

**Dunn County 3096974**

**Instrument #** 3096974     **Recording Date:** Tue Jun 07 15:40:00 CDT 2022     Preview Image     ☐ Purchase

**Grantor:** FISCHER, TAMI E.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096975**

**Instrument #** 3096975     **Recording Date:** Tue Jun 07 15:45:00 CDT 2022     Preview Image     ☐ Purchase

**Grantor:** SCHMIDT, RUSTY S.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Range: 94, Sixteenth: NW Quarter: SE
Section: 10 Township: 144 Range: 94, ...

---

**Dunn County 3096976**

**Instrument #** 3096976

**Recording Date:** Tue Jun 07 15:47:00 CDT 2022

Preview Image

☐ Purchase

**Grantor:** SCHMIDT, ROCKY E.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096985**

**Instrument #** 3096985

**Recording Date:** Wed Jun 08 09:02:00 CDT 2022

Preview Image

☐ Purchase

**Grantor:** SMITH, KATHY G.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096988**

**Instrument #** 3096988

**Recording Date:** Wed Jun 08 12:38:00 CDT 2022

Preview Image

☐ Purchase

**Grantor:** NICO RESOURCES, LLC, EPIC RESOURCES, LLC, ENGLAND RESOURCES CORPORATION

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 30 Township: 147 Range: 97, Sixteenth: NW Quarter: SW Section: 30 Township: 147 Range: 97, Quarter: SW Section: 30 Township: 147 Range: 97, Sixteenth: SW Quarter: SW Section: 30 Township: 147 Range: 97, Quarter: NW Section: 30 Township: 147 Range: 97, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 06/07/2022

---

**Dunn County 3096977**

**Instrument #** 3096977

**Recording Date:** Tue Jun 07 15:48:00 CDT 2022

Preview Image

☐ Purchase

**Grantor:** SCHMIDT, RICKY G.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

| **Dunn County 3097351** | **Instrument #** 3097351 | **Recording Date:** Tue Jul 26 10:12:00 CDT 2022 | | Preview Image | ☐ Purchase |
| | **Grantor:** PONY OIL OPERATING, LLC | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | | |
| | **Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, ... | **Document Type: MINERAL DEED** **Document Date:** 07/25/2022 | | | |

| **Dunn County 3097373** | **Instrument #** 3097373 | **Recording Date:** Fri Jul 29 15:05:00 CDT 2022 | | Preview Image | ☐ Purchase |
| | **Grantor:** DECARLO, CHARLES M. II | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | | |
| | **Legal:** Quarter: SW Section: 12 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 12 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 12 Township: 145 Range: 97, Sixteenth: SW Quarter: SW Section: 12 Township: 145 Range: 97, Sixteenth: SE Quarter: SW Section: 12 Township: 145 Range: 97 | **Document Type: MINERAL DEED** **Document Date:** | | | |

| **Dunn County 3096836** | **Instrument #** 3096836 | **Recording Date:** Mon May 23 14:02:00 CDT 2022 | | Preview Image | ☐ Purchase |
| | **Grantor:** J HIRAM MOORE, LTD, PROVIDENCE ENERGY LTD. AGENT | **Grantee:** PUBLIC, INCLINE BAKKEN II, LLC | | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 07 Township: 146 Range: 97, Quarter: NW Section: 07 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 07 Township: 146 Range: 97, Quarter: SW Section: 07 Township: 146 Range: 97, ... | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** | | | |

| **Dunn County 3097031** | **Instrument #** 3097031 | **Recording Date:** Tue Jun 14 09:30:00 CDT 2022 | | Preview Image | ☐ Purchase |
| | **Grantor:** KLOCKO, MERRIKAY, FRANICH, TYLER C., FRANICH, JUSTICE J. | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | | |
| | **Legal:** , ...Quarter: NW Section: 13 Township: 145 Range: 96, Quarter: SW Section: 13 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 13 Township: 145 Range: 96, ... | **Document Type: MINERAL DEED** **Document Date:** | | | |

| Description | Summary | | Select All / None |
|---|---|---|---|

| **Dunn County 3097678** | **Instrument #** 3097678 | **Recording Date:** Wed Sep 07 11:43:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** MCCULLY-CHAPMAN EXPLORATION, INC., BROUGHTON PETROLEUM, INC., OTTER CREEK, LLC | **Grantee:** INCLINE BAKKEN II, LLC | | |
| | **Legal:** , ...Section: 16 Township: 141 Range: 95, Section: 17 Township: 141 Range: 95, Section: 02 Township: 141 Range: 96, Section: 03 Township: 141 Range: 96, Section: 22 Township: 142 Range: 97, ... | **Document Type: ASSIGNMENT OF INTEREST** **Document Date:** | | |

| **Dunn County 3097710** | **Instrument #** 3097710 | **Recording Date:** Fri Sep 09 15:14:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** FLYING WOLF ENTERPRISES, INC. | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 29 Township: 145 Range: 96, Quarter: SE Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NE Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SE Section: 29 Township: 145 Range: 96, ... | **Document Type: MINERAL DEED** **Document Date:** | | |

| **Dunn County 3098073** | **Instrument #** 3098073 | **Recording Date:** Mon Oct 31 09:22:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** STRASSER, JULIE | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 09 Township: 144 Range: 94, ... | **Document Type: MINERAL DEED** **Document Date:** | | |

| **Dunn County 3098071** | **Instrument #** 3098071 | **Recording Date:** Mon Oct 31 08:54:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** MATTER, DIANE | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 09 Township: 144 Range: 94, ... | **Document Type: MINERAL DEED** **Document Date:** | | |

| **Dunn County 3098072** | **Instrument #** 3098072 | **Recording Date:** Mon Oct 31 09:00:00 CDT 2022 | Preview Image | ☐ Purchase |

Description    Summary        Select All / None

| | |
|---|---|
| **Grantor:** BAUGH, KAREN | **Grantee:** INCLINE BAKKEN MINERALS II, LLC |
| **Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 09 Township: 144 Range: 94, ... | **Document Type: MINERAL DEED** **Document Date:** |

---

**Dunn County**
**3097476**

**Instrument #** 3097476    **Recording Date:** Mon Aug 15 10:20:00 CDT 2022    Preview Image    ☐ Purchase

| | |
|---|---|
| **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** RIVERBEND OIL & GAS IX INVESTMENTS, L.L. |
| **Legal:** , ...Quarter: NW Section: 19 Township: 141 Range: 95, Quarter: NE Section: 19 Township: 141 Range: 95, Quarter: SW Section: 19 Township: 141 Range: 95, Quarter: SE Section: 19 Township: 141 Range: 95, Sixteenth: NW Quarter: NW Section: 19 Township: 141 Range: 95, ... | **Document Type: MINERAL DEED** **Document Date:** 08/08/2022 |

---

**Dunn County**
**3097492**

**Instrument #** 3097492    **Recording Date:** Mon Aug 15 14:54:00 CDT 2022    Preview Image    ☐ Purchase

| | |
|---|---|
| **Grantor:** MORRELL, PERRI | **Grantee:** INCLINE BAKKEN MINERALS II, LLC |
| **Legal:** , ...Quarter: NW Section: 30 Township: 145 Range: 93, Quarter: NE Section: 30 Township: 145 Range: 93, Quarter: SW Section: 30 Township: 145 Range: 93, Quarter: SE Section: 30 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 145 Range: 93, ... | **Document Type: MINERAL DEED** **Document Date:** |

---

**Dunn County**
**3097606**

**Instrument #** 3097606    **Recording Date:** Wed Aug 31 15:19:00 CDT 2022    Preview Image    ☐ Purchase

| | |
|---|---|
| **Grantor:** INCLINE BAKKEN, LLC | **Grantee:** NORTHERN OIL AND GAS, INC. |
| **Legal:** , ...Quarter: SW Section: 08 Township: 144 Range: 94, Quarter: SE Section: 08 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 08 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 08 Township: 144 Range: 94, ... | **Document Type: CONVEYANCE** **Document Date:** 07/11/2022 |

---

**Dunn County**
**3097521**

**Instrument #** 3097521    **Recording Date:** Thu Aug 18 14:10:00 CDT 2022    Preview Image    ☐ Purchase

| | |
|---|---|
| **Grantor:** INCLINE BAKKEN MINERALS II, LLC | **Grantee:** OVERLAND OIL & GAS ADVISORY II, LLC, BLACK BEAR OIL & GAS, LLC |
| **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 03 Township: 146 | **Document Type: MINERAL DEED** **Document Date:** 08/18/2022 |

| Description | Summary | | | Select All / None |

Range: 97, Sixteenth: NE Quarter: NE
Section: 03 Township: 146 Range: 97,
Quarter: NE Section: 03 Township: 146
Range: 97, Sixteenth: NW Quarter: NE
Section: 03 Township: 146 Range: 97,
Quarter: NW Section: 03 Township: 146
Range: 97, ...

---

**Dunn County 3097294**

**Instrument #** 3097294    **Recording Date:** Mon Jul 18 09:09:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** RICE, RAYMOND

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NE Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NW Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NW Section: 03 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3097305**

**Instrument #** 3097305    **Recording Date:** Tue Jul 19 11:02:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** MITCHELL, GARTH A.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3097301**

**Instrument #** 3097301    **Recording Date:** Tue Jul 19 09:11:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** MERKET, GARRETT B.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 06 Township: 146 Range: 93, Sixteenth: NW Quarter: SW Section: 06 Township: 146 Range: 93, Sixteenth: NE Quarter: SW Section: 06 Township: 146 Range: 93, Sixteenth: SW Quarter: SW Section: 06 Township: 146 Range: 93, Sixteenth: SE Quarter: SW Section: 06 Township: 146 Range: 93, ...

**Document Type: ASSIGNMENT ORR INTEREST**
**Document Date:**

---

**Dunn County 3097302**

**Instrument #** 3097302    **Recording Date:** Tue Jul 19 09:16:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** IRON HORSE ROYALTIES, LLC

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NE Section: 18 Township: 145 Range: 96, Quarter: SE Section: 18 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 18 Township: 145

**Document Type: ASSIGNMENT ORR INTEREST**
**Document Date:**

| Description | Summary | | Select All / None |
|---|---|---|---|

Range: 96, Sixteenth: SW Quarter: NE
Section: 18 Township: 145 Range: 96, ...

---

**Dunn County 3097300**

| | | |
|---|---|---|
| **Instrument #** 3097300 | **Recording Date:** Tue Jul 19 08:58:00 CDT 2022 | Preview Image  ☐ Purchase |

**Grantor:** SMITH, PAMELA RICE

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NE Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NW Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NW Section: 03 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3098511**

| | | |
|---|---|---|
| **Instrument #** 3098511 | **Recording Date:** Fri Dec 30 09:46:00 CST 2022 | Preview Image  ☐ Purchase |

**Grantor:** HEGRANES, THOMAS W.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 05 Township: 145 Range: 94

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3098274**

| | | |
|---|---|---|
| **Instrument #** 3098274 | **Recording Date:** Wed Nov 30 11:55:00 CST 2022 | Preview Image  ☐ Purchase |

**Grantor:** HINDMAN, FAYE JOREENE, HINDMAN, TRACY FLOYD

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3098453**

| | | |
|---|---|---|
| **Instrument #** 3098453 | **Recording Date:** Tue Dec 27 14:37:00 CST 2022 | Preview Image  ☐ Purchase |

**Grantor:** BLACK STONE MINERALS COMPANY, L.P., BSMC GP, L.L.C.

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** Lot 3, Lot 3, ...Quarter: SW Section: 31 Township: 146 Range: 92, Sixteenth: NE Quarter: SW Section: 31 Township: 146 Range: 92, Sixteenth: SE Quarter: SW Section: 31 Township: 146 Range: 92, Quarter: SW Section: 31 Township: 146 Range: 92, Sixteenth: NW Quarter: SW Section: 31 Township: 146 Range: 92, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 12/05/2022

---

| Description | Summary | | Select All / None |
|---|---|---|---|

| Dunn County 3097439 | **Instrument #** 3097439 | **Recording Date:** Wed Aug 10 09:24:00 CDT 2022 | Preview Image  ☐ Purchase |
| | **Grantor:** MARATHON OIL COMPANY | **Grantee:** INCLINE BAKKEN, LLC | |
| | **Legal:** , ...Section: 14 Township: 145 Range: 94, Section: 23 Township: 145 Range: 94, Quarter: NE Section: 14 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 14 Township: 145 Range: 94, Sixteenth: NE Quarter: NE Section: 14 Township: 145 Range: 94, ... | **Document Type:** ASSIGNMENT OIL & GAS LEASE **Document Date:** 08/09/2022 | |

| Dunn County 3097438 | **Instrument #** 3097438 | **Recording Date:** Wed Aug 10 09:16:00 CDT 2022 | Preview Image  ☐ Purchase |
| | **Grantor:** MARATHON OIL COMPANY | **Grantee:** INCLINE BAKKEN, LLC | |
| | **Legal:** , ...Section: 15 Township: 145 Range: 94, Section: 22 Township: 145 Range: 94, Quarter: NW Section: 15 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 15 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 15 Township: 145 Range: 94, ... | **Document Type:** ASSIGNMENT OIL & GAS LEASE **Document Date:** 08/09/2022 | |

| Dunn County 3097440 | **Instrument #** 3097440 | **Recording Date:** Wed Aug 10 09:28:00 CDT 2022 | Preview Image  ☐ Purchase |
| | **Grantor:** MARATHON OIL COMPANY | **Grantee:** INCLINE BAKKEN, LLC | |
| | **Legal:** , ...Section: 04 Township: 145 Range: 94, Section: 09 Township: 145 Range: 94, Quarter: NW Section: 09 Township: 145 Range: 94, Quarter: NE Section: 09 Township: 145 Range: 94, Quarter: SW Section: 09 Township: 145 Range: 94, ... | **Document Type:** ASSIGNMENT OIL & GAS LEASE **Document Date:** 08/09/2022 | |

| Dunn County 3097796 | **Instrument #** 3097796 | **Recording Date:** Mon Sep 19 14:55:00 CDT 2022 | Preview Image  ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN, LLC | **Grantee:** NORTHERN OIL AND GAS, INC. | |
| | **Legal:** , ...Quarter: NW Section: 23 Township: 146 Range: 97, Quarter: NE Section: 23 Township: 146 Range: 97, Quarter: SW Section: 23 Township: 146 Range: 97, Quarter: SE Section: 23 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 23 Township: 146 Range: 97, ... | **Document Type:** CONVEYANCE **Document Date:** 08/11/2022 | |

| Dunn County 3098057 | **Instrument #** 3098057 | **Recording Date:** Wed Oct 26 15:48:00 CDT 2022 | Preview Image  ☐ Purchase |
| | **Grantor:** MCCULLY-CHAPMAN EXPLORATION, INC., BROUGHTON PETROLEUM, INC., OTTER CREEK, LLC | **Grantee:** INCLINE BAKKEN II, LLC | |
| | **Legal:** , ...Quarter: NW Section: 06 Township: 143 Range: 96, Quarter: NE Section: 06 Township: 143 Range: 96, Quarter: SW Section: 06 Township: 143 Range: 96, Quarter: SE Section: 06 | **Document Type:** ASSIGN INTEREST IN O & G LEASE **Document Date:** 10/20/2022 | |

| Description | Summary | Select All / None |
|---|---|---|

Township: 143 Range: 96, Sixteenth: NW
Quarter: NW Section: 06 Township: 143
Range: 96, ...

---

**Dunn County 3098058**

**Instrument #** 3098058    **Recording Date:** Thu Oct 27 13:52:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** BROWN FAMILY MINERAL TRUST DATED MARCH 9, BROWN, MAX S. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Quarter: NW Section: 20 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 20 Township: 145 Range: 93, Sixteenth: NE Quarter: NW Section: 20 Township: 145 Range: 93, Sixteenth: SW Quarter: NW Section: 20 Township: 145 Range: 93, Sixteenth: SE Quarter: NW Section: 20 Township: 145 Range: 93

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3097903**

**Instrument #** 3097903    **Recording Date:** Tue Oct 04 14:27:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** RAAEN, BRADLEY L.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 01 Township: 145 Range: 97, Quarter: SE Section: 01 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 01 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 01 Township: 145 Range: 97, Sixteenth: NW Quarter: SE Section: 01 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3097924**

**Instrument #** 3097924    **Recording Date:** Fri Oct 07 10:40:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** RAAEN, DOROTHY

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 01 Township: 145 Range: 97, Quarter: SE Section: 01 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 01 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 01 Township: 145 Range: 97, Sixteenth: NW Quarter: SE Section: 01 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096594**

**Instrument #** 3096594    **Recording Date:** Thu Apr 28 10:03:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** J. HIRAM MOORE, LTD, PROVIDENCE ENERGY LTD. AGENT

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** , ...Quarter: NW Section: 17 Township: 146 Range: 97, Quarter: SW Section: 17 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 17 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 17 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 17 Township: 146 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

---

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

| Dunn County 3096654 | **Instrument #** 3096654 | **Recording Date:** Thu May 05 13:04:00 CDT 2022 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** EVANS, GERARD SAMUEL | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | | |
| | **Legal:** , ...Quarter: NW Section: 24 Township: 145 Range: 95, Quarter: NE Section: 24 Township: 145 Range: 95, Quarter: SW Section: 24 Township: 145 Range: 95, Quarter: SE Section: 24 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 24 Township: 145 Range: 95, ... | **Document Type: MINERAL DEED** **Document Date:** | | | |

| Dunn County 3096148 | **Instrument #** 3096148 | **Recording Date:** Tue Mar 01 14:48:00 CST 2022 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** NORTHERN OIL AND GAS, INC | | | |
| | **Legal:** , ...Quarter: NW Section: 25 Township: 146 Range: 93, Quarter: NE Section: 25 Township: 146 Range: 93, Quarter: SW Section: 25 Township: 146 Range: 93, Quarter: SE Section: 25 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 25 Township: 146 Range: 93, ... | **Document Type: MINERAL DEED** **Document Date:** 02/21/2022 | | | |

| Dunn County 3096494 | **Instrument #** 3096494 | **Recording Date:** Mon Apr 18 09:26:00 CDT 2022 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** HAMBLIN, CAMILLE SUZANNE | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | | |
| | **Legal:** , ...Quarter: NW Section: 13 Township: 145 Range: 96, Quarter: SW Section: 13 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 13 Township: 145 Range: 96, ... | **Document Type: MINERAL DEED** **Document Date:** | | | |

| Dunn County 3087795 | **Instrument #** 3087795 | **Recording Date:** Wed Feb 13 14:59:00 CST 2019 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** ROSENBERG HOLDINGS, INC., ROSENBERG & ESPESETH PC | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: SW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: NE Section: 19 Township: 145 Range: 96, ... | **Document Type: MINERAL DEED** **Document Date:** 02/12/2019 | | | |

| Dunn County 3087699 | **Instrument #** 3087699 | **Recording Date:** Mon Feb 04 13:29:00 CST 2019 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** SALMONSON, VIRGINIA L. TRUST, SALMONSON, VIRGINIA L. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |

Document Search Results

| Description | Summary | Select All / None |

TRUSTEE

**Legal:** , ...Quarter: NW Section: 23 Township: 147 Range: 96, Quarter: SW Section: 23 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 23 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 23 Township: 147 Range: 96, Sixteenth: SW Quarter: NW Section: 23 Township: 147 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 01/29/2019

---

**Dunn County 3087698**   **Instrument #** 3087698   **Recording Date:** Mon Feb 04 13:28:00 CST 2019   Preview Image   ☐ Purchase

**Grantor:** HANSEN, DALE A. MINERAL TRUST, HANSEN, DALE A. TRUSTEE, HANSEN, GLENICE TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 23 Township: 147 Range: 96, Quarter: SW Section: 23 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 23 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 23 Township: 147 Range: 96, Sixteenth: SW Quarter: NW Section: 23 Township: 147 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 01/28/2019

---

**Dunn County 3087781**   **Instrument #** 3087781   **Recording Date:** Tue Feb 12 16:29:00 CST 2019   Preview Image   ☐ Purchase

**Grantor:** ROSENBERG, ARTHUR S., DAVINCI INVESTMENTS LLC

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: SW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: NE Section: 19 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 02/04/2019

---

**Dunn County 3088154**   **Instrument #** 3088154   **Recording Date:** Fri Mar 29 08:56:00 CDT 2019   Preview Image   ☐ Purchase

**Grantor:** RITCHIE EXPLORATION, INC.

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Section: 09 Township: 145 Range: 94, Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 09 Township: 145 Range: 94, ...

**Document Type: ASSIGNMENT**
**Document Date:** 03/21/2019

---

**Dunn County 3088156**   **Instrument #** 3088156   **Recording Date:** Fri Mar 29 09:12:00 CDT 2019   Preview Image   ☐ Purchase

**Grantor:** ALLIANCE 1998-1 DRILLING PROGRAM, CONSOLIDATED EQUITIES TRUST, EVENINGSIDE COMPANY, LC, FDEC, INC., GEIST OIL HOLDINGS, LLC, TUCKER OIL & GAS COMPANY, LLC, LIPIZZAN PETROLEUM CORPORATION, MADEIRA OIL

**Grantee:** INCLINE BAKKEN LLC

Document Search Results

Description    Summary                                     Select All / None

COMPANY, INC., MANN, RON, DDM
HOLDINGS, LLC, ...

**Legal:** , ...Quarter: NE Section: 09
Township: 145 Range: 94, Sixteenth: NW
Quarter: NE Section: 09 Township: 145
Range: 94, Sixteenth: NE Quarter: NE
Section: 09 Township: 145 Range: 94,
Sixteenth: SW Quarter: NE Section: 09
Township: 145 Range: 94, Sixteenth: SE
Quarter: NE Section: 09 Township: 145
Range: 94, ...

**Document Type: ASSIGNMENT**
**Document Date:** 03/18/2019

---

**Dunn County 3088115**    **Instrument #** 3088115    **Recording Date:** Wed Mar 27 10:27:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** NORTH COUNTRY
PROPERTIES, LIMITED PARTNE

**Grantee:** INCLINE BAKKEN MINERALS,
LLC

**Legal:** , ...Quarter: NW Section: 30
Township: 146 Range: 96, Quarter: SW
Section: 30 Township: 146 Range: 96,
Sixteenth: NW Quarter: NW Section: 30
Township: 146 Range: 96, Sixteenth: NE
Quarter: NW Section: 30 Township: 146
Range: 96, Sixteenth: SW Quarter: NW
Section: 30 Township: 146 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/26/2019

---

**Dunn County 3087437**    **Instrument #** 3087437    **Recording Date:** Wed Jan 16 11:58:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** KELLOGG, JOSEPH R.

**Grantee:** INCLINE BAKKEN MINERALS,
LLC

**Legal:** , ...Quarter: NW Section: 30
Township: 146 Range: 96, Quarter: SW
Section: 30 Township: 146 Range: 96,
Sixteenth: NW Quarter: NW Section: 30
Township: 146 Range: 96, Sixteenth: NE
Quarter: NW Section: 30 Township: 146
Range: 96, Sixteenth: SW Quarter: NW
Section: 30 Township: 146 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 01/02/2019

---

395 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4 [Next/Last]

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** RDateID >= Mon Jan 01 00:00:00 CST 2018 and <= Fri Feb 23 00:00:00 CST 2024 and exact search in BothID for Incline and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

395 items found, displaying 101 to 200.[First/Prev] 1, **2**, 3, 4 [Next/Last]

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Dunn County 3087408** | **Instrument #** 3087408 | **Recording Date:** Mon Jan 14 15:27:00 CST 2019 | Preview Image ☐ Purchase |
| | **Grantor:** IVY ENERGY, INC. | **Grantee:** INCLINE BAKKEN, LLC | |
| | **Legal:** , ...Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 09 Township: 145 Range: 94, ... | **Document Type: ASSIGN INTEREST IN O & G LEASE** **Document Date:** 01/11/2019 | |
| **Dunn County 3087424** | **Instrument #** 3087424 | **Recording Date:** Tue Jan 15 12:28:00 CST 2019 | Preview Image ☐ Purchase |
| | **Grantor:** KELLOGG, ROBERT J. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 30 Township: 146 Range: 96, Quarter: SW Section: 30 Township: 146 Range: 96, Sixteenth: NW Quarter: NW Section: 30 Township: 146 Range: 96, Sixteenth: NE Quarter: NW Section: 30 Township: 146 Range: 96, Sixteenth: SW Quarter: NW Section: 30 Township: 146 Range: 96, ... | **Document Type: MINERAL DEED** **Document Date:** 12/21/2018 | |
| **Dunn County 3087646** | **Instrument #** 3087646 | **Recording Date:** Tue Jan 29 16:24:00 CST 2019 | Preview Image ☐ Purchase |
| | **Grantor:** HANSEN, GARY P. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 23 Township: 147 Range: 96, Quarter: SW Section: 23 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 23 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 23 Township: 147 Range: 96, Sixteenth: SW Quarter: NW Section: 23 Township: 147 Range: 96, ... | **Document Type: MINERAL DEED** **Document Date:** 01/25/2019 | |
| **Dunn County 3087543** | **Instrument #** 3087543 | **Recording Date:** Fri Jan 25 09:18:00 CST 2019 | Preview Image ☐ Purchase |
| | **Grantor:** J HIRAM MOORE, LTD, PROVIDENCE ENERGY LTD. AGENT | **Grantee:** PUBLIC, INCLINE BAKKEN, LLC | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 19 Township: 146 Range: 96, Sixteenth: NW Quarter: NW Section: 19 Township: 146 Range: 96, | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** 01/22/2019 | |

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Quarter: NW Section: 19 Township: 146
Range: 96, Sixteenth: SW Quarter: NW
Section: 19 Township: 146 Range: 96,
Quarter: SW Section: 19 Township: 146
Range: 96, ...

---

**Dunn County 3087542**

**Instrument #** 3087542   **Recording Date:** Fri Jan 25 09:13:00 CST 2019

Preview Image   ☐ Purchase

**Grantor:** MERIDIAN 102, LP, PROVIDENCE ENERGY LTD. AGENT

**Grantee:** PUBLIC, INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 147 Range: 96, Quarter: NE Section: 34 Township: 147 Range: 96, Quarter: SE Section: 34 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 34 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 34 Township: 147 Range: 96, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 01/22/2019

---

**Dunn County 3089254**

**Instrument #** 3089254   **Recording Date:** Wed Aug 07 13:36:00 CDT 2019

Preview Image   ☐ Purchase

**Grantor:** EMINETH, ALVIN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: SW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: NE Section: 19 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/25/2019

---

**Dunn County 3089255**

**Instrument #** 3089255   **Recording Date:** Wed Aug 07 13:37:00 CDT 2019

Preview Image   ☐ Purchase

**Grantor:** EMINETH, MARIE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: SW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: NE Section: 19 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/25/2019

---

**Dunn County 3089157**

**Instrument #** 3089157   **Recording Date:** Fri Jul 26 15:46:00 CDT 2019

Preview Image   ☐ Purchase

**Grantor:** FROILAND, LINDA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/16/2019

---

**Dunn County 3089140**

**Instrument #** 3089140    **Recording Date:** Thu Jul 25 15:05:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** WHEELER, GEOFF    **Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NE Section: 18 Township: 145 Range: 96, Quarter: SE Section: 18 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 18 Township: 145 Range: 96, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 07/20/2019

---

**Dunn County 3088973**

**Instrument #** 3088973    **Recording Date:** Wed Jul 03 09:48:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** ALBERT, ELIZABETH EILEEN    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 06/24/2019

---

**Dunn County 3088972**

**Instrument #** 3088972    **Recording Date:** Wed Jul 03 09:45:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** SPICKLER, CYNTHIA LYNN    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 06/25/2019

---

**Dunn County 3088927**

**Instrument #** 3088927    **Recording Date:** Thu Jun 27 16:14:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** TAYLOR, JANE C.    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, , , , ...Quarter: NW Section: 02 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NE Section: 02 Township: 146

**Document Type: MINERAL DEED**
**Document Date:** 06/24/2019

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Range: 97, Quarter: SW Section: 02
Township: 146 Range: 97, ...

| **Dunn County 3089158** | **Instrument #** 3089158 | **Recording Date:** Mon Jul 29 11:59:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MONTGOMERY, STEVEN D.        **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09        **Document Type: MINERAL DEED**
Township: 144 Range: 95, Quarter: SE        **Document Date:** 07/23/2019
Section: 09 Township: 144 Range: 95,
Sixteenth: NW Quarter: NE Section: 09
Township: 144 Range: 95, Sixteenth: NE
Quarter: NE Section: 09 Township: 144
Range: 95, Sixteenth: SW Quarter: NE
Section: 09 Township: 144 Range: 95, ...

| **Dunn County 3089840** | **Instrument #** 3089840 | **Recording Date:** Thu Oct 10 15:01:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** WAGNER, JOSEPH, WAGNER,        **Grantee:** INCLINE BAKKEN MINERALS,
SHARON, WAGNER, JOSEPH R.        LLC

**Legal:** Quarter: SW Section: 14        **Document Type: MINERAL DEED**
Township: 145 Range: 95, Sixteenth: NW        **Document Date:** 10/04/2019
Quarter: SW Section: 14 Township: 145
Range: 95, Sixteenth: NE Quarter: SW
Section: 14 Township: 145 Range: 95,
Sixteenth: SW Quarter: SW Section: 14
Township: 145 Range: 95, Sixteenth: SE
Quarter: SW Section: 14 Township: 145
Range: 95

| **Dunn County 3089847** | **Instrument #** 3089847 | **Recording Date:** Fri Oct 11 09:48:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** LSM ENERGY, INC.        **Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 11        **Document Type: ASSIGNMENT OIL &**
Township: 146 Range: 97, Quarter: NE        **GAS LEASE**
Section: 11 Township: 146 Range: 97,        **Document Date:** 10/10/2019
Quarter: SW Section: 11 Township: 146
Range: 97, Quarter: SE Section: 11
Township: 146 Range: 97, Sixteenth: NW
Quarter: NW Section: 11 Township: 146
Range: 97, ...

| **Dunn County 3089828** | **Instrument #** 3089828 | **Recording Date:** Tue Oct 08 09:02:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MICHELSON, JOHNNY,        **Grantee:** INCLINE BAKKEN MINERALS
MICHELSON, BRENDA        LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3,        **Document Type: CORRECTIVE**
...Quarter: NE Section: 06 Township: 145        **MINERAL DEED**
Range: 96, Sixteenth: NE Quarter: NE        **Document Date:** 10/02/2019
Section: 06 Township: 145 Range: 96,
Sixteenth: NE Quarter: NE Section: 06
Township: 145 Range: 96, Sixteenth: NW
Quarter: NE Section: 06 Township: 145
Range: 96, Sixteenth: SW Quarter: NE
Section: 06 Township: 145 Range: 96,
Quarter: NW Section: 06 Township: 145
Range: 96, ...

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Dunn County 3089834**

Instrument # 3089834    Recording Date: Tue Oct 08 12:50:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** STEWART, JOHN C. REVOCABLE TRUST, STEWART, JOHN C. CO-TRUSTEE, STEWART, MARILYN M. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 145 Range: 97, Quarter: NE Section: 13 Township: 145 Range: 97, Quarter: SW Section: 13 Township: 145 Range: 97, Quarter: SE Section: 13 Township: 145 Range: 97, Sixteenth: NW Quarter: Section: 13 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 09/20/2019

**Dunn County 3089778**

Instrument # 3089778    Recording Date: Thu Oct 03 08:37:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** MERIDIAN 102, LP, PROVIDENCE ENERGY LTD. AGENT, FARMER, TERRI L POA

**Grantee:** PUBLIC, INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 26 Township: 147 Range: 97, Quarter: SW Section: 26 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 26 Township: 147 Range: 97, Sixteenth: NE Quarter: NW Section: 26 Township: 147 Range: 97, Sixteenth: SW Quarter: NW Section: 26 Township: 147 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 10/02/2019

**Dunn County 3089780**

Instrument # 3089780    Recording Date: Thu Oct 03 09:46:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** WBR PETROLEUM LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 11 Township: 146 Range: 97, Quarter: NE Section: 11 Township: 146 Range: 97, Quarter: SW Section: 11 Township: 146 Range: 97, Quarter: SE Section: 11 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 11 Township: 146 Range: 97, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 09/27/2019

**Dunn County 3089216**

Instrument # 3089216    Recording Date: Fri Aug 02 10:58:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** MONTGOMERY, THOMAS G., MONTGOMERY, VICKI L.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/25/2019

**Dunn County 3089217**

Instrument # 3089217    Recording Date: Fri Aug 02 11:13:00 CDT 2019    Preview Image    ☐ Purchase

| | | |
|---|---|---|
| Description | Summary | Select All / None |

**Grantor:** CROWLEY, THOMAS

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Document Type: MINERAL DEED**
**Document Date:** 07/25/2019

---

**Dunn County 3089920**

**Instrument #** 3089920    **Recording Date:** Fri Oct 18 10:57:00 CDT 2019    Preview Image   ☐ Purchase

**Grantor:** SOUTER, BILLY W., SOUTER, PATSY N.

**Legal:** Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NE Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: SW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: SE Quarter: NW Section: 23 Township: 145 Range: 95

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Document Type: MINERAL DEED**
**Document Date:** 10/11/2019

---

**Dunn County 3089918**

**Instrument #** 3089918    **Recording Date:** Fri Oct 18 09:13:00 CDT 2019    Preview Image   ☐ Purchase

**Grantor:** RYAN EXPLORATION, INC.

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 01 Township: 147 Range: 96, Sixteenth: NE Quarter: NE Section: 01 Township: 147 Range: 96, Quarter: NE Section: 01 Township: 147 Range: 96, Sixteenth: NW Quarter: NE Section: 01 Township: 147 Range: 96, Quarter: NW Section: 01 Township: 147 Range: 96, ...

**Grantee:** INCLINE BAKKEN, LLC

**Document Type: ASSIGNMENT**
**Document Date:** 10/04/2019

---

**Dunn County 3089911**

**Instrument #** 3089911    **Recording Date:** Thu Oct 17 09:26:00 CDT 2019    Preview Image   ☐ Purchase

**Grantor:** CHAMP, KYLE, CHAMP, LORI J.

**Legal:** Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: NW Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: NE Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: SW Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: SE Quarter: SW Section: 14 Township: 145 Range: 95

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Document Type: MINERAL DEED**
**Document Date:** 10/07/2019

---

**Dunn County 3089910**

**Instrument #** 3089910    **Recording Date:** Thu Oct 17 09:23:00 CDT 2019    Preview Image   ☐ Purchase

**Grantor:** ELLIOTWEST, INC

**Legal:** Quarter: SW Section: 01 Township: 147 Range: 96, Sixteenth: NW

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Document Type: ASSIGNMENT ORR INTEREST**

| Description | Summary | Select All / None |
|---|---|---|

Quarter: SW Section: 01 Township: 147 Range: 96, Sixteenth: NE Quarter: SW Section: 01 Township: 147 Range: 96, Sixteenth: SW Quarter: SW Section: 01 Township: 147 Range: 96, Sixteenth: SE Quarter: SW Section: 01 Township: 147 Range: 96 | **Document Date:** 10/10/2019 |

| **Dunn County** 3089908 | **Instrument #** 3089908 | **Recording Date:** Wed Oct 16 15:21:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MURPHY CREEK MINERAL TRUST, WIERSON, JAMES C. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NE Section: 14 Township: 145 Range: 95, Quarter: SE Section: 14 Township: 145 Range: 95, Sixteenth: NW Quarter: NE Section: 14 Township: 145 Range: 95, Sixteenth: NE Quarter: NE Section: 14 Township: 145 Range: 95, Sixteenth: SW Quarter: NE Section: 14 Township: 145 Range: 95, ...

**Document Type:** MINERAL DEED
**Document Date:** 10/10/2019

| **Dunn County** 3089907 | **Instrument #** 3089907 | **Recording Date:** Wed Oct 16 15:19:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** RYAN EXPLORATION, INC.

**Grantee:** INCLINE BAKKEN LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 02 Township: 147 Range: 96, Sixteenth: NE Quarter: NE Section: 02 Township: 147 Range: 96, Quarter: NE Section: 02 Township: 147 Range: 96, Sixteenth: NW Quarter: NE Section: 02 Township: 147 Range: 96, Quarter: NW Section: 02 Township: 147 Range: 96, ...

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 10/04/2019

| **Dunn County** 3089957 | **Instrument #** 3089957 | **Recording Date:** Tue Oct 22 15:18:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** WING, VIOLA MINERAL TRUST, WING, BERNIE A. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NE Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: SW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: SE Quarter: NW Section: 23 Township: 145 Range: 95

**Document Type:** MINERAL DEED
**Document Date:** 10/07/2019

| **Dunn County** 3090123 | **Instrument #** 3090123 | **Recording Date:** Tue Nov 12 11:05:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** FISCHER, TIM, FISCHER, FAYLEEN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: NW Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: NE Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: SW Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: SE

**Document Type:** MINERAL DEED
**Document Date:** 11/01/2019

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Quarter: SW Section: 14 Township: 145
Range: 95

---

**Dunn County 3090121**

**Instrument #** 3090121    **Recording Date:** Fri Nov 08 11:15:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** NESTER, MARY, DINKINS, GERALDINE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NE Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: SW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: SE Quarter: NW Section: 23 Township: 145 Range: 95

**Document Type: MINERAL DEED**
**Document Date:** 11/04/2019

---

**Dunn County 3090141**

**Instrument #** 3090141    **Recording Date:** Tue Nov 12 16:13:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** KINNAMAN, VIRGINIA, KINNAMAN, MICHAEL LEE, KINNAMAN, CHRISTOPHER LEE, KINNAMAN, KEVIN JOHN, KINNAMAN, BRIAN MICHAEL

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NW Section: 06 Township: 145 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 10/28/2019

---

**Dunn County 3090021**

**Instrument #** 3090021    **Recording Date:** Tue Oct 29 10:24:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** SEID, REBECCA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NW Section: 06 Township: 145 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 10/26/2019

---

**Dunn County 3090020**

**Instrument #** 3090020    **Recording Date:** Tue Oct 29 10:23:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** SCHWINDT, LAWRENCE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 95,

**Document Type: MINERAL DEED**
**Document Date:** 10/24/2019

---

| Description | Summary | | Select All / None |
|---|---|---|---|

Quarter: NW Section: 06 Township: 145
Range: 95, ...

| **Dunn County** 3090019 | **Instrument #** 3090019 | **Recording Date:** Tue Oct 29 10:23:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** WENKO, AL | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Quarter: SE Section: 14 Township: 145 Range: 95, Sixteenth: SW Quarter: SE Section: 14 Township: 145 Range: 95 | **Document Type: MINERAL DEED** **Document Date:** 10/16/2019 | | |

| **Dunn County** 3089998 | **Instrument #** 3089998 | **Recording Date:** Mon Oct 28 10:17:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** TUHY, THOMAS | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Quarter: SE Section: 14 Township: 145 Range: 95, Sixteenth: SW Quarter: SE Section: 14 Township: 145 Range: 95 | **Document Type: MINERAL DEED** **Document Date:** 10/14/2019 | | |

| **Dunn County** 3089997 | **Instrument #** 3089997 | **Recording Date:** Mon Oct 28 10:16:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** JOHNSON, VALERIE, JOHNSON, DUANE | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NE Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: SW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: SE Quarter: NW Section: 23 Township: 145 Range: 95 | **Document Type: MINERAL DEED** **Document Date:** 10/14/2019 | | |

| **Dunn County** 3088197 | **Instrument #** 3088197 | **Recording Date:** Thu Apr 04 08:27:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** ROSENBERG HOLDINGS, INC., ROSENBERG & ESPESETH PC FKA | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 24 Township: 145 Range: 97, Quarter: NE Section: 24 Township: 145 Range: 97, Quarter: SW Section: 24 Township: 145 Range: 97, Quarter: SE Section: 24 Township: 145 Range: 97, Sixteenth: NW Quarter: NW Section: 24 Township: 145 Range: 97, ... | **Document Type: MINERAL DEED** **Document Date:** 04/02/2019 | | |

| **Dunn County** 3088638 | **Instrument #** 3088638 | **Recording Date:** Wed May 22 09:52:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** RYAN EXPLORATION, INC. | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** , ...Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 03 Township: 145 Range: 94, Quarter: SE Section: 09 Township: 145 | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 05/20/2019 | | |

| Description | Summary | | Select All / None |
|---|---|---|---|

Range: 94, Sixteenth: NW Quarter: SE
Section: 09 Township: 145 Range: 94, ...

---

**Dunn County 3088835**

**Instrument # 3088835**    **Recording Date:** Tue Jun 18 12:12:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** JOHNSON, MARGARET      **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, , , , ...Quarter: NW Section: 02 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NE Section: 02 Township: 146 Range: 97, Quarter: SW Section: 02 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 06/11/2019

---

**Dunn County 3088478**

**Instrument # 3088478**    **Recording Date:** Wed May 08 10:00:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** HANSEN, GLENICE      **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: SW Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: SE Quarter: NE Section: 21 Township: 145 Range: 94

**Document Type: QUIT CLAIM MINERAL DEED**
**Document Date:** 04/30/2019

---

**Dunn County 3088491**

**Instrument # 3088491**    **Recording Date:** Wed May 08 14:43:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** HANSEN, DALE A. MINERAL TRUST, HANSEN, DALE A. TRUSTEE, HANSEN, GLENICE TRUSTEE      **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 04/26/2019

---

**Dunn County 3086951**

**Instrument # 3086951**    **Recording Date:** Fri Nov 16 13:12:00 CST 2018    Preview Image    ☐ Purchase

**Grantor:** GRAYCLIFF RESOURCES, LLC      **Grantee:** INCLINE BAKKEN, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 19 Township: 146 Range: 96, Sixteenth: NW Quarter: NW Section: 19 Township: 146 Range: 96, Quarter: NW Section: 19 Township: 146 Range: 96, Sixteenth: SW Quarter: NW Section: 19 Township: 146 Range: 96, Quarter: SW Section: 19 Township: 146 Range: 96, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 11/01/2018

---

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

| Dunn County 3086939 | **Instrument #** 3086939 | **Recording Date:** Thu Nov 15 14:30:00 CST 2018 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** ASHFORD RESOURCES CORP., ASHFORD INVESTMENTS, HEISENBERG HOLDINGS, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 19 Township: 146 Range: 96, Sixteenth: NW Quarter: NW Section: 19 Township: 146 Range: 96, Quarter: NW Section: 19 Township: 146 Range: 96, Quarter: SW Section: 19 Township: 146 Range: 96, Quarter: SW Section: 19 Township: 146 Range: 96, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 11/01/2018 | | |

| Dunn County 3087313 | **Instrument #** 3087313 | **Recording Date:** Thu Jan 03 12:03:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** HEROUX, ROLAND | **Grantee:** INCLINE BAKKEN MINERALS LLC | | |
| | **Legal:** , ...Quarter: NW Section: 30 Township: 146 Range: 96, Quarter: SW Section: 30 Township: 146 Range: 96, Sixteenth: NW Quarter: NW Section: 30 Township: 146 Range: 96, Sixteenth: NE Quarter: NW Section: 30 Township: 146 Range: 96, Sixteenth: SW Quarter: NW Section: 30 Township: 146 Range: 96, ... | **Document Type: MINERAL DEED** **Document Date:** 11/28/2018 | | |

| Dunn County 3089425 | **Instrument #** 3089425 | **Recording Date:** Mon Aug 26 13:37:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** JEPSON FAMILY, LLLP, HOOTS, LISA AGENT | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 18 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 18 Township: 145 Range: 96, Quarter: NW Section: 18 Township: 145 Range: 96, Quarter: SW Section: NW Section: 18 Township: 145 Range: 96, Quarter: NW Section: 18 Township: 145 Range: 96, ... | **Document Type: MINERAL DEED** **Document Date:** 08/21/2019 | | |

| Dunn County 3089404 | **Instrument #** 3089404 | **Recording Date:** Thu Aug 22 14:06:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** KELLY OIL & GAS, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** Subdivision KILLDEER NELSON-AHERN ADDITION Lot 2 Block 1, Subdivision KILLDEER NELSON-AHERN ADDITION Lot 3 Block 1, Subdivision KILLDEER NELSON-AHERN ADDITION Lot 4 Block 1, Subdivision KILLDEER NELSON-AHERN ADDITION Lot 5 Block 1, ...Section: 14 Township: 145 Range: 95, , , , , ... | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 08/22/2019 | | |

| Dunn County 3089366 | **Instrument #** 3089366 | **Recording Date:** Mon Aug 19 16:00:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

| Description | Summary | | Select All / None |
|---|---|---|---|

**Grantor:** CATRON, MARY LYNN ANTONOPLOS, TIMMONS, MARY LYNN AKA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: SW Section: 19 Township: 145 Range: 96, Sixteenth: SW Quarter: SW Section: 19 Township: 145 Range: 96, Quarter: NE Section: 19 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 08/19/2019

---

**Dunn County 3089365**

**Instrument #** 3089365    **Recording Date:** Mon Aug 19 15:58:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** KING, JOHN AND MARTHA TRUST THE, KING, JOHN TRUST THE, KING, MARTHA TRUST THE, KING, MARTHA ROCKWOOD TRUSTEE, KING, JOHN VINCENT TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 08/15/2019

---

**Dunn County 3089368**

**Instrument #** 3089368    **Recording Date:** Tue Aug 20 12:59:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** MERIDIAN 102, LP, PROVIDENCE ENERGY LTD. AGENT, FARMER, TERRI L.

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 30 Township: 147 Range: 96, Quarter: NW Section: 30 Township: 147 Range: 96, Sixteenth: SW Quarter: NW Section: 30 Township: 147 Range: 96, Quarter: NW Section: 30 Township: 147 Range: 96, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 08/15/2019

---

**Dunn County 3089212**

**Instrument #** 3089212    **Recording Date:** Thu Aug 01 15:41:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** PRINCE, SANDRA J., PRINCE, DAVID B.

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/26/2019

---

**Dunn County 3089211**

**Instrument #** 3089211    **Recording Date:** Thu Aug 01 15:37:00 CDT 2019    Preview Image    ☐ Purchase

Description   Summary                                                      Select All / None

**Grantor:** KNIGHT, MICHAEL ALLEN

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** Quarter: NW Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NW Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NW Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NW Section: 09 Township: 144 Range: 95, Sixteenth: SE Quarter: NW Section: 09 Township: 144 Range: 95

**Document Type: MINERAL DEED**
**Document Date:** 07/25/2019

---

| Dunn County 3089319 | **Instrument #** 3089319 | **Recording Date:** Thu Aug 15 09:02:00 CDT 2019 | Preview Image | ☐ Purchase |

**Grantor:** MERIDIAN 102, LP, PROVIDENCE ENERGY LTD. AGENT, FARMER, TERRI L. POA

**Grantee:** INCLINE BAKKEN LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 147 Range: 96, Quarter: NE Section: 34 Township: 147 Range: 96, Quarter: SE Section: 34 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 34 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 34 Township: 147 Range: 96, ...

**Document Type: AMENDMENT**
**Document Date:** 08/01/2019

---

| Dunn County 3089304 | **Instrument #** 3089304 | **Recording Date:** Tue Aug 13 13:05:00 CDT 2019 | Preview Image | ☐ Purchase |

**Grantor:** MATTER, DIANE V.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 08/02/2019

---

| Dunn County 3088525 | **Instrument #** 3088525 | **Recording Date:** Fri May 10 10:14:00 CDT 2019 | Preview Image | ☐ Purchase |

**Grantor:** IRISH OIL AND GAS, INC.

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: SW Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: SE Quarter: SW Section: 04 Township: 144 Range: 95, ...

**Document Type: ASSIGN INTEREST IN O & G LEASE**
**Document Date:** 05/09/2019

---

| Dunn County 3088526 | **Instrument #** 3088526 | **Recording Date:** Fri May 10 10:21:00 CDT 2019 | Preview Image | ☐ Purchase |

**Grantor:** TPC RESOURCES, LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 11 Township: 146 Range: 97, Quarter: NE Section: 11 Township: 146 Range: 97,

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 05/08/2019

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

Quarter: SW Section: 11 Township: 146
Range: 97, Quarter: SE Section: 11
Township: 146 Range: 97, Sixteenth: NW
Quarter: NW Section: 11 Township: 146
Range: 97, ...

---

**Dunn County 3088557**

**Instrument #** 3088557    **Recording Date:** Tue May 14 11:00:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** DAY, PAUL THOMAS

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 25
Township: 145 Range: 94, Sixteenth: NW
Quarter: NW Section: 25 Township: 145
Range: 94, Sixteenth: NE Quarter: NW
Section: 25 Township: 145 Range: 94,
Sixteenth: SW Quarter: NW Section: 25
Township: 145 Range: 94, Sixteenth: SE
Quarter: NW Section: 25 Township: 145
Range: 94

**Document Type: MINERAL DEED**
**Document Date:** 05/07/2019

---

**Dunn County 3088558**

**Instrument #** 3088558    **Recording Date:** Tue May 14 11:02:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** COOK, DELMA J. REVOCABLE TRUST, COOK, DELMA J. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...SE Section: 24
Township: 145 Range: 94, Sixteenth: NW
Quarter: SE Section: 24 Township: 145
Range: 94, Sixteenth: NE Quarter: SE
Section: 24 Township: 145 Range: 94,
Sixteenth: SW Quarter: SE Section: 24
Township: 145 Range: 94, Sixteenth: SE
Quarter: SE Section: 24 Township: 145
Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 04/24/2019

---

**Dunn County 3088562**

**Instrument #** 3088562    **Recording Date:** Tue May 14 11:43:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** POST, SHARON DAY

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** Quarter: NW Section: 25
Township: 145 Range: 94, Sixteenth: NW
Quarter: NW Section: 25 Township: 145
Range: 94, Sixteenth: NE Quarter: NW
Section: 25 Township: 145 Range: 94,
Sixteenth: SW Quarter: NW Section: 25
Township: 145 Range: 94, Sixteenth: SE
Quarter: NW Section: 25 Township: 145
Range: 94

**Document Type: MINERAL DEED**
**Document Date:** 05/13/2019

---

**Dunn County 3088352**

**Instrument #** 3088352    **Recording Date:** Tue Apr 23 15:26:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** DAY, PATRICK SHAWN

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: SE Section: 24
Township: 145 Range: 94, Sixteenth: NW
Quarter: SE Section: 24 Township: 145
Range: 94, Sixteenth: NE Quarter: SE
Section: 24 Township: 145 Range: 94,
Sixteenth: SW Quarter: SE Section: 24
Township: 145 Range: 94, Sixteenth: SE

**Document Type: MINERAL DEED**
**Document Date:** 04/08/2019

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

Quarter: SE Section: 24 Township: 145
Range: 94, ...

---

**Dunn County**
**3089713**

**Instrument # 3089713**   **Recording Date:** Fri Sep 27 11:37:00 CDT 2019

Preview Image    ☐ Purchase

**Grantor:** RUOF, SUSY ROCKWOOD, RUOF, KELLY, SALDI, TASSA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 09/23/2019

---

**Dunn County**
**3089691**

**Instrument # 3089691**   **Recording Date:** Tue Sep 24 14:27:00 CDT 2019

Preview Image    ☐ Purchase

**Grantor:** ABERCROMBIE, AMY

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 11 Township: 145 Range: 94, Quarter: SE Section: 11 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 11 Township: 145 Range: 94, Sixteenth: NE Quarter: NE Section: 11 Township: 145 Range: 94, Sixteenth: SW Quarter: NE Section: 11 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 09/18/2019

---

**Dunn County**
**3088734**

**Instrument # 3088734**   **Recording Date:** Tue Jun 04 15:54:00 CDT 2019

Preview Image    ☐ Purchase

**Grantor:** JONES, GRETCHEN IRENE

**Grantee:** INCLINE MINERALS, LLC

**Legal:** Quarter: SE Section: 15 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 15 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 15 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 15 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 15 Township: 145 Range: 94

**Document Type: MINERAL DEED**
**Document Date:** 05/29/2019

---

**Dunn County**
**3088727**

**Instrument # 3088727**   **Recording Date:** Tue Jun 04 13:48:00 CDT 2019

Preview Image    ☐ Purchase

**Grantor:** JONES, JULIA SARAH

**Grantee:** INCLINE MINERALS, LLC

**Legal:** Quarter: SE Section: 15 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 15 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 15 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 15 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 15 Township: 145 Range: 94

**Document Type: MINERAL DEED**
**Document Date:** 05/29/2019

---

**Dunn County**
**3088747**

**Instrument # 3088747**   **Recording Date:** Thu Jun 06 08:43:00 CDT 2019

Preview Image    ☐ Purchase

**Grantor:** VODA, TERESA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

| Description | Summary | | Select All / None |
|---|---|---|---|

**Legal:** Lot 4, Lot 4, , , , ...Quarter: NW Section: 02 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NE Section: 02 Township: 146 Range: 97, Quarter: SW Section: 02 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 06/04/2019

---

**Dunn County 3088863**

**Instrument #** 3088863

**Recording Date:** Thu Jun 20 15:28:00 CDT 2019

Preview Image

☐ Purchase

**Grantor:** J. HIRAM MOORE, LTD, PROVIDENCE ENERGY LTD. AGENT, FARMER, TERRI L.

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 146 Range: 97, Quarter: NE Section: 13 Township: 146 Range: 97, Quarter: SW Section: 13 Township: 146 Range: 97, Quarter: SE Section: 13 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 13 Township: 146 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 06/17/2019

---

**Dunn County 3088864**

**Instrument #** 3088864

**Recording Date:** Thu Jun 20 15:33:00 CDT 2019

Preview Image

☐ Purchase

**Grantor:** J. HIRAM MOORE, LTD, PROVIDENCE ENERGY LTD. AGENT, FARMER, TERRI L.

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 14 Township: 146 Range: 97, Quarter: NE Section: 14 Township: 146 Range: 97, Quarter: SW Section: 14 Township: 146 Range: 97, Quarter: SE Section: 14 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 14 Township: 146 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 06/17/2019

---

**Dunn County 3088889**

**Instrument #** 3088889

**Recording Date:** Tue Jun 25 11:52:00 CDT 2019

Preview Image

☐ Purchase

**Grantor:** RIVERS, CLARE, RIVERS, CLAIRE AKA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, , , , ...Quarter: NW Section: 02 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NE Section: 02 Township: 146 Range: 97, Quarter: SW Section: 02 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 06/19/2019

---

**Dunn County 3088890**

**Instrument #** 3088890

**Recording Date:** Tue Jun 25 11:54:00 CDT 2019

Preview Image

☐ Purchase

**Grantor:** TAVARES, GEORGIA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, , , , ...Quarter: NW Section: 02 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NW Section: 02 Township: 146 Range: 97,

**Document Type: MINERAL DEED**
**Document Date:** 06/20/2019

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Quarter: NE Section: 02 Township: 146 Range: 97, Quarter: SW Section: 02 Township: 146 Range: 97, ...

| **Dunn County** 3088906 | **Instrument #** 3088906 | **Recording Date:** Tue Jun 25 16:10:00 CDT 2019 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** FLICK, BETH COUGHLAN, FLICK, ELIZABETH COUGHLAN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, , , , ...Quarter: NW Section: 02 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NE Section: 02 Township: 146 Range: 97, Quarter: SW Section: 02 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 06/14/2019

| **Dunn County** 3089062 | **Instrument #** 3089062 | **Recording Date:** Wed Jul 17 13:59:00 CDT 2019 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** HILL, EDWARD CHARLES

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/12/2019

| **Dunn County** 3089067 | **Instrument #** 3089067 | **Recording Date:** Wed Jul 17 14:21:00 CDT 2019 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** MONTGOMERY, MARK A.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/12/2019

| **Dunn County** 3089066 | **Instrument #** 3089066 | **Recording Date:** Wed Jul 17 14:19:00 CDT 2019 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** BAUGH, KAREN D.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/09/2019

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

| **Dunn County 3089048** | **Instrument #** 3089048 | **Recording Date:** Mon Jul 15 14:36:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** STRASSER, JULIE K. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ... | **Document Type: MINERAL DEED** **Document Date:** 07/02/2019 | | |

| **Dunn County 3089027** | **Instrument #** 3089027 | **Recording Date:** Thu Jul 11 15:02:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** ROGERS, DAVID Y. | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 18 Township: 145 Range: 96, Quarter: SE Section: 18 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 18 Township: 145 Range: 96, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 07/11/2019 | | |

| **Dunn County 3089028** | **Instrument #** 3089028 | **Recording Date:** Thu Jul 11 15:07:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** DAVIS PARTNERS, LTD, CHIVOOIL, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 18 Township: 145 Range: 96, Quarter: SE Section: 18 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 18 Township: 145 Range: 96, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 07/09/2019 | | |

| **Dunn County 3089026** | **Instrument #** 3089026 | **Recording Date:** Thu Jul 11 15:01:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** CLARK, TRACY REB | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** , ...Quarter: SE Section: 18 Township: 145 Range: 96, Sixteenth: SW Quarter: SE Section: 18 Township: 145 Range: 96, Quarter: NE Section: 18 Township: 145 Range: 96, Quarter: SE Section: 18 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 18 Township: 145 Range: 96, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 07/09/2019 | | |

| **Dunn County 3089056** | **Instrument #** 3089056 | **Recording Date:** Tue Jul 16 16:06:00 CDT 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** TOM E. JOHNSON EXPLORATION LLC | **Grantee:** INCLINE BAKKEN, LLC | | |

Description    Summary        Select All / None

**Legal:** , ...Quarter: NE Section: 18 Township: 145 Range: 96, Quarter: SE Section: 18 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 18 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 18 Township: 145 Range: 96, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 07/16/2019

---

**Dunn County 3091597**

**Instrument #** 3091597    **Recording Date:** Mon Jun 15 12:56:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** EVEREST ENERGY, LLC    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 03 Township: 144 Range: 94, Quarter: NE Section: 03 Township: 144 Range: 94, Quarter: SW Section: 03 Township: 144 Range: 94, Quarter: SE Section: 03 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 03 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 06/10/2020

---

**Dunn County 3091739**

**Instrument #** 3091739    **Recording Date:** Mon Jul 06 14:28:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** OGDEN, MICHAEL HERBST    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 29 Township: 145 Range: 96, Quarter: SE Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NE Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SE Section: 29 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3091738**

**Instrument #** 3091738    **Recording Date:** Mon Jul 06 14:26:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** BINNINGS, CHARLOTTE OGDEN    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 29 Township: 145 Range: 96, Quarter: SE Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NE Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SE Section: 29 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3091737**

**Instrument #** 3091737    **Recording Date:** Mon Jul 06 14:18:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** OGDEN, CHARLTON B. III    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 29 Township: 145 Range: 96, Quarter: SE Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NE Quarter: SW Section: 29 Township: 145

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | Select All / None |
|---|---|---|

Range: 96, Sixteenth: NW Quarter: SE
Section: 29 Township: 145 Range: 96, ...

---

**Dunn County 3091834**

**Instrument #** 3091834    **Recording Date:** Thu Jul 23 10:44:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** HAYES, PATRICIA S.    **Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NE Section: 35 Township: 146 Range: 97, Quarter: SE Section: 35 Township: 146 Range: 97, Sixteenth: NW Quarter: NE Section: 35 Township: 146 Range: 97, Sixteenth: NE Quarter: NE Section: 35 Township: 146 Range: 97, Sixteenth: SW Quarter: NE Section: 35 Township: 146 Range: 97, ...    **Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3091802**

**Instrument #** 3091802    **Recording Date:** Thu Jul 16 13:40:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** BARNEY, KATHLEEN    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 35 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 35 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 35 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 35 Township: 146 Range: 97, Sixteenth: SE Quarter: NW Section: 35 Township: 146 Range: 97    **Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3091784**

**Instrument #** 3091784    **Recording Date:** Tue Jul 14 11:40:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** QUALLS FAMILY HOLDINGS, LLC    **Grantee:** INCLINE BAKKEN LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 145 Range: 94, Quarter: NE Section: 13 Township: 145 Range: 94, Quarter: SW Section: 13 Township: 145 Range: 94, Quarter: SE Section: 13 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 13 Township: 145 Range: 94, ...    **Document Type: OIL AND GAS LEASE**
**Document Date:** 07/09/2020

---

**Dunn County 3092397**

**Instrument #** 3092397    **Recording Date:** Wed Sep 30 16:09:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** CITATION 2002 INVESTMENT LLC, CITATION OIL & GAS INVESTMENTS LLC, CITATION OIL & GAS CORP.    **Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NE Section: 32 Township: 147 Range: 96, Sixteenth: NE Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: NE Section: 21 Township: 147 Range: 96, Quarter: SE Section: 21 Township: 147 Range: 96, Sixteenth: NW Quarter: NE Section: 21 Township: 147 Range: 96, ...    **Document Type: ASSIGNMENT**
**Document Date:**

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

| **Dunn County 3092474** | **Instrument #** 3092474 | **Recording Date:** Mon Oct 12 08:49:00 CDT 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** DYKEMA, CINDY | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 01 Township: 145 Range: 97, Quarter: SE Section: 01 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 01 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 01 Township: 145 Range: 97, Sixteenth: NW Quarter: SE Section: 01 Township: 145 Range: 97, ... | **Document Type: MINERAL DEED Document Date:** | | |

| **Dunn County 3092785** | **Instrument #** 3092785 | **Recording Date:** Mon Nov 30 11:53:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** PAMSON, JAMES | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NE Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NW Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NW Section: 01 Township: 148 Range: 96, ... | **Document Type: MINERAL DEED Document Date:** | | |

| **Dunn County 3092653** | **Instrument #** 3092653 | **Recording Date:** Thu Nov 05 15:27:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** BLACK BEAR OIL & GAS, LLC, LITTLE RAVEN OIL & GAS, LLC | | |
| | **Legal:** , ...Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 03 Township: 145 Range: 94, Quarter: NW Section: 09 Township: 145 Range: 94, Quarter: NE Section: 09 Township: 145 Range: 94, ... | **Document Type: MINERAL DEED Document Date:** | | |

| **Dunn County 3093221** | **Instrument #** 3093221 | **Recording Date:** Wed Feb 10 12:49:00 CST 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** GARDNER, PATRICK J., GARDNER, HARRIET J. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96 | **Document Type: MINERAL DEED Document Date:** | | |

| **Dunn County 3093049** | **Instrument #** 3093049 | **Recording Date:** Wed Jan 13 11:57:00 CST 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

| Description | Summary | | Select All / None |
|---|---|---|---|

**Grantor:** WALKER, ROBERT N. REVOCABLE LIVING TRUST, WALKER, ROBERT J. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SE Section: 14 Township: 146 Range: 96, Sixteenth: NW Quarter: SE Section: 14 Township: 146 Range: 96, Sixteenth: NE Quarter: SE Section: 14 Township: 146 Range: 96, Sixteenth: SW Quarter: SE Section: 14 Township: 146 Range: 96, Sixteenth: SE Quarter: SE Section: 14 Township: 146 Range: 96, ...

**Document Type: QUIT CLAIM MINERAL DEED**
**Document Date:** 01/02/2021

---

**Dunn County 3093048**

**Instrument #** 3093048    **Recording Date:** Wed Jan 13 11:52:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** BARSNESS REVOCABLE TRUST DATED 7-11-201, BARSNESS, SHIRLEY TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 07 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3092605**

**Instrument #** 3092605    **Recording Date:** Wed Oct 28 09:40:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** BARSNESS, WAYNE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 07 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3092647**

**Instrument #** 3092647    **Recording Date:** Thu Nov 05 11:56:00 CST 2020    Preview Image    ☐ Purchase

**Grantor:** ANDERSON, CLAUDIA B. REVOCABLE LIVING TR, ANDERSON, CLAUDIA B. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 03 Township: 145 Range: 94, Quarter: NW Section: 09 Township: 145 Range: 94, Quarter: NE Section: 09 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3092648**

**Instrument #** 3092648    **Recording Date:** Thu Nov 05 11:56:00 CST 2020    Preview Image    ☐ Purchase

| Description | Summary | Select All / None |

**Grantor:** LOTOW, GLENDA B. REVOCABLE TRUST DATED M, LOTOW, , CATHERINE L. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 03 Township: 145 Range: 94, Quarter: NW Section: 09 Township: 145 Range: 94, Quarter: NE Section: 09 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3092763**

**Instrument #** 3092763     **Recording Date:** Mon Nov 23 15:03:00 CST 2020

Preview Image     ☐ Purchase

**Grantor:** COUGHLAN, GEORGIA, TAVARES, GEORGIA FKA

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** Lot 4, Lot 4, , , , ...Quarter: NW Section: 02 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NW Section: 02 Township: 146 Range: 97, Quarter: NE Section: 02 Township: 146 Range: 97, Quarter: SW Section: 02 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3092741**

**Instrument #** 3092741     **Recording Date:** Thu Nov 19 15:39:00 CST 2020

Preview Image     ☐ Purchase

**Grantor:** METZGER, MARGARET

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NE Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NW Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NW Section: 01 Township: 148 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 11/10/2020

---

**Dunn County**
**3092740**

**Instrument #** 3092740     **Recording Date:** Thu Nov 19 15:38:00 CST 2020

Preview Image     ☐ Purchase

**Grantor:** HYLKA, PATRICIA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NE Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NW Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NW Section: 01 Township: 148 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3092347**

**Instrument #** 3092347     **Recording Date:** Tue Sep 22 11:45:00 CDT 2020

Preview Image     ☐ Purchase

**Grantor:** GRAYCLIFF RESOURCES, LLC

**Grantee:** INCLINE BAKKEN, LLC

| Description | Summary | | Select All / None |
|---|---|---|---|

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 19 Township: 146 Range: 96, Sixteenth: NW Quarter: NW Section: 19 Township: 146 Range: 96, Quarter: NW Section: 19 Township: 146 Range: 96, Sixteenth: SW Quarter: NW Section: 19 Township: 146 Range: 96, Quarter: SW Section: 19 Township: 146 Range: 96, ...

**Document Type: ASSIGNMENT**
**Document Date:**

---

**Dunn County 3093319**

**Instrument #** 3093319    **Recording Date:** Mon Mar 01 10:25:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** GARDNER, THOMAS G., GARDNER, JOAN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3092265**

**Instrument #** 3092265    **Recording Date:** Wed Sep 16 09:38:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** MUREX PETROLEUM CORPORATION

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 06 Township: 147 Range: 97, Sixteenth: NE Quarter: NW Section: 06 Township: 147 Range: 97, Quarter: NW Section: 06 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 06 Township: 147 Range: 97, Quarter: NW Section: 15 Township: 147 Range: 97, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:**

---

395 items found, displaying 101 to 200.[First/Prev], 1, **2**, 3, 4 [Next/Last]

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** RDateID >= Mon Jan 01 00:00:00 CST 2018 and <= Fri Feb 23 00:00:00 CST 2024 and exact search in BothID for Incline and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

395 items found, displaying 201 to 300.[First/Prev] 1, 2, **3**, 4 [Next/Last]

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Dunn County 3091393**

**Instrument #** 3091393    **Recording Date:** Fri May 15 09:59:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** INCLINE BAKKEN MINERALS, LLC

**Grantee:** NORTHERN OIL AND GAS, INC.

**Legal:** Quarter: SW Section: 16 Township: 146 Range: 96, Sixteenth: NW Quarter: SW Section: 16 Township: 146 Range: 96, Sixteenth: NE Quarter: SW Section: 16 Township: 146 Range: 96, Sixteenth: SW Quarter: SW Section: 16 Township: 146 Range: 96, Sixteenth: SE Quarter: SW Section: 16 Township: 146 Range: 96

**Document Type: MINERAL DEED**
**Document Date:** 04/13/2020

---

**Dunn County 3091459**

**Instrument #** 3091459    **Recording Date:** Tue May 26 13:21:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** INCLINE BAKKEN, LLC

**Grantee:** ARMOR PETROLEUM

**Legal:** , ...Quarter: SE Section: 06 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 06 Township: 144 Range: 94, Sixteenth: NE Quarter: SE Section: 06 Township: 144 Range: 94, Sixteenth: SW Quarter: SE Section: 06 Township: 144 Range: 94, Sixteenth: SE Quarter: SE Section: 06 Township: 144 Range: 94, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 11/01/2019

---

**Dunn County 3095195**

**Instrument #** 3095195    **Recording Date:** Mon Nov 01 15:18:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** NIZE MINERAL TRUST, MURPHY, BENJAMIN TRUSTEE

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Quarter: SW Section: 14 Township: 148 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 148 Range: 94

**Document Type: OIL AND GAS LEASE**
**Document Date:** 10/25/2021

---

**Dunn County 3095173**

**Instrument #** 3095173    **Recording Date:** Fri Oct 29 14:01:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** AMMOND, KATHLEEN ANN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SE

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | Select All / None |
|---|---|---|

Quarter: NW Section: 21 Township: 146
Range: 97

---

**Dunn County 3095172**

**Instrument #** 3095172    **Recording Date:** Fri Oct 29 14:00:00 CDT 2021

Preview Image    ☐ Purchase

**Grantor:** MILLIKAN, KEITH ALLEN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SE Quarter: NW Section: 21 Township: 146 Range: 97

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095169**

**Instrument #** 3095169    **Recording Date:** Fri Oct 29 11:09:00 CDT 2021

Preview Image    ☐ Purchase

**Grantor:** MILLIKAN, MICHAEL JAMES

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SE Quarter: NW Section: 21 Township: 146 Range: 97

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095135**

**Instrument #** 3095135    **Recording Date:** Wed Oct 27 08:12:00 CDT 2021

Preview Image    ☐ Purchase

**Grantor:** NELSON, KAREN M.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, Lot 5, Lot 5, , ...Quarter: NE Section: 04 Township: 148 Range: 95, Sixteenth: SW Quarter: NE Section: 04 Township: 148 Range: 95, Quarter: SE Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 04 Township: 148 Range: 95, Quarter: NW Section: 04 Township: 148 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095136**

**Instrument #** 3095136    **Recording Date:** Wed Oct 27 08:15:00 CDT 2021

Preview Image    ☐ Purchase

**Grantor:** ENGEN, SANDRA H.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, Lot 5, Lot 5, , ...Quarter: NE Section: 04 Township: 148 Range: 95, Sixteenth: SW Quarter: NE Section: 04 Township: 148 Range: 95, Quarter: SE Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 04 Township: 148 Range: 95, Quarter: NW Section: 04 Township: 148 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

| Dunn County 3094641 | **Instrument #** 3094641 | **Recording Date:** Tue Sep 07 15:18:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** KENYON, VIRGINIA | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ... | **Document Type: MINERAL DEED** Document Date: | | |

| Dunn County 3094645 | **Instrument #** 3094645 | **Recording Date:** Wed Sep 08 12:11:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** BANKS, PAULETTE SATHER TRUST DATED SEPTE, BANKS, PAULETTE TRUSTEE | **Grantee:** INCLINE BAKKEN MINERALS LLC | | |
| | **Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ... | **Document Type: MINERAL DEED** Document Date: | | |

| Dunn County 3094646 | **Instrument #** 3094646 | **Recording Date:** Wed Sep 08 12:13:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** BANKS, JAMES M. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ... | **Document Type: MINERAL DEED** Document Date: | | |

| Dunn County 3094663 | **Instrument #** 3094663 | **Recording Date:** Thu Sep 09 11:29:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** MERIDIAN 102 LP, PROVIDENCE ENERGY LTD., AGENT, FARMER, TERRI POA | **Grantee:** INCLINE BAKKEN LLC | | |
| | **Legal:** , ...Quarter: NW Section: 35 Township: 147 Range: 96, Quarter: SW Section: 35 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 35 Township: 147 Range: 96, Sixteenth: SW Quarter: NW Section: 35 Township: 147 Range: 96, Sixteenth: NW Quarter: SW Section: 35 Township: 147 Range: 96, ... | **Document Type: MEMORANDUM OF O & G LEASE** Document Date: | | |

| Dunn County 3094899 | **Instrument #** 3094899 | **Recording Date:** Wed Oct 06 10:18:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Grantor:** SCOTT, JAMES NEAL

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SE Section: 32 Township: 144 Range: 95, Sixteenth: NW Quarter: SE Section: 32 Township: 144 Range: 95, Sixteenth: NE Quarter: SE Section: 32 Township: 144 Range: 95, Sixteenth: SW Quarter: SE Section: 32 Township: 144 Range: 95, Sixteenth: SE Quarter: SE Section: 32 Township: 144 Range: 95

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095499**

**Instrument #** 3095499    **Recording Date:** Wed Dec 08 09:57:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** BURLINGTON RESOURCES OIL & GAS COMPANY L, BROG GP LLC

**Grantee:** INCLINE BAKKEN LLC

**Legal:** , ...Quarter: SW Section: 22 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 22 Township: 145 Range: 96, Sixteenth: NE Quarter: SW Section: 22 Township: 145 Range: 96, Sixteenth: SW Quarter: SW Section: 22 Township: 145 Range: 96, Sixteenth: SE Quarter: SW Section: 22 Township: 145 Range: 96, ...

**Document Type: ASSIGNMENT**
**Document Date:** 12/06/2021

---

**Dunn County 3095271**

**Instrument #** 3095271    **Recording Date:** Wed Nov 10 09:45:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** DENEAU, DESIREE LYNN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 35 Township: 145 Range: 97, Quarter: SE Section: 35 Township: 145 Range: 97, Sixteenth: NW Quarter: NE Section: 35 Township: 145 Range: 97, Sixteenth: NE Quarter: NE Section: 35 Township: 145 Range: 97, Sixteenth: SW Quarter: NE Section: 35 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095302**

**Instrument #** 3095302    **Recording Date:** Tue Nov 16 13:05:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** SCHLAK, ERLING O.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 17 Township: 147 Range: 96, Quarter: NE Section: 17 Township: 147 Range: 96, Quarter: SW Section: 17 Township: 147 Range: 96, Quarter: SE Section: 17 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 17 Township: 147 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094861**

**Instrument #** 3094861    **Recording Date:** Wed Sep 29 13:25:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** WILDCAT INVESTMENT CORP.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 146 Range: 93, Quarter: SE Section: 10 Township: 146 Range: 93,

**Document Type: MINERAL DEED**
**Document Date:**

Document Search Results

| Description | Summary | | Select All / None |
|---|---|---|---|

Sixteenth: SW Quarter: SW Section: 10
Township: 146 Range: 93, Sixteenth: SE
Quarter: SW Section: 10 Township: 146
Range: 93, Sixteenth: SW Quarter: SE
Section: 10 Township: 146 Range: 93, ...

---

**Dunn County 3094862**

**Instrument #** 3094862    **Recording Date:** Wed Sep 29 13:28:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** FLYING WOLF ENTERPRISES, INC.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 10
Township: 146 Range: 93, Quarter: SE
Section: 10 Township: 146 Range: 93,
Sixteenth: SW Quarter: SW Section: 10
Township: 146 Range: 93, Sixteenth: SE
Quarter: SW Section: 10 Township: 146
Range: 93, Sixteenth: SW Quarter: SE
Section: 10 Township: 146 Range: 93, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095358**

**Instrument #** 3095358    **Recording Date:** Tue Nov 23 15:03:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** SWIRL-ROBINSON PETROLEUM, LP

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3,
...Quarter: NW Section: 07 Township: 146
Range: 93, Sixteenth: NW Quarter: NW
Section: 07 Township: 146 Range: 93,
Quarter: NW Section: 07 Township: 146
Range: 93, Sixteenth: SW Quarter: NW
Section: 07 Township: 146 Range: 93,
Quarter: SW Section: 07 Township: 146
Range: 93, ...

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 11/22/2021

---

**Dunn County 3095575**

**Instrument #** 3095575    **Recording Date:** Mon Dec 20 11:24:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** HATFIELD, SHERRY, RANDOM, SHERRY RONELL FKA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 04
Township: 145 Range: 96, Quarter: NE
Section: 04 Township: 145 Range: 96,
Quarter: SW Section: 04 Township: 145
Range: 96, Quarter: SE Section: 04
Township: 145 Range: 96, Sixteenth: NW
Quarter: NW Section: 04 Township: 145
Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095642**

**Instrument #** 3095642    **Recording Date:** Thu Dec 23 11:25:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** INCLINE BAKKEN, LLC

**Grantee:** BURLINGTON RESOURCES OIL & GAS COMPANY L

**Legal:** , ...Quarter: NW Section: 12
Township: 145 Range: 94, Quarter: SW
Section: 12 Township: 145 Range: 94,
Sixteenth: NW Quarter: NW Section: 12
Township: 145 Range: 94, Sixteenth: NE
Quarter: NW Section: 12 Township: 145
Range: 94, Sixteenth: SW Quarter: NW
Section: 12 Township: 145 Range: 94, ...

**Document Type: ASSIGNMENT**
**Document Date:** 12/15/2021

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

| **Dunn County** 3095320 | **Instrument #** 3095320 | **Recording Date:** Wed Nov 17 13:25:00 CST 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** PADON, J. ADRIAN JR. TRUST DATED AUGUST, ANDERSON, MARIAN TRUSTEE, PADON, PETER JAMES TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SE Quarter: NW Section: 21 Township: 146 Range: 97

**Document Type: MINERAL DEED**
**Document Date:**

| **Dunn County** 3095059 | **Instrument #** 3095059 | **Recording Date:** Tue Oct 19 16:24:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** THOMPSON, SUZETTE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SE Quarter: NW Section: 26 Township: 145 Range: 94

**Document Type: MINERAL DEED**
**Document Date:**

| **Dunn County** 3094968 | **Instrument #** 3094968 | **Recording Date:** Tue Oct 12 15:14:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** FAY, BEVERLY A.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

| **Dunn County** 3095090 | **Instrument #** 3095090 | **Recording Date:** Thu Oct 21 09:56:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** APPRAISAL ASSOCIATES OF OKLAHOMA, INC.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 04 Township: 145 Range: 97, Quarter: SE Section: 04 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 04 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 04 Township: 145 Range: 97, Sixteenth: SW Quarter: SW Section: 04 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

| **Dunn County** 3095096 | **Instrument #** 3095096 | **Recording Date:** Thu Oct 21 10:58:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|

**Grantor:** MARCHAND, GEORGE, NELSON, BARBARA POA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

| Description | Summary | | Select All / None |
|---|---|---|---|

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095709**

**Instrument #** 3095709

**Recording Date:** Tue Jan 04 12:22:00 CST 2022

Preview Image

☐ Purchase

**Grantor:** MAHONEY, DANIEL P.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 04 Township: 148 Range: 95, Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: SE Quarter: NW Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 148 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094193**

**Instrument #** 3094193

**Recording Date:** Wed Jul 14 08:40:00 CDT 2021

Preview Image

☐ Purchase

**Grantor:** ROCKWOOD, JAMES B. FAMILY TRUST DATED MA, NEUMANN, JANICE E. TRUSTEE, ROCKWOOD, JAMES B. DECLARATION OF TRUST

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 09 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094597**

**Instrument #** 3094597

**Recording Date:** Mon Aug 30 12:53:00 CDT 2021

Preview Image

☐ Purchase

**Grantor:** MURPHY FAMILY MINERAL RIGHTS TRUST, UDELL, KRISTINA C. TRUSTEE

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Quarter: SW Section: 14 Township: 148 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 148 Range: 94

**Document Type: OIL AND GAS LEASE**
**Document Date:** 08/26/2021

---

**Dunn County 3094535**

**Instrument #** 3094535

**Recording Date:** Fri Aug 27 08:36:00 CDT 2021

Preview Image

☐ Purchase

**Grantor:** VINTAGE OIL AND GAS, LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NE Section: 29 Township: 146 Range: 95, Quarter: SW Section: 29 Township: 146 Range: 95, Sixteenth: NW Quarter: NE Section: 29 Township: 146 Range: 95, Sixteenth: NE Quarter: NE Section: 29 Township: 146

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 08/25/2021

---

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Range: 95, Sixteenth: SW Quarter: NE
Section: 29 Township: 146 Range: 95, ...

| **Dunn County** 3094536 | Instrument # 3094536 | Recording Date: Fri Aug 27 08:40:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** BLUE STEEL OIL & GAS, LLC | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** Section: 29 Township: 146 Range: 95, Quarter: SW Section: 32 Township: 146 Range: 95, Sixteenth: SE Quarter: SW Section: 32 Township: 146 Range: 95 | **Document Type: ASSIGNMENT ORR INTEREST** **Document Date:** 08/25/2021 | | |

| **Dunn County** 3094428 | Instrument # 3094428 | Recording Date: Mon Aug 16 14:59:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** WILL, LARRY J. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ... | **Document Type: MINERAL DEED** **Document Date:** | | |

| **Dunn County** 3094427 | Instrument # 3094427 | Recording Date: Mon Aug 16 14:41:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** FLYING WOLF ENTERPRISES, INC. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 08 Township: 147 Range: 97, Quarter: NE Section: 08 Township: 147 Range: 97, Quarter: SW Section: 08 Township: 147 Range: 97, Quarter: SE Section: 08 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 08 Township: 147 Range: 97, ... | **Document Type: MINERAL DEED** **Document Date:** | | |

| **Dunn County** 3094397 | Instrument # 3094397 | Recording Date: Fri Aug 13 13:27:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** RIGGS, LOUIS G. JR. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: NW Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: NE Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: SW Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: SE Quarter: SW Section: 15 Township: 147 Range: 94, ... | **Document Type: MINERAL DEED** **Document Date:** | | |

| **Dunn County** 3094794 | Instrument # 3094794 | Recording Date: Tue Sep 21 09:53:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** CODY EXPLORATION, LLC | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |

Description | Summary | Select All / None

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 18 Township: 146 Range: 94, Sixteenth: NW Quarter: NW Section: 18 Township: 146 Range: 94, Quarter: NW Section: 18 Township: 146 Range: 94, Sixteenth: SW Quarter: NW Section: 18 Township: 146 Range: 94, Quarter: NW Section: 18 Township: 146 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County** 3094826 | **Instrument #** 3094826 | **Recording Date:** Mon Sep 27 14:38:00 CDT 2021 |

Preview Image    ☐ Purchase

**Grantor:** ENGQUIST, JACQUELYN E., ENGQUIST, LYLE A., ENGQUIST, JACQUELYN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 33 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 33 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 33 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 33 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 33 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County** 3094874 | **Instrument #** 3094874 | **Recording Date:** Mon Oct 04 13:34:00 CDT 2021 |

Preview Image    ☐ Purchase

**Grantor:** INCLINE BAKKEN MINERALS, LLC

**Grantee:** RIGGS, ADOLPHUS DAVID

**Legal:** Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: NW Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: NE Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: SW Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: SE Quarter: SW Section: 15 Township: 147 Range: 94

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County** 3094318 | **Instrument #** 3094318 | **Recording Date:** Tue Aug 03 08:29:00 CDT 2021 |

Preview Image    ☐ Purchase

**Grantor:** COOLEY, SHARON

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County** 3094356 | **Instrument #** 3094356 | **Recording Date:** Mon Aug 09 13:49:00 CDT 2021 |

Preview Image    ☐ Purchase

**Grantor:** MILLER, PAULETTE

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 26 Township: 145

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | | Select All / None |
|---|---|---|---|

Range: 94, Sixteenth: SE Quarter: NW
Section: 26 Township: 145 Range: 94

---

**Dunn County 3094767**

**Instrument #** 3094767    **Recording Date:** Tue Sep 14 13:01:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** INCLINE BAKKEN MINERALS, LLC

**Grantee:** NORTHERN OIL AND GAS, INC.

**Legal:** , ...Quarter: NW Section: 16 Township: 146 Range: 96, Quarter: NE Section: 16 Township: 146 Range: 96, Quarter: SE Section: 16 Township: 146 Range: 96, Sixteenth: NW Quarter: NW Section: 16 Township: 146 Range: 96, Sixteenth: NE Quarter: NW Section: 16 Township: 146 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 08/26/2021

---

**Dunn County 3094487**

**Instrument #** 3094487    **Recording Date:** Mon Aug 23 08:20:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** BECKER, RONALD R.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

**Dunn County 3094490**

**Instrument #** 3094490    **Recording Date:** Mon Aug 23 13:02:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** KORNKVEN FAMILY, LLLP

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 25 Township: 146 Range: 93, Quarter: NE Section: 25 Township: 146 Range: 93, Quarter: SW Section: 25 Township: 146 Range: 93, Quarter: SE Section: 25 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 25 Township: 146 Range: 93, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

**Dunn County 3094489**

**Instrument #** 3094489    **Recording Date:** Mon Aug 23 12:31:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** KORNKVEN, RICHARD

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NW Section: 25 Township: 146 Range: 93, Quarter: NE Section: 25 Township: 146 Range: 93, Quarter: SW Section: 25 Township: 146 Range: 93, Quarter: SE Section: 25 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 25 Township: 146 Range: 93, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

**Dunn County 3094380**

**Instrument #** 3094380    **Recording Date:** Thu Aug 12 09:17:00 CDT 2021    Preview Image    ☐ Purchase

Description   Summary                                                                    Select All / None

**Grantor:** BRIDGEPOINT MINERAL ACQUISITION FUND 1,

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: SW Section: 22 Township: 146 Range: 92, Quarter: SE Section: 22 Township: 146 Range: 92, Sixteenth: NW Quarter: SW Section: 22 Township: 146 Range: 92, Sixteenth: NE Quarter: SW Section: 22 Township: 146 Range: 92, Sixteenth: NW Quarter: SE Section: 22 Township: 146 Range: 92, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 08/11/2021

| Dunn County 3094358 | **Instrument #** 3094358 | **Recording Date:** Tue Aug 10 13:37:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** BECKER, LYLE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

| Dunn County 3094357 | **Instrument #** 3094357 | **Recording Date:** Tue Aug 10 09:54:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MCKAY, CHANTEL, MCKAY, SHANNON

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 145 Range: 95, Quarter: NE Section: 24 Township: 145 Range: 95, Quarter: SW Section: 24 Township: 145 Range: 95, Quarter: SE Section: 24 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 24 Township: 145 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

| Dunn County 3094626 | **Instrument #** 3094626 | **Recording Date:** Wed Sep 01 15:09:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** SAND, CHRISTOPHER N. H.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision DUNN CENTER OUTLOT 3 FIRST ADDITION

**Document Type: MINERAL DEED**
**Document Date:**

| Dunn County 3094623 | **Instrument #** 3094623 | **Recording Date:** Wed Sep 01 13:33:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** WILDCAT INVESTMENT CORPORATION

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 08 Township: 147 Range: 97, Quarter: NE Section: 08 Township: 147 Range: 97, Quarter: SW Section: 08 Township: 147 Range: 97, Quarter: SE Section: 08 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 08 Township: 147 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

| Dunn County 3094615 | **Instrument #** 3094615 | **Recording Date:** Tue Aug 31 15:40:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** SCHOLLMEYER, CARL | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SE Quarter: NW Section: 26 Township: 145 Range: 94 | **Document Type: MINERAL DEED** **Document Date:** | | | |

| Dunn County 3094611 | **Instrument #** 3094611 | **Recording Date:** Tue Aug 31 14:59:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** LEWTON, WILLIAM W. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 9 Block 12, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 10 Block 12, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 11 Block 12 | **Document Type: MINERAL DEED** **Document Date:** | | | |

| Dunn County 3094614 | **Instrument #** 3094614 | **Recording Date:** Tue Aug 31 15:30:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** RIGGS, ADOLPHUS DAVID | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: NW Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: NE Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: SW Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: SE Quarter: SW Section: 15 Township: 147 Range: 94 | **Document Type: MINERAL DEED** **Document Date:** | | | |

| Dunn County 3094605 | **Instrument #** 3094605 | **Recording Date:** Tue Aug 31 10:51:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** MERIDIAN 102, LP, PROVIDENCE ENERGY LTD, AGENT, FARMER, TERRI L. | **Grantee:** PUBLIC, INCLINE BAKKEN, LLC | | | |
| | **Legal:** , ...Quarter: NW Section: 34 Township: 147 Range: 96, Quarter: NE Section: 34 Township: 147 Range: 96, Quarter: SE Section: 34 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 34 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 34 Township: 147 Range: 96, ... | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** | | | |

| Dunn County 3094608 | **Instrument #** 3094608 | **Recording Date:** Tue Aug 31 11:19:00 CDT 2021 | | Preview Image | ☐ Purchase |
|---|---|---|---|---|---|
| | **Grantor:** BINEK, HARLEY, BINEK, ROXANNE | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 1 Block 19, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 2 Block 19, Subdivision | **Document Type: MINERAL DEED** **Document Date:** | | | |

| Description | Summary | | Select All / None |
|---|---|---|---|

DUNN CENTER ORIGINAL TOWNSITE
Lot 3 Block 19, Subdivision DUNN
CENTER ORIGINAL TOWNSITE Lot 4
Block 19, Subdivision DUNN CENTER
ORIGINAL TOWNSITE Lot 17 Block 17,
..., ...

---

**Dunn County 3094509**

**Instrument #** 3094509    **Recording Date:** Wed Aug 25 09:23:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** SILVER CREEK RESOURCES, LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Quarter: SE Section: 11 Township: 148 Range: 96, Sixteenth: NW Quarter: SE Section: 11 Township: 148 Range: 96, Sixteenth: NE Quarter: SE Section: 11 Township: 148 Range: 96, Sixteenth: SW Quarter: SE Section: 11 Township: 148 Range: 96, Sixteenth: SE Quarter: SE Section: 11 Township: 148 Range: 96

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 08/25/2021

---

**Dunn County 3094508**

**Instrument #** 3094508    **Recording Date:** Wed Aug 25 08:25:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** JOHNSON, DUANE, JOHNSON, VALERIE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 21 Block 9, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 22 Block 9, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 23 Block 9, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 24 Block 9, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 5 Block 9, ..., ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094444**

**Instrument #** 3094444    **Recording Date:** Tue Aug 17 14:29:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** KOFFLER, SHEILA J., RETTERATH, SHEILA FKA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision WERNER ORIGINAL TOWNSITE Lot 4 Block 3, Subdivision WERNER ORIGINAL TOWNSITE Lot 5 Block 3, Lot 3, Lot 3, Lot 4, ...Quarter: SW Section: 19 Township: 145 Range: 92, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 92, Quarter: SW Section: 19 Township: 145 Range: 92, ...

**Document Type: QUIT CLAIM MINERAL DEED**
**Document Date:**

---

**Dunn County 3094443**

**Instrument #** 3094443    **Recording Date:** Tue Aug 17 14:27:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** BORTH, DALE D.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision WERNER ORIGINAL TOWNSITE Lot 4 Block 3, Subdivision WERNER ORIGINAL TOWNSITE Lot 5 Block 3, Lot 3, Lot 3, Lot 4, ...Quarter: SW Section: 19 Township: 145 Range: 92, Sixteenth: NW Quarter: SW Section: 19

**Document Type: QUIT CLAIM MINERAL DEED**
**Document Date:**

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Township: 145 Range: 92, Quarter: SW
Section: 19 Township: 145 Range: 92, ...

---

**Dunn County**
**3094442**

**Instrument #** 3094442    **Recording Date:** Tue Aug 17 14:24:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** BORTH, RANDI

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision WERNER ORIGINAL TOWNSITE Lot 4 Block 3, Subdivision WERNER ORIGINAL TOWNSITE Lot 5 Block 3, Lot 3, Lot 3, Lot 4, ...Quarter: SW Section: 19 Township: 145 Range: 92, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 92, Quarter: SW Section: 19 Township: 145 Range: 92, ...

**Document Type: QUIT CLAIM MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3094464**

**Instrument #** 3094464    **Recording Date:** Wed Aug 18 15:02:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** FORTIER, TERRANCE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3094462**

**Instrument #** 3094462    **Recording Date:** Wed Aug 18 13:58:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** EVANS, JOE BENTON JR.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 145 Range: 95, Quarter: NE Section: 24 Township: 145 Range: 95, Quarter: SW Section: 24 Township: 145 Range: 95, Quarter: SE Section: 24 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 24 Township: 145 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3100669**

**Instrument #** 3100669    **Recording Date:** Tue Oct 17 08:29:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** WEBSTER, JOAN, WEBSTER, THOMAS

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

| **Dunn County 3099872** | **Instrument #** 3099872 | **Recording Date:** Thu Jul 06 12:09:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** HEGRANES, STEVEN P. | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | |
| | **Legal:** Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 05 Township: 145 Range: 94 | **Document Type: MINERAL DEED** **Document Date:** | | |

| **Dunn County 3099866** | **Instrument #** 3099866 | **Recording Date:** Wed Jul 05 14:04:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** GERHART, JEFFREY PR, GERHART, LORENE E. ESTATE | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 03 Township: 144 Range: 94, Quarter: NE Section: 03 Township: 144 Range: 94, Quarter: SW Section: 03 Township: 144 Range: 94, Quarter: SE Section: 03 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 03 Township: 144 Range: 94, ... | **Document Type: PR MINERAL DEED** **Document Date:** 06/23/2023 | | |

| **Dunn County 3099124** | **Instrument #** 3099124 | **Recording Date:** Fri Mar 24 10:55:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** GERHART, JEFF, GERHART, BETSY | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | | |
| | **Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 03 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 03 Township: 144 Range: 94, Quarter: NW Section: 03 Township: 144 Range: 94, Quarter: NW Section: 03 Township: 144 Range: 94, Quarter: NW Section: 03 Township: 144 Range: 94, ... | **Document Type: MINERAL DEED** **Document Date:** | | |

| **Dunn County 3099849** | **Instrument #** 3099849 | **Recording Date:** Fri Jun 30 09:53:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** BLACK STONE MINERALS COMPANY, L.P., BSMC GP, L.L.C., INCLINE BAKKEN II, LLC | **Grantee:** PUBLIC | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** 06/08/2023 | | |

| **Dunn County 3099848** | **Instrument #** 3099848 | **Recording Date:** Thu Jun 29 15:54:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

| Description | Summary | | Select All / None |
|---|---|---|---|

**Grantor:** BLACK STONE MINERALS COMPANY LP, BSMC GP, L.L.C., INCLINE BAKKEN II, LLC

**Grantee:** PUBLIC

**Legal:** , ...Quarter: NW Section: 04 Township: 148 Range: 95, Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: SE Quarter: NW Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 148 Range: 95, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 06/08/2023

---

**Dunn County 3100313**

**Instrument #** 3100313    **Recording Date:** Wed Aug 30 08:15:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** STRICHERZ, JAMES

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 11 Township: 145 Range: 97, Quarter: SE Section: 11 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 11 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 11 Township: 145 Range: 97, Sixteenth: NW Quarter: SE Section: 11 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3100310**

**Instrument #** 3100310    **Recording Date:** Tue Aug 29 13:41:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** HEGRANES, STEVEN P.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 04 Township: 145 Range: 93, Sixteenth: NE Quarter: NW Section: 04 Township: 145 Range: 93, Quarter: NW Section: 04 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 04 Township: 145 Range: 93, Quarter: NW Section: 04 Township: 145 Range: 93, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3100299**

**Instrument #** 3100299    **Recording Date:** Mon Aug 28 10:18:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** VOGEL, JULIE H.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 04 Township: 145 Range: 93, Sixteenth: NE Quarter: NW Section: 04 Township: 145 Range: 93, Quarter: NW Section: 04 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 04 Township: 145 Range: 93, Quarter: NW Section: 04 Township: 145 Range: 93, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3100297**

**Instrument #** 3100297    **Recording Date:** Mon Aug 28 09:14:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** PILLAR ENERGY, LLC

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** , ...Quarter: NW Section: 26 Township: 145 Range: 97, Quarter: NE

**Document Type: ASSIGNMENT OIL & GAS LEASE**

| Description | Summary | | Select All / None |
|---|---|---|---|

Section: 26 Township: 145 Range: 97,         **Document Date:** 08/24/2023
Quarter: SW Section: 26 Township: 145
Range: 97, Quarter: SE Section: 26
Township: 145 Range: 97, Sixteenth: NW
Quarter: NW Section: 26 Township: 145
Range: 97, ...

---

**Dunn County 3100705**

**Instrument #** 3100705     **Recording Date:** Fri Oct 20 09:56:00 CDT 2023     Preview Image    ☐ Purchase

**Grantor:** CONNIE M. ORDAHL FAMILY MINERAL TRUST DA, ORDAHL, CONNIE TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NW Section: 33 Township: 146 Range: 97, Quarter: NE Section: 33 Township: 146 Range: 97, Quarter: SW Section: 33 Township: 146 Range: 97, Quarter: SE Section: 33 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 33 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3100358**

**Instrument #** 3100358     **Recording Date:** Tue Sep 05 15:15:00 CDT 2023     Preview Image    ☐ Purchase

**Grantor:** DAVISON, BARBARA G.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 11 Township: 145 Range: 97, Quarter: SE Section: 11 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 11 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 11 Township: 145 Range: 97, Sixteenth: NW Quarter: SE Section: 11 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3100060**

**Instrument #** 3100060     **Recording Date:** Tue Aug 01 16:00:00 CDT 2023     Preview Image    ☐ Purchase

**Grantor:** THORELL, INGER

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NE Section: 26 Township: 144 Range: 97, Quarter: SW Section: 26 Township: 144 Range: 97, Quarter: SE Section: 26 Township: 144 Range: 97, Sixteenth: SW Quarter: NE Section: 26 Township: 144 Range: 97, Sixteenth: NW Quarter: SW Section: 26 Township: 144 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3100391**

**Instrument #** 3100391     **Recording Date:** Mon Sep 11 11:08:00 CDT 2023     Preview Image    ☐ Purchase

**Grantor:** HEGRANES, THOMAS W.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 04 Township: 145 Range: 93, Sixteenth: NE Quarter: NW Section: 04 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 04 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 04 Township: 145 Range: 93,

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | | Select All / None |
|---|---|---|---|

Quarter: NW Section: 04 Township: 145
Range: 93, ...

---

**Dunn County 3099796**

**Instrument #** 3099796    **Recording Date:** Fri Jun 23 10:35:00 CDT 2023

Preview Image    ☐ Purchase

**Grantor:** J HIRAM MOORE, LTD, PROVIDENCE ENERGY LTD.

**Grantee:** PUBLIC, INCLINE BAKKEN II, LLC

**Legal:** Quarter: SW Section: 18 Township: 146 Range: 96, Sixteenth: NW Quarter: SW Section: 18 Township: 146 Range: 96, Sixteenth: NE Quarter: SW Section: 18 Township: 146 Range: 96, Sixteenth: SW Quarter: SW Section: 18 Township: 146 Range: 96, Sixteenth: SE Quarter: SW Section: 18 Township: 146 Range: 96

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

---

**Dunn County 3090854**

**Instrument #** 3090854    **Recording Date:** Tue Feb 18 08:14:00 CST 2020

Preview Image    ☐ Purchase

**Grantor:** ST. LUKES NURSING HOME

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 26 Township: 145 Range: 97, Quarter: NE Section: 26 Township: 145 Range: 97, Quarter: SW Section: 26 Township: 145 Range: 97, Quarter: SE Section: 26 Township: 145 Range: 97, Sixteenth: NW Quarter: NW Section: 26 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 02/06/2020

---

**Dunn County 3090853**

**Instrument #** 3090853    **Recording Date:** Tue Feb 18 08:13:00 CST 2020

Preview Image    ☐ Purchase

**Grantor:** BANG, TAYLOR, BANG, KARA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER REPLAT ROCKHAVEN ADDITION Lot 22 Block 5, Subdivision KILLDEER REPLAT ROCKHAVEN ADDITION Lot 23 Block 5

**Document Type: MINERAL DEED**
**Document Date:** 02/04/2020

---

**Dunn County 3091168**

**Instrument #** 3091168    **Recording Date:** Thu Apr 02 14:41:00 CDT 2020

Preview Image    ☐ Purchase

**Grantor:** MT. CALVARY RETREAT HOUSE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 26 Township: 144 Range: 97, Quarter: NE Section: 26 Township: 144 Range: 97, Quarter: SE Section: 26 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 26 Township: 144 Range: 97, Sixteenth: NE Quarter: NW Section: 26 Township: 144 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/21/2020

---

**Dunn County 3091069**

**Instrument #** 3091069    **Recording Date:** Tue Mar 17 14:29:00 CDT 2020

Preview Image    ☐ Purchase

**Grantor:** THEISEN, BARBARA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

| Description | Summary | | Select All / None |
|---|---|---|---|

Legal: , ...Quarter: NW Section: 23 Township: 144 Range: 97, Quarter: NE Section: 23 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 23 Township: 144 Range: 97, Sixteenth: NE Quarter: NW Section: 23 Township: 144 Range: 97, Sixteenth: NW Quarter: NE Section: 23 Township: 144 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 02/26/2020

---

**Dunn County 3091071**

**Instrument #** 3091071    **Recording Date:** Tue Mar 17 14:36:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** SCHAFF, CLAIR E.    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 33 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 33 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 33 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 33 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 33 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:** 03/12/2020

---

**Dunn County 3091070**

**Instrument #** 3091070    **Recording Date:** Tue Mar 17 14:31:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** THEISEN, GARY L.    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 23 Township: 144 Range: 97, Quarter: NE Section: 23 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 23 Township: 144 Range: 97, Sixteenth: NE Quarter: NW Section: 23 Township: 144 Range: 97, Sixteenth: NW Quarter: NE Section: 23 Township: 144 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 02/26/2020

---

**Dunn County 3091064**

**Instrument #** 3091064    **Recording Date:** Mon Mar 16 15:57:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** TAYLOR, SHERRY LYNN    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NE Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NW Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NW Section: 03 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/04/2020

---

**Dunn County 3091065**

**Instrument #** 3091065    **Recording Date:** Mon Mar 16 16:02:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** ANDRES, DAVID HARDY, ANDRES, DAVID    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NE Quarter: NE Section: 03 Township: 146 Range: 97,

**Document Type: MINERAL DEED**
**Document Date:** 02/28/2020

Document Search Results

| Description | Summary | | Select All / None |
|---|---|---|---|

Range: 97, Sixteenth: NW Quarter: NE
Section: 03 Township: 146 Range: 97,
Quarter: NW Section: 03 Township: 146
Range: 97, ...

| | | | |
|---|---|---|---|
| **Dunn County** 3091099 | **Instrument #** 3091099 | **Recording Date:** Mon Mar 23 13:29:00 CDT 2020 | Preview Image   ☐ Purchase |

**Grantor:** BINEK, ROBERT

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER ORIGINAL TOWNSITE Lot 7 Block 28, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 8 Block 28, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 9 Block 28, Subdivision KILLDEER FIRST ADDITION Lot 3 Block 39, Subdivision KILLDEER FIRST ADDITION Lot 4 Block 39, ..., ...

**Document Type: MINERAL DEED**
**Document Date:** 03/09/2020

| | | | |
|---|---|---|---|
| **Dunn County** 3091100 | **Instrument #** 3091100 | **Recording Date:** Mon Mar 23 13:41:00 CDT 2020 | Preview Image   ☐ Purchase |

**Grantor:** STEVENS, MARTHA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 26 Township: 144 Range: 97, Quarter: NE Section: 26 Township: 144 Range: 97, Quarter: SE Section: 26 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 26 Township: 144 Range: 97, Sixteenth: NE Quarter: NW Section: 26 Township: 144 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/11/2020

| | | | |
|---|---|---|---|
| **Dunn County** 3091079 | **Instrument #** 3091079 | **Recording Date:** Tue Mar 17 15:40:00 CDT 2020 | Preview Image   ☐ Purchase |

**Grantor:** INCLINE BAKKEN MINERALS, LLC

**Grantee:** ARROYO ENERGY FUND, LP

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NE Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NW Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NW Section: 03 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/17/2020

| | | | |
|---|---|---|---|
| **Dunn County** 3091081 | **Instrument #** 3091081 | **Recording Date:** Wed Mar 18 09:19:00 CDT 2020 | Preview Image   ☐ Purchase |

**Grantor:** BAGLEY, MARILYN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER REPLAT ROCKHAVEN ADDITION Lot 32 Block 4

**Document Type: MINERAL DEED**
**Document Date:** 03/04/2020

| | | | |
|---|---|---|---|
| **Dunn County** 3089620 | **Instrument #** 3089620 | **Recording Date:** Mon Sep 16 16:07:00 CDT 2019 | Preview Image   ☐ Purchase |

**Grantor:** FLYING WOLF ENTERPRISES, INC.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

| Description | Summary | | Select All / None |
|---|---|---|---|

Legal: Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NW Section: 06 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
Document Date: 09/10/2019

---

**Dunn County 3089638**

**Instrument #** 3089638    **Recording Date:** Wed Sep 18 13:25:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** WILDCAT INVESTMENTS CORP.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NW Section: 06 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
Document Date: 08/30/2019

---

**Dunn County 3089648**

**Instrument #** 3089648    **Recording Date:** Thu Sep 19 14:56:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** EVINA, PATRICIA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NW Section: 06 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
Document Date: 09/16/2019

---

**Dunn County 3090665**

**Instrument #** 3090665    **Recording Date:** Wed Jan 15 08:51:00 CST 2020    Preview Image    ☐ Purchase

**Grantor:** MERIDIAN 102, LP, PROVIDENCE ENERGY LTD., AGENT, FARMER, TERRI L.

**Grantee:** PUBLIC, INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NE Section: 26 Township: 149 Range: 92, Quarter: SE Section: 26 Township: 149 Range: 92, Sixteenth: NW Quarter: NE Section: 26 Township: 149 Range: 92, Sixteenth: NE Quarter: NE Section: 26 Township: 149 Range: 92, Sixteenth: SW Quarter: NE Section: 26 Township: 149 Range: 92, ...

**Document Type: MEMORANDUM OF O & G LEASE**
Document Date: 01/14/2020

---

**Dunn County 3090663**

**Instrument #** 3090663    **Recording Date:** Tue Jan 14 13:53:00 CST 2020    Preview Image    ☐ Purchase

**Grantor:** BINEK, ROBERT

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER ORIGINAL TOWNSITE Lot 7 Block 28

**Document Type: MINERAL DEED**
Document Date: 10/28/2019

---

| Description | Summary | | | | Select All / None |
| --- | --- | --- | --- | --- | --- |
| Dunn County 3090645 | **Instrument #** 3090645 | **Recording Date:** Mon Jan 13 16:06:00 CST 2020 | | Preview Image | ☐ Purchase |
| | **Grantor:** FISCHER, TIM, FISCHER, FAYLEEN | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 2 Block 2, Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 3 Block 2, Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 4 Block 2 | **Document Type: CORRECTIVE MINERAL DEED** **Document Date:** 01/07/2020 | | | |
| Dunn County 3090697 | **Instrument #** 3090697 | **Recording Date:** Fri Jan 17 15:13:00 CST 2020 | | Preview Image | ☐ Purchase |
| | **Grantor:** T.C. CRAGIHEAD & COMPANY, LLC, T. C. CRAIGHEAD & COMPANY FKA | **Grantee:** INCLINE BAKKEN, LLC | | | |
| | **Legal:** Quarter: SW Section: 26 Township: 146 Range: 93, Sixteenth: NW Quarter: SW Section: 26 Township: 146 Range: 93, Sixteenth: NE Quarter: SW Section: 26 Township: 146 Range: 93, Sixteenth: SW Quarter: SW Section: 26 Township: 146 Range: 93, Sixteenth: SE Quarter: SW Section: 26 Township: 146 Range: 93 | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 01/02/2020 | | | |
| Dunn County 3090800 | **Instrument #** 3090800 | **Recording Date:** Thu Feb 06 09:53:00 CST 2020 | | Preview Image | ☐ Purchase |
| | **Grantor:** BITTERMAN, FRANK H., BITTERMAN, ARLESS D. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Subdivision KILLDEER REPLAT ROCKHAVEN ADDITION Lot 10 Block 2 | **Document Type: MINERAL DEED** **Document Date:** 01/25/2020 | | | |
| Dunn County 3090777 | **Instrument #** 3090777 | **Recording Date:** Mon Feb 03 15:48:00 CST 2020 | | Preview Image | ☐ Purchase |
| | **Grantor:** PATTERSON, THOMAS | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SE Quarter: NE Section: 22 Township: 145 Range: 96 | **Document Type: MINERAL DEED** **Document Date:** 01/21/2020 | | | |
| Dunn County 3090780 | **Instrument #** 3090780 | **Recording Date:** Mon Feb 03 15:56:00 CST 2020 | | Preview Image | ☐ Purchase |
| | **Grantor:** SCHEELER, KATHLEEN | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | | |
| | **Legal:** Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 22 Township: 145 | **Document Type: MINERAL DEED** **Document Date:** 01/15/2020 | | | |

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Range: 96, Sixteenth: SE Quarter: NE
Section: 22 Township: 145 Range: 96

| Dunn County 3090775 | **Instrument #** 3090775 | **Recording Date:** Mon Feb 03 15:45:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** PATTERSON, MICHAEL P.     **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SE Quarter: NE Section: 22 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:** 01/15/2020

| Dunn County 3090774 | **Instrument #** 3090774 | **Recording Date:** Mon Feb 03 15:38:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** PATTERSON, CATHERINE     **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SE Quarter: NE Section: 22 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:** 01/16/2020

| Dunn County 3090776 | **Instrument #** 3090776 | **Recording Date:** Mon Feb 03 15:46:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** GROUP, JULIA, PATTERSON, JULIA FKA     **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SE Quarter: NE Section: 22 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:** 01/16/2020

395 items found, displaying 201 to 300.[First/Prev] 1, 2, **3**, 4 [Next/Last]

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** RDateID >= Mon Jan 01 00:00:00 CST 2018 and <= Fri Feb 23 00:00:00 CST 2024 and exact search in BothID for Incline and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

395 items found, displaying 301 to 395.[First/Prev] 1, 2, 3, **4** [Next/Last]

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Dunn County 3090782** | **Instrument #** 3090782 | **Recording Date:** Tue Feb 04 09:52:00 CST 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** GEYER, ELISE CARPENTER | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SE Quarter: NE Section: 22 Township: 145 Range: 96 | **Document Type: MINERAL DEED** **Document Date:** 01/24/2020 | | |
| **Dunn County 3090728** | **Instrument #** 3090728 | **Recording Date:** Fri Jan 24 14:56:00 CST 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** NORTHERN OIL AND GAS, INC. | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NW Section: 06 Township: 145 Range: 96, ... | **Document Type: ASSIGNMENT ORR INTEREST** **Document Date:** 01/14/2020 | | |
| **Dunn County 3090738** | **Instrument #** 3090738 | **Recording Date:** Tue Jan 28 15:17:00 CST 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** RYAN EXPLORATION, INC. | **Grantee:** INCLINE BAKKEN, LLC | | |
| | **Legal:** , ...Section: 03 Township: 145 Range: 94, Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 03 Township: 145 Range: 94, Quarter: SW Section: 10 Township: 145 Range: 94, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 01/15/2020 | | |
| **Dunn County 3090748** | **Instrument #** 3090748 | **Recording Date:** Thu Jan 30 12:55:00 CST 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** NORTHERN OIL AND GAS, INC. | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 96, | **Document Type: MINERAL DEED** **Document Date:** 01/27/2020 | | |

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Quarter: NE Section: 06 Township: 145
Range: 96, Sixteenth: NW Quarter: NE
Section: 06 Township: 145 Range: 96,
Quarter: NW Section: 06 Township: 145
Range: 96, ...

| Dunn County 3090809 | **Instrument #** 3090809 | **Recording Date:** Mon Feb 10 14:17:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** BAGLEY DONNY | **Grantee:** INCLINE BAKKEN MINERALS LLC | | |
| | **Legal:** Subdivision KILLDEER REPLAT ROCKHAVEN ADDITION Lot 32 Block 4 | **Document Type: MINERAL DEED** **Document Date:** 02/06/2020 | | |

| Dunn County 3090827 | **Instrument #** 3090827 | **Recording Date:** Tue Feb 11 16:30:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** EVEREST ENERGY, LLC | **Grantee:** INCLINE BAKKEN MINERALS, LLC, BLUE SKY ENERGY RESERVES, LLC, DAKOTA WEST ENERGY, LLC | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 30 Township: 145 Range: 94, Quarter: NW Section: 30 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 30 Township: 145 Range: 94, Quarter: NW Section: 30 Township: 145 Range: 94, ... | **Document Type: MINERAL DEED** **Document Date:** 02/11/2020 | | |

| Dunn County 3090812 | **Instrument #** 3090812 | **Recording Date:** Mon Feb 10 14:50:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** MARATHON OIL COMPANY | **Grantee:** INCLINE BAKKEN LLC | | |
| | **Legal:** , ...Quarter: NW Section: 25 Township: 144 Range: 95, Quarter: NE Section: 25 Township: 144 Range: 95, Sixteenth: NW Quarter: NW Section: 25 Township: 144 Range: 95, Sixteenth: NE Quarter: NW Section: 25 Township: 144 Range: 95, Quarter: NE Section: 25 Township: 144 Range: 95, ... | **Document Type: ASSIGNMENT** **Document Date:** 02/03/2020 | | |

| Dunn County 3090308 | **Instrument #** 3090308 | **Recording Date:** Tue Dec 03 14:38:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** DENTZER, BEVERLY | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 1 Block 1, Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 2 Block 1 | **Document Type: MINERAL DEED** **Document Date:** 11/23/2019 | | |

| Dunn County 3090295 | **Instrument #** 3090295 | **Recording Date:** Tue Dec 03 08:50:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** OLSON, JAMES | **Grantee:** INCLINE BAKKEN MINERALS, LLC | | |
| | **Legal:** Subdivision KILLDEER FIRST ADDITION Lot 8 Block 42, Subdivision | **Document Type: CORRECTIVE MINERAL DEED** **Document Date:** 11/21/2019 | | |

| Description | Summary | | Select All / None |
|---|---|---|---|

KILLDEER FIRST ADDITION Lot 9 Block 42

| Dunn County 3090294 | **Instrument #** 3090294 | **Recording Date:** Tue Dec 03 08:47:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** SOUTER, BILLY W., SOUTER, PATSY N.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER FIRST ADDITION Lot 3 Block 38, Subdivision KILLDEER FIRST ADDITION Lot 4 Block 38, Subdivision KILLDEER FIRST ADDITION Lot 5 Block 38

**Document Type: CORRECTIVE MINERAL DEED**
**Document Date:** 11/25/2019

| Dunn County 3090297 | **Instrument #** 3090297 | **Recording Date:** Tue Dec 03 09:53:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** DENTZER, BEVERLY

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 1 Block 1, Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 2 Block 1

**Document Type: CORRECTIVE MINERAL DEED**
**Document Date:** 11/23/2019

| Dunn County 3090292 | **Instrument #** 3090292 | **Recording Date:** Tue Dec 03 08:27:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** JOHNSON, VALERIE, JOHNSON, DUANE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER ORIGINAL TOWNSITE Lot 1 Block 32

**Document Type: CORRECTIVE MINERAL DEED**
**Document Date:** 11/20/2019

| Dunn County 3090291 | **Instrument #** 3090291 | **Recording Date:** Tue Dec 03 08:25:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** CHAMP, KYLE, CHAMP, LORI J.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 20 Block 1, Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 21 Block 1, Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 22 Block 1

**Document Type: CORRECTIVE MINERAL DEED**
**Document Date:** 11/19/2019

| Dunn County 3090293 | **Instrument #** 3090293 | **Recording Date:** Tue Dec 03 08:30:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** NESTER, MARY, DINKINS, GERALDINE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER ORIGINAL TOWNSITE Lot 5 Block 29, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 6 Block 29

**Document Type: CORRECTIVE MINERAL DEED**
**Document Date:** 11/21/2019

| Dunn County 3090346 | **Instrument #** 3090346 | **Recording Date:** Fri Dec 06 12:02:00 CST 2019 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** COTTRELL, SANDY

**Grantee:** INCLINE BAKKEN MINERALS, LLC

Description    Summary                                                    Select All / None

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NW Section: 06 Township: 145 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 12/02/2019

---

**Dunn County 3090345**

**Instrument #** 3090345    **Recording Date:** Fri Dec 06 09:34:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** BEAVERS, BLAKE    **Grantee:** PUBLIC, INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 1 Block 1, Subdivision KILLDEER BT JOHNSON SUBDIVISION Lot 2 Block 1    **Document Type: AFFIDAVIT**
**Document Date:** 12/04/2019

---

**Dunn County 3090351**

**Instrument #** 3090351    **Recording Date:** Mon Dec 09 13:38:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** WILLIAMS, REBECCA S., ENGELHARDT, REBECCA NKA    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...    **Document Type: MINERAL DEED**
**Document Date:** 11/25/2019

---

**Dunn County 3090389**

**Instrument #** 3090389    **Recording Date:** Wed Dec 11 10:26:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** PAVLENKO, GENE R.    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SW Section: 16 Township: 146 Range: 96, Sixteenth: NW Quarter: SW Section: 16 Township: 146 Range: 96, Sixteenth: NE Quarter: SW Section: 16 Township: 146 Range: 96, Sixteenth: SW Quarter: SW Section: 16 Township: 146 Range: 96, Sixteenth: SE Quarter: SW Section: 16 Township: 146 Range: 96    **Document Type: MINERAL DEED**
**Document Date:** 12/02/2019

---

**Dunn County 3090387**

**Instrument #** 3090387    **Recording Date:** Wed Dec 11 09:50:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** ARMOR PETROLEUM, INC.    **Grantee:** INCLINE BAKKEN, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 05 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 05 Township: 144 Range: 94, Quarter: NW Section: 05 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 05 Township: 144 Range: 94, Quarter: NW Section: 05 Township: 144 Range: 94, ...    **Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 12/09/2019

| Description | Summary | | Select All / None |
|---|---|---|---|

**Dunn County 3090386**

**Instrument #** 3090386    **Recording Date:** Wed Dec 11 09:43:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** WING, WAYNE, WING, SUZIE    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER BROOKS ADDITION Lot 1 Block 4    **Document Type: MINERAL DEED** **Document Date:** 12/03/2019

---

**Dunn County 3091133**

**Instrument #** 3091133    **Recording Date:** Wed Mar 25 14:34:00 CDT 2020    Preview Image    ☐ Purchase

**Grantor:** ROBERTSON, MARILYN TRUST, ROBERTSON, MARILYN TRUSTEE    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 26 Township: 144 Range: 97, Quarter: NE Section: 26 Township: 144 Range: 97, Quarter: SE Section: 26 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 26 Township: 144 Range: 97, Sixteenth: NE Quarter: NW Section: 26 Township: 144 Range: 97, ...    **Document Type: MINERAL DEED** **Document Date:** 03/19/2020

---

**Dunn County 3090049**

**Instrument #** 3090049    **Recording Date:** Thu Oct 31 14:25:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** POWERS, JACKIE, RANDOM, JACQUELINE MARIE FKA    **Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NE Section: 08 Township: 145 Range: 96, Quarter: SE Section: 08 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 08 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 08 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 08 Township: 145 Range: 96, ...    **Document Type: MINERAL DEED** **Document Date:** 10/28/2019

---

**Dunn County 3090105**

**Instrument #** 3090105    **Recording Date:** Tue Nov 05 14:27:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** BANG, MORRIS J.    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: NW Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: NE Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: SW Quarter: SW Section: 14 Township: 145 Range: 95, Sixteenth: SE Quarter: SW Section: 14 Township: 145 Range: 95, ...    **Document Type: MINERAL DEED** **Document Date:** 10/25/2019

---

**Dunn County 3090113**

**Instrument #** 3090113    **Recording Date:** Wed Nov 06 14:28:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** OLSON, JAMES    **Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 23 Township: 145 Range: 95, Sixteenth: NE Quarter: NW    **Document Type: MINERAL DEED** **Document Date:** 10/14/2019

| Description | Summary | | Select All / None |
|---|---|---|---|

Section: 23 Township: 145 Range: 95,
Sixteenth: SW Quarter: NW Section: 23
Township: 145 Range: 95, Sixteenth: SE
Quarter: NW Section: 23 Township: 145
Range: 95

| Dunn County 3090578 | Instrument # 3090578 | Recording Date: Fri Jan 03 09:09:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MARSHALL ENERGY, LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: SW Section: 26
Township: 146 Range: 93, Sixteenth: NW
Quarter: SW Section: 26 Township: 146
Range: 93, Sixteenth: NE Quarter: SW
Section: 26 Township: 146 Range: 93,
Sixteenth: SW Quarter: SW Section: 26
Township: 146 Range: 93, Sixteenth: SE
Quarter: SW Section: 26 Township: 146
Range: 93, ...

**Document Type:** ASSIGNMENT
**Document Date:** 01/02/2020

| Dunn County 3090577 | Instrument # 3090577 | Recording Date: Fri Jan 03 09:01:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** CRITES, KEITH

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: SW Section: 26
Township: 146 Range: 93, Sixteenth: NW
Quarter: SW Section: 26 Township: 146
Range: 93, Sixteenth: NE Quarter: SW
Section: 26 Township: 146 Range: 93,
Sixteenth: SW Quarter: SW Section: 26
Township: 146 Range: 93, Sixteenth: SE
Quarter: SW Section: 26 Township: 146
Range: 93, ...

**Document Type:** ASSIGNMENT OIL &
GAS LEASE
**Document Date:** 01/02/2020

| Dunn County 3090576 | Instrument # 3090576 | Recording Date: Fri Jan 03 08:54:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** SPETHMAN, JOEL

**Grantee:** INCLINE BAKKEN MINERALS,
LLC

**Legal:** Subdivision KILLDEER REE
ADDITION Lot 9

**Document Type:** MINERAL DEED
**Document Date:** 12/23/2019

| Dunn County 3090584 | Instrument # 3090584 | Recording Date: Fri Jan 03 14:31:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** HARRELL OIL COMPANY,
L.L.C.

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: SW Section: 26
Township: 146 Range: 93, Sixteenth: NW
Quarter: SW Section: 26 Township: 146
Range: 93, Sixteenth: NE Quarter: SW
Section: 26 Township: 146 Range: 93,
Sixteenth: SW Quarter: SW Section: 26
Township: 146 Range: 93, Sixteenth: SE
Quarter: SW Section: 26 Township: 146
Range: 93, ...

**Document Type:** ASSIGNMENT OIL &
GAS LEASE
**Document Date:** 01/02/2020

| Dunn County 3090569 | Instrument # 3090569 | Recording Date: Thu Jan 02 08:32:00 CST 2020 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** METZ, KAREN LEE

**Grantee:** INCLINE BAKKEN MINERALS,
LLC

| Description | Summary | | Select All / None |
|---|---|---|---|

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NE Section: 06 Township: 145 Range: 95, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 95, Quarter: NW Section: 06 Township: 145 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 12/26/2019

---

**Dunn County 3090174**

**Instrument #** 3090174    **Recording Date:** Fri Nov 15 14:58:00 CST 2019

Preview Image    ☐ Purchase

**Grantor:** EMERALD OPERATING COMPANY

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Section: 18 Township: 141 Range: 95, Section: 19 Township: 141 Range: 95, Section: 27 Township: 141 Range: 95, Section: 34 Township: 141 Range: 95, Section: 02 Township: 143 Range: 94, ...

**Document Type: ASSIGNMENT ORR INTEREST**
**Document Date:** 11/12/2019

---

**Dunn County 3090220**

**Instrument #** 3090220    **Recording Date:** Wed Nov 20 13:44:00 CST 2019

Preview Image    ☐ Purchase

**Grantor:** SUMMERS, EARL

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 11/01/2019

---

**Dunn County 3090231**

**Instrument #** 3090231    **Recording Date:** Thu Nov 21 15:32:00 CST 2019

Preview Image    ☐ Purchase

**Grantor:** POWERS, JACKIE, RANDOM, JACQUELINE MARIE FKA

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NW Section: 04 Township: 145 Range: 96, Quarter: NE Section: 04 Township: 145 Range: 96, Quarter: SW Section: 04 Township: 145 Range: 96, Quarter: SE Section: 04 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 04 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 11/20/2019

---

**Dunn County 3090832**

**Instrument #** 3090832    **Recording Date:** Thu Feb 13 10:34:00 CST 2020

Preview Image    ☐ Purchase

**Grantor:** INCLINE BAKKEN LLC

**Grantee:** MARATHON OIL COMPANY

**Legal:** Lot 1, Lot 1, ...Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 03 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 03 Township: 145 Range: 94, Quarter: NE Section: 03 Township: 145 Range: 94, Sixteenth: NE

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 02/11/2020

| Description | Summary | | Select All / None |
|---|---|---|---|

Quarter: NE Section: 03 Township: 145
Range: 94, ...

---

**Dunn County 3090867**

**Instrument #** 3090867    **Recording Date:** Wed Feb 19 09:05:00 CST 2020

Preview Image    ☐ Purchase

**Grantor:** J. HIRAM MOORE, LTD., PROVIDENCE ENERGY LTD. AGENT, FARMER, TERRI L. POA

**Grantee:** INCLINE BAKKEN LLC

**Legal:** Quarter: NW Section: 33 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 33 Township: 145 Range: 93, Sixteenth: NE Quarter: NW Section: 33 Township: 145 Range: 93, Sixteenth: SW Quarter: NW Section: 33 Township: 145 Range: 93, Sixteenth: SE Quarter: NW Section: 33 Township: 145 Range: 93

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 02/18/2020

---

**Dunn County 3090866**

**Instrument #** 3090866    **Recording Date:** Wed Feb 19 09:02:00 CST 2020

Preview Image    ☐ Purchase

**Grantor:** TUHY, GEORGE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER NELSON-AHERN ADDITION Lot 2 Block 8, Subdivision KILLDEER NELSON-AHERN ADDITION Lot 3 Block 8, Subdivision KILLDEER NELSON-AHERN ADDITION Lot 4 Block 8

**Document Type: MINERAL DEED**
**Document Date:** 01/28/2020

---

**Dunn County 3091015**

**Instrument #** 3091015    **Recording Date:** Mon Mar 09 14:30:00 CDT 2020

Preview Image    ☐ Purchase

**Grantor:** EVEREST ENERGY, LLC

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 03 Township: 144 Range: 94, Quarter: NE Section: 03 Township: 144 Range: 94, Quarter: SW Section: 03 Township: 144 Range: 94, Quarter: SE Section: 03 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 03 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/04/2020

---

**Dunn County 3090705**

**Instrument #** 3090705    **Recording Date:** Wed Jan 22 14:59:00 CST 2020

Preview Image    ☐ Purchase

**Grantor:** WAGNER, JOSEPH H, WAGNER, SHARON

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER BROOKS ADDITION Lot 2 Block 3, Subdivision KILLDEER BROOKS ADDITION Lot 3 Block 3

**Document Type: CORRECTIVE MINERAL DEED**
**Document Date:** 01/17/2020

---

**Dunn County 3090240**

**Instrument #** 3090240    **Recording Date:** Mon Nov 25 08:53:00 CST 2019

Preview Image    ☐ Purchase

**Grantor:** SCHMIDT, DOROTHY M.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER ORIGINAL

**Document Type: MINERAL DEED**

| Description | Summary | | Select All / None |
|---|---|---|---|

TOWNSITE Lot 1 Block 29     **Document Date:** 11/04/2019

---

**Dunn County 3090239**

**Instrument #** 3090239    **Recording Date:** Mon Nov 25 08:49:00 CST 2019    Preview Image   ☐ Purchase

**Grantor:** WING, VIOLA MINERAL TRUST, WING, BERNIE A. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER ORIGINAL TOWNSITE Lot 1 Block 16, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 2 Block 16, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 3 Block 16, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 4 Block 16, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 5 Block 16

**Document Type:** CORRECTIVE MINERAL DEED
**Document Date:** 11/20/2019

---

**Dunn County 3090241**

**Instrument #** 3090241    **Recording Date:** Mon Nov 25 08:54:00 CST 2019    Preview Image   ☐ Purchase

**Grantor:** PENTICOFF, PAMELA

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ...

**Document Type:** MINERAL DEED
**Document Date:** 11/21/2019

---

**Dunn County 3090493**

**Instrument #** 3090493    **Recording Date:** Fri Dec 20 09:36:00 CST 2019    Preview Image   ☐ Purchase

**Grantor:** SCHMIDT, MARC, SCHMIDT, IONE

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** Subdivision KILLDEER ORIGINAL TOWNSITE Lot 10 Block 26

**Document Type:** MINERAL DEED
**Document Date:** 12/13/2019

---

**Dunn County 3090514**

**Instrument #** 3090514    **Recording Date:** Mon Dec 23 14:07:00 CST 2019    Preview Image   ☐ Purchase

**Grantor:** BANG, MORRIS J.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision KILLDEER BROOKS ADDITION Lot 4 Block 1, Subdivision KILLDEER BROOKS ADDITION Lot 5 Block 1, Subdivision KILLDEER FIRST ADDITION Lot 1 Block 33, Subdivision KILLDEER FIRST ADDITION Lot 11 Block 35, Subdivision KILLDEER FIRST ADDITION Lot 12 Block 35

**Document Type:** CORRECTIVE MINERAL DEED
**Document Date:** 12/17/2019

---

**Dunn County 3090545**

**Instrument #** 3090545    **Recording Date:** Mon Dec 30 13:30:00 CST 2019    Preview Image   ☐ Purchase

**Grantor:** HATFIELD, SHERRY, RANDOM, SHERRY RONELL FKA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 08 Township: 145 Range: 96, Quarter: SE Section: 08 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 08

**Document Type:** MINERAL DEED
**Document Date:** 12/19/2019

---

| Description | Summary | Select All / None |
|---|---|---|

Township: 145 Range: 96, Sixteenth: NE
Quarter: NE Section: 08 Township: 145
Range: 96, Sixteenth: SW Quarter: NE
Section: 08 Township: 145 Range: 96, ...

---

**Dunn County 3090544**

**Instrument #** 3090544    **Recording Date:** Mon Dec 30 12:55:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** RICKARDS, JILL    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 11 Township: 145 Range: 94, Quarter: SE Section: 11 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 11 Township: 145 Range: 94, Sixteenth: NE Quarter: NE Section: 11 Township: 145 Range: 94, Sixteenth: SW Quarter: NE Section: 11 Township: 145 Range: 94, ...    **Document Type:** MINERAL DEED
**Document Date:** 12/17/2019

---

**Dunn County 3089585**

**Instrument #** 3089585    **Recording Date:** Thu Sep 12 14:00:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** MICHELSON, JOHNNY, MICHELSON, BRENDA    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NW Section: 06 Township: 145 Range: 96, ...    **Document Type:** MINERAL DEED
**Document Date:** 09/03/2019

---

**Dunn County 3089599**

**Instrument #** 3089599    **Recording Date:** Thu Sep 12 16:20:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** DUTZI, CAROLYN    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NE Section: 06 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 06 Township: 145 Range: 96, Quarter: NW Section: 06 Township: 145 Range: 96, ...    **Document Type:** MINERAL DEED
**Document Date:** 09/05/2019

---

**Dunn County 3090461**

**Instrument #** 3090461    **Recording Date:** Wed Dec 18 14:00:00 CST 2019    Preview Image    ☐ Purchase

**Grantor:** RAVN, VALBORG MARIE TRUST AGREEMENT, RAVN, MICHAEL E. TRUSTEE    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 146 Range: 93, Quarter: NE Section: 21 Township: 146 Range: 93, Quarter: SW Section: 21 Township: 146 Range: 93, Quarter: SE Section: 21 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 93, ...

**Document Type: MINERAL DEED**
**Document Date:** 12/12/2019

---

| Dunn County 3093187 | **Instrument #** 3093187 | **Recording Date:** Thu Feb 04 16:06:00 CST 2021 | Preview Image | ☐ Purchase |

**Grantor:** BOULGER FAMILY TRUST U/D AUGUST 27, 1979, BOULGER, JOHN KELLY TRUSTEE, BOULGER, PAUL TIMOTHY TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: NE Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SW Quarter: NE Section: 22 Township: 145 Range: 96, Sixteenth: SE Quarter: NE Section: 22 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

| Dunn County 3093550 | **Instrument #** 3093550 | **Recording Date:** Wed Mar 31 14:31:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** ROY ROYALTY, INC.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 26 Township: 149 Range: 92, Quarter: SE Section: 26 Township: 149 Range: 92, Sixteenth: NW Quarter: NE Section: 26 Township: 149 Range: 92, Sixteenth: NE Quarter: NE Section: 26 Township: 149 Range: 92, Sixteenth: SW Quarter: NE Section: 26 Township: 149 Range: 92, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| Dunn County 3093557 | **Instrument #** 3093557 | **Recording Date:** Thu Apr 01 15:01:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** B RODEL CHILDREN'S TRUST, RODEL, BERNARD N. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

| Dunn County 3093716 | **Instrument #** 3093716 | **Recording Date:** Wed Apr 28 16:10:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** VINTAGE OIL AND GAS, LLC

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 32 Township: 146 Range: 92, Quarter: NE Section: 32 Township: 146 Range: 92, Quarter: SW Section: 32 Township: 146

**Document Type: MINERAL DEED**
**Document Date:** 04/20/2021

| Description | Summary | | Select All / None |
|---|---|---|---|

Range: 92, Sixteenth: NW Quarter: NW
Section: 32 Township: 146 Range: 92,
Sixteenth: NE Quarter: NW Section: 32
Township: 146 Range: 92, ...

---

**Dunn County 3093507**

**Instrument #** 3093507    **Recording Date:** Mon Mar 29 08:43:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** TROUBADOUR OIL AND GAS, LLC    **Grantee:** INCLINE BAKKEN, LLC

**Legal:** Quarter: SW Section: 14 Township: 148 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 148 Range: 94    **Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:**

---

**Dunn County 3093532**

**Instrument #** 3093532    **Recording Date:** Tue Mar 30 14:28:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** PAVILION COMMUNICATIONS OF NEVADA, LLC    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 03 Township: 146 Range: 96, Sixteenth: SW Quarter: NW Section: 03 Township: 146 Range: 96    **Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3093752**

**Instrument #** 3093752    **Recording Date:** Wed May 05 09:31:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** BAT OIL PROPERTIES LLC    **Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 30 Township: 146 Range: 93, Sixteenth: NW Quarter: SW Section: 30 Township: 146 Range: 93, Quarter: SW Section: 30 Township: 146 Range: 93, Sixteenth SW Quarter: SW Section: 30 Township: 146 Range: 93, Quarter: SW Section: 30 Township: 146 Range: 93, ...    **Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3093738**

**Instrument #** 3093738    **Recording Date:** Mon May 03 10:35:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** KEHR, ERIC    **Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** Subdivision KILLDEER ORIGINAL TOWNSITE Lot 1 Block 17, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 2 Block 17, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 3 Block 17, Subdivision KILLDEER ORIGINAL TOWNSITE Lot 4 Block 17, Lot 21 Block 17    **Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3093339**

**Instrument #** 3093339    **Recording Date:** Tue Mar 02 15:06:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** GRIFFITH, MICHAEL    **Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145    **Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96

---

**Dunn County 3093338**

**Instrument #** 3093338    **Recording Date:** Tue Mar 02 14:35:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** FARLEY, ROBROY W.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3093341**

**Instrument #** 3093341    **Recording Date:** Tue Mar 02 15:25:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** FARLEY, CHARLES P.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3093340**

**Instrument #** 3093340    **Recording Date:** Tue Mar 02 15:23:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** FARLEY, JOHN W.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3093330**

**Instrument #** 3093330    **Recording Date:** Tue Mar 02 10:55:00 CST 2021    Preview Image    ☐ Purchase

**Grantor:** SCHMALZ, RAPHAEL GEORGE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SE Section: 03 Township: 144 Range: 97, Sixteenth: NW Quarter: SE Section: 03 Township: 144 Range: 97, Sixteenth: SW Quarter: SE Section: 03 Township: 144 Range: 97, Quarter: NE Section: 09 Township: 144

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

Range: 97, Quarter: SE Section: 09
Township: 144 Range: 97, ...

---

| Dunn County 3093960 | **Instrument #** 3093960 | **Recording Date:** Wed Jun 02 15:00:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** PAGE, LAURA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NE Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NW Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NW Section: 03 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| Dunn County 3093961 | **Instrument #** 3093961 | **Recording Date:** Wed Jun 02 15:01:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** SIDNEY D. AND PHYLLIS KRYSTAL TRUST TWO, KRYSTAL, SHEILA TRUSTEE, KRYSTAL, SIDNEY D. AND PHYLLIS LIVING TR

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 23 Township: 147 Range: 96, Quarter: SW Section: 23 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 23 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 23 Township: 147 Range: 96, Quarter: SW Quarter: NW Section: 23 Township: 147 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| Dunn County 3093951 | **Instrument #** 3093951 | **Recording Date:** Tue Jun 01 15:57:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** METZGER, DENNIS K.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SW Section: 23 Township: 146 Range: 93, Sixteenth: NW Quarter: SW Section: 23 Township: 146 Range: 93, Sixteenth: NE Quarter: SW Section: 23 Township: 146 Range: 93, Sixteenth: SW Quarter: SW Section: 23 Township: 146 Range: 93, Sixteenth: SE Quarter: SW Section: 23 Township: 146 Range: 93

**Document Type: MINERAL DEED**
**Document Date:**

---

| Dunn County 3093991 | **Instrument #** 3093991 | **Recording Date:** Mon Jun 07 15:55:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** HILL, PAUL LINCOLN, HILL, EDWARD CHARLES AIF

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NE Section: 09 Township: 144 Range: 95, Quarter: SE Section: 09 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: NE Quarter: NE Section: 09 Township: 144 Range: 95, Sixteenth: SW Quarter: NE Section: 09 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

**Dunn County 3093884**

| | |
|---|---|
| **Instrument #** 3093884 | **Recording Date:** Fri May 21 08:08:00 CDT 2021 |

Preview Image ☐ Purchase

**Grantor:** DAY, PAUL THOMAS

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SE Section: 24 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 24 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 24 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 24 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 24 Township: 145 Range: 94

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3093810**

| | |
|---|---|
| **Instrument #** 3093810 | **Recording Date:** Tue May 11 15:38:00 CDT 2021 |

Preview Image ☐ Purchase

**Grantor:** PIKES PEAK RESOURCES, LLC

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 30 Township: 146 Range: 93, Sixteenth: NW Quarter: SW Section: 30 Township: 146 Range: 93, Quarter: SW Section: 30 Township: 146 Range: 93, Sixteenth: SW Quarter: SW Section: 30 Township: 146 Range: 93, Quarter: SW Section: 30 Township: 146 Range: 93, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3093807**

| | |
|---|---|
| **Instrument #** 3093807 | **Recording Date:** Tue May 11 14:50:00 CDT 2021 |

Preview Image ☐ Purchase

**Grantor:** LLEWELLYN, JEFFREY M., LLEWELLYN, CHRISTINE C.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 30 Township: 146 Range: 93, Sixteenth: NW Quarter: SW Section: 30 Township: 146 Range: 93, Quarter: SW Section: 30 Township: 146 Range: 93, Sixteenth: SW Quarter: SW Section: 30 Township: 146 Range: 93, Quarter: SW Section: 30 Township: 146 Range: 93, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3091902**

| | |
|---|---|
| **Instrument #** 3091902 | **Recording Date:** Wed Jul 29 14:20:00 CDT 2020 |

Preview Image ☐ Purchase

**Grantor:** G-4 LLC/OIL PARTNERS

**Grantee:** INCLINE BAKKEN LLC

**Legal:** , ...Quarter: NE Section: 23 Township: 146 Range: 93, Quarter: SE Section: 23 Township: 146 Range: 93, Sixteenth: NW Quarter: NE Section: 23 Township: 146 Range: 93, Sixteenth: NE Quarter: NE Section: 23 Township: 146 Range: 93, Sixteenth: SW Quarter: NE Section: 23 Township: 146 Range: 93, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:**

---

**Dunn County 3091903**

| | |
|---|---|
| **Instrument #** 3091903 | **Recording Date:** Wed Jul 29 14:23:00 CDT 2020 |

Preview Image ☐ Purchase

**Grantor:** G-4 LLC/OIL PARTNERS

**Grantee:** INCLINE BAKKEN MINERALS, LLC

| Description | Summary | | Select All / None |
|---|---|---|---|

**Legal:** , ...Quarter: SW Section: 05 Township: 145 Range: 93, Quarter: SE Section: 05 Township: 145 Range: 93, Sixteenth: NW Quarter: SW Section: 05 Township: 145 Range: 93, Sixteenth: NE Quarter: SW Section: 05 Township: 145 Range: 93, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 93, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3099037**

**Instrument #** 3099037    **Recording Date:** Thu Mar 09 14:25:00 CST 2023    Preview Image    ☐ Purchase

**Grantor:** THE FRITZ NORTH DAKOTA TRUST DATED NOVEM, FRITZ, DONAVAN J. CO-TRUSTEE, FRITZ, VICKY SUE CO-TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 05 Township: 144 Range: 97, Sixteenth: NE Quarter: NW Section: 05 Township: 144 Range: 97, Quarter: NW Section: 05 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 05 Township: 144 Range: 97, Quarter: NW Section: 05 Township: 144 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3100120**

**Instrument #** 3100120    **Recording Date:** Tue Aug 08 13:14:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** VOGEL, JULIE H.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 05 Township: 145 Range: 94

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3100199**

**Instrument #** 3100199    **Recording Date:** Mon Aug 14 14:27:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** TEEGARDEN, WILLIAM GREGORY

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NE Section: 26 Township: 144 Range: 97, Quarter: SW Section: 26 Township: 144 Range: 97, Quarter: SE Section: 26 Township: 144 Range: 97, Sixteenth: SW Quarter: NE Section: 26 Township: 144 Range: 97, Sixteenth: NW Quarter: SW Section: 26 Township: 144 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3100919**

**Instrument #** 3100919    **Recording Date:** Mon Nov 20 13:34:00 CST 2023    Preview Image    ☐ Purchase

**Grantor:** HOLLAND, ERIC

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 07 Township: 145 Range: 94,

**Document Type: MINERAL DEED**
**Document Date:**

| Description | Summary | | Select All / None |
|---|---|---|---|

Quarter: NW Section: 07 Township: 145
Range: 94, Sixteenth: SW Quarter: NW
Section: 07 Township: 145 Range: 94,
Quarter: SW Section: 07 Township: 145
Range: 94, ...

---

**Dunn County 3100903**

| Instrument # 3100903 | Recording Date: Fri Nov 17 08:31:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|

**Grantor:** KELLOGG, JOSEPH R.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 07 Township: 145 Range: 94, Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 07 Township: 145 Range: 94, Quarter: SW Section: 07 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3100820**

| Instrument # 3100820 | Recording Date: Mon Nov 06 14:05:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|

**Grantor:** BLACK STONE MINERALS COMPANY, L.P., BSMC GP, L.L.C.

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** , ...Quarter: SW Section: 21 Township: 145 Range: 97, Quarter: SE Section: 21 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 21 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 21 Township: 145 Range: 97, Sixteenth: NW Quarter: SE Section: 21 Township: 145 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

---

**Dunn County 3100829**

| Instrument # 3100829 | Recording Date: Tue Nov 07 09:00:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|

**Grantor:** EVEREST ENERGY, LLC

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NE Section: 35 Township: 145 Range: 97, Quarter: SE Section: 35 Township: 145 Range: 97, Sixteenth: NW Quarter: NE Section: 35 Township: 145 Range: 97, Sixteenth: NE Quarter: NE Section: 35 Township: 145 Range: 97, Sixteenth: SW Quarter: NE Section: 35 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:** 11/06/2023

---

**Dunn County 3100876**

| Instrument # 3100876 | Recording Date: Tue Nov 14 14:04:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|

**Grantor:** REVOCABLE TRUST AGREEMENT OF ROBERT J. K

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

Description   Summary                                                                    Select All / None

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 07 Township: 145 Range: 94, Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 07 Township: 145 Range: 94, Quarter: SW Section: 07 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| **Dunn County 3100952** | **Instrument #** 3100952 | **Recording Date:** Mon Nov 27 14:53:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** HOLLAND, KIMBERLY

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 07 Township: 145 Range: 94, Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 07 Township: 145 Range: 94, Quarter: SW Section: 07 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| **Dunn County 3101063** | **Instrument #** 3101063 | **Recording Date:** Tue Dec 12 15:20:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** PAULSON, DENNIS P.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 14 Township: 145 Range: 97, Quarter: SE Section: 14 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 14 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 14 Township: 145 Range: 97, Sixteenth: NW Quarter: SE Section: 14 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| **Dunn County 3100992** | **Instrument #** 3100992 | **Recording Date:** Fri Dec 01 15:47:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MILBRANDT, MARCIA J. TRUSTEE, MARITAL TRUST, IRVIN C. MILBRANDT REVOCABLE TRUST, CREDIT TRUST

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 07 Township: 145 Range: 94, Quarter: NW Section: 07 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 07 Township: 145 Range: 94, Quarter: SW Section: 07 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| **Dunn County 3101113** | **Instrument #** 3101113 | **Recording Date:** Thu Dec 21 08:34:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** ANDERSON, MARTINA J., ANDERSON, STEVEN W.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

| | | | |
|---|---|---|---|
| Description | Summary | | Select All / None |

| | | | |
|---|---|---|---|
| | **Legal:** Quarter: SE Section: 11 Township: 144 Range: 97, Sixteenth: NW Quarter: SE Section: 11 Township: 144 Range: 97, Sixteenth: NE Quarter: SE Section: 11 Township: 144 Range: 97, Sixteenth: SW Quarter: SE Section: 11 Township: 144 Range: 97, Sixteenth: SE Quarter: SE Section: 11 Township: 144 Range: 97 | **Document Type: MINERAL DEED** **Document Date:** | |
| **Dunn County 3101475** | **Instrument #** 3101475    **Recording Date:** Tue Feb 20 10:41:00 CST 2024 THIS DOCUMENT HAS NOT BEEN VERIFIED. | | Preview Image    ☐ Purchase |
| | **Grantor:** ALAN LADD JR. SEPARATE PROPERTY ADMINIST | **Grantee:** INCLINE BAKKEN MINERALS II LLC | |
| | **Legal:** | **Document Type: MINERAL DEED** **Document Date:** | |
| **Burke County 276317** | **Instrument #** 276317    **Recording Date:** Tue Sep 06 09:12:00 CDT 2022 | | Preview Image    ☐ Purchase |
| | **Grantor:** MCCULLY-CHAPMAN EXPLORATION, INC., ET AL, BROUGHTON PETROLEUM, INC., OTTER CREEK, LLC | **Grantee:** INCLINE BAKKEN II, LLC | |
| | **Legal:** , ...Quarter: NW Section: 10 Township: 159 Range: 90, Quarter: NE Section: 10 Township: 159 Range: 90, Quarter: SW Section: 10 Township: 159 Range: 90, Quarter: SE Section: 10 Township: 159 Range: 90, Sixteenth: NW Quarter: NW Section: 10 Township: 159 Range: 90, ... | **Document Type: ASSIGNMENT OF OIL & GAS LEASE** **Document Date:** 09/02/2022 | |
| **Burke County 275809** | **Instrument #** 275809    **Recording Date:** Thu Jun 02 08:33:00 CDT 2022 | | Preview Image    ☐ Purchase |
| | **Grantor:** MCDOWELL, ROBERT J. | **Grantee:** INCLINE BAKKEN MINERALS II, LLC | |
| | **Legal:** , ...Quarter: NW Section: 31 Township: 159 Range: 93, Quarter: SW Section: 31 Township: 159 Range: 93, Sixteenth: SW Quarter: NW Section: 31 Township: 159 Range: 93, Sixteenth: SE Quarter: NW Section: 31 Township: 159 Range: 93, Sixteenth: NW Quarter: SW Section: 31 Township: 159 Range: 93, ... | **Document Type: MINERAL & ROYALTY DEED** **Document Date:** 05/13/2022 | |
| **Burke County 276199** | **Instrument #** 276199    **Recording Date:** Thu Aug 11 15:06:00 CDT 2022 | | Preview Image    ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC. | **Grantee:** RIVERBEND OIL & GAS IX INVESTMENTS, L.L. | |
| | **Legal:** Quarter: SE Section: 24 Township: 161 Range: 91, Sixteenth: NW Quarter: SE Section: 24 Township: 161 Range: 91, Sixteenth: NE Quarter: SE Section: 24 Township: 161 Range: 91, Sixteenth: SW Quarter: SE Section: 24 Township: 161 Range: 91, Sixteenth: SE Quarter: SE Section: 24 Township: 161 Range: 91 | **Document Type: MINERAL DEED & CONVEYANCE** **Document Date:** 07/11/2022 | |

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Burke County**
**274912**

**Instrument #** 274912     **Recording Date:** Mon Nov 29 08:57:00 CST 2021

Preview Image    ☐ Purchase

**Grantor:** MELLAND, CORY, TRUSTEE, RE: DENNIS MELLAND MINERALS TRUST

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SE Section: 24 Township: 161 Range: 91, Sixteenth: NW Quarter: SE Section: 24 Township: 161 Range: 91, Sixteenth: NE Quarter: SE Section: 24 Township: 161 Range: 91, Sixteenth: SW Quarter: SE Section: 24 Township: 161 Range: 91, Sixteenth: SE Quarter: SE Section: 24 Township: 161 Range: 91

**Document Type: MINERAL & ROYALTY DEED**
**Document Date:** 11/11/2021

---

**Burke County**
**275567**

**Instrument #** 275567     **Recording Date:** Fri Apr 08 13:59:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** WALSH, R. WILLIAM, AKA: WALSH, ROGER WIL

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NE Section: 32 Township: 159 Range: 94, Quarter: SE Section: 32 Township: 159 Range: 94, Sixteenth: NW Quarter: NE Section: 32 Township: 159 Range: 94, Sixteenth: NE Quarter: NE Section: 32 Township: 159 Range: 94, Sixteenth: SW Quarter: NE Section: 32 Township: 159 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/30/2022

---

**Billings County**
**153880**

**Instrument #** 153880     **Recording Date:** Tue Sep 06 07:44:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** MCCULLY-CHAPMAN EXPLORATION, INC., ETAL, BROUGHTON PETROLEUM, INC., ETAL, OTTER CREEK, LLC., ETAL

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** , ...Quarter: NW Section: 03 Township: 141 Range: 100, Quarter: NE Section: 03 Township: 141 Range: 100, Quarter: SW Section: 03 Township: 141 Range: 100, Quarter: SE Section: 03 Township: 141 Range: 100, Sixteenth: NW Quarter: NW Section: 03 Township: 141 Range: 100, ...

**Document Type: ASSIGNMENT**
**Document Date:** 09/01/2022

---

**McLean County**
**3407886**

**Instrument #** 3407886     **Recording Date:** Tue Sep 06 09:43:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** MCCULLY-CHAPMAN EXPLORATION, INC., BROUGHTON PETROLEUM, INC., OTTER CREEK, LLC

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** , ...Quarter: NW Section: 15 Township: 150 Range: 89, Quarter: NE Section: 15 Township: 150 Range: 89, Quarter: SW Section: 15 Township: 150 Range: 89, Quarter: SE Section: 15 Township: 150 Range: 89, Sixteenth: NW Quarter: NW Section: 15 Township: 150 Range: 89, ...

**Document Type: ASSIGNMENT OF INTEREST (O & G)**
**Document Date:** 09/01/2022

| Description | Summary | | Select All / None |
|---|---|---|---|

| McLean County 3408745 | **Instrument #** 3408745 | **Recording Date:** Tue Jan 03 10:59:00 CST 2023 | Preview Image  ☐ Purchase |
| | **Grantor:** SPOTTED HAWK DEVELOPMENT, LLC | **Grantee:** INCLINE BAKKEN II, LLC | |
| | **Legal:** , ...Quarter: NW Section: 16 Township: 150 Range: 91, Sixteenth: NW Quarter: NW Section: 16 Township: 150 Range: 91, Quarter: NW Section: 16 Township: 150 Range: 91, Sixteenth: NW Quarter: NW Section: 16 Township: 150 Range: 91, Quarter: NW Section: 16 Township: 150 Range: 91, ... | **Document Type: ASSIGN/BILL OF SALE OF WELL BORE** **Document Date:** 12/22/2022 | |

| McLean County 3401222 | **Instrument #** 3401222 | **Recording Date:** Wed Jul 29 14:03:00 CDT 2020 | Preview Image  ☐ Purchase |
| | **Grantor:** G-4, LLC/OIL PARTNERS | **Grantee:** INCLINE BAKKEN MINERALS, LLC | |
| | **Legal:** , ...Quarter: SE Section: 20 Township: 150 Range: 90, Sixteenth: NW Quarter: SE Section: 20 Township: 150 Range: 90, Sixteenth: NE Quarter: SE Section: 20 Township: 150 Range: 90, Sixteenth: SW Quarter: SE Section: 20 Township: 150 Range: 90, Sixteenth: SE Quarter: SE Section: 20 Township: 150 Range: 90, ... | **Document Type: ASSIGN OF OVERRIDING ROYALTY** **Document Date:** 07/27/2020 | |

| McLean County 3410023 | **Instrument #** 3410023 | **Recording Date:** Tue Jul 11 15:00:00 CDT 2023 | Preview Image  ☐ Purchase |
| | **Grantor:** RIVERSTONE ROYALTY, LLC | **Grantee:** INCLINE BAKKEN II, LLC | |
| | **Legal:** Quarter: NE Section: 10 Township: 150 Range: 91, Sixteenth: NW Quarter: NE Section: 10 Township: 150 Range: 91, Sixteenth: NE Quarter: NE Section: 10 Township: 150 Range: 91, Sixteenth: SW Quarter: NE Section: 10 Township: 150 Range: 91, Sixteenth: SE Quarter: NE Section: 10 Township: 150 Range: 91 | **Document Type: ASSIGN/BILL OF SALE OF WELL BORE** **Document Date:** 06/01/2023 | |

| Stark County 3174207 | **Instrument #** 3174207 | **Recording Date:** Tue Sep 06 15:42:22 CDT 2022 | Preview Image  ☐ Purchase |
| | **Grantor:** MCCULLY-CHAPMAN EXPLORATION INC, MCCULLY CHAPMAN EXPLORATION INC, BROUGHTON PETROLEUM INC, OTTER CREEK LLC, FORAN WILLIAM J | **Grantee:** INCLINE BAKKEN II LLC | |
| | **Legal:** , ...Quarter: NE Section: 6 Township: 138 Range: 98, Quarter: NW Section: 6 Township: 138 Range: 98, Quarter: SE Section: 6 Township: 138 Range: 98, Quarter: SW Section: 6 Township: 138 Range: 98, Quarter: NE Section: 1 Township: 138 Range: 99, ... | **Document Type: Assignment Oil & Gas Lease** **Document Date:** 09/01/2022 | |

| Stark County 3173833 | **Instrument #** 3173833 | **Recording Date:** Thu Aug 11 16:07:05 CDT 2022 | Preview Image  ☐ Purchase |

**Grantor:** INCLINE BAKKEN MINERALS LLC, FRANCIS WILLIAM

**Grantee:** RIVERBEND OIL & GAS IX INVESTMENTS L L C, RIVERBEND OIL & GAS IX INVESTMENTS LLC, RIVERBEND OIL AND GAS IX INVESTMENTS L L C, RIVERBEND OIL AND GAS IX INVESTMENTS LLC

**Legal:** , ...Quarter: NE Section: 6 Township: 140 Range: 95, Quarter: NW Section: 6 Township: 140 Range: 95, Quarter: SE Section: 6 Township: 140 Range: 95, Quarter: SW Section: 6 Township: 140 Range: 95, Quarter: NE Section: 7 Township: 140 Range: 95, ...

**Document Type: Mineral Deed**
**Document Date:** 06/01/2022

---

**Stark County 3162659**

**Instrument #** 3162659    **Recording Date:** Mon Dec 21 16:35:05 CST 2020

Preview Image  ☐ Purchase

**Grantor:** EMERALD OPERATING COMPANY, PERRY MICHAEL S

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NE Section: 6 Township: 140 Range: 95, Quarter: NW Section: 6 Township: 140 Range: 95, Quarter: SE Section: 6 Township: 140 Range: 95, Quarter: SW Section: 6 Township: 140 Range: 95, Quarter: NE Section: 7 Township: 140 Range: 95, ...

**Document Type: Assignment Of Overriding Royalty**
**Document Date:** 07/01/2019

---

395 items found, displaying 301 to 395.[First/Prev] 1, 2, 3, **4** [Next/Last]

Purchase Selected

Return to Search Results