# EXHIBIT A-1

| County Court, City and County of Denver, Colorado<br>Lindsey-Flanigan Courthouse, Room 160<br>520 W. Colfax Ave.<br>Denver, CO 80204 | Filed in County Court<br>City & County of Denver Colorado<br><br>JAN 29 2019<br><br>CLERK OF COURT |
|---|---|
| Plaintiff: The People of the State of Colorado | |
| Defendant: ADAM FERRARI<br>(DOB 12/31/1982) W/M, 6'4", 205 lbs, BRO/BRO | ▲ COURT USE ONLY ▲ |
| | Case Number: 19CR00782 |
| | Div: Criminal Ctrm 230W |

## SUPPORTING AFFIDAVIT FOR ARREST WARRANT

I, DAVID A DAWSON, of lawful age do swear upon my oath to the facts set forth below and on three continuation pages:

Your affiant, DAVID A DAWSON, an Investigator for the Denver District Attorney's Office, Economic Crime Unit was assigned to investigate allegations of THEFT in violation of 18-4-401(1),(2)(i), C.R.S. (F3), CRIMINAL ATTEMPT TO COMMIT THEFT in violation of 18-4-401(1),(2)(i);18-2-101, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5) and THEFT in violation of 18-4-401(1),(2)(g), C.R.S. (F5) by ADAM FERRARI against CINDY LYNN WILSON, THEORA RICE, LOREN R RICE, DALE E RICE, RICE FAMILY TRUST, RAISA ENERGY LLC, JENNIFER DAVIS and WELD COUNTY CLERK AND RECORDER on DA Case Number 2017ECU00087.

Your affiant, DAVID A. DAWSON, an Investigator for the Denver District Attorney's Office Economic Crime Unit was assigned to investigate allegations of theft, identity theft, attempting to influence a public servant and forgery which occurred between and including Marcy 9, 2016 and October 31, 2016.

On June 13, 2017, Jennifer (Davis) by and through her attorney, Reid A. Page, filed a complaint with the Denver District Attorney's Office reporting that Adam Ferrari and his company Ferrari Energy, LLC had illegally filed a deed of trust on four parcels of land in Weld County, Colorado. As a result of the distribution of the Rice Family Trust, Davis was to receive the mineral and surface rights to the four parcels of land in Weld County, Colorado.

Between and including March 9, 2016 and October 31, 2016, Davis on multiple occasions told Ferrari that she had not yet legally obtained the mineral and/or surface rights to the land in Weld County, but knowing she ultimately would receive them agreed to sell the mineral rights to Ferrari when she obtained the legal rights to them. Davis reported that Adam Ferrari had forged two deeds of trust transferring the mineral rights to the four parcels of land from her name to Adam Ferrari's company, Ferrari Energy, LLC and attempted to defraud her and Anadarko Petroleum Corporation out of approximately $305,000.00 that Anadarko Petroleum Corporation (Anadarko) was holding in a suspense account for the Rice Family Trust.

The property relevant to this complaint, is located in Weld County, Colorado, and was described as S/2 of Section 2 Township 1 North, Range 66 West, 6th P.M., resulted from an Execution of the Declaration of Trust of the Rice Family Trust dated October 20, 1997, which listed Theora M. Rice and Dale E. Rice the Trustees.

Following the death of Thoera M. Rice, Jennifer Davis and her uncle, Loren Rice, engaged in a lengthy probate proceeding and dispute relating mineral and surface rights to the parcels of land in Weld County, Colorado. Jennifer Rice was to receive the mineral and surface rights to the four parcels of land but as of March 9, 2016, had not yet received clear and legal ownership of the mineral and surface rights to the land in Weld County, Colorado.

On or about February 27, 2014, Adam (Ferrari), filed Articles of Organization for Ferrari Energy, LLC a Colorado registered company with the Colorado Secretary of State's Office, registration number 20141137180. Ferrari listed the principal office address for Ferrari Energy, LLC as 1600 Glenarm Place, in the City and County of Denver, State of Colorado. On or about December 9, 2016, Vivian Banchongchiith filed a Statement of Correction Correcting the Principal Office Address with the Colorado Secretary of State's Office wherein she listed the principal street address for Ferrari Energy, LLC as 1580 Lincoln Street Suite 1110 in the City and County of Denver, State of Colorado.

On or about February 29, 2016, Ferrari sent Davis an email with three attachments, one of which was an offer letter in the amount of $253,750.00 to purchase the mineral rights for the four parcels of land in Weld County, Colorado, for her and her father Dale E. Rice to sign.

Ferrari also sent two Mineral and Royalty Deeds, One Mineral And Royalty Deed listing Dale E. Rice as Dale E. Rice and Theora M. Rice, Trustees of the Rice Family Trust dated October 20, 1997, as the GRANTOR and Jennifer Davis as the GRANTEE. The second Mineral And Royalty Deed listing Jennifer Davis as the GRANTOR and Ferrari Energy, LLC as the GRANTEE. Ferrari instructed Davis to execute both in front of a notary then scan and email the signed documents back to him.

Jennifer Davis emailed a copy of these two documents to Ferrari with the understanding that he could use them to start working on the sale of the mineral rights from her to Ferrari Energy, LLC, but that he was not authorized to file them with the Weld County, Colorado's Clerk and Recorders Office or to utilize them for any other purpose, until the sale of the mineral rights described therein had been completely and legally executed.

On or about March 24, 2016, without the knowledge, authorization or consent of Jennifer Davis, Adam Ferrari caused the two Mineral And Royalty Deeds to be filed with the Weld County, Clerk and Recorders Office in the City of Greeley, County of Weld, State of Colorado. The two deeds were filed electronically with Simpli File E Recordings by, Conners Oil & Gas Company, LLC, located at 1800 Glenarm Place Suite 710, in the City and County of Denver, State of Colorado 80209. This address is the same address as that of Ferrari Energy, LLC.

On or about March 30, 2016, Ferrari, via text message, sent Jennifer Davis a copy of check number 204 drawn on the account of Wolf Resources, LLC at Great Western Bank, dated March 30, 2016, in the amount of $10,000.00 as earnest money for the purchase of the four parcels of land in Weld County, Colorado which Ferrari told her was hers to keep forever. Davis also sent a text message to Ferrari where she stated. "We had our last mediation yesterday we will be preparing deeds for all properties shortly. As soon as I get a sign off from my uncle I can release these deeds."

On or about April 6, 2016, Ferrari sent Jennifer Davis a text message where he stated. "As far as the oil company is concerned your uncle has no claim to the property...Once again whet you are doing in Oregon is for your peace of mind..." Ferrari sent another text telling Davis that he wants to send her a check and Davis responded telling Ferrari "That may not work being so early. We still need to do deeds on the other properties and {my uncle} needs to sign the first right of refusal." (Typed as it appeared in the text messages)

On or about April 19, 2016, Ferrari sent Davis a picture of a check in the amount of $243,000.00. That check, number 214, was dated April 9, 2016 and was drawn on the account of Wolf Resources, LLC at Great Western Bank. Jennifer Davis subsequently received the actual check which was for the mineral rights for the four properties located in Weld County, Colorado, but did not negotiate the check. Ferrari subsequently told Davis that he owns Wolf Resources and he had sent this check by mistake and that he had placed a stop payment on the check.

During the time that Adam Ferrari was in the process of attempting to purchase the mineral rights on the four properties in Weld County, Colorado, for $253,750.00 he was aware that there was approximately $300,000.00 in a suspense account at Kerr-McGee/Anadarko and failed to disclose to Jennifer Davis the existence of the money being held in suspense for the Rice Family Trust.

On or about May 13, 2018, Adam Ferrari sent Jennifer Davis an email in which he (Ferrari) acknowledged that he knew that he needed Jennifer Davis's uncle, Loren Davis, signature on the original deed or right of first refusal, by telling Davis the following. "Just let me know what the status is of your legal negotiations with your uncle so we know when we will be receiving the original deeds and can take the final steps to close this transaction out. We would like to see this happen prior to June 1 if at all possible."

Also on or about May 13, 2016, Adam Ferrari, on behalf of his company, Ferrari Energy, LLC, and without the knowledge, consent or authorization of Jennifer Davis or the Davis Family Trust, sent copies of the two Mineral And Royalty Deeds dated March 22, 2016, to Casey Harless, VP Land for, RAISA Energy, LLC. One of these two deeds was between Jennifer Davis the "GRANTOR and Ferrari Energy, LLC the GRANTEE, transferring the ownership of the mineral

Page 4

rights to the four parcels of land in Weld County, Colorado, from Jennifer Davis to Ferrari Energy, LLC.

On or about May 25, 2016, without legally owning and/or without the consent or authorization of Jennifer Davis or the Rice Family Trust, Adam Ferrari acting as Managing Member for Ferrari Energy, LLC signed and executed a Mineral Deed dated effective February 1, 2016, at 12:00 a.m. Mountain Standard Time, by and between Ferrari Energy, LLC the GRANTOR, to RAISA II, LLC, a Delaware Limited Liability Company, the GRANTEE, granted to RAISA II, LLC an undivided 100% of those certain net mineral acres described in Exhibit A attached (S/2 of Section 2 Township 1 North, Range 66 West, 6th P.M.in the subject interests and in and to the oil, gas and other minerals in and under and that may be produced from those certain lands described in Exhibit A (The Lands) in Weld County, Colorado for $270,075.45.

On May 27, 2016, RAISA Energy, LLC wire transferred $270,075.45 to Ferrari Energy, LLC's BBVA Compass Bank located at 1401 East 17th Street in the City and County of Denver, State of Colorado. Specifically, to account number ending in 1478, the account of Ferrari Energy, LLC a business located at 1800 Glenarm Place Suite 701, in the City and County of Denver, State of Colorado.

On or about May 25, 2016, Adam Ferrari did not tell, inform and/or convey by any means to Jennifer Davis that he acting as Managing Member of Ferrari Energy, LLC, sold to RAISA II, LLC, the oil, gas and other minerals in and under the ground on the Colorado property she legally owned and had not officially released ownership or control of the original Mineral And Royalty Deeds to Adam Ferrari and/or Ferrari Energy, LLC.

On or about May 31, 2016, at approximately 12:02 P.M., Conners Oil & Gas Company, LLC, at the request of Adam Ferrari and Ferrari Energy, LLC, electronically filed a four-page Mineral Deed with the Weld County, Colorado, Clerk and Recorders Office that was between Ferrari Energy, LLC, the GRANTOR and RAISA II, LLC, GRANTEE involving the oil, gas and other minerals in and under and that may be produced from those certain lands described as S/2 of Section 2 Township 1 North, Range 66 West, 6th P.M. in Weld County, Colorado, Reception Number 4207458. On or about May 31, 2016, Conners Oil & Gas Company LLC was located at 1800 Glenarm Place Suite 701, in Denver, Colorado.

On or about July 14, 2016, Adam Ferrari, in an attempt to fraudulently obtain $300,000.00 that Anadarko Petroleum Corporation was holding in a suspense account for the Rice Family Trust, caused Marilyn W. McWilliams, a Colorado licensed attorney with the Law Firm of Moye White LLP, located at 16 Market Square 6th Floor 1400 16th Street in Denver, Colorado, to convey by email to Anadarko Petroleum Corporation two counterfeit/forged Mineral And Royalty Deeds.

Both of these deeds involved parcels of land described as Township 1 North, Range 66 West 6th P.M. Section 2:S/2 in Weld County, Colorado both with effective dates listed as January 1, 2016. One of the deeds listed Dale E. Rice and Loren R. Rice, as Trustees of the Distribution Trust of the Rice Family Trust dated October 20, 1997, the "GRANTOR," and Dale E. Rice and Loren R. Rice as the "GRANTEE." The other deed, listed the "GRANTOR" as Dale E. Rice and Loren R. Rice as individuals and Ferrari Energy, LLC as the GRANTEE. Both of these Mineral And Royalty Deeds were allegedly notarized by, Christy Lynn Wilson, a notary public in the State of

Page 5

Oregon on July 14, 2016. Wilson subsequently reviewed two Mineral And Royalty Deeds and said that she had not notarized these two Mineral And Royalty Deeds on July 14, 2016.

After Anadarko and RAISA II discovered that Ferrari had forged mineral deeds in an attempt in Anadarko's case to acquire the $300,000.00 being held in the suspense account and in RAISA II, selling the mineral rights to the land in Weld County he (Ferrari) didn't own, Ferrari demanded Davis return the earnest money.

Davis and her attorney Reid A. Page said that he (Ferrari) would refuse to sign a mineral deed transferring the mineral rights back to Davis unless she first returned the earnest money which he previously told her was hers to keep as his good faith in purchasing the mineral rights. On October 6, 2016, Ferrari returned the $270,075.45 to RISA II, LLC

Based on the foregoing, your affiant respectfully requests that an At Large Warrant be issued for the arrest of **ADAM FERRARI**, DOB: **12/31/1982** for THEFT in violation of 18-4-401(1),(2)(i), C.R.S. (F3), CRIMINAL ATTEMPT TO COMMIT THEFT in violation of 18-4-401(1),(2)(i);18-2-101, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5) and THEFT in violation of 18-4-401(1),(2)(g), C.R.S. (F5).

I affirm this information to be true and correct. _____
AFFIANT

Subscribed and Sworn to before me this 29th day of January, 2019, at the City and County of Denver, State of Colorado.

My commission expires: 4-10-22

LISA DURBANO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144015593
MY COMMISSION EXPIRES 4/10/2022

NOTARY PUBLIC
201 West Colfax Ave., Dept. 801
Denver, CO 80202

| County Court, City and County of Denver, Colorado<br>Lindsey-Flanigan Courthouse, Room 160<br>520 W. Colfax Ave.<br>Denver, CO 80204 | Filed in County Court<br>City & County of Denver Colorado<br><br>JAN 29 2019<br><br>CLERK OF COURT |
|---|---|
| Plaintiff:   The People of the State of Colorado<br><br>Defendant: **ADAM FERRARI**<br>**(DOB 12/31/1982) W/M, 6'4", 205 lbs, BRO/BRO** | ▲   COURT USE ONLY   ▲<br><br>Case Number: 19CR00782<br><br>Div: Criminal Ctrm 2300 |
| **ARREST WARRANT** ||

THE PEOPLE OF THE STATE OF COLORADO

TO:   Any Peace Officer authorized by law to execute arrest warrants:

WHEREAS, the District Attorney for the Second Judicial District, City and County of Denver, State of Colorado has this day filed a Complaint/Information in this Court charging **ADAM FERRARI** with the crimes of THEFT in violation of 18-4-401(1),(2)(i), C.R.S. (F3), CRIMINAL ATTEMPT TO COMMIT THEFT in violation of 18-4-401(1),(2)(i);18-2-101, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), ATTEMPT TO INFLUENCE A PUBLIC SERVANT in violation of 18-8-306, C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), IDENTITY THEFT in violation of 18-5-902(1)(a), C.R.S. (F4), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5), FORGERY in violation of 18-5-102(1)(c), C.R.S. (F5) and THEFT in violation of 18-4-401(1),(2)(g), C.R.S. (F5).

AND WHEREAS, the Court has examined the attached affidavit and has satisfied itself that there is probable cause to believe that the above named offenses charged have been committed by the above named person; and

WHEREAS, the District Attorney for this Judicial District has requested that an arrest warrant issue for the above named person.

THEREFORE, you are hereby commanded to arrest and bring **ADAM FERRARI** without unnecessary delay before the nearest available judge of a county or district court.

Bail fixed at $ ADVISEMENT        Brian J. Campbell
                                  Signature of Judge
Date 29 JAN 19                    CAMPBELL
                                  Printed Name of Judge

Original Duly Verified
State of Colorado       }  ss
County of _____       }

Page 1

## RETURN OF WARRANT

I hereby certify that I duly executed this warrant as commanded by arresting:
**ADAM FERRARI**, DOB: 12/31/1982

on _____, 2019.

_____
Arresting Officer

Printed: 02/12/19 2:07 PM          Case Number : 19CR00782                     Page 1 of 2

## Case Information
DCC Case No: 19CR00782    State Case No:

| Status | Case Type | Vio Date | Date Filed | Trial Ctrm | DV |
|---|---|---|---|---|---|
| OPEN | THEFT | 05/13/2016 | 01/29/2019 | 5D | |

Location: DENVER CO

## Party Information
DCC Case No: 19CR00782                                    1 Party

DEFENDANT

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| FERRARI | ADAM | | | 12/31/1982 | BOND |

Address: DENVER, CO

Phone:
Language:

## Violations
DCC Case No: 19CR00782

| Disposition | CRS | Class | Description | Points |
|---|---|---|---|---|
| 1 | 18-4-401(1),(2)(i) | F3 | THEFT-$100,000-$1,000,000 | 0 |
| 2 | 18-4-401(1),(2)(i);18-2-101 | F4 | THEFT-$100,000-$1,000,000-ATT | 0 |
| 3 | 18-8-306 | F4 | PUBLIC SERVANT-ATTEMPT TO INFLUENCE | 0 |
| 4 | 18-8-306 | F4 | PUBLIC SERVANT-ATTEMPT TO INFLUENCE | 0 |
| 5 | 18-8-306 | F4 | INV HOLD-PUBLIC SERVANT-ATTEMPT TO INFLUE | 0 |
| 6 | 18-5-902(1)(a) | F4 | ID THEFT-USES INFO TO OBTAIN | 0 |
| 7 | 18-5-902(1)(a) | F4 | ID THEFT-USES INFO TO OBTAIN | 0 |
| 8 | 18-5-902(1)(a) | F4 | ID THEFT-USES INFO TO OBTAIN | 0 |
| 9 | 18-5-902(1)(a) | F4 | ID THEFT-USES INFO TO OBTAIN | 0 |
| 10 | 18-5-102(1)(c) | F5 | FORGERY-CHECK/COMMERCIAL INSTRUMENT | 0 |
| 11 | 18-5-102(1)(c) | F5 | FORGERY-CHECK/COMMERCIAL INSTRUMENT | 0 |
| 12 | 18-5-102(1)(c) | F5 | FORGERY-CHECK/COMMERCIAL INSTRUMENT | 0 |
| 13 | 18-5-102(1)(c) | F5 | FORGERY-CHECK/COMMERCIAL INSTRUMENT | 0 |
| 14 | 18-4-401(1),(2)(g) | F5 | THEFT-$5,000-$20,000 | 0 |

## Bond Information
DCC Case No: 19CR00782

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 546599 | PERSONAL REC | 2019-347576 | FERRARI, ADAM |

Surety: ADAM FERRARI              Power No:
Address:
          DENVER, CO
Phone:
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 02/08/19 09:24 | POSTED | $0.00 | | |

## Sentence Information
DCC Case No: 19CR00782

| Date/Description | Value | Units | SOE Date | Due Date | Status |
|---|---|---|---|---|---|
| 02/08/2019 SHERIFF SPECIAL INSTRUCTIONS | | | | | |

## Action Information
DCC Case No: 19CR00782

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 02/25/19 09:30 | PRELIMINARY / DISPO HEARING | | 4B | | |
| 02/08/19 14:00 | PR BOND AUTHORIZED | | 2300 | | 10,000.00 |
| 02/08/19 14:00 | 2ND ADVISEMENT | Judge C Malone | 2300 | DEFENDANT ADVISED | |
| Minute #1 | JUDGE CMM: [DEFADV], Set PLDSP, PR BOND AUTHORIZED-$10000.00, Def w/Atty | | | | |

Printed: 02/12/19 2:07 PM          **Case Number : 19CR00782**                              Page 2 of 2

## Action Information                    DCC Case No: 19CR00782

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 02/08/19 14:00 | 2ND ADVISEMENT | Judge C Malone | 2300 | DEFENDANT ADVISED | |

Minute #2   Def p i/cw/ private counsel; reading and advisement waived; next court 4B 2/25/19; 10kPR no supervision; waiver of extradiction + signed rule 5 rec'd, DA no objec to travel, travel OK'd.

02/08/19 08:50 WAIVER OF EXTRADITION                                           2300
02/08/19 00:00 DENVER CITY JAIL IN CUSTODY
02/07/19 10:36 ENDORSED LIST OF WITNESSES                                       160
01/29/19 11:36 AT LARGE WARRANT FILED
01/29/19 11:36 ICJ FILE SCANNED
01/29/19 11:35 CASE ENTERED
01/29/19 11:20 NO BOND ALLOWED

## Jail Information                      DCC Case No: 19CR00782

| Date | Location | Arrest No |
|---|---|---|
| 02/08/2019 | DENVER CITY JAIL IN CUSTODY | |

## Case History

| | | | | |
|---|---|---|---|---|
| ☐ Filed by People | **Case Number:** 2019CR000782 | | | **Division:** 5D |
| ☐ Filed by Defendant | **Case Type:** Theft | | | **Judicial Officer:** Michael James Vallejos |
| ☐ Filed by Court | **Case Caption:** The People of the State of Colorado v. Ferrari, Adam | | | **Court Location:** Denver County - District |
| ☐ Filed by Probation | | | | |

Show 20 ▼   1 - 14 of 14

| Count | Charge | Class | Date(s) of Offense | Plea | Date of Plea | Disposition | Date of Disposition | Date of Sentence |
|---|---|---|---|---|---|---|---|---|
| 1 | 18-4-401(1),(2)(i) THEFT-$100,000-$1,000,000 | F3 | 05/13/2016 - 10/31/2016 | Plea of Guilty | 07/18/2019 | Dfrd Sentence | 07/18/2019 | 07/18/2019 |
| 2 | 18-4-401(1),(2)(i) THEFT-$100,000-$1,000,000-ATT | F4 | 03/09/2016 - 10/31/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 3 | 18-8-306 PUBLIC SERVANT-ATTEMPT TO INFLUENCE | F4 | 03/24/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 4 | 18-8-306 PUBLIC SERVANT-ATTEMPT TO INFLUENCE | F4 | 03/24/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 5 | 18-8-306 PUBLIC SERVANT-ATTEMPT TO INFLUENCE | F4 | 03/31/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 6 | 18-5-902(1)(a) ID THEFT - USES INFO TO OBTAIN | F4 | 03/24/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 7 | 18-5-902(1)(a) ID THEFT - USES INFO TO OBTAIN | F4 | 03/24/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 8 | 18-5-902(1)(a) ID THEFT - USES INFO TO OBTAIN | F4 | 07/14/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 9 | 18-5-902(1)(a) ID THEFT - USES INFO TO OBTAIN | F4 | 07/14/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 10 | 18-5-102(1)(c) FORGERY-CHECK/COMMERCIAL INSTRUMENT | F5 | 05/24/2016 - 05/25/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 11 | 18-5-102(1)(c) FORGERY-CHECK/COMMERCIAL INSTRUMENT | F5 | 05/25/2016 - 05/31/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 12 | 18-5-102(1)(c) FORGERY-CHECK/COMMERCIAL INSTRUMENT | F5 | 07/14/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 13 | 18-5-102(1)(c) FORGERY-CHECK/COMMERCIAL INSTRUMENT | F5 | 07/14/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |
| 14 | 18-4-401(1),(2)(g) THEFT-$5,000-$20,000 | F5 | 03/06/2016 - 10/31/2016 | Plea Not Guilty | 06/27/2019 | Dism by DA | 07/18/2019 | |

1 - 14 of 14

## Sentence

**Case Number:** 2019CR000782                                     **Division:** 5D
**Count 1:** 18-4-401(1),(2)(i) THEFT-$100,000-$1,000,000         **Judicial Officer:** Michael James Vallejos
**Class:** F3                                                     **Court Location:** Denver County - District
**Disposition:** Dfrd Sentence

| Sentence Date: 07/18/2019 | | Sentence Type: Deferred Sentence Granted | Sentence Status: Active |
|---|---|---|---|
| Victims Assistance Fund | 163.00 | Dollar Amount | |
| Victim Compensation Fund | 163.00 | Dollar Amount | |
| Genetic Testing Surcharge | 2.50 | Dollar Amount | |
| Public Defender Accts Rcvable | 25.00 | Dollar Amount | No Consecutive / Concurrent sentences. |
| Request for Time to Pay | 25.00 | Dollar Amount | No Comments |
| Restorative Justice Surcharge | 10.00 | Dollar Amount | |
| Deferred Sent - Unsupervised | 3.00 | Year(s) | |
| Restitution | 30000.00 | Dollar Amount | |

Close

DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO

| | | |
|---|---|---|
| CASE NO. 19CR782 | COURTROOM 5D | DATE FILED: July 18, 2019<br>CASE NUMBER: 2019CR782 |

FINDINGS OF FACT AS TO THE PLEA(S) OF GUILTY TO COUNT(S)

COUNT 1

THE PEOPLE OF THE STATE OF COLORADO,
v.
ADAM FERRARI, Defendant

THE COURT FINDS, based upon the record of this providency hearing:

1. That the Defendant has been advised of all rights set forth in Rule 5(a)(2);
2. That the Defendant fully understands the entire plea disposition;
3. That the Defendant is competent at this time, and that he fully understands the nature of the charge and the elements of the offense to which he has pleaded guilty and the effect of the guilty plea;
4. That the Defendant understands his right to a trial by jury and all of his other constitutional rights and privileges associated therewith, and has freely, voluntarily, knowingly and intelligently waived all of those rights and privileges;
5. That the Defendant understands the possible penalties and the possible places of incarceration and the period of mandatory parole;
6. That the Defendant understands that the Court will not be bound by any representations made to the Defendant by anyone concerning the penalty to be imposed, except as stated on the record during this providency hearing;
7. That the Defendant's plea is voluntary on his part, made knowingly and intentionally by him and is not the result of and not motivated by, any threats, coercion or undue influence on the part of anyone;
8. That the Defendant's plea is not the result of any promise or inducement made to him by anyone, except as previously indicated on the record as part of the plea agreement;
9. That there is a factual basis for: (1) the charge to which the Defendant has pleaded guilty or, (2) the original charge, and Defendant knowingly waives the factual basis for the charge to which he has pleaded guilty;
10. That the Defendant has been represented at all times by effective and competent counsel; and,
11. That the Defendant by his guilty plea admits the allegations of the charge to which he or she has pleaded guilty.

Dated: 7/18/19

*[signature]*

Michael J. Vallejos
District Court Judge

Delaware.gov    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 7377034 | Incorporation Date / Formation Date: | 4/16/2019 (mm/dd/yyyy) |
| Entity Name: | PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 251 LITTLE FALLS DRIVE |
| City: | WILMINGTON    County: New Castle |
| State: | DE    Postal Code: 19808 |
| Phone: | 302-636-5401 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov