# EXHIBIT A-3

**3093961**
Page: 1 of 2
MINERAL DEED     $20.00
Lisa A. Guenther, Dunn County Recorder  6/2/2021 3:01 PM
By _____
Recorded Electronically



## MINERAL AND ROYALTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That **Sidney D. Krystal and Phyllis Krystal Trust Two, created under the Sidney D. Krystal and Phyllis Krystal Living Trust, dated June 17, 1977, as amended in total on December 28, 1981, and further amended on November 10, 1989**, whose address is 1509 Euclid Ave., Berkeley, CA 94708, hereinafter called "GRANTOR", for good and valuable considerations, the receipt of which are hereby acknowledged, does hereby grant, bargain, sell, convey, transfer, assign, and deliver unto **Incline Bakken Minerals, LLC**, whose address is 5011 N. Central Expressway, Dallas, TX 75205, hereinafter called "GRANTEE", all of Grantor's right title and interest in and to all of the oil, gas and other minerals in, to and under and that may be produced from the following described lands in Dunn County, North Dakota, to-wit:

> **Township 147 North, Range 96 West, 5th P.M.**
> **Section 23: W2**
> **Section 26: ALL**

This deed is subject to **"No Surface Occupancy"** and it is agreed and understood that Grantee, its successors or assigns shall not be allowed access to the surface, nor shall Grantee conduct any operations or locate any facilities on the surface of the subject lands. Grantee shall be entitled to all other mineral rights associated with oil and gas development, including the ability to participate in and receive royalty payments from the drilling of directional or horizontal wellbores.

This sale is made subject to any rights now existing to any lessee or assigns under any valid and subsisting oil and gas lease heretofore executed and now of legal record; it being understood and agreed that said Grantee shall have, receive and enjoy the herein granted undivided interests in and to all bonuses, rents, royalties and other benefits which may accrue thereunder from and after the effective date hereof, precisely as if the Grantee herein had been at the effective date of making said lease and/or leases the owner of a similar undivided interest in and to the lands above described and none other and Grantee one of the Lessors therein. This includes any and all monetary values held in suspense by oil and gas operator(s) of the effective date stated herein. The effective date referenced below is to be interpreted as effective on a cash accounting basis.

Grantor agrees to execute such further assurances as may be requisite for the full and complete enjoyment of the rights herein granted and likewise agrees that Grantee herein shall have the right at any time to redeem for said Grantor by payment any mortgage, taxes, or liens on the above described land upon default in payment by Grantor, and be subrogated to the rights of the holder thereof.

TO HAVE AND TO HOLD The properties described above with all and singular the rights, privileges and appurtenances thereunder or anywise belonging to said Grantee herein their heirs, successors, and assigns forever, and Grantor does hereby bind himself, his heirs, executors, administrators, successors and assigns to warrant and forever defend all and singular the said property unto the said Grantee herein, their heirs, successors and assigns against every person whomsoever claiming or to claim the same or any part thereof.

**This instrument is agreed to be effective for all purposes April 1st, 2021**

MINERAL DEED    $20.00    **3095961**    Page: 2 of 2
Lisa A. Guenther, Dunn County Recorder    6/2/2021 3:01 PM
By _____
**Recorded Electronically**

**SIDNEY D. KRYSTAL AND PHYLLIS KRYSTAL TRUST TWO, CREATED UNDER THE SIDNEY D. KRYSTAL AND PHYLLIS KRYSTAL LIVING TRUST, DATED JUNE 17, 1977, AS AMENDED IN TOTAL ON DECEMBER 28, 1981, AND FURTHER AMENDED ON NOVEMBER 10, 1989**

_Sheila Krystal_
By: Sheila Krystal – Successor Trustee

ACKNOWLEDGMENT

STATE OF _CALIFORNIA_
COUNTY OF _ALAMEDA_

BEFORE ME, the undersigned, a Notary Public, personally appeared **Sheila Krystal as Successor Trustee for Sidney D. Krystal and Phyllis Krystal Trust Two, created under the Sidney D. Krystal and Phyllis Krystal Living Trust, dated June 17, 1977, as amended in total on December 28, 1981, and further amended on November 10, 1989**, on the _19_ day of _MAY_, 2021 to me known to be the identical person(s), described and who executed the foregoing instrument.

IN WITNESS WHEREOF, I have set my hand and affixed my notarial seal the day and year last above written.

My Commission Expires: _MAY 5, 2024_

_Kenneth Smith_
Notary Public, State of _CALIFORNIA_

KENNETH SMITH
COMM # 2327442
San Joaquin County
California Notary Public
Comm Exp May 5, 2024