# EXHIBIT A-4

