# EXHIBIT A-6

# NORTH DAKOTA'S OIL AND GAS ECONOMY

North Dakota has 17 active oil and gas producing counties. An oil and gas producing county is a county that has had oil and gas production in the last five calendar years. This designation is reviewed for each county at the beginning of each calendar year and adjusted as necessary. Four counties are considered core oil and gas producing counties. Core counties must be top oil and gas producers and, when combined, account for at least 75 percent of North Dakota's oil and gas production. The remaining 13 non-core counties generate 25 percent or less of North Dakota's oil and gas production.

■ CORE OIL AND GAS PRODUCING COUNTIES   ☐ BALANCE OF OIL AND GAS PRODUCING COUNTIES   NON OIL AND GAS PRODUCING COUNTIES

## REPORT HIGHLIGHTS

North Dakota produced an average of 1,195,121 barrels of oil per day in May 2024, a change of -3.9 percent from the prior month and +5.3 percent from one year ago. Average daily gas production was at 3,507,677 MCF (thousand cubic feet) in May 2024, a change of +0.7 percent from the prior month and +11.1 percent from one year ago. Unsold natural gas accounted for 8.3 percent of all gas produced in May 2024. The four core oil and gas producing counties accounted for 96.5 percent of all oil and gas production in North Dakota. The transportation of Willison Basin oil via pipeline accounted for 83 percent of volume while rail accounted for 11 percent.

The number of oil and gas wells in production in North Dakota was 19,079 in May 2024, a change of +0.6 percent from the prior month and +6.4 percent from one year ago. Approximately 8 in 10 oil and gas wells are located in the four core oil and gas producing counties. There were 91 oil and gas permits issued in North Dakota for May 2024, a change of +16.7 percent from the prior month and +56.9 percent from one year ago. The drilling rig count was 34 in May 2024, which is lower than the prior month's 39 count but unchanged from last year's 34 rigs. A vast majority (88.2 percent) of drilling rigs were located in the four core oil and gas producing counties.

The North Dakota crude oil first purchase price was $73.15 per barrel in May 2024, a change of -7.4 percent from the prior month and +8.8 percent from one year ago. Retail fuel prices for regular gasoline in the Midwest region averaged $3.36 per gallon (including taxes) in May 2024, which is 0.3 percent lower than last month and 0.6 percent lower than last year. Diesel fuel prices averaged $3.73 per gallon in the Midwest region, which is a change of -5.6 percent from last month and 2.6 percent lower than last year.

Data current as of August 7, 2024. Data are not seasonally adjusted, unless noted. Asterisks (***) indicate data cannot be released due to reliability, availability or confidentiality restrictions.