# EXHIBIT A-7

**INCLINE**  OUR STORY   WHAT WE DO   AREAS OF INTEREST   CONTACT                           720.467.1744

## WHAT WE DO



### ACQUIRE

Historically in the oil and gas business, operators acquire working interests and mineral investment funds acquire mineral and overriding royalty interests. Incline seeks to break this mold by utilizing our expertise in the basins we target to provide a market for ANY and ALL types of oil and gas assets. While most companies only seek to target one of the three as their core business, Incline seeks to purchase all three asset classes and have found that sellers who own a combination enjoy the more comprehensive approach that Incline provides.

01  Over 105,000 net acres of working/mineral/overriding royalty interest acquisitions
02  Interest included in over 6,500 horizontal wellbores (~75 net)
03  Participating working interest partner in over 3,500 horizontal wellbores (~61 net)

1 / **WORKING INTERESTS** (WI)

2 / **MINERAL INTERESTS** (MI/RI)

3 / **OVERRIDING ROYALTY INTERESTS** (ORRI)

 Incline has successfully executed agreements with counterparties in over 1,000 zip codes spanning 49 out of the 50 states. In our history, we have advised and transacted with individuals, partnerships, trusts, estates, municipalities, churches and companies ranging from small family-owned limited liability companies to multi-national conglomerates. A few of the non-industry groups that Incline has had successful relationships with in the past include:

— WAL-MART REAL ESTATE BUSINESS TRUST         — CITY OF GREELEY
— STARWOOD PROPERTY TRUST                     — CITY OF LOVELAND
— METROPOLITAN LIFE INSURANCE COMPANY         — SHRINERS HOSPITAL FOR CHILDREN
— AMERICAN HEALTHCARE INVESTORS               — ROMAN CATHOLIC ARCHDIOCES
— ST. JUDE CHILDREN'S RESEARCH HOSPITAL       — CERVI ENTERPRISES INC.
— WELD COUNTY BOARD OF COMMISSIONERS          — CHURCH OF JESUS CHRIST LATTER DAY SAINTS
— BUREAU OF LAND MANAGEMENT                   — STATE OF TEXAS GENERAL LAND OFFICE

## OPERATE

Incline, as an all-encompassing oil and gas company, seeks not only to acquire oil and gas assets, but also to develop and monetize those assets for both our company and landowners alike.

01 Bonded operator in the State of Colorado (#10689)
02 Initiated operations on our first pad development in 1Q21 in Weld County, Colorado, with first sales following in 3Q21
03 Continue to actively pursue Surface Use Agreements in order to develop leasehold owned by Incline and our Lessors in the most prudent manner possible

Incline has partnered and conducts daily business with many industry-leading operators, including:

01 Continental Resources Inc.
02 PDC Energy Inc.
03 Occidental Petroleum Corporation
04 Marathon Oil Corporation
05 Chevron Corporation
06 XTO Energy Inc.
07 ConocoPhillips
08 Civitas Resources





## ADVISE

Since our founding in 2010, Incline has always made it a top priority to treat landowners by the golden rule. Fully understanding the difficulties involved in navigating the complexities of the oil and gas industry, we strive to provide owners with an accurate, highly knowledgeable, and transparent assessment of their current position. We strive to treat fellow mineral owners in the same fashion we would want to be treated, as evidenced by Incline being the only industry participant who has lobbied for more landowner-friendly rules and regulations at the Colorado Oil and Gas Conservation Commission. Whether your intent is to market and sell an asset or simply gain a further understanding of your ownership position, Incline can provide the following complimentary advisory services:

01 Pinpoint research and digestible reports relating to working, mineral, and/or overriding royalty interest positions
02 Quick financial analysis providing an accurate and realistic assessment of your assets' value
03 Navigation of the proper channels within oil and gas companies and departments

| 04 | Analysis of pay status clearance regarding potentially suspended/unreleased funds with oil and gas operators |
|---|---|
| 05 | Referrals to trusted outside legal counsel pertaining to estate management, including probate and heirship proceedings in the appropriate state court having jurisdiction, aimed at effectively conveying generational, family-owned oil and gas assets |
| 06 | Appropriate comprehension of regulatory processes and statutes governing oil and gas operations in the state, including deadlines for properly returning horizontal development paperwork, alongside force pooling implications and the potential devaluation of your assets |
| 07 | Education regarding the benefits of managing your asset in a tax efficient manner, including but not limited to, 1031 Exchanges |

**LET US HELP!**

OUR TEAM CAN HELP YOU HANDLE ANY COMPLEX OWNERSHIP NEEDS YOU HAVE. CONTACT US TODAY!

CONTACT US

OUR STORY