# EXHIBIT A-9



https://ndrinweb3.hplains.state.nd.us/recorderview/eagleweb/docSearchResults.jsp?searchId=0

ument Search    Shopping    Change Profile    Advanced Searching Help    ND Recorders and Map    NDRIN Home    Log Out Incline.publicrecords.3

New Search    Modify Search    Printable Version

nge/use the same parameters as your
search, use the Modify Search button.

ly
ment Relevance

Sort By

rder
nding

ts Per Page

t Searches
ch 1: *5 results

ges
ages yet

urt
art is empty

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Bowman County

5 items found, displaying all items.1    Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| Bowman County 187582 | Instrument # 187582    Recording Date: Mon May 02 09:53:00 CDT 2022 | Preview Image | ☐ Purchase |
| | Grantor: TARA RUDMAN REVOCABLE TRUST, FEATHER RIVER 75 LLC, THE PETER M YOUNG AND TACHINA RUDMAN YOU, TP2K HOLDINGS LLC, TACHINA RUDMAN TRUST | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC | |
| | Legal: , , Quarter: SW Section: 13 Township: 131 Range: 103, Quarter: SE Section: 13 Township: 131 Range: 103, Sixteenth: NW Quarter: SW Section: 13 Township: 131 Range: 103, Sixteenth: NE Quarter: SW Section: 13 Township: 131 Range: 103, Sixteenth: NW Quarter: SE Section: 13 Township: 131 Range: 103, ... | Document Type: ASSIGNMENT, MINERAL DEED, CONVEY, BILL O Document Date: 03/15/2022 | |
| Bowman County 187137 | Instrument # 187137    Recording Date: Thu Nov 18 14:52:00 CST 2021 | Preview Image | ☐ Purchase |
| | Grantor: MICHELSON, JOHNNY, MICHELSON, BRENDA | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | Legal: , , Quarter: SW Section: 09 Township: 129 Range: 106, Quarter: SE Section: 09 Township: 129 Range: 106, Sixteenth: NW Quarter: SW Section: 09 Township: 129 Range: 106, Sixteenth: NE Quarter: SW Section: 09 Township: 129 Range: 106, Sixteenth: NW Quarter: SE Section: 09 Township: 129 Range: 106, ... | Document Type: MINERAL & ROYALTY DEED Document Date: 11/12/2021 | |
| Bowman County 188391 | Instrument # 188391    Recording Date: Tue Apr 25 14:40:00 CDT 2023 | Preview Image | ☐ Purchase |
| | Grantor: GOTHENQUIST, RUDY | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC | |
| | Legal: , , Quarter: NW Section: 01 Township: 131 Range: 102, Quarter: SW Section: 01 Township: 131 Range: 102, Quarter: SE Section: 01 Township: 131 Range: 102, Sixteenth: NE Quarter: NW Section: 01 Township: 131 Range: 102, Sixteenth: NE Quarter: NW Section: 01 Township: 131 Range: 102, ... | Document Type: MINERAL AND ROYALTY DEED Document Date: 03/01/2023 | |
| Bowman County 188388 | Instrument # 188388    Recording Date: Tue Apr 25 13:15:00 CDT 2023 | Preview Image | ☐ Purchase |
| | Grantor: HUNTLEY, DAVID S, GOTHENQUIST, RUDY, GLORIA M COLEMAN IRREVOCABLE TRUST | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC | |
| | Legal: , , Quarter: NW Section: 01 Township: 131 Range: 102, | Document Type: MINERAL AND ROYALTY DEED | |



https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=1

| ocument Search | Shopping ▾ | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out Insline.publicrecords.3 |

🖨 Printable Version

hange/use the same parameters as your
ious search, use the Modify Search button.

🔍 New Search      🔍 Modify Search

1 By
currrent Relevance ▾

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=BOTTINEAU COUNTY

n Sort By

2 items found, displaying all items.1

Purchase Selected

r Order
scending ▾

| Description | Summary | | Select All / None |
|---|---|---|---|

r Order
scending ▾

sults Per Page
0 ▾

| | BOTTINEAU COUNTY 429802 | Instrument # 429802      Recording Date: Tue May 10 16:06:00 CDT 2022 | Preview image   ☐ Purchase |
| | | Grantor: RUDMAN, TARA REVOCABLE TRUST, FEATHER RIVER 75 LLC, YOUNG, PETER M AND TACHINA RUDMAN-YOUNG, PETER M AND TACHINA RUDMAN YOUNG; TP2K HOLDINGS LLC, RUDMAN, TACHINA TRUST | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC |

cent Searches
arch 2: *2 results
arch 1: 5 results

Legal: ...Quarter: SE Section: 27 Township: 160 Range: 75, Sixteenth NW Quarter, SE Section: 27 Township: 160 Range: 75, Sixteenth: NE Quarter, SE Section: 27 Township: 160 Range: 75, Sixteenth: SW Quarter, SE Section: 27 Township: 160 Range: 75, Sixteenth: SE Quarter, SE Section: 27 Township: 160 Range: 75, ...

Document Type: ASSNT/CONVEYANCE/BILL OF SALE
Document Date: 03/15/2022

Images
images yet

| | BOTTINEAU COUNTY 429425 | Instrument # 429425      Recording Date: Wed Mar 23 16:17:00 CDT 2022 | Preview image   ☐ Purchase |
| | | Grantor: GREAT NORTHERN ENERGY INC | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC |

Cart
r cart is empty

Legal: ...Quarter: NW Section: 31 Township: 162 Range: 79, Quarter: SW Section: 31 Township: 162 Range: 79, Quarter: SW Section: 31 Township: 162 Range: 79, Quarter: SE Section: 31 Township: 162 Range: 79, Sixteenth: NW Quarter, NW Section: 31 Township: 162 Range: 79, ...

Document Type: ASSNT/CONVEYANCE/BILL OF SALE
Document Date: 03/08/2022

2 items found, displaying all items.1

Purchase Selected

🔍 New Search      🔍 Modify Search

🖨 Printable Version

tions or comments? Contact us: NDRIN Support

nghi (c) 2021, Tyler Technologies, Inc. All Rights Reserved



# Results Mountrail, ND

Validated Through: 8/13/2024
Showing: 143 of 143 results
Record date: 1/1/2021 to 6/28/2024, Grantee Contains Phoenix

View Credits: Unlimited
Print Credits: 0

Recorded    Instrument ↑    Doc #

Show 1st Legal Description

| | | | |
|---|---|---|---|
| AMENDMENT OIL AND GAS LEASE<br>#450371 | 9/14/2021<br>3 Pages | HERSCHBACH PETROLEUM COMPANY LTD<br>PHOENIX CAPITAL GROUP HOLDINGS LLC | View » |
| AMENDMENT OIL AND GAS LEASE<br>#457522 | 5/1/2023<br>3 Pages | JONES TRUST 12-31-1990/LLOYD RAYMOND<br>PHOENIX CAPITAL GROUP HOLDINGS LLC | View » |
| ASSIG, BILL OF SALE, DEED & CONVEY<br>#459543 | 10/20/2023<br>7 Pages | LSM ENERGY INC<br>PHOENIX CAPITAL GROUP HOLDINGS LLC | View » |
| ASSIGNMENT & BILL OF SALE<br>#453782 | 6/23/2022<br>5 Pages | GREAT NORTHERN ENERGY INC<br>PHOENIX CAPITAL GROUP HOLDINGS LLC | View » |
| ASSIGNMENT & BILL OF SALE<br>#454389 | 8/15/2022<br>5 Pages | BARKER GROUP INC<br>PHOENIX CAPITAL GROUP HOLDINGS LLC | View » |
| ASSIGNMENT & BILL OF SALE<br>#457204 | 4/10/2023<br>9 Pages | ZEPHYR BAKKEN LLC<br>PHOENIX CAPITAL GROUP HOLDINGS LLC | View » |
| ASSIGNMENT & BILL OF SALE<br>#458928 | 8/29/2023<br>8 Pages | MAIO INVESTMENTS LTD<br>PHOENIX CAPITAL GROUP HOLDINGS LLC | View » |
| ASSIGNMENT & BILL OF SALE | 1/9/2024 | 1576619 ALBERTA LTD<br>PHOENIX CAPITAL GROUP HOLDINGS LLC | View » |



https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=3

ange/use the same parameters as your
us search, use the Modify Search button.

By
cument Relevance

Sort By

Order
ending

lts Per Page

New Search          Modify Search          Printable Version

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 26 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Grant County

One item found.1                                                                      Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| Grant County 145285 | Instrument # 145285      Recording Date: Fri Apr 29 14:50:00 CDT 2022 | | Preview Image     ☐ Purchase |
| | Grantor: TERESA RUDMAN, TRUSTEE OF THE TARA RUDMA, Faalher River 75, LLC, TACHINA RUDMAN-YOUNG, TRUSTEE OF THE PTE, PETER M. YOUNG, TRUSTEE OF THE PTER M. Y, TP2K HOLDINGS, LLC, R, HIRAM LUCIUS, TRUSTEE OF THE TACHINA | Grantee: Phoenix Capital Group Holdings, LLC | |
| | Legal: Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, , , Quarter: NE Section: 06 Township: 133 Range: 89, Sixteenth: NE Quarter, NE Section: 06 Township: 133 Range: 89, Quarter: NE Section: 06 Township: 133 Range: 89, Sixteenth: NW Quarter' NE Section: 06 Township: 133 Range: 89, Quarter: NW Section: 06 Township: 133 Range: 89, , | Document Type: ASSIGNMENT, CONVEYANCE AND MINERAL DEED Document Date: 03/15/2022 | |

ent Searches
ch 4: *1 result
ch 3: 21 results
ch 2: 2 results
ch 1: 5 results

mages
nages yet

One item found.1                                                                      Purchase Selected

        New Search          Modify Search          Printable Version

art
cart is empty

ons or comments? Contact us: NDRIN Support

ght (c) 2021, Tyler Technologies, Inc. All Rights Reserved



https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=4

ment Search   Shopping   Change Profile   Advanced Searching Help   ND Recorders and Map   NDRIN Home   Log Out indline.publicrecords.3

ge/use the same parameters as your
s search, use the Modify Search button.

New Search     Modify Search     Printable Version

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Kidder County

ment Relevance

One item found.1                                                                   Purchase Selected

Sort By

| Description | Summary | | Select All / None |
|---|---|---|---|
| Kidder County 165323 | Instrument # 165323    Recording Date: Fri Apr 29 15:35:00 CDT 2022 | | Preview Image    ☐ Purchase |
| | **Grantor:** TARA RUDMAN REVOCABLE TRUST, RUDMAN, TERESA, TRUSTEE, FEATHER RIVER 75, LLC, RUDMAN, TERESA, MANAGER, PETER M. YOUNG AND TACHINA RUDMAN-YOUNG, PETER M. YOUNG AND TACHINA RUDMAN YOUNG, RUDMAN-YOUNG, TACHINA, TRUSTEE, YOUNG, PETER M., TRUSTEE, TP2K HOLDINGS, LLC, TACHINA RUDMAN TRUST, ... | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** ...Quarter, NW Section: 05 Township: 143 Range: 73, Quarter: NE Section: 05 Township: 143 Range: 73, Sixteenth: NW Quarter: NW Section: 05 Township: 143 Range: 73, Sixteenth: NE Quarter: NW Section: 05 Township: 143 Range: 73, Sixteenth: NW Quarter: NE Section: 06 Township: 143 Range: 73, ... | **Document Type:** MINERAL DEED **Document Date:** 03/15/2022 | |

order

nding

s Per Page

t Searches
h 5: *1 result
h 4: 1 result
h 3: 21 results
h 2: 5 results
h 1: 5 results

ages
ages yet

One item found.1                                                                   Purchase Selected

New Search     Modify Search     Printable Version

rt
art is empty

s or comments? Contact us: NDRIN Support

t (c) 2021, Tyler Technologies, Inc. All Rights Reserved



(c) 2021, Tyler Technologies, Inc. All Rights Reserved













https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=11

ument Search | Shopping ▾ | Change Profile | Advanced Searching Help | ND Recorders and Map | NORIN Home | Log Out Incline.publicrecords.3

nge/use the same parameters on
s search, use the Modify Search button.                    ⊙ New Search    ✎ Modify Search                                             🖶 Printable Version

by
_____ Relevance ▾        You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Renville County
Sort By
_____ ▾                  3 items found, displaying all items.1                                                                                      Purchase Selected

Order                         **Description  Summary**                                                                                                  Select All / None
ending ▾
                              Renville    Instrument # 209780     Recording Date: Tue May 03 09:00:00 CDT 2022                          Preview    ☐ Purchase
ts Per Page                   County                                                                                                    Image
        ▾                     209780
                                          **Grantor:** RUDMAN TARA REVOCABLE TRUST, RUDMAN TERESA            **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC
                                          TRUSTEE, FEATHER RIVER 75 LLC, RUDMAN TERESA, YOUNG
nt Searches                               PETER M AND TAHINA RUDMAN YOUNG RE, RUDMAN YOUNG
ch 12: *3 results                         TACHINA TRUSTEE, YOUNG PETER M TRUSTEE, TP2K HOLDINGS
ch 11: 1 result                           LLC, RUDMAN TACHINA TRUST, LUCIUS R HIRAM TRUSTEE
ch 10: 1 result
ch 9: 1 result                            **Legal:** , , Quarter: NW Section: 10 Township: 159 Range: 86, Quarter: **Document Type:** ASSIGNMENT
ch 8: 1 result                            NE Section: 10 Township: 159 Range: 86, Sixteenth: NE Quarter: NE  **Document Date:** 04/25/2022
ch 7: 1 result                            Section: 10 Township: 159 Range: 86, S-teenth: SE Quarter: NW
                                          Section: 10 Township: 159 Range: 86, Sixteenth: SW Quarter: NE
ages                                      Section: 10 Township: 159 Range: 86, ...
ages yet
                              Renville    Instrument # 209644     Recording Date: Thu Mar 17 16:17:00 CDT 2022                          Preview    ☐ Purchase
rt                            County                                                                                                    Image
cart is empty                 209644
                                          **Grantor:** GREAT NORTHERN ENERGY INC                             **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC

                                          **Legal:** , , Quarter: NW Section: 03 Township: 161 Range: 85, Sixteenth: **Document Type:** ASSIGNMENT
                                          NE Quarter: NW Section: 03 Township: 161 Range: 85, Quarter: NW   **Document Date:** 03/15/2022
                                          Section: 03 Township: 161 Range: 85, Sixteenth: NW Quarter: NW
                                          Section: 03 Township: 161 Range: 85, Quarter: NW Section: 03 Township:
                                          161 Range: 85, ...

                              Renville    Instrument # 209701     Recording Date: Wed Apr 06 09:00:00 CDT 2022                          Preview    ☐ Purchase
                              County                                                                                                    image
                              209701
                                          **Grantor:** GREAT NORTHERN ENEGERY INC                            **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC

                                          **Legal:** , , Quarter: NW Section: 03 Township: 161 Range: 85, Sixteenth: **Document Type:** ASSIGNMENT
                                          NE Quarter: NW Section: 03 Township: 161 Range: 85, Quarter: NW   **Document Date:** 03/25/2022
                                          Section: 03 Township: 161 Range: 85, Sixteenth: NW Quarter: NW
                                          Section: 03 Township: 161 Range: 85, Quarter: NW Section: 03 Township:
                                          161 Range: 85, ...

                              3 items found, displaying all items.1                                                                                      Purchase Selected



https://ndrinweb3.hplains.state.nd.us/recorder/ew/eagleweb/docSearchResults.jsp?searchId=12

ument Search    Shopping ▼    Change Profile    Advanced Searching Help    ND Recorders and Map    NDRIN Home    Log Out incline.publicrecords.3

nge/use the same parameters as your
s search, use the Modify Search button.

New Search    Modify Search    Printable Version

ly
ment Relevance    ▼

Sort By
▼

Order
nding  ▼

s Per Page
▼

t Searches
h 13: *1 result
h 12: 3 results
h 11: 1 result
h 10: 1 result
h 9: 1 result
h 8: 1 result

ages
ages yet

rt
art is empty

ns or comments? Contact us: NDRIN Support

ht (c) 2021, Tyler Technologies, Inc. All Rights Reserved

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Sheridan County

One item found,1

| Description | Summary | | Select All / None |
|---|---|---|---|
| Sheridan County 126202 | Instrument # 126202    Recording Date: Mon May 02 10:59:00 CDT 2022 | | Preview Image  ☐ Purchase |
| | Grantor: TARA RUDMAN REVOCABLE TRUST, FEATHER RIVER 75, LLC, THE PETER M. YOUNG AND TACHINA RUDMAN-YO, TP2K HOLDINGS, LLC, THE TACHINA RUDMAN TRUST | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | Legal: , ..Quarter, SW Section: 04 Township: 148 Range: 78, Sixteenth NW Quarter: SW Section: 04 Township: 148 Range: 78, Sixteenth: SW Quarter: SW Section: 04 Township: 148 Range: 78, Quarter: SE Section: 05 Township: 148 Range: 78, Sixteenth: NE Quarter: SE Section: 05 Township: 148 Range: 78, , . | Document Type: ASSIGNMENT Document Date: 03/15/2022 | |

One item found,1    Purchase Selected

New Search    Modify Search    Printable Version





https://ndrinweb3.hplains.state.nd.us/recorder/new/eagleweb/docSearchResults.jsp?searchId=16

New Search     Modify Search                                            Printable Version

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Stutsman County

One item found.1

| Description | Summary | | Select All / None |
|---|---|---|---|
| Stutsman County 240580 | Instrument # 240580      Recording Date: Mon May 02 13:46:00 CDT 2022 | | Preview Image   ☐ Purchase |
| | **Grantor:** RUDMAN TERESA, TARA RUDMAN REVOCABLE TRUST, FEATHER RIVER 75, LLC, RUDMAN-YOUNG TACHINA, YOUNG PETER M., THE PETER M. YOUNG AND TACHINA RUDMAN-YO, TP2K HOLDINGS, LLC, LUCIUS R. HIRAM, TACHINA RUDMAN TRUST | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** Quarter: NE Section: 08 Township: 141 Range: 67, Sixteenth: NW Quarter: NE Section: 08 Township: 141 Range: 67, Sixteenth: NE Quarter: NE Section: 08 Township: 141 Range: 67, Sixteenth: SW Quarter: NE Section: 08 Township: 141 Range: 67, Sixteenth: SE Section: NE Section 08 Township: 141 Range: 67 | **Document Type:** MINERAL DEED **Document Date:** 03/15/2022 | |

One item found.1                                                        Purchase Selected

New Search     Modify Search                                            Printable Version



← → C https://ndrinweb3.hplains.state.nd.us/recorderrew/eagleweb/docSearchResults.jsp?searchId=17

ument Search | Shopping ▼ | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out incline.publicrecords.3

🔍 New Search    🔍 Modify Search                                                                    🖨 Printable Version

By
ument Relevance ▼

Sort By
▼

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Ward County

3 items found, displaying all items.1                                                              [Purchase Selected]

**Description | Summary**                                                                  Select All / None

Order
nding ▼

its Per Page
▼

| | | | | Preview Image | ☐ Purchase |

Ward County 3064175 — Instrument # 3064175   Recording Date: Mon May 02 12 10:17 CDT 2022

Grantor: RUDMAN, TERESA TRUSTEE, RUDMAN, TARA REVOCABLE TRUST, FEATHER RIVER 75, LLC, RUDMAN-YOUNG, TACHINA TRUSTEE, YOUNG, PETER M. TRUSTEE, YOUNG, PETER M. REVOCABLE TRUST, RUDMAN-YOUNG, TACHINA REVOCABLE TRUST, TP2K HOLDINGS, LLC, LUCIUS, R. HIRAM TRUSTEE, RUDMAN, TACHINA TRUST   Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

nt Searches
ch 18: *3 results
ch 17: 1 result
ch 16: 2 results
ch 15: 0 results
ch 14: 0 results
ch 13: 1 result

Legal: ..,Sixteenth, NW Quarter, NW Section: 22 Township: 151 Range: 81, Sixteenth: SW Quarter: NW Section: 22 Township: 151 Range: 81, Sixteenth: SE Quarter: NW Section: 22 Township: 151 Range: 81, Sixteenth: NE Quarter: NW Section: 22 Township: 151 Range: 81, Sixteenth: NE Quarter: SW Section: 22 Township: 151 Range: 81, ...
Document Type: MINERAL DEED
Document Date: 03/15/2022

nages
nages yet

Ward County 3077802 — Instrument # 3077802   Recording Date: Wed Oct 18 11:34 34 CDT 2023                         Preview Image   ☐ Purchase

art
cart is empty

Grantor: ROBERTSON, AUBURN, ROBERTSON, BENJAMIN   Grantee: PHOENIX HOMES, LLC
Legal: Subdivision OUTLOT Lot 23Section: 5 Township: 154 Range: 82
Document Type: DEED
Document Date: 10/06/2023

Ward County 3080266 — Instrument # 3080266   Recording Date: Mon Feb 12 11:49 35 CST 2024                          Preview Image   ☐ Purchase

Grantor: ROBERTSON, BENJAMIN, ROBERTSON, AUBURN   Grantee: PHOENIX HOMES, LLC
Legal: Subdivision CHAPARELLE S-D Lot 1
Document Type: DEED
Document Date: 02/09/2024

3 items found, displaying all items.1                                                              [Purchase Selected]

🔍 New Search    🔍 Modify Search                                                                    🖨 Printable Version







https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=21

t Search | Shopping ▼ | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out Incline.publicrecords.3

use the same parameters on your arch, use the Modify Search button.

🔍 New Search    🔍 Modify Search    🖨 Printable Version

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Dunn County

302 items found, displaying 1 to 100.[First/Prev] 1, 2, 3, 4 [Next/Last]

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Dunn County 3096157** | Instrument # 3096157    Recording Date: Thu Mar 03 08:04:00 CST 2022 | | Preview Image   ☐ Purchase |
| | Grantor: STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC | |
| | **Legal:** Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: NW Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: NE Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: SW Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: SE Quarter: NE Section: 16 Township: 141 Range: 97 | Document Type: OIL AND GAS LEASE Document Date: 02/01/2022 | |
| **Dunn County 3096946** | Instrument # 3096946    Recording Date: Mon Jun 06 15:06:00 CDT 2022 | | Preview Image   ☐ Purchase |
| | Grantor: SCHMALZ, MITCHELL P., SCHMALZ, DEBORAH E. | Grantee: PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: SW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: *144 Range, 97, ... | Document Type: MEMORANDUM OF O & G LEASE Document Date: 05/23/2022 | |
| **Dunn County 3096947** | Instrument # 3096947    Recording Date: Mon Jun 06 15:11:00 CDT 2022 | | Preview Image   ☐ Purchase |
| | Grantor: SCHMALZ, MONTE LEE, SCHMALZ, MONTE L. AKA. SCHMALZ, MONTE AKA, SCHMALZ, JANET LOU | Grantee: PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: SW Quarter, NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: *144 Range: 97, ... | Document Type: MEMORANDUM OF O & G LEASE Document Date: 05/16/2022 | |
| **Dunn County 3097364** | Instrument # 3097364    Recording Date: Thu Jul 28 13:54:00 CDT 2022 | | Preview Image   ☐ Purchase |
| | Grantor: HAAS, BERTILLA | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | |

(sidebar)

nt Relevance ▼

By

er

g ▼

r Page

arches

l: *302 results
l: 286 results
: 266 results
: 19 results
: 3 results
: 1 result

s

s yet

s empty







⟳  ⚏  https://www.mcvvault.com/real-estate-results

**MCVV**
MCKENZIE COUNTY
VIRTUAL VAULT

ABOUT    SUBSCRIBERS    CONTACT US

Account

ⁱblicrecords.2@gmail.com

***VERIFICATION DATE IS 8/9/2024*** Thanks for ⋯

Found 147 Record(s)

New Search

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | » |

| Description | Summary |
|---|---|
| **McKenzie County** 533791 | **Instrument Number:** 533791 **Recording Date:** 2021-09-29 02:26P **Grantor:** SUNDFOR, GARY **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC **Legal:** View Legal **Document Type:** MINERAL & ROYALTY DEED **Document Date:** 08/24/2021 |
| **McKenzie County** 533794 | **Instrument Number:** 533794 **Recording Date:** 2021-09-30 11:35A **Grantor:** GREAT NORTHERN ENERGY INC **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC **Legal:** View Legal |



https://idocmarket.com/WILND1/Document/Search

| iDoc Market | Home | Counties | **Search** | FAQ | About | | $0.00 | Welcome, incline.publicrecords.2@gmail.com ▾ |

ntly some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently w
on a solution.

# Results Williams, ND

Showing: 612 of 612 results
Record date: 1/1/2021 to 6/28/2024, Grantee Contains Phoenix

View Credits: Unlimited
Print Credits: 0

Recorded    Instrument ↑    Doc #

Show 1st Legal Description

| | | | |
|---|---|---|---|
| ASSIGN., B.O.S. & CONVEY<br>#887394 | 7/27/2021<br>4 Pages | DISCOVERY OIL, LLC<br>PHOENIX CAPITAL GROUP HOLDINGS, LLC | View » |
| ASSIGN., B.O.S. & CONVEY<br>#887523 | 7/30/2021<br>12 Pages | KRAKEN OIL & GAS II LLC<br>PHOENIX CAPITAL GROUP | View » |
| ASSIGN., B.O.S. & CONVEY<br>#891004 | 12/1/2021<br>5 Pages | EVOLUTION ENERGY, LLC<br>PHOENIX CAPITAL GROUP HOLDINGS, LLC | View » |
| ASSIGN., B.O.S. & CONVEY<br>#896344 | 6/3/2022<br>5 Pages | GREAT NORTHERN ENERGY, INC<br>PHOENIX CAPITAL GROUP HOLDINGS, LLC | View » |
| ASSIGN., B.O.S. & CONVEY<br>#901008 | 11/10/2022<br>5 Pages | GREAT NORTHERN ENERGY, INC<br>PHOENIX CAPITAL GROUP HOLDINGS, LLC | View » |
| ASSIGN., B.O.S. & CONVEY<br>#901506 | 12/5/2022<br>5 Pages | GREAT NORTHERN ENERGY, INC<br>PHOENIX CAPITAL GROUP HOLDINGS, LLC | View » |
| ASSIGN., B.O.S. & CONVEY<br>#901509 | 12/5/2022<br>6 Pages | TPC RESOURCES, LLC<br>PHOENIX CAPITAL GROUP HOLDINGS, LLC | View » |
| ASSIGN., B.O.S. & CONVEY<br>#901823 | 12/16/2022<br>11 Pages | RESTORATION PROPERTIES, LLC<br>PHOENIX CAPITAL GROUP HOLDINGS, LLC | View » |