# EXHIBIT A-11

8/21/24, 1:59 PM                                    Auction Detail by Date - Land.ND.gov

# North Dakota | nd.gov (http://www.nd.gov/)

> Google CHROME is the preferred browser for Land.nd.gov. If you run into any problems filling out any of these forms, please try the latest version of chrome.                                        ×

# Oil & Gas Auction Detail by Date

Select Lease Date:  | Nov 2022 (Online) ▾ |   | Submit |

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|---|---|---|---|---|---|
| **Billings** | | | | | |
| OG2200695 | 141-100-24 | W2NE4 | NORTHERN ENERGY CORPORATION | 40.00 | 121.00 |
| OG2200696 | 141-100-24 | E2NW4 | NORRA RESOURCES LLC | 40.00 | 126.00 |
| OG2200698 | 143-100-16 | NW4 | NORTHERN ENERGY CORPORATION | 80.00 | 2.00 |
| OG2200700 | 143-100-16 | W2SW4 | NORTHERN ENERGY CORPORATION | 40.00 | 2.00 |
| OG2200699 | 143-100-16 | E2SE4 | NORTHERN ENERGY CORPORATION | 40.00 | 42.00 |
| OG2200697 | 143-100-16 | NE4 | NORTHERN ENERGY CORPORATION | 80.00 | 81.00 |
| **Burke** | | | | | |
| OG2200701 | 160-90-1 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200702 | 160-90-2 | SW4 | NORTHERN ENERGY CORPORATION | 80.00 | 2.00 |
| OG2200703 | 160-90-10 | NE4 | NORTHERN ENERGY CORPORATION | 80.00 | 7.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200704 | 160-90-12 | SW4 | NORRA RESOURCES LLC | 80.00 | 8.00 |
| OG2200705 | 160-90-13 | SW4 | INTERWEST PETROLEUM CORP. | 80.00 | 8.00 |
| OG2200706 | 160-90-24 | NW4 | NORTHERN ENERGY CORPORATION | 80.00 | 2.00 |
| OG2200707 | 160-90-26 | NW4 | INTERWEST PETROLEUM CORP. | 80.00 | 26.00 |
| OG2200708 | 160-90-36 | NE4 | NORTHERN ENERGY CORPORATION | 80.00 | 26.00 |
| OG2200709 | 160-90-36 | SE4 | NORTHERN ENERGY CORPORATION | 80.00 | 26.00 |
| OG2200710 | 160-90-36 | SW4 | NORTHERN ENERGY CORPORATION | 80.00 | 26.00 |

**Divide**

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200711 | 160-100-28 | W2NE4 | HUNT OIL COMPANY | 80.00 | 504.00 |
| OG2200712 | 161-97-16 | NE4 | HUNT OIL COMPANY | 80.00 | 104.00 |
| OG2200714 | 161-97-16 | SW4 | HUNT OIL COMPANY | 80.00 | 122.00 |
| OG2200713 | 161-97-16 | SE4 | PHOENIX CAPITAL GROUP HOLDINGS LLC | 80.00 | 201.00 |
| OG2200715 | 161-97-18 | E2NW4, LOTS 1,2 | ANDERSON OIL LTD. | 78.80 | 78.00 |
| OG2200716 | 161-97-19 | SE4 | NORTHERN ENERGY CORPORATION | 80.00 | 81.00 |
| OG2200717 | 161-101-19 | E2SW4, LOTS 3,4 | NORTHERN ENERGY CORPORATION | 79.62 | 36.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200718 | 161-101-29 | S2SW4 | PHOENIX CAPITAL GROUP HOLDINGS LLC | 40.00 | 90.00 |
| OG2200719 | 161-101-32 | NW4 | NORTHERN ENERGY CORPORATION | 80.00 | 29.00 |

**Golden Valley**

| | | | | | |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200720 | 141-104-24 | NE4 | YOCKIM RESOURCE EXPLORATION CO | 80.00 | 52.00 |

**McKenzie**

| | | | | | |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200721 | 145-99-12 | NW4 | NORTHERN ENERGY CORPORATION | 8.00 | 104.00 |
| OG2200722 | 145-99-36 | NE4 | NORTHERN ENERGY CORPORATION | 160.00 | 28.00 |
| OG2200723 | 145-99-36 | NW4 | NORTHERN ENERGY CORPORATION | 160.00 | 121.00 |
| OG2200725 | 150-104-15 | YELLOWSTONE RIVER IN NW4 | NORTHERN ENERGY CORPORATION | 79.66 | 110.00 |
| OG2200724 | 150-104-15 | YELLOWSTONE RIVER IN NE4 | PHOENIX CAPITAL GROUP HOLDINGS LLC | 5.87 | 409.00 |
| OG2200726 | 150-104-15 | YELLOWSTONE RIVER IN SW4 | IRON HORSE ROYALTIES, LLC | 2.45 | 651.00 |

**Mountrail**

| | | | | | |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200727 | 154-89-11 | W2SW4 | THE TRIPLE T, INC. | 40.00 | 67.00 |
| OG2200728 | 154-89-12 | NE4 | THE TRIPLE T, INC. | 80.00 | 26.00 |
| OG2200729 | 154-89-13 | NW4 | THE TRIPLE T, INC. | 80.00 | 37.00 |
| OG2200730 | 154-89-14 | SE4 | THE TRIPLE T, INC. | 80.00 | 89.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200733 | 154-89-36 | SE4 | THE TRIPLE T, INC. | 80.00 | 151.00 |
| OG2200734 | 154-89-36 | SW4 | THE TRIPLE T, INC. | 80.00 | 176.00 |
| OG2200731 | 154-89-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 201.00 |
| OG2200732 | 154-89-36 | NW4 | THE TRIPLE T, INC. | 80.00 | 250.00 |
| OG2200735 | 155-89-5 | S2NE4, LOTS 1,2 | THE TRIPLE T, INC. | 8.02 | 11.00 |
| OG2200736 | 155-89-5 | SE4 | THE TRIPLE T, INC. | 8.00 | 166.00 |
| OG2200737 | 155-89-7 | LOT 2 | THE TRIPLE T, INC. | 17.75 | 56.00 |
| OG2200738 | 155-89-7 | LOT 3 | PHOENIX CAPITAL GROUP HOLDINGS LLC | 17.78 | 226.00 |
| OG2200739 | 155-89-8 | SW4 | THE TRIPLE T, INC. | 26.67 | 126.00 |
| OG2200740 | 155-89-10 | SE4 | THE TRIPLE T, INC. | 26.67 | 132.00 |
| OG2200741 | 155-89-16 | NE4 | THE TRIPLE T, INC. | 80.00 | 16.00 |
| OG2200742 | 155-89-16 | NW4 | THE TRIPLE T, INC. | 160.00 | 66.00 |
| OG2200743 | 155-89-16 | SE4 | THE TRIPLE T, INC. | 80.00 | 76.00 |
| OG2200744 | 155-89-16 | SW4 | THE TRIPLE T, INC. | 80.00 | 77.00 |
| OG2200745 | 155-89-19 | SE4SE4 | IRON HORSE ROYALTIES, LLC | 6.67 | 601.00 |
| OG2200746 | 155-89-33 | E2SW4 | ADVANTA RESOURCES LLC | 40.00 | 451.00 |
| OG2200747 | 155-89-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 151.00 |
| OG2200748 | 155-89-36 | NW4 | THE TRIPLE T, INC. | 80.00 | 199.00 |

8/21/24, 1:59 PM                                    Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200749 | 155-89-36 | SE4 | THE TRIPLE T, INC. | 80.00 | 211.00 |
| OG2200750 | 155-89-36 | SW4 | ADVANTA RESOURCES LLC | 80.00 | 251.00 |
| OG2200751 | 156-89-4 | NW4SE4, LOT 7 | THE TRIPLE T, INC. | 39.98 | 2.00 |
| OG2200752 | 156-89-4 | LOT 6 AND ACCRETION | THE TRIPLE T, INC. | 23.70 | 36.00 |
| OG2200754 | 156-89-5 | SE4NW4, LOT 3 | THE TRIPLE T, INC. | 50.51 | 1.00 |
| OG2200753 | 156-89-5 | LOTS 1,2 | THE TRIPLE T, INC. | 60.89 | 2.00 |
| OG2200757 | 156-89-16 | SE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200758 | 156-89-16 | SW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200756 | 156-89-16 | NW4 | THE TRIPLE T, INC. | 160.00 | 2.00 |
| OG2200755 | 156-89-16 | NE4 | THE TRIPLE T, INC. | 160.00 | 6.00 |
| OG2200759 | 156-89-17 | E2SW4 | PHOENIX CAPITAL GROUP HOLDINGS LLC | 40.00 | 151.00 |
| OG2200760 | 156-89-20 | E2NW4 | THE TRIPLE T, INC. | 40.00 | 126.00 |
| OG2200762 | 156-89-34 | N2SW4, SW4SW4 | THE TRIPLE T, INC. | 60.00 | 1.00 |
| OG2200761 | 156-89-34 | NW4 | THE TRIPLE T, INC. | 80.00 | 2.00 |
| OG2200763 | 156-89-35 | SW4 | THE TRIPLE T, INC. | 80.00 | 2.00 |
| OG2200764 | 156-89-36 | NE4 | THE TRIPLE T, INC. | 160.00 | 2.00 |
| OG2200765 | 156-89-36 | NW4 | THE TRIPLE T, INC. | 160.00 | 2.00 |
| OG2200766 | 156-89-36 | SE4 | THE TRIPLE T, INC. | 160.00 | 2.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200767 | 156-89-36 | SW4 | THE TRIPLE T, INC. | 160.00 | 2.00 |
| OG2200768 | 157-88-3 | SE4SW4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200769 | 157-88-7 | NE4 | THE TRIPLE T, INC. | 80.00 | 2.00 |
| OG2200770 | 157-88-10 | NW4NE4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200771 | 157-88-10 | N2NW4 | THE TRIPLE T, INC. | 40.00 | 1.00 |
| OG2200772 | 157-88-14 | SW4SW4 | THE TRIPLE T, INC. | 2.00 | 1.00 |
| OG2200773 | 157-88-15 | S2SE4 | THE TRIPLE T, INC. | 4.00 | 1.00 |
| OG2200774 | 157-88-15 | SE4SW4 | THE TRIPLE T, INC. | 2.00 | 1.00 |
| OG2200775 | 157-88-16 | NE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200776 | 157-88-16 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200777 | 157-88-16 | SE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200778 | 157-88-16 | SW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200779 | 157-88-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200780 | 157-88-36 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200781 | 157-88-36 | SE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200782 | 157-88-36 | SW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200783 | 157-89-16 | NE4NE4, LOTS 1, 5 | THE TRIPLE T, INC. | 128.60 | 2.00 |
| OG2200784 | 157-89-16 | NW4, LOTS 2, 3, 4, 8 | THE TRIPLE T, INC. | 42.20 | 2.00 |

8/21/24, 1:59 PM                                    Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200785 | 157-89-16 | SE4, LOTS 6, 9, 10 | THE TRIPLE T, INC. | 76.20 | 2.00 |
| OG2200786 | 157-89-16 | S2SW4, LOT 7, 8 | THE TRIPLE T, INC. | 149.60 | 2.00 |
| OG2200787 | 157-89-36 | NE4 | THE TRIPLE T, INC. | 160.00 | 2.00 |
| OG2200788 | 157-89-36 | NW4 | THE TRIPLE T, INC. | 160.00 | 2.00 |
| OG2200789 | 157-89-36 | SE4 | THE TRIPLE T, INC. | 160.00 | 2.00 |
| OG2200790 | 157-89-36 | SW4 | THE TRIPLE T, INC. | 160.00 | 2.00 |
| OG2200791 | 158-88-7 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200792 | 158-88-16 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200793 | 158-88-16 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200794 | 158-88-16 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200795 | 158-88-16 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200796 | 158-88-21 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200797 | 158-88-32 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200798 | 158-88-32 | W2SE4 | THE TRIPLE T, INC. | 40.00 | 1.00 |
| OG2200799 | 158-88-32 | E2SW4 | THE TRIPLE T, INC. | 40.00 | 1.00 |
| OG2200800 | 158-88-33 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200801 | 158-88-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200802 | 158-88-36 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200803 | 158-88-36 | SE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200804 | 158-88-36 | SW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200805 | 158-89-3 | S2NW4, LOTS 3,4 | THE TRIPLE T, INC. | 80.40 | 1.00 |
| OG2200806 | 158-89-13 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200807 | 158-89-13 | SW4 LESS GRAVEL PIT | THE TRIPLE T, INC. | 77.42 | 1.00 |
| OG2200808 | 158-89-16 | SE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200809 | 158-89-36 | NE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200810 | 158-89-36 | NW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200811 | 158-89-36 | SE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200812 | 158-89-36 | SW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200813 | 158-91-6 | SE4SW4, LOT 7 | THE TRIPLE T, INC. | 36.77 | 334.00 |
| OG2200814 | 158-91-7 | LOTS 1,2 | LYNX OIL COMPANY | 33.72 | 551.00 |
| OG2200815 | 158-91-7 | LOTS 3,4 | LYNX OIL COMPANY | 34.12 | 556.00 |

**Ward**

| | | | | | |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200816 | 157-85-5 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200817 | 157-85-5 | SE4SW4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200818 | 157-85-6 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200819 | 157-85-6 | SE4SW4, LOT 7 LESS OUTLOT 1 | THE TRIPLE T, INC. | 39.10 | 1.00 |
| OG2200820 | 157-85-8 | E2NW4 | THE TRIPLE T, INC. | 40.00 | 1.00 |

8/21/24, 1:59 PM
Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200821 | 157-85-9 | S2NW4 | THE TRIPLE T, INC. | 4.00 | 1.00 |
| OG2200822 | 157-85-9 | SW4SE4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200823 | 157-85-9 | SE4SW4, W2SW4 | THE TRIPLE T, INC. | 4.00 | 1.00 |
| OG2200823 | 157-85-9 | SE4SW4, W2SW4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200824 | 157-85-10 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200825 | 157-85-10 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200826 | 157-85-15 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200827 | 157-85-16 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200828 | 157-85-16 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200829 | 157-85-16 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200830 | 157-85-16 | SW4 | THE TRIPLE T, INC. | 8.00 | 1.00 |
| OG2200831 | 157-85-17 | NW4NW4 | THE TRIPLE T, INC. | 2.00 | 1.00 |
| OG2200832 | 157-85-18 | N2NE4 | THE TRIPLE T, INC. | 4.00 | 1.00 |
| OG2200833 | 157-85-18 | NE4NW4 | THE TRIPLE T, INC. | 2.00 | 1.00 |
| OG2200834 | 157-85-21 | SW4NE4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200835 | 157-85-28 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200836 | 157-85-29 | NE4 | THE TRIPLE T, INC. | 8.00 | 1.00 |
| OG2200837 | 157-85-30 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |

8/21/24, 1:59 PM                                      Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200838 | 157-85-36 | SE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200839 | 157-85-36 | SW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200840 | 157-86-5 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200841 | 157-86-12 | SE4NE4 LESS RR AND SOUTHSIDE ADDN AND OUTLOTS 7-11 IN CARPIO | THE TRIPLE T, INC. | 2.79 | 1.00 |
| OG2200842 | 157-86-12 | SE4 | THE TRIPLE T, INC. | 53.33 | 1.00 |
| OG2200843 | 157-86-12 | SW4 | THE TRIPLE T, INC. | 13.33 | 1.00 |
| OG2200843 | 157-86-12 | SW4 | THE TRIPLE T, INC. | 26.67 | 1.00 |
| OG2200843 | 157-86-12 | SW4 | THE TRIPLE T, INC. | 40.00 | 1.00 |
| OG2200844 | 157-86-13 | N2NE4 | THE TRIPLE T, INC. | 26.67 | 1.00 |
| OG2200845 | 157-86-13 | NW4 | THE TRIPLE T, INC. | 26.67 | 1.00 |
| OG2200845 | 157-86-13 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200846 | 157-86-16 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200847 | 157-86-19 | SE4NW4, LOT 2 | THE TRIPLE T, INC. | 39.62 | 1.00 |
| OG2200848 | 157-86-19 | E2SW4, LOTS 3,4 | THE TRIPLE T, INC. | 75.45 | 1.00 |
| OG2200849 | 157-86-22 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200850 | 157-86-25 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200851 | 157-86-25 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200852 | 157-86-32 | NW4 | THE TRIPLE T, INC. | 8.00 | 1.00 |
| OG2200853 | 157-86-36 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200854 | 157-87-1 | SW4NW4, LOT 4 | THE TRIPLE T, INC. | 40.36 | 1.00 |
| OG2200855 | 157-87-1 | E2SE4, SW4SE4 | THE TRIPLE T, INC. | 60.00 | 1.00 |
| OG2200856 | 157-87-1 | SE4SW4, W2SW4 | THE TRIPLE T, INC. | 60.00 | 1.00 |
| OG2200857 | 157-87-7 | EAST 15 ACRES OF SE4SE4 | THE TRIPLE T, INC. | 7.50 | 1.00 |
| OG2200858 | 157-87-8 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200859 | 157-87-8 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200860 | 157-87-11 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200861 | 157-87-16 | NE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200862 | 157-87-16 | NW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200863 | 157-87-16 | SE4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200864 | 157-87-16 | SW4 | THE TRIPLE T, INC. | 160.00 | 1.00 |
| OG2200865 | 157-87-18 | NE4NE4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200866 | 158-87-11 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200867 | 158-87-14 | NW4NE4 | THE TRIPLE T, INC. | 2.00 | 1.00 |
| OG2200868 | 158-87-14 | N2NW4 | THE TRIPLE T, INC. | 4.00 | 1.00 |
| OG2200869 | 158-87-15 | NE4NE4 | THE TRIPLE T, INC. | 2.00 | 1.00 |

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200870 | 158-87-16 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200871 | 158-87-16 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200872 | 158-87-16 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200873 | 158-87-16 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200874 | 158-87-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200875 | 158-87-36 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200876 | 158-87-36 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200877 | 159-87-4 | W2SW4 | THE TRIPLE T, INC. | 40.00 | 1.00 |
| OG2200878 | 159-87-5 | SE4 | THE TRIPLE T, INC. | 40.00 | 1.00 |
| OG2200879 | 159-87-7 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200880 | 159-87-9 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200881 | 159-87-14 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200882 | 159-87-16 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200883 | 159-87-16 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200884 | 159-87-16 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200885 | 159-87-16 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200886 | 159-87-29 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200887 | 159-87-33 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200888 | 159-87-33 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200889 | 159-87-35 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200890 | 159-87-35 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200891 | 159-88-6 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200892 | 159-88-8 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200893 | 159-88-8 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200894 | 159-88-13 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200895 | 159-88-14 | SW4SE4 LESS AC PREV DEEDED | THE TRIPLE T, INC. | 12.18 | 1.00 |
| OG2200896 | 159-88-14 | SE4SW4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200897 | 159-88-16 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200898 | 159-88-16 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200899 | 159-88-16 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200900 | 159-88-16 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200901 | 159-88-23 | W2NE4, PART NE4NE4 S AND W OF RR | THE TRIPLE T, INC. | 37.00 | 1.00 |
| OG2200902 | 159-88-23 | SE4NW4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200903 | 159-88-25 | SW4NE4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200904 | 159-88-25 | NW4SE4 | THE TRIPLE T, INC. | 20.00 | 1.00 |
| OG2200905 | 159-88-25 | SW4 | THE TRIPLE T, INC. | 8.00 | 1.00 |

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200906 | 159-88-29 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200907 | 159-88-29 | SW4 | THE TRIPLE T, INC. | 79.50 | 1.00 |
| OG2200908 | 159-88-30 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200909 | 159-88-32 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200910 | 159-88-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200911 | 159-88-36 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200912 | 159-88-36 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200913 | 159-88-36 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200914 | 159-89-1 | S2NE4, LOTS 1,2 | THE TRIPLE T, INC. | 79.96 | 1.00 |
| OG2200915 | 159-89-1 | S2NW4, LOTS 3,4 | THE TRIPLE T, INC. | 79.88 | 1.00 |
| OG2200916 | 159-89-2 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200917 | 159-89-2 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200918 | 159-89-6 | SE4NW4, LOTS 3,4,5 | THE TRIPLE T, INC. | 77.37 | 1.00 |
| OG2200919 | 159-89-13 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200920 | 159-89-16 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200921 | 159-89-16 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200922 | 159-89-16 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200923 | 159-89-20 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200924 | 159-89-26 | NE4 LESS SCHOOL SITE | THE TRIPLE T, INC. | 79.50 | 1.00 |
| OG2200925 | 159-89-29 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200926 | 159-89-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200927 | 159-89-36 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200928 | 159-89-36 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200929 | 159-89-36 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200930 | 160-87-7 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200931 | 160-87-7 | E2SW4, LOTS 3,4 | THE TRIPLE T, INC. | 76.76 | 1.00 |
| OG2200932 | 160-87-15 | NE4 | LEOMAC LLC | 80.00 | 2.00 |
| OG2200933 | 160-87-15 | NW4 | LEOMAC LLC | 80.00 | 2.00 |
| OG2200934 | 160-87-16 | NE4 | LEOMAC LLC | 80.00 | 2.00 |
| OG2200935 | 160-87-16 | SW4 | LEOMAC LLC | 80.00 | 2.00 |
| OG2200936 | 160-87-18 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200937 | 160-87-21 | NE4 | THE TRIPLE T, INC. | 80.00 | 3.00 |
| OG2200938 | 160-87-30 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200939 | 160-87-31 | N2NE4 | THE TRIPLE T, INC. | 40.00 | 1.00 |
| OG2200940 | 160-87-36 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200941 | 160-88-7 | ALL LAKEBED IN NW4 | THE TRIPLE T, INC. | 23.90 | 1.00 |
| OG2200942 | 160-88-7 | ALL LAKEBED IN SW4 | THE TRIPLE T, INC. | 3.35 | 1.00 |
| OG2200943 | 160-88-11 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200944 | 160-88-12 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200945 | 160-88-13 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200946 | 160-88-13 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200947 | 160-88-31 | SE4 | THE TRIPLE T, INC. | 8.00 | 1.00 |
| OG2200948 | 160-88-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200949 | 160-88-36 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200950 | 160-88-36 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200951 | 160-89-1 | ALL LAKEBED IN NE4 | THE TRIPLE T, INC. | 95.78 | 1.00 |
| OG2200952 | 160-89-1 | ALL LAKEBED IN NW4 | THE TRIPLE T, INC. | 20.90 | 1.00 |
| OG2200953 | 160-89-1 | ALL LAKEBED IN SE4 | THE TRIPLE T, INC. | 86.95 | 1.00 |
| OG2200954 | 160-89-3 | S2NE4, LOTS 1,2 | THE TRIPLE T, INC. | 81.86 | 1.00 |
| OG2200955 | 160-89-4 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200956 | 160-89-8 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200957 | 160-89-12 | ALL LAKEBED IN NE4 | THE TRIPLE T, INC. | 67.50 | 1.00 |
| OG2200958 | 160-89-12 | ALL LAKEBED IN SE4 | THE TRIPLE T, INC. | 9.70 | 1.00 |
| OG2200959 | 160-89-13 | NW4 | THE TRIPLE T, INC. | 8.00 | 1.00 |
| OG2200960 | 160-89-14 | NE4 | THE TRIPLE T, INC. | 8.00 | 1.00 |
| OG2200961 | 160-89-18 | LOTS 1,2 | THE TRIPLE T, INC. | 34.62 | 1.00 |

8/21/24, 1:59 PM
Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200962 | 160-89-18 | LOTS 3,4 | THE TRIPLE T, INC. | 34.86 | 1.00 |
| OG2200963 | 160-89-31 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200964 | 160-89-31 | E2SW4, LOTS 3,4 | THE TRIPLE T, INC. | 77.18 | 1.00 |
| OG2200965 | 160-89-32 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200966 | 160-89-32 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200967 | 160-89-36 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200968 | 160-89-36 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200969 | 160-89-36 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200970 | 160-89-36 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200971 | 161-88-3 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200972 | 161-88-4 | S2NW4, LOTS 3,4 | THE TRIPLE T, INC. | 79.64 | 1.00 |
| OG2200973 | 161-88-4 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200974 | 161-88-5 | LAKEBED IN NE4 | THE TRIPLE T, INC. | 42.12 | 1.00 |
| OG2200975 | 161-88-5 | LAKEBED IN NW4 | THE TRIPLE T, INC. | 49.86 | 1.00 |
| OG2200976 | 161-88-5 | LAKEBED IN SE4 | THE TRIPLE T, INC. | 50.50 | 1.00 |
| OG2200977 | 161-88-5 | LAKEBED IN SW4 | THE TRIPLE T, INC. | 46.70 | 1.00 |
| OG2200978 | 161-88-8 | LAKEBED IN NE4 | THE TRIPLE T, INC. | 64.40 | 1.00 |
| OG2200979 | 161-88-8 | LAKEBED IN NW4 | THE TRIPLE T, INC. | 43.30 | 1.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200980 | 161-88-8 | LAKEBED IN SE4 | THE TRIPLE T, INC. | 81.00 | 1.00 |
| OG2200981 | 161-88-8 | LAKEBED IN SW4 | THE TRIPLE T, INC. | 31.90 | 1.00 |
| OG2200982 | 161-88-10 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200983 | 161-88-12 | NW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200984 | 161-88-16 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200985 | 161-88-16 | E2SW4 | THE TRIPLE T, INC. | 40.00 | 1.00 |
| OG2200986 | 161-88-16 | LAKEBED IN SW4 | THE TRIPLE T, INC. | 17.70 | 1.00 |
| OG2200987 | 161-88-17 | LAKEBED IN NE4 | THE TRIPLE T, INC. | 107.68 | 1.00 |
| OG2200988 | 161-88-17 | LAKEBED IN NW4 | THE TRIPLE T, INC. | 9.00 | 1.00 |
| OG2200989 | 161-88-17 | LAKEBED IN SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200990 | 161-88-20 | LAKEBED IN NE4 | THE TRIPLE T, INC. | 25.10 | 1.00 |
| OG2200991 | 161-88-20 | LAKEBED IN SE4 | THE TRIPLE T, INC. | 69.60 | 1.00 |
| OG2200992 | 161-88-21 | LAKEBED IN NW4 | THE TRIPLE T, INC. | 70.30 | 1.00 |
| OG2200993 | 161-88-21 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200994 | 161-88-21 | LAKEBED IN SW4 | THE TRIPLE T, INC. | 41.00 | 1.00 |
| OG2200995 | 161-88-25 | SE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200996 | 161-88-26 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2200997 | 161-88-27 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |

8/21/24, 1:59 PM

Auction Detail by Date - Land.ND.gov

| Lease No | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|----------|-------------|-------------|--------|---------------|--------------|
| OG2200998 | 161-88-29 | LAKEBED IN NE4 | THE TRIPLE T, INC. | 66.20 | 1.00 |
| OG2200999 | 161-88-29 | LAKEBED IN NW4 | THE TRIPLE T, INC. | 94.04 | 1.00 |
| OG2201000 | 161-88-29 | LAKEBED IN SW4 | THE TRIPLE T, INC. | 46.00 | 1.00 |
| OG2201001 | 161-88-30 | LAKEBED IN NE4 | THE TRIPLE T, INC. | 1.80 | 1.00 |
| OG2201002 | 161-88-30 | LAKEBED IN SE4 | THE TRIPLE T, INC. | 62.80 | 1.00 |
| OG2201003 | 161-88-31 | LAKEBED IN NE4 | THE TRIPLE T, INC. | 75.50 | 1.00 |
| OG2201004 | 161-88-31 | LAKEBED IN SE4 | THE TRIPLE T, INC. | 25.83 | 1.00 |
| OG2201005 | 161-88-32 | LAKEBED IN NW4 | THE TRIPLE T, INC. | 33.50 | 1.00 |
| OG2201006 | 161-88-32 | LAKEBED IN SE4 | THE TRIPLE T, INC. | 70.10 | 1.00 |
| OG2201007 | 161-88-32 | LAKEBED IN SW4 | THE TRIPLE T, INC. | 119.84 | 1.00 |
| OG2201008 | 161-88-35 | NE4 | THE TRIPLE T, INC. | 80.00 | 1.00 |
| OG2201009 | 161-88-36 | SW4 | THE TRIPLE T, INC. | 80.00 | 1.00 |

1707 North 9th Street | Bismarck, ND 58506-5523 | Telephone: (701)328-2800 | Fax: (701)328-3650

© 2024 North Dakota Department Of Trust Lands

**NOVEMBER 2022 AUCTION RESULTS AVAILABLE AT https://www.land.nd.gov/Minerals/AuctionHistory**

1. **Buyers purchasing acreage – 12**
   1. Advanta Resources, LLC
   2. Anderson Oil Ltd.
   3. Hunt Oil Company
   4. InterWest Petroleum Corp.
   5. Iron Horse Royalties, LLC
   6. Leomac, LLC
   7. Lynx Oil Company
   8. Norra Resources LLC
   9. Northern Energy Corporation
   10. Phoenix Capital Group Holdings, LLC
   11. The Triple T, Inc.
   12. Yockim Resource Exploration Co.

2. **Buyers making purchase of 40+ acres – 11**
   1. Advanta Resources, LLC
   2. Anderson Oil Ltd.
   3. Hunt Oil Company
   4. InterWest Petroleum Corp.
   5. Leomac, LLC
   6. Lynx Oil Company
   7. Norra Resources LLC
   8. Northern Energy Corporation
   9. Phoenix Capital Group Holdings, LLC
   10. The Triple T, Inc.
   11. Yockim Resource Exploration Co.

**Buyers purchasing acreage in and (4) 40+ acres in single purchase: Dunn, Stark and William counties are not listed on the November 2022 Auction list. This chart shows which companies purchased acreage in Divide, McKenzie and Mountrail counties in November 2022 and those that made 40+ acreage purchases.**

| | Divide # of 40 acre+ purchases | Divide # purchases <40 acres | McKenzie # of 40 acre+ purchases | McKenzie # purchases <40 acres | Mountrail # of 40 acre+ purchases | Mountrail # purchases <40 acres |
|---|---|---|---|---|---|---|
| Advanta Resources, LLC | | | | | 2 | |
| Anderson Oil Ltd. | 1 | | | | | |
| Hunt Oil Company | 3 | | | | | |
| InterWest Petroleum Corp. | | | | | | |
| Iron Horse Royalties, LLC | | | | 1 | | 1 |
| Leomac LLC | | | | | | |
| Lynx Oil Company | | | | | | 2 |
| Norra Resources LLC | | | | | | |
| Northern Energy Corporation | 3 | | 4 | 1 | | |
| Phoenix Capital Group Holdings, LLC | 2 | | | 1 | 1 | 1 |
| The Triple T, Inc. | | | | | 69 | 13 |
| Yockim Resource Exploration Co. | | | | | | |