# EXHIBIT A-12

| ALU No | County | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|---|---|---|---|---|---|---|
| ALU# 202300001 | Billings | 138-100-26 | NE4 | Northern Energy Corporation | 80 | 16 |
| ALU# 202300002 | Billings | 138-100-26 | SW4 | Northern Energy Corporation | 80 | 16 |
| ALU# 202300003 | Billings | 138-100-32 | E2NW4 | Northern Energy Corporation | 40 | 11 |
| ALU# 202300004 | Billings | 138-100-32 | W2NE4 | Northern Energy Corporation | 40 | 11 |
| ALU# 202300005 | Billings | 138-100-33 | SE4 | Northern Energy Corporation | 80 | 11 |
| ALU# 202300006 | Billings | 138-100-34 | NE4 | Northern Energy Corporation | 80 | 21 |
| ALU# 202300007 | Billings | 138-100-36 | NE4 | Northern Energy Corporation | 160 | 11 |
| ALU# 202300008 | Billings | 138-100-36 | NW4 | Northern Energy Corporation | 160 | 11 |
| ALU# 202300009 | Billings | 138-100-36 | SE4 | Northern Energy Corporation | 160 | 11 |
| ALU# 202300010 | Billings | 138-100-36 | SW4 | Northern Energy Corporation | 160 | 11 |
| ALU# 202300011 | Billings | 139-102-16 | NW4 | Northern Energy Corporation | 160 | 11 |
| ALU# 202300012 | Billings | 139-102-16 | NW4NE4, S2NE4, LOT 1 | Northern Energy Corporation | 159.63 | 11 |
| ALU# 202300013 | Billings | 139-102-16 | NW4SE4, LOTS 2,3,4 | Northern Energy Corporation | 142.05 | 11 |
| ALU# 202300014 | Billings | 139-102-16 | SW4 | Northern Energy Corporation | 160 | 11 |
| ALU# 202300015 | Billings | 142-101-16 | NE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 202300016 | Billings | 142-101-16 | NW4 | Northern Energy Corporation | 160 | 13 |
| ALU# 202300017 | Billings | 142-101-16 | SE4 | Northern Energy Corporation | 160 | 15 |
| ALU# 202300018 | Billings | 142-101-16 | SW4 | Northern Energy Corporation | 160 | 26 |
| ALU# 202300019 | Billings | 144-98-36 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | 903 |
| ALU# 202300020 | Billings | 144-98-36 | SW4 | Phoenix Capital Group Holdings, LLC | 80 | 1276 |
| ALU# 202300021 | Bowman | 131-104-21 | NE4 | Yockim Resource Exploration Co | 80 | 12 |
| ALU# 202300022 | Bowman | 131-104-21 | NW4 | Yockim Resource Exploration Co | 80 | 6 |
| ALU# 202300023 | Bowman | 131-104-21 | SE4 | Yockim Resource Exploration Co | 80 | 6 |
| ALU# 202300024 | Bowman | 131-104-21 | SW4 | Yockim Resource Exploration Co | 80 | 6 |
| ALU# 202300025 | Burke | 162-90-7 | E2SW4, LOTS 3,4 | Radian Partnership LP | 75.54 | 201 |
| ALU# 202300026 | Burke | 162-90-7 | SE4 | Radian Partnership LP | 80 | 206 |
| ALU# 202300027 | Burke | 162-92-18 | E2SW4, LOTS 3,4 | Northern Energy Corporation | 74.94 | 2 |
| ALU# 202300028 | Burke | 162-92-18 | SE4NW4, LOTS 1,2 | Northern Energy Corporation | 54.74 | 2 |
| ALU# 202300029 | Burke | 162-92-25 | N2NE4, SE4NE4 | Northern Energy Corporation | 60 | 27 |
| ALU# 202300030 | Burke | 162-92-25 | N2NW4 | Northern Energy Corporation | 40 | 39 |
| ALU# 202300031 | Burke | 162-92-25 | NE4SE4 | Northern Energy Corporation | 20 | 59 |
| ALU# 202300032 | Burke | 162-92-36 | NE4 | Northern Energy Corporation | 160 | 78 |
| ALU# 202300033 | Burke | 162-92-36 | NW4 | Northern Energy Corporation | 160 | 88 |
| ALU# 202300034 | Burke | 162-92-36 | SE4 | LARCO Resources, LLC | 160 | 114 |
| ALU# 202300035 | Burke | 162-92-36 | SW4 | Northern Energy Corporation | 160 | 3 |
| ALU# 202300036 | Divide | 160-99-2 | E2SE4 | Norra Resources LLC | 40 | 223 |
| ALU# 202300041 | Divide | 161-102-4 | S2NE4, LOTS 1,2 | Phoenix Capital Group Holdings, LLC | 80.32 | 400 |
| ALU# 202300042 | Divide | 161-102-6 | E2SW4, LOTS 6,7 | Phoenix Capital Group Holdings, LLC | 78.3 | 351 |

| ALU# | County | Section | Legal | Operator | Acres | ID |
|---|---|---|---|---|---|---|
| ALU# 202300043 | Divide | 161-102-6 | SE4NW4, LOTS 3,4,5 | Northern Energy Corporation | 78.1 | 351 |
| ALU# 202300044 | Divide | 161-102-7 | E2NW4, LOTS 1,2 | LoneTree Energy & Associates, LLC | 78.52 | 260 |
| ALU# 202300045 | Divide | 161-102-7 | E2SW4, LOTS 3,4 | LoneTree Energy & Associates, LLC | 78.76 | 300 |
| ALU# 202300046 | Divide | 161-102-7 | NE4 | Phoenix Capital Group Holdings, LLC | 80 | 351 |
| ALU# 202300047 | Divide | 161-102-14 | SW4SE4 | Norra Resources LLC | 20 | 501 |
| ALU# 202300048 | Divide | 161-102-16 | NE4 | LoneTree Energy & Associates, LLC | 160 | 445 |
| ALU# 202300049 | Divide | 161-102-16 | NW4 | Northern Energy Corporation | 160 | 501 |
| ALU# 202300050 | Divide | 161-102-16 | SE4 | LoneTree Energy & Associates, LLC | 160 | 445 |
| ALU# 202300051 | Divide | 161-102-16 | SW4 | Phoenix Capital Group Holdings, LLC | 160 | 503 |
| ALU# 202300052 | Divide | 161-102-18 | E2SW4, LOTS 3,4 | LoneTree Energy & Associates, LLC | 79.06 | 334 |
| ALU# 202300053 | Divide | 161-102-19 | NE4 | LoneTree Energy & Associates, LLC | 80 | 223 |
| ALU# 202300054 | Divide | 161-102-23 | E2NE4, NW4NE4 | Phoenix Capital Group Holdings, LLC | 60 | 656 |
| ALU# 202300055 | Divide | 161-102-23 | N2NW4 | LoneTree Energy & Associates, LLC | 40 | 561 |
| ALU# 202300056 | Divide | 161-102-25 | NW4 | LoneTree Energy & Associates, LLC | 8 | 527 |
| ALU# 202300057 | Divide | 161-102-30 | E2NW4, LOTS 1,2 | Norra Resources LLC | 79.41 | 479 |
| ALU# 202300058 | Divide | 161-102-30 | E2SW4, LOTS 3,4 | Northern Energy Corporation | 79.67 | 498 |
| ALU# 202300059 | Divide | 161-102-33 | NW4 | LoneTree Energy & Associates, LLC | 80 | 778 |
| ALU# 202300060 | Divide | 161-102-36 | NE4 | LoneTree Energy & Associates, LLC | 160 | 445 |
| ALU# 202300061 | Divide | 161-102-36 | NW4 | LoneTree Energy & Associates, LLC | 80 | 456 |
| ALU# 202300062 | Divide | 161-102-36 | SW4 | LoneTree Energy & Associates, LLC | 80 | 1000 |
| ALU# 202300063 | Dunn | 141-97-7 | NE4 | Norra Resources LLC | 8 | 889 |
| ALU# 202300064 | Golden Valley | 139-103-16 | NE4 | Northern Energy Corporation | 160 | 151 |
| ALU# 202300065 | Golden Valley | 139-103-16 | NW4 | Northern Energy Corporation | 160 | 76 |
| ALU# 202300066 | Golden Valley | 139-106-26 | NW4 | InterWest Petroleum Corp. | 80 | 7 |
| ALU# 202300067 | Golden Valley | 139-106-27 | LOTS 1,2 | Yockim Resource Exploration Co | 49.17 | 34 |
| ALU# 202300068 | Golden Valley | 139-106-27 | NE4 | Yockim Resource Exploration Co | 80 | 6 |
| ALU# 202300069 | Golden Valley | 139-106-36 | NW4 | Yockim Resource Exploration Co | 80 | 60 |
| ALU# 202300070 | Golden Valley | 140-104-36 | NE4 | Northern Energy Corporation | 160 | 38 |
| ALU# 202300071 | Golden Valley | 140-104-36 | NW4 | Northern Energy Corporation | 160 | 48 |
| ALU# 202300072 | Golden Valley | 140-104-36 | SE4 | Northern Energy Corporation | 160 | 54 |
| ALU# 202300073 | Golden Valley | 140-104-36 | SW4 | Northern Energy Corporation | 160 | 52 |
| ALU# 202300074 | McKenzie | 145-102-36 | NE4 | Norra Resources LLC | 160 | 307 |
| ALU# 202300075 | McKenzie | 145-102-36 | NW4 | Northern Energy Corporation | 160 | 30 |
| ALU# 202300076 | McKenzie | 145-102-36 | SE4 | Northern Energy Corporation | 160 | 111 |
| ALU# 202300077 | McKenzie | 145-102-36 | SW4 | Northern Energy Corporation | 160 | 161 |
| ALU# 202300078 | McKenzie | 147-99-32 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | 1010 |
| ALU# 202300079 | Renville | 163-85-6 | E2SW4, LOTS 6,7 | Yockim Resource Exploration Co | 75.81 | 12 |
| ALU# 202300080 | Renville | 163-85-6 | SE4NW4, LOTS 3,4,5 | Yockim Resource Exploration Co | 75.19 | 23 |
| ALU# 202300081 | Renville | 163-85-29 | NE4 | Yockim Resource Exploration Co | 80 | 2 |

| ALU# | County | Section | Quarter | Owner | Acres | Ref |
|---|---|---|---|---|---|---|
| ALU# 202300082 | Renville | 163-85-30 | NE4 LESS CHURCH SITE | Yockim Resource Exploration Co | 77.5 | 13 |
| ALU# 202300083 | Renville | 164-84-32 | NE4 | The Armstrong Corporation | 80 | 2 |
| ALU# 202300084 | Renville | 164-84-33 | NW4 | The Armstrong Corporation | 80 | 2 |
| ALU# 202300085 | Renville | 164-86-36 | SE4 | Yockim Resource Exploration Co | 80 | 2 |
| ALU# 202300086 | Renville | 164-86-36 | SW4 | Yockim Resource Exploration Co | 80 | 2 |
| ALU# 202300087 | Slope | 135-106-16 | NE4 | InterWest Petroleum Corp. | 160 | 6 |
| ALU# 202300088 | Slope | 135-106-16 | NW4 | InterWest Petroleum Corp. | 160 | 6 |
| ALU# 202300089 | Slope | 135-106-16 | SE4 | InterWest Petroleum Corp. | 160 | 6 |
| ALU# 202300090 | Slope | 135-106-16 | SW4 | InterWest Petroleum Corp. | 160 | 10 |
| ALU# 202300091 | Stark | 138-99-2 | LOTS 1,2 | Northern Energy Corporation | 41.45 | 61 |
| ALU# 202300092 | Stark | 138-99-2 | LOTS 3,4 | Northern Energy Corporation | 41.39 | 51 |
| ALU# 202300093 | Stark | 138-99-11 | SE4 | B.J. Kadrmas, Inc. | 80 | 12 |
| ALU# 202300094 | Stark | 138-99-12 | NE4 | Northern Energy Corporation | 80 | 53 |
| ALU# 202300095 | Stark | 138-99-12 | NW4 | Northern Energy Corporation | 80 | 34 |
| ALU# 202300096 | Stark | 138-99-12 | SE4 | Northern Energy Corporation | 80 | 58 |
| ALU# 202300097 | Stark | 138-99-22 | SW4 | Five States Energy Company, LLC | 80 | 212 |
| ALU# 202300098 | Stark | 138-99-23 | NE4 | B.J. Kadrmas, Inc. | 80 | 156 |
| ALU# 202300099 | Stark | 138-99-23 | NW4 | Five States Energy Company, LLC | 80 | 223 |
| ALU# 202300100 | Stark | 138-99-23 | SE4 | Northern Energy Corporation | 80 | 223 |
| ALU# 202300101 | Stark | 138-99-23 | SW4 | Five States Energy Company, LLC | 80 | 223 |
| ALU# 202300102 | Stark | 138-99-24 | NE4 | Five States Energy Company, LLC | 160 | 189 |
| ALU# 202300103 | Stark | 138-99-24 | NW4 | B.J. Kadrmas, Inc. | 80 | 112 |
| ALU# 202300104 | Stark | 138-99-24 | SW4 | B.J. Kadrmas, Inc. | 80 | 156 |
| ALU# 202300105 | Stark | 138-99-25 | NE4 | Five States Energy Company, LLC | 80 | 200 |
| ALU# 202300106 | Stark | 138-99-25 | NW4 | Five States Energy Company, LLC | 80 | 200 |
| ALU# 202300107 | Stark | 138-99-25 | SE4 | B.J. Kadrmas, Inc. | 80 | 156 |
| ALU# 202300108 | Stark | 138-99-25 | SW4 | B.J. Kadrmas, Inc. | 80 | 100 |
| ALU# 202300109 | Stark | 138-99-35 | SE4 | Northern Energy Corporation | 8 | 260 |
| ALU# 202300110 | Stark | 138-99-35 | SW4 | Northern Energy Corporation | 80 | 176 |
| ALU# 202300111 | Stark | 138-99-36 | NE4 | B.J. Kadrmas, Inc. | 80 | 176 |
| ALU# 202300112 | Stark | 138-99-36 | NW4 | Northern Energy Corporation | 80 | 188 |
| ALU# 202300113 | Stark | 138-99-36 | SE4 | Five States Energy Company, LLC | 80 | 188 |
| ALU# 202300114 | Stark | 138-99-36 | SW4 | Five States Energy Company, LLC | 80 | 188 |
| ALU# 202300115 | Williams | 159-98-11 | N2NE4 | BRO ENERGY, LLC | 4 | 5156 |
| ALU# 202300116 | Williams | 159-100-15 | SW4 | Phoenix Capital Group Holdings, LLC | 8 | 6803 |
| ALU# 202300117 | Williams | 159-103-2 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | 504 |
| ALU# 202300118 | Williams | 159-103-11 | E2NE4 | LoneTree Energy & Associates, LLC | 40 | 583 |
| ALU# 202300119 | Williams | 159-103-11 | E2SE4 | Phoenix Capital Group Holdings, LLC | 40 | 604 |
| ALU# 202300120 | Williams | 159-103-11 | NW4 | LoneTree Energy & Associates, LLC | 80 | 270 |

| ALU# | Name | Location | Description | Party | Value | Ref |
|---|---|---|---|---|---|---|
| ALU# 202300121 | Williams | 159-103-12 | 3.15 AC IN SW4NW4, NW4 LESS TRACTS PREV DEEDED | Phoenix Capital Group Holdings, LLC | 37.64 | 601 |
| ALU# 202300122 | Williams | 159-103-12 | SW4 | LoneTree Energy & Associates, LLC | 80 | 534 |
| ALU# 202300123 | Williams | 159-103-12 | SW4SE4 | BRO ENERGY, LLC | 20 | 672 |
| ALU# 202300124 | Williams | 159-103-13 | NW4NW4 LESS ACREAGE PREV DEEDED | Northern Energy Corporation | 19.06 | 704 |
| ALU# 202300125 | Williams | 159-103-15 | NW4 | LoneTree Energy & Associates, LLC | 80 | 302 |
| ALU# 202300126 | Williams | 159-103-16 | LOTS 1, 2, 3 AND RIPARIAN INTERESTS | Northern Energy Corporation | 146 | 251 |
| ALU# 202300127 | Williams | 159-103-16 | NE4 | Northern Energy Corporation | 160 | 251 |
| ALU# 202300128 | Williams | 159-103-16 | NE4SW4, S2SW4, LOT 4 | Phoenix Capital Group Holdings, LLC | 159.8 | 251 |
| ALU# 202300129 | Williams | 159-103-16 | SE4 | LoneTree Energy & Associates, LLC | 160 | 132 |
| ALU# 202300130 | Williams | 159-103-36 | NE4 | Phoenix Capital Group Holdings, LLC | 160 | 351 |
| ALU# 202300131 | Williams | 159-103-36 | NW4 | LoneTree Energy & Associates, LLC | 80 | 466 |
| ALU# 202300132 | Williams | 159-103-36 | SE4 | LoneTree Energy & Associates, LLC | 160 | 433 |
| ALU# 202300133 | Williams | 159-103-36 | SW4 | SoloCorp | 160 | 426 |

**MARCH 2023 AUCTION RESULTS AVAILABLE AT**
https://www.land.nd.gov/surface-minerals-management/mineral-auctions

1. **Buyers - 13**
   1. B.J. Kadrmas, Inc.*
   2. BRO ENERGY, LLC
   3. Five States Energy Company, LLC*
   4. InterWest Petroleum Corp.*
   5. LARCO Resources, LLC*
   6. LoneTree Energy & Associates, LLC*
   7. Norra Resources LLC*
   8. Northern Energy Corporation*
   9. Phoenix Capital Group Holdings, LLC*
   10. Radian Partnership LP*
   11. SoloCorp*
   12. The Armstrong Corporation*
   13. Yockim Resource Exploration Co.*

2. **Buyers with 40+ acre purchases – 12 (indicated with a * above)**

3. **Buyers purchasing in the following counties:**

Divide, Dunn, McKenzie, Mountrail and Williams Counties (*Mountrail County had no purchases*).

| | Divide # 40+ acre purchases | Divide # purchases <40 acres | Dunn # 40+ acre purchases | Dunn # purchases <40 acres | McKenzie # 40+ acre purchases | McKenzie # purchases <40 acres | Williams # 40+ acre purchases | Williams # purchases <40 acres |
|---|---|---|---|---|---|---|---|---|
| BRO ENERGY, LLC | | | | | | | | 2 |
| LoneTree Energy & Associates, LLC | 11 | 1 | | | | | 7 | |
| Norra Resources LLC | 2 | 1 | | 1 | 1 | | | |
| Northern Energy Corporation | 3 | | | | 3 | | 2 | 1 |
| Phoenix Capital Group Holdings, LLC | 5 | | | | 1 | | 4 | 2 |
| SoloCorp | | | | | | | 1 | |

Dunn, McKenzie, Mountrail, Stark, and Williams Counties (*Mountrail County had no purchases*).

| | Dunn # 40+ acre purchases | Dunn # purchases <40 acres | McKenzie # 40+ acre purchases | McKenzie # purchases <40 acres | Stark # 40+acre purchases | Stark # purchases <40 acres | Williams # 40+ acre purchases | Williams # purchases <40 acres |
|---|---|---|---|---|---|---|---|---|
| B.J. Kadrmas, Inc. | | | | | 7 | | | |
| BRO ENERGY, LLC | | | | | | | | 2 |
| Five States Energy Company, LLC | | | | | 8 | | | |
| LoneTree Energy & Associates, LLC | | | | | | | 7 | |
| Norra Resources LLC | | 1 | 1 | | | | | |
| Northern Energy Corporation | | | 3 | | 7 | 2 | 2 | 1 |
| Phoenix Capital Group Holdings, LLC | | | 1 | | | | 4 | 2 |
| SoloCorp | | | | | | | 1 | |