# **EXHIBIT A-13**

August 2023 Auction Results

| ALU No | County | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|---|---|---|---|---|---|---|
| ALU# 00134 | Billings | 138-100-8 | NW4 | Missouri River Royalty Corporation | 160 | 12 |
| ALU# 00135 | Billings | 138-101-34 | NE4 | Missouri River Royalty Corporation | 80 | 6 |
| ALU# 00136 | Billings | 138-101-34 | NW4 | Missouri River Royalty Corporation | 80 | 2 |
| ALU# 00137 | Billings | 138-101-36 | NE4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00138 | Billings | 138-101-36 | NW4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00139 | Billings | 138-101-36 | SE4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00140 | Billings | 138-101-36 | SW4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00141 | Billings | 141-101-24 | NE4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00142 | Billings | 141-101-24 | SE4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00143 | Billings | 141-101-24 | SW4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00144 | Burke | 159-90-6 | SE4 | Missouri River Royalty Corporation | 8 | 670 |
| ALU# 00145 | Burke | 159-90-16 | NE4 | Norra Resources LLC | 160 | 256 |
| ALU# 00146 | Burke | 159-90-16 | NW4 | Missouri River Royalty Corporation | 160 | 251 |
| ALU# 00147 | Burke | 159-90-16 | SE4 | Page Petroleum, LLC | 160 | 289 |
| ALU# 00148 | Burke | 159-90-16 | SW4 | Missouri River Royalty Corporation | 160 | 266 |
| ALU# 00149 | Burke | 161-94-24 | E2SE4 | Phoenix Capital Group Holdings, LLC | 40 | 1112 |
| ALU# 00150 | Divide | 160-101-27 | S2NW4 | Norra Resources LLC | 40 | 76 |
| ALU# 00151 | Divide | 161-98-32 | NE4 | Norra Resources LLC | 80 | 501 |
| ALU# 00152 | Divide | 161-103-11 | NE4 | Missouri River Royalty Corporation | 80 | 4 |
| ALU# 00153 | Divide | 161-103-12 | NE4 | Missouri River Royalty Corporation | 80 | 11 |
| ALU# 00154 | Divide | 161-103-12 | SW4 | Missouri River Royalty Corporation | 80 | 16 |
| ALU# 00155 | Divide | 161-103-23 | W2NE4 | Missouri River Royalty Corporation | 40 | 51 |
| ALU# 00156 | Divide | 161-103-35 | SW4 | Norra Resources LLC | 80 | 76 |
| ALU# 00157 | Divide | 161-103-36 | NW4 | Missouri River Royalty Corporation | 160 | 31 |
| ALU# 00158 | Divide | 161-103-36 | SE4 | Missouri River Royalty Corporation | 160 | 58 |
| ALU# 00159 | Divide | 161-103-36 | SW4 | Missouri River Royalty Corporation | 160 | 71 |
| ALU# 00160 | Divide | 162-103-12 | NE4 | Missouri River Royalty Corporation | 80 | 21 |
| ALU# 00161 | Divide | 162-103-12 | SE4 | Missouri River Royalty Corporation | 80 | 11 |
| ALU# 00162 | Divide | 162-103-22 | SE4 | Missouri River Royalty Corporation | 80 | 21 |
| ALU# 00163 | Divide | 162-103-24 | SE4 | Missouri River Royalty Corporation | 80 | 21 |
| ALU# 00164 | Divide | 162-103-24 | SW4 | Missouri River Royalty Corporation | 80 | 21 |
| ALU# 00165 | Divide | 162-103-27 | NE4 | Missouri River Royalty Corporation | 80 | 21 |
| ALU# 00166 | Divide | 162-103-36 | NE4 | Missouri River Royalty Corporation | 80 | 21 |

August 2023 Auction Results

| ALU# | County | Location | Description | Buyer | Acres | Price |
|---|---|---|---|---|---|---|
| ALU# 00167 | Divide | 162-103-36 | NW4 | Missouri River Royalty Corporation | 160 | 17 |
| ALU# 00168 | Divide | 162-103-36 | SE4 | Missouri River Royalty Corporation | 160 | 19 |
| ALU# 00169 | Divide | 162-103-36 | SW4 | Missouri River Royalty Corporation | 160 | 25 |
| ALU# 00170 | Dunn | 146-92-16 | S2SE4 | Phoenix Capital Group Holdings, LLC | 80 | 902 |
| ALU# 00171 | Dunn | 146-92-16 | S2SW4 | Phoenix Capital Group Holdings, LLC | 80 | 1202 |
| ALU# 00172 | McKenzie | 145-102-4 | S2NE4, LOTS 1,2 | Missouri River Royalty Corporation | 160 | 14 |
| ALU# 00173 | McKenzie | 145-102-4 | S2NW4, LOTS 3,4 | Missouri River Royalty Corporation | 159.36 | 8 |
| ALU# 00174 | McKenzie | 145-102-4 | SE4 | Missouri River Royalty Corporation | 160 | 7 |
| ALU# 00175 | McKenzie | 145-102-4 | SW4 | Missouri River Royalty Corporation | 160 | 23 |
| ALU# 00176 | McKenzie | 145-102-16 | NE4 | Missouri River Royalty Corporation | 160 | 21 |
| ALU# 00177 | McKenzie | 145-102-16 | NW4 | Missouri River Royalty Corporation | 160 | 26 |
| ALU# 00178 | McKenzie | 145-102-16 | SE4 | Missouri River Royalty Corporation | 160 | 23 |
| ALU# 00179 | McKenzie | 145-102-16 | SW4 | Missouri River Royalty Corporation | 160 | 26 |
| ALU# 00180 | McKenzie | 145-104-16 | NE4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00181 | McKenzie | 145-104-16 | NW4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00182 | McKenzie | 145-104-16 | SE4 | Missouri River Royalty Corporation | 160 | 4 |
| ALU# 00183 | McKenzie | 145-104-16 | SW4 | Missouri River Royalty Corporation | 160 | 2 |
| ALU# 00184 | McKenzie | 145-104-36 | NE4 | Missouri River Royalty Corporation | 160 | 3 |
| ALU# 00185 | McKenzie | 145-104-36 | NW4 | Missouri River Royalty Corporation | 160 | 3 |
| ALU# 00186 | McKenzie | 145-104-36 | SE4 | Missouri River Royalty Corporation | 160 | 3 |
| ALU# 00187 | McKenzie | 145-104-36 | SW4 | Missouri River Royalty Corporation | 160 | 3 |
| ALU# 00188 | McKenzie | 146-99-16 | NE4 | Missouri River Royalty Corporation | 160 | 64 |
| ALU# 00189 | McKenzie | 146-99-16 | NW4 | Missouri River Royalty Corporation | 160 | 86 |
| ALU# 00190 | McKenzie | 146-99-16 | SE4 | Missouri River Royalty Corporation | 160 | 3 |
| ALU# 00191 | McKenzie | 146-99-16 | SW4 | Missouri River Royalty Corporation | 160 | 64 |
| ALU# 00192 | Mountrail | 158-91-18 | LOT 1 | Phoenix Capital Group Holdings, LLC | 17.21 | 1928 |
| ALU# 00193 | Mountrail | 158-91-18 | LOT 3 | Phoenix Capital Group Holdings, LLC | 17.39 | 1970 |
| ALU# 00194 | Stark | 139-98-32 | NW4 | Missouri River Royalty Corporation | 80 | 3 |
| ALU# 00195 | Stark | 139-98-32 | NW4SW4 | Missouri River Royalty Corporation | 20 | 20 |
| ALU# 00196 | Stark | 139-98-36 | NE4 | Missouri River Royalty Corporation | 80 | 13 |
| ALU# 00197 | Stark | 139-98-36 | NW4 | Missouri River Royalty Corporation | 80 | 2 |
| ALU# 00198 | Stark | 139-98-36 | SE4 | Missouri River Royalty Corporation | 80 | 33 |
| ALU# 00199 | Stark | 139-98-36 | SW4 | Missouri River Royalty Corporation | 80 | 17 |
| ALU# 00200 | Stark | 139-99-36 | NE4 | Missouri River Royalty Corporation | 80 | 7 |

August 2023 Auction Results

| | | | | | | |
|---|---|---|---|---|---|---|
| ALU# 00201 | Stark | 139-99-36 | NW4 | Missouri River Royalty Corporation | 80 | 10 |
| ALU# 00202 | Stark | 139-99-36 | SE4 | Missouri River Royalty Corporation | 160 | 32 |
| ALU# 00203 | Stark | 139-99-36 | SW4 | Missouri River Royalty Corporation | 80 | 26 |
| ALU# 00204 | Williams | 158-103-10 | SW4SE4 | Anderson Oil Ltd. | 20 | 104 |
| ALU# 00205 | Williams | 158-103-10 | NW4SW4, S2SW4 | Okreek Oil and Gas, LLC | 60 | 57 |
| ALU# 00206 | Williams | 158-103-14 | SE4 | Missouri River Royalty Corporation | 80 | 72 |
| ALU# 00207 | Williams | 158-103-14 | E2SW4 | Okreek Oil and Gas, LLC | 40 | 87 |
| ALU# 00208 | Williams | 158-103-17 | SE4NE4 | Okreek Oil and Gas, LLC | 20 | 134 |
| ALU# 00209 | Williams | 158-103-17 | N2SE4, SE4SE4 | Okreek Oil and Gas, LLC | 60 | 127 |
| ALU# 00210 | Williams | 158-103-27 | S2SW4 | Okreek Oil and Gas, LLC | 40 | 152 |
| ALU# 00211 | Williams | 158-103-32 | NW4 | Okreek Oil and Gas, LLC | 80 | 137 |

AUGUST 2023 AUCTION RESULTS AVAILABLE AT
https://www.land.nd.gov/surface-minerals-management/mineral-auctions

1. **Buyers – 6**
   1. Anderson Oil Ltd.
   2. Missouri River Royalty Corporation*
   3. Norra Resources LLC*
   4. Okreek Oil and Gas, LLC*
   5. Page Petroleum, LLC*
   6. Phoenix Capital Group Holdings, LLC*

2. **Buyers with 40+ acre purchases** (*indicated with a * above*)

3. **Buyers in the following counties:**

   Divide, Dunn, McKenzie, Mountrail, and Williams Counties

|  | Divide 40+acres | Dunn 40+acres | McKenzie 40+ acres | Mountrail 40+acres | Mountrail <40 acres | Williams 40+ acres | Williams <40 acres |
|---|---|---|---|---|---|---|---|
| Anderson Oil Ltd. |  |  |  |  |  |  | 1 |
| Missouri River Royalty Corporation | 14 |  | 20 |  |  | 1 |  |
| Norra Resources LLC | 3 |  |  |  |  |  |  |
| Okreek Oil and Gas, LLC |  |  |  |  |  | 5 | 1 |
| Phoenix Capital Group Holdings, LLC |  | 2 |  |  | 2 |  |  |

Dunn, McKenzie, Mountrail, Stark, and Williams Counties

| | Dunn 40+acres | McKenzie 40+ acres | Mountrail 40+acres | Mountrail <40 acres | Stark 40+ acres | Stark <40 acres | Williams 40+ acres | Williams <40 acres |
|---|---|---|---|---|---|---|---|---|
| Anderson Oil Ltd. | | | | | | | | 1 |
| Missouri River Royalty Corporatiaon | | 20 | | | 9 | 1 | 1 | |
| Norra Resources LLC | | | | | | | | |
| Okreek Oil and Gas, LLC | | | | | | | 5 | 1 |
| Phoenix Capital Group Holdings, LLC | 2 | | | 2 | | | | |