# EXHIBIT A-15

August 2024 Auction Results

| ALU No | County | Twp-Rng-Sec | Description | Bidder | Mineral Net Acres | Bonus $/Acre |
|---|---|---|---|---|---|---|
| ALU# 00698 | Billings | 138-102-6 | LOTS 3,4,5 | InterWest Petroleum Corp. | 56.99 | $22.00 |
| ALU# 00699 | Billings | 138-102-6 | LOT 12 | InterWest Petroleum Corp. | 18.73 | $27.00 |
| ALU# 00700 | Billings | 138-102-16 | NE4 | InterWest Petroleum Corp. | 160 | $30.00 |
| ALU# 00701 | Billings | 138-102-16 | NW4 | InterWest Petroleum Corp. | 160 | $37.00 |
| ALU# 00702 | Billings | 138-102-16 | SE4 | InterWest Petroleum Corp. | 160 | $35.00 |
| ALU# 00703 | Billings | 138-102-16 | SW4 | InterWest Petroleum Corp. | 160 | $42.00 |
| ALU# 00704 | Billings | 138-102-34 | NE4 | InterWest Petroleum Corp. | 160 | $30.00 |
| ALU# 00705 | Billings | 138-102-34 | NW4 | InterWest Petroleum Corp. | 160 | $38.00 |
| ALU# 00706 | Billings | 141-102-6 | S2NE4, LOTS 1,2 | Cobrara Holdings LLC | 159.76 | $23.00 |
| ALU# 00707 | Billings | 141-102-6 | SE4NW4, LOTS 3,4,5 | Northern Energy Corporation | 159.84 | $28.00 |
| ALU# 00708 | Billings | 141-102-6 | SE4 | Cobrara Holdings LLC | 160 | $34.00 |
| ALU# 00709 | Billings | 141-102-6 | E2SW4, LOTS 6,7 | Northern Energy Corporation | 159.76 | $2.00 |
| ALU# 00710 | Billings | 141-102-16 | NE4 | Northern Energy Corporation | 160 | $23.00 |
| ALU# 00711 | Billings | 141-102-16 | NW4 | Northern Energy Corporation | 160 | $33.00 |
| ALU# 00712 | Billings | 141-102-16 | SE4 | Northern Energy Corporation | 160 | $36.00 |
| ALU# 00713 | Billings | 141-102-16 | SW4 | Cobrara Holdings LLC | 160 | $40.00 |
| ALU# 00714 | Billings | 142-98-6 | S2NE4, LOTS 1,2 | Northern Energy Corporation | 79.7 | $280.00 |
| ALU# 00715 | Billings | 142-99-8 | NW4 | Northern Energy Corporation | 8 | $380.00 |
| ALU# 00716 | Billings | 143-100-12 | SE4 | Northern Energy Corporation | 8 | $161.00 |
| ALU# 00717 | Burke | 161-93-2 | S2NE4, LOTS 1,2 | Phoenix Capital Group Holdings, LLC | 79.92 | $480.00 |
| ALU# 00718 | Burke | 162-92-6 | S2NE4, LOTS 1,2 | Phoenix Capital Group Holdings, LLC | 8.04 | $201.00 |
| ALU# 00719 | Burke | 162-92-8 | Riparian acreage in SE4 attributable to Lot 2 Sec 9 | Phoenix Capital Group Holdings, LLC | 0.03 | $301.00 |
| ALU# 00720 | Burke | 162-92-13 | NW4 | Phoenix Capital Group Holdings, LLC | 80 | $101.00 |
| ALU# 00721 | Burke | 162-92-17 | Riparian acreage in NE4 attributable to Lot 2 Sec 9 | Phoenix Capital Group Holdings, LLC | 1.31 | $351.00 |
| ALU# 00722 | Burke | 162-92-19 | SE4 | Phoenix Capital Group Holdings, LLC | 8 | $401.00 |
| ALU# 00723 | Burke | 162-92-19 | E2SW4, LOTS 3,4 | Phoenix Capital Group Holdings, LLC | 7.54 | $503.00 |
| ALU# 00724 | Burke | 162-92-30 | E2NW4, LOTS 1,2 | Phoenix Capital Group Holdings, LLC | 75.6 | $105.00 |
| ALU# 00725 | Burke | 162-92-30 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | $176.00 |
| ALU# 00726 | Burke | 162-92-32 | SW4 | Phoenix Capital Group Holdings, LLC | 80 | $151.00 |
| ALU# 00727 | Burke | 162-92-35 | NE4 | Phoenix Capital Group Holdings, LLC | 80 | $151.00 |
| ALU# 00728 | Burke | 162-93-1 | S2NE4, LOTS 1,2 | Phoenix Capital Group Holdings, LLC | 79.94 | $201.00 |
| ALU# 00729 | Burke | 162-93-1 | S2NW4, LOTS 3,4 | Phoenix Capital Group Holdings, LLC | 79.82 | $276.00 |
| ALU# 00730 | Burke | 162-93-5 | SW4NW4, LOT 4 | Phoenix Capital Group Holdings, LLC | 39.84 | $401.00 |
| ALU# 00731 | Burke | 162-93-5 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | $401.00 |
| ALU# 00732 | Burke | 162-93-5 | SW4 | Phoenix Capital Group Holdings, LLC | 80 | $351.00 |
| ALU# 00733 | Burke | 162-93-8 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | $454.00 |
| ALU# 00734 | Burke | 162-93-9 | NW4 | Phoenix Capital Group Holdings, LLC | 80 | $556.00 |
| ALU# 00735 | Burke | 162-93-16 | NE4 | Phoenix Capital Group Holdings, LLC | 160 | $376.00 |
| ALU# 00736 | Burke | 162-93-16 | NW4 | Phoenix Capital Group Holdings, LLC | 160 | $351.00 |
| ALU# 00737 | Burke | 162-93-16 | SE4 | Missouri River Royalty Corporation | 160 | $423.00 |
| ALU# 00738 | Burke | 162-93-16 | SW4 | Phoenix Capital Group Holdings, LLC | 160 | $424.00 |
| ALU# 00739 | Burke | 162-93-24 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | $301.00 |
| ALU# 00740 | Burke | 162-93-36 | NE4 | Phoenix Capital Group Holdings, LLC | 160 | $301.00 |
| ALU# 00741 | Burke | 162-93-36 | NW4 | Phoenix Capital Group Holdings, LLC | 160 | $312.00 |
| ALU# 00742 | Burke | 162-93-36 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | $422.00 |
| ALU# 00743 | Burke | 162-93-36 | SW4 | Phoenix Capital Group Holdings, LLC | 80 | $451.00 |

August 2024 Auction Results

| ALU# | County | Legal | Description | Acres | Price |
|---|---|---|---|---|---|
| ALU# 00744 | Burke | 162-94-1 | E2SW4 | 40 | $556.00 |
| ALU# 00745 | Burke | 162-94-2 | S2NE4, LOTS 1,2 | 80.01 | $312.00 |
| ALU# 00746 | Burke | 162-94-2 | W2SE4 | 40 | $622.00 |
| ALU# 00747 | Burke | 162-94-12 | N2NW4 | 40 | $779.00 |
| ALU# 00748 | Burke | 162-94-12 | SW4 | 80 | $781.00 |
| ALU# 00749 | Burke | 163-91-4 | SE4 | 80 | $6.00 |
| ALU# 00750 | Burke | 163-91-18 | SE4 | 80 | $14.00 |
| ALU# 00751 | Burke | 163-91-26 | NE4 | 80 | $22.00 |
| ALU# 00752 | Burke | 163-91-26 | SE4 | 80 | $2.00 |
| ALU# 00753 | Burke | 163-91-29 | SE4 | 80 | $32.00 |
| ALU# 00754 | Burke | 163-91-30 | E2NW4, LOTS 1,2 | 76.64 | $34.00 |
| ALU# 00755 | Burke | 163-92-7 | NE4 | 80 | $22.00 |
| ALU# 00756 | Burke | 163-92-7 | SE4 | 80 | $33.00 |
| ALU# 00757 | Burke | 163-92-8 | SW4 | 80 | $39.00 |
| ALU# 00758 | Burke | 163-92-13 | SE4 | 80 | $14.00 |
| ALU# 00759 | Burke | 163-92-31 | E2SW4, LOTS 3,4 | 73.7 | $34.00 |
| ALU# 00760 | Burke | 163-93-3 | SE4 | 80 | $22.00 |
| ALU# 00761 | Burke | 163-93-10 | NW4 | 80 | $22.00 |
| ALU# 00762 | Burke | 163-93-10 | SW4 | 80 | $35.00 |
| ALU# 00763 | Burke | 163-94-20 | NW4 | 80 | $112.00 |
| ALU# 00764 | Burke | 163-94-34 | NE4 | 80 | $152.00 |
| ALU# 00765 | Burke | 163-94-36 | NW4 | 80 | $189.00 |
| ALU# 00766 | Burke | 163-94-36 | SE4 | 160 | $107.00 |
| ALU# 00767 | Burke | 163-94-36 | SW4 | **80** | $112.00 |
| ALU# 00768 | Burke | 164-92-26 | LOTS 3,4 | 40 | $67.00 |
| ALU# 00769 | Burke | 164-92-35 | W2NW4 | 36.86 | $29.00 |
| ALU# 00770 | Burke | 164-92-36 | NW4NE4, S2NE4 LESS TOWNSITE PREV DEEDED | 58.36 | $55.00 |
| ALU# 00771 | Burke | 164-92-36 | SE4 | 80 | $57.00 |
| ALU# 00772 | Burke | 164-92-36 | SW4 | 80 | $62.00 |
| ALU# 00773 | Burke | 164-93-29 | LOT 4 | 18.73 | $52.00 |
| ALU# 00774 | Burke | 164-93-31 | SE4NE4 | 20 | $106.00 |
| ALU# 00775 | Burke | 164-93-32 | W2NW4 | 40 | $52.00 |
| ALU# 00776 | Burke | 164-93-35 | NW4 | 80 | $19.00 |
| ALU# 00777 | Burke | 164-94-34 | SE4 | 80 | $44.00 |
| ALU# 00778 | Burke | 164-94-34 | SW4 | 80 | $156.00 |
| ALU# 00779 | Burke | 164-94-36 | NE4 | 160 | $36.00 |
| ALU# 00780 | Burke | 164-94-36 | NW4 | 80 | $53.00 |
| ALU# 00781 | Burke | 164-94-36 | SE4 | 160 | $22.00 |
| ALU# 00782 | Burke | 164-94-36 | SW4 | 80 | $102.00 |
| ALU# 00783 | Cavalier | 162-64-2 | SW4 | 80 | $1.00 |
| ALU# 00784 | Cavalier | 162-64-5 | SW4 | 80 | $1.00 |
| ALU# 00785 | Cavalier | 162-64-7 | NE4 | 80 | $1.00 |
| ALU# 00786 | Cavalier | 162-64-8 | SE4 | 80 | $1.00 |
| ALU# 00787 | Cavalier | 162-64-8 | SW4 | 80 | $1.00 |
| ALU# 00788 | Cavalier | 162-64-15 | NW4 | 79.79 | $1.00 |
| ALU# 00789 | Cavalier | 162-64-19 | SE4 | 80 | $1.00 |
| ALU# 00790 | Cavalier | 162-64-30 | NE4 | 80 | $1.00 |

| Buyer |
|---|
| Phoenix Capital Group Holdings, LLC |
| Phoenix Capital Group Holdings, LLC |
| Phoenix Capital Group Holdings, LLC |
| Lynx Oil Company |
| Phoenix Capital Group Holdings, LLC |
| Northern Energy Corporation |
| Northern Energy Corporation |
| Northern Energy Corporation |
| LARCO Resources, LLC |
| Northern Energy Corporation |
| LARCO Resources, LLC |
| Northern Energy Corporation |
| Northern Energy Corporation |
| LARCO Resources, LLC |
| Northern Energy Corporation |
| Phoenix Capital Group Holdings, LLC |
| Northern Energy Corporation |
| Northern Energy Corporation |
| Northern Energy Corporation |
| Phoenix Capital Group Holdings, LLC |
| Phoenix Capital Group Holdings, LLC |
| Phoenix Capital Group Holdings, LLC |
| Phoenix Capital Group Holdings, LLC |
| Phoenix Capital Group Holdings, LLC |
| Lynx Oil Company |
| Missouri River Royalty Corporation |
| Missouri River Royalty Corporation |
| Missouri River Royalty Corporation |
| Missouri River Royalty Corporation |
| Missouri River Royalty Corporation |
| Missouri River Royalty Corporation |
| Missouri River Royalty Corporation |
| Missouri River Royalty Corporation |
| Northern Energy Corporation |
| Phoenix Capital Group Holdings, LLC |
| Northern Energy Corporation |
| Northern Energy Corporation |
| Northern Energy Corporation |
| LARCO Resources, LLC |
| Williston Basin Energy LLC |
| Williston Basin Energy LLC |
| Williston Basin Energy LLC |
| Williston Basin Energy LLC |
| Williston Basin Energy LLC |
| Williston Basin Energy LLC |
| Williston Basin Energy LLC |
| Williston Basin Energy LLC |

August 2024 Auction Results

| ALU# | County | Legal | Description | Buyer | Acres | Amount |
|---|---|---|---|---|---|---|
| ALU# 00791 | Cavalier | 162-64-30 | SE4 | Williston Basin Energy LLC | 80 | $1.00 |
| ALU# 00792 | Cavalier | 162-64-30 | E2SW4, LOTS 3,4 | Williston Basin Energy LLC | 81.81 | $1.00 |
| ALU# 00793 | Cavalier | 162-64-31 | E2SW4, LOTS 3,4 | Williston Basin Energy LLC | 81.7 | $1.00 |
| ALU# 00794 | Divide | 162-95-28 | SW4 | Phoenix Capital Group Holdings, LLC | 80 | $670.00 |
| ALU# 00795 | Divide | 162-97-16 | NE4 | LA Recoveries II | 80 | $676.00 |
| ALU# 00796 | Divide | 162-97-16 | SE4 | LA Recoveries II | 80 | $901.00 |
| ALU# 00797 | Divide | 162-97-16 | SW4 | LA Recoveries II | 80 | $590.00 |
| ALU# 00798 | Divide | 162-97-16 | NE4 | LA Recoveries II | 80 | $1,201.00 |
| ALU# 00799 | Divide | 162-97-21 | SE4 | LA Recoveries II | 80 | $512.00 |
| ALU# 00800 | Divide | 162-97-22 | NE4 | LA Recoveries II | 80 | $512.00 |
| ALU# 00801 | Divide | 162-97-23 | SE4 | LA Recoveries II | 80 | $512.00 |
| ALU# 00802 | Divide | 162-101-36 | NE4 | Murex Petroleum Corporation | 160 | $167.00 |
| ALU# 00803 | Divide | 162-101-36 | NW4 | Murex Petroleum Corporation | 80 | $167.00 |
| ALU# 00804 | Divide | 162-101-36 | SE4 | Murex Petroleum Corporation | 160 | $277.00 |
| ALU# 00805 | Divide | 162-101-36 | SW4 | Murex Petroleum Corporation | 80 | $389.00 |
| ALU# 00806 | Divide | 162-102-3 | S2NW4, LOTS 3,4 | Topaz Energy Resources | 80.3 | $176.00 |
| ALU# 00807 | Divide | 162-102-3 | S2SW4 | Topaz Energy Resources | 40 | $179.00 |
| ALU# 00808 | Divide | 162-102-4 | SW4NW4 | Topaz Energy Resources | 20 | $276.00 |
| ALU# 00809 | Divide | 162-102-4 | NW4SW4 | Topaz Energy Resources | 20 | $428.00 |
| ALU# 00810 | Divide | 162-102-5 | S2NE4, LOTS 1,2 | Topaz Energy Resources | 80.07 | $376.00 |
| ALU# 00811 | Divide | 162-102-5 | S2NW4, LOTS 3,4 | Topaz Energy Resources | 79.89 | $378.00 |
| ALU# 00812 | Divide | 162-102-6 | SE4NE4, LOT 1 | Topaz Energy Resources | 39.91 | $526.00 |
| ALU# 00813 | Divide | 162-102-10 | NW4 | Topaz Energy Resources | 80 | $478.00 |
| ALU# 00814 | Divide | 162-102-13 | NW4 | Missouri River Royalty Corporation | 8 | $602.00 |
| ALU# 00815 | Divide | 162-102-14 | NW4 | Topaz Energy Resources | 80 | $406.00 |
| ALU# 00816 | Divide | 162-102-14 | SE4 | Topaz Energy Resources | 8 | $312.00 |
| ALU# 00817 | Divide | 162-102-14 | SW4 | Topaz Energy Resources | 80 | $378.00 |
| ALU# 00818 | Divide | 162-102-15 | SE4 | Topaz Energy Resources | 80 | $378.00 |
| ALU# 00819 | Divide | 162-102-16 | NE4 | Topaz Energy Resources | 160 | $378.00 |
| ALU# 00820 | Divide | 162-102-16 | NW4 | Topaz Energy Resources | 160 | $378.00 |
| ALU# 00821 | Divide | 162-102-16 | SE4 | Topaz Energy Resources | 160 | $434.00 |
| ALU# 00822 | Divide | 162-102-16 | SW4 | Topaz Energy Resources | 160 | $412.00 |
| ALU# 00823 | Divide | 162-102-17 | SE4 | Topaz Energy Resources | 80 | $346.00 |
| ALU# 00824 | Divide | 162-102-21 | N2NE4 | Topaz Energy Resources | 40 | $378.00 |
| ALU# 00825 | Divide | 162-102-21 | N2NW4 | Topaz Energy Resources | 40 | $379.00 |
| ALU# 00826 | Divide | 162-102-22 | NE4NE4, LOT 1 | Topaz Energy Resources | 39.95 | $378.00 |
| ALU# 00827 | Divide | 162-102-22 | LOT 2 | Topaz Energy Resources | 12.9 | $602.00 |
| ALU# 00828 | Divide | 162-102-23 | LOT 1 | Topaz Energy Resources | 21.6 | $552.00 |
| ALU# 00829 | Divide | 162-102-33 | NW4 | Topaz Energy Resources | 80 | $591.00 |
| ALU# 00830 | Divide | 162-102-36 | NW4 | Topaz Energy Resources | 80 | $676.00 |
| ALU# 00831 | Divide | 162-102-36 | SE4 | Murex Petroleum Corporation | 160 | $675.00 |
| ALU# 00832 | Divide | 162-102-36 | SW4 | Topaz Energy Resources | 160 | $702.00 |
| ALU# 00833 | Divide | 163-97-7 | SE4 | Missouri River Royalty Corporation | 80 | $225.00 |
| ALU# 00834 | Divide | 163-97-18 | NE4 | Missouri River Royalty Corporation | 80 | $138.00 |
| ALU# 00835 | Divide | 163-101-29 | W2SW4 | Missouri River Royalty Corporation | 40 | $32.00 |
| ALU# 00836 | Divide | 163-101-32 | NW4 | Missouri River Royalty Corporation | 80 | $34.00 |
| ALU# 00837 | Divide | 163-102-16 | NE4 | Missouri River Royalty Corporation | 160 | $17.00 |

August 2024 Auction Results

| ALU# | Type | Legal | Description | Owner | Acres | Price |
|---|---|---|---|---|---|---|
| ALU# 00838 | Divide | 163-102-16 | NW4 | | Missouri River Royalty Corporation | 160 | $23.00 |
| ALU# 00839 | Divide | 163-102-16 | SE4 | | Missouri River Royalty Corporation | 160 | $12.00 |
| ALU# 00840 | Divide | 163-102-16 | SW4 | | Missouri River Royalty Corporation | 160 | $12.00 |
| ALU# 00841 | Divide | 163-102-17 | S2NW4 | | Missouri River Royalty Corporation | 40 | $32.00 |
| ALU# 00842 | Divide | 163-102-17 | N2SW4 | | Missouri River Royalty Corporation | 40 | $12.00 |
| ALU# 00843 | Divide | 163-102-19 | S2NE4 | | Missouri River Royalty Corporation | 40 | $36.00 |
| ALU# 00844 | Divide | 163-102-19 | SE4 | | Missouri River Royalty Corporation | 80 | $57.00 |
| ALU# 00845 | Divide | 163-102-19 | SE4SW4, LOT 4 | | Topaz Energy Resources | 37.86 | $56.00 |
| ALU# 00846 | Divide | 163-102-25 | SW4 | | Missouri River Royalty Corporation | 80 | $78.00 |
| ALU# 00847 | Divide | 163-102-26 | S2SW4 | | Missouri River Royalty Corporation | 40 | $54.00 |
| ALU# 00848 | Divide | 163-102-30 | S2SE4 | | Topaz Energy Resources | 40 | $78.00 |
| ALU# 00849 | Divide | 163-102-31 | N2NE4 | | Topaz Energy Resources | 40 | $88.00 |
| ALU# 00850 | Divide | 163-102-31 | E2NW4, LOTS 1,2 | | Missouri River Royalty Corporation | 76.06 | $102.00 |
| ALU# 00851 | Divide | 163-102-32 | S2NE4 | | Topaz Energy Resources | 4 | $27.00 |
| ALU# 00852 | Divide | 163-102-32 | N2SE4 | | Topaz Energy Resources | 4 | $58.00 |
| ALU# 00853 | Divide | 163-102-32 | NW4SW4 | | Topaz Energy Resources | 20 | $88.00 |
| ALU# 00854 | Divide | 163-102-35 | NE4 | | Missouri River Royalty Corporation | 80 | $38.00 |
| ALU# 00855 | Divide | 163-102-35 | W2NW4 | | Missouri River Royalty Corporation | 40 | $47.00 |
| ALU# 00856 | Divide | 163-102-35 | SE4 | | Missouri River Royalty Corporation | 80 | $57.00 |
| ALU# 00857 | Divide | 163-102-36 | NE4 LESS FEDERAL CONDEMNATION | | Missouri River Royalty Corporation | 111.04 | $3.00 |
| ALU# 00858 | Divide | 163-102-36 | NW4 LESS FEDERAL CONDEMNATION | | Missouri River Royalty Corporation | 126.25 | $2.00 |
| ALU# 00859 | Divide | 163-102-36 | SE4 LESS FEDERAL CONDEMNATION | | Missouri River Royalty Corporation | 156.78 | $2.00 |
| ALU# 00860 | Divide | 163-102-36 | SW4 LESS FEDERAL CONDEMNATION | | Missouri River Royalty Corporation | 127.15 | $2.00 |
| ALU# 00861 | Divide | 163-103-2 | S2NE4, LOT 1 | | Missouri River Royalty Corporation | 60.1 | $2.00 |
| ALU# 00862 | Divide | 163-103-24 | SW4 | | Topaz Energy Resources | 79 | $28.00 |
| ALU# 00863 | Divide | 163-103-36 | NE4 | | Topaz Energy Resources | 160 | $52.00 |
| ALU# 00864 | Divide | 163-103-36 | NW4 | | Topaz Energy Resources | 80 | $78.00 |
| ALU# 00865 | Divide | 163-103-36 | SE4 | | Missouri River Royalty Corporation | 160 | $104.00 |
| ALU# 00866 | Divide | 163-103-36 | SW4 | | Topaz Energy Resources | 160 | $123.00 |
| ALU# 00867 | Divide | 164-98-25 | LOTS 1,2 | | Missouri River Royalty Corporation | 38.43 | $13.00 |
| ALU# 00868 | Divide | 164-98-25 | LOTS 3,4 | | Cobrara Holdings LLC | 38.65 | $34.00 |
| ALU# 00869 | Divide | 164-98-26 | LOTS 3,4 | | Cobrara Holdings LLC | 38.79 | $45.00 |
| ALU# 00870 | Divide | 164-98-27 | LOTS 1,2 | | Missouri River Royalty Corporation | 38.85 | $51.00 |
| ALU# 00871 | Divide | 164-98-27 | LOTS 3,4 | | Cobrara Holdings LLC | 38.95 | $69.00 |
| ALU# 00872 | Divide | 164-98-29 | LOT 1 | | Cobrara Holdings LLC | 19.54 | $89.00 |
| ALU# 00873 | Divide | 164-98-32 | NE4NE4 | | Cobrara Holdings LLC | 20 | $68.00 |
| ALU# 00874 | Divide | 164-98-35 | NW4 | | Missouri River Royalty Corporation | 80 | $24.00 |
| ALU# 00875 | Divide | 164-98-35 | SE4 | | Missouri River Royalty Corporation | 80 | $2.00 |
| ALU# 00876 | Divide | 164-98-36 | NE4 | | Northern Energy Corporation | 80 | $51.00 |
| ALU# 00877 | Divide | 164-98-36 | NW4 | | Northern Energy Corporation | 80 | $76.00 |
| ALU# 00878 | Divide | 164-98-36 | SE4 | | Cobrara Holdings LLC | 80 | $84.00 |
| ALU# 00879 | Divide | 164-98-36 | SW4 | | Northern Energy Corporation | 80 | $14.00 |
| ALU# 00880 | Divide | 164-99-33 | SW4 | | Cobrara Holdings LLC | 80 | $34.00 |
| ALU# 00881 | Divide | 164-102-29 | LOTS 1,2 | | Cobrara Holdings LLC | 39.16 | $48.00 |
| ALU# 00882 | Divide | 164-102-32 | N2NE4 | | Northern Energy Corporation | 40 | $46.00 |
| ALU# 00883 | Divide | 164-103-26 | LOT 5 | | Northern Energy Corporation | 18.84 | $33.00 |
| ALU# 00884 | Divide | 164-103-35 | N2NE4, SW4NE4 | | Northern Energy Corporation | 60 | $41.00 |

August 2024 Auction Results

| ALU# | County | Legal | Description | Buyer | Acres | Price |
|---|---|---|---|---|---|---|
| ALU# 00885 | Divide | 164-103-35 | E2NW4 | Northern Energy Corporation | 40 | $53.00 |
| ALU# 00886 | Divide | 164-103-35 | N2SW4 | Cobara Holdings LLC | 40 | $26.00 |
| ALU# 00887 | Divide | 164-103-36 | NE4 | Northern Energy Corporation | 160 | $2.00 |
| ALU# 00888 | Divide | 164-103-36 | NW4 | Northern Energy Corporation | 160 | $31.00 |
| ALU# 00889 | Divide | 164-103-36 | SE4 | Northern Energy Corporation | 160 | $26.00 |
| ALU# 00890 | Divide | 164-103-36 | SW4 | Northern Energy Corporation | 160 | $43.00 |
| ALU# 00891 | Dunn | 141-95-5 | S2NE4, LOTS 1,2 | Missouri River Royalty Corporation | 79.94 | $101.00 |
| ALU# 00892 | Dunn | 141-95-5 | S2NW4, LOTS 3,4 | Continental Resources, Inc. | 79.98 | $125.00 |
| ALU# 00893 | Dunn | 141-95-5 | SE4 | InterWest Petroleum Corp. | 80 | $177.00 |
| ALU# 00894 | Dunn | 141-95-5 | SW4 | Persepolis Investments LLC | 80 | $160.00 |
| ALU# 00895 | Dunn | 141-95-6 | SE4 | Orchard Energy LLC | 80 | $177.00 |
| ALU# 00896 | Dunn | 141-95-7 | NE4 | Missouri River Royalty Corporation | 80 | $177.00 |
| ALU# 00897 | Dunn | 141-95-7 | SE4 | InterWest Petroleum Corp. | 80 | $177.00 |
| ALU# 00898 | Dunn | 141-95-8 | NE4 | Persepolis Investments LLC | 80 | $160.00 |
| ALU# 00899 | Dunn | 141-95-8 | NW4 | Persepolis Investments LLC | 80 | $151.00 |
| ALU# 00900 | Dunn | 141-96-35 | SE4 | Ascension Oil & Gas | 8 | $201.00 |
| ALU# 00901 | Dunn | 141-96-35 | SW4 | InterWest Petroleum Corp. | 8 | $251.00 |
| ALU# 00902 | Dunn | 141-97-18 | NE4 | InterWest Petroleum Corp. | 8 | $301.00 |
| ALU# 00903 | Dunn | 142-94-30 | NW4SE4, S2SE4 | Persepolis Investments LLC | 60 | $136.00 |
| ALU# 00904 | Dunn | 142-94-30 | NE4SW4 | Persepolis Investments LLC | 20 | $178.00 |
| ALU# 00905 | Dunn | 142-94-31 | NE4 | Missouri River Royalty Corporation | 80 | $53.00 |
| ALU# 00906 | Dunn | 142-94-31 | E2NW4, LOT 1,2 | Missouri River Royalty Corporation | 73.62 | $76.00 |
| ALU# 00907 | Dunn | 142-94-31 | SE4 | Continental Resources, Inc. | 80 | $89.00 |
| ALU# 00908 | Dunn | 142-94-31 | E2SW4, LOTS 3,4 | Continental Resources, Inc. | 74.14 | $94.00 |
| ALU# 00909 | Dunn | 142-95-28 | N2NE4 | Persepolis Investments LLC | 4 | $338.00 |
| ALU# 00910 | Dunn | 142-95-28 | N2NW4, SW4NW4 | Persepolis Investments LLC | 6 | $356.00 |
| ALU# 00911 | Dunn | 142-95-28 | NW4SW4, S2SW4 | Persepolis Investments LLC | 6 | $360.00 |
| ALU# 00912 | Dunn | 145-94-34 | NE4NW4, W2NW4 | Veer Capital Partners LLC | 60 | $590.00 |
| ALU# 00913 | Dunn | 148-91-3 | MISSOURI RIVER IN NE4 | Phoenix Capital Group Holdings, LLC | 91.1 | $155.00 |
| ALU# 00914 | Dunn | 148-91-3 | MISSOURI RIVER IN NW4 | Phoenix Capital Group Holdings, LLC | 121.96 | $152.00 |
| ALU# 00915 | Dunn | 148-91-3 | MISSOURI RIVER IN SE4 | Phoenix Capital Group Holdings, LLC | 6.06 | $451.00 |
| ALU# 00916 | Dunn | 148-91-9 | MISSOURI RIVER IN NE4 | Phoenix Capital Group Holdings, LLC | 22.51 | $267.00 |
| ALU# 00917 | Dunn | 148-91-9 | MISSOURI RIVER IN SE4 | Phoenix Capital Group Holdings, LLC | 48.74 | $254.00 |
| ALU# 00918 | Dunn | 148-91-10 | MISSOURI RIVER IN NW4 | Phoenix Capital Group Holdings, LLC | 132.16 | $190.00 |
| ALU# 00919 | Dunn | 148-91-10 | MISSOURI RIVER IN SE4 | Phoenix Capital Group Holdings, LLC | 17.84 | $401.00 |
| ALU# 00920 | Dunn | 148-91-10 | MISSOURI RIVER IN SW4 | Phoenix Capital Group Holdings, LLC | 159.98 | $76.00 |
| ALU# 00921 | Dunn | 148-91-16 | MISSOURI RIVER IN SE4 | Phoenix Capital Group Holdings, LLC | 22.09 | $531.00 |
| ALU# 00922 | Golden Valley | 140-104-16 | NE4 | Empire Resources LLC | 160 | $54.00 |
| ALU# 00923 | Golden Valley | 140-104-16 | N2NW4, SW4NW4 | Empire Resources LLC | 120 | $79.00 |
| ALU# 00924 | Golden Valley | 140-104-16 | E2SE4 | Empire Resources LLC | 80 | $151.00 |
| ALU# 00925 | Golden Valley | 140-104-16 | NW4SW4, S2SW4 | Empire Resources LLC | 120 | $76.00 |
| ALU# 00926 | Golden Valley | 142-103-36 | NE4 | Missouri River Royalty Corporation | 160 | $2.00 |
| ALU# 00927 | Golden Valley | 142-103-36 | NW4 | Missouri River Royalty Corporation | 160 | $13.00 |
| ALU# 00928 | Golden Valley | 142-103-36 | SE4 | InterWest Petroleum Corp. | 160 | $18.00 |
| ALU# 00929 | Golden Valley | 142-103-36 | SW4 | Missouri River Royalty Corporation | 160 | $51.00 |
| ALU# 00930 | Golden Valley | 144-103-2 | LOTS 1, 2, 7 | Yockim Resource Exploration Co | 101.2 | $51.00 |
| ALU# 00931 | Golden Valley | 144-103-2 | LOTS 3,4,5,6,11,12 | Yockim Resource Exploration Co | 222 | $21.00 |

August 2024 Auction Results

| ALU# | County | Location | Description | Buyer | Acres | Price |
|---|---|---|---|---|---|---|
| ALU# 00932 | Golden Valley | 144-103-2 | NE4SE4, S2SE4 | Missouri River Royalty Corporation | 120 | $19.00 |
| ALU# 00933 | Golden Valley | 144-103-2 | SW4 | Richard Whittington | 160 | $39.00 |
| ALU# 00934 | Golden Valley | 144-103-8 | E2NE4, SW4NE4 | Richard Whittington | 120 | $19.00 |
| ALU# 00935 | Golden Valley | 144-103-8 | SE4 | Richard Whittington | 160 | $11.00 |
| ALU# 00936 | Golden Valley | 144-103-8 | SE4SW4 | Missouri River Royalty Corporation | 40 | $16.00 |
| ALU# 00937 | Golden Valley | 144-103-16 | NE4 | Whittington Energy International | 160 | $10.00 |
| ALU# 00938 | Golden Valley | 144-103-16 | NW4 | Diamond Resources | 160 | $32.00 |
| ALU# 00939 | Golden Valley | 144-103-16 | SE4 | Diamond Resources | 160 | $39.00 |
| ALU# 00940 | Golden Valley | 144-103-16 | SW4 | Diamond Resources | 160 | $51.00 |
| ALU# 00941 | McKenzie | 145-98-36 | NE4 | Petro-Hunt LLC | 80 | $2,201.00 |
| ALU# 00942 | McKenzie | 145-98-36 | NW4 | Phoenix Capital Group Holdings, LLC | 80 | $3,445.00 |
| ALU# 00943 | McKenzie | 145-98-36 | SE4 | Petro-Hunt LLC | 80 | $5,776.00 |
| ALU# 00944 | McKenzie | 145-98-36 | SW4 | Phoenix Capital Group Holdings, LLC | 80 | $4,002.00 |
| ALU# 00945 | McKenzie | 145-99-24 | NW4 | Phoenix Capital Group Holdings, LLC | 8 | $2,003.00 |
| ALU# 00946 | McKenzie | 145-99-24 | SW4 | Phoenix Capital Group Holdings, LLC | 8 | $676.00 |
| ALU# 00947 | McKenzie | 145-100-2 | S2NE4, LOTS 1,2 | Cobrara Holdings LLC | 7.95 | $445.00 |
| ALU# 00948 | McKenzie | 145-100-2 | SE4 | Cobrara Holdings LLC | 8 | $556.00 |
| ALU# 00949 | McKenzie | 147-102-20 | NE4 | Cobrara Holdings LLC | 8 | $447.00 |
| ALU# 00950 | McKenzie | 147-102-20 | NW4 | Anderson Oil Ltd. | 8 | $334.00 |
| ALU# 00951 | McLean | 148-91-15 | MISSOURI RIVER IN NE4 | Phoenix Capital Group Holdings, LLC | 45.58 | $501.00 |
| ALU# 00952 | McLean | 148-91-15 | MISSOURI RIVER IN NW4 | Phoenix Capital Group Holdings, LLC | 160.17 | $301.00 |
| ALU# 00953 | McLean | 148-91-15 | MISSOURI RIVER IN SE4 | Phoenix Capital Group Holdings, LLC | 73.51 | $601.00 |
| ALU# 00954 | McLean | 148-91-15 | MISSOURI RIVER IN SW4 | Phoenix Capital Group Holdings, LLC | 1.58 | $502.00 |
| ALU# 00955 | McLean | 148-91-16 | MISSOURI RIVER IN NE4 | Phoenix Capital Group Holdings, LLC | 57.24 | $1,001.00 |
| ALU# 00956 | Mountrail | 153-89-2 | S2NW4, LOTS 3,4 | Northern Energy Corporation | 8 | $301.00 |
| ALU# 00957 | Mountrail | 153-89-12 | SE4 | THE TRIPLE T, INC. | 8 | $252.00 |
| ALU# 00958 | Mountrail | 153-89-24 | SE4 | Lynx Oil Company | 80 | $255.00 |
| ALU# 00959 | Mountrail | 153-89-36 | SW4 | THE TRIPLE T, INC. | 80 | $128.00 |
| ALU# 00960 | Stark | 138-97-10 | E2NE4 | Cobrara Holdings LLC | 40 | $17.00 |
| ALU# 00961 | Stark | 138-97-10 | E2SE4 | Cobrara Holdings LLC | 40 | $18.00 |
| ALU# 00962 | Stark | 138-97-12 | SE4 | Northern Energy Corporation | 80 | $2.00 |
| ALU# 00963 | Stark | 138-97-12 | E2SW4 | LARCO Resources, LLC | 40 | $21.00 |
| ALU# 00964 | Stark | 138-97-15 | NE4 | Northern Energy Corporation | 80 | $3.00 |
| ALU# 00965 | Stark | 138-97-15 | NW4 | Northern Energy Corporation | 80 | $11.00 |
| ALU# 00966 | Stark | 138-97-16 | SE4 | Northern Energy Corporation | 80 | $11.00 |
| ALU# 00967 | Stark | 138-97-19 | E2SW4, LOTS 3,4 | Northern Energy Corporation | 82.52 | $6.00 |
| ALU# 00968 | Stark | 138-97-21 | SE4 | Cobrara Holdings LLC | 8 | $27.00 |
| ALU# 00969 | Stark | 138-97-21 | SW4 | LARCO Resources, LLC | 8 | $29.00 |
| ALU# 00970 | Stark | 138-97-23 | NE4 | Northern Energy Corporation | 80 | $11.00 |
| ALU# 00971 | Stark | 138-97-24 | NE4 | Northern Energy Corporation | 80 | $21.00 |
| ALU# 00972 | Stark | 138-97-24 | N2SE4 | Northern Energy Corporation | 40 | $16.00 |
| ALU# 00973 | Stark | 138-97-36 | NE4 | Northern Energy Corporation | 80 | $3.00 |
| ALU# 00974 | Stark | 138-97-36 | NW4 | Yockim Resource Exploration Co | 80 | $12.00 |
| ALU# 00975 | Stark | 138-97-36 | SE4 | Northern Energy Corporation | 80 | $11.00 |
| ALU# 00976 | Stark | 138-97-36 | SW4 | Northern Energy Corporation | 80 | $13.00 |
| ALU# 00977 | Stark | 138-98-4 | S2NW4, LOTS 3,4 | Northern Energy Corporation | 82.31 | $3.00 |
| ALU# 00978 | Stark | 138-98-5 | S2NW4, LOTS 3,4 | LARCO Resources, LLC | 81.79 | $2.00 |

August 2024 Auction Results

| ALU# | County | Location | Description | Buyer | Acres | Price |
|---|---|---|---|---|---|---|
| ALU# 00979 | Stark | 138-98-6 | S2NE4, LOTS 1,2 | Northern Energy Corporation | 81.26 | $11.00 |
| ALU# 00980 | Stark | 138-98-7 | SE4 | Five States Operating Company, LLC | 80 | $32.00 |
| ALU# 00981 | Stark | 138-98-8 | E2NE4 | Northern Energy Corporation | 40 | $6.00 |
| ALU# 00982 | Stark | 138-98-8 | E2SE4 | Northern Energy Corporation | 40 | $14.00 |
| ALU# 00983 | Stark | 138-98-16 | NE4 | Northern Energy Corporation | 160 | $3.00 |
| ALU# 00984 | Stark | 138-98-16 | NW4 | Northern Energy Corporation | 80 | $11.00 |
| ALU# 00985 | Stark | 138-98-16 | SE4 | Northern Energy Corporation | 160 | $5.00 |
| ALU# 00986 | Stark | 138-98-16 | SW4 | Northern Energy Corporation | 160 | $5.00 |
| ALU# 00987 | Stark | 138-98-30 | E2NW4, LOTS 1,2 | Five States Operating Company, LLC | 85.87 | $51.00 |
| ALU# 00988 | Stark | 138-98-34 | W2NE4 | Northern Energy Corporation | 40 | $21.00 |
| ALU# 00989 | Stark | 138-98-34 | NW4 | Northern Energy Corporation | 80 | $11.00 |
| ALU# 00990 | Stark | 138-98-34 | W2SW4 | Northern Energy Corporation | 40 | $23.00 |
| ALU# 00991 | Stark | 138-98-36 | NE4 | Northern Energy Corporation | 80 | $2.00 |
| ALU# 00992 | Stark | 138-98-36 | NW4 | Northern Energy Corporation | 80 | $7.00 |
| ALU# 00993 | Stark | 138-98-36 | SE4 | Northern Energy Corporation | 80 | $12.00 |
| ALU# 00994 | Stark | 138-98-36 | SW4 | Northern Energy Corporation | 160 | $2.00 |
| ALU# 00995 | Stark | 139-96-2 | S2NE4, LOTS 1,2 | Northern Energy Corporation | 79.53 | $6.00 |
| ALU# 00996 | Stark | 139-96-2 | S2NW4, LOTS 3,4 | Northern Energy Corporation | 80.11 | $2.00 |
| ALU# 00997 | Stark | 139-96-12 | NE4 SOUTH OF RR | Northern Energy Corporation | 8.23 | $57.00 |
| ALU# 00998 | Stark | 139-96-12 | SE4 | Northern Energy Corporation | 80 | $16.00 |
| ALU# 00999 | Stark | 139-97-12 | N2NE4, SE4NE4 | Persepolis Investments LLC | 60 | $3.00 |
| ALU# 01000 | Stark | 139-97-12 | NE4NW4 | Northern Energy Corporation | 20 | $77.00 |
| ALU# 01001 | Stark | 139-97-12 | NE4NW4SE4, N2NE4SE4 LYING N. OF THE NORTHERN BOUNDARY OF THE RR ROW | Northern Energy Corporation | 7.9 | $82.00 |
| ALU# 01002 | Stark | 139-97-29 | NE4 | Persepolis Investments LLC | 80 | $100.00 |
| ALU# 01003 | Stark | 139-97-29 | SE4 | Northern Energy Corporation | 80 | $114.00 |
| ALU# 01004 | Stark | 139-97-29 | SW4 | Northern Energy Corporation | 80 | $116.00 |
| ALU# 01005 | Stark | 139-97-30 | E2NW4, LOTS 1,2 | Northern Energy Corporation | 75.41 | $169.00 |
| ALU# 01006 | Stark | 139-97-30 | E2SW4, LOTS 3,4 | Northern Energy Corporation | 75.7 | $187.00 |
| ALU# 01007 | Stark | 139-97-36 | NE4 | Northern Energy Corporation | 80 | $2.00 |
| ALU# 01008 | Stark | 139-97-36 | NW4 | Northern Energy Corporation | 80 | $3.00 |
| ALU# 01009 | Stark | 139-97-36 | SE4 | Northern Energy Corporation | 80 | $12.00 |
| ALU# 01010 | Stark | 139-97-36 | SW4 | Northern Energy Corporation | 80 | $22.00 |
| ALU# 01011 | Williams | 157-103-12 | W2NW4 | Phoenix Capital Group Holdings, LLC | 40 | $526.00 |
| ALU# 01012 | Williams | 157-103-12 | W2SW4 | Phoenix Capital Group Holdings, LLC | 40 | $889.00 |

**AUGUST, 2024 AUCTION RESULTS AVAILABLE AT**
https://www.land.nd.gov/surface-minerals-management/mineral-auctions

**(1) Buyers purchasing acreage - 25**
1. Anderson Oil Ltd.
2. Ascension Oil & Gas
3. Cobrara Holdings LLC
4. Continental Resources, Inc.
5. Diamond Resources
6. Empire Resourses LLC
7. Five States Operating Company, LLC
8. InterWest Petroleum Corp.
9. LA Recoveries II
10. LARCO Resources, LLC
11. Lynx Oil Company
12. Missouri River Royalty Corporation
13. Murex Petroleum Corporation
14. Northern Energy Corporation
15. Orchard Energy LLC
16. Persepolis Investments LLC
17. Petro-Hunt LLC
18. Phoenix Capital Group Holdings, LLC
19. Richard Whittington
20. THE TRIPLE T, INC.
21. Topaz Energy Resources
22. Veer Capital Partners, LLC
23. Whittington Energy International
24. Williston Basin Energy LLC
25. Yockim Resource Exploration Co.

**(2) Buyers purchasing more than 40 acres in any one purchase - 23**
1. Cobrara Holdings, LLC
2. Continental Resources, Inc.
3. Diamond Resources
4. Empire Resources LLC
5. Five States Operating Company, LLC
6. InterWest Petroleum Corp.
7. LA Recoveries II
8. LARCO Resources, LLC
9. Lynx Oil Company
10. Missouri River Royalty Corporation
11. Murex Petroleum Corporation
12. Northern Energy Corporation
13. Orchard Energy LLC
14. Persepolis Investments LLC
15. Petro-Hunt LLC
16. Phoenix Capital Group Holdings, LLC
17. Richard Whittington
18. THE TRIPLE T
19. Topaz Energy Resources
20. Veer Capital Partners LLC
21. Whittington Energy International
22. Williston Basin Energy LLC
23. Yockim Resource Exploration Co.

**(3) Buyers purchasing acreage in and (4) more than 40 acres in any single purchase:**

Divide, Dunn, McKenzie, Mountrail, and Williams Counties

| | Divide # of 40+ acre purchases | Divide # purchases <40 acres | Dunn # of 40+ acre purchases | Dunn # purchases <40 acres | McKenzie # of 40+ acre purchases | McKenzie # purchases <40 acres | Mountrail # of 40+ acre purchases | Mountrail # purchases <40 acres | Williams # of 40+ acre purchases |
|---|---|---|---|---|---|---|---|---|---|
| Anderson Oil Ltd. | | | | | | 1 | | | |
| Ascension Oil & Gas | | | | 1 | | | | | |
| Cobrara Holdings, LLC | 3 | 6 | | | | 3 | | | |
| Continental Resources, Inc. | | | 3 | | | | | | |
| InterWest Petroleum Corp. | | | 2 | 2 | | | | | |
| LA Recoveries II | 7 | | | | | | | | |
| Lynx Oil Company | | | | | | | | 1 | |
| Missouri River Royalty Corporation | 26 | 3 | 4 | | | | | | |
| Murex Petroleum Corporation | 5 | | | | | | | | |

| Company | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 |
|---|---|---|---|---|---|---|---|---|---|
| Northern Energy Corporation | 10 | 1 |  |  |  |  |  |  | 1 |
| Orchard Energy LLC |  |  | 1 |  |  |  |  |  |  |
| Persepolis Investments LLC |  |  | 4 | 4 |  |  |  |  |  |
| Petro-Hunt LLC |  |  |  |  | 2 |  |  |  |  |
| Phoenix Capital Group Holdings, LLC | 1 |  | 5 | 4 | 2 | 2 |  |  | 2 |
| The Triple T, Inc. |  |  |  |  |  |  | 1 | 1 |  |
| Topaz Energy Resources | 24 | 11 |  |  |  |  |  |  |  |
| Veer Capital Partners, LLC |  |  | 1 |  |  |  |  |  |  |

Williams, McKenzie, Mountrail, Stark, and Dunn

| | Dunn # of 40+ acre purchases | Dunn # purchases <40 acres | McKenzie # of 40+ acre purchases | McKenzie # purchases <40 acres | Mountrail # of 40+ acre purchases | Mountrail # purchases <40 acres | Stark # of 40+ acre purchases | Stark # purchases <40 acres | Williams # of 40+ acre purchases |
|---|---|---|---|---|---|---|---|---|---|
| Ascension Oil & Gas | | 1 | | | | | | | |
| Anderson Oil Ltd. | | | | 1 | | | | | |
| Cobrara Holdings LLC | | | | 2 | | | 2 | | |
| Continental Resources, Inc. | 3 | | | | | | | | |
| Five States Operating Company, LLC | | | | | | | 2 | | |
| InterWest Petroleum Corp. | 2 | 2 | | | | | | | |
| LARCO Resources, LLC | | | | | | | 2 | 1 | |
| Lynx Oil Company | | | | | | 1 | | | |
| Missouri River | 4 | | | | | | | | |

| Entity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Royalty Corporation | | | | | | | | | |
| Northern Energy Corporation | 1 | | | | | | | 37 | 3 |
| Orchard Energy LLC | 1 | | | | | | | | |
| Petro-Hunt LLC | | | 2 | | | | | | |
| Persepolis Investments LLC | 4 | 4 | | | | | | 2 | |
| Phoenix Capital Group Holdings LLC | 5 | 4 | 2 | 2 | | | | | 2 |
| The Triple T, Inc. | | | | | 1 | 1 | | | |
| Veer Capital Partners, LLC | 1 | | | | | | | | |
| Yockim Resource Exploration Co. | | | | | | | 1 | | |