# EXHIBIT A-16

