# EXHIBIT A-17

Return to Search Results

**You searched for:** RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for incline and Search Results For=Dunn County

169 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

Purchase Selected

Description    Summary                                                                                              Select All / None

| | |
|---|---|
| **Dunn County 3097425** | **Instrument #** 3097425    **Recording Date:** Tue Aug 09 09:00:00 CDT 2022 |

Preview Image    ☐ Purchase

**Grantor:** PROSPERITY BANK, LEGACYTEXAS BANK

**Grantee:** INCLINE BAKKEN, LLC, INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: SW Quarter: SW Section: 04 Township: 144 Range: 95, Sixteenth: SE Quarter: SW Section: 04 Township: 144 Range: 95, ...

**Document Type: RELEASE**
**Document Date:** 08/05/2022

| | |
|---|---|
| **Dunn County 3095870** | **Instrument #** 3095870    **Recording Date:** Thu Jan 27 09:39:00 CST 2022 |

Preview Image    ☐ Purchase

**Grantor:** STROMSTAD, JEFF, STROMSTAD, JEFFREY A.

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NE Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: SW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: SE Quarter: NW Section: 20 Township: 146 Range: 92, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:**

| | |
|---|---|
| **Dunn County 3095865** | **Instrument #** 3095865    **Recording Date:** Wed Jan 26 16:01:00 CST 2022 |

Preview Image    ☐ Purchase

**Grantor:** SANDY RIVER ENERGY, LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NE Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: SW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: SE Quarter: NW Section: 20 Township: 146 Range: 92, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:**

| | |
|---|---|
| **Dunn County 3095866** | **Instrument #** 3095866    **Recording Date:** Wed Jan 26 16:04:00 CST 2022 |

Preview Image    ☐ Purchase

**Grantor:** GIMBEL, TERRY L.

**Grantee:** INCLINE BAKKEN, LLC

Select All / None

| Description | Summary |
|---|---|

Legal: , ...Quarter: NW Section: 20
Township: 146 Range: 92, Quarter: NE
Section: 20 Township: 146 Range: 92,
Sixteenth: NW Quarter: NW Section: 20
Township: 146 Range: 92, Sixteenth: NE
Quarter: NW Section: 20 Township: 146
Range: 92, Sixteenth: NW Quarter: NE
Section: 20 Township: 146 Range: 92, ...

**Document Type: ASSIGNMENT OIL &
GAS LEASE**
Document Date:

---

**Dunn County 3096328**

Instrument # 3096328    Recording Date: Mon Mar 21 09:06:00 CDT 2022    Preview Image    ☐ Purchase

Grantor: HAMBLIN, CAMILLE SUZANNE    Grantee: INCLINE BAKKEN MINERALS II, LLC

Legal: , ...Quarter: NW Section: 13
Township: 145 Range: 96, Quarter: SW
Section: 13 Township: 145 Range: 96,
Sixteenth: NW Quarter: NW Section: 13
Township: 145 Range: 96, Sixteenth: NE
Quarter: NW Section: 13 Township: 145
Range: 96, Sixteenth: SW Quarter: NW
Section: 13 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
Document Date:

---

**Dunn County 3096333**

Instrument # 3096333    Recording Date: Mon Mar 21 14:16:00 CDT 2022    Preview Image    ☐ Purchase

Grantor: MOORE, J. HIRAM LTD, PROVIDENCE ENERGY LTD, AGENT    Grantee: PUBLIC, INCLINE BAKKEN, LLC

Legal: , ...Quarter: NW Section: 13
Township: 146 Range: 97, Quarter: NE
Section: 13 Township: 146 Range: 97,
Quarter: SW Section: 13 Township: 146
Range: 97, Quarter: SE Section: 13
Township: 146 Range: 97, Sixteenth: NW
Quarter: NW Section: 13 Township: 146
Range: 97, ...

**Document Type: MEMORANDUM OF O
& G LEASE**
Document Date: 06/21/2021

---

**Dunn County 3096334**

Instrument # 3096334    Recording Date: Mon Mar 21 14:18:00 CDT 2022    Preview Image    ☐ Purchase

Grantor: MOORE, J. HIRAM LTD, PROVIDENCE ENERGY LTD. AGENT    Grantee: PUBLIC, INCLINE BAKKEN, LLC

Legal: , ...Quarter: NW Section: 14
Township: 146 Range: 97, Quarter: NE
Section: 14 Township: 146 Range: 97,
Quarter: SW Section: 14 Township: 146
Range: 97, Quarter: SE Section: 14
Township: 146 Range: 97, Sixteenth: NW
Quarter: NW Section: 14 Township: 146
Range: 97, ...

**Document Type: MEMORANDUM OF O
& G LEASE**
Document Date:

---

**Dunn County 3096974**

Instrument # 3096974    Recording Date: Tue Jun 07 15:40:00 CDT 2022    Preview Image    ☐ Purchase

Grantor: FISCHER, TAMI E.    Grantee: INCLINE BAKKEN MINERALS II, LLC

Legal: , ...Quarter: SW Section: 10
Township: 144 Range: 94, Quarter: SE
Section: 10 Township: 144 Range: 94,
Sixteenth: NW Quarter: SW Section: 10
Township: 144 Range: 94, Sixteenth: NE
Quarter: SW Section: 10 Township: 144

**Document Type: MINERAL DEED**
Document Date:

Description    Summary                                                                          Select All / None

Range: 94, Sixteenth: NW Quarter: SE
Section: 10 Township: 144 Range: 94, ...

**Dunn County 3096975**

**Instrument #** 3096975    **Recording Date:** Tue Jun 07 15:45:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** SCHMIDT, RUSTY S.    **Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096976**

**Instrument #** 3096976    **Recording Date:** Tue Jun 07 15:47:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** SCHMIDT, ROCKY E.    **Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096985**

**Instrument #** 3096985    **Recording Date:** Wed Jun 08 09:02:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** SMITH, KATHY G.    **Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096988**

**Instrument #** 3096988    **Recording Date:** Wed Jun 08 12:38:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** NICO RESOURCES, LLC, EPIC RESOURCES, LLC, ENGLAND RESOURCES CORPORATION    **Grantee:** INCLINE BAKKEN II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 30 Township: 147 Range: 97, Sixteenth: NW Quarter: SW Section: 30 Township: 147 Range: 97, Quarter: SW Section: 30 Township: 147 Range: 97, Sixteenth: SW Quarter: SW Section: 30 Township: 147 Range: 97, Quarter: NW Section: 30 Township: 147 Range: 97, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 06/07/2022

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Dunn County 3096977**

**Instrument #** 3096977  **Recording Date:** Tue Jun 07 15:48:00 CDT 2022   Preview Image   ☐ Purchase

**Grantor:** SCHMIDT, RICKY G.  **Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 10 Township: 144 Range: 94, ...   **Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3097351**

**Instrument #** 3097351  **Recording Date:** Tue Jul 26 10:12:00 CDT 2022   Preview Image   ☐ Purchase

**Grantor:** PONY OIL OPERATING, LLC  **Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, ...   **Document Type: MINERAL DEED**
**Document Date:** 07/25/2022

---

**Dunn County 3097373**

**Instrument #** 3097373  **Recording Date:** Fri Jul 29 15:05:00 CDT 2022   Preview Image   ☐ Purchase

**Grantor:** DECARLO, CHARLES M. II  **Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Quarter: SW Section: 12 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 12 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 12 Township: 145 Range: 97, Sixteenth: SW Quarter: SW Section: 12 Township: 145 Range: 97, Sixteenth: SE Quarter: SW Section: 12 Township: 145 Range: 97   **Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3096836**

**Instrument #** 3096836  **Recording Date:** Mon May 23 14:02:00 CDT 2022   Preview Image   ☐ Purchase

**Grantor:** J HIRAM MOORE, LTD, PROVIDENCE ENERGY LTD. AGENT  **Grantee:** PUBLIC, INCLINE BAKKEN II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 07 Township: 146 Range: 97, Quarter: NW Section: 07 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 07 Township: 146 Range: 97, Quarter: NW Section: 07 Township: 146 Range: 97, ...   **Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

---

**Dunn County 3097031**

**Instrument #** 3097031  **Recording Date:** Tue Jun 14 09:30:00 CDT 2022   Preview Image   ☐ Purchase

**Grantor:** KLOCKO, MERRIKAY, FRANICH, TYLER C., FRANICH, JUSTICE J.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 145 Range: 96, Quarter: SW Section: 13 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 13 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 13 Township: 145 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

**Dunn County 3097710**　　**Instrument #** 3097710　　**Recording Date:** Fri Sep 09 15:14:00 CDT 2022　　Preview Image　　☐ Purchase

**Grantor:** FLYING WOLF ENTERPRISES, INC.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 29 Township: 145 Range: 96, Quarter: SE Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NE Quarter: SW Section: 29 Township: 145 Range: 96, Sixteenth: NW Quarter: SE Section: 29 Township: 145 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

**Dunn County 3098073**　　**Instrument #** 3098073　　**Recording Date:** Mon Oct 31 09:22:00 CDT 2022　　Preview Image　　☐ Purchase

**Grantor:** STRASSER, JULIE

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 09 Township: 144 Range: 94, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

**Dunn County 3098071**　　**Instrument #** 3098071　　**Recording Date:** Mon Oct 31 08:54:00 CDT 2022　　Preview Image　　☐ Purchase

**Grantor:** MATTER, DIANE

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 09 Township: 144 Range: 94, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

**Dunn County 3098072**　　**Instrument #** 3098072　　**Recording Date:** Mon Oct 31 09:00:00 CDT 2022　　Preview Image　　☐ Purchase

**Grantor:** BAUGH, KAREN

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 09 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3097492**

**Instrument #** 3097492    **Recording Date:** Mon Aug 15 14:54:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** MORRELL, PERRI

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NW Section: 30 Township: 145 Range: 93, Quarter: NE Section: 30 Township: 145 Range: 93, Quarter: SW Section: 30 Township: 145 Range: 93, Quarter: SE Section: 30 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 145 Range: 93, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3097240**

**Instrument #** 3097240    **Recording Date:** Fri Jul 08 16:03:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** INCLINE BAKKEN LLC

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NE Section: 29 Township: 146 Range: 95, Quarter: SW Section: 29 Township: 146 Range: 95, Sixteenth: NW Quarter: NE Section: 29 Township: 146 Range: 95, Sixteenth: NE Quarter: NE Section: 29 Township: 146 Range: 95, Sixteenth: SW Quarter: NE Section: 29 Township: 146 Range: 95, ...

**Document Type: ASSIGNMENT ORR INTEREST**
**Document Date:**

---

**Dunn County**
**3097294**

**Instrument #** 3097294    **Recording Date:** Mon Jul 18 09:09:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** RICE, RAYMOND

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NE Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NE Section: 03 Township: 146 Range: 97, Sixteenth: NW Quarter: NE Section: 03 Township: 146 Range: 97, Quarter: NW Section: 03 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3097305**

**Instrument #** 3097305    **Recording Date:** Tue Jul 19 11:02:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** MITCHELL, GARTH A.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 144 Range: 94, Quarter: SE Section: 10 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 94, Sixteenth: NE

**Document Type: MINERAL DEED**
**Document Date:**

Description   Summary

Select All / None

Quarter: SW Section: 10 Township: 144
Range: 94, Sixteenth: NW Quarter: SE
Section: 10 Township: 144 Range: 94, ...

---

**Dunn County 3097301**

**Instrument #** 3097301   **Recording Date:** Tue Jul 19 09:11:00 CDT 2022

Preview Image   ☐ Purchase

**Grantor:** MERKET, GARRETT B.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 06
Township: 146 Range: 93, Sixteenth: NW
Quarter: SW Section: 06 Township: 146
Range: 93, Sixteenth: NE Quarter: SW
Section: 06 Township: 146 Range: 93,
Sixteenth: SW Quarter: SW Section: 06
Township: 146 Range: 93, Sixteenth: SE
Quarter: SW Section: 06 Township: 146
Range: 93, ...

**Document Type: ASSIGNMENT ORR INTEREST**
**Document Date:**

---

**Dunn County 3097302**

**Instrument #** 3097302   **Recording Date:** Tue Jul 19 09:16:00 CDT 2022

Preview Image   ☐ Purchase

**Grantor:** IRON HORSE ROYALTIES, LLC

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NE Section: 18
Township: 145 Range: 96, Quarter: SE
Section: 18 Township: 145 Range: 96,
Sixteenth: NW Quarter: NE Section: 18
Township: 145 Range: 96, Sixteenth: NE
Quarter: NE Section: 18 Township: 145
Range: 96, Sixteenth: SW Quarter: NE
Section: 18 Township: 145 Range: 96, ...

**Document Type: ASSIGNMENT ORR INTEREST**
**Document Date:**

---

**Dunn County 3097300**

**Instrument #** 3097300   **Recording Date:** Tue Jul 19 08:58:00 CDT 2022

Preview Image   ☐ Purchase

**Grantor:** SMITH, PAMELA RICE

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3,
...Quarter: NE Section: 03 Township: 146
Range: 97, Sixteenth: NE Quarter: NE
Section: 03 Township: 146 Range: 97,
Quarter: NE Section: 03 Township: 146
Range: 97, Sixteenth: NW Quarter: NE
Section: 03 Township: 146 Range: 97,
Quarter: NW Section: 03 Township: 146
Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3098511**

**Instrument #** 3098511   **Recording Date:** Fri Dec 30 09:46:00 CST 2022

Preview Image   ☐ Purchase

**Grantor:** HEGRANES, THOMAS W.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Quarter: SE Section: 05 Township:
145 Range: 94, Sixteenth: NW Quarter:
SE Section: 05 Township: 145 Range: 94,
Sixteenth: NE Quarter: SE Section: 05
Township: 145 Range: 94, Sixteenth: SW
Quarter: SE Section: 05 Township: 145
Range: 94, Sixteenth: SE Quarter: SE
Section: 05 Township: 145 Range: 94

**Document Type: MINERAL DEED**
**Document Date:**

Description   Summary          Select All / None

---

**Dunn County**
**3098274**

**Instrument #** 3098274    **Recording Date:** Wed Nov 30 11:55:00 CST 2022    Preview Image    ☐ Purchase

**Grantor:** HINDMAN, FAYE JOREENE, HINDMAN, TRACY FLOYD

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County**
**3098453**

**Instrument #** 3098453    **Recording Date:** Tue Dec 27 14:37:00 CST 2022    Preview Image    ☐ Purchase

**Grantor:** BLACK STONE MINERALS COMPANY, L.P., BSMC GP, L.L.C.

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** Lot 3, Lot 3, ...Quarter: SW Section: 31 Township: 146 Range: 92, Sixteenth: NE Quarter: SW Section: 31 Township: 146 Range: 92, Sixteenth: SE Quarter: SW Section: 31 Township: 146 Range: 92, Quarter: SW Section: 31 Township: 146 Range: 92, Sixteenth: NW Quarter: SW Section: 31 Township: 146 Range: 92, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 12/05/2022

---

**Dunn County**
**3097439**

**Instrument #** 3097439    **Recording Date:** Wed Aug 10 09:24:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** MARATHON OIL COMPANY

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Section: 14 Township: 145 Range: 94, Section: 23 Township: 145 Range: 94, Quarter: NE Section: 14 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 14 Township: 145 Range: 94, Sixteenth: NE Quarter: NE Section: 14 Township: 145 Range: 94, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 08/09/2022

---

**Dunn County**
**3097438**

**Instrument #** 3097438    **Recording Date:** Wed Aug 10 09:16:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** MARATHON OIL COMPANY

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Section: 15 Township: 145 Range: 94, Section: 22 Township: 145 Range: 94, Quarter: NW Section: 15 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 15 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 15 Township: 145 Range: 94, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 08/09/2022

---

**Dunn County**
**3097440**

**Instrument #** 3097440    **Recording Date:** Wed Aug 10 09:28:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** MARATHON OIL COMPANY

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Section: 04 Township: 145 Range: 94, Section: 09 Township: 145 Range: 94, Quarter: NW Section: 09 Township: 145 Range: 94, Quarter: NE

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 08/09/2022

Description Summary

Select All / None

Section: 09 Township: 145 Range: 94,
Quarter: SW Section: 09 Township: 145
Range: 94, ...

| | | | | |
|---|---|---|---|---|
| **Dunn County 3098057** | **Instrument #** 3098057 | **Recording Date:** Wed Oct 26 15:48:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** MCCULLY-CHAPMAN EXPLORATION, INC., BROUGHTON PETROLEUM, INC., OTTER CREEK, LLC

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** , ...Quarter: NW Section: 06 Township: 143 Range: 96, Quarter: NE Section: 06 Township: 143 Range: 96, Quarter: SW Section: 06 Township: 143 Range: 96, Quarter: SE Section: 06 Township: 143 Range: 96, Sixteenth: NW Quarter: NW Section: 06 Township: 143 Range: 96, ...

**Document Type: ASSIGN INTEREST IN O & G LEASE**
**Document Date:** 10/20/2022

| | | | | |
|---|---|---|---|---|
| **Dunn County 3098058** | **Instrument #** 3098058 | **Recording Date:** Thu Oct 27 13:52:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** BROWN FAMILY MINERAL TRUST DATED MARCH 9, BROWN, MAX S. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** Quarter: NW Section: 20 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 20 Township: 145 Range: 93, Sixteenth: NE Quarter: NW Section: 20 Township: 145 Range: 93, Sixteenth: SW Quarter: NW Section: 20 Township: 145 Range: 93, Sixteenth: SE Quarter: NW Section: 20 Township: 145 Range: 93

**Document Type: MINERAL DEED**
**Document Date:**

| | | | | |
|---|---|---|---|---|
| **Dunn County 3097903** | **Instrument #** 3097903 | **Recording Date:** Tue Oct 04 14:27:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** RAAEN, BRADLEY L.

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

**Legal:** , ...Quarter: SW Section: 01 Township: 145 Range: 97, Quarter: SE Section: 01 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 01 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 01 Township: 145 Range: 97, Sixteenth: NW Quarter: SE Section: 01 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

| | | | | |
|---|---|---|---|---|
| **Dunn County 3097924** | **Instrument #** 3097924 | **Recording Date:** Fri Oct 07 10:40:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** RAAEN, DOROTHY

**Grantee:** INCLINE BAKKEN MINERALS II, LLC

Description  Summary                                                                        Select All / None

**Legal:** , ...Quarter: SW Section: 01
Township: 145 Range: 97, Quarter: SE
Section: 01 Township: 145 Range: 97,
Sixteenth: NW Quarter: SW Section: 01
Township: 145 Range: 97, Sixteenth: NE
Quarter: SW Section: 01 Township: 145
Range: 97, Sixteenth: NW Quarter: SE
Section: 01 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | | | |
|---|---|---|---|---|
| **Dunn County 3096594** | **Instrument #** 3096594 | **Recording Date:** Thu Apr 28 10:03:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** J. HIRAM MOORE, LTD,
PROVIDENCE ENERGY LTD. AGENT

**Grantee:** INCLINE BAKKEN II, LLC

**Legal:** , ...Quarter: NW Section: 17
Township: 146 Range: 97, Quarter: SW
Section: 17 Township: 146 Range: 97,
Sixteenth: NW Quarter: NW Section: 17
Township: 146 Range: 97, Sixteenth: NE
Quarter: NW Section: 17 Township: 146
Range: 97, Sixteenth: SW Quarter: NW
Section: 17 Township: 146 Range: 97, ...

**Document Type: MEMORANDUM OF O
& G LEASE**
**Document Date:**

---

| | | | | |
|---|---|---|---|---|
| **Dunn County 3096654** | **Instrument #** 3096654 | **Recording Date:** Thu May 05 13:04:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** EVANS, GERARD SAMUEL

**Grantee:** INCLINE BAKKEN MINERALS
II, LLC

**Legal:** , ...Quarter: NW Section: 24
Township: 145 Range: 95, Quarter: NE
Section: 24 Township: 145 Range: 95,
Quarter: SW Section: 24 Township: 145
Range: 95, Quarter: SE Section: 24
Township: 145 Range: 95, Sixteenth: NW
Quarter: NW Section: 24 Township: 145
Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | | | |
|---|---|---|---|---|
| **Dunn County 3096810** | **Instrument #** 3096810 | **Recording Date:** Thu May 19 09:23:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** INCLINE BAKKEN MINERALS
II, LLC, 1280 ROYALTIES, LLC

**Grantee:** INCLINE BAKKEN MINERALS
II, LLC, 1280 ROYALTIES, LLC

**Legal:** , ...Quarter: NW Section: 13
Township: 145 Range: 96, Quarter: SW
Section: 13 Township: 145 Range: 96,
Sixteenth: NW Quarter: NW Section: 13
Township: 145 Range: 96, Sixteenth: NE
Quarter: NW Section: 13 Township: 145
Range: 96, Sixteenth: SW Quarter: NW
Section: 13 Township: 145 Range: 96, ...

**Document Type: STIPULATION**
**Document Date:** 04/19/2022

---

| | | | | |
|---|---|---|---|---|
| **Dunn County 3096494** | **Instrument #** 3096494 | **Recording Date:** Mon Apr 18 09:26:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** HAMBLIN, CAMILLE SUZANNE

**Grantee:** INCLINE BAKKEN MINERALS
II, LLC

**Legal:** , ...Quarter: NW Section: 13
Township: 145 Range: 96, Quarter: SW
Section: 13 Township: 145 Range: 96,
Sixteenth: NW Quarter: NW Section: 13
Township: 145 Range: 96, Sixteenth: NE
Quarter: NW Section: 13 Township: 145

**Document Type: MINERAL DEED**
**Document Date:**

Range: 96, Sixteenth: SW Quarter: NW
Section: 13 Township: 145 Range: 96, ...

| | | |
|---|---|---|
| **Dunn County** **3093221** | **Instrument #** 3093221    **Recording Date:** Wed Feb 10 12:49:00 CST 2021 | Preview Image    ☐ Purchase |

**Grantor:** GARDNER, PATRICK J., GARDNER, HARRIET J.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE Quarter: NW Section: 27 Township: 145 Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

| | | |
|---|---|---|
| **Dunn County** **3093049** | **Instrument #** 3093049    **Recording Date:** Wed Jan 13 11:57:00 CST 2021 | Preview Image    ☐ Purchase |

**Grantor:** WALKER, ROBERT N. REVOCABLE LIVING TRUST, WALKER, ROBERT J. TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** ...Quarter: SE Section: 14 Township: 146 Range: 96, Sixteenth: NW Quarter: SE Section: 14 Township: 146 Range: 96, Sixteenth: NE Quarter: SE Section: 14 Township: 146 Range: 96, Sixteenth: SW Quarter: SE Section: 14 Township: 146 Range: 96, Sixteenth: SE Quarter: SE Section: 14 Township: 146 Range: 96, ...

**Document Type: QUIT CLAIM**
**MINERAL DEED**
**Document Date:** 01/02/2021

| | | |
|---|---|---|
| **Dunn County** **3093048** | **Instrument #** 3093048    **Recording Date:** Wed Jan 13 11:52:00 CST 2021 | Preview Image    ☐ Purchase |

**Grantor:** BARSNESS REVOCABLE TRUST DATED 7-11-201, BARSNESS, SHIRLEY TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** ...Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 07 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 07 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

| | | |
|---|---|---|
| **Dunn County** **3093319** | **Instrument #** 3093319    **Recording Date:** Mon Mar 01 10:25:00 CST 2021 | Preview Image    ☐ Purchase |

**Grantor:** GARDNER, THOMAS G., GARDNER, JOAN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: NE Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SW Quarter: NW Section: 27 Township: 145 Range: 96, Sixteenth: SE

**Document Type: MINERAL DEED**
**Document Date:**

Description  Summary                                                                              Select All / None

Quarter: NW Section: 27 Township: 145
Range: 96

| | | | |
|---|---|---|---|
| **Dunn County** 3095195 | **Instrument #** 3095195 | **Recording Date:** Mon Nov 01 15:18:00 CDT 2021 | Preview Image ☐ Purchase |

**Grantor:** NIZE MINERAL TRUST, MURPHY, BENJAMIN TRUSTEE

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Quarter: SW Section: 14 Township: 148 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 148 Range: 94

**Document Type: OIL AND GAS LEASE**
**Document Date:** 10/25/2021

---

| | | | |
|---|---|---|---|
| **Dunn County** 3095173 | **Instrument #** 3095173 | **Recording Date:** Fri Oct 29 14:01:00 CDT 2021 | Preview Image ☐ Purchase |

**Grantor:** AMMOND, KATHLEEN ANN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SE Quarter: NW Section: 21 Township: 146 Range: 97

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | | |
|---|---|---|---|
| **Dunn County** 3095172 | **Instrument #** 3095172 | **Recording Date:** Fri Oct 29 14:00:00 CDT 2021 | Preview Image ☐ Purchase |

**Grantor:** MILLIKAN, KEITH ALLEN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SE Quarter: NW Section: 21 Township: 146 Range: 97

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | | |
|---|---|---|---|
| **Dunn County** 3095169 | **Instrument #** 3095169 | **Recording Date:** Fri Oct 29 11:09:00 CDT 2021 | Preview Image ☐ Purchase |

**Grantor:** MILLIKAN, MICHAEL JAMES

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SE Quarter: NW Section: 21 Township: 146 Range: 97

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | | |
|---|---|---|---|
| **Dunn County** 3095135 | **Instrument #** 3095135 | **Recording Date:** Wed Oct 27 08:12:00 CDT 2021 | Preview Image ☐ Purchase |

**Grantor:** NELSON, KAREN M.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, Lot 5, Lot 5, , ...Quarter: NE Section: 04 Township: 148 Range: 95, Sixteenth: SW Quarter: NE Section: 04 Township: 148 Range: 95, Quarter: SE Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 04 Township: 148 Range: 95, Quarter: NW Section: 04 Township: 148 Range: 95, ...

**Document Type:** MINERAL DEED
**Document Date:**

| Dunn County 3095136 | **Instrument #** 3095136 | **Recording Date:** Wed Oct 27 08:15:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** ENGEN, SANDRA H.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 4, Lot 4, Lot 5, Lot 5, , ...Quarter: NE Section: 04 Township: 148 Range: 95, Sixteenth: SW Quarter: NE Section: 04 Township: 148 Range: 95, Quarter: SE Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 04 Township: 148 Range: 95, Quarter: NW Section: 04 Township: 148 Range: 95, ...

**Document Type:** MINERAL DEED
**Document Date:**

| Dunn County 3094641 | **Instrument #** 3094641 | **Recording Date:** Tue Sep 07 15:18:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** KENYON, VIRGINIA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ...

**Document Type:** MINERAL DEED
**Document Date:**

| Dunn County 3094645 | **Instrument #** 3094645 | **Recording Date:** Wed Sep 08 12:11:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** BANKS, PAULETTE SATHER TRUST DATED SEPTE, BANKS, PAULETTE TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ...

**Document Type:** MINERAL DEED
**Document Date:**

| Dunn County 3094646 | **Instrument #** 3094646 | **Recording Date:** Wed Sep 08 12:13:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** BANKS, JAMES M.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 09
Township: 146 Range: 97, Quarter: NE
Section: 09 Township: 146 Range: 97,
Quarter: SW Section: 09 Township: 146
Range: 97, Quarter: SE Section: 09
Township: 146 Range: 97, Sixteenth: NW
Quarter: NW Section: 09 Township: 146
Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| Dunn County 3094663 | **Instrument #** 3094663 | **Recording Date:** Thu Sep 09 11:29:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** MERIDIAN 102 LP,
PROVIDENCE ENERGY LTD., AGENT,
FARMER, TERRI POA

**Grantee:** INCLINE BAKKEN LLC

**Legal:** , ...Quarter: NW Section: 35
Township: 147 Range: 96, Quarter: SW
Section: 35 Township: 147 Range: 96,
Sixteenth: NW Quarter: NW Section: 35
Township: 147 Range: 96, Sixteenth: SW
Quarter: NW Section: 35 Township: 147
Range: 96, Sixteenth: NW Quarter: SW
Section: 35 Township: 147 Range: 96, ...

**Document Type: MEMORANDUM OF O
& G LEASE**
**Document Date:**

---

| Dunn County 3094899 | **Instrument #** 3094899 | **Recording Date:** Wed Oct 06 10:18:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** SCOTT, JAMES NEAL

**Grantee:** INCLINE BAKKEN MINERALS,
LLC

**Legal:** Quarter: SE Section: 32 Township:
144 Range: 95, Sixteenth: NW Quarter:
SE Section: 32 Township: 144 Range: 95,
Sixteenth: NE Quarter: SE Section: 32
Township: 144 Range: 95, Sixteenth: SW
Quarter: SE Section: 32 Township: 144
Range: 95, Sixteenth: SE Quarter: SE
Section: 32 Township: 144 Range: 95

**Document Type: MINERAL DEED**
**Document Date:**

---

| Dunn County 3095499 | **Instrument #** 3095499 | **Recording Date:** Wed Dec 08 09:57:00 CST 2021 | Preview Image | ☐ Purchase |

**Grantor:** BURLINGTON RESOURCES
OIL & GAS COMPANY L, BROG GP LLC

**Grantee:** INCLINE BAKKEN LLC

**Legal:** , ...Quarter: SW Section: 22
Township: 145 Range: 96, Sixteenth: NW
Quarter: SW Section: 22 Township: 145
Range: 96, Sixteenth: NE Quarter: SW
Section: 22 Township: 145 Range: 96,
Sixteenth: SW Quarter: SW Section: 22
Township: 145 Range: 96, Sixteenth: SE
Quarter: SW Section: 22 Township: 145
Range: 96, ...

**Document Type: ASSIGNMENT**
**Document Date:** 12/06/2021

---

| Dunn County 3095271 | **Instrument #** 3095271 | **Recording Date:** Wed Nov 10 09:45:00 CST 2021 | Preview Image | ☐ Purchase |

**Grantor:** DENEAU, DESIREE LYNN

**Grantee:** INCLINE BAKKEN MINERALS,
LLC

**Legal:** , ...Quarter: NE Section: 35
Township: 145 Range: 97, Quarter: SE
Section: 35 Township: 145 Range: 97,
Sixteenth: NW Quarter: NE Section: 35
Township: 145 Range: 97, Sixteenth: NE

**Document Type: MINERAL DEED**
**Document Date:**

Quarter: NE Section: 35 Township: 145
Range: 97, Sixteenth: SW Quarter: NE
Section: 35 Township: 145 Range: 97, ...

| | | |
|---|---|---|
| **Dunn County 3095302** | **Instrument # 3095302**  **Recording Date:** Tue Nov 16 13:05:00 CST 2021 | Preview Image  ☐ Purchase |

**Grantor:** SCHLAK, ERLING O.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 17 Township: 147 Range: 96, Quarter: NE Section: 17 Township: 147 Range: 96, Quarter: SW Section: 17 Township: 147 Range: 96, Quarter: SE Section: 17 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 17 Township: 147 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County 3094861** | **Instrument # 3094861**  **Recording Date:** Wed Sep 29 13:25:00 CDT 2021 | Preview Image  ☐ Purchase |

**Grantor:** WILDCAT INVESTMENT CORP.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 146 Range: 93, Quarter: SE Section: 10 Township: 146 Range: 93, Sixteenth: SW Quarter: SW Section: 10 Township: 146 Range: 93, Sixteenth: SE Quarter: SW Section: 10 Township: 146 Range: 93, Sixteenth: SW Quarter: SE Section: 10 Township: 146 Range: 93, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County 3094862** | **Instrument # 3094862**  **Recording Date:** Wed Sep 29 13:28:00 CDT 2021 | Preview Image  ☐ Purchase |

**Grantor:** FLYING WOLF ENTERPRISES, INC.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 10 Township: 146 Range: 93, Quarter: SE Section: 10 Township: 146 Range: 93, Sixteenth: SW Quarter: SW Section: 10 Township: 146 Range: 93, Sixteenth: SE Quarter: SW Section: 10 Township: 146 Range: 93, Sixteenth: SW Quarter: SE Section: 10 Township: 146 Range: 93, ...

**Document Type:** MINERAL DEED
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County 3095358** | **Instrument # 3095358**  **Recording Date:** Tue Nov 23 15:03:00 CST 2021 | Preview Image  ☐ Purchase |

**Grantor:** SWIRL-ROBINSON PETROLEUM, LP

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 07 Township: 146 Range: 93, Quarter: NW Section: 07 Township: 146 Range: 93, Sixteenth: SW Quarter: NW Section: 07 Township: 146 Range: 93, Quarter: SW Section: 07 Township: 146 Range: 93, ...

**Document Type:** ASSIGNMENT & BILL OF SALE
**Document Date:** 11/22/2021

Description    Summary         Select All / None

| | | |
|---|---|---|
| **Dunn County** 3095575 | **Instrument #** 3095575    **Recording Date:** Mon Dec 20 11:24:00 CST 2021 | Preview Image    ☐ Purchase |

**Grantor:** HATFIELD, SHERRY, RANDOM, SHERRY RONELL FKA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 04 Township: 145 Range: 96, Quarter: NE Section: 04 Township: 145 Range: 96, Quarter: SW Section: 04 Township: 145 Range: 96, Quarter: SE Section: 04 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 04 Township: 145 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:**

| | | |
|---|---|---|
| **Dunn County** 3095320 | **Instrument #** 3095320    **Recording Date:** Wed Nov 17 13:25:00 CST 2021 | Preview Image    ☐ Purchase |

**Grantor:** PADON, J. ADRIAN JR. TRUST DATED AUGUST, ANDERSON, MARIAN TRUSTEE, PADON, PETER JAMES TRUSTEE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: NE Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 21 Township: 146 Range: 97, Sixteenth: SE Quarter: NW Section: 21 Township: 146 Range: 97

**Document Type: MINERAL DEED**
**Document Date:**

| | | |
|---|---|---|
| **Dunn County** 3095059 | **Instrument #** 3095059    **Recording Date:** Tue Oct 19 16:24:00 CDT 2021 | Preview Image    ☐ Purchase |

**Grantor:** THOMPSON, SUZETTE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SE Quarter: NW Section: 26 Township: 145 Range: 94

**Document Type: MINERAL DEED**
**Document Date:**

| | | |
|---|---|---|
| **Dunn County** 3094968 | **Instrument #** 3094968    **Recording Date:** Tue Oct 12 15:14:00 CDT 2021 | Preview Image    ☐ Purchase |

**Grantor:** FAY, BEVERLY A.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

| | | |
|---|---|---|
| **Dunn County** 3095090 | **Instrument #** 3095090    **Recording Date:** Thu Oct 21 09:56:00 CDT 2021 | Preview Image    ☐ Purchase |

**Grantor:** APPRAISAL ASSOCIATES OF OKLAHOMA, INC.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 04 Township: 145 Range: 97, Quarter: SE Section: 04 Township: 145 Range: 97, Sixteenth: NW Quarter: SW Section: 04 Township: 145 Range: 97, Sixteenth: NE Quarter: SW Section: 04 Township: 145 Range: 97, Sixteenth: SW Quarter: SW Section: 04 Township: 145 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095096**

**Instrument #** 3095096    **Recording Date:** Thu Oct 21 10:58:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** MARCHAND, GEORGE, NELSON, BARBARA POA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3095709**

**Instrument #** 3095709    **Recording Date:** Tue Jan 04 12:22:00 CST 2022    Preview Image    ☐ Purchase

**Grantor:** MAHONEY, DANIEL P.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 04 Township: 148 Range: 95, Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: SE Quarter: NW Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 04 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 04 Township: 148 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094193**

**Instrument #** 3094193    **Recording Date:** Wed Jul 14 08:40:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** ROCKWOOD, JAMES B. FAMILY TRUST DATED MA, NEUMANN, JANICE E. TRUSTEE, ROCKWOOD, JAMES B. DECLARATION OF TRUST

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 09 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094597**

**Instrument #** 3094597    **Recording Date:** Mon Aug 30 12:53:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** MURPHY FAMILY MINERAL RIGHTS TRUST, UDELL, KRISTINA C. TRUSTEE

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Quarter: SW Section: 14 Township: 148 Range: 94, Sixteenth: NE

**Document Type: OIL AND GAS LEASE**
**Document Date:** 08/26/2021

Quarter: SW Section: 14 Township: 148
Range: 94

| | | | |
|---|---|---|---|
| **Dunn County** 3094535 | **Instrument #** 3094535 | **Recording Date:** Fri Aug 27 08:36:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** VINTAGE OIL AND GAS, LLC | **Grantee:** INCLINE BAKKEN, LLC | |
| | **Legal:** , ...Quarter: NE Section: 29 Township: 146 Range: 95, Quarter: SW Section: 29 Township: 146 Range: 95, Sixteenth: NW Quarter: NE Section: 29 Township: 146 Range: 95, Sixteenth: NE Quarter: NE Section: 29 Township: 146 Range: 95, Sixteenth: SW Quarter: NE Section: 29 Township: 146 Range: 95, ... | **Document Type: ASSIGNMENT & BILL OF SALE** **Document Date:** 08/25/2021 | |

| | | | |
|---|---|---|---|
| **Dunn County** 3094536 | **Instrument #** 3094536 | **Recording Date:** Fri Aug 27 08:40:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** BLUE STEEL OIL & GAS, LLC | **Grantee:** INCLINE BAKKEN, LLC | |
| | **Legal:** Section: 29 Township: 146 Range: 95, Quarter: SW Section: 32 Township: 146 Range: 95, Sixteenth: SE Quarter: SW Section: 32 Township: 146 Range: 95 | **Document Type: ASSIGNMENT ORR INTEREST** **Document Date:** 08/25/2021 | |

| | | | |
|---|---|---|---|
| **Dunn County** 3094428 | **Instrument #** 3094428 | **Recording Date:** Mon Aug 16 14:59:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** WILL, LARRY J. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ... | **Document Type: MINERAL DEED** **Document Date:** | |

| | | | |
|---|---|---|---|
| **Dunn County** 3094437 | **Instrument #** 3094437 | **Recording Date:** Tue Aug 17 10:03:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** INCLINE BAKKEN MINERALS, LLC | **Grantee:** INCLINE BAKKEN, LLC | |
| | **Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 97, Quarter: NE Section: 09 Township: 146 Range: 97, Quarter: SW Section: 09 Township: 146 Range: 97, Quarter: SE Section: 09 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 97, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 08/02/2021 | |

| | | | |
|---|---|---|---|
| **Dunn County** 3094427 | **Instrument #** 3094427 | **Recording Date:** Mon Aug 16 14:41:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** FLYING WOLF ENTERPRISES, INC. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 08 Township: 147 Range: 97, Quarter: NE Section: 08 Township: 147 Range: 97, | **Document Type: MINERAL DEED** **Document Date:** | |

Description  Summary                                                                     Select All / None

Quarter: SW Section: 08 Township: 147
Range: 97, Quarter: SE Section: 08
Township: 147 Range: 97, Sixteenth: NW
Quarter: NW Section: 08 Township: 147
Range: 97, ...

| | | |
|---|---|---|
| **Dunn County 3094397** | **Instrument #** 3094397 | **Recording Date:** Fri Aug 13 13:27:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** RIGGS, LOUIS G. JR.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: SW Section: 15
Township: 147 Range: 94, Sixteenth: NW
Quarter: SW Section: 15 Township: 147
Range: 94, Sixteenth: NE Quarter: SW
Section: 15 Township: 147 Range: 94,
Sixteenth: SW Quarter: SW Section: 15
Township: 147 Range: 94, Sixteenth: SE
Quarter: SW Section: 15 Township: 147
Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County 3094794** | **Instrument #** 3094794 | **Recording Date:** Tue Sep 21 09:53:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** CODY EXPLORATION, LLC

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, ,
...Quarter: NW Section: 18 Township: 146
Range: 94, Sixteenth: NW Quarter: NW
Section: 18 Township: 146 Range: 94,
Quarter: NW Section: 18 Township: 146
Range: 94, Sixteenth: SW Quarter: NW
Section: 18 Township: 146 Range: 94,
Quarter: NW Section: 18 Township: 146
Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County 3094826** | **Instrument #** 3094826 | **Recording Date:** Mon Sep 27 14:38:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** ENGQUIST, JACQUELYN E.,
ENGQUIST, LYLE A., ENGQUIST,
JACQUELYN

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 33
Township: 145 Range: 96, Sixteenth: NW
Quarter: NW Section: 33 Township: 145
Range: 96, Sixteenth: NE Quarter: NW
Section: 33 Township: 145 Range: 96,
Sixteenth: SW Quarter: NW Section: 33
Township: 145 Range: 96, Sixteenth: SE
Quarter: NW Section: 33 Township: 145
Range: 96

**Document Type: MINERAL DEED**
**Document Date:**

---

| | | |
|---|---|---|
| **Dunn County 3094318** | **Instrument #** 3094318 | **Recording Date:** Tue Aug 03 08:29:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** COOLEY, SHARON

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21
Township: 145 Range: 94, Quarter: NE
Section: 21 Township: 145 Range: 94,
Sixteenth: NW Quarter: NW Section: 21
Township: 145 Range: 94, Sixteenth: NE
Quarter: NW Section: 21 Township: 145

**Document Type: MINERAL DEED**
**Document Date:**

Description    Summary                                                                    Select All / None

Range: 94, Sixteenth: NW Quarter: NE
Section: 21 Township: 145 Range: 94, ...

| | | | |
|---|---|---|---|
| **Dunn County** 3094356 | **Instrument #** 3094356 | **Recording Date:** Mon Aug 09 13:49:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** MILLER, PAULETTE | **Grantee:** INCLINE BAKKEN MINERALS LLC | |
| | **Legal:** Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SE Quarter: NW Section: 26 Township: 145 Range: 94 | **Document Type:** MINERAL DEED **Document Date:** | |
| **Dunn County** 3094487 | **Instrument #** 3094487 | **Recording Date:** Mon Aug 23 08:20:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** BECKER, RONALD R. | **Grantee:** INCLINE BAKKEN MINERALS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ... | **Document Type:** MINERAL DEED **Document Date:** | |
| **Dunn County** 3094490 | **Instrument #** 3094490 | **Recording Date:** Mon Aug 23 13:02:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** KORNKVEN FAMILY, LLLP | **Grantee:** INCLINE BAKKEN MINERALS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 25 Township: 146 Range: 93, Quarter: NE Section: 25 Township: 146 Range: 93, Quarter: SW Section: 25 Township: 146 Range: 93, Quarter: SE Section: 25 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 25 Township: 146 Range: 93, ... | **Document Type:** MINERAL DEED **Document Date:** | |
| **Dunn County** 3094489 | **Instrument #** 3094489 | **Recording Date:** Mon Aug 23 12:31:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** KORNKVEN, RICHARD | **Grantee:** INCLINE BAKKEN MINERALS LLC | |
| | **Legal:** , ...Quarter: NW Section: 25 Township: 146 Range: 93, Quarter: NE Section: 25 Township: 146 Range: 93, Quarter: SW Section: 25 Township: 146 Range: 93, Quarter: SE Section: 25 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 25 Township: 146 Range: 93, ... | **Document Type:** MINERAL DEED **Document Date:** | |
| **Dunn County** 3094380 | **Instrument #** 3094380 | **Recording Date:** Thu Aug 12 09:17:00 CDT 2021 | Preview Image    ☐ Purchase |
| | **Grantor:** BRIDGEPOINT MINERAL ACQUISITION FUND 1, | **Grantee:** INCLINE BAKKEN, LLC | |

**Legal:** , ...Quarter: SW Section: 22 Township: 146 Range: 92, Quarter: SE Section: 22 Township: 146 Range: 92, Sixteenth: NW Quarter: SW Section: 22 Township: 146 Range: 92, Sixteenth: NE Quarter: SW Section: 22 Township: 146 Range: 92, Sixteenth: SE Section: 22 Township: 146 Range: 92, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 08/11/2021

---

**Dunn County 3094358**

**Instrument # 3094358**    **Recording Date:** Tue Aug 10 13:37:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** BECKER, LYLE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 21 Township: 145 Range: 94, Quarter: NE Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 21 Township: 145 Range: 94, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094357**

**Instrument # 3094357**    **Recording Date:** Tue Aug 10 09:54:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** MCKAY, CHANTEL, MCKAY, SHANNON

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 145 Range: 95, Quarter: NE Section: 24 Township: 145 Range: 95, Quarter: SW Section: 24 Township: 145 Range: 95, Quarter: SE Section: 24 Township: 145 Range: 95, Sixteenth: NW Quarter: NW Section: 24 Township: 145 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094626**

**Instrument # 3094626**    **Recording Date:** Wed Sep 01 15:09:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** SAND, CHRISTOPHER N. H.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision DUNN CENTER OUTLOT 3 FIRST ADDITION

**Document Type: MINERAL DEED**
**Document Date:**

---

**Dunn County 3094628**

**Instrument # 3094628**    **Recording Date:** Thu Sep 02 08:29:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** INCLINE BAKKEN MINERALS, LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 08 Township: 147 Range: 97, Quarter: NE Section: 08 Township: 147 Range: 97, Quarter: SW Section: 08 Township: 147 Range: 97, Quarter: SE Section: 08 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 08 Township: 147 Range: 97, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 07/02/2021

---

**Dunn County 3094623**

**Instrument # 3094623**    **Recording Date:** Wed Sep 01 13:33:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** WILDCAT INVESTMENT CORPORATION

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** , ...Quarter: NW Section: 08 Township: 147 Range: 97, Quarter: NE Section: 08 Township: 147 Range: 97, Quarter: SW Section: 08 Township: 147 Range: 97, Quarter: SE Section: 08 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 08 Township: 147 Range: 97, ...

**Document Type:** MINERAL DEED
**Document Date:**

| Dunn County 3094615 | **Instrument #** 3094615 | **Recording Date:** Tue Aug 31 15:40:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** SCHOLLMEYER, CARL

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 26 Township: 145 Range: 94, Sixteenth: SE Quarter: NW Section: 26 Township: 145 Range: 94

**Document Type:** MINERAL DEED
**Document Date:**

| Dunn County 3094611 | **Instrument #** 3094611 | **Recording Date:** Tue Aug 31 14:59:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** LEWTON, WILLIAM W.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 9 Block 12, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 10 Block 12, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 11 Block 12

**Document Type:** MINERAL DEED
**Document Date:**

| Dunn County 3094614 | **Instrument #** 3094614 | **Recording Date:** Tue Aug 31 15:30:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** RIGGS, ADOLPHUS DAVID

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: NW Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: NE Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: SW Quarter: SW Section: 15 Township: 147 Range: 94, Sixteenth: SE Quarter: SW Section: 15 Township: 147 Range: 94

**Document Type:** MINERAL DEED
**Document Date:**

| Dunn County 3094605 | **Instrument #** 3094605 | **Recording Date:** Tue Aug 31 10:51:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** MERIDIAN 102, LP, PROVIDENCE ENERGY LTD, AGENT, FARMER, TERRI L.

**Grantee:** PUBLIC, INCLINE BAKKEN, LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 147 Range: 96, Quarter: NE Section: 34 Township: 147 Range: 96, Quarter: SE Section: 34 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 34 Township: 147 Range: 96,

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

Sixteenth: NE Quarter: NW Section: 34
Township: 147 Range: 96, ...

---

| **Dunn County** 3094608 | **Instrument #** 3094608 | **Recording Date:** Tue Aug 31 11:19:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** BINEK, HARLEY, BINEK, ROXANNE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 1 Block 19, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 2 Block 19, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 3 Block 19, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 4 Block 19, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 17 Block 17, ..., ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| **Dunn County** 3094509 | **Instrument #** 3094509 | **Recording Date:** Wed Aug 25 09:23:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** SILVER CREEK RESOURCES, LLC

**Grantee:** INCLINE BAKKEN, LLC

**Legal:** Quarter: SE Section: 11 Township: 148 Range: 96, Sixteenth: NW Quarter: SE Section: 11 Township: 148 Range: 96, Sixteenth: NE Quarter: SE Section: 11 Township: 148 Range: 96, Sixteenth: SW Quarter: SE Section: 11 Township: 148 Range: 96, Sixteenth: SE Quarter: SE Section: 11 Township: 148 Range: 96

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 08/25/2021

---

| **Dunn County** 3094508 | **Instrument #** 3094508 | **Recording Date:** Wed Aug 25 08:25:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** JOHNSON, DUANE, JOHNSON, VALERIE

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 21 Block 9, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 22 Block 9, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 23 Block 9, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 24 Block 9, Subdivision DUNN CENTER ORIGINAL TOWNSITE Lot 5 Block 9, ..., ...

**Document Type: MINERAL DEED**
**Document Date:**

---

| **Dunn County** 3094444 | **Instrument #** 3094444 | **Recording Date:** Tue Aug 17 14:29:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** KOFFLER, SHEILA J., RETTERATH, SHEILA FKA

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision WERNER ORIGINAL TOWNSITE Lot 4 Block 3, Subdivision WERNER ORIGINAL TOWNSITE Lot 5 Block 3, Lot 3, Lot 3, Lot 4, ...Quarter: SW Section: 19 Township: 145 Range: 92, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 92, Quarter: SW Section: 19 Township: 145 Range: 92, ...

**Document Type: QUIT CLAIM MINERAL DEED**
**Document Date:**

Description Summary

Select All / None

| **Dunn County 3094443** | **Instrument #** 3094443 | **Recording Date:** Tue Aug 17 14:27:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** BORTH, DALE D.

**Grantee:** INCLINE BAKKEN MINERALS, LLC

**Legal:** Subdivision WERNER ORIGINAL TOWNSITE Lot 4 Block 3, Subdivision WERNER ORIGINAL TOWNSITE Lot 5 Block 3, Lot 3, Lot 3, Lot 4, ...Quarter: SW Section: 19 Township: 145 Range: 92, Sixteenth: NW Quarter: SW Section: 19 Township: 145 Range: 92, Quarter: SW Section: 19 Township: 145 Range: 92, ...

**Document Type: QUIT CLAIM MINERAL DEED**
**Document Date:**

169 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

Purchase Selected

Return to Search Results