# EXHIBIT A-18

Return to Search Results

**You searched for:** RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Dunn County

302 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4 [Next/Last]

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Dunn County 3096157**

**Instrument #** 3096157    **Recording Date:** Thu Mar 03 08:04:00 CST 2022    Preview Image    ☐ Purchase

**Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC

**Legal:** Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: NW Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: NE Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: SW Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: SE Quarter: NE Section: 16 Township: 141 Range: 97

**Document Type: OIL AND GAS LEASE**
**Document Date:** 02/01/2022

**Dunn County 3096946**

**Instrument #** 3096946    **Recording Date:** Mon Jun 06 15:06:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** SCHMALZ, MITCHELL P., SCHMALZ, DEBORAH E.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: SW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 05/23/2022

**Dunn County 3096947**

**Instrument #** 3096947    **Recording Date:** Mon Jun 06 15:11:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** SCHMALZ, MONTE LEE, SCHMALZ, MONTE L. AKA, SCHMALZ, MONTE AKA, SCHMALZ, JANET LOU

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: SW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 05/16/2022

**Dunn County 3097364**

**Instrument #** 3097364    **Recording Date:** Thu Jul 28 13:54:00 CDT 2022    Preview Image    ☐ Purchase

Description    Summary                Select All / None

**Grantor:** HAAS, BERTILLA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ..Quarter: NW Section: 20 Township: 142 Range: 96, Quarter: NE Section: 20 Township: 142 Range: 96, Quarter: SW Section: 20 Township: 142 Range: 96, Quarter: SE Section: 20 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 20 Township: 142 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 06/20/2022

| Dunn County 3096861 | **Instrument #** 3096861 | **Recording Date:** Thu May 26 11:47:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** BUSSIER, DON P., BUSSIER, DOROTHY

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 17 Township: 147 Range: 96, Quarter: NE Section: 17 Township: 147 Range: 96, Quarter: SW Section: 17 Township: 147 Range: 96, Quarter: SE Section: 17 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 17 Township: 147 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 04/28/2022

| Dunn County 3096862 | **Instrument #** 3096862 | **Recording Date:** Thu May 26 11:49:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** WAHL, NANCY MARIE BUSSIER, BUSSIER, NANCY MARIE FKA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 17 Township: 147 Range: 96, Quarter: NE Section: 17 Township: 147 Range: 96, Quarter: SW Section: 17 Township: 147 Range: 96, Quarter: SE Section: 17 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 17 Township: 147 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 04/28/2022

| Dunn County 3097681 | **Instrument #** 3097681 | **Recording Date:** Thu Sep 08 09:06:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC

**Legal:** Quarter: SE Section: 05 Township: 145 Range: 92, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 92, Sixteenth: NE Quarter: SE Section: 05 Township: 145 Range: 92, Sixteenth: SW Quarter: SE Section: 05 Township: 145 Range: 92, Sixteenth: SE Quarter: SE Section: 05 Township: 145 Range: 92

**Document Type:** OIL AND GAS LEASE
**Document Date:** 08/02/2022

| Dunn County 3097833 | **Instrument #** 3097833 | **Recording Date:** Fri Sep 23 08:17:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** CANDEE, KEITH

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

Description  Summary                                                          Select All / None

Legal: , ...Quarter: NW Section: 09
Township: 146 Range: 95, Quarter: NE
Section: 09 Township: 146 Range: 95,
Quarter: SW Section: 09 Township: 146
Range: 95, Quarter: SE Section: 09
Township: 146 Range: 95, Sixteenth: NW
Quarter: NW Section: 09 Township: 146
Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 09/14/2022

---

**Dunn County 3096921**

Instrument # 3096921    Recording Date: Fri Jun 03 11:18:00 CDT 2022    Preview Image    ☐ Purchase

Grantor: GREAT NORTH ENERGY, INC.    Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: Quarter: SW Section: 23 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 95, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 95, Sixteenth: SW Quarter: SW Section: 23 Township: 144 Range: 95, Sixteenth: SE Quarter: SW Section: 23 Township: 144 Range: 95

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 06/02/2022

---

**Dunn County 3097631**

Instrument # 3097631    Recording Date: Thu Sep 01 13:10:00 CDT 2022    Preview Image    ☐ Purchase

Grantor: PAVLISH, DARREL J.    Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Quarter: NE Section: 17 Township: 145 Range: 95, Quarter: SE Section: 17 Township: 145 Range: 95, Sixteenth: NW Quarter: NE Section: 17 Township: 145 Range: 95, Sixteenth: NE Quarter: NE Section: 17 Township: 145 Range: 95, Sixteenth: SW Quarter: NE Section: 17 Township: 145 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 08/03/2022

---

**Dunn County 3098543**

Instrument # 3098543    Recording Date: Thu Jan 05 09:06:00 CST 2023    Preview Image    ☐ Purchase

Grantor: ROYAL BLUE MINERALS, LLC    Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: NW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, ...

**Document Type: MINERAL DEED**
**Document Date:** 11/09/2022

---

**Dunn County 3098668**

Instrument # 3098668    Recording Date: Mon Jan 23 12:43:00 CST 2023    Preview Image    ☐ Purchase

Grantor: HANSON, MARCIA S.    Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Quarter: SW Section: 14 Township: 146 Range: 96, Sixteenth: NW Quarter: SW Section: 14 Township: 146 Range: 96, Sixteenth: NE Quarter: SW Section: 14 Township: 146 Range: 96, Sixteenth: SW Quarter: SW Section: 14

**Document Type: MINERAL DEED**
**Document Date:** 12/16/2022

Description   Summary                                                    Select All / None

Township: 146 Range: 96, Sixteenth: SE
Quarter: SW Section: 14 Township: 146
Range: 96, ...

| | | | | |
|---|---|---|---|---|

**Dunn County 3098666**

Instrument # 3098666        Recording Date: Mon Jan 23 08:49:00 CST 2023        Preview Image        ☐ Purchase

Grantor: ROYAL BLUE MINERALS, LLC        Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: NW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: SW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, ...

Document Type: MINERAL DEED
Document Date: 01/17/2023

---

**Dunn County 3098686**

Instrument # 3098686        Recording Date: Tue Jan 24 13:04:00 CST 2023        Preview Image        ☐ Purchase

Grantor: ROYAL BLUE MINERALS, LLC        Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: NW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: SW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, ...

Document Type: MINERAL DEED
Document Date: 01/17/2023

---

**Dunn County 3097432**

Instrument # 3097432        Recording Date: Tue Aug 09 13:34:00 CDT 2022        Preview Image        ☐ Purchase

Grantor: BUSSIER, DAVID ANTHONY        Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Section: 31 Township: 146 Range: 97, Quarter: NW Section: 33 Township: 146 Range: 97, Quarter: NE Section: 33 Township: 146 Range: 97, Quarter: SW Section: 33 Township: 146 Range: 97, Quarter: SE Section: 33 Township: 146 Range: 97, ...

Document Type: MINERAL DEED
Document Date: 07/06/2022

---

**Dunn County 3097921**

Instrument # 3097921        Recording Date: Thu Oct 06 14:05:00 CDT 2022        Preview Image        ☐ Purchase

Grantor: LIME ROCK RESOURCES III-A, L.P., LIME ROCK RESOURCES III-C, L.P.        Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Section: 17 Township: 142 Range: 96, Section: 20 Township: 142 Range: 96, Section: 16 Township: 142 Range: 96, Section: 21 Township: 142 Range: 96, Quarter: SE Section: 16 Township: 142 Range: 96, ...

Document Type: ASSIGNMENT
Document Date:

Document Search Results

| Description | Summary | | Select All / None |

**Dunn County 3097908**

Instrument # 3097908     **Recording Date:** Wed Oct 05 13:09:00 CDT 2022     Preview Image    ☐ Purchase

**Grantor:** RAMBOUSEK, MYRON

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NW Section: 21 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 21 Township: 142 Range: 96, Sixteenth: NE Quarter: NW Section: 21 Township: 142 Range: 96, Sixteenth: SW Quarter: NW Section: 21 Township: 142 Range: 96, Sixteenth: SE Quarter: NW Section: 21 Township: 142 Range: 96

**Document Type:** MINERAL DEED
**Document Date:** 09/23/2022

---

**Dunn County 3097909**

Instrument # 3097909     **Recording Date:** Wed Oct 05 13:20:00 CDT 2022     Preview Image    ☐ Purchase

**Grantor:** HENDRICKSON, JON, HAAS, BERTILLA MAE TRUST THE, HENDRICKSON, JON TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 142 Range: 96, Quarter: NE Section: 20 Township: 142 Range: 96, Quarter: SW Section: 20 Township: 142 Range: 96, Quarter: SE Section: 20 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 20 Township: 142 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 08/22/2022

---

**Dunn County 3097910**

Instrument # 3097910     **Recording Date:** Wed Oct 05 13:20:00 CDT 2022     Preview Image    ☐ Purchase

**Grantor:** HENDRICKSON, JON, DVORAK, SISTER ROSEMARIE TRUST THE, HENDRICKSON, JON TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 142 Range: 96, Quarter: NE Section: 20 Township: 142 Range: 96, Quarter: SW Section: 20 Township: 142 Range: 96, Quarter: SE Section: 20 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 20 Township: 142 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 08/22/2022

---

**Dunn County 3096766**

Instrument # 3096766     **Recording Date:** Fri May 13 08:27:00 CDT 2022     Preview Image    ☐ Purchase

**Grantor:** SCHOOL SISTERS OF NOTRE DAME CENTRAL PAC, SCHOOL SISTERS OF NOTRE DAME AT MANKOTA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 142 Range: 96, Quarter: NE Section: 20 Township: 142 Range: 96, Quarter: SW Section: 20 Township: 142 Range: 96, Quarter: SE Section: 20 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 20 Township: 142 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 04/12/2022

Description    Summary    Select All / None

| | | | |
|---|---|---|---|
| **Dunn County** 3098864 | **Instrument #** 3098864 | **Recording Date:** Wed Feb 15 10:49:00 CST 2023 | Preview Image    ☐ Purchase |

**Grantor:** KRYSTAL, SHEILA, THE SIDNEY D. KRYSTAL AND PHYLLIS KRYSTA, KRYSTAL, SHEILA TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 147 Range: 96, Quarter: NE Section: 10 Township: 147 Range: 96, Quarter: SW Section: 10 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 10 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 10 Township: 147 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 01/05/2023

---

| | | | |
|---|---|---|---|
| **Dunn County** 3098863 | **Instrument #** 3098863 | **Recording Date:** Wed Feb 15 10:38:00 CST 2023 | Preview Image    ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: NW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: SW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, ...

**Document Type: MINERAL DEED**
**Document Date:** 01/25/2023

---

| | | | |
|---|---|---|---|
| **Dunn County** 3098822 | **Instrument #** 3098822 | **Recording Date:** Fri Feb 10 08:21:00 CST 2023 | Preview Image    ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 144 Range: 95, Quarter: NE Section: 10 Township: 144 Range: 95, Sixteenth: NW Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: NE Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 10 Township: 144 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 02/06/2023

---

| | | | |
|---|---|---|---|
| **Dunn County** 3093315 | **Instrument #** 3093315 | **Recording Date:** Fri Feb 26 13:28:00 CST 2021 | Preview Image    ☐ Purchase |

**Grantor:** BREW TRUCKING, LLC

**Grantee:** PHOENIX PETROLEUM, LLC

**Legal:** Quarter: NW Section: 11 Township: 146 Range: 93, Sixteenth: SE Quarter: NW Section: 11 Township: 146 Range: 93

**Document Type: SATISFACTION**
**Document Date:** 02/10/2021

---

| | | | |
|---|---|---|---|
| **Dunn County** 3095763 | **Instrument #** 3095763 | **Recording Date:** Wed Jan 12 09:39:00 CST 2022 | Preview Image    ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 08 Township: 145 Range: 95, Quarter: NE Section: 08 Township: 145 Range: 95, Quarter: SE Section: 08 Township: 145

**Document Type: MINERAL DEED**
**Document Date:** 01/06/2022

Description   Summary                                          Select All / None

Range: 95, Sixteenth: NW Quarter: NW
Section: 08 Township: 145 Range: 95,
Sixteenth: NE Quarter: NW Section: 08
Township: 145 Range: 95, ...

| Dunn County 3095402 | Instrument # 3095402 | Recording Date: Wed Dec 01 16:10:00 CST 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MCCOY, CAROL BETH, BANG, CAROL BETH FKA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 32 Township: 147 Range: 96, Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: SW Section: 32 Township: 147 Range: 96, Quarter: SE Section: 32 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 32 Township: 147 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 11/30/2021

| Dunn County 3095401 | Instrument # 3095401 | Recording Date: Wed Dec 01 14:11:00 CST 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** SCOTT, GALE AGNES, SCOTT, GORDON, SCOTT, GORDON AND GALE FAMILY TRUST DATE, SCOTT, GALE AGNES TRUSTEE, SCOTT, GORDON TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 32 Township: 147 Range: 96, Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: SW Section: 32 Township: 147 Range: 96, Quarter: SE Section: 32 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 32 Township: 147 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 11/22/2021

| Dunn County 3095277 | Instrument # 3095277 | Recording Date: Fri Nov 12 08:07:00 CST 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

Grantor: MCCOY, CAROL BETH, BANG, CAROL BETH FKA

Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Quarter: NW Section: 32 Township: 147 Range: 96, Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: SW Section: 32 Township: 147 Range: 96, Quarter: SE Section: 32 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 32 Township: 147 Range: 96, ...

Document Type: MINERAL DEED
Document Date: 11/10/2021

| Dunn County 3095287 | Instrument # 3095287 | Recording Date: Mon Nov 15 08:24:00 CST 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MICHELSON, JOHNNY, MICHELSON, BRENDA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: NW Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: NE Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: SW Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: SE

**Document Type:** MINERAL DEED
**Document Date:** 11/12/2021

Description    Summary                                                                                    Select All / None

Quarter: NW Section: 28 Township: 144
Range: 96, ...

| | | |
|---|---|---|
| **Dunn County 3094967** | **Instrument #** 3094967    **Recording Date:** Tue Oct 12 15:11:00 CDT 2021 | Preview Image    ☐ Purchase |

**Grantor:** KHC TRUST, CANDEE, KEITH H. TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 95, Quarter: NE Section: 09 Township: 146 Range: 95, Quarter: SW Section: 09 Township: 146 Range: 95, Quarter: SE Section: 09 Township: 146 Range: 95, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 95, ...

**Document Type: MINERAL DEED**
**Document Date:** 09/21/2021

| | | |
|---|---|---|
| **Dunn County 3096566** | **Instrument #** 3096566    **Recording Date:** Fri Apr 22 14:43:00 CDT 2022 | Preview Image    ☐ Purchase |

**Grantor:** UHLER, SARAH LYNN BUSSIER, UHLER, SARAH L. AKA, BUSSIER, SARAH LYNN AKA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 17 Township: 147 Range: 96, Quarter: NE Section: 17 Township: 147 Range: 96, Quarter: SW Section: 17 Township: 147 Range: 96, Quarter: SE Section: 17 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 17 Township: 147 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 06/07/2022

| | | |
|---|---|---|
| **Dunn County 3100665** | **Instrument #** 3100665    **Recording Date:** Mon Oct 16 15:30:00 CDT 2023 | Preview Image    ☐ Purchase |

**Grantor:** DE ASSET HOLDINGS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal: Lot** 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 09/12/2023

| | | |
|---|---|---|
| **Dunn County 3100721** | **Instrument #** 3100721    **Recording Date:** Mon Oct 23 12:22:00 CDT 2023 | Preview Image    ☐ Purchase |

**Grantor:** DE ASSET HOLDINGS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 144 Range: 94, Quarter: NE Section: 13 Township: 144 Range: 94, Quarter: SW Section: 13 Township: 144 Range: 94, Quarter: SE Section: 13 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 13 Township: 144 Range: 94, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 10/23/2023

Description    Summary                                                                    Select All / None

| Dunn County 3100791 | **Instrument #** 3100791 | **Recording Date:** Wed Nov 01 10:55:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** PELICAN MINERAL PARTNERS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 15 Township: 144 Range: 94, Quarter: NE Section: 15 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 15 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 15 Township: 144 Range: 94, Sixteenth: NW Quarter: NE Section: 15 Township: 144 Range: 94, ...

**Document Type:** **MINERAL DEED**
**Document Date:** 10/25/2023

---

| Dunn County 3099109 | **Instrument #** 3099109 | **Recording Date:** Tue Mar 21 15:45:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: NW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: SW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, ...

**Document Type:** **MINERAL DEED**
**Document Date:** 03/15/2023

---

| Dunn County 3100556 | **Instrument #** 3100556 | **Recording Date:** Mon Oct 02 08:52:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** DISCOVERY OIL, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 23 Township: 144 Range: 94

**Document Type:** **OIL AND GAS LEASE**
**Document Date:** 08/08/2023

---

| Dunn County 3100651 | **Instrument #** 3100651 | **Recording Date:** Mon Oct 16 09:19:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** DE ROYALTY FUND 2022, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 23 Township: 144 Range: 94

**Document Type:** **OIL AND GAS LEASE**
**Document Date:** 08/08/2023

---

| Dunn County 3100525 | **Instrument #** 3100525 | **Recording Date:** Tue Sep 26 08:17:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** CODY EXPLORATION LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 06 Township: 144 Range: 93, Quarter: NE Section: 06 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 06 Township: 144 Range: 93, Quarter: NW Section: 06 Township: 144 Range: 93, ...

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 09/19/2023

---

**Dunn County 3100555**

**Instrument #** 3100555       **Recording Date:** Mon Oct 02 08:44:00 CDT 2023       Preview Image       ☐ Purchase

**Grantor:** TAHSSA MINERAL HOLDINGS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 23 Township: 144 Range: 94

**Document Type:** OIL AND GAS LEASE
**Document Date:** 08/08/2023

---

**Dunn County 3100332**

**Instrument #** 3100332       **Recording Date:** Thu Aug 31 13:12:00 CDT 2023       Preview Image       ☐ Purchase

**Grantor:** DW ASSET HOLDINGS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 144 Range: 94, Quarter: NE Section: 13 Township: 144 Range: 94, Quarter: SW Section: 13 Township: 144 Range: 94, Quarter: SE Section: 13 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 13 Township: 144 Range: 94, ...

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 06/02/2023

---

**Dunn County 3100433**

**Instrument #** 3100433       **Recording Date:** Thu Sep 14 11:36:00 CDT 2023       Preview Image       ☐ Purchase

**Grantor:** TRAMPE, CATHERINE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NE Section: 02 Township: 144 Range: 94, Sixteenth: NE Quarter: NE Section: 02 Township: 144 Range: 94, Quarter: NE Section: 02 Township: 144 Range: 94, Sixteenth: NW Quarter: NE Section: 02 Township: 144 Range: 94, Quarter: NE Section: 02 Township: 144 Range: 94, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 06/21/2023

---

**Dunn County 3100652**

**Instrument #** 3100652       **Recording Date:** Mon Oct 16 09:21:00 CDT 2023       Preview Image       ☐ Purchase

**Grantor:** EVEREST ENERGY, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SW

**Document Type:** OIL AND GAS LEASE
**Document Date:** 08/08/2023

Description    Summary                                                                          Select All / None

Quarter: SW Section: 23 Township: 144
Range: 94, Sixteenth: SE Quarter: SW
Section: 23 Township: 144 Range: 94

| | | | |
|---|---|---|---|
| **Dunn County 3099244** | **Instrument #** 3099244 | **Recording Date:** Fri Apr 14 08:52:00 CDT 2023 | Preview Image ☐ Purchase |

**Grantor:** DISCOVERY OIL, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NE Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SE Quarter: SE Section: 28 Township: 145 Range: 93

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 03/07/2023

| | | | |
|---|---|---|---|
| **Dunn County 3099075** | **Instrument #** 3099075 | **Recording Date:** Fri Mar 17 09:58:00 CDT 2023 | Preview Image ☐ Purchase |

**Grantor:** DISCOVERY OIL, LLC, KKREP, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NE Section: 21 Township: 145 Range: 93, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 93, Quarter: NW Section: 21 Township: 145 Range: 93, Quarter: NE Section: 21 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 93, ...

**Document Type:** ASSIGNMENT & BILL OF SALE
**Document Date:** 03/13/2023

| | | | |
|---|---|---|---|
| **Dunn County 3099071** | **Instrument #** 3099071 | **Recording Date:** Thu Mar 16 15:40:00 CDT 2023 | Preview Image ☐ Purchase |

**Grantor:** KKREP, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 28 Township: 146 Range: 95, Sixteenth: NW Quarter: NW Section: 28 Township: 146 Range: 95, Sixteenth: NE Quarter: NW Section: 28 Township: 146 Range: 95, Sixteenth: SW Quarter: NW Section: 28 Township: 146 Range: 95, Sixteenth: SE Quarter: NW Section: 28 Township: 146 Range: 95, ...

**Document Type:** ASSIGNMENT & BILL OF SALE
**Document Date:** 03/13/2023

| | | | |
|---|---|---|---|
| **Dunn County 3098951** | **Instrument #** 3098951 | **Recording Date:** Fri Feb 24 08:24:00 CST 2023 | Preview Image ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 32 Township: 146 Range: 94, Quarter: SE Section: 32 Township: 146 Range: 94, Sixteenth: NW Quarter: SW Section: 32 Township: 146 Range: 94, Sixteenth: NE Quarter: SW Section: 32 Township: 146 Range: 94, Sixteenth: NW Quarter: SE Section: 32 Township: 146 Range: 94, ...

**Document Type:** MINERAL DEED
**Document Date:** 02/09/2023

| Dunn County 3100108 | **Instrument #** 3100108 | **Recording Date:** Mon Aug 07 14:54:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** CORTLAND CREDIT LENDING CORPORATION | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 32 Township: 147 Range: 96, Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: SW Section: 32 Township: 147 Range: 96, Quarter: SE Section: 32 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 32 Township: 147 Range: 96, ... | **Document Type: SATISFACTION OF MORTGAGE**<br>**Document Date:** 07/25/2023 | | |

| Dunn County 3101037 | **Instrument #** 3101037 | **Recording Date:** Thu Dec 07 14:29:00 CST 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** THE BILL E. WERMAGER MINERAL TRUST, WERMAGE, KATHRYN TRUSTEE | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SW Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SW Section: 08 Township: 144 Range: 93, ... | **Document Type: MEMORANDUM OF O & G LEASE**<br>**Document Date:** | | |

| Dunn County 3101065 | **Instrument #** 3101065 | **Recording Date:** Wed Dec 13 13:16:00 CST 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** FEININGER, MICHAEL | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 05 Township: 145 Range: 94 | **Document Type: MINERAL DEED**<br>**Document Date:** 10/12/2023 | | |

| Dunn County 3101276 | **Instrument #** 3101276 | **Recording Date:** Wed Jan 17 11:11:00 CST 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** NORDSVEN, RANDY, NORDSVEN, MARY E. | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** Quarter: NW Section: 16 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 16 Township: 144 Range: 93, Sixteenth: SE Quarter: NW Section: 16 Township: 144 Range: 93 | **Document Type: MEMORANDUM OF O & G LEASE**<br>**Document Date:** | | |

| Dunn County 3101769 | **Instrument #** 3101769 | **Recording Date:** Thu Mar 14 11:48:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** HERTZ, ROSEMARY, WEISS, ROSEMARY FKA | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |

**Legal:** , ...Quarter: NW Section: 20 Township: 144 Range: 93, Quarter: SW Section: 20 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 20 Township: 144 Range: 93, Sixteenth: NE Quarter: NW Section: 20 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 20 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM
**Document Date:**

---

**Dunn County 3101770**

**Instrument #** 3101770    **Recording Date:** Thu Mar 14 11:50:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** HERTZ, SANFORD B.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 144 Range: 93, Quarter: SW Section: 20 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 20 Township: 144 Range: 93, Sixteenth: NE Quarter: NW Section: 20 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 20 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM
**Document Date:**

---

**Dunn County 3101733**

**Instrument #** 3101733    **Recording Date:** Fri Mar 08 16:01:00 CST 2024    Preview Image    ☐ Purchase

**Grantor:** GENDRON, MICHELLE

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 93, Quarter: SE Section: 09 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 09 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101734**

**Instrument #** 3101734    **Recording Date:** Fri Mar 08 16:01:00 CST 2024    Preview Image    ☐ Purchase

**Grantor:** GENDRON, MICHELLE

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: SW Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: SE Quarter: SW Section: 29 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101729**

**Instrument #** 3101729    **Recording Date:** Fri Mar 08 15:00:00 CST 2024    Preview Image    ☐ Purchase

**Grantor:** AGRIBANK, FCB

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NE Section: 18 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 18 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 18 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 18 Township: 144

**Document Type:** OIL AND GAS LEASE
**Document Date:** 01/29/2024

Description   Summary                                                                    Select All / None

Range: 93, Sixteenth: SE Quarter: NE
Section: 18 Township: 144 Range: 93

---

| **Dunn County 3101722** | **Instrument #** 3101722 | **Recording Date:** Fri Mar 08 10:12:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** AGRIBANK, FCB

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NW Section: 05 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 05 Township: 144 Range: 93, Sixteenth: NE Quarter: NW Section: 05 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 05 Township: 144 Range: 93, Sixteenth: SE Quarter: NW Section: 05 Township: 144 Range: 93

**Document Type: OIL AND GAS LEASE**
**Document Date:** 01/29/2024

---

| **Dunn County 3101754** | **Instrument #** 3101754 | **Recording Date:** Wed Mar 13 15:57:00 CDT 2024 | Preview Image | ☐ Purchase |

**Grantor:** CRAIG, JASON C.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

---

| **Dunn County 3101751** | **Instrument #** 3101751 | **Recording Date:** Wed Mar 13 14:55:00 CDT 2024 | Preview Image | ☐ Purchase |

**Grantor:** BECK, BRIAN T., BECK, BRIAN

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 143 Range: 94, Quarter: NE Section: 10 Township: 143 Range: 94, Quarter: SW Section: 10 Township: 143 Range: 94, Quarter: SE Section: 10 Township: 143 Range: 94, Sixteenth: NW Quarter: NW Section: 10 Township: 143 Range: 94, ...

**Document Type: MEMORANDUM**
**Document Date:**

---

| **Dunn County 3101749** | **Instrument #** 3101749 | **Recording Date:** Wed Mar 13 14:50:00 CDT 2024 | Preview Image | ☐ Purchase |

**Grantor:** BECK, KENNETH D., BECK, KEN

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 143 Range: 94, Quarter: NE Section: 10 Township: 143 Range: 94, Quarter: SW Section: 10 Township: 143 Range: 94, Quarter: SE Section: 10 Township: 143 Range: 94, Sixteenth: NW Quarter: NW Section: 10 Township: 143 Range: 94, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

Description    Summary                                                                      Select All / None

| Dunn County 3101743 | **Instrument #** 3101743 | **Recording Date:** Tue Mar 12 10:35:00 CDT 2024 | Preview Image | ☐ Purchase |

**Grantor:** CRAIG, JAMES A.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101711 | **Instrument #** 3101711 | **Recording Date:** Wed Mar 06 12:14:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** SCHMOLL, MATTHEW

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101578 | **Instrument #** 3101578 | **Recording Date:** Wed Feb 28 11:00:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** NORDSVEN, GREGORY

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLINGS, LLC

**Legal:** , ...Quarter: SW Section: 28 Township: 144 Range: 93, Quarter: SE Section: 28 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 28 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 28 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 28 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101579 | **Instrument #** 3101579 | **Recording Date:** Wed Feb 28 11:03:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** NORDSVEN, GREGORY

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NW Section: 16 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 16 Township: 144 Range: 93, Sixteenth: SE Quarter: NW Section: 16 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101581 | **Instrument #** 3101581 | **Recording Date:** Wed Feb 28 11:10:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** NORDSVEN, GREGORY

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 31 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 31 Township: 144 Range: 93,

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

Sixteenth: NE Quarter: SE Section: 31
Township: 144 Range: 93, Sixteenth: SW
Quarter: SE Section: 31 Township: 144
Range: 93, Sixteenth: SE Quarter: SE
Section: 31 Township: 144 Range: 93

| | | | |
|---|---|---|---|
| **Dunn County 3101580** | **Instrument #** 3101580 | **Recording Date:** Wed Feb 28 11:04:00 CST 2024 | Preview Image ☐ Purchase |

**Grantor:** NORDSVEN, GREGORY

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDIGS, LLC

**Legal:** Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: SW Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: SE Quarter: SW Section: 29 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

| | | | |
|---|---|---|---|
| **Dunn County 3101491** | **Instrument #** 3101491 | **Recording Date:** Wed Feb 21 09:57:00 CST 2024 | Preview Image ☐ Purchase |

**Grantor:** FREISE, KATHRYN MARIA

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 18 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:** 12/19/2023

| | | | |
|---|---|---|---|
| **Dunn County 3101543** | **Instrument #** 3101543 | **Recording Date:** Mon Feb 26 08:58:00 CST 2024 | Preview Image ☐ Purchase |

**Grantor:** SCHMOLL, DANIEL T.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

| | | | |
|---|---|---|---|
| **Dunn County 3101587** | **Instrument #** 3101587 | **Recording Date:** Wed Feb 28 13:44:00 CST 2024 | Preview Image ☐ Purchase |

**Grantor:** NORDSVEN, GREGORY

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NE Section: 32 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 32 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 32 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 32 Township: 144 Range: 93, Sixteenth: SE Quarter: NE Section: 32 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

Description    Summary                                          Select All / None

| | | |
|---|---|---|
| **Dunn County** 3101583 | **Instrument #** 3101583    **Recording Date:** Wed Feb 28 11:27:00 CST 2024 | Preview Image    ☐ Purchase |
| | **Grantor:** OBERG, KRISTIN K. | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| | **Legal:** , ...Quarter: NW Section: 10 Township: 143 Range: 94, Quarter: NE Section: 10 Township: 143 Range: 94, Quarter: SW Section: 10 Township: 143 Range: 94, Quarter: SE Section: 10 Township: 143 Range: 94, Sixteenth: NW Quarter: NW Section: 10 Township: 143 Range: 94, ... | **Document Type:** MEMORANDUM OF O & G LEASE **Document Date:** |

| | | |
|---|---|---|
| **Dunn County** 3101582 | **Instrument #** 3101582    **Recording Date:** Wed Feb 28 11:11:00 CST 2024 | Preview Image    ☐ Purchase |
| | **Grantor:** SCHMOLL, PETER W. | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| | **Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ... | **Document Type:** MEMORANDUM OF O & G LEASE **Document Date:** |

| | | |
|---|---|---|
| **Dunn County** 3099566 | **Instrument #** 3099566    **Recording Date:** Wed May 24 10:36:00 CDT 2023 | Preview Image    ☐ Purchase |
| | **Grantor:** ROYAL BLUE MINERALS, LLC | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| | **Legal:** , ...Quarter: NW Section: 10 Township: 144 Range: 95, Quarter: SW Section: 10 Township: 144 Range: 95, Sixteenth: SW Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: SE Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 95, ... | **Document Type:** MINERAL DEED **Document Date:** 05/22/2023 |

| | | |
|---|---|---|
| **Dunn County** 3101531 | **Instrument #** 3101531    **Recording Date:** Fri Feb 23 09:30:00 CST 2024 | Preview Image    ☐ Purchase |
| | **Grantor:** THE KARA A. SCHMOLL TRUST FUND DATED NOV, SCHMOLL, KARA A. TRUSTEE | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| | **Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ... | **Document Type:** MEMORANDUM OF O & G LEASE **Document Date:** |

| | | |
|---|---|---|
| **Dunn County** 3101522 | **Instrument #** 3101522    **Recording Date:** Thu Feb 22 13:18:00 CST 2024 | Preview Image    ☐ Purchase |
| | **Grantor:** PEARSON, GERALDINE SUE, PEARSON, GERALDINE SUE TRUSTEE, | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC, PEARSON, |

PEARSON FAMILY MINERAL TRUST DATED AUGUS, KIRSCH, COLLETTE K., PHOENIX CAPITAL GROUP HOLDINGS, LLC, RED HAWK ROYALTY, LLC, KUCK, BONNIE G., KUCK, AMOS M., KUCK, APRIL M., KUCK, ABBIGAIL M.

GERALDINE SUE TRUSTEE, PEARSON FAMILY MINERAL TRUST DATED AUGUS, KIRSCH, COLLETTE K., KUCK, BONNIE G., KUCK, AMOS M., KUCK, APRIL M., KUCK, ABBIGAIL M., RED HAWK ROYALTY, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 144 Range: 95, Quarter: SW Section: 10 Township: 144 Range: 95, Sixteenth: SW Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: SE Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 95, ...

**Document Type: STIPULATION**
**Document Date:** 02/20/2024

| | | |
|---|---|---|
| **Dunn County**<br>**3101619** | **Instrument #** 3101619   **Recording Date:** Thu Feb 29 14:12:00 CST 2024 | Preview Image   ☐ Purchase |

**Grantor:** GLASSER, FRAN

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 21 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 21 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 21 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 21 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 21 Township: 144 Range: 93

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

| | | |
|---|---|---|
| **Dunn County**<br>**3101613** | **Instrument #** 3101613   **Recording Date:** Thu Feb 29 13:41:00 CST 2024 | Preview Image   ☐ Purchase |

**Grantor:** THE VIVIAN KNUTSON IRREVOCABLE MINERAL T, KIRKWOOD BANK AND TRUST COMPANY TRUSTEE, KIRKWOOD BANK AND TRUST TRUSTEE

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 04 Township: 143 Range: 94, Sixteenth: NE Quarter: NE Section: 04 Township: 143 Range: 94, Quarter: NE Section: 04 Township: 143 Range: 94, Sixteenth: NW Quarter: NE Section: 04 Township: 143 Range: 94, Quarter: NW Section: 04 Township: 143 Range: 94, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

| | | |
|---|---|---|
| **Dunn County**<br>**3101616** | **Instrument #** 3101616   **Recording Date:** Thu Feb 29 14:05:00 CST 2024 | Preview Image   ☐ Purchase |

**Grantor:** GAEBE, PATRICIA K.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

Description    Summary                                                              Select All / None

| | | |
|---|---|---|

**Dunn County 3101614**   Instrument # 3101614    Recording Date: Thu Feb 29 13:43:00 CST 2024    Preview Image    ☐ Purchase

Grantor: GAEBE, MILDRED C.    Grantee: PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

Document Type: **MEMORANDUM OF O & G LEASE**
Document Date:

---

**Dunn County 3101617**   Instrument # 3101617    Recording Date: Thu Feb 29 14:08:00 CST 2024    Preview Image    ☐ Purchase

Grantor: FULLER, SANDY L.    Grantee: PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

Document Type: **MEMORANDUM OF O & G LEASE**
Document Date:

---

**Dunn County 3101615**   Instrument # 3101615    Recording Date: Thu Feb 29 13:54:00 CST 2024    Preview Image    ☐ Purchase

Grantor: GAEBE, NANCY A.    Grantee: PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

Document Type: **MEMORANDUM OF O & G LEASE**
Document Date:

---

**Dunn County 3101618**   Instrument # 3101618    Recording Date: Thu Feb 29 14:10:00 CST 2024    Preview Image    ☐ Purchase

Grantor: CLARK, AUDREY J.    Grantee: PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: Quarter: NE Section: 21 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 21 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 21 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 21 Township: 144 Range: 93, Sixteenth: SE Quarter: NE Section: 21 Township: 144 Range: 93

Document Type: **MEMORANDUM OF O & G LEASE**
Document Date:

---

**Dunn County 3101698**   Instrument # 3101698    Recording Date: Mon Mar 04 14:36:00 CST 2024    Preview Image    ☐ Purchase

Description   Summary                                                                    Select All / None

**Grantor:** THE SCHWINDT FAMILY
TRUST DATED AUGUST 8, SCHWINDT,
BERNADETTE A. TRUSTEE,
SCHWINDT, DUWAYNE J. TRUSTEE

**Grantee:** PUBLIC, PHOENIX CAPITAL
GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, ,
...Quarter: SW Section: 30 Township: 144
Range: 93, Sixteenth: NW Quarter: SW
Section: 30 Township: 144 Range: 93,
Quarter: SW Section: 30 Township: 144
Range: 93, Sixteenth: SW Quarter: SW
Section: 30 Township: 144 Range: 93,
Quarter: SW Section: 30 Township: 144
Range: 93, ...

**Document Type:** MEMORANDUM OF O
& G LEASE
**Document Date:**

| Dunn County 3101610 | **Instrument #** 3101610 | **Recording Date:** Thu Feb 29 13:30:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** THE VIRGINIA L SALMONSON
TRUST, SALMONSON, VIRGINIA LEE
TRUSTEE

**Grantee:** PUBLIC, PHOENIX CAPITAL
GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 04
Township: 143 Range: 94, Quarter: SE
Section: 04 Township: 143 Range: 94,
Sixteenth: NW Quarter: SW Section: 04
Township: 143 Range: 94, Sixteenth: NE
Quarter: SW Section: 04 Township: 143
Range: 94, Sixteenth: NW Quarter: SE
Section: 04 Township: 143 Range: 94, ...

**Document Type:** MEMORANDUM OF O
& G LEASE
**Document Date:**

| Dunn County 3101697 | **Instrument #** 3101697 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** HELM, KAMELLE

**Grantee:** NODLAND, GEORGE L.,
NODLAND, KAYLEEN M., PHOENIX
CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, ,
...Quarter: NW Section: 30 Township: 144
Range: 93, Sixteenth: NW Quarter: NW
Section: 30 Township: 144 Range: 93,
Quarter: NW Section: 30 Township: 144
Range: 93, Sixteenth: SW Quarter: NW
Section: 30 Township: 144 Range: 93,
Quarter: NW Section: 30 Township: 144
Range: 93, ...

**Document Type:** RATIFICATION OIL &
GAS LEASE
**Document Date:** 11/13/2023

| Dunn County 3101696 | **Instrument #** 3101696 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** NODLAND, GARRETT

**Grantee:** NODLAND, GEORGE L.,
NODLAND, KAYLEEN M., PHOENIX
CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, ,
...Quarter: NW Section: 30 Township: 144
Range: 93, Sixteenth: NW Quarter: NW
Section: 30 Township: 144 Range: 93,
Quarter: NW Section: 30 Township: 144
Range: 93, Sixteenth: SW Quarter: NW
Section: 30 Township: 144 Range: 93,
Quarter: NW Section: 30 Township: 144
Range: 93, ...

**Document Type:** RATIFICATION OIL &
GAS LEASE
**Document Date:** 11/13/2023

| Dunn County | **Instrument #** 3101695 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

Description   Summary

Select All / None

3101695

**Grantor:** NODLAND, GEORGE L., NODLAND, KAYLEEN M.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

| Dunn County 3101694 | **Instrument #** 3101694 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** OLSON, DENNIS M.

**Grantee:** OLSON, YVONNE C., PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: SE Quarter: NE Section: 17 Township: 144 Range: 93

**Document Type:** RATIFICATION OIL & GAS LEASE
**Document Date:** 01/17/2024

| Dunn County 3101604 | **Instrument #** 3101604 | **Recording Date:** Thu Feb 29 12:19:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** THE GAEBE FAMILY TRUST U/D/T DATED MAY 1, RAMOS, JEANNE M. TRUSTEE

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

| Dunn County 3101692 | **Instrument #** 3101692 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** OWEN, NANCY A.

**Grantee:** GEIST, DOROTY, PHOENIX CAPITAL GROUP HOLDONGS, LLC

**Legal:** , ...Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 17 Township: 144 Range: 93, ...

**Document Type:** RATIFICATION OIL & GAS LEASE
**Document Date:** 12/29/2023

| Dunn County 3101602 | **Instrument #** 3101602 | **Recording Date:** Thu Feb 29 11:51:00 CST 2024 | Preview Image | ☐ Purchase |

Description   Summary                                                                    Select All / None

**Grantor:** RAMOS, JEANNE M.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101605 | **Instrument #** 3101605 | **Recording Date:** Thu Feb 29 12:21:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** OLSON, DENNIS

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101693 | **Instrument #** 3101693 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** OLSON, YVONNE C.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: SE Quarter: NE Section: 17 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101606 | **Instrument #** 3101606 | **Recording Date:** Thu Feb 29 12:22:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** GOETZ, VICTOR G.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 18 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101607 | **Instrument #** 3101607 | **Recording Date:** Thu Feb 29 12:28:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** GEIST, DELMAR

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NW Quarter:

**Document Type:** MEMORANDUM OF O & G LEASE

Select All / None

Description   Summary

SE Section: 17 Township: 144 Range: 93,
Sixteenth: NE Quarter: SE Section: 17
Township: 144 Range: 93, Sixteenth: SW
Quarter: SE Section: 17 Township: 144
Range: 93, Sixteenth: SE Quarter: SE
Section: 17 Township: 144 Range: 93

Document Date:

---

**Dunn County 3101600**

**Instrument #** 3101600    **Recording Date:** Thu Feb 29 11:44:00 CST 2024

Preview Image    ☐ Purchase

**Grantor:** KLING, MARIE E., MOORE, RUTH POA

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, ,
...Quarter: NW Section: 02 Township: 144
Range: 94, Sixteenth: NE Quarter: NW
Section: 02 Township: 144 Range: 94,
Quarter: NW Section: 02 Township: 144
Range: 94, Sixteenth: NW Quarter: NW
Section: 02 Township: 144 Range: 94,
Quarter: NW Section: 02 Township: 144
Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101684**

**Instrument #** 3101684    **Recording Date:** Mon Mar 04 14:36:00 CST 2024

Preview Image    ☐ Purchase

**Grantor:** KUNTZ, KATHLEEN F.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, ,
...Quarter: SW Section: 30 Township: 144
Range: 93, Sixteenth: NW Quarter: SW
Section: 30 Township: 144 Range: 93,
Quarter: SW Section: 30 Township: 144
Range: 93, Sixteenth: SW Quarter: SW
Section: 30 Township: 144 Range: 93,
Quarter: SW Section: 30 Township: 144
Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101683**

**Instrument #** 3101683    **Recording Date:** Mon Mar 04 14:36:00 CST 2024

Preview Image    ☐ Purchase

**Grantor:** MCCOOL, ANN D.P., MCCOOL, ANN DAPHNE PARKE AKA, MCCOOL, ANN DAPHNE AKA

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 05
Township: 144 Range: 93, Quarter: SE
Section: 05 Township: 144 Range: 93,
Sixteenth: NW Quarter: SW Section: 05
Township: 144 Range: 93, Sixteenth: NE
Quarter: SW Section: 05 Township: 144
Range: 93, Sixteenth: NW Quarter: SE
Section: 05 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101686**

**Instrument #** 3101686    **Recording Date:** Mon Mar 04 14:36:00 CST 2024

Preview Image    ☐ Purchase

**Grantor:** NODLAND, GARRETT

**Grantee:** HAUCK, TREVOR WESLEY, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, ,
...Quarter: NW Section: 30 Township: 144
Range: 93, Sixteenth: NW Quarter: NW
Section: 30 Township: 144 Range: 93,
Quarter: NW Section: 30 Township: 144

**Document Type:** RATIFICATION OIL & GAS LEASE
**Document Date:** 12/15/2023

---

Description    Summary                                                    Select All / None

Range: 93, Sixteenth: SW Quarter: NW
Section: 30 Township: 144 Range: 93,
Quarter: NW Section: 30 Township: 144
Range: 93, ...

| Dunn County 3101687 | **Instrument #** 3101687 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** HELM, KAMELLE

**Grantee:** HAUCK, TREVOR WESLEY, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, ...

**Document Type: RATIFICATION OIL & GAS LEASE**
**Document Date:** 12/18/2023

| Dunn County 3101691 | **Instrument #** 3101691 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** MCALLISTER, NADINE K.

**Grantee:** GEIST, DOROTHY, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 17 Township: 144 Range: 93, ...

**Document Type: RATIFICATION OIL & GAS LEASE**
**Document Date:** 12/29/2023

| Dunn County 3101685 | **Instrument #** 3101685 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** HAUCK, TREVOR WESLEY, HAUCK, TREVOR W

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

302 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4 [Next/Last]

[ Purchase Selected ]

[ Return to Search Results ]