# EXHIBIT A-21

Return to Search Results

**You searched for:** RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for incline and Search Results For=Billings County

One item found. **1**                                                                                   **Purchase Selected**

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Billings County 153880** | **Instrument #** 153880 | **Recording Date:** Tue Sep 06 07:44:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** MCCULLY-CHAPMAN EXPLORATION, INC., ETAL, BROUGHTON PETROLEUM, INC., ETAL, OTTER CREEK, LLC., ETAL | **Grantee:** INCLINE BAKKEN II, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 03 Township: 141 Range: 100, Quarter: NE Section: 03 Township: 141 Range: 100, Quarter: SW Section: 03 Township: 141 Range: 100, Quarter: SE Section: 03 Township: 141 Range: 100, Sixteenth: NW Quarter: NW Section: 03 Township: 141 Range: 100, ... | **Document Type:** ASSIGNMENT  **Document Date:** 09/01/2022 | | |

One item found. **1**                                                                                   **Purchase Selected**

Return to Search Results