# EXHIBIT A-22

Return to Search Results

**You searched for:** RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Billings County

19 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|
| **Billings County 153840** | **Instrument #** 153840 | | **Recording Date:** Mon Aug 15 13:38:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** SCHOOL SISTERS OF NOTRE DAME CENTRAL PAC | | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 07 Township: 139 Range: 100, Quarter: NE Section: 07 Township: 139 Range: 100, Quarter: SW Section: 07 Township: 139 Range: 100, Quarter: SE Section: 07 Township: 139 Range: 100, Sixteenth: NW Quarter: NW Section: 07 Township: 139 Range: 100, ... | | **Document Type: MINERAL AND ROYALTY DEED**<br>**Document Date:** 08/07/2022 | | |
| **Billings County 153867** | **Instrument #** 153867 | | **Recording Date:** Tue Aug 30 06:59:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** CODY EXPLORATION, LLC | | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 11 Township: 141 Range: 099, Quarter: NE Section: 11 Township: 141 Range: 099, Quarter: SW Section: 11 Township: 141 Range: 099, Quarter: SE Section: 11 Township: 141 Range: 099, Sixteenth: NW Quarter: NW Section: 11 Township: 141 Range: 099, ... | | **Document Type: MINERAL AND ROYALTY DEED**<br>**Document Date:** 08/01/2022 | | |
| **Billings County 152841** | **Instrument #** 152841 | | **Recording Date:** Mon Nov 15 07:09:00 CST 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** MICHELSON, JOHNNY, MICHELSON, BRENDA | | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: SE Section: 08 Township: 139 Range: 100, Sixteenth: NW Quarter: SE Section: 08 Township: 139 Range: 100, Sixteenth: NE Quarter: SE Section: 08 Township: 139 Range: 100, Sixteenth: SW Quarter: SE Section: 08 Township: 139 Range: 100, Sixteenth: SE Quarter: SE Section: 08 Township: 139 Range: 100, ... | | **Document Type: MINERAL AND ROYALTY DEED**<br>**Document Date:** 11/12/2021 | | |
| **Billings County 154771** | **Instrument #** 154771 | | **Recording Date:** Mon Jul 17 15:55:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** NEWBOLD, JOSEPH D., TRUSTEE, JOHN S. NEWBOLD RESIDUARY TRUST | | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|
| | **Legal:** , ...Quarter: SW Section: 14 Township: 143 Range: 099, Sixteenth: NW Quarter: SW Section: 14 Township: 143 Range: 099, Sixteenth: NE Quarter: SW Section: 14 Township: 143 Range: 099, Sixteenth: SW Quarter: SW Section: 14 Township: 143 Range: 099, Sixteenth: SE Quarter: SW Section: 14 Township: 143 Range: 099, ... | **Document Type:** MINERAL DEED **Document Date:** 07/14/2023 | | | |
| **Billings County 154832** | **Instrument #** 154832 | **Recording Date:** Thu Jul 27 13:18:00 CDT 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** DIAMOND RESOURCES CO. | **Grantee:** FIVE STATES ENERGY COMPANY, LLC, CHOLLA PETROLEUM, INC., PHOENIX ENERGY PARTNERS, LLC, MADISON ENERGY VENTURES, LLC | | | |
| | **Legal:** Quarter: NW Section: 20 Township: 139 Range: 100, Sixteenth: NW Quarter: NW Section: 20 Township: 139 Range: 100, Sixteenth: NE Quarter: NW Section: 20 Township: 139 Range: 100, Sixteenth: SW Quarter: NW Section: 20 Township: 139 Range: 100, Sixteenth: SE Quarter: NW Section: 20 Township: 139 Range: 100 | **Document Type:** ASSIGNMENT OF OVERRIDING ROYALTY **Document Date:** 06/01/2023 | | | |
| **Billings County 154630** | **Instrument #** 154630 | **Recording Date:** Thu Jun 01 13:22:00 CDT 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, INC. | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | | |
| | **Legal:** , ...Quarter: NE Section: 07 Township: 144 Range: 098, Sixteenth: NW Quarter: NE Section: 07 Township: 144 Range: 098, Sixteenth: NE Quarter: NE Section: 07 Township: 144 Range: 098, Sixteenth: SW Quarter: NE Section: 07 Township: 144 Range: 098, Sixteenth: SE Quarter: NE Section: 07 Township: 144 Range: 098, ... | **Document Type:** ASSIGNMENT **Document Date:** 05/18/2023 | | | |
| **Billings County 154613** | **Instrument #** 154613 | **Recording Date:** Tue May 30 08:04:00 CDT 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, INC. | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC. | | | |
| | **Legal:** , ...Quarter: NE Section: 07 Township: 144 Range: 098, Sixteenth: NW Quarter: NE Section: 07 Township: 144 Range: 098, Sixteenth: NE Quarter: NE Section: 07 Township: 144 Range: 098, Sixteenth: SW Quarter: NE Section: 07 Township: 144 Range: 098, Sixteenth: SE Quarter: NE Section: 07 Township: 144 Range: 098, ... | **Document Type:** ASSIGNMENT **Document Date:** 05/18/2023 | | | |
| **Billings County 154437** | **Instrument #** 154437 | **Recording Date:** Wed Apr 19 07:01:00 CDT 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | | |

| Description | Summary | | Select All / None |
|---|---|---|---|
| | LANDS | | |
| | **Legal:** Quarter: SW Section: 36 Township: 144 Range: 098, Sixteenth: NW Quarter: SW Section: 36 Township: 144 Range: 098, Sixteenth: NE Quarter: SW Section: 36 Township: 144 Range: 098, Sixteenth: SW Quarter: SW Section: 36 Township: 144 Range: 098, Sixteenth: SE Quarter: SW Section: 36 Township: 144 Range: 098 | **Document Type:** OIL AND GAS LEASE<br>**Document Date:** 03/14/2023 | |
| **Billings County 154438** | **Instrument #** 154438 | **Recording Date:** Wed Apr 19 07:02:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** Quarter: SE Section: 36 Township: 144 Range: 098, Sixteenth: NW Quarter: SE Section: 36 Township: 144 Range: 098, Sixteenth: NE Quarter: SE Section: 36 Township: 144 Range: 098, Sixteenth: SW Quarter: SE Section: 36 Township: 144 Range: 098, Sixteenth: SE Quarter: SE Section: 36 Township: 144 Range: 098 | **Document Type:** OIL AND GAS LEASE<br>**Document Date:** 03/14/2023 | |
| **Billings County 154564** | **Instrument #** 154564 | **Recording Date:** Wed May 17 07:04:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, INC. | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** Lot 1, Lot 1, ...Quarter: NE Section: 06 Township: 144 Range: 098, Sixteenth: SW Quarter: NE Section: 06 Township: 144 Range: 098, Sixteenth: SE Quarter: NE Section: 06 Township: 144 Range: 098, Quarter: NW Section: 06 Township: 144 Range: 098, Quarter: NE Section: 06 Township: 144 Range: 098, ... | **Document Type:** ASSIGNMENT<br>**Document Date:** 04/13/2023 | |
| **Billings County 154563** | **Instrument #** 154563 | **Recording Date:** Wed May 17 07:03:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, INC. | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** , ...Quarter: NE Section: 02 Township: 144 Range: 099, Quarter: SE Section: 02 Township: 144 Range: 099, Sixteenth: SW Quarter: NE Section: 02 Township: 144 Range: 099, Sixteenth: SE Quarter: NE Section: 02 Township: 144 Range: 099, Sixteenth: NW Quarter: SE Section: 02 Township: 144 Range: 099, ... | **Document Type:** ASSIGNMENT<br>**Document Date:** 04/24/2023 | |
| **Billings County 154562** | **Instrument #** 154562 | **Recording Date:** Wed May 17 07:02:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, INC. | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |

| Description | Summary | | Select All / None |
|---|---|---|---|
| | **Legal:** , ...Quarter: NW Section: 06 Township: 144 Range: 098, Quarter: SW Section: 06 Township: 144 Range: 098, Quarter: SE Section: 06 Township: 144 Range: 098, Sixteenth: SE Quarter: NW Section: 06 Township: 144 Range: 098, Sixteenth: NE Quarter: SW Section: 06 Township: 144 Range: 098, ... | **Document Type:** ASSIGNMENT **Document Date:** 04/17/2023 | |
| **Billings County 154573** | **Instrument #** 154573 | **Recording Date:** Thu May 18 07:15:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, INC. | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 01 Township: 144 Range: 099, Quarter: SW Section: 01 Township: 144 Range: 099, Sixteenth: SW Quarter: NW Section: 01 Township: 144 Range: 099, Sixteenth: SE Quarter: NW Section: 01 Township: 144 Range: 099, Sixteenth: NW Quarter: SW Section: 01 Township: 144 Range: 099, ... | **Document Type:** ASSIGNMENT **Document Date:** 05/08/2023 | |
| **Billings County 154840** | **Instrument #** 154840 | **Recording Date:** Mon Jul 31 07:10:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY INC | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC | |
| | **Legal:** Lot 1, Lot 1, Lot 1, Lot 2, Lot 2, ...Quarter: NE Section: 01 Township: 144 Range: 099, Sixteenth: NW Quarter: NE Section: 01 Township: 144 Range: 099, Sixteenth: NE Quarter: NE Section: 01 Township: 144 Range: 099, Quarter: NE Section: 01 Township: 144 Range: 099, Sixteenth: NW Quarter: NE Section: 01 Township: 144 Range: 099, ... | **Document Type:** ASSIGNMENT **Document Date:** 06/01/2023 | |
| **Billings County 155746** | **Instrument #** 155746 | **Recording Date:** Tue Apr 02 07:18:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, INC. | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 03 Township: 144 Range: 099, Quarter: NE Section: 03 Township: 144 Range: 099, Quarter: SW Section: 03 Township: 144 Range: 099, Quarter: SE Section: 03 Township: 144 Range: 099, Sixteenth: SW Quarter: NW Section: 03 Township: 144 Range: 099, ... | **Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY **Document Date:** 11/15/2023 | |
| **Billings County 155701** | **Instrument #** 155701 | **Recording Date:** Tue Mar 19 09:27:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** BUSSIER, DAVID ANTHONY | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 04 Township: 144 Range: 098, Quarter: SW Section: 04 Township: 144 Range: 098, Sixteenth: NW Quarter: NW Section: 04 Township: 144 Range: 098, Sixteenth: NE | **Document Type:** MINERAL DEED **Document Date:** 01/16/2024 | |

| Description | Summary | | Select All / None |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Quater: NW Section: 04 Township: 144 Range: 098, Sixteenth: SW Quarter: NW Section: 04 Township: 144 Range: 098, ... | | | |
| **Billings County 155733** | **Instrument #** 155733 | **Recording Date:** Tue Mar 26 10:17:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** TJ MINERALS PARTNERS, LLC | **Grantee:** PHOENIX PETROLEUM LLC | | |
| | **Legal:** Quarter: NE Section: 28 Township: 142 Range: 100, Sixteenth: SW Quarter: NE Section: 28 Township: 142 Range: 100 | **Document Type: ASSIGNMENT, BILL OF SALE & CONVEY** **Document Date:** 01/01/2024 | | |
| **Billings County 156021** | **Instrument #** 156021 | **Recording Date:** Fri Jun 14 10:32:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** TORPHY QUIRK, MARGARET, BURETTA, MARGARET J., FKA | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 144 Range: 098, Quarter: NE Section: 29 Township: 144 Range: 098, Quarter: SW Section: 29 Township: 144 Range: 098, Quarter: SE Section: 29 Township: 144 Range: 098, Sixteenth: NW Quarter: NW Section: 29 Township: 144 Range: 098, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 04/25/2024 | | |
| **Billings County 156020** | **Instrument #** 156020 | **Recording Date:** Fri Jun 14 09:48:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** DONALD P. HINSKE REVOCABLE TRUST | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 144 Range: 098, Quarter: NE Section: 29 Township: 144 Range: 098, Quarter: SW Section: 29 Township: 144 Range: 098, Quarter: SE Section: 29 Township: 144 Range: 098, Sixteenth: NW Quarter: NW Section: 29 Township: 144 Range: 098, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 04/25/2024 | | |

19 items found, displaying all items.**1**

Purchase Selected

Return to Search Results