# EXHIBIT A-4

https://www.hess.com/operations/operations-map



