# EXHIBIT A-5



# Hess Bakken Investments Ii, Llc

Contact Name: C T CORPORATION

Contact Phone: (713) 496-4000

Business Address: Hess Bakken Investments Ii, Llc   1501 Mckinney St   HOUSTON , TX . 77010-4010

Hess Bakken Investments Ii, Llc Activity Summary

| | |
|---|---|
| Production Status | Actively Producing |
| Producer National Rank by BOE | #2 |
| Total Producing Wells | 1,773 |
| Most Recent Production Month | 06-01-2024 |
| Total Oil Production | 668,604,772 BBls |
| Total Gas Production | 1,680,193,272 MCFs |
| Total BOE Production | 948,636,800 BBls |
| Producing Counties | McKenzie County   Mountrail County   Ward County   Williams County |

Powered by: MineralAnswers.com

Hess Bakken Investments Ii, Llc Production Chart

**Join MineralAnswers.com for Production Access**

Subscribe now to gain immediate access
to oil and gas production for **Hess Bakken Investments II, LLC**

▥ Wells in North Dakota operated by Hess Bakken Investments II, LLC

| API Number | Operator Name | Recent Production | Well Name | Field Name | Well Type | Total Oil Produced | Total Gas Produced |
|---|---|---|---|---|---|---|---|
| 33-053-03417 | Hess Bakken Investments II, LLC | 06-01-2024 | 3WX 3-1H | BANKS | Oil & Gas | 334,449 BBLs | 663,637 MCFs |
| 33-105-01599 | Hess Bakken Investments II, LLC | 06-01-2024 | A. BLIKRE 12-01H | TIOGA | Oil & Gas | 90,596 BBLs | 157,711 MCFs |
| 33-105-01588 | Hess Bakken Investments II, LLC | 06-01-2024 | A. BLIKRE 13-24H | TIOGA | Oil & Gas | 33,985 BBLs | 61,619 MCFs |
| 33-105-00675 | Hess Bakken Investments II, LLC | 07-01-1987 | ADOLPH H. BORSTAD 3 | TIOGA | Oil & Gas | 922 BBLs | 0 MCFs |
| 33-053-02426 | Hess Bakken Investments II, LLC | 10-01-2019 | ADU 9 | ANTELOPE | Oil & Gas | 382,183 BBLs | 328,548 MCFs |
| 33-053-02778 | Hess Bakken Investments II, LLC | 11-01-2016 | A. GRIMESTAD 6-32 | HAWKEYE | Oil & Gas | 2,011 BBLs | 49,921 MCFs |
| 33-105-01617 | Hess Bakken Investments II, LLC | 06-01-2024 | A. IVERSON 12-13H | BEAVER LODGE | Oil & Gas | 226,789 BBLs | 362,122 MCFs |
| 33-053-00559 | Hess Bakken Investments II, LLC | 12-01-2019 | AMU H-517HR | ANTELOPE | Oil & Gas | 286,913 BBLs | 1,212,701 MCFs |
| 33-053-03305 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH-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H-1 | ANTELOPE | Oil & Gas | 545,564 BBLs | 712,488 MCFs |
| 33-053-08603 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH- 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H-10 | ANTELOPE | Oil & Gas | 321,562 BBLs | 940,767 MCFs |
| 33-053-04230 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH 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H-2 | ANTELOPE | Oil & Gas | 214,460 BBLs | 317,144 MCFs |
| 33-053-04322 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH 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H-3 | ANTELOPE | Oil & Gas | 302,107 BBLs | 382,110 MCFs |
| 33-053-04323 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH 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H-4 | ANTELOPE | Oil & Gas | 226,539 BBLs | 355,312 MCFs |
| 33-053-04324 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH 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H-5 | ANTELOPE | Oil & Gas | 401,158 BBLs | 520,297 MCFs |
| 33-053-08607 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH- 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H-6 | ANTELOPE | Oil & Gas | 405,240 BBLs | 1,177,514 MCFs |
| 33-053-08606 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH- 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H-7 | ANTELOPE | Oil & Gas | 270,148 BBLs | 963,965 MCFs |
| 33-053-08605 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH- 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H-8 | ANTELOPE | Oil & Gas | 418,073 BBLs | 1,514,963 MCFs |
| 33-053-08604 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BOHMBACH- 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H-9 | ANTELOPE | Oil & Gas | 212,453 BBLs | 536,703 MCFs |
| 33-053-03222 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA-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H-1 | ANTELOPE | Oil & Gas | 271,588 BBLs | 431,129 MCFs |

| API Number | Operator Name | Recent Production | Well Name | Field Name | Well Type | Total Oil Produced | Total Gas Produced |
|---|---|---|---|---|---|---|---|
| 33-053-06969 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- 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H-2 | ANTELOPE | Oil & Gas | 532,166 BBLs | 1,474,868 MCFs |
| 33-053-06968 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- 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H-3 | ANTELOPE | Oil & Gas | 423,900 BBLs | 1,592,585 MCFs |
| 33-053-06967 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- 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H-4 | ANTELOPE | Oil & Gas | 440,361 BBLs | 1,577,928 MCFs |
| 33-053-05929 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- 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H-5 | ANTELOPE | Oil & Gas | 340,101 BBLs | 647,514 MCFs |
| 33-053-05930 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- 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H-6 | ANTELOPE | Oil & Gas | 248,659 BBLs | 506,105 MCFs |
| 33-053-05931 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- 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H-7 | ANTELOPE | Oil & Gas | 301,865 BBLs | 756,607 MCFs |
| 33-053-05932 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- 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H-8 | ANTELOPE | Oil & Gas | 225,073 BBLs | 703,850 MCFs |
| 33-053-05934 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- LE-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H-2 | ANTELOPE | Oil & Gas | 266,071 BBLs | 650,495 MCFs |
| 33-053-05933 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- LE-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H-1 | ANTELOPE | Oil & Gas | 267,364 BBLs | 692,446 MCFs |
| 33-053-06966 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-BRENNA- LW-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H-1 | ANTELOPE | Oil & Gas | 492,187 BBLs | 1,357,662 MCFs |
| 33-105-01521 | Hess Bakken Investments II, LLC | 12-01-2018 | ANDERSON 19-12 | CAPA | Oil & Gas | 167,151 BBLs | 154,804 MCFs |
| 33-105-01416 | Hess Bakken Investments II, LLC | 03-01-2003 | ANDERSON 24-23 | CAPA | Oil & Gas | 53,481 BBLs | 114,094 MCFs |
| 33-105-01557 | Hess Bakken Investments II, LLC | 06-01-2024 | ANDERSON SMITH 1-26H | CAPA | Oil & Gas | 261,180 BBLs | 333,092 MCFs |
| 33-105-02051 | Hess Bakken Investments II, LLC | 06-01-2024 | ANDERSON TRUST 15-12H | OLIVER | Oil & Gas | 170,043 BBLs | 329,763 MCFs |
| 33-053-03347 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE-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H-1 | ANTELOPE | Oil & Gas | 334,747 BBLs | 502,519 MCFs |
| 33-053-07690 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE- 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H-2 | ANTELOPE | Oil & Gas | 343,272 BBLs | 827,226 MCFs |
| 33-053-07691 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE- 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H-3 | ANTELOPE | Oil & Gas | 464,266 BBLs | 1,251,906 MCFs |
| 33-053-07886 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE- 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H-4 | ANTELOPE | Oil & Gas | 316,275 BBLs | 793,665 MCFs |
| 33-053-07887 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE- 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H-5 | ANTELOPE | Oil & Gas | 253,379 BBLs | 796,127 MCFs |
| 33-053-07888 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE- 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H-6 | ANTELOPE | Oil & Gas | 344,949 BBLs | 838,925 MCFs |

| API Number | Operator Name | Recent Production | Well Name | Field Name | Well Type | Total Oil Produced | Total Gas Produced |
|---|---|---|---|---|---|---|---|
| 33-053-07889 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE- 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H-7 | ANTELOPE | Oil & Gas | 200,356 BBLs | 542,301 MCFs |
| 33-053-07890 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE- 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H-8 | ANTELOPE | Oil & Gas | 562,101 BBLs | 1,417,382 MCFs |
| 33-053-07692 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DINWOODIE- LE-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H-1 | ANTELOPE | Oil & Gas | 447,628 BBLs | 1,058,313 MCFs |
| 33-053-08206 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DOUBLE BAR V-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H-1 | ANTELOPE | Oil & Gas | 296,340 BBLs | 910,888 MCFs |
| 33-053-08207 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DOUBLE BAR V-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H-2 | ANTELOPE | Oil & Gas | 480,137 BBLs | 1,121,806 MCFs |
| 33-053-08208 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-DOUBLE BAR V-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H-3 | ANTELOPE | Oil & Gas | 403,539 BBLs | 953,813 MCFs |
| 33-053-08870 | Hess Bakken Investments II, LLC | | AN-DOUBLE BAR V-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H-4 | ANTELOPE | Oil & Gas | 0 BBLs | 0 MCFs |
| 33-053-09003 | Hess Bakken Investments II, LLC | | AN-DOUBLE BAR V-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H-5 | ANTELOPE | Oil & Gas | 0 BBLs | 0 MCFs |
| 33-053-08871 | Hess Bakken Investments II, LLC | | AN-DOUBLE BAR V- LS-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H-1 | ANTELOPE | Oil & Gas | 0 BBLs | 0 MCFs |
| 33-053-02873 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-EVENSON-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H-1 | ANTELOPE | Oil & Gas | 260,950 BBLs | 409,675 MCFs |
| 33-053-07138 | Hess Bakken Investments II, LLC | 06-01-2024 | AN-EVENSON- 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H-10 | ANTELOPE | Oil & Gas | 203,540 BBLs | 586,224 MCFs |

Powered by: (M+) MineralAnswers.com

Hess Bakken Investments Ii, Llc Contact Info:

CONTACT NAME

C T CORPORATION

CONTACT TITLE

None Provided

BUSINESS ADDRESS

Hess Bakken Investments Ii, Llc
1501 Mckinney St
HOUSTON , TX . 77010-4010

BUSINESS PHONE

(713) 496-4000

About Hess Bakken Investments Ii, Llc

Hess Bakken Investments Ii, Llc is currently ranked #2 in the state of North Dakota based on a total production of 948,636,800 barrel of oil equivalent (BOE) reported during the month of 06-01-2024. The company has an estimated daily production of 85,904 BBLs oil and 85,904 MCF of gas, coming from 1,773 actively producing wells in the state.

There are 82 permits filed with the state that Hess Bakken Investments Ii, Llc can drill in the future.

North Dakota Producers

- Armstrong Operating, Inc.
- Ballantyne Oil, LLC
- Behm Energy, Inc.
- Big Sky Well Service, Inc.
- Core 54 Oil And Gas, LLC
- Denbury Onshore, LLC
- Dry Creek Disposal Company, Inc.
- Fram Operating LLC
- Gadeco, LLC
- Genesis St Operating LLC
- Imperial Oil Of North Dakota, Inc.
- James M Peterson, LLC
- Jettison, Inc.
- Leland Oil & Gas, LLC
- Rim Operating, Inc.
- Ritter, Laber & Associates, Inc.
- Specialized Technological Threading, Inc.,
- Strike Oil Inc
- The Triple T, Inc.
- Vickers & Vickers