# EXHIBIT A-7



## OPERATE

Incline, as an all-encompassing oil and gas company, seeks not only to acquire oil and gas assets, but also to develop and monetize those assets for both our company and landowners alike.

- Bonded operator in the State of Colorado (#10689)
- Initiated operations on our first pad development in 1Q21 in Weld County, Colorado, with first sales following in 3Q21
- Continue to actively pursue Surface Use Agreements in order to develop leasehold owned by Incline and our Lessors in the most prudent manner possible

Incline has partnered and conducts daily business with many industry-leading operators, including:

- Continental Resources Inc.
- PDC Energy Inc.
- Occidental Petroleum Corporation
- Marathon Oil Corporation
- Chevron Corporation
- XTO Energy Inc.
- ConocoPhillips
- Civitas Resources





## ADVISE

Since our founding in 2010, Incline has always made it a top priority to treat landowners by the golden rule. Fully understanding the difficulties involved in navigating the complexities of the oil and gas industry, we strive to provide owners with an accurate, highly knowledgeable, and transparent assessment of their current position. We strive to treat fellow mineral owners in the same fashion we would want to be treated, as evidenced by Incline being the only industry participant who has lobbied for more landowner-friendly rules and regulations at the Colorado Oil and Gas Conservation Commission. Whether your intent is to market and sell an asset or simply gain a further understanding of your ownership position, Incline can provide the following complimentary advisory services:

- Pinpoint research and digestible reports relating to working, mineral, and/or overriding royalty interest positions
- Quick financial analysis providing an accurate and realistic assessment of your assets' value
- Navigation of the proper channels within oil and gas companies and departments

- Analysis of pay status clearance regarding potentially suspended/unreleased funds with oil and gas operators

- Referrals to trusted outside legal counsel pertaining to estate management, including probate and heirship proceedings in the appropriate state court having jurisdiction, aimed at effectively conveying generational, family-owned oil and gas assets

- Appropriate comprehension of regulatory processes and statutes governing oil and gas operations in the state, including deadlines for properly returning horizontal development paperwork, alongside force pooling implications and the potential devaluation of your assets

- Education regarding the benefits of managing your asset in a tax efficient manner, including but not limited to, 1031 Exchanges

## LET US HELP!

CONTACT US

OUR TEAM CAN HELP YOU HANDLE ANY COMPLEX OWNERSHIP NEEDS YOU HAVE. CONTACT US TODAY!

OUR STORY