# EXHIBIT A-9



https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=0

ument Search | Shopping | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out Incline.publicrecords.3

New Search     Modify Search                                                           Printable Version

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Bowman County

6 items found, displaying all items.1                                                 Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| Bowman County 187592 | Instrument # 187592 | Recording Date: Mon May 02 09:53:00 CDT 2022 | Preview Image | ☐ Purchase |
| | Grantor: TARA RUDMAN REVOCABLE TRUST, FEATHER RIVER 76 LLC, THE PETER M YOUNG AND TACHINA RUDMAN YOU TP2K HOLDINGS LLC, TACHINA RUDMAN TRUST | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC | | |
| | Legal: , ...Quarter: SW Section: 13 Township: 131 Range: 103, Quarter: SE Section: 13 Township: 131 Range: 103, Sixteenth: NW Quarter: SW Section: 13 Township: 131 Range: 103, Sixteenth: NE Quarter: SW Section: 13 Township: 131 Range: 103, Sixteenth: NW Quarter: SE Section: 13 Township: 131 Range: 103, ... | Document Type: ASSIGNMENT, MINERAL DEED, CONVEY, BILL O Document Date: 03/15/2022 | | |
| Bowman County 187137 | Instrument # 187137 | Recording Date: Thu Nov 18 14:52:00 CST 2021 | Preview Image | ☐ Purchase |
| | Grantor: MICHELSON, JOHNNY, MICHELSON, BRENDA | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | Legal: ...Quarter: SW Section: 09 Township: 129 Range: 106, Quarter: SE Section: 09 Township: 129 Range: 106, Sixteenth: NW Quarter: SW Section: 09 Township: 129 Range: 106, Sixteenth: NE Quarter: SW Section: 09 Township: 129 Range: 106, Sixteenth: NW Quarter: SE Section: 09 Township: 129 Range: 106, ... | Document Type: MINERAL & ROYALTY DEED Document Date: 11/12/2021 | | |
| Bowman County 168391 | Instrument # 168391 | Recording Date: Tue Apr 25 14 40:00 CDT 2023 | Preview Image | ☐ Purchase |
| | Grantor: GOTHENQUIST, RUDY | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | Legal: , ...Quarter: NW Section: 01 Township: 131 Range: 102, Quarter: SW Section: 01 Township: 131 Range: 102, Quarter: SE Section: 01 Township: 131 Range: 102, Sixteenth: NE Quarter: NW Section: 01 Township: 131 Range: 102, ... | Document Type: MINERAL AND ROYALTY DEED Document Date: 03/01/2023 | | |
| Bowman County 168388 | Instrument # 168388 | Recording Date: Tue Apr 25 13 15:00 CDT 2023 | Preview Image | ☐ Purchase |
| | Grantor: HUNTLEY, DAVID S, GOTHENQUIST, RUDY, GLORIA M COLEMAN IRREVOCABLE TRUST | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC | | |
| | Legal: , ...Quarter: NW Section: 01 Township: 131 Range: 102... | Document Type: MINERAL AND ROYALTY DEED | | |



https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=1

Document Search | Shopping ▾ | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out lincline publicrecords.3

New Search    Modify Search                                                                      Printable Version

...ange/use the same parameters as your
...ious search, use the Modify Search button.

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=BOTTINEAU COUNTY

2 items found, displaying all items 1                                                              Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| BOTTINEAU COUNTY 429802 | Instrument # 429802    Recording Date: Tue May 10 10:06:00 CDT 2022 | | Preview Image   ☐ Purchase |
| | Grantor: RUDMAN, TARA REVOCABLE TRUST, FEATHER RIVER 75 LLC, YOUNG, PETER M AND TACHINA RUDMAN-YOUNG, YOUNG, PETER M AND TACHINA RUDMAN YOUNG TP2K HOLDINGS LLC, RUDMAN, TACHINA TRUST | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC | |
| | Legal: ... Quarter: SE Section: 27 Township: 160 Range: 75, Sixteenth NW Quarter: SE Section: 27 Township: 160 Range: 75, Sixteenth: NE Quarter: SE Section: 27 Township: 160 Range: 75, Sixteenth: SW Quarter: SE Section: 27 Township: 160 Range: 75, Sixteenth: SE Quarter: SE Section: 27 Township: 160 Range: 75, | Document Type: ASSNT/CONVEYANCE/BILL OF SALE Document Date: 03/15/2022 | |
| BOTTINEAU COUNTY 429425 | Instrument # 429425    Recording Date: Wed Mar 23 16:17:00 CDT 2022 | | Preview Image   ☐ Purchase |
| | Grantor: GREAT NORTHERN ENERGY INC | Grantee: PHOENIX CAPITAL GROUP HOLDINGS LLC | |
| | Legal: ... Quarter: NW Section: 31 Township: 162 Range: 79, Quarter: NE Section: 31 Township: 162 Range: 79, Quarter: SW Section: 31 Township: 162 Range: 79, Quarter: SE Section: 31 Township: 162 Range: 79, Sixteenth: NW Section: 31 Township: 162 Range: 79, ... | Document Type: ASSNT/CONVEYANCE/BILL OF SALE Document Date: 03/08/2022 | |

2 items found, displaying all items 1                                                              Purchase Selected

New Search    Modify Search                                                                      Printable Version





https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=3

Current Search | Shopping | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out Incline.pub//crecords.3

...ange/use the same parameters as your
...us search, use the Modify Search button.

New Search   Modify Search   Printable Version

...By
...cument Relevance

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Grant County

...n Sort By

One item found 1                                                                  Purchase Selected

...Order
...ending

| Description | Summary | | Select All / None |
|---|---|---|---|
| Grant County 145285 | **Instrument #** 145285 | **Recording Date:** Fri Apr 29 14:50:00 CDT 2022 | Preview Image ☐ Purchase |

...lts Per Page

**Grantor:** TERESA RUDMAN, TRUSTEE OF THE TARA RUDMA, Faaliher River 76, LLC, TACHINA RUDMAN-YOUNG, TRUSTEE OF THE PTE PETER M. YOUNG, TRUSTEE OF THE PTER M. Y, TP2K HOLDINGS, LLC, R. HIRAM LUCIUS, TRUSTEE OF THE TACHINA

**Grantee:** Phoenix Capital Group Holdings, LLC

...nt Searches
...ch 4: *1 result
...ch 3: 21 result
...ch 2: 2 results
...ch 1: 6 results

**Legal:** Lot 1, Lot 1, Lot 2. Lot 2, Lot 3, . . .Quarter, NE Section. Township: 133 Range: 89, Sixteenth. NE Quarter, NE Section. 06 Township: 133 Range: 89, Quarter: NE Section: 06 Township: 133 Range: 89, Sixteenth: NW Quarter. NE Section. 06 Township: 133 Range: 89, Quarter: NW Section. 06 Township. 133 Range: 89.

**Document Type:** ASSIGNMENT, CONVEYANCE AND MINERAL DEED
**Document Date:** 03/15/2022

...mages
...mages yet

One item found 1                                                                  Purchase Selected

...art

...cart is empty

New Search   Modify Search   Printable Version

...ons or comments? Contact us: NDRIN Support

...ght (c) 2021, Tyler Technologies, Inc. All Rights Reserved





https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=5

| nant Search | Shopping | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out Inclina.publicrecords.3 |

⚙ Printable Version

se/use the same parameters as your
 search, use the Modify Search button

🔍 New Search    🔍 Modify Search

nent Relevance

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Logan County

One item found:1

ort By

Purchase Selected

**Description** **Summary**                                                                                      Select All / None

der

ding

Logan        Instrument # 113842        Recording Date: Fri Apr 29 15:43:00 CDT 2022                    Preview    ☐ Purchase
County                                                                                                       Image
113842

: Per Page

**Grantor:** RUDMAN, TERESA, TRUSTEE, TARA RUDMAN REVOCABLE        **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC
TRUST UNDER AGREEM, TARA RUDMAN REVOCABLE TRUST A/K/A
RUDMAN, TERESA, MANAGER, FEATHER RIVER 75, LLC, RUDMAN-
YOUNG, TACHINA, TRUSTEE, YOUNG, PETER M, TRUSTEE, PETER M
YOUNG AND RACHINA RUDMAN-YOUNG R, PETER M YOUNG AND
TACHINA RUDMAN YOUNG R, RUDMAN-YOUNG, TACHINA, TRUSTEE

**Searches**

6: *1 result
5: 1 result                        **Legal:** ,  Quarter: NW Section: 01 Township: 135 Range: 70, Sixteenth        **Document Type:** MINERAL DEED
4: 1 result                        NW Quarter, NW Section: 01 Township: 135 Range: 70, Sixteenth  NE        **Document Date:** 03/15/2022
3: 21 results                      Quarter: NW Section: 01 Township: 135 Range: 70, Sixteenth  SW Quarter
2: 2 results                       NW Section: 01 Township: 135 Range: 70, Sixteenth  SE Quarter  NW
1: 5 results                       Section: 01 Township: 135 Range: 70, ...

ges                               One item found:1                                                                            Purchase Selected
ges yet

🔍 New Search    🔍 Modify Search                                                                               ⚙ Printable Version

rt is empty

or comments? Contact us: NDRIN Support

(c) 2021, Tyler Technologies, Inc. All Rights Reserved



← → C | https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=6

Document Search | Shopping ▾ | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out inclinepublicrecords.3

change/use the same parameters as your
ious search, use the Modify Search button.

🔍 New Search    🔍 Modify Search    🖨 Printable Version

t By
cument Relevance ▾

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=McHenry County

n Sort By ▾

One item found.1                                                                        Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

Order
cending ▾

ults Per Page
0 ▾

| McHenry County 330498 | Instrument # 330496 | Recording Date: Fri Apr 29 16 09 00 CDT 2022 | Preview Image | ☐ Purchase |

cent Searches
rch 7: *1 result
rch 6: 1 result
rch 4: 1 result
rch 3: 21 results
rch 2: 2 results

Grantor: RUDMAN, TARA REVOCABLE TRUST, FEATHER RIVER 75
LLC YOUNG, PETER M AND TACHINA RUDMAN-YOUN, TP2X
HOLDINGS, LLC, RUDMAN TERESA TRUSTEE, RUDMAN, TERESA
MANAGER, RUDMAN-YOUNG TACHINA TRUSTEE, YOUNG, PETER M
TRUSTEE  LUCIJS, R HIRAM TRUSTEE  RUDMAN, TACHINA TRUST

Grantee: PHOENIX CAPITAL GROUP HOLDINGS  LLC

Legal: , . Quarter: NW Section  66 Township: 151 Range  78  Sixteenth
NW Quarter: NW Section  08 Township: 151 Range: 78  Sixteenth: NE
Quarter: NW Section: 06 Township: 151 Range: 78  Sixteenth  SW
Quarter: NW Section: 06 Township: 151 Range 78  Sixteenth  SE Quarter
NW Section  06 Township: 151 Range: 78

Document Type: MINERAL DEED
Document Date: 04/25/2022

Images
images yet

One item found 1                                                                        Purchase Selected

🔍 New Search    🔍 Modify Search                                                        🖨 Printable Version

Cart
r cart is empty

ons or comments? Contact us: NDRIN Support

ght (c) 2021, Tyler Technologies, Inc. All Rights Reserved







https://ndninweb3.hplains.state.nd.us/recordemew/eagleweb/docSearchResults.jsp?searchId=9

Document Search  Shopping  Change Profile  Advanced Searching Help  ND Recorders and Map  NDRIN Home  Log Out incline.publicrecords.3

change/use the same parameters as your
evious search, use the Modify Search button.

New Search   Modify Search                                                                    Printable Version

Sort By
Document Relevance

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Oliver County

Then Sort By                                          One item found 1                                                                    Purchase Selected

Sort Order                              **Description  Summary**                                                                    **Select All / None**
Ascending                              Oliver      Instrument # 96900    8  UU P: 472   Recording Date: Mon May 02 08 23:00 CDT 2022              Preview     Purchase
                                       County                                                                                        Image
Results Per Page                        96900
100                                                 **Grantor:** RUDMAN, TERESA (TRUSTEE)  ETAL        **Grantee:** Phoenix Capital Group Holdings  LLC

Recent Searches                                    **Legal:** _ Quarter: NW Section: 32 Township: 141 Range: 85  Quarter: SW     **Document Type:** ASSIGNMENT
earch 10: 11 result                                Section: 32 Township: 141 Range: 85, Quarter, SE Section: 32 Township:     **Document Date:** 03/15/2022
earch 9: 1 result                                  141 Range: 85, Sixteenth: NW Quarter: NW Section: 32 Township: 141
earch 8: 1 result                                  Range: 85, Sixteenth: SW Quarter: NW Section: 32 Township: 141 Range
earch 7: 1 result                                  85
earch 6: 1 result
earch 5: 1 result

                                        One item found 1                                                                    Purchase Selected
ly Images
lo images yet                           New Search   Modify Search                                                                    Printable Version

ly Cart
our cart is empty







https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=12

ment Search | Shopping ▾ | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out ncline.publicrecords 3

Printable Version

nge/use the same parameters as your
s search, use the Modify Search button.

ly
ment Relevance

Sort By

Order
nding

s Per Page

t Searches
ch 13: *1 result
ch 12: 3 results
ch 11: 1 result
ch 10: 1 result
ch 9: 1 result
ch 8: 1 result

ages
ages yet

art
art is empty

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Sheridan County

One item found 1                                                                                    Purchase Selected

| Description | Summary | Select All / None |
|---|---|---|

Sheridan          Instrument # 126202          Recording Date: Mon May 02 10:59:00 CDT 2022                         Preview    ☐ Purchase
County                                                                                                              Image
126202
                  Grantor: TARA RUDMAN REVOCABLE TRUST, FEATHER RIVER 75,          Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC
                  LLC., THE PETER M. YOUNG AND TACHINA RUDMAN-YO, TP2K
                  HOLDINGS, LLC, THE TACHINA RUDMAN TRUST

                  Legal: , ...Quarter, SW Section  04 Township: 148 Range: 78, Sixteenth          Document Type: ASSIGNMENT
                  NW Quarter: SW Section, 04 Township, 148 Range: 78, Sixteenth: SW               Document Date: 03/15/2022
                  Quarter: SW Section, 04 Township: 148 Range: 78, Quarter: SE Section
                  05 Township: 148 Range: 78, Sixteenth: NE Quarter: SE Section: 05
                  Township: 148 Range 78,

One item found 1                                                                                    Purchase Selected

New Search          Modify Search                                                                    Printable Version

ns or comments? Contact us: NDRIN Support

ht (c) 2021, Tyler Technologies, Inc  All Rights Reserved





https://ndrinweb3.hplains.state.nd.us/recorder/new/eagleweb/docSearchResults.jsp?searchId=16

I Search | Shopping | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out lncline.publicrecords.3

use the same parameters as your
arch, use the Modify Search button.

New Search    Modify Search                                                                    Printable Version

n Relevance

By

ar Page

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Stutsman County

One item found 1                                                                               Purchase Selected

**Description    Summary**                                                                     Select All / None

Stutsman        Instrument # 240580      Recording Date: Mon May 02 13 45 00 CDT 2022          Preview    Purchase
County                                                                                         Image
240580
                Grantor: RUDMAN TERESA, TARA RUDMAN REVOCABLE TRUST    Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC
                FEATHER RIVER 75, LLC  RUDMAN-YOUNG TACHINA, YOUNG PETER
                M , THE PETER M. YOUNG AND TACHINA RUDMAN-YO, TP2K
                HOLDINGS, LLC. LUCIUS R. HIRAM, TACHINA RUDMAN TRUST
                Legal: Quarter: NE Section: 08 Township: 141 Range  67, Sixteenth  NW    Document Type: MINERAL DEED
                Quarter: NE Section: 08 Township 141 Range: 67, Sixteenth: NE Quarter    Document Date: 03/15/2022
                NE Section: 08 Township: 141 Range  67  Sixteenth: SW Quarter: NE
                Section: 08 Township: 141 Range  67  Sixteenth  SE Quarter: NE Section
                08 Township 141 Range 67

arches

*: 11 result
1: 2 results
1: 0 results
1: 0 results
1: 1 result
2: 3 results

 yet

 empty

One item found 1                                                                               Purchase Selected

New Search    Modify Search                                                                    Printable Version

 comments? Contact us: NDRIN Support



You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Ward County

3 items found, displaying all items.1

| Description | Summary | | |
|---|---|---|---|
| Ward County 3064175 | **Instrument # 3064175**    **Recording Date:** Mon May 02 12:10:17 CDT 2022 | | Preview Image ☐ Purchase |
| | **Grantor:** RUDMAN, TERESA TRUSTEE, RUDMAN, TARA REVOCABLE TRUST, FEATHER RIVER 75, LLC, RUDMAN-YOUNG, TACHINA TRUSTEE, YOUNG, PETER M TRUSTEE, YOUNG, PETER M REVOCABLE TRUST, RUDMAN-YOUNG, TACHINA REVOCABLE TRUST, TP2K HOLDINGS, LLC, LUCIUS, R. HIRAM TRUSTEE, RUDMAN, TACHINA TRUSTEE | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** ..., Sixteenth; NW Quarter, NW Section: 22 Township: 151 Range: 81, Sixteenth: SW Quarter: NW Section: 22 Township: 151 Range: 81, Sixteenth: SE Quarter: NW Section: 22 Township: 151 Range: 81, Sixteenth: NW Quarter: NW Section: 22 Township: 151 Range: 81, Sixteenth: NE Quarter: SW Section: 22 Township: 151 Range: 81, | **Document Type:** MINERAL DEED **Document Date:** 03/15/2022 | |
| Ward County 3077802 | **Instrument # 3077802**    **Recording Date:** Wed Oct 18 11:34:34 CDT 2023 | | Preview Image ☐ Purchase |
| | **Grantor:** ROBERTSON, AUBURN, ROBERTSON, BENJAMIN | **Grantee:** PHOENIX HOMES, LLC | |
| | **Legal:** Subdivision OUTLOT Lot 23Section: 5 Township: 154 Range: 82 | **Document Type:** DEED **Document Date:** 10/06/2023 | |
| Ward County 3080266 | **Instrument # 3080266**    **Recording Date:** Mon Feb 12 11:49:35 CST 2024 | | Preview Image ☐ Purchase |
| | **Grantor:** ROBERTSON, BENJAMIN, ROBERTSON, AUBURN | **Grantee:** PHOENIX HOMES, LLC | |
| | **Legal:** Subdivision CHAPARELLE S-D Lot 1 | **Document Type:** DEED **Document Date:** 02/09/2024 | |

3 items found, displaying all items.1



https://ndnnweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=18

ument Search  Shopping  Change Profile  Advanced Searching Help  ND Recorders and Map  NDRIN Home  Log Out Incline.publicrecords.3

nge/use the same parameters as your
s search, use the Modify Search button.

New Search  Modify Search  Printable Version

By
ument Relevance

Sort By

Order
nding

lts Per Page

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and << Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For Billings County

19 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| Billings County 153840 | Instrument # 153840　Recording Date: Mon Aug 15 13:36:00 CDT 2022 | Preview Image | ☐ Purchase |
| | Grantor: SCHOOL SISTERS OF NOTRE DAME CENTRAL PAC | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | Legal: . . . Quarter: NW Section: 07 Township: 139 Range: 100, Quarter: NE Section: 07 Township: 139 Range: 100, Quarter: SW Section: 07 Township: 139 Range: 100, Quarter: SE Section: 07 Township: 139 Range: 100, Quarter: NW Section: 07 Township: 139 Range: 100, ... | Document Type: MINERAL AND ROYALTY DEED Document Date: 08/07/2022 | |
| Billings County 153867 | Instrument # 153867　Recording Date: Tue Aug 30 08:58:00 CDT 2022 | Preview Image | ☐ Purchase |
| | Grantor: CODY EXPLORATION, LLC | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | Legal: . , Quarter: NW Section: 11 Township: 141 Range: 099, Quarter: NE Section: 11 Township: 141 Range: 099, Quarter: SW Section: 11 Township: 141 Range: 099, Quarter: SE Section: 11 Township: 141 Range: 099, Sixteenth: NW Quarter: NW Section: 11 Township: 141 Range: 099, | Document Type: MINERAL AND ROYALTY DEED Document Date: 08/01/2022 | |
| Billings County 152841 | Instrument # 152841　Recording Date: Mon Nov 15 07:09:00 CST 2021 | Preview Image | ☐ Purchase |
| | Grantor: MICHELSON, JOHNNY, MICHELSON, BRENDA | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | Legal: . , Quarter: SE Section: 08 Township: 139 Range: 100, Sixteenth: NW Quarter: SE Section: 08 Township: 139 Range: 100, Sixteenth: NE Quarter: SE Section: 08 Township: 139 Range: 100, Sixteenth: SW Quarter: SE Section: 08 Township: 139 Range: 100, Sixteenth: SE Quarter: SE Section: 08 Township: 139 Range: 100, ... | Document Type: MINERAL AND ROYALTY DEED Document Date: 11/12/2021 | |
| Billings County 154771 | Instrument # 154771　Recording Date: Mon Jul 17 15:55:00 CDT 2023 | Preview Image | ☐ Purchase |
| | Grantor: NEWBOLD, JOSEPH D , TRUSTEE, JOHN S NEWBOLD RESIDUARY TRUST | Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | Legal: . , . Quarter: SW Section:　14 Township: 143 Range: 099, Sixteenth: NW Quarter: SW Section: 14 Township: 143 Range: 099, Sixteenth: NE | Document Type: MINERAL DEED Document Date: 07/14/2023 | |

t Searches
ch 19: 19 results
ch 18: 3 results
ch 17: 1 result
ch 16: 2 results
ch 15: 0 results
ch 14: 0 results

ages
ages yet

art
cart is empty



https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=19

t Search | Shopping | Change Profile | Advanced Searching Help | ND Recorders and Map | NORIN Home | Log Out incline.publicrecords.3

New Search    Modify Search                                                                    Printable Version

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Divide County
266 items found, displaying 1 to 100 [First/Prev] 1, 2, 3 [Next/Last]

| Description | Summary | | |
|---|---|---|---|
| Divide County 302038 | Instrument # 302038    Recording Date: Mon Apr 18 08 20:00 CDT 2022 | | Preview Image ☐ Purchas |
| | Grantor: Cogman Family Trust OG, LLC | Grantee: Phoenix Capital Group Holdings, LLC | |
| | Legal: ...,..Quarter: SE Section: 36 Township: 162 Range: 097, Sixteenth: NW Quarter: SE Section: 36 Township: 162 Range: 097, Sixteenth: NE Quarter: SE Section: 36 Township: 162 Range: 097, Sixteenth: SW Quarter: SE Section: 36 Township: 162 Range: 097, ... | Document Type: MINERAL DEED Document Date: 04/13/2022 | |
| Divide County 302926 | Instrument # 302926    Recording Date: Thu Sep 08 08 10:00 CDT 2022 | | Preview Image ☐ Purchas |
| | Grantor: State of North Dakota | Grantee: Phoenix Capital Group Holdings, LLC | |
| | Legal: Quarter: NE Section: 36 Township: 160 Range: 103, Sixteenth: NW Quarter: NE Section: 36 Township: 160 Range: 103, Sixteenth: NE Quarter: NE Section: 36 Township: 160 Range: 103, Sixteenth: SW Quarter: NE Section: 36 Township: 160 Range: 103, Sixteenth: SE Quarter: NE Section: 36 Township: 160 Range: 103 | Document Type: OIL AND GAS LEASE Document Date: 08/02/2022 | |
| Divide County 303013 | Instrument # 303013    Recording Date: Tue Sep 27 06 05:00 CDT 2022 | | Preview Image ☐ Purchas |
| | Grantor: Discovery Oil, LLC | Grantee: Phoenix Capital Group Holdings, LLC | |
| | Legal: Quarter: SE Section: 11 Township: 160 Range: 103, Sixteenth: NW Quarter: SE Section: 11 Township: 160 Range: 103, Sixteenth: NE Quarter: SE Section: 11 Township: 160 Range: 103, Sixteenth: SW Quarter: SE Section: 11 Township: 160 Range: 103 | Document Type: ASSIGNMENT Document Date: 09/20/2022 | |
| Divide County 303004 | Instrument # 303004    Recording Date: Fri Sep 23 14:35:00 CDT 2022 | | Preview Image ☐ Purchas |
| | Grantor: Forrest, Robert, Forrest, Sherri | Grantee: Phoenix Capital Group Holdings, LLC | |
| | Legal: ...,..Quarter: SW Section: 01 Township: 161 Range: 103, Sixteenth: NW Quarter: SW Section: 01 Township: 161 Range: 103, Sixteenth: NE | Document Type: MINERAL DEED Document Date: 09/08/2022 | |







https://ndrinweb3.hplains.state.nd.us/recordernew/eagleweb/docSearchResults.jsp?searchId=23

ment Search | Shopping ▾ | Change Profile | Advanced Searching Help | ND Recorders and Map | NDRIN Home | Log Out bstline.publicrecords.3

nge/use the same parameters as your
s search, use the Modify Search button.

🔍 New Search        🔍 Modify Search                                           🖨 Printable Version

ly

ument Relevance    ▾

Sort By

▾

You searched for: RDateID >= Fri Jan 01 00:00:00 CST 2021 and << Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=McLean County

2 items found, displaying all items.1                                         Purchase Selected

rder

nding  ▾

| Description | Summary |                                           Select All / None |

ts Per Page          McLean      Instrument # 3406900    Recording Date: Tue May 03 15:08 00 CDT 2022    Preview    ☐ Purchase
                     County                                                                              Image
▾                    3406900
                                 Grantor: TARA RUDMAN REVOCABLE TRUST, RUDMAN, TERESA
t Searches                       (TRUSTEE), FEATHER RIVER 75 LLC, RUDMAN, TERESA (MANGER)                 Grantee: PHOENIX CAPITAL GROUP HOLDINGS  LLC
                                 PETER M  YOUNG AND TACHINA RUDMAN YOUNG, YOUNG, TACHINA
h 24: *2 results                 RUDMAN (TRUSTEE), RUDMAN YOUNG, TACHINA (TRUSTEE),
h 23: 68 results                 YOUNG, PETER M  (TRUSTEE), TP2K HOLDINGS, LLC, TACHINA
h 22: 302 results                RUDMAN TRUST, ...
h 21: 260 results
h 20: 288 results                Legal: , ... Quarter: NE Section  07 Township: 145 Range: 79  Sixteenth   Document Type: MINERAL DEED
h 19: 19 results                 NW Quarter: NE Section: 07 Township: 145 Range: 79, Sixteenth: NE       Document Date: 03/15/2022
                                 Quarter: NE Section: 07 Township: 145 Range: 79, Sixteenth: SW Quarter
ages                             NE Section: 07 Township: 145 Range: 79  Sixteenth: SE Quarter: NE
ages yet                         Section: 07 Township: 145 Range: 79, ...

                     McLean      Instrument # 3405349    Recording Date: Mon Nov 15 11:16:00 CST 2021    Preview    ☐ Purchase
rt                   County                                                                              Image
art is empty         3405349
                                 Grantor: MICHELSON, JOHNNY, MICHELSON, BRENDA                           Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

                                 Legal: Quarter: NW Section: 28 Township: 150 Range: 60, Sixteenth: NW   Document Type: MINERAL DEED
                                 Quarter: NW Section: 28 Township: 150 Range  60, Sixteenth: NE Quarter:  Document Date:
                                 NW Section: 28 Township: 150 Range: 60, Sixteenth: SW Quarter: NW
                                 Section: 28 Township: 150 Range: 60  Sixteenth: SE Quarter: NW Section:
                                 28 Township  150 Range: 60

                     2 items found, displaying all items.1                                               Purchase Selected

                     🔍 New Search        🔍 Modify Search                                               🖨 Printable Version



https://www.mcvvault.com/real-estate-results

**MCVV**
MCKENZIE COUNTY
VIRTUAL VAULT

ABOUT    SUBSCRIBERS    CONTACT US

Account

ublicrecords.2@gmail.com

t  0

rs

ments

e

cription

ches

Records Search

ate Documents

Records

***VERIFICATION DATE IS 8/9/2024*** Thanks for (

Found 147 Record(s)

New Search

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | » |

**Description**  **Summary**

**McKenzie County 533791**

**Instrument Number:** 533791
**Recording Date:** 2021-09-29 02:26P

**Grantor:**
SUNDFOR, GARY
**Grantee:**
PHOENIX CAPITAL GROUP HOLDINGS LLC

**Legal:**
View Legal

**Document Type:** MINERAL & ROYALTY DEED
**Document Date:** 08/24/2021

**McKenzie County 533794**

**Instrument Number:** 533794
**Recording Date:** 2021-09-30 11:35A

**Grantor:**
GREAT NORTHERN ENERGY INC
**Grantee:**
PHOENIX CAPITAL GROUP HOLDINGS LLC

**Legal:**
View Legal

