# EXHIBIT A-10











ABOUT    SUBSCRIBERS    CONTACT US

Account

ne.publicrecords.2@gmail.com

***VERIFICATION DATE IS 8/9/2024*** Thanks f(

v Cart  0

Orders

Documents

Profile

Subscription

Searches

out

Records Search

l Estate Documents

ner Records

xes

Found 189 Record(s)

New Search

**1**  2  3  4  5  6  7  8  9  10   »  » »

| Description | Summary |
|---|---|
| **McKenzie County** 528935 | **Instrument Number:** 528935<br>**Recording Date:** 2021-01-08 08:52A<br><br>**Grantor:**<br>ROCK CREEK RESOURCES<br>**Grantee:**<br>INCLINE BAKKEN LLC<br><br>**Legal:**<br>  View Legal<br>**Document Type:** ASSIGNMENT OF OIL & GAS LEASE<br>**Document Date:** 12/31/2020 |
| **McKenzie County** 529022 | **Instrument Number:** 529022<br>**Recording Date:** 2021-01-12 04:11P<br><br>**Grantor:**<br>EVEREST ENERGY LLC<br>**Grantee:**<br>INCLINE BAKKEN MINERALS LLC<br><br>**Legal:**<br>  View Legal |





iDoc Market   Home   Counties   **Search**   FAQ   About   $0.00   Welcome, incline.publicrecords.2@gmail.com

tly some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently on a solution.

# Results Williams, ND

Showing: 467 of 467 results
Record date: 1/1/2021 to 6/28/2024, Grantee Contains Incline

View Credits: Unlimited
Print Credits: 0

Recorded   Instrument ↑   Doc #
Show 1st Legal Description

| Instrument | Doc # | Recorded | Grantor | Grantee | |
|---|---|---|---|---|---|
| AFFIDAVIT | #897504 | 7/15/2022, 3 Pages | WHITMORE, WAYNE R, JR, TEE | INCLINE BAKKEN MINERALS II, LLC | View » |
| AMENDMENT | #890012 | 10/27/2021, 3 Pages | WHITING OIL AND GAS CORPORATION | INCLINE BAKKEN, LLC | View » |
| ASSIGN., B.O.S. & CONVEY | #883226 | 3/11/2021, 9 Pages | WHITING OIL AND GAS CORPORATION | INCLINE BAKKEN, LLC | View » |
| ASSIGN., B.O.S. & CONVEY | #907244 | 6/27/2023, 4 Pages | BLACK BEAR RESOURCES, LLLP | INCLINE BAKKEN II, LLC | View » |
| ASSIGN., B.O.S. & CONVEY | #907807 | 7/14/2023, 11 Pages | LIME ROCK RESOURCES III-A, LP | INCLINE BAKKEN II, LLC | View » |
| ASSIGNMENT | #891864 | 12/29/2021, 9 Pages | DALE BAKKEN PARTNERS 2012, LLC | INCLINE BAKKEN, LLC | View » |
| ASSIGNMENT | #897709 | 7/22/2022, 7 Pages | J GROUP ENERGY I, LLC | INCLINE BAKKEN II, LLC | View » |
| ASSIGNMENT | #901402 | 11/29/2022, 11 Pages | ZAVANNA, LLC | INCLINE BAKKEN II, LLC | View » |



Return to Search Results

**You searched for:** RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for incline and Search Results For=Bowman County

3 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | |
|---|---|---|---|---|
| | | | | Select All / None |
| **Bowman County 189382** | **Instrument #** 189382 | **Recording Date:** Thu Jun 20 08:31:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** SAVAGE, CYNTHIA L | **Grantee:** INCLINE BAKKEN MINERALS II LLC | | |
| | **Legal:** Lot 1, Lot 2, Lot 3, Lot 4, Lot 1, ...Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 05 Township: 132 Range: 103, ... | **Document Type:** MINERAL AND ROYALTY DEED  **Document Date:** 06/11/2024 | | |
| **Bowman County 189381** | **Instrument #** 189381 | **Recording Date:** Thu Jun 20 08:29:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** MILNE, MELISSA | **Grantee:** INCLINE BAKKEN MINERALS II LLC | | |
| | **Legal:** Lot 1, Lot 2, Lot 3, Lot 4, Lot 1, ...Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 05 Township: 132 Range: 103, ... | **Document Type:** MINERAL AND ROYALTY DEED  **Document Date:** 06/11/2024 | | |
| **Bowman County 189383** | **Instrument #** 189383 | **Recording Date:** Thu Jun 20 10:44:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** STEELE, TIMOTHY H. | **Grantee:** INCLINE BAKKEN MINERALS II LLC | | |
| | **Legal:** Lot 1, Lot 2, Lot 3, Lot 4, Lot 1, ...Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 04 Township: 132 Range: 103, Section: 05 Township: 132 Range: 103, ... | **Document Type:** MINERAL AND ROYALTY DEED  **Document Date:** 06/11/2024 | | |

3 items found, displaying all items.**1**

Purchase Selected

Return to Search Results