# EXHIBIT A-14

February 2024 Auction Results

| ALU No. | County | Twp-Rng-Sec | Description | Bidder | Mineral Acres | Bonus $/Acre |
|---|---|---|---|---|---|---|
| ALU# 00212 | Billings | 138-100-24 | SE4 | Northern Energy Corporation | 80 | 18 |
| ALU# 00213 | Billings | 138-100-24 | SW4 | InterWest Petroleum Corp. | 80 | 38 |
| ALU# 00214 | Billings | 142-98-18 | S2NE4 | Northern Energy Corporation | 40 | 306 |
| ALU# 00215 | Billings | 142-98-18 | SE4NW4, LOT 2 | Northern Energy Corporation | 37.44 | 416 |
| ALU# 00216 | Billings | 142-102-16 | NW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00217 | Billings | 142-102-16 | SW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00218 | Billings | 142-102-34 | NE4 | Northern Energy Corporation | 160 | 6 |
| ALU# 00219 | Billings | 142-102-34 | NW4 | Northern Energy Corporation | 160 | 7 |
| ALU# 00220 | Billings | 142-102-34 | SE4 | Northern Energy Corporation | 160 | 7 |
| ALU# 00221 | Billings | 142-102-34 | SW4 | Northern Energy Corporation | 160 | 7 |
| ALU# 00222 | Billings | 144-102-16 | LOTS 1,2,4, PART OF 3 IN NE4 | Northern Energy Corporation | 108.98 | 38 |
| ALU# 00223 | Billings | 144-102-16 | LOT 3 IN NW4 | InterWest Petroleum Corp. | 20 | 43 |
| ALU# 00224 | Billings | 144-102-16 | E2SE4, LOT 5, PART OF LOTS 6, 8 IN SE4 | Northern Energy Corporation | 147.71 | 3 |
| ALU# 00225 | Billings | 144-102-16 | SW4SW4, LOT 7, PART OF LOTS 6, 8 IN SW4 | Northern Energy Corporation | 53.95 | 2 |
| ALU# 00226 | Billings | 144-102-36 | NE4 | InterWest Petroleum Corp. | 160 | 5 |
| ALU# 00227 | Billings | 144-102-36 | NW4 | Northern Energy Corporation | 160 | 9 |
| ALU# 00228 | Billings | 144-102-36 | SE4 | Northern Energy Corporation | 160 | 13 |
| ALU# 00229 | Billings | 144-102-36 | SW4 | Northern Energy Corporation | 160 | 13 |
| ALU# 00230 | Bottineau | 162-82-36 | NE4 | Michael Walker | 80 | 24 |
| ALU# 00231 | Burke | 162-94-16 | NE4 | Formentera Partners | 160 | 404 |
| ALU# 00232 | Burke | 162-94-16 | NW4 | Formentera Partners | 80 | 582 |
| ALU# 00233 | Burke | 162-94-16 | SE4 | Formentera Partners | 80 | 556 |
| ALU# 00234 | Burke | 162-94-16 | SW4 | Formentera Partners | 80 | 626 |
| ALU# 00235 | Burke | 162-94-30 | NE4 | Formentera Partners | 80 | 800 |
| ALU# 00236 | Burke | 162-94-36 | NE4 | Formentera Partners | 160 | 1100 |
| ALU# 00237 | Burke | 162-94-36 | NW4 | Formentera Partners | 160 | 1151 |
| ALU# 00238 | Burke | 162-94-36 | SE4 | Formentera Partners | 160 | 701 |
| ALU# 00239 | Burke | 162-94-36 | SW4 | Formentera Partners | 160 | 1101 |
| ALU# 00240 | Dunn | 143-94-16 | NE4 | Enerplus Resources (USA) Corporation | 160 | 247 |
| ALU# 00241 | Dunn | 143-94-16 | NW4 | Enerplus Resources (USA) Corporation | 160 | 502 |
| ALU# 00242 | Dunn | 143-94-16 | SE4 | Enerplus Resources (USA) Corporation | 160 | 490 |
| ALU# 00243 | Dunn | 143-94-16 | SW4 | Enerplus Resources (USA) Corporation | 160 | 447 |
| ALU# 00244 | Dunn | 143-94-23 | NE4 | Phoenix Capital Group Holdings, LLC | 80 | 52 |

February 2024 Auction Results

| ALU# | County | Township | Tract | Buyer | Acres | Price |
|------|--------|----------|-------|-------|-------|-------|
| ALU# 00245 | Dunn | 143-94-23 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | 58 |
| ALU# 00246 | Dunn | 143-94-24 | S2NE4 | Phoenix Capital Group Holdings, LLC | 40 | 27 |
| ALU# 00247 | Dunn | 143-94-24 | E2SE4 | Phoenix Capital Group Holdings, LLC | 40 | 29 |
| ALU# 00248 | Dunn | 143-94-26 | N2NE4 | Phoenix Capital Group Holdings, LLC | 40 | 24 |
| ALU# 00249 | Dunn | 143-94-26 | NW4 LESS SCHOOL SITE | Phoenix Capital Group Holdings, LLC | 79 | 32 |
| ALU# 00250 | Dunn | 143-94-30 | E2NW4, LOTS 1,2 | Phoenix Capital Group Holdings, LLC | 73.34 | 223 |
| ALU# 00251 | Dunn | 143-94-30 | E2SW4, LOTS 3,4 | Northern Energy Corporation | 73.3 | 282 |
| ALU# 00252 | Dunn | 143-94-31 | SE4 | Phoenix Capital Group Holdings, LLC | 80 | 334 |
| ALU# 00253 | Dunn | 143-94-31 | E2SW4, LOTS 3,4 | Phoenix Capital Group Holdings, LLC | 73.94 | 360 |
| ALU# 00254 | Dunn | 143-94-32 | E2SE4, SW4SE4 | Phoenix Capital Group Holdings, LLC | 60 | 89 |
| ALU# 00255 | Dunn | 143-94-36 | NE4 | Phoenix Capital Group Holdings, LLC | 160 | 28 |
| ALU# 00256 | Dunn | 143-94-36 | NW4 | Phoenix Capital Group Holdings, LLC | 160 | 34 |
| ALU# 00257 | Dunn | 143-94-36 | SE4 | Phoenix Capital Group Holdings, LLC | 160 | 44 |
| ALU# 00258 | Dunn | 143-94-36 | SW4 | Phoenix Capital Group Holdings, LLC | 160 | 56 |
| ALU# 00259 | Dunn | 144-94-13 | NE4 | Pride Energy Company | 80 | 1212 |
| ALU# 00260 | Dunn | 144-94-13 | NW4 | Pride Energy Company | 80 | 1616 |
| ALU# 00261 | Dunn | 144-94-24 | SW4 | Pride Energy Company | 80 | 2646 |
| ALU# 00262 | Dunn | 148-91-27 | MISSOURI RIVER IN NE4 | Northern Energy Corporation | 129.3 | 54 |
| ALU# 00263 | Dunn | 148-91-27 | MISSOURI RIVER IN NW4 | Northern Energy Corporation | 9.01 | 210 |
| ALU# 00264 | Dunn | 148-91-27 | MISSOURI RIVER IN SE4 | KRP Production Inc | 20.67 | 223 |
| ALU# 00265 | Dunn | 148-91-35 | MISSOURI RIVER IN NE4 | Northern Energy Corporation | 137.95 | 21 |
| ALU# 00266 | Dunn | 148-91-35 | MISSOURI RIVER IN NW4 | Northern Energy Corporation | 122.28 | 21 |
| ALU# 00267 | Dunn | 148-91-35 | MISSOURI RIVER IN SE4 | Northern Energy Corporation | 156.94 | 6 |
| ALU# 00268 | Dunn | 148-91-35 | MISSOURI RIVER IN SW4 | KRP Production Inc | 27.09 | 105 |
| ALU# 00269 | Golden Valley | 139-104-36 | NE4 | B.J. Kadrmas, Inc. | 160 | 56 |
| ALU# 00270 | Golden Valley | 139-104-36 | NW4 | B.J. Kadrmas, Inc. | 160 | 89 |
| ALU# 00271 | Golden Valley | 139-104-36 | SE4 | B.J. Kadrmas, Inc. | 160 | 113 |
| ALU# 00272 | Golden Valley | 139-104-36 | SW4 | Northern Energy Corporation | 160 | 131 |
| ALU# 00273 | Golden Valley | 143-104-12 | SE4 | Northern Energy Corporation | 80 | 2 |
| ALU# 00274 | Golden Valley | 143-104-12 | SW4 | Northern Energy Corporation | 80 | 13 |
| ALU# 00275 | Golden Valley | 143-104-16 | NE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00276 | Golden Valley | 143-104-16 | NW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00277 | Golden Valley | 143-104-16 | SE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00278 | Golden Valley | 143-104-16 | SW4 | Northern Energy Corporation | 160 | 2 |

February 2024 Auction Results

| | | | | | | |
|---|---|---|---|---|---|---|
| ALU# 00279 | Golden Valley | 144-105-36 | NE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00280 | Golden Valley | 144-105-36 | NW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00281 | Golden Valley | 144-105-36 | SE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00282 | Golden Valley | 144-105-36 | SW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00283 | Hettinger | 133-97-24 | SE4 | B.J. Kadrmas, Inc. | 80 | 28 |
| ALU# 00284 | Hettinger | 133-97-24 | SW4 | B.J. Kadrmas, Inc. | 80 | 45 |
| ALU# 00285 | McKenzie | 145-103-16 | NE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00286 | McKenzie | 145-103-16 | NW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00287 | McKenzie | 145-103-16 | SE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00288 | McKenzie | 145-103-16 | SW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00289 | McKenzie | 145-103-36 | NE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00290 | McKenzie | 145-103-36 | NW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00291 | McKenzie | 145-103-36 | SE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00292 | McKenzie | 145-103-36 | SW4 | Northern Energy Corporation | 160 | 8 |
| ALU# 00293 | McKenzie | 146-101-16 | NE4 | Northern Energy Corporation | 160 | 21 |
| ALU# 00294 | McKenzie | 146-101-16 | NW4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00295 | McKenzie | 146-101-16 | SE4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00296 | McKenzie | 146-101-16 | SW4 | Northern Energy Corporation | 160 | 28 |
| ALU# 00297 | McKenzie | 146-101-36 | NE4 | Northern Energy Corporation | 160 | 28 |
| ALU# 00298 | McKenzie | 146-101-36 | NW4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00299 | McKenzie | 146-101-36 | SE4 | Northern Energy Corporation | 80 | 26 |
| ALU# 00300 | McKenzie | 146-101-36 | SW4 | Northern Energy Corporation | 160 | 28 |
| ALU# 00301 | McKenzie | 146-102-24 | NE4 | Petro-Hunt LLC | 80 | 41 |
| ALU# 00302 | McKenzie | 146-102-24 | NW4 | Petro-Hunt LLC | 80 | 56 |
| ALU# 00303 | McKenzie | 146-104-36 | NE4 | Anderson Oil Ltd. | 160 | 43 |
| ALU# 00304 | McKenzie | 146-104-36 | SE4 | Kirkwood Oil and Gas | 160 | 67 |
| ALU# 00305 | McKenzie | 146-105-10 | SE4NE4, LOTS 1,2 | Northern Energy Corporation | 65.75 | 2 |
| ALU# 00306 | McKenzie | 146-105-10 | E2SE4, LOTS 3,4 | Northern Energy Corporation | 85.65 | 2 |
| ALU# 00307 | McKenzie | 146-105-14 | NW4 | Northern Energy Corporation | 80 | 2 |
| ALU# 00308 | McKenzie | 146-105-36 | NE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00309 | McKenzie | 146-105-36 | NW4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00310 | McKenzie | 146-105-36 | SE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00311 | McKenzie | 146-105-36 | SW4 | Northern Energy Corporation | 160 | 5 |
| ALU# 00312 | McKenzie | 147-101-36 | NE4 | Northern Energy Corporation | 160 | 26 |

February 2024 Auction Results

| | | | | | | |
|---|---|---|---|---|---|---|
| ALU# 00313 | McKenzie | 147-101-36 | NW4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00314 | McKenzie | 147-101-36 | SE4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00315 | McKenzie | 147-101-36 | SW4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00316 | McKenzie | 147-102-16 | NE4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00317 | McKenzie | 147-102-16 | NW4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00318 | McKenzie | 147-102-16 | SE4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00319 | McKenzie | 147-102-16 | SW4 | Northern Energy Corporation | 160 | 26 |
| ALU# 00320 | McKenzie | 147-102-36 | NW4 LESS LITTLE MISSOURI RIVER | Northern Energy Corporation | 64.75 | 26 |
| ALU# 00321 | McKenzie | 147-102-36 | SE4 LESS LITTLE MISSOURI RIVER | Northern Energy Corporation | 128.3 | 10 |
| ALU# 00322 | McKenzie | 147-102-36 | SW4 LESS LITTLE MISSOURI RIVER | Northern Energy Corporation | 73.29 | 8 |
| ALU# 00323 | McKenzie | 148-99-16 | SW4 | Northern Energy Corporation | 80 | 2001 |
| ALU# 00324 | McKenzie | 148-102-15 | E2NE4, SW4NE4 | Lynx Oil Company | 6 | 602 |
| ALU# 00325 | McKenzie | 149-103-16 | NE4 | Northern Energy Corporation | 160 | 2 |
| ALU# 00326 | McKenzie | 149-103-16 | NW4 | Northern Energy Corporation | 160 | 21 |
| ALU# 00327 | McKenzie | 149-103-36 | NE4 | Kraken Oil & Gas II LLC | 160 | 228 |
| ALU# 00328 | McKenzie | 149-103-36 | NW4 | Kraken Oil & Gas II LLC | 160 | 47 |
| ALU# 00329 | McKenzie | 149-103-36 | SE4 | Kraken Oil & Gas II LLC | 160 | 234 |
| ALU# 00330 | McKenzie | 149-103-36 | SW4 | Kraken Oil & Gas II LLC | 160 | 340 |
| ALU# 00331 | McKenzie | 149-104-6 | YELLOWSTONE RIVER IN NE4 | Northern Energy Corporation | 46.27 | 138 |
| ALU# 00332 | McLean | 148-91-26 | MISSOURI RIVER IN NW4 | Northern Energy Corporation | 115.51 | 15 |
| ALU# 00333 | McLean | 148-91-26 | MISSOURI RIVER IN SE4 | Northern Energy Corporation | 44.71 | 33 |
| ALU# 00334 | McLean | 148-91-26 | MISSOURI RIVER IN SW4 | Northern Energy Corporation | 156.86 | 44 |
| ALU# 00335 | Mountrail | 153-89-2 | S2NE4, LOTS 1,2 | THE TRIPLE T, INC. | 79.9 | 17 |
| ALU# 00336 | Mountrail | 153-89-14 | SW4 | THE TRIPLE T, INC. | 80 | 56 |
| ALU# 00337 | Mountrail | 153-89-36 | NE4 | THE TRIPLE T, INC. | 80 | 17 |
| ALU# 00338 | Mountrail | 153-89-36 | NW4 | THE TRIPLE T, INC. | 80 | 17 |
| ALU# 00339 | Mountrail | 153-89-36 | SE4 | THE TRIPLE T, INC. | 80 | 3 |
| ALU# 00340 | Mountrail | 154-88-3 | S2NW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00341 | Mountrail | 154-88-5 | S2NE4, LOTS 1,2 | THE TRIPLE T, INC. | 80.01 | 2 |
| ALU# 00342 | Mountrail | 154-88-5 | S2NW4, LOT 3,4 | THE TRIPLE T, INC. | 80.03 | 2 |
| ALU# 00343 | Mountrail | 154-88-6 | LOTS 3,4 | THE TRIPLE T, INC. | 38.5 | 2 |
| ALU# 00344 | Mountrail | 154-88-8 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00345 | Mountrail | 154-88-9 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00346 | Mountrail | 154-88-14 | SE4 | THE TRIPLE T, INC. | 80 | 2 |

February 2024 Auction Results

| | | | | | | |
|---|---|---|---|---|---|---|
| ALU# 00347 | Mountrail | 154-88-16 | NE4 LESS SCHOOL SITE; SCHOOL SITE IN NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00348 | Mountrail | 154-88-16 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00349 | Mountrail | 154-88-16 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00350 | Mountrail | 154-88-16 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00351 | Mountrail | 154-88-20 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00352 | Mountrail | 154-88-23 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00353 | Mountrail | 154-88-24 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00354 | Mountrail | 154-88-24 | NW4SW4, S2SW4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00355 | Mountrail | 154-88-36 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00356 | Mountrail | 154-88-36 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00357 | Mountrail | 154-88-36 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00358 | Mountrail | 154-88-36 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00359 | Mountrail | 155-88-3 | S2NW4, LOT 4 | THE TRIPLE T, INC. | 59.94 | 2 |
| ALU# 00360 | Mountrail | 155-88-4 | SW4NE4, LOTS 1,2 | THE TRIPLE T, INC. | 59.86 | 2 |
| ALU# 00361 | Mountrail | 155-88-5 | S2NE4, LOT 2 | THE TRIPLE T, INC. | 59.85 | 2 |
| ALU# 00362 | Mountrail | 155-88-5 | LOTS 3,4 | THE TRIPLE T, INC. | 39.71 | 2 |
| ALU# 00363 | Mountrail | 155-88-5 | N2SE4, SW4SE4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00364 | Mountrail | 155-88-6 | SE4NW4, LOTS 3,4,5 | THE TRIPLE T, INC. | 75.48 | 2 |
| ALU# 00365 | Mountrail | 155-88-6 | E2SW4, LOTS 6,7 | THE TRIPLE T, INC. | 75.74 | 2 |
| ALU# 00366 | Mountrail | 155-88-8 | E2NW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00367 | Mountrail | 155-88-8 | W2SE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00368 | Mountrail | 155-88-11 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00369 | Mountrail | 155-88-13 | E2SE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00370 | Mountrail | 155-88-15 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00371 | Mountrail | 155-88-16 | NE4 | THE TRIPLE T, INC. | 158.3 | 2 |
| ALU# 00372 | Mountrail | 155-88-16 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00373 | Mountrail | 155-88-16 | SE4 | THE TRIPLE T, INC. | 124.7 | 2 |
| ALU# 00374 | Mountrail | 155-88-16 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00375 | Mountrail | 155-88-19 | SW4NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00376 | Mountrail | 155-88-19 | E2NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00377 | Mountrail | 155-88-19 | N2SE4, SE4SE4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00378 | Mountrail | 155-88-20 | W2NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00379 | Mountrail | 155-88-20 | NW4SE4 | THE TRIPLE T, INC. | 20 | 12 |
| ALU# 00380 | Mountrail | 155-88-20 | NE4SW4, W2SW4 | THE TRIPLE T, INC. | 60 | 12 |

February 2024 Auction Results

| ALU# | County | Section | Description | Buyer | Acres | Price |
|---|---|---|---|---|---|---|
| ALU# 00381 | Mountrail | 155-88-27 | SE4 | THE TRIPLE T, INC. | 80 | 12 |
| ALU# 00382 | Mountrail | 155-88-28 | SW4 | THE TRIPLE T, INC. | 160 | 14 |
| ALU# 00383 | Mountrail | 155-88-29 | NE4SE4, S2SE4, LOT 5 | THE TRIPLE T, INC. | 78.95 | 12 |
| ALU# 00384 | Mountrail | 155-88-30 | N2NE4, SE4NE4 | THE TRIPLE T, INC. | 60 | 11 |
| ALU# 00385 | Mountrail | 155-88-30 | E2NW4, LOTS 1,2 | THE TRIPLE T, INC. | 76.7 | 11 |
| ALU# 00386 | Mountrail | 155-88-30 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00387 | Mountrail | 155-88-31 | SE4 | THE TRIPLE T, INC. | 8 | 32 |
| ALU# 00388 | Mountrail | 155-88-31 | SE4SW4, LOT 4 | THE TRIPLE T, INC. | 38.48 | 13 |
| ALU# 00389 | Mountrail | 155-88-32 | S2NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00390 | Mountrail | 155-88-32 | NE4SE4, W2SE4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00391 | Mountrail | 155-88-32 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00392 | Mountrail | 155-88-33 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00393 | Mountrail | 155-88-33 | S2NW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00394 | Mountrail | 155-88-33 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00395 | Mountrail | 155-88-35 | SW4NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00396 | Mountrail | 155-88-35 | E2NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00397 | Mountrail | 155-88-36 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00398 | Mountrail | 155-88-36 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00399 | Mountrail | 155-88-36 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00400 | Mountrail | 155-88-36 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00401 | Renville | 158-82-23 | NE4 | Cobra Oil & Gas Corporation | 80 | 138 |
| ALU# 00402 | Renville | 160-85-16 | NW4 | Copperhead Corporation | 80 | 127 |
| ALU# 00403 | Renville | 160-85-16 | SW4 | Copperhead Corporation | 80 | 2 |
| ALU# 00404 | Renville | 160-85-17 | NW4 | Copperhead Corporation | 80 | 2 |
| ALU# 00405 | Renville | 161-84-6 | E2SW4, LOTS 6,7 | Petro-Sentinel LLC | 78.96 | 1 |
| ALU# 00406 | Renville | 161-84-7 | E2NW4, LOTS 1,2 | Petro-Sentinel LLC | 78.92 | 1 |
| ALU# 00407 | Renville | 161-84-7 | SE4 | Petro-Sentinel LLC | 80 | 1 |
| ALU# 00408 | Renville | 161-85-11 | SW4 | Petro-Sentinel LLC | 80 | 1 |
| ALU# 00409 | Renville | 161-85-12 | NE4 | Petro-Sentinel LLC | 80 | 1 |
| ALU# 00410 | Renville | 161-85-12 | NW4 | Petro-Sentinel LLC | 80 | 1 |
| ALU# 00411 | Renville | 162-84-31 | SE4 | Petro-Sentinel LLC | 80 | 1 |
| ALU# 00412 | Renville | 162-85-36 | NE4 | Petro-Sentinel LLC | 80 | 1 |
| ALU# 00413 | Renville | 162-85-36 | NW4 | Petro-Sentinel LLC | 80 | 1 |
| ALU# 00414 | Renville | 162-85-36 | SE4 | Petro-Sentinel LLC | 80 | 1 |

February 2024 Auction Results

| ALU# | County | Legal | Description | Buyer | Acres | Bids |
|------|--------|-------|-------------|-------|-------|------|
| ALU# 00415 | Renville | 162-85-36 | SW4 | Petro-Sentinel LLC | 80 | 1 |
| ALU# 00416 | Stark | 139-96-26 | S2NW4 | InterWest Petroleum Corp. | 40 | 6 |
| ALU# 00417 | Stark | 139-96-26 | W2SE4 | InterWest Petroleum Corp. | 40 | 3 |
| ALU# 00418 | Stark | 139-96-26 | SW4 | InterWest Petroleum Corp. | 80 | 2 |
| ALU# 00419 | Stark | 139-96-27 | E2SE4 | InterWest Petroleum Corp. | 40 | 2 |
| ALU# 00420 | Stark | 139-96-30 | NE4 | InterWest Petroleum Corp. | 8 | 34 |
| ALU# 00421 | Stark | 139-96-30 | E2NW4, LOTS 1,2 | Kirkwood Oil and Gas | 70.21 | 18 |
| ALU# 00422 | Stark | 139-96-30 | SE4 | InterWest Petroleum Corp. | 8 | 46 |
| ALU# 00423 | Stark | 139-96-35 | N2NE4 | InterWest Petroleum Corp. | 40 | 2 |
| ALU# 00424 | Stark | 139-96-36 | NW4 | InterWest Petroleum Corp. | 80 | 2 |
| ALU# 00425 | Stark | 139-96-36 | SW4 | InterWest Petroleum Corp. | 80 | 2 |
| ALU# 00426 | Ward | 153-85-2 | W2SE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00427 | Ward | 153-85-2 | SE4SW4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00428 | Ward | 153-85-29 | W2SE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00429 | Ward | 153-85-29 | S2SW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00430 | Ward | 153-85-31 | SE4NE4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00431 | Ward | 153-85-31 | NE4SE4, S2SE4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00432 | Ward | 153-85-31 | E2SW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00433 | Ward | 153-85-32 | W2SW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00434 | Ward | 153-85-36 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00435 | Ward | 153-85-36 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00436 | Ward | 153-85-36 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00437 | Ward | 153-85-36 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00438 | Ward | 153-86-36 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00439 | Ward | 153-86-36 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00440 | Ward | 153-86-36 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00441 | Ward | 153-86-36 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00442 | Ward | 153-87-1 | N2SW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00443 | Ward | 153-87-2 | SE4NE4, LOT 2 | THE TRIPLE T, INC. | 39.77 | 2 |
| ALU# 00444 | Ward | 153-87-2 | NE4SE4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00445 | Ward | 153-87-8 | NE4SE4, S2SE4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00446 | Ward | 153-87-9 | SW4SW4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00447 | Ward | 153-87-11 | SW4SE4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00448 | Ward | 153-87-13 | N2NE4, SW4NE4 | THE TRIPLE T, INC. | 60 | 2 |

February 2024 Auction Results

| | | | | | | |
|---|---|---|---|---|---|---|
| ALU# 00449 | Ward | 153-87-13 | E2NW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00450 | Ward | 153-87-13 | NW4SE4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00451 | Ward | 153-87-14 | W2NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00452 | Ward | 153-87-14 | NW4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00453 | Ward | 153-87-16 | NE4 | THE TRIPLE T, INC. | 160 | 6 |
| ALU# 00454 | Ward | 153-87-16 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00455 | Ward | 153-87-17 | SE4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00456 | Ward | 153-87-17 | SW4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00457 | Ward | 153-87-19 | SE4 | THE TRIPLE T, INC. | 80 | 8 |
| ALU# 00458 | Ward | 153-87-21 | NE4 | THE TRIPLE T, INC. | 8 | 8 |
| ALU# 00459 | Ward | 153-87-24 | S2NW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00460 | Ward | 153-87-24 | N2SW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00461 | Ward | 153-87-28 | NW4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00462 | Ward | 153-87-29 | NW4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00463 | Ward | 153-87-30 | NE4 | THE TRIPLE T, INC. | 80 | 8 |
| ALU# 00464 | Ward | 153-87-30 | E2NW4, LOTS 1,2 | THE TRIPLE T, INC. | 79.03 | 2 |
| ALU# 00465 | Ward | 153-87-32 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00466 | Ward | 153-87-32 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00467 | Ward | 153-87-33 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00468 | Ward | 153-87-36 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00469 | Ward | 153-87-36 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00470 | Ward | 154-85-2 | SE4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00471 | Ward | 154-85-6 | SE4NW4, LOTS 3,4,5 | THE TRIPLE T, INC. | 75.58 | 2 |
| ALU# 00472 | Ward | 154-85-6 | E2SW4, LOTS 6,7 | THE TRIPLE T, INC. | 75.45 | 2 |
| ALU# 00473 | Ward | 154-85-8 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00474 | Ward | 154-85-8 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00475 | Ward | 154-85-12 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00476 | Ward | 154-85-12 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00477 | Ward | 154-85-16 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00478 | Ward | 154-85-16 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00479 | Ward | 154-85-16 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00480 | Ward | 154-85-16 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00481 | Ward | 154-85-18 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00482 | Ward | 154-85-20 | NW4 | THE TRIPLE T, INC. | 80 | 2 |

February 2024 Auction Results

| ALU# | County | Legal | Description | Buyer | Acres | |
|------|--------|-------|-------------|-------|-------|---|
| ALU# 00483 | Ward | 154-85-24 | S2NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00484 | Ward | 154-85-24 | S2NW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00485 | Ward | 154-85-24 | NW4SE4, S2SE4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00486 | Ward | 154-85-24 | SE4SW4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00487 | Ward | 154-85-25 | SW4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00488 | Ward | 154-85-29 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00489 | Ward | 154-85-29 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00490 | Ward | 154-85-30 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00491 | Ward | 154-85-30 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00492 | Ward | 154-85-35 | E2SW4, NW4SW4 | THE TRIPLE T, INC. | 6 | 2 |
| ALU# 00493 | Ward | 154-85-36 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00494 | Ward | 154-85-36 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00495 | Ward | 154-85-36 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00496 | Ward | 154-85-36 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00497 | Ward | 154-86-2 | N2SW4, SW4SW4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00498 | Ward | 154-86-11 | NW4NW4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00499 | Ward | 154-86-16 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00500 | Ward | 154-86-16 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00501 | Ward | 154-86-16 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00502 | Ward | 154-86-16 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00503 | Ward | 154-86-25 | W2NW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00504 | Ward | 154-86-25 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00505 | Ward | 154-86-26 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00506 | Ward | 154-86-26 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00507 | Ward | 154-86-26 | N2SW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00508 | Ward | 154-86-35 | SW4NE4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00509 | Ward | 154-86-35 | W2SE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00510 | Ward | 154-86-35 | SE4SW4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00511 | Ward | 154-86-36 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00512 | Ward | 154-86-36 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00513 | Ward | 154-87-7 | SE4NW4, LOT 2 | THE TRIPLE T, INC. | 38.41 | 2 |
| ALU# 00514 | Ward | 154-87-7 | NE4SW4, LOT 3 | THE TRIPLE T, INC. | 38.4 | 2 |
| ALU# 00515 | Ward | 154-87-10 | S2SE4 | THE TRIPLE T, INC. | 4 | 2 |
| ALU# 00516 | Ward | 154-87-15 | NW4NE4 | THE TRIPLE T, INC. | 2 | 2 |

February 2024 Auction Results

| ALU# 00517 | Ward | 154-87-15 | NE4NW4 | THE TRIPLE T, INC. | 2 | 2 |
| ALU# 00518 | Ward | 154-87-15 | SE4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00519 | Ward | 154-87-15 | SW4 | THE TRIPLE T, INC. | 8 | 2 |
| ALU# 00520 | Ward | 154-87-16 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00521 | Ward | 154-87-16 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00522 | Ward | 154-87-16 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00523 | Ward | 154-87-19 | W2NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00524 | Ward | 154-87-19 | NE4NW4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00525 | Ward | 154-87-19 | NW4SE4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00526 | Ward | 154-87-26 | N2NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00527 | Ward | 154-87-26 | N2NW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00528 | Ward | 154-87-27 | SE4NW4, W2NW4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00529 | Ward | 154-87-30 | N2SE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00530 | Ward | 154-87-30 | E2SW4, LOTS 3,4 | THE TRIPLE T, INC. | 77.25 | 2 |
| ALU# 00531 | Ward | 154-87-32 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00532 | Ward | 154-87-35 | SW4NE4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00533 | Ward | 154-87-35 | W2SE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00534 | Ward | 154-87-36 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00535 | Ward | 154-87-36 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00536 | Ward | 154-87-36 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00537 | Ward | 154-87-36 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00538 | Ward | 155-86-1 | S2NW4, LOTS 3,4 | THE TRIPLE T, INC. | 79.97 | 2 |
| ALU# 00539 | Ward | 155-86-7 | E2SW4, LOTS 3,4 | THE TRIPLE T, INC. | 76.08 | 2 |
| ALU# 00540 | Ward | 155-86-16 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00541 | Ward | 155-86-16 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00542 | Ward | 155-86-16 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00543 | Ward | 155-86-16 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00544 | Ward | 155-86-17 | N2NE4, SE4NE4 | THE TRIPLE T, INC. | 6 | 2 |
| ALU# 00545 | Ward | 155-86-17 | NE4SE4; S2SE4 | THE TRIPLE T, INC. | 42 | 2 |
| ALU# 00546 | Ward | 155-86-20 | N2NE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00547 | Ward | 155-86-28 | SW4SW4 | THE TRIPLE T, INC. | 2 | 2 |
| ALU# 00548 | Ward | 155-86-29 | S2SE4 | THE TRIPLE T, INC. | 4 | 2 |
| ALU# 00549 | Ward | 155-86-32 | NE4NE4, W2NE4 | THE TRIPLE T, INC. | 6 | 2 |
| ALU# 00550 | Ward | 155-86-32 | NW4 | THE TRIPLE T, INC. | 8 | 2 |

February 2024 Auction Results

| | | | | | | |
|---|---|---|---|---|---|---|
| ALU# 00551 | Ward | 155-86-32 | NW4SE4 | THE TRIPLE T, INC. | 2 | 2 |
| ALU# 00552 | Ward | 155-86-33 | W2NE4, SE4NE4 | THE TRIPLE T, INC. | 60 | 2 |
| ALU# 00553 | Ward | 155-86-33 | SE4NW4 | THE TRIPLE T, INC. | 20 | 2 |
| ALU# 00554 | Ward | 155-86-33 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00555 | Ward | 155-86-34 | W2SW4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00556 | Ward | 155-86-36 | NE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00557 | Ward | 155-86-36 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00558 | Ward | 155-86-36 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00559 | Ward | 155-86-36 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00560 | Ward | 155-87-5 | W2SE4 | THE TRIPLE T, INC. | 40 | 2 |
| ALU# 00561 | Ward | 155-87-5 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00562 | Ward | 155-87-6 | SE4NW4, LOTS 3,4,5 | THE TRIPLE T, INC. | 74.98 | 2 |
| ALU# 00563 | Ward | 155-87-6 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00564 | Ward | 155-87-6 | E2SW4, LOTS 6,7 | THE TRIPLE T, INC. | 75.07 | 2 |
| ALU# 00565 | Ward | 155-87-7 | NE4 | THE TRIPLE T, INC. | 80 | 4 |
| ALU# 00566 | Ward | 155-87-7 | E2NW4, LOTS 1,2 | THE TRIPLE T, INC. | 75.05 | 10 |
| ALU# 00567 | Ward | 155-87-7 | NW4SE4 | THE TRIPLE T, INC. | 20 | 12 |
| ALU# 00568 | Ward | 155-87-7 | E2SW4, LOT 3 | THE TRIPLE T, INC. | 57.51 | 12 |
| ALU# 00569 | Ward | 155-87-8 | N2NE4 | THE TRIPLE T, INC. | 40 | 12 |
| ALU# 00570 | Ward | 155-87-8 | N2NW4, SW4NW4 | THE TRIPLE T, INC. | 60 | 12 |
| ALU# 00571 | Ward | 155-87-9 | NW4NW4 | THE TRIPLE T, INC. | 20 | 13 |
| ALU# 00572 | Ward | 155-87-16 | NE4 | THE TRIPLE T, INC. | 160 | 13 |
| ALU# 00573 | Ward | 155-87-16 | NW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00574 | Ward | 155-87-16 | SE4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00575 | Ward | 155-87-16 | SW4 | THE TRIPLE T, INC. | 160 | 2 |
| ALU# 00576 | Ward | 155-87-18 | LOTS 6,7 AND RIPARIAN INTEREST | THE TRIPLE T, INC. | 49.77 | 2 |
| ALU# 00577 | Ward | 155-87-19 | RIPARIAN INTEREST ATTRIBUTABLE TO SECTION 18, LOT 7 | THE TRIPLE T, INC. | 1.93 | 2 |
| ALU# 00578 | Ward | 155-87-36 | NE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00579 | Ward | 155-87-36 | NW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00580 | Ward | 155-87-36 | SE4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00581 | Ward | 155-87-36 | SW4 | THE TRIPLE T, INC. | 80 | 2 |
| ALU# 00582 | Williams | 155-99-25 | N2NE4 | Pride Energy Company | 40 | 10112 |
| ALU# 00583 | Williams | 155-99-36 | NE4 | Pride Energy Company | 80 | 12556 |
| ALU# 00584 | Williams | 155-99-36 | NW4 | Northern Energy Corporation | 80 | 14502 |

February 2024 Auction Results

| | | | | | | |
|---|---|---|---|---|---|---|
| ALU# 00585 | Williams | 155-99-36 | SE4 | Pride Energy Company | 80 | 12011 |
| ALU# 00586 | Williams | 155-99-36 | SW4 | Pride Energy Company | 80 | 12778 |

**FEBRUARY, 2024 AUCTION RESULTS AVAILABLE AT**
https://www.land.nd.gov/surface-minerals-management/mineral-auctions

1. **Buyers– 18**
    1. Anderson Oil Ltd.*
    2. B.J. Kadrmas, Inc.*
    3. Cobra Oil & Gas Corporation*
    4. Copperhead Corporation*
    5. Enerplus Resources (USA) Corporation*
    6. Formentera Partners*
    7. InterWest Petroleum Corp.*
    8. Kirkwood Oil and Gas*
    9. Kraken Oil & Gas II, LLC*
    10. KRP Production Inc.
    11. Lynx Oil Company
    12. Michael Walker*
    13. Northern Energy Corporation*
    14. Petro-Hunt LLC*
    15. Petro-Sentinel LLC*
    16. Phoenix Capital Group Holdings, LLC*
    17. Pride Energy Company*
    18. The Triple T, Inc.*

2. **Buyers with 40+ acreage purchases indicated with a (*) above.**

3. **Buyers purchasing in the following counties and buyers who purchased 40+ acres in one single purchase.**

Divide, Dunn, McKenzie, Mountrail, and Williams Counties (*there were no purchases in Divide County*).

| | Dunn # of 40+ acre purchases | Dunn # of purchases <40 acres | McKenzie # of 40+ acre purchases | McKenzie # of purchases <40 acres | Mountrail # of 40+ acre purchases | Mountrail # of purchases <40 acres | Williams # of 40+ acre purchases |
|---|---|---|---|---|---|---|---|
| Anderson Oil Ltd. | | | 1 | | | | |
| Enerplus Resources (USA) Corporation | 4 | | | | | | |
| Kirkwood Oil and Gas | | | 1 | | | | |
| Kraken Oil & Gas II LLC | | | 4 | | | | |
| KRP Production, Inc. | | 2 | | | | | |
| Lynx Oil Company | | | | 1 | | | |
| Northern Energy Corporation | 5 | 1 | 38 | | | | 1 |
| Petro-Hunt LLC | | | 2 | | | | |
| Phoenix Capital Group Holdings, LLC | 14 | | | | | | |
| Pride Energy Company | 3 | | | | | | 4 |
| The Triple T, Inc. | | | | | 61 | 5 | |

Dunn, McKenzie, Mountrail, Stark, and Williams Counties

| | Dunn # of 40+ acre purchases | Dunn # of purchases <40 acres | McKenzie # of 40+ acre purchases | McKenzie # of purchases <40 acres | Mountrail # of 40+ acre purchases | Mountrail # of purchases <40 acres | Stark # of 40+ acre purchases | Stark # of Purchases <40 acres | Williams # of 40+ acre purchases |
|---|---|---|---|---|---|---|---|---|---|
| Anderson Oil Ltd. | | | 1 | | | | | | |
| Enerplus Resources (USA) Corporation | 4 | | | | | | | | |
| InterWest Petroleum Corp. | | | | | | | 7 | 2 | |
| Kirkwood Oil and Gas | | | 1 | | | | | 1 | |
| Kraken Oil & Gas II LLC | | | 4 | | | | | | |
| KRP Production Inc. | | 2 | | | | | | | |
| Lynx Oil Company | | | | 1 | | | | | |
| Northern Energy Corporation | 5 | 1 | 38 | | | | | | 1 |
| Petro-Hunt LLC | | | 2 | | | | | | |
| Phoenix Capital Group Holdings, LLC | 14 | | | | | | | | |
| Pride Energy Company | 3 | | | | | | | | 4 |
| The Triple T, Inc. | | | | | 61 | 5 | | | |