# EXHIBIT A-16

# EXHIBIT A-16

