# EXHIBIT A-18

8/15/24, 5:16 PM                                          Document Search Results

Return to Search Results

**You searched for:** RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for phoenix and Search Results For=Dunn County

302 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4 [Next/Last]

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Dunn County 3096157**

| Instrument # 3096157 | **Recording Date:** Thu Mar 03 08:04:00 CST 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|

**Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC

**Legal:** Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: NW Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: NE Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: SW Quarter: NE Section: 16 Township: 141 Range: 97, Sixteenth: SE Quarter: NE Section: 16 Township: 141 Range: 97

**Document Type: OIL AND GAS LEASE**
**Document Date:** 02/01/2022

**Dunn County 3096946**

| Instrument # 3096946 | **Recording Date:** Mon Jun 06 15:06:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|

**Grantor:** SCHMALZ, MITCHELL P., SCHMALZ, DEBORAH E.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: SW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 05/23/2022

**Dunn County 3096947**

| Instrument # 3096947 | **Recording Date:** Mon Jun 06 15:11:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|

**Grantor:** SCHMALZ, MONTE LEE, SCHMALZ, MONTE L. AKA, SCHMALZ, MONTE AKA, SCHMALZ, JANET LOU

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: NW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, Sixteenth: SW Quarter: NW Section: 18 Township: 144 Range: 97, Quarter: NW Section: 18 Township: 144 Range: 97, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 05/16/2022

**Dunn County 3097364**

| Instrument # 3097364 | **Recording Date:** Thu Jul 28 13:54:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|

Document Search Results

Description   Summary                                                                                                  Select All / None

| | | |
|---|---|---|
| | **Grantor:** HAAS, BERTILLA | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| | **Legal:** , ...Quarter: NW Section: 20 Township: 142 Range: 96, Quarter: NE Section: 20 Township: 142 Range: 96, Quarter: SW Section: 20 Township: 142 Range: 96, Quarter: SE Section: 20 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 20 Township: 142 Range: 96, ... | **Document Type:** MINERAL DEED **Document Date:** 06/20/2022 |

| | | | |
|---|---|---|---|
| **Dunn County 3096861** | **Instrument #** 3096861 | **Recording Date:** Thu May 26 11:47:00 CDT 2022 | Preview Image ☐ Purchase |
| | **Grantor:** BUSSIER, DON P., BUSSIER, DOROTHY | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 17 Township: 147 Range: 96, Quarter: NE Section: 17 Township: 147 Range: 96, Quarter: SW Section: 17 Township: 147 Range: 96, Quarter: SE Section: 17 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 17 Township: 147 Range: 96, ... | **Document Type:** MINERAL DEED **Document Date:** 04/28/2022 | |

| | | | |
|---|---|---|---|
| **Dunn County 3096862** | **Instrument #** 3096862 | **Recording Date:** Thu May 26 11:49:00 CDT 2022 | Preview Image ☐ Purchase |
| | **Grantor:** WAHL, NANCY MARIE BUSSIER, BUSSIER, NANCY MARIE FKA | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 17 Township: 147 Range: 96, Quarter: NE Section: 17 Township: 147 Range: 96, Quarter: SW Section: 17 Township: 147 Range: 96, Quarter: SE Section: 17 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 17 Township: 147 Range: 96, ... | **Document Type:** MINERAL DEED **Document Date:** 04/28/2022 | |

| | | | |
|---|---|---|---|
| **Dunn County 3097681** | **Instrument #** 3097681 | **Recording Date:** Thu Sep 08 09:06:00 CDT 2022 | Preview Image ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS LLC | |
| | **Legal:** Quarter: SE Section: 05 Township: 145 Range: 92, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 92, Sixteenth: NE Quarter: SE Section: 05 Township: 145 Range: 92, Sixteenth: SW Quarter: SE Section: 05 Township: 145 Range: 92, Sixteenth: SE Quarter: SE Section: 05 Township: 145 Range: 92 | **Document Type:** OIL AND GAS LEASE **Document Date:** 08/02/2022 | |

| | | | |
|---|---|---|---|
| **Dunn County 3097833** | **Instrument #** 3097833 | **Recording Date:** Fri Sep 23 08:17:00 CDT 2022 | Preview Image ☐ Purchase |
| | **Grantor:** CANDEE, KEITH | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | |

Document Search Results

Description   Summary   Select All / None

| Legal: , ...Quarter: NW Section: 09 Township: 146 Range: 95, Quarter: NE Section: 09 Township: 146 Range: 95, Quarter: SW Section: 09 Township: 146 Range: 95, Quarter: SE Section: 09 Township: 146 Range: 95, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 95, ... | Document Type: MINERAL DEED Document Date: 09/14/2022 | | |

---

**Dunn County 3096921**

**Instrument #** 3096921   **Recording Date:** Fri Jun 03 11:18:00 CDT 2022   Preview Image   ☐ Purchase

**Grantor:** GREAT NORTH ENERGY, INC.   **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 95, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 95, Sixteenth: SW Quarter: SW Section: 23 Township: 144 Range: 95, Sixteenth: SE Quarter: SW Section: 23 Township: 144 Range: 95   **Document Type:** ASSIGNMENT & BILL OF SALE **Document Date:** 06/02/2022

---

**Dunn County 3097631**

**Instrument #** 3097631   **Recording Date:** Thu Sep 01 13:10:00 CDT 2022   Preview Image   ☐ Purchase

**Grantor:** PAVLISH, DARREL J.   **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NE Section: 17 Township: 145 Range: 95, Quarter: SE Section: 17 Township: 145 Range: 95, Sixteenth: NW Quarter: NE Section: 17 Township: 145 Range: 95, Sixteenth: NE Quarter: NE Section: 17 Township: 145 Range: 95, Sixteenth: SW Quarter: NE Section: 17 Township: 145 Range: 95, ...   **Document Type:** MINERAL DEED **Document Date:** 08/03/2022

---

**Dunn County 3098543**

**Instrument #** 3098543   **Recording Date:** Thu Jan 05 09:06:00 CST 2023   Preview Image   ☐ Purchase

**Grantor:** ROYAL BLUE MINERALS, LLC   **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: NW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: SW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, ...   **Document Type:** MINERAL DEED **Document Date:** 11/09/2022

---

**Dunn County 3098668**

**Instrument #** 3098668   **Recording Date:** Mon Jan 23 12:43:00 CST 2023   Preview Image   ☐ Purchase

**Grantor:** HANSON, MARCIA S.   **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 14 Township: 146 Range: 96, Sixteenth: NW Quarter: SW Section: 14 Township: 146 Range: 96, Sixteenth: NE Quarter: SW Section: 14 Township: 146 Range: 96, Sixteenth: SW Quarter: SW Section: 14 **Document Type:** MINERAL DEED **Document Date:** 12/16/2022

8/15/24, 5:16 PM                                    Document Search Results

| Description | Summary | | Select All / None |

Township: 146 Range: 96, Sixteenth: SE
Quarter: SW Section: 14 Township: 146
Range: 96, ...

| | | | |
|---|---|---|---|
| **Dunn County** 3098666 | **Instrument #** 3098666 | **Recording Date:** Mon Jan 23 08:49:00 CST 2023 | Preview Image ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC    **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, ,    **Document Type: MINERAL DEED**
...Quarter: SW Section: 07 Township: 148    **Document Date:** 01/17/2023
Range: 92, Sixteenth: NW Quarter: SW
Section: 07 Township: 148 Range: 92,
Quarter: SW Section: 07 Township: 148
Range: 92, Sixteenth: SW Quarter: SW
Section: 07 Township: 148 Range: 92,
Quarter: SW Section: 07 Township: 148
Range: 92, ...

| | | | |
|---|---|---|---|
| **Dunn County** 3098686 | **Instrument #** 3098686 | **Recording Date:** Tue Jan 24 13:04:00 CST 2023 | Preview Image ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC    **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, ,    **Document Type: MINERAL DEED**
...Quarter: SW Section: 07 Township: 148    **Document Date:** 01/17/2023
Range: 92, Sixteenth: NW Quarter: SW
Section: 07 Township: 148 Range: 92,
Quarter: SW Section: 07 Township: 148
Range: 92, Sixteenth: SW Quarter: SW
Section: 07 Township: 148 Range: 92,
Quarter: SW Section: 07 Township: 148
Range: 92, ...

| | | | |
|---|---|---|---|
| **Dunn County** 3097432 | **Instrument #** 3097432 | **Recording Date:** Tue Aug 09 13:34:00 CDT 2022 | Preview Image ☐ Purchase |

**Grantor:** BUSSIER, DAVID ANTHONY    **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Section: 31 Township: 146    **Document Type: MINERAL DEED**
Range: 97, Quarter: NW Section: 33    **Document Date:** 07/06/2022
Township: 146 Range: 97, Quarter: NE
Section: 33 Township: 146 Range: 97,
Quarter: SW Section: 33 Township: 146
Range: 97, Quarter: SE Section: 33
Township: 146 Range: 97, ...

| | | | |
|---|---|---|---|
| **Dunn County** 3097921 | **Instrument #** 3097921 | **Recording Date:** Thu Oct 06 14:05:00 CDT 2022 | Preview Image ☐ Purchase |

**Grantor:** LIME ROCK RESOURCES III-    **Grantee:** PHOENIX CAPITAL GROUP
A, L.P., LIME ROCK RESOURCES III-C,    HOLDINGS, LLC
L.P.

**Legal:** , ...Section: 17 Township: 142    **Document Type: ASSIGNMENT**
Range: 96, Section: 20 Township: 142    **Document Date:**
Range: 96, Section: 16 Township: 142
Range: 96, Section: 21 Township: 142
Range: 96, Quarter: SE Section: 16
Township: 142 Range: 96, ...

Document Search Results

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

**Dunn County 3097908**

**Instrument #** 3097908   **Recording Date:** Wed Oct 05 13:09:00 CDT 2022

Preview Image   ☐ Purchase

**Grantor:** RAMBOUSEK, MYRON

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NW Section: 21 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 21 Township: 142 Range: 96, Sixteenth: NE Quarter: NW Section: 21 Township: 142 Range: 96, Sixteenth: SW Quarter: NW Section: 21 Township: 142 Range: 96, Sixteenth: SE Quarter: NW Section: 21 Township: 142 Range: 96

**Document Type: MINERAL DEED**
**Document Date:** 09/23/2022

---

**Dunn County 3097909**

**Instrument #** 3097909   **Recording Date:** Wed Oct 05 13:20:00 CDT 2022

Preview Image   ☐ Purchase

**Grantor:** HENDRICKSON, JON, HAAS, BERTILLA MAE TRUST THE, HENDRICKSON, JON TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 142 Range: 96, Quarter: NE Section: 20 Township: 142 Range: 96, Quarter: SW Section: 20 Township: 142 Range: 96, Quarter: SE Section: 20 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 20 Township: 142 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 08/22/2022

---

**Dunn County 3097910**

**Instrument #** 3097910   **Recording Date:** Wed Oct 05 13:20:00 CDT 2022

Preview Image   ☐ Purchase

**Grantor:** HENDRICKSON, JON, DVORAK, SISTER ROSEMARIE TRUST THE, HENDRICKSON, JON TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 142 Range: 96, Quarter: NE Section: 20 Township: 142 Range: 96, Quarter: SW Section: 20 Township: 142 Range: 96, Quarter: SE Section: 20 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 20 Township: 142 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 08/22/2022

---

**Dunn County 3096766**

**Instrument #** 3096766   **Recording Date:** Fri May 13 08:27:00 CDT 2022

Preview Image   ☐ Purchase

**Grantor:** SCHOOL SISTERS OF NOTRE DAME CENTRAL PAC, SCHOOL SISTERS OF NOTRE DAME AT MANKOTA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 142 Range: 96, Quarter: NE Section: 20 Township: 142 Range: 96, Quarter: SW Section: 20 Township: 142 Range: 96, Quarter: SE Section: 20 Township: 142 Range: 96, Sixteenth: NW Quarter: NW Section: 20 Township: 142 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 04/12/2022

8/15/24, 5:16 PM                                              Document Search Results

| Description | Summary |
|---|---|

Select All / None

| | | | | |
|---|---|---|---|---|
| **Dunn County** 3098864 | Instrument # 3098864 | **Recording Date:** Wed Feb 15 10:49:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** KRYSTAL, SHEILA, THE SIDNEY D. KRYSTAL AND PHYLLIS KRYSTA, KRYSTAL, SHEILA TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 147 Range: 96, Quarter: NE Section: 10 Township: 147 Range: 96, Quarter: SW Section: 10 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 10 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 10 Township: 147 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 01/05/2023

| | | | | |
|---|---|---|---|---|
| **Dunn County** 3098863 | Instrument # 3098863 | **Recording Date:** Wed Feb 15 10:38:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: NW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: SW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, ...

**Document Type:** MINERAL DEED
**Document Date:** 01/25/2023

| | | | | |
|---|---|---|---|---|
| **Dunn County** 3098822 | Instrument # 3098822 | **Recording Date:** Fri Feb 10 08:21:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 144 Range: 95, Quarter: NE Section: 10 Township: 144 Range: 95, Sixteenth: NW Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: NE Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: NW Quarter: NE Section: 10 Township: 144 Range: 95, ...

**Document Type:** MINERAL DEED
**Document Date:** 02/06/2023

| | | | | |
|---|---|---|---|---|
| **Dunn County** 3093315 | Instrument # 3093315 | **Recording Date:** Fri Feb 26 13:28:00 CST 2021 | Preview Image | ☐ Purchase |

**Grantor:** BREW TRUCKING, LLC

**Grantee:** PHOENIX PETROLEUM, LLC

**Legal:** Quarter: NW Section: 11 Township: 146 Range: 93, Sixteenth: SE Quarter: NW Section: 11 Township: 146 Range: 93

**Document Type:** SATISFACTION
**Document Date:** 02/10/2021

| | | | | |
|---|---|---|---|---|
| **Dunn County** 3095763 | Instrument # 3095763 | **Recording Date:** Wed Jan 12 09:39:00 CST 2022 | Preview Image | ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 08 Township: 145 Range: 95, Quarter: NE Section: 08 Township: 145 Range: 95, Quarter: SE Section: 08 Township: 145

**Document Type:** MINERAL DEED
**Document Date:** 01/06/2022

8/15/24, 5:16 PM                                    Document Search Results

Description   Summary                                                          Select All / None

Range: 95, Sixteenth: NW Quarter: NW
Section: 08 Township: 145 Range: 95,
Sixteenth: NE Quarter: NW Section: 08
Township: 145 Range: 95, ...

| | | |
|---|---|---|
| **Dunn County** 3095402 | **Instrument #** 3095402   **Recording Date:** Wed Dec 01 16:10:00 CST 2021 | Preview Image ☐ Purchase |

**Grantor:** MCCOY, CAROL BETH, BANG, CAROL BETH FKA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 32 Township: 147 Range: 96, Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: SW Section: 32 Township: 147 Range: 96, Quarter: SE Section: 32 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 32 Township: 147 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 11/30/2021

| | | |
|---|---|---|
| **Dunn County** 3095401 | **Instrument #** 3095401   **Recording Date:** Wed Dec 01 14:11:00 CST 2021 | Preview Image ☐ Purchase |

**Grantor:** SCOTT, GALE AGNES, SCOTT, GORDON, SCOTT, GORDON AND GALE FAMILY TRUST DATE, SCOTT, GALE AGNES TRUSTEE, SCOTT, GORDON TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 32 Township: 147 Range: 96, Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: SW Section: 32 Township: 147 Range: 96, Quarter: SE Section: 32 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 32 Township: 147 Range: 96, ...

**Document Type: MINERAL DEED**
**Document Date:** 11/22/2021

| | | |
|---|---|---|
| **Dunn County** 3095277 | Instrument # 3095277   Recording Date: Fri Nov 12 08:07:00 CST 2021 | Preview Image ☐ Purchase |

Grantor: MCCOY, CAROL BETH, BANG, CAROL BETH FKA

Grantee: PHOENIX CAPITAL GROUP HOLDINGS, LLC

Legal: , ...Quarter: NW Section: 32 Township: 147 Range: 96, Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: SW Section: 32 Township: 147 Range: 96, Quarter: SE Section: 32 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 32 Township: 147 Range: 96, ...

Document Type: MINERAL DEED
Document Date: 11/10/2021

| | | |
|---|---|---|
| **Dunn County** 3095287 | **Instrument #** 3095287   **Recording Date:** Mon Nov 15 08:24:00 CST 2021 | Preview Image ☐ Purchase |

**Grantor:** MICHELSON, JOHNNY, MICHELSON, BRENDA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: NW Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: NE Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: SW Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: SE

**Document Type: MINERAL DEED**
**Document Date:** 11/12/2021

8/15/24, 5:16 PM                                    Document Search Results

Description  Summary                                                          Select All / None

Quarter: NW Section: 28 Township: 144
Range: 96, ...

| | | | |
|---|---|---|---|
| **Dunn County 3094967** | **Instrument #** 3094967 | **Recording Date:** Tue Oct 12 15:11:00 CDT 2021 | Preview Image ☐ Purchase |

**Grantor:** KHC TRUST, CANDEE, KEITH H. TRUSTEE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 09 Township: 146 Range: 95, Quarter: NE Section: 09 Township: 146 Range: 95, Quarter: SW Section: 09 Township: 146 Range: 95, Quarter: SE Section: 09 Township: 146 Range: 95, Sixteenth: NW Quarter: NW Section: 09 Township: 146 Range: 95, ...

**Document Type:** MINERAL DEED
**Document Date:** 09/21/2021

| | | | |
|---|---|---|---|
| **Dunn County 3096566** | **Instrument #** 3096566 | **Recording Date:** Fri Apr 22 14:43:00 CDT 2022 | Preview Image ☐ Purchase |

**Grantor:** UHLER, SARAH LYNN BUSSIER, UHLER, SARAH L. AKA, BUSSIER, SARAH LYNN AKA

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 17 Township: 147 Range: 96, Quarter: NE Section: 17 Township: 147 Range: 96, Quarter: SW Section: 17 Township: 147 Range: 96, Quarter: SE Section: 17 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 17 Township: 147 Range: 96, ...

**Document Type:** MINERAL DEED
**Document Date:** 06/07/2022

| | | | |
|---|---|---|---|
| **Dunn County 3100665** | **Instrument #** 3100665 | **Recording Date:** Mon Oct 16 15:30:00 CDT 2023 | Preview Image ☐ Purchase |

**Grantor:** DE ASSET HOLDINGS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, ...

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 09/12/2023

| | | | |
|---|---|---|---|
| **Dunn County 3100721** | **Instrument #** 3100721 | **Recording Date:** Mon Oct 23 12:22:00 CDT 2023 | Preview Image ☐ Purchase |

**Grantor:** DE ASSET HOLDINGS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 144 Range: 94, Quarter: NE Section: 13 Township: 144 Range: 94, Quarter: SW Section: 13 Township: 144 Range: 94, Quarter: SE Section: 13 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 13 Township: 144 Range: 94, ...

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 10/23/2023

8/15/24, 5:16 PM                                    Document Search Results

Description   Summary                                                              Select All / None

| Dunn County 3100791 | **Instrument #** 3100791 | **Recording Date:** Wed Nov 01 10:55:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** PELICAN MINERAL PARTNERS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 15 Township: 144 Range: 94, Quarter: NE Section: 15 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 15 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 15 Township: 144 Range: 94, Sixteenth: NW Quarter: NE Section: 15 Township: 144 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 10/25/2023

| Dunn County 3099109 | **Instrument #** 3099109 | **Recording Date:** Tue Mar 21 15:45:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: NW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, Sixteenth: SW Quarter: SW Section: 07 Township: 148 Range: 92, Quarter: SW Section: 07 Township: 148 Range: 92, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/15/2023

| Dunn County 3100556 | **Instrument #** 3100556 | **Recording Date:** Mon Oct 02 08:52:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** DISCOVERY OIL, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 23 Township: 144 Range: 94

**Document Type: OIL AND GAS LEASE**
**Document Date:** 08/08/2023

| Dunn County 3100651 | **Instrument #** 3100651 | **Recording Date:** Mon Oct 16 09:19:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** DE ROYALTY FUND 2022, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 23 Township: 144 Range: 94

**Document Type: OIL AND GAS LEASE**
**Document Date:** 08/08/2023

| Dunn County 3100525 | **Instrument #** 3100525 | **Recording Date:** Tue Sep 26 08:17:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** CODY EXPLORATION LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

Document Search Results

Description   Summary

Select All / None

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 06 Township: 144 Range: 93, Quarter: NE Section: 06 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 06 Township: 144 Range: 93, Quarter: NW Section: 06 Township: 144 Range: 93, ...

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 09/19/2023

| | | |
|---|---|---|
| **Dunn County**<br>**3100555** | **Instrument #** 3100555 | **Recording Date:** Mon Oct 02 08:44:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** TAHSSA MINERAL HOLDINGS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 23 Township: 144 Range: 94

**Document Type:** OIL AND GAS LEASE
**Document Date:** 08/08/2023

| | | |
|---|---|---|
| **Dunn County**<br>**3100332** | **Instrument #** 3100332 | **Recording Date:** Thu Aug 31 13:12:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** DW ASSET HOLDINGS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 13 Township: 144 Range: 94, Quarter: NE Section: 13 Township: 144 Range: 94, Quarter: SW Section: 13 Township: 144 Range: 94, Quarter: SE Section: 13 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 13 Township: 144 Range: 94, ...

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 06/02/2023

| | | |
|---|---|---|
| **Dunn County**<br>**3100433** | **Instrument #** 3100433 | **Recording Date:** Thu Sep 14 11:36:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** TRAMPE, CATHERINE

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NE Section: 02 Township: 144 Range: 94, Sixteenth: NE Quarter: NE Section: 02 Township: 144 Range: 94, Quarter: NE Section: 02 Township: 144 Range: 94, Sixteenth: NW Quarter: NE Section: 02 Township: 144 Range: 94, Quarter: NE Section: 02 Township: 144 Range: 94, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 06/21/2023

| | | |
|---|---|---|
| **Dunn County**<br>**3100652** | **Instrument #** 3100652 | **Recording Date:** Mon Oct 16 09:21:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** EVEREST ENERGY, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 23 Township: 144 Range: 94, Sixteenth: SW

**Document Type:** OIL AND GAS LEASE
**Document Date:** 08/08/2023

Document Search Results

Description  Summary                                                                      Select All / None

Quarter: SW Section: 23 Township: 144
Range: 94, Sixteenth: SE Quarter: SW
Section: 23 Township: 144 Range: 94

| **Dunn County** 3099244 | **Instrument #** 3099244 | **Recording Date:** Fri Apr 14 08:52:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** DISCOVERY OIL, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NE Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SE Quarter: SE Section: 28 Township: 145 Range: 93

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 03/07/2023

| **Dunn County** 3099075 | **Instrument #** 3099075 | **Recording Date:** Fri Mar 17 09:58:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** DISCOVERY OIL, LLC, KKREP, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NE Section: 21 Township: 145 Range: 93, Sixteenth: NW Quarter: NE Section: 21 Township: 145 Range: 93, Quarter: NW Section: 21 Township: 145 Range: 93, Quarter: NE Section: 21 Township: 145 Range: 93, Sixteenth: NW Quarter: NW Section: 21 Township: 145 Range: 93, ...

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 03/13/2023

| **Dunn County** 3099071 | **Instrument #** 3099071 | **Recording Date:** Thu Mar 16 15:40:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** KKREP, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 28 Township: 146 Range: 95, Sixteenth: NW Quarter: NW Section: 28 Township: 146 Range: 95, Sixteenth: NE Quarter: NW Section: 28 Township: 146 Range: 95, Sixteenth: SW Quarter: NW Section: 28 Township: 146 Range: 95, Sixteenth: SE Quarter: NW Section: 28 Township: 146 Range: 95, ...

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 03/13/2023

| **Dunn County** 3098951 | **Instrument #** 3098951 | **Recording Date:** Fri Feb 24 08:24:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 32 Township: 146 Range: 94, Quarter: SE Section: 32 Township: 146 Range: 94, Sixteenth: NW Quarter: SW Section: 32 Township: 146 Range: 94, Sixteenth: NE Quarter: SW Section: 32 Township: 146 Range: 94, Sixteenth: NW Quarter: SE Section: 32 Township: 146 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:** 02/09/2023

Document Search Results

Description    Summary                                                                    Select All / None

| Dunn County 3100108 | **Instrument #** 3100108 | **Recording Date:** Mon Aug 07 14:54:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** CORTLAND CREDIT LENDING CORPORATION | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 32 Township: 147 Range: 96, Quarter: NE Section: 32 Township: 147 Range: 96, Quarter: SW Section: 32 Township: 147 Range: 96, Quarter: SE Section: 32 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 32 Township: 147 Range: 96, ... | **Document Type: SATISFACTION OF MORTGAGE** **Document Date:** 07/25/2023 | | |

| Dunn County 3101037 | **Instrument #** 3101037 | **Recording Date:** Thu Dec 07 14:29:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** THE BILL E. WERMAGER MINERAL TRUST, WERMAGE, KATHRYN TRUSTEE | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SW Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SW Section: 08 Township: 144 Range: 93, ... | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** | | |

| Dunn County 3101065 | **Instrument #** 3101065 | **Recording Date:** Wed Dec 13 13:16:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** FEININGER, MICHAEL | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 05 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 05 Township: 145 Range: 94 | **Document Type: MINERAL DEED** **Document Date:** 10/12/2023 | | |

| Dunn County 3101276 | **Instrument #** 3101276 | **Recording Date:** Wed Jan 17 11:11:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** NORDSVEN, RANDY, NORDSVEN, MARY E. | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** Quarter: NW Section: 16 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 16 Township: 144 Range: 93, Sixteenth: SE Quarter: NW Section: 16 Township: 144 Range: 93 | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** | | |

| Dunn County 3101769 | **Instrument #** 3101769 | **Recording Date:** Thu Mar 14 11:48:00 CDT 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** HERTZ, ROSEMARY, WEISS, ROSEMARY FKA | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |

Document Search Results

Description   Summary

Select All / None

| | | |
|---|---|---|
| | **Legal:** , ...Quarter: NW Section: 20 Township: 144 Range: 93, Quarter: SW Section: 20 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 20 Township: 144 Range: 93, Sixteenth: NE Quarter: NW Section: 20 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 20 Township: 144 Range: 93, ... | **Document Type: MEMORANDUM** **Document Date:** |

| Dunn County 3101770 | **Instrument #** 3101770 | **Recording Date:** Thu Mar 14 11:50:00 CDT 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** HERTZ, SANFORD B. | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 20 Township: 144 Range: 93, Quarter: SW Section: 20 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 20 Township: 144 Range: 93, Sixteenth: NE Quarter: NW Section: 20 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 20 Township: 144 Range: 93, ... | **Document Type: MEMORANDUM** **Document Date:** | | |

| Dunn County 3101733 | **Instrument #** 3101733 | **Recording Date:** Fri Mar 08 16:01:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** GENDRON, MICHELLE | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 09 Township: 144 Range: 93, Quarter: SE Section: 09 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 09 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 09 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 09 Township: 144 Range: 93, ... | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** | | |

| Dunn County 3101734 | **Instrument #** 3101734 | **Recording Date:** Fri Mar 08 16:01:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** GENDRON, MICHELLE | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: SW Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: SE Quarter: SW Section: 29 Township: 144 Range: 93 | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** | | |

| Dunn County 3101729 | **Instrument #** 3101729 | **Recording Date:** Fri Mar 08 15:00:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** AGRIBANK, FCB | **Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** Quarter: NE Section: 18 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 18 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 18 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 18 Township: 144 | **Document Type: OIL AND GAS LEASE** **Document Date:** 01/29/2024 | | |

Document Search Results

Description   Summary                                                                    Select All / None

Range: 93, Sixteenth: SE Quarter: NE
Section: 18 Township: 144 Range: 93

| | | | |
|---|---|---|---|
| **Dunn County** 3101722 | **Instrument #** 3101722 | **Recording Date:** Fri Mar 08 10:12:00 CST 2024 | Preview Image ☐ Purchase |

**Grantor:** AGRIBANK, FCB

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NW Section: 05 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 05 Township: 144 Range: 93, Sixteenth: NE Quarter: NW Section: 05 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 05 Township: 144 Range: 93, Sixteenth: SE Quarter: NW Section: 05 Township: 144 Range: 93

**Document Type:** OIL AND GAS LEASE
**Document Date:** 01/29/2024

| | | | |
|---|---|---|---|
| **Dunn County** 3101754 | **Instrument #** 3101754 | **Recording Date:** Wed Mar 13 15:57:00 CDT 2024 | Preview Image ☐ Purchase |

**Grantor:** CRAIG, JASON C.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

| | | | |
|---|---|---|---|
| **Dunn County** 3101751 | **Instrument #** 3101751 | **Recording Date:** Wed Mar 13 14:55:00 CDT 2024 | Preview Image ☐ Purchase |

**Grantor:** BECK, BRIAN T., BECK, BRIAN

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 143 Range: 94, Quarter: NE Section: 10 Township: 143 Range: 94, Quarter: SW Section: 10 Township: 143 Range: 94, Quarter: SE Section: 10 Township: 143 Range: 94, Sixteenth: NW Quarter: NW Section: 10 Township: 143 Range: 94, ...

**Document Type:** MEMORANDUM
**Document Date:**

| | | | |
|---|---|---|---|
| **Dunn County** 3101749 | **Instrument #** 3101749 | **Recording Date:** Wed Mar 13 14:50:00 CDT 2024 | Preview Image ☐ Purchase |

**Grantor:** BECK, KENNETH D., BECK, KEN

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 143 Range: 94, Quarter: NE Section: 10 Township: 143 Range: 94, Quarter: SW Section: 10 Township: 143 Range: 94, Quarter: SE Section: 10 Township: 143 Range: 94, Sixteenth: NW Quarter: NW Section: 10 Township: 143 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

8/15/24, 5:16 PM                                  Document Search Results

| | Description Summary | | | Select All / None |
|---|---|---|---|---|

**Dunn County**
**3101743**
Instrument # 3101743    **Recording Date:** Tue Mar 12 10:35:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** CRAIG, JAMES A.      **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...      **Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County**
**3101711**
Instrument # 3101711    **Recording Date:** Wed Mar 06 12:14:00 CST 2024    Preview Image    ☐ Purchase

**Grantor:** SCHMOLL, MATTHEW      **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...      **Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County**
**3101578**
Instrument # 3101578    **Recording Date:** Wed Feb 28 11:00:00 CST 2024    Preview Image    ☐ Purchase

**Grantor:** NORDSVEN, GREGORY      **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLINGS, LLC

**Legal:** , ...Quarter: SW Section: 28 Township: 144 Range: 93, Quarter: SE Section: 28 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 28 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 28 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 28 Township: 144 Range: 93, ...      **Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County**
**3101579**
Instrument # 3101579    **Recording Date:** Wed Feb 28 11:03:00 CST 2024    Preview Image    ☐ Purchase

**Grantor:** NORDSVEN, GREGORY      **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NW Section: 16 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 16 Township: 144 Range: 93, Sixteenth: SE Quarter: NW Section: 16 Township: 144 Range: 93      **Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County**
**3101581**
Instrument # 3101581    **Recording Date:** Wed Feb 28 11:10:00 CST 2024    Preview Image    ☐ Purchase

**Grantor:** NORDSVEN, GREGORY      **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 31 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 31 Township: 144 Range: 93,      **Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

Document Search Results

Description  Summary                                                                                Select All / None

Sixteenth: NE Quarter: SE Section: 31
Township: 144 Range: 93, Sixteenth: SW
Quarter: SE Section: 31 Township: 144
Range: 93, Sixteenth: SE Quarter: SE
Section: 31 Township: 144 Range: 93

| | |
|---|---|
| **Dunn County** 3101580 | **Instrument #** 3101580   **Recording Date:** Wed Feb 28 11:04:00 CST 2024   Preview Image   ☐ Purchase |

**Grantor:** NORDSVEN, GREGORY   **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDIGS, LLC

**Legal:** Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: SW Quarter: SW Section: 29 Township: 144 Range: 93, Sixteenth: SE Quarter: SW Section: 29 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

| | |
|---|---|
| **Dunn County** 3101491 | **Instrument #** 3101491   **Recording Date:** Wed Feb 21 09:57:00 CST 2024   Preview Image   ☐ Purchase |

**Grantor:** FREISE, KATHRYN MARIA   **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 18 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 18 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:** 12/19/2023

| | |
|---|---|
| **Dunn County** 3101543 | **Instrument #** 3101543   **Recording Date:** Mon Feb 26 08:58:00 CST 2024   Preview Image   ☐ Purchase |

**Grantor:** SCHMOLL, DANIEL T.   **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

| | |
|---|---|
| **Dunn County** 3101587 | **Instrument #** 3101587   **Recording Date:** Wed Feb 28 13:44:00 CST 2024   Preview Image   ☐ Purchase |

**Grantor:** NORDSVEN, GREGORY   **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NE Section: 32 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 32 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 32 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 32 Township: 144 Range: 93, Sixteenth: SE Quarter: NE Section: 32 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

Document Search Results

Description   Summary

Select All / None

| Dunn County 3101583 | Instrument # 3101583 | Recording Date: Wed Feb 28 11:27:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** OBERG, KRISTIN K.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 143 Range: 94, Quarter: NE Section: 10 Township: 143 Range: 94, Quarter: SW Section: 10 Township: 143 Range: 94, Quarter: SE Section: 10 Township: 143 Range: 94, Sixteenth: NW Quarter: NW Section: 10 Township: 143 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101582 | Instrument # 3101582 | Recording Date: Wed Feb 28 11:11:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** SCHMOLL, PETER W.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3099566 | Instrument # 3099566 | Recording Date: Wed May 24 10:36:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** ROYAL BLUE MINERALS, LLC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 144 Range: 95, Quarter: SW Section: 10 Township: 144 Range: 95, Sixteenth: SW Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: SE Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 95, ...

**Document Type:** MINERAL DEED
**Document Date:** 05/22/2023

---

| Dunn County 3101531 | Instrument # 3101531 | Recording Date: Fri Feb 23 09:30:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** THE KARA A. SCHMOLL TRUST FUND DATED NOV, SCHMOLL, KARA A. TRUSTEE

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 24 Township: 144 Range: 94, Quarter: NE Section: 24 Township: 144 Range: 94, Quarter: SW Section: 24 Township: 144 Range: 94, Quarter: SE Section: 24 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| Dunn County 3101522 | Instrument # 3101522 | Recording Date: Thu Feb 22 13:18:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** PEARSON, GERALDINE SUE, PEARSON, GERALDINE SUE TRUSTEE,

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC, PEARSON,

Document Search Results

| Description | Summary | | | Select All / None |

PEARSON FAMILY MINERAL TRUST DATED AUGUS, KIRSCH, COLLETTE K., PHOENIX CAPITAL GROUP HOLDINGS, LLC, RED HAWK ROYALTY, LLC, KUCK, BONNIE G., KUCK, AMOS M., KUCK, APRIL M., KUCK, ABBIGAIL M.

GERALDINE SUE TRUSTEE, PEARSON FAMILY MINERAL TRUST DATED AUGUS, KIRSCH, COLLETTE K., KUCK, BONNIE G., KUCK, AMOS M., KUCK, APRIL M., KUCK, ABBIGAIL M., RED HAWK ROYALTY, LLC

**Legal:** , ...Quarter: NW Section: 10 Township: 144 Range: 95, Quarter: SW Section: 10 Township: 144 Range: 95, Sixteenth: SW Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: SE Quarter: NW Section: 10 Township: 144 Range: 95, Sixteenth: NW Quarter: SW Section: 10 Township: 144 Range: 95, ...

**Document Type: STIPULATION**
**Document Date:** 02/20/2024

---

**Dunn County 3101619**

**Instrument #** 3101619       **Recording Date:** Thu Feb 29 14:12:00 CST 2024

Preview Image          ☐ Purchase

**Grantor:** GLASSER, FRAN

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 21 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 21 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 21 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 21 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 21 Township: 144 Range: 93

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

---

**Dunn County 3101613**

**Instrument #** 3101613       **Recording Date:** Thu Feb 29 13:41:00 CST 2024

Preview Image          ☐ Purchase

**Grantor:** THE VIVIAN KNUTSON IRREVOCABLE MINERAL T, KIRKWOOD BANK AND TRUST COMPANY TRUSTEE, KIRKWOOD BANK AND TRUST TRUSTEE

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 04 Township: 143 Range: 94, Sixteenth: NE Quarter: NE Section: 04 Township: 143 Range: 94, Quarter: NE Section: 04 Township: 143 Range: 94, Sixteenth: NW Quarter: NE Section: 04 Township: 143 Range: 94, Quarter: NW Section: 04 Township: 143 Range: 94, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

---

**Dunn County 3101616**

**Instrument #** 3101616       **Recording Date:** Thu Feb 29 14:05:00 CST 2024

Preview Image          ☐ Purchase

**Grantor:** GAEBE, PATRICIA K.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:**

8/15/24, 5:16 PM                                    Document Search Results

| Description | Summary | | Select All / None |

**Dunn County 3101614**

Instrument # 3101614   **Recording Date:** Thu Feb 29 13:43:00 CST 2024

Preview Image   ☐ Purchase

**Grantor:** GAEBE, MILDRED C.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101617**

Instrument # 3101617   **Recording Date:** Thu Feb 29 14:08:00 CST 2024

Preview Image   ☐ Purchase

**Grantor:** FULLER, SANDY L.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101615**

Instrument # 3101615   **Recording Date:** Thu Feb 29 13:54:00 CST 2024

Preview Image   ☐ Purchase

**Grantor:** GAEBE, NANCY A.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101618**

Instrument # 3101618   **Recording Date:** Thu Feb 29 14:10:00 CST 2024

Preview Image   ☐ Purchase

**Grantor:** CLARK, AUDREY J.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Quarter: NE Section: 21 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 21 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 21 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 21 Township: 144 Range: 93, Sixteenth: SE Quarter: NE Section: 21 Township: 144 Range: 93

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

**Dunn County 3101698**

Instrument # 3101698   **Recording Date:** Mon Mar 04 14:36:00 CST 2024

Preview Image   ☐ Purchase

Document Search Results

Description   Summary                                                                                                  Select All / None

| | | |
|---|---|---|
| | **Grantor:** THE SCHWINDT FAMILY TRUST DATED AUGUST 8, SCHWINDT, BERNADETTE A. TRUSTEE, SCHWINDT, DUWAYNE J. TRUSTEE | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| | **Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 30 Township: 144 Range: 93, Quarter: SW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: SW Section: 30 Township: 144 Range: 93, Quarter: SW Section: 30 Township: 144 Range: 93, ... | **Document Type:** MEMORANDUM OF O & G LEASE<br>**Document Date:** |

| | | | | |
|---|---|---|---|---|
| **Dunn County 3101610** | **Instrument #** 3101610 | **Recording Date:** Thu Feb 29 13:30:00 CST 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** THE VIRGINIA L SALMONSON TRUST, SALMONSON, VIRGINIA LEE TRUSTEE | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 04 Township: 143 Range: 94, Quarter: SE Section: 04 Township: 143 Range: 94, Sixteenth: NW Quarter: SW Section: 04 Township: 143 Range: 94, Sixteenth: NE Quarter: SW Section: 04 Township: 143 Range: 94, Sixteenth: NW Quarter: SE Section: 04 Township: 143 Range: 94, ... | **Document Type:** MEMORANDUM OF O & G LEASE<br>**Document Date:** | | |

| | | | | |
|---|---|---|---|---|
| **Dunn County 3101697** | **Instrument #** 3101697 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** HELM, KAMELLE | **Grantee:** NODLAND, GEORGE L., NODLAND, KAYLEEN M., PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, ... | **Document Type:** RATIFICATION OIL & GAS LEASE<br>**Document Date:** 11/13/2023 | | |

| | | | | |
|---|---|---|---|---|
| **Dunn County 3101696** | **Instrument #** 3101696 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** NODLAND, GARRETT | **Grantee:** NODLAND, GEORGE L., NODLAND, KAYLEEN M., PHOENIX CAPITAL GROUP HOLDINGS, LLC | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, ... | **Document Type:** RATIFICATION OIL & GAS LEASE<br>**Document Date:** 11/13/2023 | | |

| | | | | |
|---|---|---|---|---|
| **Dunn County** | **Instrument #** 3101695 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

Document Search Results

Description  Summary                                                                    Select All / None

**3101695**

| | |
|---|---|
| **Grantor:** NODLAND, GEORGE L., NODLAND, KAYLEEN M. | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, ... | **Document Type:** MEMORANDUM OF O & G LEASE **Document Date:** |

| Dunn County **3101694** | **Instrument #** 3101694 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

| | |
|---|---|
| **Grantor:** OLSON, DENNIS M. | **Grantee:** OLSON, YVONNE C., PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| **Legal:** Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: NW Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: NE Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: SW Quarter: NE Section: 17 Township: 144 Range: 93, Sixteenth: SE Quarter: NE Section: 17 Township: 144 Range: 93 | **Document Type:** RATIFICATION OIL & GAS LEASE **Document Date:** 01/17/2024 |

| Dunn County **3101604** | **Instrument #** 3101604 | **Recording Date:** Thu Feb 29 12:19:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

| | |
|---|---|
| **Grantor:** THE GAEBE FAMILY TRUST U/D/T DATED MAY 1, RAMOS, JEANNE M. TRUSTEE | **Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC |
| **Legal:** , ...Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 08 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 08 Township: 144 Range: 93, ... | **Document Type:** MEMORANDUM OF O & G LEASE **Document Date:** |

| Dunn County **3101692** | **Instrument #** 3101692 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

| | |
|---|---|
| **Grantor:** OWEN, NANCY A. | **Grantee:** GEIST, DOROTY, PHOENIX CAPITAL GROUP HOLDONGS, LLC |
| **Legal:** , ...Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 17 Township: 144 Range: 93, ... | **Document Type:** RATIFICATION OIL & GAS LEASE **Document Date:** 12/29/2023 |

| Dunn County **3101602** | **Instrument #** 3101602 | **Recording Date:** Thu Feb 29 11:51:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

8/15/24, 5:16 PM                                          Document Search Results

Description   Summary                                                                        Select All / None

Grantor: RAMOS, JEANNE M.                    Grantee: PUBLIC, PHOENIX CAPITAL
                                             GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08      **Document Type: MEMORANDUM OF O**
Township: 144 Range: 93, Sixteenth: NW       **& G LEASE**
Quarter: SE Section: 08 Township: 144        **Document Date:**
Range: 93, Sixteenth: NE Quarter: SE
Section: 08 Township: 144 Range: 93,
Sixteenth: SW Quarter: SE Section: 08
Township: 144 Range: 93, Sixteenth: SE
Quarter: SE Section: 08 Township: 144
Range: 93, ...

| Dunn County 3101605 | **Instrument #** 3101605 | **Recording Date:** Thu Feb 29 12:21:00 CST 2024 | Preview Image | ☐ Purchase |

Grantor: OLSON, DENNIS                       Grantee: PUBLIC, PHOENIX CAPITAL
                                             GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 08      **Document Type: MEMORANDUM OF O**
Township: 144 Range: 93, Sixteenth: NW       **& G LEASE**
Quarter: SE Section: 08 Township: 144        **Document Date:**
Range: 93, Sixteenth: NE Quarter: SE
Section: 08 Township: 144 Range: 93,
Sixteenth: SW Quarter: SE Section: 08
Township: 144 Range: 93, Sixteenth: SE
Quarter: SE Section: 08 Township: 144
Range: 93, ...

| Dunn County 3101693 | **Instrument #** 3101693 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

Grantor: OLSON, YVONNE C.                    Grantee: PUBLIC, PHOENIX CAPITAL
                                             GROUP HOLDINGS, LLC

**Legal:** Quarter: NE Section: 17 Township:  **Document Type: MEMORANDUM OF O**
144 Range: 93, Sixteenth: NW Quarter:        **& G LEASE**
NE Section: 17 Township: 144 Range: 93,      **Document Date:**
Sixteenth: NE Quarter: NE Section: 17
Township: 144 Range: 93, Sixteenth: SW
Quarter: NE Section: 17 Township: 144
Range: 93, Sixteenth: SE Quarter: NE
Section: 17 Township: 144 Range: 93

| Dunn County 3101606 | **Instrument #** 3101606 | **Recording Date:** Thu Feb 29 12:22:00 CST 2024 | Preview Image | ☐ Purchase |

Grantor: GOETZ, VICTOR G.                    Grantee: PUBLIC, PHOENIX CAPITAL
                                             GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 18 Township:  **Document Type: MEMORANDUM OF O**
144 Range: 93, Sixteenth: NW Quarter:        **& G LEASE**
SE Section: 18 Township: 144 Range: 93,      **Document Date:**
Sixteenth: NE Quarter: SE Section: 18
Township: 144 Range: 93, Sixteenth: SW
Quarter: SE Section: 18 Township: 144
Range: 93, Sixteenth: SE Quarter: SE
Section: 18 Township: 144 Range: 93

| Dunn County 3101607 | **Instrument #** 3101607 | **Recording Date:** Thu Feb 29 12:28:00 CST 2024 | Preview Image | ☐ Purchase |

Grantor: GEIST, DELMAR                       Grantee: PUBLIC, PHOENIX CAPITAL
                                             GROUP HOLDINGS, LLC

**Legal:** Quarter: SE Section: 17 Township:  **Document Type: MEMORANDUM OF O**
144 Range: 93, Sixteenth: NW Quarter:        **& G LEASE**

Document Search Results

Description   Summary                                                                  Select All / None

SE Section: 17 Township: 144 Range: 93,          **Document Date:**
Sixteenth: NE Quarter: SE Section: 17
Township: 144 Range: 93, Sixteenth: SW
Quarter: SE Section: 17 Township: 144
Range: 93, Sixteenth: SE Quarter: SE
Section: 17 Township: 144 Range: 93

---

| **Dunn County** 3101600 | **Instrument #** 3101600 | **Recording Date:** Thu Feb 29 11:44:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** KLING, MARIE E., MOORE, RUTH POA

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NE Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, Sixteenth: NW Quarter: NW Section: 02 Township: 144 Range: 94, Quarter: NW Section: 02 Township: 144 Range: 94, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| **Dunn County** 3101684 | **Instrument #** 3101684 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** KUNTZ, KATHLEEN F.

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 30 Township: 144 Range: 93, Quarter: SW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: SW Section: 30 Township: 144 Range: 93, Quarter: SW Section: 30 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| **Dunn County** 3101683 | **Instrument #** 3101683 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** MCCOOL, ANN D.P., MCCOOL, ANN DAPHNE PARKE AKA, MCCOOL, ANN DAPHNE AKA

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 05 Township: 144 Range: 93, Quarter: SE Section: 05 Township: 144 Range: 93, Sixteenth: NW Quarter: SW Section: 05 Township: 144 Range: 93, Sixteenth: NE Quarter: SW Section: 05 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 05 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

---

| **Dunn County** 3101686 | **Instrument #** 3101686 | **Recording Date:** Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |

**Grantor:** NODLAND, GARRETT

**Grantee:** HAUCK, TREVOR WESLEY, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144

**Document Type:** RATIFICATION OIL & GAS LEASE
**Document Date:** 12/15/2023

Document Search Results

Description   Summary                                                                                 Select All / None

Range: 93, Sixteenth: SW Quarter: NW
Section: 30 Township: 144 Range: 93,
Quarter: NW Section: 30 Township: 144
Range: 93, ...

| Dunn County 3101687 | Instrument # 3101687 | Recording Date: Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** HELM, KAMELLE

**Grantee:** HAUCK, TREVOR WESLEY, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, ...

**Document Type:** RATIFICATION OIL & GAS LEASE
**Document Date:** 12/18/2023

| Dunn County 3101691 | Instrument # 3101691 | Recording Date: Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MCALLISTER, NADINE K.

**Grantee:** GEIST, DOROTHY, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NW Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: NE Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: SW Quarter: SE Section: 17 Township: 144 Range: 93, Sixteenth: SE Quarter: SE Section: 17 Township: 144 Range: 93, ...

**Document Type:** RATIFICATION OIL & GAS LEASE
**Document Date:** 12/29/2023

| Dunn County 3101685 | Instrument # 3101685 | Recording Date: Mon Mar 04 14:36:00 CST 2024 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** HAUCK, TREVOR WESLEY, HAUCK, TREVOR W

**Grantee:** PUBLIC, PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: NW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, Sixteenth: SW Quarter: NW Section: 30 Township: 144 Range: 93, Quarter: NW Section: 30 Township: 144 Range: 93, ...

**Document Type:** MEMORANDUM OF O & G LEASE
**Document Date:**

302 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4 [Next/Last]

Purchase Selected

Return to Search Results