# EXHIBIT A-19

8/23/24, 10:19 AM                                                    Document Search Results

Return to Search Results

**You searched for:** RDateID >= Fri Jan 01 00:00:00 CST 2021 and <= Fri Jun 28 00:00:00 CDT 2024 and approximate search in GranteeID for marathon and Search Results For=Dunn County

200 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

Description  Summary

| | | | | |
|---|---|---|---|---|
| **Dunn County 3095924** | **Instrument #** 3095924 | **Recording Date:** Thu Feb 03 13:04:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** INDUSTRIAL COMMISSION OF NORTH DAKOTA | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Section: 07 Township: 150 Range: 93, Quarter: NW Section: 07 Township: 150 Range: 93, Quarter: NE Section: 07 Township: 150 Range: 93, Quarter: SW Section: 07 Township: 150 Range: 93, Quarter: SE Section: 07 Township: 150 Range: 93, ... | **Document Type: ORDER**<br>**Document Date:** 11/01/2021 | | |
| **Dunn County 3097384** | **Instrument #** 3097384 | **Recording Date:** Wed Aug 03 10:02:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** PLEDGE RESOURCES, LLC | **Grantee:** ARKIN FAMILY TRUST UA DATED 10/03/2001, ARKIN, HERBERT I. TRUSTEE, ARKIN, SHERRILL R. TRUSTEE, MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SW Section: 20 Township: 146 Range: 91, Quarter: SE Section: 20 Township: 146 Range: 91, Sixteenth: NW Quarter: SW Section: 20 Township: 146 Range: 91, Sixteenth: NE Quarter: SW Section: 20 Township: 146 Range: 91, Sixteenth: NW Quarter: SE Section: 20 Township: 146 Range: 91, ... | **Document Type: RATIFICATION OIL & GAS LEASE**<br>**Document Date:** 07/29/2022 | | |
| **Dunn County 3096850** | **Instrument #** 3096850 | **Recording Date:** Tue May 24 08:26:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** VEER CAPITAL PARTNERS, LLC | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Section: 08 Township: 147 Range: 93, Quarter: SW Section: 20 Township: 147 Range: 93, Quarter: SE Section: 20 Township: 147 Range: 93, Sixteenth: SW Quarter: SW Section: 20 Township: 147 Range: 93, Sixteenth: SE Quarter: SW Section: 20 Township: 147 Range: 93, ... | **Document Type: ASSIGNMENT**<br>**Document Date:** 05/23/2022 | | |
| **Dunn County 3098186** | **Instrument #** 3098186 | **Recording Date:** Thu Nov 17 16:15:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** HOLT JOHN H., FERREL, CONNIE POA | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 | **Document Type: OIL AND GAS LEASE**<br>**Document Date:** 10/04/2022 | | |

Description Summary

Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94

| | | | | |
|---|---|---|---|---|
| **Dunn County 3098187** | **Instrument #** 3098187 | **Recording Date:** Thu Nov 17 16:15:00 CST 2022 | Preview Image | ☐ Purchase |

**Grantor:** MAAS, MICHAEL F. AND SUSAN H. REVOCABLE, MAAS, MICHAEL F. CO-TRUSTEE, MAAS, SUSAN H. CO-TRUSTEE

**Grantee:** MARATHON OIL COMPANY

**Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94

**Document Type: OIL AND GAS LEASE**
**Document Date:** 10/04/2022

| | | | | |
|---|---|---|---|---|
| **Dunn County 3098188** | **Instrument #** 3098188 | **Recording Date:** Thu Nov 17 16:15:00 CST 2022 | Preview Image | ☐ Purchase |

**Grantor:** EVARTS, SALLY HOLT REVOCABLE LIVING TRUS, EVARTS, SALLY HOLT TRUSTEE

**Grantee:** MARATHON OIL COMPANY

**Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94

**Document Type: OIL AND GAS LEASE**
**Document Date:** 10/04/2022

| | | | | |
|---|---|---|---|---|
| **Dunn County 3098191** | **Instrument #** 3098191 | **Recording Date:** Fri Nov 18 11:50:00 CST 2022 | Preview Image | ☐ Purchase |

**Grantor:** MALLOY FLACK, HOLLY L., HANSEN, HOLLY L. FKA

**Grantee:** MARATHON OIL COMPANY

**Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94

**Document Type: OIL AND GAS LEASE**
**Document Date:** 10/18/2022

| | | | | |
|---|---|---|---|---|
| **Dunn County 3098192** | **Instrument #** 3098192 | **Recording Date:** Fri Nov 18 11:50:00 CST 2022 | Preview Image | ☐ Purchase |

**Grantor:** MALLOY, MICAH L., MALLOY, NANCY L. FKA

**Grantee:** MARATHON OIL COMPANY

Description Summary

| | | |
|---|---|---|
| | **Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94 | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/18/2022 |

| **Dunn County 3098189** | **Instrument #** 3098189 | **Recording Date:** Thu Nov 17 16:15:00 CST 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** MALLOY, HARRY L. IRREVOCABLE FAMILY MINE, MALLOY, HOWARD L. TRUSTEE | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94 | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/04/2022 | | |

| **Dunn County 3098190** | **Instrument #** 3098190 | **Recording Date:** Thu Nov 17 16:15:00 CST 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** RENZ, DEBRA HOLT | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94 | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/04/2022 | | |

| **Dunn County 3098193** | **Instrument #** 3098193 | **Recording Date:** Fri Nov 18 11:50:00 CST 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** MALLOY, HOWARD L. | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94 | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/18/2022 | | |

| **Dunn County 3098194** | **Instrument #** 3098194 | **Recording Date:** Fri Nov 18 11:50:00 CST 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|
| | **Grantor:** MALLOY, MITCHELL H. | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: NE Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 14 Township: 144 Range: 94, Sixteenth: SE Quarter: SW Section: 14 Township: 144 Range: 94 | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/18/2022 | | |

| Description | Summary | | | | |
|---|---|---|---|---|---|
| **Dunn County 3097402** | **Instrument #** 3097402 | | **Recording Date:** Mon Aug 08 14:40:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** ARMOR PETROLEUM, INC. | | **Grantee:** MARATHON OIL COMPANY, LLC | | |
| | **Legal:** , ...Quarter: SE Section: 06 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 06 Township: 144 Range: 94, Sixteenth: NE Quarter: SE Section: 06 Township: 144 Range: 94, Sixteenth: SW Quarter: SE Section: 06 Township: 144 Range: 94, Sixteenth: SE Quarter: SE Section: 06 Township: 144 Range: 94, ... | | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** | | |
| **Dunn County 3096344** | **Instrument #** 3096344 | | **Recording Date:** Tue Mar 22 15:00:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA | | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SE Section: 36 Township: 146 Range: 94, Sixteenth: NW Quarter: SE Section: 36 Township: 146 Range: 94, Sixteenth: NE Quarter: SE Section: 36 Township: 146 Range: 94, Sixteenth: SW Quarter: SE Section: 36 Township: 146 Range: 94, Sixteenth: SE Quarter: SE Section: 36 Township: 146 Range: 94, ... | | **Document Type: PIPELINE EASEMENT** **Document Date:** 02/02/2022 | | |
| **Dunn County 3096345** | **Instrument #** 3096345 | | **Recording Date:** Tue Mar 22 15:00:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA | | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SW Section: 16 Township: 146 Range: 92, Sixteenth: SW Quarter: SW Section: 16 Township: 146 Range: 92, Sixteenth: SE Quarter: SW Section: 16 Township: 146 Range: 92, Quarter: NE Section: 16 Township: 146 Range: 92, Sixteenth: NW Quarter: NE Section: 16 Township: 146 Range: 92, ... | | **Document Type: EASEMENT** **Document Date:** 02/02/2022 | | |
| **Dunn County 3097511** | **Instrument #** 3097511 | | **Recording Date:** Tue Aug 16 15:10:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** VEER CAPITAL PARTNERS, LLC, NORTHERN OIL AND GAS, INC. | | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Section: 08 Township: 147 Range: 93, Quarter: SW Section: 20 Township: 147 Range: 93, Quarter: SE Section: 20 Township: 147 Range: 93, Sixteenth: SW Quarter: SW Section: 20 Township: 147 Range: 93, Sixteenth: SE Quarter: SW Section: 20 Township: 147 Range: 93, ... | | **Document Type: ASSIGNMENT** **Document Date:** 08/09/2022 | | |

Description Summary

| | | | | | |
|---|---|---|---|---|---|
| **Dunn County 3098967** | **Instrument #** 3098967 | | **Recording Date:** Tue Feb 28 09:51:00 CST 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** CATEFORIS, VASILY, CATEFORIS, MARY-ANN B. | | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/01/2022 | | |
| **Dunn County 3098968** | **Instrument #** 3098968 | | **Recording Date:** Tue Feb 28 09:59:00 CST 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** DESERT PARTNERS IV, LP, MIDLAND ROYALTY COMPANY, LP, MIDLAND ROYALTY MANAGEMENT, LLC | | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/20/2022 | | |
| **Dunn County 3098969** | **Instrument #** 3098969 | | **Recording Date:** Tue Feb 28 10:35:00 CST 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** HARDER, BOB | | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/01/2022 | | |
| **Dunn County 3098552** | **Instrument #** 3098552 | | **Recording Date:** Fri Jan 06 09:18:00 CST 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** WAVELAND BAKKEN HOLDINGS II, LLC | | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Section: 11 Township: 147 Range: 93, Quarter: NE Section: 35 Township: 148 Range: 93, Sixteenth: NW Quarter: NE Section: 35 Township: 148 Range: 93, Sixteenth: NE Quarter: NE Section: 35 Township: 148 Range: 93, Sixteenth: SW Quarter: NE Section: 35 Township: 148 Range: 93, ... | | **Document Type: ASSIGNMENT** **Document Date:** 12/20/2022 | | |
| **Dunn County 3098228** | **Instrument #** 3098228 | | **Recording Date:** Tue Nov 22 09:12:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** MURRY, BARBARA | | **Grantee:** PUBLIC, MURRY, DONNA D. ESTATE, MURRY, DONNA DEANE, | | |

Description Summary

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | MURRY, DONNA D. AKA, MURRY, DONNA M., MARATHON OIL CORPORATION |  |  |
|  | **Legal:** , ...Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: NW Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: NE Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: SW Quarter: NW Section: 28 Township: 144 Range: 96, Sixteenth: SE Quarter: NW Section: 28 Township: 144 Range: 96, ... | **Document Type: AFFIDAVIT** **Document Date:** 10/10/2022 |  |  |
| **Dunn County 3098609** | **Instrument #** 3098609 | **Recording Date:** Thu Jan 12 15:44:00 CST 2023 | Preview Image | ☐ Purchase |
|  | **Grantor:** NELSON, PAUL W., NELSON, KAY | **Grantee:** MARATHON OIL COMPANY |  |  |
|  | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 11/10/2022 |  |  |
| **Dunn County 3098585** | **Instrument #** 3098585 | **Recording Date:** Tue Jan 10 09:37:00 CST 2023 | Preview Image | ☐ Purchase |
|  | **Grantor:** PRISKE, WARREN | **Grantee:** MARATHON OIL COMPANY |  |  |
|  | **Legal:** , ...Quarter: NW Section: 25 Township: 146 Range: 94, Quarter: SW Section: 25 Township: 146 Range: 94, Sixteenth: NE Quarter: NW Section: 25 Township: 146 Range: 94, Sixteenth: SE Quarter: NW Section: 25 Township: 146 Range: 94, Sixteenth: NE Quarter: SW Section: 25 Township: 146 Range: 94, ... | **Document Type: AMENDMENT TO OIL & GAS LEASE** **Document Date:** 01/03/2023 |  |  |
| **Dunn County 3098434** | **Instrument #** 3098434 | **Recording Date:** Tue Dec 20 12:14:00 CST 2022 | Preview Image | ☐ Purchase |
|  | **Grantor:** EGELAND FAMILY PARTNERSHIP | **Grantee:** MARATHON OIL COMPANY |  |  |
|  | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 11/28/2022 |  |  |
| **Dunn County 3098433** | **Instrument #** 3098433 | **Recording Date:** Tue Dec 20 11:50:00 CST 2022 | Preview Image | ☐ Purchase |
|  | **Grantor:** SMITH, NATHAN, SMITH, MARGARET J. | **Grantee:** MARATHON OIL COMPANY |  |  |
|  | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 | **Document Type: OIL AND GAS LEASE** **Document Date:** 11/28/2022 |  |  |

Description Summary

Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

| | | | | |
|---|---|---|---|---|
| **Dunn County 3098435** | **Instrument #** 3098435 | **Recording Date:** Tue Dec 20 12:28:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** ELLIS, CLAIRE R. | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 11/10/2022 | | |
| **Dunn County 3097437** | **Instrument #** 3097437 | **Recording Date:** Wed Aug 10 08:56:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** MARATHON OIL COMPANY, VEER CAPITAL PARTNERS, LLC | **Grantee:** MARATHON OIL COMPANY, VEER CAPITAL PARTNERS, LLC, NORTHERN OIL AND GAS, INC. | | |
| | **Legal:** , ...Quarter: SW Section: 20 Township: 147 Range: 93, Quarter: SE Section: 20 Township: 147 Range: 93, Sixteenth: SW Quarter: SW Section: 20 Township: 147 Range: 93, Sixteenth: SE Quarter: SW Section: 20 Township: 147 Range: 93, Sixteenth: SW Quarter: SE Section: 20 Township: 147 Range: 93, ... | **Document Type: STIPULATION** **Document Date:** 08/09/2022 | | |
| **Dunn County 3096193** | **Instrument #** 3096193 | **Recording Date:** Tue Mar 08 08:14:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** JOHNSON, JO ELLEN | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NE Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NW Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NW Section: 01 Township: 148 Range: 96, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 06/11/2021 | | |
| **Dunn County 3096194** | **Instrument #** 3096194 | **Recording Date:** Tue Mar 08 09:02:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** JOHNSON, ANDREWE W. | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NE Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NE Section: 01 Township: 148 Range: 96, Sixteenth: NW Quarter: NE Section: 01 Township: 148 Range: 96, Quarter: NW Section: 01 Township: 148 Range: 96, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 06/11/2021 | | |

Description Summary

| | Description Summary | | | | |
|---|---|---|---|---|---|
| **Dunn County 3098865** | **Instrument #** 3098865 | **Recording Date:** Wed Feb 15 14:22:00 CST 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** GENRE, RIAL, GENRE, LYNNETTE | **Grantee:** MARATHON OIL COMPANY | | | |
| | **Legal:** , ...Quarter: NE Section: 20 Township: 146 Range: 93, Quarter: SE Section: 20 Township: 146 Range: 93, Sixteenth: NW Quarter: NE Section: 20 Township: 146 Range: 93, Sixteenth: NE Quarter: NE Section: 20 Township: 146 Range: 93, Sixteenth: SW Quarter: NE Section: 20 Township: 146 Range: 93, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** | | | |
| **Dunn County 3098880** | **Instrument #** 3098880 | **Recording Date:** Fri Feb 17 10:32:00 CST 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** BEHSMAN, W MARK FAMILY REVOCABLE TRUST D | **Grantee:** MARATHON OIL COMPANY | | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/01/2022 | | | |
| **Dunn County 3098882** | **Instrument #** 3098882 | **Recording Date:** Fri Feb 17 11:31:00 CST 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** SOMERS, ROBERT ESTATE | **Grantee:** MARATHON OIL COMPANY | | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/01/2022 | | | |
| **Dunn County 3098883** | **Instrument #** 3098883 | **Recording Date:** Fri Feb 17 11:45:00 CST 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** SOMERS, CHRIS LUMLEY | **Grantee:** MARATHON OIL COMPANY | | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/01/2022 | | | |
| **Dunn County 3098884** | Instrument # 3098884 | Recording Date: Fri Feb 17 12:16:00 CST 2023 | | Preview Image | ☐ Purchase |
| | Grantor: STADLER, RALPH SCOTT | Grantee: MARATHON OIL COMPANY | | | |
| | Legal: , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, | Document Type: OIL AND GAS LEASE Document Date: 12/01/2022 | | | |

Document Search Results

| | Description | Summary | | | | |
|---|---|---|---|---|---|---|
| | | Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | | | | |
| Dunn County 3098869 | **Instrument #** 3098869 | | **Recording Date:** Thu Feb 16 09:01:00 CST 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** VOLTZ, JEAN M | | **Grantee:** MARATHON OIL COMPANY | | | |
| | **Legal:** , ...Quarter: NE Section: 20 Township: 146 Range: 93, Quarter: SE Section: 20 Township: 146 Range: 93, Sixteenth: NW Quarter: NE Section: 20 Township: 146 Range: 93, Sixteenth: NE Quarter: NE Section: 20 Township: 146 Range: 93, Sixteenth: SW Quarter: NE Section: 20 Township: 146 Range: 93, ... | | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/01/2009 | | | |
| Dunn County 3098894 | **Instrument #** 3098894 | | **Recording Date:** Fri Feb 17 12:57:00 CST 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** BUTZ, DIANE R., BUTZ, JACQUES P. | | **Grantee:** MARATHON OIL COMPANY | | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/01/2022 | | | |
| Dunn County 3098895 | **Instrument #** 3098895 | | **Recording Date:** Fri Feb 17 12:59:00 CST 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** BISHOP, HOWARD W. JR. | | **Grantee:** MARATHON OIL COMPANY | | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/01/2022 | | | |
| Dunn County 3098889 | **Instrument #** 3098889 | | **Recording Date:** Fri Feb 17 12:51:00 CST 2023 | | Preview Image | ☐ Purchase |
| | **Grantor:** ALM, DANNY | | **Grantee:** MARATHON OIL COMPANY | | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/01/2022 | | | |
| Dunn County 3098890 | **Instrument #** 3098890 | | **Recording Date:** Fri Feb 17 12:52:00 CST 2023 | | Preview Image | ☐ Purchase |

Description Summary

| | | |
|---|---|---|
| | **Grantor:** GOLDSTEIN, JUDY K. | **Grantee:** MARATHON OIL COMPANY |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ... | **Document Type:** OIL AND GAS LEASE<br>**Document Date:** 12/01/2022 |

**Dunn County 3098891**  **Instrument #** 3098891  **Recording Date:** Fri Feb 17 12:54:00 CST 2023   Preview Image   ☐ Purchase

**Grantor:** JOHNSON, MONTEY, JOHNSON, MONTY AKA, JOHNSON, MONTEY LEE AKA

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

**Dunn County 3098892**  **Instrument #** 3098892  **Recording Date:** Fri Feb 17 12:55:00 CST 2023   Preview Image   ☐ Purchase

**Grantor:** MATAYO, MARSHA    **Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

**Dunn County 3098893**  **Instrument #** 3098893  **Recording Date:** Fri Feb 17 12:56:00 CST 2023   Preview Image   ☐ Purchase

**Grantor:** BOHLMAN FAMILY, LLC   **Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

**Dunn County 3098885**  **Instrument #** 3098885  **Recording Date:** Fri Feb 17 12:45:00 CST 2023   Preview Image   ☐ Purchase

**Grantor:** THE KOPP FAMILY MINERAL TRUST, KOPP, DAVID TRUSTEE

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

Description  Summary

Range: 95, Sixteenth: NW Quarter: SE
Section: 05 Township: 148 Range: 95, ...

| Dunn County 3098886 | Instrument # 3098886 | Recording Date: Fri Feb 17 12:46:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** ROTHGARN, MILDRED

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

| Dunn County 3098887 | Instrument # 3098887 | Recording Date: Fri Feb 17 12:48:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** JOHNSON, JO ELLEN

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

| Dunn County 3098888 | Instrument # 3098888 | Recording Date: Fri Feb 17 12:49:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** SOMERS, WILLIAM WESTLEY

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

| Dunn County 3098877 | Instrument # 3098877 | Recording Date: Fri Feb 17 10:00:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** COLEMAN, JANE

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

| Dunn County 3098878 | Instrument # 3098878 | Recording Date: Fri Feb 17 10:13:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** MURRAY, DEBRA A.

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95,

**Document Type:** OIL AND GAS LEASE
**Document Date:** 12/01/2022

Description Summary

Sixteenth: NW Quarter: SW Section: 05
Township: 148 Range: 95, Sixteenth: NE
Quarter: SW Section: 05 Township: 148
Range: 95, Sixteenth: NW Quarter: SE
Section: 05 Township: 148 Range: 95, ...

| Dunn County 3098879 | Instrument # 3098879 | Recording Date: Fri Feb 17 10:24:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** HULLINGER, CHRISTOPHER

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 12/01/2022

| Dunn County 3098872 | Instrument # 3098872 | Recording Date: Thu Feb 16 15:41:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** SEMMENS, CINDY

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 12/01/2022

| Dunn County 3098873 | Instrument # 3098873 | Recording Date: Thu Feb 16 15:55:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** GOLDEN, MARY E. TRUST DATED NOVEMBER 15,, GOLDEN, MARY E. TRUSTEE

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 12/01/2022

| Dunn County 3098874 | Instrument # 3098874 | Recording Date: Thu Feb 16 16:08:00 CST 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** UNITED WAY OF HENNEPIN COUNTY

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 12/01/2022

Description Summary

| Dunn County 3098875 | **Instrument #** 3098875 | **Recording Date:** Fri Feb 17 09:12:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** CULLY, JUDY

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 12/01/2022

---

| Dunn County 3098876 | **Instrument #** 3098876 | **Recording Date:** Fri Feb 17 09:37:00 CST 2023 | Preview Image | ☐ Purchase |

**Grantor:** HARDER, BILL

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 05 Township: 148 Range: 95, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 12/01/2022

---

| Dunn County 3093041 | **Instrument #** 3093041 | **Recording Date:** Mon Jan 11 14:08:00 CST 2021 | Preview Image | ☐ Purchase |

**Grantor:** ONEOK ROCKIES MIDSTREAM, L.L.C.

**Grantee:** PUBLIC, MARATHON OIL COMPANY

**Legal:** , ...Quarter: NW Section: 03 Township: 146 Range: 92, Quarter: NE Section: 03 Township: 146 Range: 92, Quarter: SW Section: 03 Township: 146 Range: 92, Quarter: SE Section: 03 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 03 Township: 146 Range: 92, ...

**Document Type: NOTICE**
**Document Date:**

---

| Dunn County 3095749 | **Instrument #** 3095749 | **Recording Date:** Tue Jan 11 09:02:00 CST 2022 | Preview Image | ☐ Purchase |

**Grantor:** WSB RESOURCES, LLC

**Grantee:** MARATHON OIL COMPANY

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 07 Township: 146 Range: 93, Quarter: NW Section: 07 Township: 146 Range: 93, Sixteenth: SW Quarter: NW Section: 07 Township: 146 Range: 93, Quarter: SW Section: 07 Township: 146 Range: 93, ...

**Document Type: ASSIGNMENT**
**Document Date:** 12/20/2021

---

| Dunn County 3095234 | **Instrument #** 3095234 | **Recording Date:** Fri Nov 05 14:24:00 CDT 2021 | Preview Image | ☐ Purchase |

**Grantor:** BR ROYALTY LLC, SAVANT RESOURCES, LLC, SHAW RESOURCES MANAGEMENT LLC

**Grantee:** MARATHON OIL COMPANY

Description Summary

Description Summary

| | | |
|---|---|---|
| | **Legal:** , ...Quarter: NW Section: 17 Township: 146 Range: 94, Quarter: NE Section: 17 Township: 146 Range: 94, Quarter: SW Section: 17 Township: 146 Range: 94, Quarter: SE Section: 17 Township: 146 Range: 94, Sixteenth: NW Quarter: NW Section: 17 Township: 146 Range: 94, ... | **Document Type: MORTGAGE** **Document Date:** 10/01/2021 |

**Dunn County 3095301**

**Instrument #** 3095301   **Recording Date:** Tue Nov 16 13:02:00 CST 2021   Preview Image   ☐ Purchase

**Grantor:** PACER ENERGY ACQUISITIONS, LLC

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 02 Township: 145 Range: 92, Quarter: SE Section: 02 Township: 145 Range: 92, Sixteenth: NW Quarter: SW Section: 02 Township: 145 Range: 92, Sixteenth: SW Quarter: SW Section: 02 Township: 145 Range: 92, Sixteenth: SE Quarter: SW Section: 02 Township: 145 Range: 92, ...

**Document Type: ASSIGNMENT**
**Document Date:** 09/23/2021

**Dunn County 3095520**

**Instrument #** 3095520   **Recording Date:** Fri Dec 10 15:24:00 CST 2021   Preview Image   ☐ Purchase

**Grantor:** INDUSTRIAL COMMISSION OF NORTH DAKOTA

**Grantee:** MARATHON OIL CO.

**Legal:** , ...Section: 15 Township: 146 Range: 92, Section: 22 Township: 146 Range: 92, Quarter: NW Section: 15 Township: 146 Range: 92, Quarter: NE Section: 15 Township: 146 Range: 92, Quarter: SW Section: 15 Township: 146 Range: 92, ...

**Document Type: ORDER**
**Document Date:** 10/19/2021

**Dunn County 3095057**

**Instrument #** 3095057   **Recording Date:** Tue Oct 19 16:19:00 CDT 2021   Preview Image   ☐ Purchase

**Grantor:** THE HEFNER COMPANY, INC

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SW Section: 15 Township: 145 Range: 92, Quarter: SE Section: 15 Township: 145 Range: 92, Sixteenth: SW Quarter: SW Section: 15 Township: 145 Range: 92, Sixteenth: SE Quarter: SW Section: 15 Township: 145 Range: 92, Sixteenth: SW Quarter: SE Section: 15 Township: 145 Range: 92, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 10/04/2021

**Dunn County 3095703**

**Instrument #** 3095703   **Recording Date:** Mon Jan 03 13:53:00 CST 2022   Preview Image   ☐ Purchase

**Grantor:** INDUSTRIAL COMMISSION OF NORTH DAKOTA, FINE, KARLENE

**Grantee:** MARATHON OIL CO.

**Legal:** , ...Section: 01 Township: 148 Range: 96, Section: 02 Township: 148 Range: 96, Section: 11 Township: 148 Range: 96, Section: 12 Township: 148 Range: 96, Quarter: NW Section: 01 Township: 148 Range: 96, ...

**Document Type: ORDER**
**Document Date:** 12/09/2021

Description  Summary

| | | | | |
|---|---|---|---|---|
| **Dunn County 3094814** | **Instrument #** 3094814 | **Recording Date:** Mon Sep 27 08:36:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** SEERUP, BILL L. | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SW Section: 15 Township: 146 Range: 92, Quarter: SE Section: 15 Township: 146 Range: 92, Sixteenth: SW Quarter: SW Section: 15 Township: 146 Range: 92, Sixteenth: SE Quarter: SW Section: 15 Township: 146 Range: 92, Sixteenth: SW Quarter: SE Section: 15 Township: 146 Range: 92, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 09/15/2021 | | |
| **Dunn County 3094817** | **Instrument #** 3094817 | **Recording Date:** Mon Sep 27 10:14:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** SEERUP, ESTHER M. | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: SW Section: 15 Township: 146 Range: 92, Quarter: SE Section: 15 Township: 146 Range: 92, Sixteenth: SW Quarter: SW Section: 15 Township: 146 Range: 92, Sixteenth: SE Quarter: SW Section: 15 Township: 146 Range: 92, Sixteenth: SW Quarter: SE Section: 15 Township: 146 Range: 92, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 09/15/2021 | | |
| **Dunn County 3094181** | **Instrument #** 3094181 | **Recording Date:** Mon Jul 12 16:09:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** MCMAHEN, KENNETH W. REVOCABLE TRUST DATE, MCMAHEN, KENNETH W. TRUSTEE | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NE Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SE Quarter: SE Section: 28 Township: 145 Range: 93 | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/09/2021 | | |
| **Dunn County 3094182** | **Instrument #** 3094182 | **Recording Date:** Tue Jul 13 10:32:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** PACER ENERGY ACQUISITIONS, LLC | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** , ...Quarter: NW Section: 35 Township: 146 Range: 92, Quarter: SW Section: 35 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 35 Township: 146 Range: 92, Sixteenth: NE Quarter: NW Section: 35 Township: 146 Range: 92, Sixteenth: SW Quarter: NW Section: 35 Township: 146 Range: 92, ... | **Document Type:** ASSIGNMENT & BILL OF SALE **Document Date:** 12/23/2019 | | |
| **Dunn County 3094180** | **Instrument #** 3094180 | **Recording Date:** Mon Jul 12 16:07:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** MCMAHEN, MICHAEL R. | **Grantee:** MARATHON OIL COMPANY | | |
| | **Legal:** Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NW Quarter: SE | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/31/2021 | | |

Description  Summary

Section: 28 Township: 145 Range: 93, Sixteenth: NE Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SE Quarter: SE Section: 28 Township: 145 Range: 93

| Dunn County 3094178 | **Instrument #** 3094178 | **Recording Date:** Mon Jul 12 16:02:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MCMAHEN, GORDON TIMOTHY, MCMAHEN, TIMOTHY GORDON AKA

**Grantee:** MARATHON OIL COMPANY

**Legal:** Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NE Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SE Quarter: SE Section: 28 Township: 145 Range: 93

**Document Type: OIL AND GAS LEASE**
**Document Date:** 03/30/2021

| Dunn County 3094179 | **Instrument #** 3094179 | **Recording Date:** Mon Jul 12 16:04:00 CDT 2021 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** MCMAHEN, KAY, MCMAHEN, KAY EVELYN FKA

**Grantee:** MARATHON OIL COMPANY

**Legal:** Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: NE Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SW Quarter: SE Section: 28 Township: 145 Range: 93, Sixteenth: SE Quarter: SE Section: 28 Township: 145 Range: 93

**Document Type: OIL AND GAS LEASE**
**Document Date:** 03/30/2021

| Dunn County 3099931 | **Instrument #** 3099931 | **Recording Date:** Thu Jul 13 15:25:00 CDT 2023 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** DIMMICK, LUCINDA A.

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: NE Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: SW Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 09 Township: 145 Range: 94, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 04/01/2023

| Dunn County 3099932 | **Instrument #** 3099932 | **Recording Date:** Thu Jul 13 15:35:00 CDT 2023 | | |
|---|---|---|---|---|

**Grantor:** DIMMICK, LUCINDA A.

**Grantee:** MARATHON OIL COMPANY

**Legal:** , ...Quarter: NW Section: 15 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 15 Township: 145 Range: 94, Sixteenth: NE Quarter: NW Section: 15 Township: 145 Range: 94, Sixteenth: SW Quarter: NW Section: 15 Township: 145