# EXHIBIT A-20

