# EXHIBIT A-23

Return to Search Results

**You searched for:** RDateID >= Tue Jan 01 00:00:00 CST 2019 and <= Tue Aug 13 00:00:00 CDT 2024 and exact search in GranteeID for AMERICAN LAND SERVICES and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

65 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Dunn County 3099531** | **Instrument #** 3099531 | **Recording Date:** Mon May 22 15:43:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** MURRAY, DEBRA A. | **Grantee:** AMERICAN LAND SERVICES, LLC | | |
| | **Legal:** Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: SW Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: SE Quarter: SW Section: 28 Township: 148 Range: 95 | **Document Type:** OIL AND GAS LEASE **Document Date:** 05/01/2023 | | |
| **Dunn County 3099532** | **Instrument #** 3099532 | **Recording Date:** Mon May 22 15:43:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** GOLDEN, MARY E. TRUSTEE, MARY E. GOLDEN TRUST DATED 11/15/1995 | **Grantee:** AMERICAN LAND SERVICES, LLC | | |
| | **Legal:** Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: SW Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: SE Quarter: SW Section: 28 Township: 148 Range: 95 | **Document Type:** OIL AND GAS LEASE **Document Date:** 05/01/2023 | | |
| **Dunn County 3099533** | **Instrument #** 3099533 | **Recording Date:** Mon May 22 15:43:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** PEREZ, DIANA L. | **Grantee:** AMERICAN LAND SERVICES, LLC | | |
| | **Legal:** Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: NE Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: SW Quarter: SW Section: 28 Township: 148 Range: 95, Sixteenth: SE Quarter: SW Section: 28 Township: 148 Range: 95 | **Document Type:** OIL AND GAS LEASE **Document Date:** 05/01/2023 | | |
| **Dunn County 3099534** | **Instrument #** 3099534 | **Recording Date:** Mon May 22 15:43:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** KRANTZ, BRENT DAVID | **Grantee:** AMERICAN LAND SERVICES, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 148 Range: 95, Quarter: SE Section: 05 Township: 148 Range: 95, Sixteenth: NW Quarter: SW Section: 05 Township: 148 Range: 95, Sixteenth: NE | **Document Type:** OIL AND GAS LEASE **Document Date:** 05/01/2023 | | |

8/13/24, 11:33 AM                                    Document Search Results

Return to Search Results

**You searched for:** RDateID >= Tue Jan 01 00:00:00 CST 2019 and <= Tue Aug 13 00:00:00 CDT 2024 and exact search in GranteeID for AMERICAN MINERALS MANAGEMENT and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Divide County 305578** | **Instrument #** 305578 | **Recording Date:** Thu Nov 30 11:20:00 CST 2023 | Preview Image ☐ Purchase |
| | **Grantor:** Red Crown Royalties, LLC | **Grantee:** American Minerals Management LLC | |
| | **Legal:** , ...Quarter: NW Section: 14 Township: 160 Range: 103, Quarter: SW Section: 14 Township: 160 Range: 103, Sixteenth: NW Quarter: NW Section: 14 Township: 160 Range: 103, Sixteenth: NE Quarter: NW Section: 14 Township: 160 Range: 103, Sixteenth: SW Quarter: NW Section: 14 Township: 160 Range: 103, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/01/2023 | |
| **Divide County 306398** | **Instrument #** 306398 | **Recording Date:** Mon Mar 18 13:25:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Red Crown Royalties, LLC | **Grantee:** American Minerals Management, LLC | |
| | **Legal:** , ...Quarter: NE Section: 11 Township: 160 Range: 102, Quarter: SE Section: 11 Township: 160 Range: 102, Sixteenth: NW Quarter: NE Section: 11 Township: 160 Range: 102, Sixteenth: NE Quarter: NE Section: 11 Township: 160 Range: 102, Sixteenth: SW Quarter: NE Section: 11 Township: 160 Range: 102, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 03/13/2024 | |

2 items found, displaying all items.**1**

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for aqyre and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,218 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

Purchase Selected

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|
| **Divide County 291269** | **Instrument #** 291269   B: 418M P: 194 **Recording Date:** Tue May 30 15:05:00 CDT 2017 | | | Preview Image | ☐ Purchase |
| | **Grantor:** Pashelk, Carl | **Grantee:** AQYRE LLC | | | |
| | **Legal:** Quarter: NW Section: 28 Township: 161 Range: 097, Sixteenth: NW Quarter: NW Section: 28 Township: 161 Range: 097, Sixteenth: SW Quarter: NW Section: 28 Township: 161 Range: 097 | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/01/2017 | | | |
| **Divide County 291359** | **Instrument #** 291359   B: 418M P: 344 **Recording Date:** Thu Jun 08 13:20:00 CDT 2017 | | | Preview Image | ☐ Purchase |
| | **Grantor:** Smith, Sonja | **Grantee:** AQYRE LLC | | | |
| | **Legal:** Quarter: SE Section: 35 Township: 160 Range: 098, Sixteenth: NW Quarter: SE Section: 35 Township: 160 Range: 098, Sixteenth: NE Quarter: SE Section: 35 Township: 160 Range: 098, Sixteenth: SW Quarter: SE Section: 35 Township: 160 Range: 098, Sixteenth: SE Quarter: SE Section: 35 Township: 160 Range: 098 | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/24/2017 | | | |
| **Divide County 291360** | **Instrument #** 291360   B: 418M P: 350 **Recording Date:** Thu Jun 08 13:20:00 CDT 2017 | | | Preview Image | ☐ Purchase |
| | **Grantor:** Dean Family Trust | **Grantee:** AQYRE LLC | | | |
| | **Legal:** , ...Quarter: SW Section: 29 Township: 161 Range: 097, Sixteenth: NW Quarter: SW Section: 29 Township: 161 Range: 097, Sixteenth: NE Quarter: SW Section: 29 Township: 161 Range: 097, Sixteenth: SW Quarter: SW Section: 29 Township: 161 Range: 097, Sixteenth: SE Quarter: SW Section: 29 Township: 161 Range: 097, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/01/2017 | | | |
| **Divide County 291361** | **Instrument #** 291361   B: 418M P: 357 **Recording Date:** Thu Jun 08 13:20:00 CDT 2017 | | | Preview Image | ☐ Purchase |
| | **Grantor:** Dean Family Trust | **Grantee:** AQYRE LLC | | | |
| | **Legal:** , ...Quarter: SE Section: 28 Township: 161 Range: 097, Sixteenth: SW Quarter: SE Section: 28 Township: 161 Range: 097, Sixteenth: SE Quarter: | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/01/2017 | | | |

Return to Search Results

**You searched for:** exact search in GranteeID for ASCENSION OIL & GAS and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

44 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 263738** | **Instrument #** 263738 | **B:** 331M **P:** 54 | **Recording Date:** Mon Apr 30 13:05:00 CDT 2012 | Preview Image ☐ Purchase |
| | **Grantor:** Keys, Greg | | **Grantee:** Ascension Oil & Gas, LLC | |
| | **Legal:** , ...Quarter: NW Section: 15 Township: 160 Range: 096, Quarter: SW Section: 15 Township: 160 Range: 096, Sixteenth: NE Quarter: NW Section: 15 Township: 160 Range: 096, Sixteenth: SE Quarter: NW Section: 15 Township: 160 Range: 096, Sixteenth: NE Quarter: SW Section: 15 Township: 160 Range: 096, ... | | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/18/2012 | |
| **Divide County 263717** | **Instrument #** 263717 | **B:** ASGN **P:** 224 | **Recording Date:** Mon Apr 30 08:45:00 CDT 2012 | Preview Image ☐ Purchase |
| | **Grantor:** Keys, Greg | | **Grantee:** Ascension Oil & Gas, LLC | |
| | **Legal:** Quarter: NW Section: 13 Township: 163 Range: 101, Sixteenth: NW Quarter: NW Section: 13 Township: 163 Range: 101, Sixteenth: NE Quarter: NW Section: 13 Township: 163 Range: 101, Sixteenth: SW Quarter: NW Section: 13 Township: 163 Range: 101, Sixteenth: SE Quarter: NW Section: 13 Township: 163 Range: 101 | | **Document Type:** ASSIGNMENT OF OIL AND GAS LEASE **Document Date:** 04/25/2012 | |
| **Divide County 259677** | **Instrument #** 259677 | **B:** ASGN **P:** 28 | **Recording Date:** Mon Aug 29 13:15:00 CDT 2011 | Preview Image ☐ Purchase |
| | **Grantor:** Geronimo Holding Corporation | | **Grantee:** Ascension Oil & Gas, LLC, Van Hersh III, Rick, Soulier, Danny, RLCAPPS Family -2008, LP | |
| | **Legal:** Quarter: NE Section: 14 Township: 163 Range: 095, Sixteenth: NW Quarter: NE Section: 14 Township: 163 Range: 095, Sixteenth: NE Quarter: NE Section: 14 Township: 163 Range: 095, Sixteenth: SW Quarter: NE Section: 14 Township: 163 Range: 095, Sixteenth: SE Quarter: NE Section: 14 Township: 163 Range: 095 | | **Document Type:** ASSIGNMENT OF OIL AND GAS LEASE **Document Date:** 08/09/2011 | |
| **Divide County 265451** | **Instrument #** 265451 | **B:** 336M **P:** 167 | **Recording Date:** Wed Aug 01 13:15:00 CDT 2012 | Preview Image ☐ Purchase |

Return to Search Results

**You searched for:** exact search in GranteeID for b j kadrmas and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

687 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7 [Next/Last]

| Description | Summary |
| --- | --- |

**Slope County 090852**

**Instrument #** 090852     **Recording Date:** Wed Oct 15 13:30:00 CDT 2008      Preview Image      ☐ Purchase

**Grantor:** NORTH DAKOTA, STATE OF          **Grantee:** B J KADRMAS, INC

**Legal:** Quarter: NW Section: 36 Township: 133 Range: 104, Sixteenth: NW Quarter: NW Section: 36 Township: 133 Range: 104, Sixteenth: NE Quarter: NW Section: 36 Township: 133 Range: 104, Sixteenth: SW Quarter: NW Section: 36 Township: 133 Range: 104, Sixteenth: SE Quarter: NW Section: 36 Township: 133 Range: 104     **Document Type: OIL AND GAS LEASE** **Document Date:** 08/05/2008

---

**Hettinger County 31641**

**Instrument #** 31641     **Recording Date:** Wed May 26 15:15:00 CDT 2010      Preview Image      ☐ Purchase

**Grantor:** STOCKERT, ANTON D, STOCKERT, ANGIE          **Grantee:** B J KADRMAS, INC

**Legal:** , ...Quarter: SW Section: 24 Township: 133 Range: 97, Quarter: SE Section: 24 Township: 133 Range: 97, Sixteenth: NW Quarter: SW Section: 24 Township: 133 Range: 97, Sixteenth: NE Quarter: SW Section: 24 Township: 133 Range: 97, Sixteenth: NW Quarter: SE Section: 24 Township: 133 Range: 97, ...     **Document Type: EXT, AMEND, RAT, OF OIL & GAS LEASE** **Document Date:** 05/11/2010

---

**Hettinger County 31640**

**Instrument #** 31640     **Recording Date:** Wed May 26 15:12:00 CDT 2010      Preview Image      ☐ Purchase

**Grantor:** STOCKERT, ELEANOR SISTER, STOCKERT, ELEANOR          **Grantee:** B J KADRMAS, INC

**Legal:** , ...Quarter: SW Section: 24 Township: 133 Range: 97, Quarter: SE Section: 24 Township: 133 Range: 97, Sixteenth: NW Quarter: SW Section: 24 Township: 133 Range: 97, Sixteenth: NE Quarter: SW Section: 24 Township: 133 Range: 97, Sixteenth: NW Quarter: SE Section: 24 Township: 133 Range: 97, ...     **Document Type: EXT, AMEND, RAT, OF OIL & GAS LEASE** **Document Date:** 05/14/2010

---

**Hettinger County 31639**

**Instrument #** 31639     **Recording Date:** Wed May 26 15:04:00 CDT 2010      Preview Image      ☐ Purchase

**Grantor:** HUCK, ANNA MARY, HUCK, ANTON          **Grantee:** B J KADRMAS, INC

**Legal:** , ...Quarter: SW Section: 24 Township: 133 Range: 97, Quarter: SE Section: 24 Township: 133 Range: 97, Sixteenth: NW Quarter: SW Section: 24     **Document Type: EXT, AMEND, RAT, OF OIL & GAS LEASE** **Document Date:** 05/15/2010

Return to Search Results

**You searched for:** exact search in GranteeID for bakken production inc and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

45 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Dunn County 3082237**

**Instrument #** 3082237     **Recording Date:** Tue Jan 31 12:34:00 CST 2017     Preview Image    ☐ Purchase

**Grantor:** GREAT NORTHERN ENERGY, INC.

**Grantee:** BAKKEN PRODUCTION INC., BALLANTYNE LEGACY RESOURCES INC.

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 07 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 07 Township: 146 Range: 93, Quarter: NW Section: 07 Township: 146 Range: 93, Sixteenth: SW Quarter: NW Section: 07 Township: 146 Range: 93, Quarter: SW Section: 07 Township: 146 Range: 93, ...

**Document Type:** ASSIGNMENT
**Document Date:** 01/17/2017

**Dunn County 3082358**

**Instrument #** 3082358     **Recording Date:** Wed Feb 15 12:26:00 CST 2017     Preview Image    ☐ Purchase

**Grantor:** GREAT NORTHERN ENERGY, INC.

**Grantee:** BAKKEN PRODUCTION INC., HAMMER HOLDINGS INC., INTEGRITY SERVICES AND SALE INC.

**Legal:** , ...Quarter: NW Section: 20 Township: 146 Range: 92, Quarter: NE Section: 20 Township: 146 Range: 92, Sixteenth: NW Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NE Quarter: NW Section: 20 Township: 146 Range: 92, Sixteenth: NW Quarter: NE Section: 20 Township: 146 Range: 92, ...

**Document Type:** ASSIGNMENT
**Document Date:** 02/08/2017

**Dunn County 3085844**

**Instrument #** 3085844     **Recording Date:** Mon Jun 18 11:49:00 CDT 2018     Preview Image    ☐ Purchase

**Grantor:** BAKKEN PRODUCTION, INC.

**Grantee:** BAKKEN PRODUCTION, INC, HAMMER HOLDINGS, INC, KRP PRODUCTION INC

**Legal:** , ...Section: 11 Township: 146 Range: 93, Quarter: NW Section: 11 Township: 146 Range: 93, Quarter: SW Section: 11 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 11 Township: 146 Range: 93, Sixteenth: NE Quarter: NW Section: 11 Township: 146 Range: 93, ...

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 06/12/2018

**Dunn County 3085809**

**Instrument #** 3085809     **Recording Date:** Tue Jun 12 13:33:00 CDT 2018     Preview Image    ☐ Purchase

**Grantor:** GREAT NORTHERN ENERGY, INC.

**Grantee:** BAKKEN PRODUCTION, INC.

Return to Search Results

**You searched for:** exact search in GranteeID for basin electric cooperative and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

25 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Adams County 110207** | **Instrument #** 110207 | **Recording Date:** Wed Aug 17 16:11:00 CDT 1994 | | Preview Image ☐ Purchase |
| | **Grantor:** The First National Bank of Chicago | **Grantee:** Basin Electric Cooperative | | |
| | **Legal:** | **Document Type: CERTIFICATE OF SATISFACTION** **Document Date:** | | |
| **Oliver County 89681** | **Instrument #** 89681   **B:** KK **P:** 271 | **Recording Date:** Thu Apr 30 14:46:00 CDT 2015 | | Preview Image ☐ Purchase |
| | **Grantor:** PERSCHKE, KATHERINE, ETAL | **Grantee:** BASIN ELECTRIC COOPERATIVE | | |
| | **Legal:** Quarter: NE Section: 08 Township: 143 Range: 84, Sixteenth: NW Quarter: NE Section: 08 Township: 143 Range: 84, Sixteenth: NE Quarter: NE Section: 08 Township: 143 Range: 84, Sixteenth: SW Quarter: NE Section: 08 Township: 143 Range: 84, Sixteenth: SE Quarter: NE Section: 08 Township: 143 Range: 84 | **Document Type: EASEMENT** **Document Date:** 04/10/2015 | | |
| **Bowman County 166500** | **Instrument #** 166500 | **Recording Date:** Fri Jun 20 14:49:00 CDT 2008 | | Preview Image ☐ Purchase |
| | **Grantor:** BOWMAN, BRUCE T., ET UX, BOWMAN, TERESA, ET VIR | **Grantee:** BASIN ELECTRIC COOPERATIVE | | |
| | **Legal:** , ...Quarter: SE Section: 02 Township: 131 Range: 104, Sixteenth: NW Quarter: SE Section: 02 Township: 131 Range: 104, Sixteenth: NE Quarter: SE Section: 02 Township: 131 Range: 104, Sixteenth: SW Quarter: SE Section: 02 Township: 131 Range: 104, Sixteenth: SE Quarter: SE Section: 02 Township: 131 Range: 104, ... | **Document Type: AMENDMENT TO EASEMENT** **Document Date:** 06/17/2008 | | |
| **Bowman County 166498** | **Instrument #** 166498 | **Recording Date:** Fri Jun 20 14:43:00 CDT 2008 | | Preview Image ☐ Purchase |
| | **Grantor:** BOWMAN,C. BERK | **Grantee:** BASIN ELECTRIC COOPERATIVE | | |
| | **Legal:** , ...Quarter: NE Section: 11 Township: 131 Range: 104, Quarter: SE Section: 11 Township: 131 Range: 104, Sixteenth: NW Quarter: NE Section: 11 Township: 131 Range: 104, Sixteenth: NE Quarter: NE Section: 11 Township: 131 Range: 104, Sixteenth: SW Quarter: NE | **Document Type: TRANSMISSION LINE EASEMENT** **Document Date:** 06/11/2008 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for basin electric power cooperative and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,351 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

---

**Dickey County 156436**

**Instrument #** 156436      **Recording Date:** Thu Feb 24 11:15:00 CST 1994      Preview Image      ☐ Purchase

**Grantor:** ST PAUL BANK FOR COOPERATIVES, ST PAUL BANK FOR COOPERATIVES, ST PAUL BANK FOR COOPERATIVES, ST PAUL BANK FOR COOPERATIVES, ST PAUL BANK FOR COOPERATIVES, ST PAUL BANK FOR COOPERATIVES

**Grantee:** BASIN ELECTRIC POWER COOPERATIVE, BASIN ELECTRIC POWER COOPERATIVE, BASIN ELECTRIC POWER COOPERATIVE, BASIN ELECTRIC POWER COOPERATIVE, BASIN ELECTRIC POWER COOPERATIVE, BASIN ELECTRIC POWER COOPERATIVE

**Legal:**

**Document Type: SATISFACTION OF INDENTURE**
**Document Date:** 06/01/1993

---

**Slope County 090454**

**Instrument #** 090454      **Recording Date:** Tue Feb 05 14:50:00 CST 2008      Preview Image      ☐ Purchase

**Grantor:** ROLLER, KATHLEEN, WALSH, KATHLEEN

**Grantee:** BASIN ELECTRIC POWER COOPERATIVE

**Legal:** , ...Quarter: NW Section: 05 Township: 135 Range: 098, Quarter: SW Section: 05 Township: 135 Range: 098, Sixteenth: NW Quarter: NW Section: 05 Township: 135 Range: 098, Sixteenth: NE Quarter: NW Section: 05 Township: 135 Range: 098, Sixteenth: SW Quarter: NW Section: 05 Township: 135 Range: 098, ...

**Document Type: EASEMENT**
**Document Date:** 01/22/2008

---

**Slope County 090495**

**Instrument #** 090495      **Recording Date:** Tue Feb 26 16:10:00 CST 2008      Preview Image      ☐ Purchase

**Grantor:** OLSON, DENNIS, ET AL, OLSON, MYRON, ET AL

**Grantee:** BASIN ELECTRIC POWER COOPERATIVE

**Legal:** , ...Quarter: NW Section: 15 Township: 133 Range: 100, Quarter: NE Section: 15 Township: 133 Range: 100, Quarter: SW Section: 15 Township: 133 Range: 100, Quarter: SE Section: 15 Township: 133 Range: 100, Sixteenth: NW Quarter: NW Section: 15 Township: 133 Range: 100, ...

**Document Type: EASEMENT**
**Document Date:** 02/12/2008

---

**Slope County 090498**

**Instrument #** 090498      **Recording Date:** Thu Feb 28 10:00:00 CST 2008      Preview Image      ☐ Purchase

**Grantor:** NARUM, WAYNE

**Grantee:** BASIN ELECTRIC POWER COOPERATIVE

**Legal:** , ...Quarter: NE Section: 21 Township: 133 Range: 100, Quarter: SE Section: 21 Township: 133 Range: 100,

**Document Type: EASEMENT**
**Document Date:** 05/26/2008

Return to Search Results

**You searched for:** exact search in GranteeID for BENYNN PARTNERSHIP LLLP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

4 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Dunn County 3097030**

**Instrument #** 3097030    **Recording Date:** Tue Jun 14 09:26:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** BENNETT CREEK MINERALS LLC

**Grantee:** BENNETT CREEK MINERALS LLC, BENYNN PARTNERSHIP LLLP, EVOLUTION ENERGY LLC

**Legal:** , ...Quarter: NW Section: 26 Township: 145 Range: 94, Quarter: NE Section: 26 Township: 145 Range: 94, Quarter: SW Section: 26 Township: 145 Range: 94, Quarter: SE Section: 26 Township: 145 Range: 94, Sixteenth: NW Quarter: NW Section: 26 Township: 145 Range: 94, ...

**Document Type: MINERAL DEED**
**Document Date:**

---

**Burke County 277376**

**Instrument #** 277376    **Recording Date:** Mon Apr 10 11:36:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** JOHNSON, GARY, TRUSTEE, JOHNSON, LENAE, TRUSTEE, RE: GARY JOHNSON AND LENAE JOHNSON FAMIL

**Grantee:** BENYNN PARTNERSHIP, LLLP

**Legal:** , ...Quarter: SE Section: 27 Township: 159 Range: 93, Sixteenth: SE Quarter: SE Section: 27 Township: 159 Range: 93, Quarter: SW Section: 28 Township: 159 Range: 93, Quarter: SE Section: 28 Township: 159 Range: 93, Sixteenth: NE Quarter: SW Section: 28 Township: 159 Range: 93, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 02/18/2023

---

**Burke County 280192**

**Instrument #** 280192    **Recording Date:** Thu May 23 09:33:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** SIMONSON, ROBERT D., SIMONSON, SHIRLEY

**Grantee:** BENYNN PARTNERSHIP, LLLP

**Legal:** , ...Quarter: NE Section: 13 Township: 161 Range: 94, Quarter: SE Section: 13 Township: 161 Range: 94, Sixteenth: SE Quarter: NE Section: 13 Township: 161 Range: 94, Sixteenth: NE Quarter: SE Section: 13 Township: 161 Range: 94, Sixteenth: SW Quarter: SE Section: 13 Township: 161 Range: 94, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/09/2024

---

**Burke County 280191**

**Instrument #** 280191    **Recording Date:** Thu May 23 09:33:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** SIMONSON, WILLIAM J., ROGLER, LYNN

**Grantee:** BENYNN PARTNERSHIP, LLLP

Return to Search Results

**You searched for:** exact search in GranteeID for BIEL LIVING TRUST and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | |
|---|---|---|---|---|
| **Divide County 300881** | **Instrument #** 300881 | **Recording Date:** Fri Jul 30 13:05:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** Biel, Thomas L., Biel, Robin E. | **Grantee:** Biel Living Trust | | |
| | **Legal:** , ...Quarter: NW Section: 01 Township: 162 Range: 095, Quarter: SW Section: 01 Township: 162 Range: 095, Sixteenth: NW Quarter: NW Section: 01 Township: 162 Range: 095, Sixteenth: SW Quarter: NW Section: 01 Township: 162 Range: 095, Sixteenth: NW Quarter: SW Section: 01 Township: 162 Range: 095, ... | **Document Type: WARRANTY DEED** **Document Date:** 06/17/2021 | | |
| **Divide County 300880** | **Instrument #** 300880 | **Recording Date:** Fri Jul 30 13:05:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** Knudson Living Trust | **Grantee:** Biel Living Trust | | |
| | **Legal:** , ...Quarter: NW Section: 01 Township: 162 Range: 095, Quarter: SW Section: 01 Township: 162 Range: 095, Sixteenth: NW Quarter: NW Section: 01 Township: 162 Range: 095, Sixteenth: SW Quarter: NW Section: 01 Township: 162 Range: 095, Sixteenth: NW Quarter: SW Section: 01 Township: 162 Range: 095, ... | **Document Type: WARRANTY DEED** **Document Date:** 06/21/2021 | | |

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for BIG GAME INVESTMENTS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

6 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Divide County 302886** | **Instrument #** 302886 | **Recording Date:** Mon Aug 29 14:15:00 CDT 2022 | Preview Image ☐ Purchase |
| | **Grantor:** Aafedt, Eric J. | **Grantee:** Big Game Investments, LLC | |
| | **Legal:** Quarter: NW Section: 12 Township: 160 Range: 097, Sixteenth: NW Quarter: NW Section: 12 Township: 160 Range: 097, Sixteenth: SW Quarter: NW Section: 12 Township: 160 Range: 097, Sixteenth: SE Quarter: NW Section: 12 Township: 160 Range: 097 | **Document Type: ASSIGNMENT OF OIL AND GAS LEASE** **Document Date:** 08/24/2022 | |
| **Divide County 304207** | **Instrument #** 304207 | **Recording Date:** Mon May 08 13:25:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** Kasmer & Aafedt Oil, Inc. | **Grantee:** Big Game Investments, LLC | |
| | **Legal:** , ...Quarter: NE Section: 05 Township: 160 Range: 102, Quarter: SW Section: 05 Township: 160 Range: 102, Sixteenth: NW Quarter: NE Section: 05 Township: 160 Range: 102, Sixteenth: NE Quarter: NE Section: 05 Township: 160 Range: 102, Sixteenth: SW Quarter: NE Section: 05 Township: 160 Range: 102, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 04/27/2023 | |
| **Divide County 305928** | **Instrument #** 305928 | **Recording Date:** Tue Jan 16 11:55:00 CST 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Aafedt Family Mineral Trust | **Grantee:** Big Game Investments, LLC | |
| | **Legal:** , ...Quarter: SW Section: 23 Township: 160 Range: 102, Quarter: SE Section: 23 Township: 160 Range: 102, Sixteenth: NW Quarter: SW Section: 23 Township: 160 Range: 102, Sixteenth: NE Quarter: SW Section: 23 Township: 160 Range: 102, Sixteenth: NW Quarter: SE Section: 23 Township: 160 Range: 102, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 01/08/2024 | |
| **Divide County 307340** | **Instrument #** 307340 | **Recording Date:** Thu Jun 20 13:30:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Kasmer & Aafedt Oil, Inc. | **Grantee:** Big Game Investments, LLC | |
| | **Legal:** , ...Quarter: NW Section: 35 Township: 160 Range: 103, Quarter: NE Section: 35 Township: 160 Range: 103, Quarter: SW Section: 35 Township: 160 Range: 103, Quarter: SE Section: 35 Township: 160 Range: 103, Sixteenth: SE | **Document Type: OIL AND GAS LEASE** **Document Date:** 06/10/2024 | |

Return to Search Results

**You searched for:** exact search in GranteeID for BRENNAND ENERGY LTD and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

56 items found, displaying all items.**1**

Description   Summary

| | | |
|---|---|---|
| **Adams County 117127** | **Instrument #** 117127   **Recording Date:** Tue Apr 15 10:36:00 CDT 2003 | Preview Image   ☐ Purchase |
| | **Grantor:** Brennand, R. S., Jr. Testamentary Trust, George, Allison B., Watson, Ann B. | **Grantee:** Brennan Energy, Ltd., Brennand Energy, Ltd., Brennand Energy, Ltd. |
| | **Legal:** , ...Sixteenth: NW Quarter: NW Section: 17 Township: 129 Range: 94, Sixteenth: NE Quarter: NW Section: 17 Township: 129 Range: 94, Sixteenth: SW Quarter: NW Section: 17 Township: 129 Range: 94, Sixteenth: SE Quarter: NW Section: 17 Township: 129 Range: 94, Sixteenth: NW Quarter: SW Section: 17 Township: 129 Range: 94, ... | **Document Type: NOTICE Document Date:** 03/20/2003 |

| | | |
|---|---|---|
| **Sioux County 42557** | **Instrument #** 42557   **B: DEED P: 5**   **Recording Date:** Tue Nov 26 10:02:00 CST 2013 | Preview Image   ☐ Purchase |
| | **Grantor:** BRENNAND, R.S. JR. ESTATE | **Grantee:** BRENNAND ENERGY, LTD |
| | **Legal:** , ...Sixteenth: NW Quarter: NE Section: 1 Township: 131 Range: 81, Sixteenth: NE Quarter: NE Section: 1 Township: 131 Range: 81, Sixteenth: SW Quarter: NE Section: 1 Township: 131 Range: 81, Sixteenth: SE Quarter: NE Section: 1 Township: 131 Range: 81, Sixteenth: NW Quarter: SE Section: 1 Township: 131 Range: 81, ... | **Document Type: PR MINERAL DEED Document Date:** 11/26/2013 |

| | | |
|---|---|---|
| **Grant County 137980** | **Instrument #** 137980   **Recording Date:** Fri Nov 22 10:45:00 CST 2013 | Preview Image   ☐ Purchase |
| | **Grantor:** DAWON GEORGE III | **Grantee:** BRENNAND ENERGY LTD |
| | **Legal:** , ...Quarter: NW Section: 02 Township: 133 Range: 83, Quarter: NE Section: 02 Township: 133 Range: 83, Quarter: SW Section: 02 Township: 133 Range: 83, Quarter: SE Section: 02 Township: 133 Range: 83, Sixteenth: NW Quarter: NW Section: 02 Township: 133 Range: 83, ... | **Document Type: PERSONAL REPRESENTATIVES MINERAL DEED Document Date:** 11/13/2013 |

| | | |
|---|---|---|
| **Grant County 128115** | **Instrument #** 128115   **Recording Date:** Mon Apr 07 09:02:00 CDT 2003 | Preview Image   ☐ Purchase |
| | **Grantor:** DAWSON O. GEORGE III, TRUSTEE OF THE R., ALLISON B. GEORGE, ANN B. WATSON | **Grantee:** BRENNAND ENERGY, LTD |
| | **Legal:** | **Document Type: NOTICE Document Date:** 09/20/1966 |

Return to Search Results

**You searched for:** exact search in GranteeID for BRIDGER PIPELINE LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

270 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3 [Next/Last]

| Description | Summary |
| --- | --- |

**Dunn County 3088439**

**Instrument #** 3088439    **Recording Date:** Fri May 03 14:15:00 CDT 2019    Preview Image    ☐ Purchase

**Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA, BRIDGER PIPELINE LLC

**Grantee:** BRIDGER PIPELINE LLC, STATE OF NORTH DAKOTA - LESSOR, BOARD OF UNIVERSITY AND SCHOOL LANDS - L, COMMISSIONER OF UNIVERSITY AND SCHOOL LA, BRIDGER PIPELINE LLC. - LESSEE

**Legal:** , ...Quarter: NE Section: 36 Township: 147 Range: 96, Sixteenth: NW Quarter: NE Section: 36 Township: 147 Range: 96, Sixteenth: NE Quarter: NE Section: 36 Township: 147 Range: 96, Sixteenth: SW Quarter: NE Section: 36 Township: 147 Range: 96, Sixteenth: SE Quarter: NE Section: 36 Township: 147 Range: 96, ...

**Document Type: AMENDMENT Document Date:** 12/03/2018

---

**Golden Valley County 22109661**

**Instrument #** 22109661    **Recording Date:** Thu Feb 03 13:18:00 CST 2022    Preview Image    ☐ Purchase

**Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS

**Grantee:** BRIDGER PIPELINE LLC

**Legal:** , ...Quarter: NW Section: 16 Township: 144 Range: 105, Quarter: NE Section: 16 Township: 144 Range: 105, Quarter: SW Section: 16 Township: 144 Range: 105, Sixteenth: NW Quarter: NW Section: 16 Township: 144 Range: 105, Sixteenth: NE Quarter: NW Section: 16 Township: 144 Range: 105, ...

**Document Type: EASEMENTS Document Date:** 01/13/2022

---

**Golden Valley County 21109013**

**Instrument #** 21109013    **Recording Date:** Thu Mar 25 13:24:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** RENNER AL, AL RENNER REVOCABLE TRUST

**Grantee:** BRIDGER PIPELINE LLC

**Legal:** , ...Quarter: NW Section: 17 Township: 144 Range: 105, Quarter: NE Section: 17 Township: 144 Range: 105, Quarter: SW Section: 17 Township: 144 Range: 105, Quarter: SE Section: 17 Township: 144 Range: 105, Sixteenth: NW Quarter: NW Section: 17 Township: 144 Range: 105, ...

**Document Type: EASEMENTS Document Date:** 10/08/2019

---

**Golden Valley County 23110341**

**Instrument #** 23110341    **Recording Date:** Mon May 08 14:48:00 CDT 2023    Preview Image    ☐ Purchase

Return to Search Results

**You searched for:** exact search in GranteeID for BURLINGTON RESOURCES OIL & GAS COMPANY LP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

7 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Stark County 3137509** | **Instrument #** 3137509 | **Recording Date:** Tue Jan 10 08:33:16 CST 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** NEW EMERALD ENERGY LLC, NEW EMERALD ENERGY HOLDINGS LLC, COCHRAN JOHN S, EMERALD OIL INC | **Grantee:** BURLINGTON RESOURCES OIL & GAS COMPANY LP | | |
| | **Legal:** , ...Quarter: NE Section: 9 Township: 139 Range: 97, Quarter: NW Section: 9 Township: 139 Range: 97, Quarter: SE Section: 9 Township: 139 Range: 97, Quarter: SW Section: 9 Township: 139 Range: 97, Quarter: NE Section: 35 Township: 140 Range: 98, ... | **Document Type: Partial Release Document Date:** 12/01/2016 | | |
| **Stark County 3138652** | **Instrument #** 3138652 | **Recording Date:** Mon Mar 20 10:05:43 CDT 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** KOCH EXPLORATION COMPANY LLC, ROARK CLAYTON R | **Grantee:** BURLINGTON RESOURCES OIL & GAS COMPANY LP, EMERALD OIL INC | | |
| | **Legal:** , ...Quarter: NE Section: 9 Township: 139 Range: 97, Quarter: NW Section: 9 Township: 139 Range: 97, Quarter: SE Section: 9 Township: 139 Range: 97, Quarter: SW Section: 9 Township: 139 Range: 97, Quarter: NE Section: 35 Township: 140 Range: 98, ... | **Document Type: Partial Release Document Date:** 03/03/2017 | | |
| **Stark County 3169964** | **Instrument #** 3169964 | **Recording Date:** Mon Dec 20 16:37:26 CST 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** BURLINGTON RESOURCES OIL & GAS COMPANY LP, BURLINGTON RESOURCES OIL AND GAS COMPANY LP, BROG GP LLC, BARBER GWEN K | **Grantee:** BURLINGTON RESOURCES OIL & GAS COMPANY LP, BURLINGTON RESOURCES OIL AND GAS COMPANY LP, BROG GP LLC, BARBER GWEN K | | |
| | **Legal:** Lot 1, Lot 2, , , ...Quarter: SE Section: 9 Township: 137 Range: 91, Section: 3 Township: 137 Range: 92, Section: 3 Township: 137 Range: 92, Sixteenth: S2 Quarter: NE Section: 3 Township: 137 Range: 92, Quarter: SE Section: 3 Township: 137 Range: 92, ... | **Document Type: NOTICE Document Date:** 11/15/2021 | | |
| **Stark County 3177510** | **Instrument #** 3177510 | **Recording Date:** Fri May 19 11:24:20 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** BURLINGTON RESOURCES OIL & GAS COMPANY LP, BURLINGTON RESOURCES OIL AND GAS COMPANY LP, BROG GP LLC, BARBER GWEN K | **Grantee:** BURLINGTON RESOURCES OIL & GAS COMPANY LP, BURLINGTON RESOURCES OIL AND GAS COMPANY LP, BROG GP LLC | | |

Return to Search Results

**You searched for:** exact search in GranteeID for CAST ROYALTY GROUP LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

40 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Divide County 305209** | **Instrument #** 305209 | **Recording Date:** Fri Oct 06 08:00:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** Pilot Energy Group, LLC | **Grantee:** Cast Royalty Group, LLC | |
| | **Legal:** Quarter: NW Section: 05 Township: 163 Range: 101, Sixteenth: SW Quarter: NW Section: 05 Township: 163 Range: 101, Sixteenth: SE Quarter: NW Section: 05 Township: 163 Range: 101 | **Document Type:** ASSIGNMENT OF ORRI **Document Date:** 10/03/2023 | |
| **Divide County 305210** | **Instrument #** 305210 | **Recording Date:** Fri Oct 06 08:00:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** Pilot Energy Group, LLC | **Grantee:** Cast Royalty Group, LLC | |
| | **Legal:** , ...Quarter: NW Section: 05 Township: 163 Range: 101, Sixteenth: SW Quarter: NW Section: 05 Township: 163 Range: 101, Sixteenth: SE Quarter: NW Section: 05 Township: 163 Range: 101, Quarter: NW Section: 26 Township: 160 Range: 101, Quarter: NE Section: 26 Township: 160 Range: 101, ... | **Document Type:** ASSIGNMENT OF OIL AND GAS LEASE **Document Date:** 10/03/2023 | |
| **Divide County 300416** | **Instrument #** 300416 | **Recording Date:** Wed Apr 14 11:35:00 CDT 2021 | Preview Image ☐ Purchase |
| | **Grantor:** Pilot Energy Group, LLC | **Grantee:** Cast Royalty Group, LLC | |
| | **Legal:** Quarter: NW Section: 08 Township: 163 Range: 101, Sixteenth: NW Quarter: NW Section: 08 Township: 163 Range: 101, Sixteenth: NE Quarter: NW Section: 08 Township: 163 Range: 101, Sixteenth: SW Quarter: NW Section: 08 Township: 163 Range: 101, Sixteenth: SE Quarter: NW Section: 08 Township: 163 Range: 101 | **Document Type:** ASSIGNMENT OF ORRI **Document Date:** 04/12/2021 | |
| **Divide County 275228** | **Instrument #** 275228   **B:** ASGN **P:** 634 CST 2013 | **Recording Date:** Mon Dec 16 09:00:00 CST 2013 | Preview Image ☐ Purchase |
| | **Grantor:** Pilot Energy Group, LLC | **Grantee:** Cast Royalty Group, LLC | |
| | **Legal:** Quarter: NW Section: 19 Township: 161 Range: 099, Sixteenth: NW Quarter: NW Section: 19 Township: 161 Range: 099, Sixteenth: NE Quarter: NW Section: 19 Township: 161 Range: 099, Sixteenth: SW Quarter: NW Section: 19 Township: 161 Range: 099, Sixteenth: | **Document Type:** ASSIGNMENT OF ORRI **Document Date:** 12/13/2013 | |

Return to Search Results

**You searched for:** exact search in GranteeID for CELSIUS ENERGY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

91 items found, displaying all items.**1**

Description   Summary

| | | | | |
|---|---|---|---|---|
| **Divide County 252639** | **Instrument #** 252639   B: 295M P: 403 2010 | **Recording Date:** Fri Sep 24 13:10:00 CDT 2010 | Preview Image | ☐ Purchase |
| | **Grantor:** Schiei, Donna A. | **Grantee:** Celsius Energy, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 29 Township: 162 Range: 095, Quarter: SE Section: 29 Township: 162 Range: 095, Sixteenth: NE Quarter: SW Section: 29 Township: 162 Range: 095, Sixteenth: NW Quarter: SE Section: 29 Township: 162 Range: 095, Sixteenth: NE Quarter: SE Section: 29 Township: 162 Range: 095, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 09/13/2010 | | |
| **Divide County 252638** | **Instrument #** 252638   B: 295M P: 400 2010 | **Recording Date:** Fri Sep 24 13:10:00 CDT 2010 | Preview Image | ☐ Purchase |
| | **Grantor:** Raether, Loris Lou | **Grantee:** Celsius Energy, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 29 Township: 162 Range: 095, Quarter: SE Section: 29 Township: 162 Range: 095, Sixteenth: NE Quarter: SW Section: 29 Township: 162 Range: 095, Sixteenth: NW Quarter: SE Section: 29 Township: 162 Range: 095, Sixteenth: NE Quarter: SE Section: 29 Township: 162 Range: 095, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 09/13/2010 | | |
| **Divide County 253887** | **Instrument #** 253887   B: 299M P: 281 2010 | **Recording Date:** Mon Nov 29 13:10:00 CST 2010 | Preview Image | ☐ Purchase |
| | **Grantor:** Gibeault, Margaret A. | **Grantee:** Celsius Energy LLC | | |
| | **Legal:** , ...Quarter: SW Section: 29 Township: 162 Range: 095, Quarter: SE Section: 29 Township: 162 Range: 095, Sixteenth: NE Quarter: SW Section: 29 Township: 162 Range: 095, Sixteenth: NW Quarter: SE Section: 29 Township: 162 Range: 095, Sixteenth: NE Quarter: SE Section: 29 Township: 162 Range: 095, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 09/13/2010 | | |
| **Divide County 261981** | **Instrument #** 261981   B: 325M P: 389 2012 | **Recording Date:** Thu Jan 19 13:25:00 CST 2012 | Preview Image | ☐ Purchase |
| | **Grantor:** M & M Energy, Inc. | **Grantee:** Celsius Energy, LLC | | |
| | **Legal:** Quarter: NE Section: 26 Township: 162 Range: 099, Sixteenth: SW Quarter: NE Section: 26 Township: 162 Range: 099, | **Document Type: OIL AND GAS LEASE** **Document Date:** 01/13/2012 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for CHALLENGER POINT ENERGY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

23 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Burke County 264787** | **Instrument #** 264787 | **Recording Date:** Tue Nov 07 13:50:00 CST 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** CORNERSTONE NATURAL RESOURCES, LLC | **Grantee:** CHALLENGER POINT ENERGY, LLC | | |
| | **Legal:** , ...Quarter: SE Section: 04 Township: 163 Range: 90, Sixteenth: SE Quarter: SE Section: 04 Township: 163 Range: 90, Quarter: NW Section: 25 Township: 163 Range: 91, Quarter: NE Section: 25 Township: 163 Range: 91, Quarter: SW Section: 25 Township: 163 Range: 91, ... | **Document Type:** ASSIGNMENT & BILL OF SALE OF OIL & GAS L **Document Date:** 11/01/2017 | | |
| **Burke County 265208** | **Instrument #** 265208 | **Recording Date:** Wed Jan 10 12:12:00 CST 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** CORNERSTONE NATURAL RESOURCES, LLC | **Grantee:** CHALLENGER POINT ENERGY, LLC. | | |
| | **Legal:** , ...Quarter: SE Section: 04 Township: 163 Range: 90, Sixteenth: SE Quarter: SE Section: 04 Township: 163 Range: 90, Quarter: NW Section: 08 Township: 163 Range: 90, Quarter: NE Section: 08 Township: 163 Range: 90, Quarter: SW Section: 08 Township: 163 Range: 90, ... | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 01/09/2018 | | |
| **Burke County 265209** | **Instrument #** 265209 | **Recording Date:** Wed Jan 10 12:12:00 CST 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** CORNERSTONE NATURAL RESOURCES, LLC | **Grantee:** CHALLENGER POINT ENERGY, LLC. | | |
| | **Legal:** , ...Quarter: SE Section: 04 Township: 163 Range: 90, Sixteenth: SE Quarter: SE Section: 04 Township: 163 Range: 90, Quarter: NW Section: 26 Township: 163 Range: 90, Quarter: NE Section: 26 Township: 163 Range: 90, Quarter: SW Section: 26 Township: 163 Range: 90, ... | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 01/09/2018 | | |
| **Burke County 266659** | **Instrument #** 266659 | **Recording Date:** Wed Jun 27 15:37:00 CDT 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** EAGLE OPERATING, INC. | **Grantee:** CHALLENGER POINT ENERGY, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 13 Township: 162 Range: 90, Sixteenth: NW Quarter: NE Section: 13 Township: 162 Range: 90, Sixteenth: NE Quarter: NE | **Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY **Document Date:** 06/21/2018 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for CIELO RESOURCES COMPANY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

4 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 298330** | **Instrument #** 298330 | **Recording Date:** Tue Dec 31 12:57:00 CST 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** LEH Whiskey Gulch, LLC | **Grantee:** Cielo Resources Company LLC | | |
| | **Legal:** , ...Quarter: NE Section: 33 Township: 162 Range: 095, Quarter: SW Section: 33 Township: 162 Range: 095, Quarter: SE Section: 33 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 33 Township: 162 Range: 095, ... | **Document Type: ASSIGNMENT OF OIL AND GAS LEASE** **Document Date:** 12/21/2019 | | |
| **Burke County 272587** | **Instrument #** 272587 | **Recording Date:** Wed Jul 22 12:45:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** LEH WHISKEY GULCH, LLC | **Grantee:** CIELO RESOURCES COMPANY LLC | | |
| | **Legal:** , ...Quarter: NW Section: 28 Township: 161 Range: 93, Quarter: SW Section: 28 Township: 161 Range: 93, Sixteenth: SW Quarter: NW Section: 28 Township: 161 Range: 93, Sixteenth: NW Quarter: SW Section: 28 Township: 161 Range: 93, Quarter: SW Section: 29 Township: 161 Range: 93, ... | **Document Type: ASSIGNMENT OF OIL & GAS LEASE** **Document Date:** 07/21/2020 | | |
| **Dunn County 3090894** | **Instrument #** 3090894 | **Recording Date:** Fri Feb 21 16:12:00 CST 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** LEH BUCKSKIN LLC | **Grantee:** CIELO RESOURCES COMPANY LLC | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 30 Township: 143 Range: 94, Sixteenth: NW Quarter: NW Section: 30 Township: 143 Range: 94, Quarter: NW Section: 30 Township: 143 Range: 94, Sixteenth: SW Quarter: NW Section: 30 Township: 143 Range: 94, Quarter: NW Section: 30 Township: 143 Range: 94, ... | **Document Type: ASSIGNMENT OIL & GAS LEASE** **Document Date:** 12/23/2019 | | |
| **Burke County 271879** | **Instrument #** 271879 | **Recording Date:** Fri Feb 21 13:46:00 CST 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** LEH WHISKEY GULCH, LLC | **Grantee:** CIELO RESOURCES COMPANY LLC | | |
| | **Legal:** , ...Quarter: NW Section: 28 Township: 161 Range: 93, Quarter: SW Section: 28 Township: 161 Range: 93, Sixteenth: SW Quarter: NW Section: 28 | **Document Type: ASSIGNMENT OF OIL & GAS LEASE** **Document Date:** 12/21/2019 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for CODY EXPLORATION LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

328 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4 [Next/Last]

| Description | Summary |
| --- | --- |

**Slope County 097843**

**Instrument #** 097843          **Recording Date:** Wed Oct 08 13:00:00 CDT 2014          Preview Image          ☐ Purchase

**Grantor:** CODY EXPLORATION LLC

**Grantee:** MBI OIL & GAS LLC, ET AL, STEWART GEOLOGICAL INC, ET AL, CODY EXPLORATION LLC, ET AL, MISSOURI RIVER ROYALTY CORP, ET AL, J P FURLONG CO, ET AL

**Legal:** , ...Quarter: NE Section: 23 Township: 136 Range: 099, Quarter: SE Section: 23 Township: 136 Range: 099, Sixteenth: NW Quarter: NE Section: 23 Township: 136 Range: 099, Sixteenth: NE Quarter: NE Section: 23 Township: 136 Range: 099, Sixteenth: SW Quarter: NE Section: 23 Township: 136 Range: 099, ...

**Document Type:** ASSIGNMENT OF OIL & GAS LEASES
**Document Date:** 09/24/2014

---

**Slope County 097228**

**Instrument #** 097228          **Recording Date:** Fri Mar 14 13:05:00 CDT 2014          Preview Image          ☐ Purchase

**Grantor:** CODY OIL & GAS CORPORATION

**Grantee:** CODY EXPLORATION LLC

**Legal:** , ...Quarter: NE Section: 23 Township: 136 Range: 099, Quarter: SE Section: 23 Township: 136 Range: 099, Sixteenth: NW Quarter: NE Section: 23 Township: 136 Range: 099, Sixteenth: NE Quarter: NE Section: 23 Township: 136 Range: 099, Sixteenth: SW Quarter: NE Section: 23 Township: 136 Range: 099, ...

**Document Type:** ASSIGNMENT OF OIL & GAS LEASES
**Document Date:** 12/31/2013

---

**Slope County 097019**

**Instrument #** 097019          **Recording Date:** Thu Jan 16 11:50:00 CST 2014          Preview Image          ☐ Purchase

**Grantor:** CODY OIL & GAS CORPORATION

**Grantee:** CODY EXPLORATION LLC

**Legal:** , ...Quarter: SW Section: 03 Township: 134 Range: 099, Quarter: SE Section: 03 Township: 134 Range: 099, Sixteenth: NW Quarter: SW Section: 03 Township: 134 Range: 099, Sixteenth: NE Quarter: SW Section: 03 Township: 134 Range: 099, Sixteenth: NW Quarter: SE Section: 03 Township: 134 Range: 099, ...

**Document Type:** ASSIGNMENT OF OIL & GAS LEASES
**Document Date:** 12/23/2013

---

**Slope County 097723**

**Instrument #** 097723          **Recording Date:** Tue Jul 29 11:30:00 CDT 2014          Preview Image          ☐ Purchase

**Grantor:** YOUNGBLOOD LTD

**Grantee:** CODY EXPLORATION LLC

**Legal:** , ...Quarter: NW Section: 19 Township: 136 Range: 099, Quarter: NE

**Document Type:** OIL AND GAS LEASE
**Document Date:** 06/19/2014

Return to Search Results

**You searched for:** exact search in GranteeID for CORNERSTONE NATURAL RESOURCES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

3,060 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
|---|---|

**Burke County 251730**

**Instrument #** 251730     **Recording Date:** Wed May 21 13:36:00 CDT 2014     Preview Image     ☐ Purchase

**Grantor:** TVEIT, THOMAS L., ET UX, TVIET, MARY

**Grantee:** CORNERSTONE NATURAL RESOURCES, LLC, CORNERSTONE NATURAL RESOURCES, LLC

**Legal:** Lot 1, Lot 1, Lot 1, Lot 2, Lot 2, ...Quarter: NE Section: 01 Township: 163 Range: 90, Sixteenth: SW Quarter: NE Section: 01 Township: 163 Range: 90, Sixteenth: SE Quarter: NE Section: 01 Township: 163 Range: 90, Quarter: NE Section: 01 Township: 163 Range: 90, Sixteenth: SW Quarter: NE Section: 01 Township: 163 Range: 90, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/02/2014

---

**Burke County 251729**

**Instrument #** 251729     **Recording Date:** Wed May 21 13:36:00 CDT 2014     Preview Image     ☐ Purchase

**Grantor:** WPCHRIST, LLC., BY: CHRISTENSEN, WAYNE

**Grantee:** CORNERSTONE NATURAL RESOURCES, LLC, CORNERSTONE NATURAL RESOURCES, LLC

**Legal:** Lot 6, Lot 7, Lot 1, Lot 2Section: 06 Township: 162 Range: 90, Section: 06 Township: 162 Range: 90, Section: 07 Township: 162 Range: 90, Section: 07 Township: 162 Range: 90

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/07/2014

---

**Renville County 192467**

**Instrument #** 192467     **B:** 305MI **P:** 7     **Recording Date:** Mon Mar 21 10:29:00 CDT 2011     Preview Image     ☐ Purchase

**Grantor:** BLANCHARD CERISE

**Grantee:** CORNERSTONE NATURAL RESOURCES LLC

**Legal:** Quarter: SW Section: 24 Township: 161 Range: 87, Sixteenth: NW Quarter: SW Section: 24 Township: 161 Range: 87, Sixteenth: NE Quarter: SW Section: 24 Township: 161 Range: 87, Sixteenth: SW Quarter: SW Section: 24 Township: 161 Range: 87, Sixteenth: SE Quarter: SW Section: 24 Township: 161 Range: 87

**Document Type: NOTICE**
**Document Date:** 03/14/2011

---

**Renville County 192466**

**Instrument #** 192466     **B:** 305MI **P:** 6     **Recording Date:** Mon Mar 21 10:28:00 CDT 2011     Preview Image     ☐ Purchase

**Grantor:** DELEGARD VIRGIL R

**Grantee:** CORNERSTONE NATURAL RESOURCES LLC

**Legal:** Quarter: SE Section: 25 Township: 161 Range: 87, Sixteenth: NW Quarter: SE

**Document Type: NOTICE**
**Document Date:** 03/14/2011

Return to Search Results

**You searched for:** exact search in GranteeID for DAKOTA ENERGY PARTNERS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

261 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3 [Next/Last]

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Divide County 306889** | **Instrument #** 306889 | **Recording Date:** Wed May 01 10:30:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Roebuck, Paul A., Roebuck, Joan | **Grantee:** Dakota Energy Partners, LLC | |
| | **Legal:** , ...Quarter: SE Section: 08 Township: 162 Range: 095, Sixteenth: NW Quarter: SE Section: 08 Township: 162 Range: 095, Sixteenth: NE Quarter: SE Section: 08 Township: 162 Range: 095, Sixteenth: SW Quarter: SE Section: 08 Township: 162 Range: 095, Sixteenth: SE Quarter: SE Section: 08 Township: 162 Range: 095, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/28/2024 | |
| **Divide County 306897** | **Instrument #** 306897 | **Recording Date:** Wed May 01 10:40:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Dotzenrod Trust, Kathleen L. | **Grantee:** Dakota Energy Partners, LLC | |
| | **Legal:** , ...Quarter: NW Section: 01 Township: 162 Range: 095, Quarter: NE Section: 01 Township: 162 Range: 095, Quarter: SE Section: 01 Township: 162 Range: 095, Sixteenth: NE Quarter: NW Section: 01 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 01 Township: 162 Range: 095, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/02/2024 | |
| **Divide County 306891** | **Instrument #** 306891 | **Recording Date:** Wed May 01 10:40:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Kimball, Ronald A. | **Grantee:** Dakota Energy Partners, LLC | |
| | **Legal:** , ...Quarter: NW Section: 01 Township: 162 Range: 095, Quarter: NE Section: 01 Township: 162 Range: 095, Quarter: SE Section: 01 Township: 162 Range: 095, Sixteenth: NE Quarter: NW Section: 01 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 01 Township: 162 Range: 095, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/28/2024 | |
| **Divide County 306915** | **Instrument #** 306915 | **Recording Date:** Wed May 01 10:55:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Bummer Living Trust | **Grantee:** Dakota Energy Partners, LLC | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 162 Range: 096, Sixteenth: NW Quarter: SW Section: 05 Township: 162 Range: 096, Sixteenth: NE Quarter: SW Section: 05 Township: 162 Range: 096, Sixteenth: SW Quarter: SW Section: | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/10/2024 | |

Return to Search Results

**You searched for:** exact search in GranteeID for DAVIS PARTNERS LTD and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

18 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 303504** | **Instrument #** 303504 | **Recording Date:** Wed Dec 28 13:05:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** Collins, Michael B. | **Grantee:** Davis Partners, Ltd | | |
| | **Legal:** , ...Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: NW Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: NE Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: SW Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: SE Quarter: SE Section: 04 Township: 160 Range: 102, ... | **Document Type: EXTENSION OF OIL AND GAS LEASE** **Document Date:** 11/10/2022 | | |
| **Divide County 302051** | **Instrument #** 302051 | **Recording Date:** Tue Apr 19 13:00:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** Collins, Michael B. | **Grantee:** Davis Partners, LTD. | | |
| | **Legal:** , ...Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: NW Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: NE Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: SW Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: SE Quarter: SE Section: 04 Township: 160 Range: 102, ... | **Document Type: MEMORANDUM OF OIL AND GAS LEASE** **Document Date:** 04/08/2022 | | |
| **Divide County 294281** | **Instrument #** 294281    **B:** SAT 3 **P:** 409 CDT 2018 | **Recording Date:** Thu Sep 13 10:05:00 CDT 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** Irongate Rental Services, LLC | **Grantee:** USG Properties Bakken I, LLC, Mountain Divide, LLC, Mountainview Energy LTD, American Eagle Energy Corporation, Davis Partners, LTD, LMC Energy, LLC, Clark, Reb, Rogers, David Y., Continental Resources, Inc., Twin City Technical, LLC, ... | | |
| | **Legal:** , ...Quarter: NW Section: 18 Township: 163 Range: 101, Quarter: NE Section: 18 Township: 163 Range: 101, Quarter: SW Section: 18 Township: 163 Range: 101, Quarter: SE Section: 18 Township: 163 Range: 101, Sixteenth: NW Quarter: NW Section: 18 Township: 163 Range: 101, ... | **Document Type: PARTIAL RELEASE/SATISFACTION (MINERALS)** **Document Date:** 07/19/2018 | | |
| **Divide County 305091** | **Instrument #** 305091 | **Recording Date:** Thu Sep 21 08:14:00 CDT 2023 | Preview Image | ☐ Purchase |

Return to Search Results

**You searched for:** exact search in GranteeID for DE ASSET HOLDINGS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

142 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
| --- | --- |

---

**Divide County 306015**

**Instrument #** 306015        **Recording Date:** Thu Jan 25 12:01:00 CST 2024        Preview Image    ☐ Purchase

**Grantor:** Myhra, Rebecca Diane, Johnson, Eugene A., Johnson, Diane C.

**Grantee:** DE Asset Holdings, LLC

**Legal:** , ...Quarter: NE Section: 33 Township: 162 Range: 095, Quarter: SE Section: 33 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: SW Quarter: NE Section: 33 Township: 162 Range: 095, ...

**Document Type: RATIFICATION OF OIL AND GAS LEASE**
**Document Date:** 12/21/2023

---

**Divide County 306014**

**Instrument #** 306014        **Recording Date:** Thu Jan 25 12:01:00 CST 2024        Preview Image    ☐ Purchase

**Grantor:** Johnson, Melissa L., Spooner, Gary Lee

**Grantee:** DE Asset Holdings, LLC

**Legal:** Quarter: SW Section: 35 Township: 162 Range: 095, Sixteenth: NW Quarter: SW Section: 35 Township: 162 Range: 095, Sixteenth: NE Quarter: SW Section: 35 Township: 162 Range: 095, Sixteenth: SW Quarter: SW Section: 35 Township: 162 Range: 095, Sixteenth: SE Quarter: SW Section: 35 Township: 162 Range: 095

**Document Type: RATIFICATION OF OIL AND GAS LEASE**
**Document Date:** 01/08/2024

---

**Divide County 306016**

**Instrument #** 306016        **Recording Date:** Thu Jan 25 12:01:00 CST 2024        Preview Image    ☐ Purchase

**Grantor:** Nordman, Larry, Bley, Susan I., Bley, Michael D.

**Grantee:** DE Asset Holdings, LLC

**Legal:** , ...Quarter: NW Section: 23 Township: 162 Range: 095, Quarter: NE Section: 23 Township: 162 Range: 095, Quarter: SW Section: 23 Township: 162 Range: 095, Sixteenth: SW Quarter: NW Section: 23 Township: 162 Range: 095, Sixteenth: SE Quarter: NW Section: 23 Township: 162 Range: 095, ...

**Document Type: RATIFICATION OF OIL AND GAS LEASE**
**Document Date:** 12/28/2023

---

**Divide County 306018**

**Instrument #** 306018        **Recording Date:** Thu Jan 25 12:01:00 CST 2024        Preview Image    ☐ Purchase

**Grantor:** Johnson, Scott Allen, Johnson, Eugene A., Johnson, Diane C.

**Grantee:** DE Asset Holdings, LLC

**Legal:** , ...Quarter: NE Section: 33 Township: 162 Range: 095, Quarter: SE Section: 33 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 33

**Document Type: RATIFICATION OF OIL AND GAS LEASE**
**Document Date:** 12/20/2023

Return to Search Results

**You searched for:** exact search in GranteeID for DEL RIO III SPV III LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

3 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Burke County 279901** | **Instrument #** 279901 | **Recording Date:** Thu May 02 10:57:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** CIELO RESOURCE COMPANY, LLC | **Grantee:** DEL RIO III SPV III LLC | |
| | **Legal:** , ...Quarter: SW Section: 07 Township: 160 Range: 91, Sixteenth: NW Quarter: SW Section: 07 Township: 160 Range: 91, Sixteenth: SW Quarter: SW Section: 07 Township: 160 Range: 91, Quarter: NW Section: 18 Township: 160 Range: 91, Sixteenth: NW Quarter: NW Section: 18 Township: 160 Range: 91, ... | **Document Type: ASSIGNMENT OF OIL & GAS LEASE** **Document Date:** 05/02/2024 | |
| **Burke County 279966** | **Instrument #** 279966 | **Recording Date:** Fri May 03 11:31:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** CIELO RESOURCE COMPANY, LLC | **Grantee:** DEL RIO III SPV III LLC | |
| | **Legal:** , ...Quarter: NW Section: 21 Township: 161 Range: 93, Quarter: NE Section: 21 Township: 161 Range: 93, Quarter: SW Section: 21 Township: 161 Range: 93, Quarter: SE Section: 21 Township: 161 Range: 93, Sixteenth: NW Quarter: NW Section: 21 Township: 161 Range: 93, ... | **Document Type: WELLBORE ASSIGNMENT** **Document Date:** 05/02/2024 | |
| **Burke County 280427** | **Instrument #** 280427 | **Recording Date:** Mon Jun 17 14:28:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** WESTERNESS, NORMAN K., WESTERNESS, CONNIE L. | **Grantee:** DEL RIO III SPV III LLC | |
| | **Legal:** , ...Quarter: NE Section: 35 Township: 161 Range: 93, Quarter: SE Section: 35 Township: 161 Range: 93, Sixteenth: SW Quarter: NE Section: 35 Township: 161 Range: 93, Sixteenth: SE Quarter: NE Section: 35 Township: 161 Range: 93, Sixteenth: NW Quarter: SE Section: 35 Township: 161 Range: 93, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 04/19/2024 | |

3 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for DEVON ENERGY PARTNERs and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | |
|---|---|---|---|---|

**Description** | **Summary** | | | Select All / None

**Renville County 162554**

**Instrument #** 162554   **B:** 246MI **P:** 494   **Recording Date:** Tue Jul 21 10:10:00 CDT 1992   Preview Image   ☐ Purchase

**Grantor:** HONDO OIL & GAS COMPANY   **Grantee:** DEVON ENERGY CORPORATION (NEVADA), DEVON ENERGY PARTNERS

**Legal:** , ...Quarter: NE Section: 08 Township: 158 Range: 83, Quarter: SE Section: 08 Township: 158 Range: 83, Sixteenth: NW Quarter: NE Section: 08 Township: 158 Range: 83, Sixteenth: NE Quarter: NE Section: 08 Township: 158 Range: 83, Sixteenth: SW Quarter: NE Section: 08 Township: 158 Range: 83, ...   **Document Type:** ASSIGNMENT   **Document Date:** 06/25/1992

**Burke County 182990**

**Instrument #** 182990   **B:** 236M **P:** 66 1992   **Recording Date:** Mon Jul 06 10:15:00 CDT   Preview Image   ☐ Purchase

**Grantor:** HONDO OIL & GAS COMPANY   **Grantee:** DEVON ENERGY CORPORATION, ET AL, DEVON ENERGY PARTNERS

**Legal:** Lot 1, Lot 1, Lot 1, Lot 1, Lot 1, ...Quarter: NE Section: 01 Township: 162 Range: 92, Quarter: SW Section: 01 Township: 162 Range: 92, Sixteenth: SW Quarter: NE Section: 01 Township: 162 Range: 92, Sixteenth: SE Quarter: NE Section: 01 Township: 162 Range: 92, Sixteenth: NW Quarter: SW Section: 01 Township: 162 Range: 92, ...   **Document Type:** ASSIGNMENT & CONVEYANCE   **Document Date:** 06/25/1992

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for DIAMOND RESOURCES CO and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

8,848 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

**Divide County 263478**

| | |
| --- | --- |
| **Instrument #** 263478   **B:** 330M **P:** 268 | **Recording Date:** Tue Apr 17 13:30:00 CDT 2012 |

**Preview Image**   ☐ Purchase

**Grantor:** Stuckey, Eleanor T.

**Grantee:** Diamond Resources Co., Diamond Resources Co.

**Legal:** , ...Quarter: SW Section: 28 Township: 164 Range: 102, Quarter: SE Section: 28 Township: 164 Range: 102, Sixteenth: SW Quarter: SW Section: 28 Township: 164 Range: 102, Sixteenth: SE Quarter: SW Section: 28 Township: 164 Range: 102, Sixteenth: SW Quarter: SE Section: 28 Township: 164 Range: 102, ...

**Document Type: RATIFICATION OF OIL AND GAS LEASE**
**Document Date:** 03/20/2012

---

**Dunn County 3031624**

**Instrument #** 3031624   **Recording Date:** Fri Sep 19 10:04:00 CDT 2008

**Preview Image**   ☐ Purchase

**Grantor:** DAKOTA COMMUNITY BANK, N.A., SECURITY BANK OF HEBRON FKA

**Grantee:** DIAMOND RESOURCES CO., MAERSHBECKER, RAYMOND, MAERSHBECKER, CLAUDETTE, MAERSHBECKER, RAYMOND - LESSOR, DIAMOND RESOURCES CO.- LESSEE

**Legal:** , ...Quarter: SW Section: 23 Township: 142 Range: 91, Sixteenth: NW Quarter: SW Section: 23 Township: 142 Range: 91, Sixteenth: NE Quarter: SW Section: 23 Township: 142 Range: 91, Sixteenth: SW Quarter: SW Section: 23 Township: 142 Range: 91, Sixteenth: SE Quarter: SW Section: 23 Township: 142 Range: 91, ...

**Document Type: SUBORDINATION OF MORTGAGE**
**Document Date:** 09/10/2008

---

**Burke County 261536**

**Instrument #** 261536   **Recording Date:** Fri Feb 24 09:10:00 CST 2017

**Preview Image**   ☐ Purchase

**Grantor:** MICKELSEN, TRAVIS

**Grantee:** DIAMOND RESOURCES CO.

**Legal:** , ...Quarter: NW Section: 23 Township: 160 Range: 90, Quarter: NE Section: 23 Township: 160 Range: 90, Sixteenth: NW Quarter: NW Section: 23 Township: 160 Range: 90, Sixteenth: NE Quarter: NW Section: 23 Township: 160 Range: 90, Sixteenth: NW Quarter: NE Section: 23 Township: 160 Range: 90, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 02/01/2017

---

**Burke County 261537**

**Instrument #** 261537   **Recording Date:** Fri Feb 24 09:10:00 CST 2017

**Preview Image**   ☐ Purchase

**Grantor:** MAKI, TONI C.

**Grantee:** DIAMOND RESOURCES CO.

Return to Search Results

**You searched for:** exact search in GranteeID for DUDLEY LAND COMPANY and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

55 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | |
|---|---|---|---|---|
| | | | | Select All / None |
| **Divide County 307219** | **Instrument #** 307219 | **Recording Date:** Wed Jun 05 15:45:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** Pashelk, Carl | **Grantee:** Dudley Land Company | | |
| | **Legal:** Quarter: NW Section: 28 Township: 161 Range: 097, Sixteenth: NW Quarter: NW Section: 28 Township: 161 Range: 097, Sixteenth: SW Quarter: NW Section: 28 Township: 161 Range: 097 | **Document Type:** MEMORANDUM OF OIL AND GAS LEASE **Document Date:** 04/01/2024 | | |
| **Divide County 307210** | **Instrument #** 307210 | **Recording Date:** Wed Jun 05 15:45:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** Beattie, Neil | **Grantee:** Dudley Land Company | | |
| | **Legal:** , ...Quarter: NE Section: 13 Township: 160 Range: 098, Quarter: SW Section: 13 Township: 160 Range: 098, Quarter: SE Section: 13 Township: 160 Range: 098, Sixteenth: NW Quarter: NE Section: 13 Township: 160 Range: 098, Sixteenth: NE Quarter: NE Section: 13 Township: 160 Range: 098, ... | **Document Type:** MEMORANDUM OF OIL AND GAS LEASE **Document Date:** 03/18/2024 | | |
| **Divide County 307218** | **Instrument #** 307218 | **Recording Date:** Wed Jun 05 15:45:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** Malone, Rebecca | **Grantee:** Dudley Land Company | | |
| | **Legal:** Quarter: NW Section: 28 Township: 161 Range: 097, Sixteenth: NW Quarter: NW Section: 28 Township: 161 Range: 097, Sixteenth: SW Quarter: NW Section: 28 Township: 161 Range: 097 | **Document Type:** MEMORANDUM OF OIL AND GAS LEASE **Document Date:** 04/29/2024 | | |
| **Divide County 307205** | **Instrument #** 307205 | **Recording Date:** Wed Jun 05 15:45:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** Sigvaldesen, Kenneth, Sigvaldsen, Jolyne | **Grantee:** Dudley Land Company | | |
| | **Legal:** Quarter: SW Section: 01 Township: 160 Range: 098, Sixteenth: NW Quarter: SW Section: 01 Township: 160 Range: 098, Sixteenth: NE Quarter: SW Section: 01 Township: 160 Range: 098, Sixteenth: SW Quarter: SW Section: 01 Township: 160 Range: 098, Sixteenth: SE Quarter: SW Section: 01 Township: 160 Range: 098 | **Document Type:** MEMORANDUM OF OIL AND GAS LEASE **Document Date:** 04/23/2024 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for EAGLE OPERATING INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

425 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5 [Next/Last]

| Description | Summary | | | |
|---|---|---|---|---|
| **McHenry County 306121** | **Instrument #** 306121 | **Recording Date:** Tue Apr 13 13:48:00 CDT 2010 | | Preview Image ☐ Purchase |
| | **Grantor:** MAGNUM HUNTER RESOURCES CORPORATION | **Grantee:** EAGLE OPERATING INC | | |
| | **Legal:** , ...Quarter: SE Section: 31 Township: 159 Range: 80, Sixteenth: SW Quarter: SE Section: 31 Township: 159 Range: 80, Sixteenth: SE Quarter: SE Section: 31 Township: 159 Range: 80, Quarter: SW Section: 32 Township: 159 Range: 80, Sixteenth: SW Quarter: SW Section: 32 Township: 159 Range: 80, ... | **Document Type: STATEMENT OF OIL AND GAS WELL LIEN Document Date:** 04/09/2010 | | |
| **Burke County 228007** | **Instrument #** 228007 | **Recording Date:** Mon Apr 05 14:13:00 CDT 2010 | | Preview Image ☐ Purchase |
| | **Grantor:** BEARSS, KATHRYN | **Grantee:** EAGLE OPERATING, INC. | | |
| | **Legal:** Quarter: SE Section: 19 Township: 163 Range: 91, Sixteenth: NW Quarter: SE Section: 19 Township: 163 Range: 91, Sixteenth: NE Quarter: SE Section: 19 Township: 163 Range: 91, Sixteenth: SW Quarter: SE Section: 19 Township: 163 Range: 91, Sixteenth: SE Quarter: SE Section: 19 Township: 163 Range: 91 | **Document Type: ASSIGNMENT & BILL OF SALE OF OIL & GAS L Document Date:** 03/26/2010 | | |
| **Burke County 185718** | **Instrument #** 185718   **B:** 240M **P:** 909   1994 | **Recording Date:** Mon Apr 04 09:27:00 CDT 1994 | | Preview Image ☐ Purchase |
| | **Grantor:** FASKEN, BARBARA | **Grantee:** EAGLE OPERATING INC. | | |
| | **Legal:** Lot 1, Lot 1, Lot 1, Lot 1, Lot 1, ...Quarter: NW Section: 05 Township: 163 Range: 89, Quarter: NE Section: 05 Township: 163 Range: 89, Quarter: SW Section: 05 Township: 163 Range: 89, Quarter: SE Section: 05 Township: 163 Range: 89, Sixteenth: SW Quarter: NW Section: 05 Township: 163 Range: 89, ... | **Document Type: ASSIGNMENT AND BILL OF SALE Document Date:** 03/31/1994 | | |
| **Burke County 266233** | **Instrument #** 266233 | **Recording Date:** Mon Apr 30 09:45:00 CDT 2018 | | Preview Image ☐ Purchase |
| | **Grantor:** KATIEBELL INC. | **Grantee:** EAGLE OPERATING, INC. | | |
| | **Legal:** , ...Quarter: NW Section: 35 Township: 162 Range: 93, Quarter: NE Section: 35 Township: 162 Range: 93, Quarter: SW Section: 35 Township: 162 Range: 93, Quarter: SE Section: 35 Township: 162 Range: 93, Sixteenth: NW | **Document Type: ASSIGNMENT OF OIL & GAS LEASE Document Date:** 04/06/2018 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for ECKELBERG MARK and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

26 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | | |
|---|---|---|---|---|---|
| | | | | | Select All / None |

---

**Dunn County 3080614** | **Instrument #** 3080614 | **Recording Date:** Wed Jul 06 11:16:00 CDT 2016 | Preview Image | ☐ Purchase

**Grantor:** MARATHON OIL COMPANY

**Grantee:** ECKELBERG, MARK TRUST, ECKELBERG, MARK A. TRUSTEE, ECKELBERG, MARK A. TRUSTOR, ECKELBERG, MARK A.

**Legal:** , ...Quarter: NW Section: 26 Township: 146 Range: 93, Quarter: NE Section: 26 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 26 Township: 146 Range: 93, Sixteenth: NE Quarter: NW Section: 26 Township: 146 Range: 93, Sixteenth: NW Quarter: NE Section: 26 Township: 146 Range: 93, ...

**Document Type: MEMORANDUM**
**Document Date:** 06/24/2016

---

**Dunn County 3056375** | **Instrument #** 3056375 | **Recording Date:** Mon Feb 06 15:54:00 CST 2012 | Preview Image | ☐ Purchase

**Grantor:** ECKELBERG, MARK A., ECKELBERG, PENELOPE A.

**Grantee:** ECKELBERG, MARK A. TRUST, ECKELBERG, MARK A. TRUSTOR, ECKELBERG, MARK A. TRUSTEE

**Legal:** , ...Quarter: NW Section: 26 Township: 146 Range: 93, Quarter: NE Section: 26 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 26 Township: 146 Range: 93, Sixteenth: NE Quarter: NW Section: 26 Township: 146 Range: 93, Sixteenth: NW Quarter: NE Section: 26 Township: 146 Range: 93, ...

**Document Type: WARRANTY DEED**
**Document Date:** 01/27/2012

---

**Dunn County 3074825** | **Instrument #** 3074825 | **Recording Date:** Fri Jan 23 13:54:00 CST 2015 | Preview Image | ☐ Purchase

**Grantor:** DAHLEN, CHAD, DAHLEN, MICHELLE

**Grantee:** JACOBSEN, DONNA, DODGE, LAVONNE, KUKOWSKI, ARLENE, ECKELBERG, GLENN, ERICKSON, JANE, ECKELBERG, PAUL, ECKELBERG, MILDRED, MILLER, DAVID, KNUDSVIG, JEANE, HAYS, CAROL, ...

**Legal:** Quarter: SW Section: 24 Township: 146 Range: 93, Sixteenth: NW Quarter: SW Section: 24 Township: 146 Range: 93, Sixteenth: NE Quarter: SW Section: 24 Township: 146 Range: 93, Sixteenth: SW Quarter: SW Section: 24 Township: 146 Range: 93, Sixteenth: SE Quarter: SW Section: 24 Township: 146 Range: 93

**Document Type: NOTICE**
**Document Date:** 03/05/2014

Return to Search Results

**You searched for:** exact search in GranteeID for ELITE LIFT SOLUTIONS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

One item found. **1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Dunn County 3089069** | **Instrument #** 3089069 | **Recording Date:** Thu Jul 18 08:36:00 CDT 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** BINDUNN PROPERTIES, LLC | **Grantee:** SITEWORKS UNLIMITED, INC, ELITE LIFT SOLUTIONS LLC | | |
| | **Legal:** Subdivision JOY HAVEN SECOND SUBDIVISION Lot 3 Block 2 | **Document Type:** MEMORANDUM OF LEASE **Document Date:** 07/15/2019 | | |

One item found. **1**

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for EMEP ACQUISITIONS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

9 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 302864** | **Instrument #** 302864 | **Recording Date:** Thu Aug 25 11:50:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** Erickson, Dale | **Grantee:** EMEP Acquisitions, LLC | | |
| | **Legal:** Quarter: NW Section: 04 Township: 160 Range: 102, Sixteenth: NW Quarter: NW Section: 04 Township: 160 Range: 102, Sixteenth: NE Quarter: NW Section: 04 Township: 160 Range: 102, Sixteenth: SW Quarter: NW Section: 04 Township: 160 Range: 102, Sixteenth: SE Quarter: NW Section: 04 Township: 160 Range: 102 | **Document Type:** OIL AND GAS LEASE **Document Date:** 07/01/2022 | | |
| **Dunn County 3096948** | **Instrument #** 3096948 | **Recording Date:** Mon Jun 06 15:29:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** EMG OIL PROPERTIES, INC. | **Grantee:** EMEP ACQUISITIONS, LLC | | |
| | **Legal:** Lot 4, Lot 4, , Quarter: NW Section: 05 Township: 141 Range: 96, Sixteenth: NW Quarter: NW Section: 05 Township: 141 Range: 96, Quarter: NW Section: 05 Township: 141 Range: 96, Sixteenth: SW Quarter: NW Section: 05 Township: 141 Range: 96 | **Document Type:** OIL AND GAS LEASE **Document Date:** 05/11/2022 | | |
| **Dunn County 3097944** | **Instrument #** 3097944 | **Recording Date:** Tue Oct 11 15:10:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** ENERPLUS RESOURCES (USA) CORPORATION | **Grantee:** EMEP ACQUISITIONS, LLC | | |
| | **Legal:** Section: 27 Township: 141 Range: 95, Section: 34 Township: 141 Range: 95, Section: 18 Township: 141 Range: 95, Section: 19 Township: 141 Range: 95 | **Document Type:** ASSIGNMENT & BILL OF SALE **Document Date:** 09/26/2022 | | |
| **Dunn County 3096649** | **Instrument #** 3096649 | **Recording Date:** Wed May 04 14:45:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** PAVLICEK, LOUIE J., PAVLICEK, HATTIE | **Grantee:** EMEP ACQUISITIONS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 28 Township: 142 Range: 97, Quarter: NE Section: 28 Township: 142 Range: 97, Sixteenth: NW Quarter: NW Section: 28 Township: 142 Range: 97, Sixteenth: NE Quarter: NW Section: 28 Township: 142 Range: 97, Sixteenth: NW Quarter: NE Section: 28 Township: 142 Range: 97, ... | **Document Type:** RATIFICATION OIL & GAS LEASE **Document Date:** 04/11/2022 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for ENERGY LAND SERVICES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

296 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3 [Next/Last]

| Description | Summary |
|---|---|

**McHenry County 320800**

**Instrument #** 320800      **Recording Date:** Fri Jan 27 08:49:00 CST 2017          Preview Image      ☐ Purchase

**Grantor:** HERDT, CAROL A        **Grantee:** ENERGY LAND SERVICES LLC

**Legal:** Quarter: NW Section: 06 Township: 158 Range: 80, Quarter: SE Section: 06 Township: 158 Range: 80, Sixteenth: NW Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: NE Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: SW Quarter: SE Section: 06 Township: 158 Range: 80

**Document Type:** OIL & GAS LEASE
**Document Date:** 01/04/2017

---

**McHenry County 320801**

**Instrument #** 320801      **Recording Date:** Fri Jan 27 08:50:00 CST 2017          Preview Image      ☐ Purchase

**Grantor:** OSTROM, GARY F, POINDEXTER, SALLYANN L HERDT ESTATE, POINDEXTER, SALLYANN L ESTATE, OSTROM, SALLYANN L HERDT ESTATE        **Grantee:** ENERGY LAND SERVICES LLC

**Legal:** Quarter: NW Section: 06 Township: 158 Range: 80, Quarter: SE Section: 06 Township: 158 Range: 80, Sixteenth: NW Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: NE Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: SW Quarter: SE Section: 06 Township: 158 Range: 80

**Document Type:** OIL & GAS LEASE
**Document Date:** 12/27/2016

---

**McHenry County 320799**

**Instrument #** 320799      **Recording Date:** Fri Jan 27 08:48:00 CST 2017          Preview Image      ☐ Purchase

**Grantor:** HERDT, FRANCES        **Grantee:** ENERGY LAND SERVICES LLC

**Legal:** Quarter: NW Section: 06 Township: 158 Range: 80, Quarter: SE Section: 06 Township: 158 Range: 80, Sixteenth: NW Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: NE Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: SW Quarter: SE Section: 06 Township: 158 Range: 80

**Document Type:** OIL & GAS LEASE
**Document Date:** 01/05/2017

---

**McHenry County 320804**

**Instrument #** 320804      **Recording Date:** Fri Jan 27 08:53:00 CST 2017          Preview Image      ☐ Purchase

**Grantor:** HUNT, CYNTHIA ADAIR        **Grantee:** ENERGY LAND SERVICES LLC

**Legal:** , ...Quarter: SE Section: 05 Township: 158 Range: 80, Sixteenth: NE Quarter: SE Section: 05 Township: 158 Range: 80, Sixteenth: SE Quarter: SE

**Document Type:** OIL & GAS LEASE
**Document Date:** 01/13/2017

Return to Search Results

**You searched for:** exact search in GranteeID for ENERPLUS RESOURCES USA CORPORATION and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

10 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Dunn County 3092477** | **Instrument #** 3092477    **Recording Date:** Mon Oct 12 13:25:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** DWM CONSULTING, LLC | **Grantee:** BOS SOLUTIONS, INC., ENERPLUS RESOURCES USA CORPORATION | |
| | **Legal:** Quarter: NE Section: 17 Township: 147 Range: 93, Sixteenth: NE Quarter: NE Section: 17 Township: 147 Range: 93 | **Document Type: RELEASE** **Document Date:** 10/05/2020 | |
| **Dunn County 3091957** | **Instrument #** 3091957    **Recording Date:** Fri Aug 07 11:05:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** 5 STAR SOLIDS CONTROL, LLC | **Grantee:** BOS SOLUTIONS, INC., ENERPLUS RESOURCES USA CORPORATION | |
| | **Legal:** Quarter: NE Section: 17 Township: 147 Range: 93, Sixteenth: NE Quarter: NE Section: 17 Township: 147 Range: 93 | **Document Type: LIEN** **Document Date:** | |
| **Dunn County 3092345** | **Instrument #** 3092345    **Recording Date:** Tue Sep 22 11:42:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** 5 STAR SOLIDS CONTROL SERVICES LLC | **Grantee:** BOS SOLUTIONS, INC, ENERPLUS RESOURCES USA CORPORATION, MARATHON OIL COMPANY | |
| | **Legal:** , ...Quarter: SE Section: 09 Township: 145 Range: 94, Sixteenth: SE Quarter: SE Section: 09 Township: 145 Range: 94, Quarter: SW Section: 10 Township: 145 Range: 94, Sixteenth: SE Quarter: SW Section: 10 Township: 145 Range: 94, Quarter: SW Section: 33 Township: 145 Range: 93, ... | **Document Type: RELEASE** **Document Date:** 08/28/2020 | |
| **Dunn County 3092111** | **Instrument #** 3092111    **Recording Date:** Thu Aug 27 14:25:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** DWM CONSULTING, LLC | **Grantee:** BOS SOLUTIONS, INC, ENERPLUS RESOURCES USA CORPORATION | |
| | **Legal:** Quarter: NE Section: 17 Township: 147 Range: 93, Sixteenth: NE Quarter: NE Section: 17 Township: 147 Range: 93 | **Document Type: LIEN** **Document Date:** | |
| **Dunn County 3093566** | **Instrument #** 3093566    **Recording Date:** Mon Apr 05 15:02:00 CDT 2021 | Preview Image | ☐ Purchase |

Return to Search Results

**You searched for:** exact search in GranteeID for ENERGY LAND SERVICES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

296 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3 [Next/Last]

| Description | Summary |
| --- | --- |

---

**McHenry County 320800**

**Instrument #** 320800        **Recording Date:** Fri Jan 27 08:49:00 CST 2017        Preview Image        ☐ Purchase

**Grantor:** HERDT, CAROL A        **Grantee:** ENERGY LAND SERVICES LLC

**Legal:** Quarter: NW Section: 06 Township: 158 Range: 80, Quarter: SE Section: 06 Township: 158 Range: 80, Sixteenth: NW Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: NE Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: SW Quarter: SE Section: 06 Township: 158 Range: 80

**Document Type:** OIL & GAS LEASE
**Document Date:** 01/04/2017

---

**McHenry County 320801**

**Instrument #** 320801        **Recording Date:** Fri Jan 27 08:50:00 CST 2017        Preview Image        ☐ Purchase

**Grantor:** OSTROM, GARY F, POINDEXTER, SALLYANN L HERDT ESTATE, POINDEXTER, SALLYANN L ESTATE, OSTROM, SALLYANN L HERDT ESTATE        **Grantee:** ENERGY LAND SERVICES LLC

**Legal:** Quarter: NW Section: 06 Township: 158 Range: 80, Quarter: SE Section: 06 Township: 158 Range: 80, Sixteenth: NW Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: NE Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: SW Quarter: SE Section: 06 Township: 158 Range: 80

**Document Type:** OIL & GAS LEASE
**Document Date:** 12/27/2016

---

**McHenry County 320799**

**Instrument #** 320799        **Recording Date:** Fri Jan 27 08:48:00 CST 2017        Preview Image        ☐ Purchase

**Grantor:** HERDT, FRANCES        **Grantee:** ENERGY LAND SERVICES LLC

**Legal:** Quarter: NW Section: 06 Township: 158 Range: 80, Quarter: SE Section: 06 Township: 158 Range: 80, Sixteenth: NW Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: NE Quarter: NW Section: 06 Township: 158 Range: 80, Sixteenth: SW Quarter: SE Section: 06 Township: 158 Range: 80

**Document Type:** OIL & GAS LEASE
**Document Date:** 01/05/2017

---

**McHenry County 320804**

**Instrument #** 320804        **Recording Date:** Fri Jan 27 08:53:00 CST 2017        Preview Image        ☐ Purchase

**Grantor:** HUNT, CYNTHIA ADAIR        **Grantee:** ENERGY LAND SERVICES LLC

**Legal:** , ...Quarter: SE Section: 05 Township: 158 Range: 80, Sixteenth: NE Quarter: SE Section: 05 Township: 158 Range: 80, Sixteenth: SE Quarter: SE

**Document Type:** OIL & GAS LEASE
**Document Date:** 01/13/2017

Return to Search Results

**You searched for:** exact search in GranteeID for FAMILY TREE CORPORATION and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

91 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**Divide County 288343**

**Instrument #** 288343   **B:** MD 17 **P:** 133   **Recording Date:** Wed Apr 27 13:20:00 CDT 2016

Preview Image    ☐ Purchase

**Grantor:** Forsgren, Caroline June

**Grantee:** Family Tree Corporation

**Legal:** , ...Quarter: NW Section: 08 Township: 161 Range: 096, Quarter: NE Section: 08 Township: 161 Range: 096, Sixteenth: NW Quarter: NW Section: 08 Township: 161 Range: 096, Sixteenth: NE Quarter: NW Section: 08 Township: 161 Range: 096, Sixteenth: NW Quarter: NE Section: 08 Township: 161 Range: 096, ...

**Document Type: MINERAL DEED**
**Document Date:** 04/15/2016

---

**Divide County 302385**

**Instrument #** 302385   **Recording Date:** Mon Jun 06 13:20:00 CDT 2022

Preview Image    ☐ Purchase

**Grantor:** FTC, LLC

**Grantee:** Family Tree Corporation

**Legal:** Quarter: SE Section: 19 Township: 160 Range: 102, Sixteenth: NW Quarter: SE Section: 19 Township: 160 Range: 102, Sixteenth: NE Quarter: SE Section: 19 Township: 160 Range: 102, Sixteenth: SW Quarter: SE Section: 19 Township: 160 Range: 102, Sixteenth: SE Quarter: SE Section: 19 Township: 160 Range: 102

**Document Type: OIL AND GAS LEASE**
**Document Date:** 05/27/2022

---

**Divide County 297769**

**Instrument #** 297769   **Recording Date:** Tue Oct 15 15:50:00 CDT 2019

Preview Image    ☐ Purchase

**Grantor:** Independent Bank

**Grantee:** Family Tree Corporation, Family Tree Oil and Gas, LLC, Trilogy Oil and Gas, LLC

**Legal:** Quarter: NE Section: 15 Township: 160 Range: 097, Sixteenth: NW Quarter: NE Section: 15 Township: 160 Range: 097, Sixteenth: NE Quarter: NE Section: 15 Township: 160 Range: 097, Sixteenth: SW Quarter: NE Section: 15 Township: 160 Range: 097, Sixteenth: SE Quarter: NE Section: 15 Township: 160 Range: 097

**Document Type: ADDENDUM TO MORTGAGE**
**Document Date:** 10/11/2019

---

**Divide County 304769**

**Instrument #** 304769   **Recording Date:** Tue Jul 25 10:30:00 CDT 2023

Preview Image    ☐ Purchase

**Grantor:** Gordon, Daniel P.

**Grantee:** Family Tree Corporation, Lost River Trading Company, LLC, Arbor Mineral Company, LLC

**Legal:** Quarter: SW Section: 29 Township: 160 Range: 102, Sixteenth: NW Quarter: SW Section: 29 Township: 160 Range: 102,

**Document Type: MINERAL DEED**
**Document Date:** 07/19/2023

Return to Search Results

**You searched for:** exact search in GranteeID FB BALBOA ND LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

5 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Burke County 277314** | **Instrument #** 277314 | **Recording Date:** Tue Mar 28 09:43:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** MILLER, KAREN MARIE, TRUSTEE, RE: DAVID G. HISCOX IRREVOCABLE TRUST | **Grantee:** FB BALBOA ND, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 34 Township: 161 Range: 93, Quarter: SW Section: 34 Township: 161 Range: 93, Quarter: SE Section: 34 Township: 161 Range: 93, Sixteenth: NW Quarter: NW Section: 34 Township: 161 Range: 93, Sixteenth: NE Quarter: NW Section: 34 Township: 161 Range: 93, ... | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** 03/15/2023 | | |
| **Burke County 277313** | **Instrument #** 277313 | **Recording Date:** Tue Mar 28 09:42:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** BAKKEN, DERENDA | **Grantee:** FB BALBOA ND, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 22 Township: 161 Range: 93, Quarter: NE Section: 22 Township: 161 Range: 93, Quarter: SE Section: 22 Township: 161 Range: 93, Sixteenth: NW Quarter: NW Section: 22 Township: 161 Range: 93, Sixteenth: NE Quarter: NW Section: 22 Township: 161 Range: 93, ... | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** 03/23/2023 | | |
| **Burke County 278461** | **Instrument #** 278461 | **Recording Date:** Mon Oct 02 10:30:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** MELTVIK, ARNE | **Grantee:** FB BALBOA ND, LLC | | |
| | **Legal:** Quarter: SW Section: 33 Township: 161 Range: 93, Sixteenth: NW Quarter: SW Section: 33 Township: 161 Range: 93, Sixteenth: SW Quarter: SW Section: 33 Township: 161 Range: 93 | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** 07/01/2023 | | |
| **Burke County 278553** | **Instrument #** 278553 | **Recording Date:** Fri Oct 20 12:42:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** JONES, MAXINE ROSELA | **Grantee:** FB BALBOA ND, LLC | | |
| | **Legal:** Quarter: NW Section: 28 Township: 161 Range: 93, Quarter: SW Section: 28 Township: 161 Range: 93, Sixteenth: SW Quarter: NW Section: 28 Township: 161 Range: 93, Sixteenth: NW Quarter: SW Section: 28 Township: 161 Range: 93 | **Document Type: MEMORANDUM OF O & G LEASE** **Document Date:** 07/01/2023 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for FIVE STATES ENERGY COMPANY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

11 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | |
|---|---|---|---|---|
| **Bowman County 172124** | **Instrument #** 172124 | **Recording Date:** Fri Mar 23 11:39:00 CDT 2012 | Preview Image | ☐ Purchase |
| | **Grantor:** FIVE STATES CONSOLIDATED II, LTD, FIVE STATES 1996-C, LTD, FIVE STATES 1997-A, LTD, FIVE STATES 1997-B, LTD, FIVE STATES 1998-A. LTD, FIVE STATES 1999-A, LTD, FIVE STATES 2000-A, LTD, FIVE STATES 2001-A, LTD, FIVE STATES 2002-B, LTD., FIVE STATES 2004-B | **Grantee:** FIVE STATES CONSOLIDATED II, LTD., FIVE STATES ENERGY COMPANY, LLC (IT'S GE | | |
| | **Legal:** | **Document Type: MERGER, CONSOLIDATION, NAME CHANGE, ETC** **Document Date:** 03/20/2012 | | |
| **Billings County 154832** | **Instrument #** 154832 | **Recording Date:** Thu Jul 27 13:18:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** DIAMOND RESOURCES CO. | **Grantee:** FIVE STATES ENERGY COMPANY, LLC, CHOLLA PETROLEUM, INC., PHOENIX ENERGY PARTNERS, LLC, MADISON ENERGY VENTURES, LLC | | |
| | **Legal:** Quarter: NW Section: 20 Township: 139 Range: 100, Sixteenth: NW Quarter: NW Section: 20 Township: 139 Range: 100, Sixteenth: NE Quarter: NW Section: 20 Township: 139 Range: 100, Sixteenth: SW Quarter: NW Section: 20 Township: 139 Range: 100, Sixteenth: SE Quarter: NW Section: 20 Township: 139 Range: 100 | **Document Type: ASSIGNMENT OF OVERRIDING ROYALTY** **Document Date:** 06/01/2023 | | |
| **Stark County 3177949** | **Instrument #** 3177949 | **Recording Date:** Thu Jun 15 12:53:42 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA, NORTH DAKOTA STATE OF, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LANDS | **Grantee:** FIVE STATES ENERGY COMPANY LLC | | |
| | **Legal:** Quarter: SW Section: 23 Township: 138 Range: 99 | **Document Type: Oil And Gas Lease** **Document Date:** 03/14/2023 | | |
| **Stark County 3177948** | **Instrument #** 3177948 | **Recording Date:** Thu Jun 15 12:53:42 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA, NORTH DAKOTA STATE OF, BOARD OF UNIVERSITY AND SCHOOL LANDS, | **Grantee:** FIVE STATES ENERGY COMPANY LLC | | |

Return to Search Results

**You searched for:** exact search in GranteeID for FORMENTERA PARTNERS and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

One item found.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 301480** | **Instrument #** 301480 | **Recording Date:** Thu Dec 16 13:30:00 CST 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** Resource Energy Operating LLC, Resource Energy Can-Am LLC, Resource Energy Nominee Corp. | **Grantee:** Formentera Operations LLC, Formentera Partners Fund I, LP | | |
| | **Legal:** Subdivision Legal Absent - | **Document Type: Assignment, Bill of Sale and Conveyance.** **Document Date:** 11/01/2021 | | |

One item found.**1**

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for FP BALBOA ND LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

81 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**Renville County 210274**

| | | |
| --- | --- | --- |
| **Instrument #** 210274 | **Recording Date:** Wed Oct 12 10:12:00 CDT 2022 | Preview Image ☐ Purchase |
| **Grantor:** ROCKALL ND LLC | **Grantee:** FP BALBOA ND LLC | |
| **Legal:** , ...Quarter: NW Section: 35 Township: 163 Range: 84, Quarter: NE Section: 35 Township: 163 Range: 84, Quarter: SW Section: 35 Township: 163 Range: 84, Quarter: SE Section: 35 Township: 163 Range: 84, Sixteenth: NW Quarter: NW Section: 35 Township: 163 Range: 84, ... | **Document Type: ASSIGNMENT Document Date:** 06/07/2022 | |

**Divide County 302743**

| | | |
| --- | --- | --- |
| **Instrument #** 302743 | **Recording Date:** Mon Aug 01 13:35:00 CDT 2022 | Preview Image ☐ Purchase |
| **Grantor:** Rockall ND, LLC | **Grantee:** FP Balboa ND LLC | |
| **Legal:** , ...Quarter: NW Section: 34 Township: 163 Range: 095, Quarter: NE Section: 34 Township: 163 Range: 095, Quarter: SW Section: 34 Township: 163 Range: 095, Quarter: SE Section: 34 Township: 163 Range: 095, Sixteenth: NW Quarter: NW Section: 34 Township: 163 Range: 095, ... | **Document Type: Assignment, Bill of Sale and Conveyance. Document Date:** 06/07/2022 | |

**Divide County 302863**

| | | |
| --- | --- | --- |
| **Instrument #** 302863 | **Recording Date:** Wed Aug 24 13:15:00 CDT 2022 | Preview Image ☐ Purchase |
| **Grantor:** Steel Reef Burke, LLC | **Grantee:** Formentera Operations LLC, FP Balboa ND LLC | |
| **Legal:** , ...Quarter: NW Section: 01 Township: 163 Range: 095, Quarter: NE Section: 01 Township: 163 Range: 095, Quarter: SW Section: 01 Township: 163 Range: 095, Quarter: SE Section: 01 Township: 163 Range: 095, Sixteenth: NW Quarter: NW Section: 01 Township: 163 Range: 095, ... | **Document Type: MEMORANDUM Document Date:** 07/28/2022 | |

**BOTTINEAU COUNTY 430416**

| | | |
| --- | --- | --- |
| **Instrument #** 430416 | **Recording Date:** Mon Aug 01 10:48:00 CDT 2022 | Preview Image ☐ Purchase |
| **Grantor:** ROCKALL ND LLC | **Grantee:** FP BALBOA ND LLC | |
| **Legal:** , ...Quarter: NW Section: 32 Township: 162 Range: 81, Quarter: NE Section: 32 Township: 162 Range: 81, Quarter: SW Section: 32 Township: 162 Range: 81, Quarter: SE Section: 32 Township: 162 Range: 81, Sixteenth: NW | **Document Type: ASSNT/CONVEYANCE/BILL OF SALE Document Date:** 06/07/2022 | |

Return to Search Results

**You searched for:** exact search in GranteeID for FP BALBOA ND LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

81 items found, displaying all items.**1**

| Description | Summary |
|---|---|

**Renville County 210274**

**Instrument #** 210274     **Recording Date:** Wed Oct 12 10:12:00 CDT 2022     Preview Image    ☐ Purchase

**Grantor:** ROCKALL ND LLC     **Grantee:** FP BALBOA ND LLC

**Legal:** , ...Quarter: NW Section: 35 Township: 163 Range: 84, Quarter: NE Section: 35 Township: 163 Range: 84, Quarter: SW Section: 35 Township: 163 Range: 84, Quarter: SE Section: 35 Township: 163 Range: 84, Sixteenth: NW Quarter: NW Section: 35 Township: 163 Range: 84, ...     **Document Type: ASSIGNMENT Document Date:** 06/07/2022

---

**Divide County 302743**

**Instrument #** 302743     **Recording Date:** Mon Aug 01 13:35:00 CDT 2022     Preview Image    ☐ Purchase

**Grantor:** Rockall ND, LLC     **Grantee:** FP Balboa ND LLC

**Legal:** , ...Quarter: NW Section: 34 Township: 163 Range: 095, Quarter: NE Section: 34 Township: 163 Range: 095, Quarter: SW Section: 34 Township: 163 Range: 095, Quarter: SE Section: 34 Township: 163 Range: 095, Sixteenth: NW Quarter: NW Section: 34 Township: 163 Range: 095, ...     **Document Type: Assignment, Bill of Sale and Conveyance. Document Date:** 06/07/2022

---

**Divide County 302863**

**Instrument #** 302863     **Recording Date:** Wed Aug 24 13:15:00 CDT 2022     Preview Image    ☐ Purchase

**Grantor:** Steel Reef Burke, LLC     **Grantee:** Formentera Operations LLC, FP Balboa ND LLC

**Legal:** , ...Quarter: NW Section: 01 Township: 163 Range: 095, Quarter: NE Section: 01 Township: 163 Range: 095, Quarter: SW Section: 01 Township: 163 Range: 095, Quarter: SE Section: 01 Township: 163 Range: 095, Sixteenth: NW Quarter: NW Section: 01 Township: 163 Range: 095, ...     **Document Type: MEMORANDUM Document Date:** 07/28/2022

---

**BOTTINEAU COUNTY 430416**

**Instrument #** 430416     **Recording Date:** Mon Aug 01 10:48:00 CDT 2022     Preview Image    ☐ Purchase

**Grantor:** ROCKALL ND LLC     **Grantee:** FP BALBOA ND LLC

**Legal:** , ...Quarter: NW Section: 32 Township: 162 Range: 81, Quarter: NE Section: 32 Township: 162 Range: 81, Quarter: SW Section: 32 Township: 162 Range: 81, Quarter: SE Section: 32 Township: 162 Range: 81, Sixteenth: NW     **Document Type: ASSNT/CONVEYANCE/BILL OF SALE Document Date:** 06/07/2022

Return to Search Results

**You searched for:** exact search in GranteeID for FP DIVIDE LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

13 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Divide County 306552** | **Instrument #** 306552 | **Recording Date:** Wed Apr 03 08:07:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** AgriBank, FCB | **Grantee:** FP Divide, LLC | |
| | **Legal:** , ...Quarter: NE Section: 14 Township: 163 Range: 098, Quarter: SW Section: 14 Township: 163 Range: 098, Sixteenth: NW Quarter: NE Section: 14 Township: 163 Range: 098, Sixteenth: NE Quarter: NE Section: 14 Township: 163 Range: 098, Sixteenth: SW Quarter: NE Section: 14 Township: 163 Range: 098, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 03/05/2024 | |
| **Divide County 306538** | **Instrument #** 306538 | **Recording Date:** Tue Apr 02 09:34:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** AgriBank, FCB | **Grantee:** FP Divide, LLC | |
| | **Legal:** Quarter: NW Section: 21 Township: 162 Range: 097, Sixteenth: NW Quarter: NW Section: 21 Township: 162 Range: 097, Sixteenth: NE Quarter: NW Section: 21 Township: 162 Range: 097, Sixteenth: SW Quarter: NW Section: 21 Township: 162 Range: 097, Sixteenth: SE Quarter: NW Section: 21 Township: 162 Range: 097 | **Document Type: OIL AND GAS LEASE** **Document Date:** 03/06/2024 | |
| **Divide County 306551** | **Instrument #** 306551 | **Recording Date:** Wed Apr 03 08:06:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Agribank, FCB | **Grantee:** FP Divide, LLC | |
| | **Legal:** Quarter: NE Section: 14 Township: 163 Range: 102, Sixteenth: NW Quarter: NE Section: 14 Township: 163 Range: 102, Sixteenth: NE Quarter: NE Section: 14 Township: 163 Range: 102, Sixteenth: SW Quarter: NE Section: 14 Township: 163 Range: 102, Sixteenth: SE Quarter: NE Section: 14 Township: 163 Range: 102 | **Document Type: OIL AND GAS LEASE** **Document Date:** 03/05/2024 | |
| **Divide County 307103** | **Instrument #** 307103 | **Recording Date:** Wed May 22 14:30:00 CDT 2024 | Preview Image ☐ Purchase |
| | **Grantor:** Muscutt, Brent | **Grantee:** FP Divide LLC | |
| | **Legal:** , ...Quarter: NE Section: 04 Township: 161 Range: 097, Sixteenth: NW Quarter: NE Section: 04 Township: 161 Range: 097, Sixteenth: NE Quarter: NE Section: 04 Township: 161 Range: | **Document Type: AGREEMENT** **Document Date:** 03/10/2024 | |

Return to Search Results

**You searched for:** exact search in GranteeID for FP PRONGHORN LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

5 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | |
|---|---|---|---|
| | | | Select All / None |
| **Divide County 306553** | **Instrument #** 306553 | **Recording Date:** Wed Apr 03 08:08:00 CDT 2024 | Preview Image    ☐ Purchase |
| | **Grantor:** AgriBank, FCB | **Grantee:** FP Pronghorn, LLC | |
| | **Legal:** , ...Quarter: NW Section: 11 Township: 162 Range: 097, Quarter: SW Section: 11 Township: 162 Range: 097, Sixteenth: NW Quarter: NW Section: 11 Township: 162 Range: 097, Sixteenth: NE Quarter: NW Section: 11 Township: 162 Range: 097, Sixteenth: SW Quarter: NW Section: 11 Township: 162 Range: 097, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/06/2024 | |
| **Divide County 306554** | **Instrument #** 306554 | **Recording Date:** Wed Apr 03 08:09:00 CDT 2024 | Preview Image    ☐ Purchase |
| | **Grantor:** AgriBank, FCB | **Grantee:** FP Pronghorn, LLC | |
| | **Legal:** Quarter: SE Section: 08 Township: 162 Range: 097, Sixteenth: NW Quarter: SE Section: 08 Township: 162 Range: 097, Sixteenth: NE Quarter: SE Section: 08 Township: 162 Range: 097, Sixteenth: SW Quarter: SE Section: 08 Township: 162 Range: 097, Sixteenth: SE Quarter: SE Section: 08 Township: 162 Range: 097 | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/06/2024 | |
| **Burke County 280029** | **Instrument #** 280029 | **Recording Date:** Thu May 09 09:13:00 CDT 2024 | Preview Image    ☐ Purchase |
| | **Grantor:** BONSNESS, DOUGLAS | **Grantee:** FP PRONGHORN, LLC | |
| | **Legal:** , ...Quarter: NW Section: 25 Township: 162 Range: 94, Quarter: NE Section: 25 Township: 162 Range: 94, Sixteenth: NW Quarter: NW Section: 25 Township: 162 Range: 94, Sixteenth: NE Quarter: NW Section: 25 Township: 162 Range: 94, Sixteenth: NW Quarter: NE Section: 25 Township: 162 Range: 94, ... | **Document Type:** MEMORANDUM OF SURFACE EASEMENT **Document Date:** 04/11/2024 | |
| **Burke County 280067** | **Instrument #** 280067 | **Recording Date:** Tue May 14 08:59:00 CDT 2024 | Preview Image    ☐ Purchase |
| | **Grantor:** IVERSON, JIMMY L., IVERSON, RICKIE, MADER, CLEO, HANSON, SHIRLEY | **Grantee:** FP PRONGHORN, LLC | |
| | **Legal:** Quarter: SW Section: 23 Township: 162 Range: 94, Sixteenth: NW Quarter: SW Section: 23 Township: 162 Range: 94, Sixteenth: NE Quarter: SW | **Document Type:** MEMORANDUM OF SURFACE EASEMENT **Document Date:** 03/25/2024 | |

Return to Search Results

**You searched for:** exact search in GranteeID for FREEDOM ENERGY RESOURCES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

117 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
|---|---|

**Bowman County 183385**

**Instrument #** 183385    **Recording Date:** Fri Nov 03 11:06:00 CDT 2017    Preview Image    ☐ Purchase

**Grantor:** GRIZZLY NRG, LLC    **Grantee:** FREEDOM ENERGY RESOURCES LLC

**Legal:** Lot 1, Lot 2, Lot 3, Lot 4, , ...Section: 18 Township: 129 Range: 103, Section: 18 Township: 129 Range: 103, Section: 18 Township: 129 Range: 103, Section: 18 Township: 129 Range: 103, Quarter: NW Section: 18 Township: 129 Range: 103, ...    **Document Type: MEMORANDUM OF ASSIGNMENT OF OIL AND GAS Document Date:** 10/24/2017

**Bowman County 185519**

**Instrument #** 185519    **Recording Date:** Mon Mar 02 13:35:00 CST 2020    Preview Image    ☐ Purchase

**Grantor:** STATE OF NORTH DAKOTA, THRU BOARD OF UNI    **Grantee:** FREEDOM ENERGY RESOURCES LLC

**Legal:** Lot 3, Lot 4, , , Section: 30 Township: 129 Range: 105, Section: 30 Township: 129 Range: 105, Quarter: SW Section: 30 Township: 129 Range: 105, Sixteenth: NE Quarter: SW Section: 30 Township: 129 Range: 105, Sixteenth: SE Quarter: SW Section: 30 Township: 129 Range: 105    **Document Type: OIL AND GAS LEASE Document Date:** 08/01/2017

**Bowman County 185517**

**Instrument #** 185517    **Recording Date:** Mon Mar 02 13:26:00 CST 2020    Preview Image    ☐ Purchase

**Grantor:** STATE OF NORTH DAKOTA, THRU BOARD OF UNI    **Grantee:** FREEDOM ENERGY RESOURCES LLC

**Legal:** Quarter: NE Section: 30 Township: 129 Range: 105, Sixteenth: SW Quarter: NE Section: 30 Township: 129 Range: 105, Sixteenth: SE Quarter: NE Section: 30 Township: 129 Range: 105    **Document Type: OIL AND GAS LEASE Document Date:** 08/01/2017

**Bowman County 185518**

**Instrument #** 185518    **Recording Date:** Mon Mar 02 13:33:00 CST 2020    Preview Image    ☐ Purchase

**Grantor:** STATE OF NORTH DAKOTA, THRU BOARD OF UNI    **Grantee:** FREEDOM ENERGY RESOURCES LLC

Return to Search Results

**You searched for:** exact search in GranteeID for FUTURE ACQUISITION NORTH DAKOTA LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

148 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
| --- | --- |

**Divide County 291031**

**Instrument #** 291031    B: 417M P: 429 2017

**Recording Date:** Fri Apr 28 13:15:00 CDT 2017

Preview Image

☐ Purchase

**Grantor:** Yurish, Bradley M.

**Grantee:** Future Acquisition North Dakota, LLC

**Legal:** Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: NW Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: NE Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: SW Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: SE Quarter: NE Section: 05 Township: 162 Range: 100

**Document Type: MEMORANDUM OF OIL AND GAS LEASE**
**Document Date:** 03/03/2017

---

**Divide County 291030**

**Instrument #** 291030    B: 417M P: 427 2017

**Recording Date:** Fri Apr 28 13:15:00 CDT 2017

Preview Image

☐ Purchase

**Grantor:** Berglund, Janet C.

**Grantee:** Future Acquisition North Dakota, LLC

**Legal:** Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: NW Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: NE Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: SW Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: SE Quarter: NE Section: 05 Township: 162 Range: 100

**Document Type: MEMORANDUM OF OIL AND GAS LEASE**
**Document Date:** 03/14/2017

---

**Divide County 291029**

**Instrument #** 291029    B: 417M P: 425 2017

**Recording Date:** Fri Apr 28 13:15:00 CDT 2017

Preview Image

☐ Purchase

**Grantor:** Gallagher, Linda B.

**Grantee:** Future Acquisition North Dakota, LLC

**Legal:** Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: NW Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: NE Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: SW Quarter: NE Section: 05 Township: 162 Range: 100, Sixteenth: SE Quarter: NE Section: 05 Township: 162 Range: 100

**Document Type: MEMORANDUM OF OIL AND GAS LEASE**
**Document Date:** 03/01/2017

---

**Divide County 291035**

**Instrument #** 291035    B: 417M P: 437 2017

**Recording Date:** Fri Apr 28 13:15:00 CDT 2017

Preview Image

☐ Purchase

**Grantor:** Red Crown Royalties, LLC

**Grantee:** Future Acquisition North Dakota, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for G4 LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

6 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 270784** | **Instrument #** 270784   **B:** 353M **P:** 75   2013 | **Recording Date:** Mon May 13 13:35:00 CDT 2013 | Preview Image | ☐ Purchase |
| | **Grantor:** SM Energy Company | **Grantee:** SM Energy Company, Crescent Point Energy U.S. Corp., Herreid, Wallace, Herreid, Virginia, Murex Petroleum Corporation, Geronimo Holding Corporation, G4, LLC, The Hefner Company, Simonson Estate, Bernard, Cedar Creek Oil & Gas Company, ... | | |
| | **Legal:** , ...Quarter: NW Section: 13 Township: 163 Range: 101, Quarter: NE Section: 13 Township: 163 Range: 101, Quarter: SW Section: 13 Township: 163 Range: 101, Quarter: SE Section: 13 Township: 163 Range: 101, Sixteenth: NW Quarter: NW Section: 13 Township: 163 Range: 101, ... | **Document Type: SUPPLEMENT TO OPERATING AGREEMENT** **Document Date:** 07/01/2011 | | |
| **Divide County 279364** | **Instrument #** 279364   **B:** MTGE **P:** 448   2014 | **Recording Date:** Tue Jul 29 08:40:00 CDT 2014 | Preview Image | ☐ Purchase |
| | **Grantor:** Bakken Hunter, LLC | **Grantee:** Diamond Exploration, Inc., Millennium Corporation, J3 Exploration, Geronimo Holding Corporation, G4, LLC, Sandvik, Kenneth L., Larson, Benjamin J., Black Stone Energy Company, LLC, Northern Energy Corporation, Hunt Oil Company, ... | | |
| | **Legal:** , ...Quarter: NW Section: 27 Township: 164 Range: 099, Quarter: NE Section: 27 Township: 164 Range: 099, Quarter: SW Section: 27 Township: 164 Range: 099, Quarter: SE Section: 27 Township: 164 Range: 099, Sixteenth: NW Quarter: NW Section: 27 Township: 164 Range: 099, ... | **Document Type: MORTGAGE (MINERALS)** **Document Date:** 02/27/2014 | | |
| **Burleigh County 631891** | **Instrument #** 631891 | **Recording Date:** Mon Jan 31 14:01:00 CST 2005 | Preview Image | ☐ Purchase |
| | **Grantor:** MEADOWLARK HILLS LLC | **Grantee:** G4 LLC | | |
| | **Legal:** Subdivision MEADOWLARK COMMERCIAL SECOND ADDITION Lot 2 Block 1 | **Document Type: WARRANTY DEED** **Document Date:** 01/10/2005 | | |
| **Burleigh County 631890** | **Instrument #** 631890 | **Recording Date:** Mon Jan 31 14:01:00 CST 2005 | Preview Image | ☐ Purchase |

Return to Search Results

**You searched for:** exact search in GranteeID for GOLDEN EYE RESOURCES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

203 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3 [Next/Last]

| Description | Summary |
|---|---|

**Renville County 188401**

**Instrument #** 188401 2009    **B:** 296MI **P:** 173    **Recording Date:** Fri Jan 23 12:01:00 CST 2009    Preview Image    ☐ Purchase

**Grantor:** RED CROWN ROYALTIES, LLC    **Grantee:** GOLDEN EYE RESOURCES, LLC

**Legal:** , ...Quarter: NW Section: 28 Township: 159 Range: 86, Quarter: NE Section: 28 Township: 159 Range: 86, Quarter: SW Section: 28 Township: 159 Range: 86, Quarter: SE Section: 28 Township: 159 Range: 86, Sixteenth: NW Quarter: NW Section: 28 Township: 159 Range: 86, ...    **Document Type:** OIL AND GAS LEASE **Document Date:** 12/01/2008

**Renville County 188402**

**Instrument #** 188402 2009    **B:** 296MI **P:** 176    **Recording Date:** Fri Jan 23 12:02:00 CST 2009    Preview Image    ☐ Purchase

**Grantor:** RED CROWN ROYALTIES, LLC    **Grantee:** GOLDEN EYE RESOURCES, LLC

**Legal:** , ...Quarter: NW Section: 29 Township: 159 Range: 86, Quarter: NE Section: 29 Township: 159 Range: 86, Sixteenth: NW Quarter: NW Section: 29 Township: 159 Range: 86, Sixteenth: NE Quarter: NW Section: 29 Township: 159 Range: 86, Sixteenth: NW Quarter: NE Section: 29 Township: 159 Range: 86, ...    **Document Type:** OIL AND GAS LEASE **Document Date:** 12/01/2008

**Renville County 188399**

**Instrument #** 188399 2009    **B:** 296MI **P:** 167    **Recording Date:** Fri Jan 23 11:59:00 CST 2009    Preview Image    ☐ Purchase

**Grantor:** RED CROWN ROYALTIES, LLC    **Grantee:** GOLDEN EYE RESOURCES, LLC

**Legal:** , ...Quarter: SW Section: 34 Township: 158 Range: 86, Quarter: SE Section: 34 Township: 158 Range: 86, Sixteenth: NE Quarter: SW Section: 34 Township: 158 Range: 86, Sixteenth: NW Quarter: SE Section: 34 Township: 158 Range: 86, Sixteenth: NE Quarter: SE Section: 34 Township: 158 Range: 86, ...    **Document Type:** OIL AND GAS LEASE **Document Date:** 12/01/2008

**Renville County 188400**

**Instrument #** 188400 2009    **B:** 296MI **P:** 170    **Recording Date:** Fri Jan 23 12:00:00 CST 2009    Preview Image    ☐ Purchase

**Grantor:** RED CROWN ROYALTIES, LLC    **Grantee:** GOLDEN EYE RESOURCES, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for GREAT NORTHERN ENERGY INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2,979 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

**Purchase Selected**

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Slope County 091215** | **Instrument #** 091215 | **Recording Date:** Fri Jul 31 13:10:00 CDT 2009 | Preview Image | ☐ Purchase |
| | **Grantor:** ` | **Grantee:** GREAT NORTHERN ENERGY, INC | | |
| | **Legal:** , ...Quarter: NW Section: 15 Township: 135 Range: 106, Quarter: SW Section: 15 Township: 135 Range: 106, Quarter: SE Section: 15 Township: 135 Range: 106, Sixteenth: NW Quarter: NW Section: 15 Township: 135 Range: 106, Sixteenth: NE Quarter: NW Section: 15 Township: 135 Range: 106, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 07/14/2009 | | |
| **Slope County 091214** | **Instrument #** 091214 | **Recording Date:** Fri Jul 31 13:00:00 CDT 2009 | Preview Image | ☐ Purchase |
| | **Grantor:** MOSS, JR, GEORGE E | **Grantee:** GREAT NORTHERN ENERGY, INC | | |
| | **Legal:** , ...Quarter: NW Section: 15 Township: 135 Range: 106, Quarter: SW Section: 15 Township: 135 Range: 106, Quarter: SE Section: 15 Township: 135 Range: 106, Sixteenth: NW Quarter: NW Section: 15 Township: 135 Range: 106, Sixteenth: NE Quarter: NW Section: 15 Township: 135 Range: 106, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 07/14/2009 | | |
| **Slope County 091216** | **Instrument #** 091216 | **Recording Date:** Fri Jul 31 13:20:00 CDT 2009 | Preview Image | ☐ Purchase |
| | **Grantor:** ROLLE, MYRA ELLEN | **Grantee:** GREAT NORTHERN ENERGY, INC | | |
| | **Legal:** , ...Quarter: NW Section: 15 Township: 135 Range: 106, Quarter: SW Section: 15 Township: 135 Range: 106, Quarter: SE Section: 15 Township: 135 Range: 106, Sixteenth: NW Quarter: NW Section: 15 Township: 135 Range: 106, Sixteenth: NE Quarter: NW Section: 15 Township: 135 Range: 106, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 07/14/2009 | | |
| **Slope County 091277** | **Instrument #** 091277 | **Recording Date:** Fri Sep 11 13:00:00 CDT 2009 | Preview Image | ☐ Purchase |
| | **Grantor:** BROCKEL, COLLEEN F | **Grantee:** GREAT NORTHERN ENERGY, INC | | |
| | **Legal:** , ...Quarter: NW Section: 15 Township: 135 Range: 106, Quarter: SW Section: 15 Township: 135 Range: 106, Quarter: SE Section: 15 Township: 135 | **Document Type:** RATIFICATION **Document Date:** 08/11/2009 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for GREAT PLAINS LAND SERVICES INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

4 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | |
|---|---|---|---|---|
| **Stutsman County 221835** | **Instrument #** 221835 | **Recording Date:** Tue Jun 20 15:50:00 CDT 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** R2R, LLC | **Grantee:** GREAT PLAINS LAND SERVICES, INC. | | |
| | **Legal:** Subdivision JAMESTOWN - PIONEER HILLS ADDITION Lot 14 Block 1 | **Document Type: WARRANTY DEED** **Document Date:** 06/16/2017 | | |
| **Stutsman County 227252** | **Instrument #** 227252 | **Recording Date:** Thu Dec 27 15:12:00 CST 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** UNISON BANK, STUTSMAN COUNTY STATE BANK | **Grantee:** GREAT PLAINS LAND SERVICES, INC. | | |
| | **Legal:** Subdivision JAMESTOWN - PIONEER HILLS ADDITION Lot 14 Block 1 | **Document Type: SATISFACTION** **Document Date:** 12/20/2018 | | |
| **Morton County 494603** | **Instrument #** 494603 | **Recording Date:** Mon May 11 09:14:00 CDT 2020 | Preview Image | ☐ Purchase |
| | **Grantor:** SECURITY FIRST BANK OF NORTH DAKOTA | **Grantee:** GREAT PLAINS LAND SERVICES INC | | |
| | **Legal:** Subdivision LEXI LOOP CONDOMINIUMS II BLDG 2310 Lot 3, Subdivision LAKEWOOD COMMERCIAL PARK 3RD ADDITION 2N Lot 2 Block 1 | **Document Type: SATISFACTION** **Document Date:** 05/06/2020 | | |
| **Morton County 463661** | **Instrument #** 463661 | **Recording Date:** Thu Apr 16 11:40:00 CDT 2015 | Preview Image | ☐ Purchase |
| | **Grantor:** SHOAL LOOP PROPERTIES LLC | **Grantee:** GREAT PLAINS LAND SERVICES INC | | |
| | **Legal:** Subdivision LEXI LOOP CONDOMINIUMS II BLDG 2310 Lot 3, Subdivision LAKEWOOD COMMERCIAL PARK 3RD ADDITION 2N Lot 2 Block 1 | **Document Type: WARRANTY DEED** **Document Date:** 04/15/2015 | | |

4 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for HEDBERG OIL COMPANY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

26 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | | |
|---|---|---|---|---|---|
| **Divide County 288196** | **Instrument #** 288196 2016 | **B:** 410M **P:** 67 | **Recording Date:** Mon Apr 04 13:20:00 CDT 2016 | Preview Image | ☐ Purchase |
| | **Grantor:** Hunt Oil Company | | **Grantee:** Hedberg Oil Company, LLC, Sisu Energy, Inc., DW Energy Group, LLC, Aziz, Akbar | | |
| | **Legal:** , ...Quarter: NW Section: 18 Township: 161 Range: 099, Quarter: NE Section: 18 Township: 161 Range: 099, Quarter: SW Section: 18 Township: 161 Range: 099, Quarter: SE Section: 18 Township: 161 Range: 099, Sixteenth: NW Quarter: NW Section: 18 Township: 161 Range: 099, ... | | **Document Type: SUPPLEMENT TO OPERATING AGREEMENT** **Document Date:** 11/07/2013 | | |
| **Divide County 266972** | **Instrument #** 266972 2012 | **B:** 341M **P:** 17 | **Recording Date:** Tue Oct 16 13:20:00 CDT 2012 | Preview Image | ☐ Purchase |
| | **Grantor:** George, Hilary Gillespie | | **Grantee:** Hedberg Oil Company, LLC. | | |
| | **Legal:** Quarter: NE Section: 21 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 21 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 21 Township: 162 Range: 095, Sixteenth: SW Quarter: NE Section: 21 Township: 162 Range: 095, Sixteenth: SE Quarter: NE Section: 21 Township: 162 Range: 095 | | **Document Type: OIL AND GAS LEASE** **Document Date:** 09/24/2012 | | |
| **Divide County 266971** | **Instrument #** 266971 2012 | **B:** 341M **P:** 13 | **Recording Date:** Tue Oct 16 13:20:00 CDT 2012 | Preview Image | ☐ Purchase |
| | **Grantor:** Miller, Debra Gillespie | | **Grantee:** Hedberg Oil Company, LLC. | | |
| | **Legal:** Quarter: NE Section: 21 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 21 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 21 Township: 162 Range: 095, Sixteenth: SW Quarter: NE Section: 21 Township: 162 Range: 095, Sixteenth: SE Quarter: NE Section: 21 Township: 162 Range: 095 | | **Document Type: OIL AND GAS LEASE** **Document Date:** 09/24/2012 | | |
| **Divide County 266973** | **Instrument #** 266973 2012 | **B:** 341M **P:** 21 | **Recording Date:** Tue Oct 16 13:20:00 CDT 2012 | Preview Image | ☐ Purchase |
| | **Grantor:** Gillespie, Clarke B. Jr. | | **Grantee:** Hedberg Oil Company, LLC. | | |

Select All / None

Return to Search Results

**You searched for:** exact search in GranteeID for PHOENIX CAPITAL GROUP HOLDINGS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

744 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

**Sheridan County 126202**

**Instrument #** 126202    **Recording Date:** Mon May 02 10:59:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** TARA RUDMAN REVOCABLE TRUST, FEATHER RIVER 75, LLC, THE PETER M. YOUNG AND TACHINA RUDMAN-YO, TP2K HOLDINGS, LLC, THE TACHINA RUDMAN TRUST

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 04 Township: 148 Range: 78, Sixteenth: NW Quarter: SW Section: 04 Township: 148 Range: 78, Sixteenth: SW Quarter: SW Section: 04 Township: 148 Range: 78, Quarter: SE Section: 05 Township: 148 Range: 78, Sixteenth: NE Quarter: SE Section: 05 Township: 148 Range: 78, ...

**Document Type: ASSIGNMENT Document Date:** 03/15/2022

---

**Slope County 101945**

**Instrument #** 101945    **Recording Date:** Mon Aug 15 13:25:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** SCHOOL SISTERS OF NOTRE DAME CENTRAL PAC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 08 Township: 133 Range: 099, Sixteenth: NW Quarter: NW Section: 08 Township: 133 Range: 099, Sixteenth: NE Quarter: NW Section: 08 Township: 133 Range: 099, Sixteenth: SW Quarter: NW Section: 08 Township: 133 Range: 099, Sixteenth: SE Quarter: NW Section: 08 Township: 133 Range: 099, ...

**Document Type: MINERAL DEED Document Date:** 08/07/2022

---

**Grant County 145285**

**Instrument #** 145285    **Recording Date:** Fri Apr 29 14:50:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** TERESA RUDMAN, TRUSTEE OF THE TARA RUDMA, Feather River 75, LLC, TACHINA RUDMAN-YOUNG, TRUSTEE OF THE PTE, PETER M. YOUNG, TRUSTEE OF THE PTER M. Y, TP2K HOLDINGS, LLC, R. HIRAM LUCIUS, TRUSTEE OF THE TACHINA

**Grantee:** Phoenix Capital Group Holdings, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 133 Range: 89, Sixteenth: NE Quarter: NE Section: 06 Township: 133 Range: 89, Quarter: NE Section: 06 Township: 133 Range: 89, Sixteenth: NW Quarter: NE Quarter: NW Section: 06 Township: 133 Range: 89, ...

**Document Type: ASSIGNMENT, CONVEYANCE AND MINERAL DEED Document Date:** 03/15/2022

Return to Search Results

**You searched for:** exact search in GranteeID for INLAND OIL & GAS CORPORATION and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,156 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Dunn County 3037197** | **Instrument #** 3037197 | **Recording Date:** Mon Jul 13 10:33:00 CDT 2009 | Preview Image | ☐ Purchase |
| | **Grantor:** TRACKER RESOURCE EXPLORATION ND, LLC | **Grantee:** TRZ ENERGY LLC, HENDRICKSON, ALAN - LESSOR, ZUBKE, CARRIE - LESSOR, HENDRICKSON, CARRIE FKA - LESSOR, STEIN, RODNEY - LESSOR, STEIN, ROGER - LESSOR, STEIN, RICK - LESSOR, STEIN, KRIS - LESSOR, STEIN, RUSSELL - LESSOR, STEIN, L'NETTE A. - LESSOR, ... | | |
| | **Legal:** , ...Quarter: SW Section: 04 Township: 143 Range: 93, Quarter: SE Section: 04 Township: 143 Range: 93, Sixteenth: NE Quarter: SW Section: 04 Township: 143 Range: 93, Sixteenth: NW Quarter: SE Section: 04 Township: 143 Range: 93, Sixteenth: SE Quarter: SW Section: 04 Township: 143 Range: 93, ... | **Document Type:** ASSIGNMENT **Document Date:** 07/01/2009 | | |
| **Slope County 089721** | **Instrument #** 089721 | **Recording Date:** Mon Jul 17 13:00:00 CDT 2006 | Preview Image | ☐ Purchase |
| | **Grantor:** STROTHMAN, BERK | **Grantee:** INLAND OIL & GAS CORPORATION | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NE Section: 04 Township: 135 Range: 100, Sixteenth: NE Quarter: NE Section: 04 Township: 135 Range: 100, Quarter: NE Section: 04 Township: 135 Range: 100, Sixteenth: NW Quarter: NE Section: 04 Township: 135 Range: 100, Quarter: NE Section: 04 Township: 135 Range: 100, ... | **Document Type:** MINERAL DEED **Document Date:** 06/20/2006 | | |
| **Slope County 082724** | **Instrument #** 082724    **B:** 103MC **P:** 410 | **Recording Date:** Tue Feb 27 13:40:00 CST 1996 | Preview Image | ☐ Purchase |
| | **Grantor:** BAIN, ROBERT D, ET UX, BAIN, GLADYS M, ET VIR | **Grantee:** INLAND OIL & GAS CORPORATION | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NE Section: 03 Township: 133 Range: 103, Sixteenth: NE Quarter: NE Section: 03 Township: 133 Range: 103, Quarter: NE Section: 03 Township: 133 Range: 103, Sixteenth: NW Quarter: NE Section: 03 Township: 133 Range: 103, Quarter: NE Section: 03 Township: 133 Range: 103, ... | **Document Type:** MINERAL DEED **Document Date:** 01/30/1996 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for INTERWEST PETROLEUM CORP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2,046 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary | | |
|---|---|---|---|
| **Dunn County 3023774** | **Instrument #** 3023774   B: 344 P: 134 2007 | **Recording Date:** Tue Sep 04 15:54:00 CDT 2007 | Preview Image |
| | **Grantor:** INTERWEST PETROLEUM CORP. | **Grantee:** PITCHBLACK OIL, LLC, STUBER, DUDLEY J. TRUSTEE, STUBER, D.J. LAND & ROYALTY TRUST, INTERWEST PETROLEUM CORP., ODREN, CLEO L. - LESSOR, ODREN, GARY G. - LESSOR, BERG, ZANE R. - LESSOR, BERG, DION M. - LESSOR, INTERWEST PETROLEUM CORP. - LESSEE | |
| | **Legal:** , ...Quarter: SE Section: 09 Township: 144 Range: 94, Sixteenth: NW Quarter: SE Section: 09 Township: 144 Range: 94, Sixteenth: NE Quarter: SE Section: 09 Township: 144 Range: 94, Sixteenth: SW Quarter: SE Section: 09 Township: 144 Range: 94, Sixteenth: SE Quarter: SE Section: 09 Township: 144 Range: 94, ... | **Document Type: ASSIGNMENT ORR INTEREST** **Document Date:** 06/15/2007 | |
| **Golden Valley County 19107713** | **Instrument #** 19107713 | **Recording Date:** Fri Feb 22 08:17:00 CST 2019 | Preview Image |
| | **Grantor:** LANSING RALPH W, LANSING DELLA M | **Grantee:** INTERWEST PETROLEUM CORPORATION, INTERWEST PETROLEUM CORP | |
| | **Legal:** Lot 8, Lot 9, Lot 1, Lot 4, Lot 5, ...Section: 31 Township: 137 Range: 103, Section: 31 Township: 137 Range: 103, Section: 32 Township: 137 Range: 103, Section: 32 Township: 137 Range: 103, Section: 32 Township: 137 Range: 103, ... | **Document Type: MINERAL DEED** **Document Date:** 02/13/2019 | |
| **Dunn County 3027045** | **Instrument #** 3027045 | **Recording Date:** Tue Mar 04 11:18:00 CST 2008 | Preview Image |
| | **Grantor:** ROCKY MOUNTAIN EXPLORATION, INC. | **Grantee:** TRACKER RESOURCE EXPLORATION NORTH DAKOT, FOCHT, MARGIE - LESSOR, FOCHT, MARGARET D. AKA - LESSOR, BAILEY, DONALD RICHERD - LESSOR, BAILEY, DONALD AKA - LESSOR, BAILEY, CAROLYN - LESSOR, STARK, TIMOTHY - LESSOR, KLING, GLORIA ESTATE - LESSOR, HAASE, EILEEN K. - LESSOR, BAILEY, RICHARD JR. - LESSOR, ... | |
| | **Legal:** , ...Quarter: NW Section: 27 Township: 143 Range: 93, Quarter: SW Section: 27 Township: 143 Range: 93, | **Document Type: ASSIGNMENT ORR INTEREST** **Document Date:** 02/12/2008 | |

Purchase ☐ (for each of the three entries above)

Return to Search Results

**You searched for:** exact search in GranteeID for IRON HORSE ROYALTIES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

49 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 292213** | **Instrument #** 292213 2017 | **B:** ASGN **P:** 503 | **Recording Date:** Fri Oct 27 14:55:00 CDT 2017 | Preview Image    ☐ Purchase |
| | **Grantor:** Royalty Acquisitions, LLLP | | **Grantee:** Iron Horse Royalties, LLC | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 161 Range: 095, Sixteenth: NW Quarter: NW Section: 29 Township: 161 Range: 095, Sixteenth: NE Quarter: NW Section: 29 Township: 161 Range: 095, Sixteenth: SW Quarter: NW Section: 29 Township: 161 Range: 095, Sixteenth: SE Quarter: NW Section: 29 Township: 161 Range: 095, ... | | **Document Type:** CONVEYANCE & ASSIGNMENT **Document Date:** 09/07/2017 | |
| **Divide County 301650** | **Instrument #** 301650 | | **Recording Date:** Mon Jan 24 12:05:00 CST 2022 | Preview Image    ☐ Purchase |
| | **Grantor:** Aurora Energy Solutions, LLC | | **Grantee:** Iron Horse Royalties, LLC | |
| | **Legal:** , ...Quarter: SE Section: 26 Township: 160 Range: 102, Sixteenth: NW Quarter: SE Section: 26 Township: 160 Range: 102, Sixteenth: NE Quarter: SE Section: 26 Township: 160 Range: 102, Sixteenth: SW Quarter: SE Section: 26 Township: 160 Range: 102, Sixteenth: SE Quarter: SE Section: 26 Township: 160 Range: 102, ... | | **Document Type:** ASSIGNMENT **Document Date:** 01/05/2022 | |
| **Divide County 302349** | **Instrument #** 302349 | | **Recording Date:** Tue May 31 08:30:00 CDT 2022 | Preview Image    ☐ Purchase |
| | **Grantor:** Bole Resources, LLC | | **Grantee:** Iron Horse Royalties, LLC, Raptor Resources, LLC | |
| | **Legal:** Quarter: NW Section: 25 Township: 161 Range: 100, Sixteenth: NE Quarter: NW Section: 25 Township: 161 Range: 100, Sixteenth: SE Quarter: NW Section: 25 Township: 161 Range: 100 | | **Document Type:** ASSIGNMENT OF OIL AND GAS LEASE **Document Date:** 03/31/2022 | |
| **Divide County 302279** | **Instrument #** 302279 | | **Recording Date:** Fri May 20 08:24:00 CDT 2022 | Preview Image    ☐ Purchase |
| | **Grantor:** Metcalfe III, Albert G. | | **Grantee:** Iron Horse Royalties, LLC | |
| | **Legal:** , ...Quarter: NW Section: 18 Township: 161 Range: 097, Sixteenth: NW Quarter: NW Section: 18 Township: 161 Range: 097, Sixteenth: NE Quarter: NW Section: 18 Township: 161 Range: 097, Sixteenth: SW Quarter: NW Section: 18 Township: 161 Range: 097, Sixteenth: | | **Document Type:** MINERAL DEED **Document Date:** 12/06/2021 | |

Return to Search Results

**You searched for:** exact search in GranteeID for JTT OIL LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

26 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Divide County 287710**

**Instrument #** 287710    **B:** MTGE **P:** 101    **Recording Date:** Tue Feb 16 14:05:00 CST 2016

Preview Image

☐ Purchase

**Grantor:** Hunt Oil Company

**Grantee:** JTT Oil, LLC

**Legal:** , ...Quarter: NW Section: 30 Township: 161 Range: 101, Quarter: NE Section: 30 Township: 161 Range: 101, Quarter: SW Section: 30 Township: 161 Range: 101, Quarter: SE Section: 30 Township: 161 Range: 101, Sixteenth: NW Quarter: NW Section: 30 Township: 161 Range: 101, ...

**Document Type: STATEMENT OF LIEN**
**Document Date:** 02/08/2016

---

**Golden Valley County 15105209**

**Instrument #** 15105209    **Recording Date:** Tue Jun 02 15:28:00 CDT 2015

Preview Image

☐ Purchase

**Grantor:** BRAGG J.F. JR, J-KAMP OIL, LLC, DYKINS JAMES C., STRINGER JOAN M., DYKINS JOHN R.

**Grantee:** JTT OIL LLC

**Legal:** Lot 9, Lot 9, Lot 9, Lot 10, Lot 10, ...Quarter: SW Section: 04 Township: 144 Range: 103, Sixteenth: NW Quarter: SW Section: 04 Township: 144 Range: 103, Sixteenth: NE Quarter: SW Section: 04 Township: 144 Range: 103, Quarter: SW Section: 04 Township: 144 Range: 103, Sixteenth: NW Quarter: SW Section: 04 Township: 144 Range: 103, ...

**Document Type: ASSIGNMENT OF OIL AND GAS LEASE(S)**
**Document Date:** 10/29/2014

---

**Golden Valley County 13102116**

**Instrument #** 13102116    **Recording Date:** Thu Jan 10 13:48:00 CST 2013

Preview Image

☐ Purchase

**Grantor:** MJ OIL LLC

**Grantee:** JTT OIL LLC, J KAMP OIL LLC

**Legal:** Lot 3, Lot 3, Lot 3, Lot 3, Lot 3, ...Quarter: NW Section: 02 Township: 141 Range: 104, Quarter: SW Section: 02 Township: 141 Range: 104, Quarter: SE Section: 02 Township: 141 Range: 104, Sixteenth: SW Quarter: NW Section: 02 Township: 141 Range: 104, Sixteenth: SE Quarter: NW Section: 02 Township: 141 Range: 104, ...

**Document Type: ASSIGNMENT OF OIL AND GAS LEASE(S)**
**Document Date:** 01/03/2013

---

**Divide County 276535**

**Instrument #** 276535    **B:** 372M **P:** 555    **Recording Date:** Wed Feb 12 09:30:00 CST 2014

Preview Image

☐ Purchase

**Grantor:** Slaaen, Robert, Slaaen, Marlaine

**Grantee:** JTT Oil, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for KALLE OIL AND GAS INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

6 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Dunn County 3085174** | **Instrument #** 3085174 | **Recording Date:** Tue Mar 06 13:51:00 CST 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** KALLEVIG, BRENT L., KALLEVIG, BRENT AKA | **Grantee:** KALLEVIG, JONEEN, KALLE OIL AND GAS, INC. | | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 147 Range: 97, Quarter: NE Section: 29 Township: 147 Range: 97, Quarter: SE Section: 29 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 29 Township: 147 Range: 97, Sixteenth: NE Quarter: NW Section: 29 Township: 147 Range: 97, ... | **Document Type:** QUIT CLAIM MINERAL DEED **Document Date:** 02/27/2018 | | |
| **Billings County 149717** | **Instrument #** 149717 | **Recording Date:** Fri May 04 09:38:00 CDT 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** WILD EAGLE OIL AND GAS, INC. | **Grantee:** KALLEVIG, JONEEN, KALLE OIL AND GAS, INC. | | |
| | **Legal:** Lot 1, Lot 2, Lot 3, Lot 4, , ...Section: 19 Township: 142 Range: 099, Section: 19 Township: 142 Range: 099, Section: 19 Township: 142 Range: 099, Section: 19 Township: 142 Range: 099, Quarter: NW Section: 19 Township: 142 Range: 099, ... | **Document Type:** QUIT CLAIM MINERAL DEED **Document Date:** 04/30/2018 | | |
| **Billings County 148852** | **Instrument #** 148852 | **Recording Date:** Thu Aug 24 07:45:00 CDT 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** WILD EAGLE OIL AND GAS, INC. | **Grantee:** KALLEVIG, JONEEN, KALLE OIL AND GAS, INC. | | |
| | **Legal:** Lot 1, Lot 2, Lot 3, Lot 4, , ...Section: 18 Township: 141 Range: 099, Section: 18 Township: 141 Range: 099, Section: 18 Township: 141 Range: 099, Section: 18 Township: 141 Range: 099, Quarter: NW Section: 18 Township: 141 Range: 099, ... | **Document Type:** QUIT CLAIM MINERAL DEED **Document Date:** 08/11/2017 | | |
| **Billings County 148851** | **Instrument #** 148851 | **Recording Date:** Thu Aug 24 07:40:00 CDT 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** KALLEVIG, BRENT L. | **Grantee:** KALLEVIG, JONEEN, KALLE OIL AND GAS, INC. | | |
| | **Legal:** , ...Quarter: SW Section: 27 Township: 142 Range: 099, Quarter: SE Section: 27 Township: 142 Range: 099, Sixteenth: NW Quarter: SW Section: 27 Township: 142 Range: 099, Sixteenth: NE Quarter: SW Section: 27 Township: | **Document Type:** QUIT CLAIM MINERAL DEED **Document Date:** 08/11/2017 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for KELLY OIL & GAS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

48 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | | |
|---|---|---|---|---|---|
| Select All / None | | | | | |

**Divide County 290866**

**Instrument #** 290866   **B:** 417M **P:** 32   **Recording Date:** Fri Apr 07 13:05:00 CDT 2017

Preview Image   ☐ Purchase

**Grantor:** Ruffin, Beverly J.

**Grantee:** Kelly Oil & Gas, LLC

**Legal:** , ...Quarter: NW Section: 19 Township: 163 Range: 101, Quarter: NE Section: 19 Township: 163 Range: 101, Sixteenth: NW Quarter: NW Section: 19 Township: 163 Range: 101, Sixteenth: NE Quarter: NW Section: 19 Township: 163 Range: 101, Sixteenth: NW Quarter: NE Section: 19 Township: 163 Range: 101, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 03/05/2017

---

**Divide County 293934**

**Instrument #** 293934   **B:** ASGN **P:** 590 CDT 2018   **Recording Date:** Mon Jun 25 13:45:00

Preview Image   ☐ Purchase

**Grantor:** J3 Exploration, LLC

**Grantee:** Kelly Oil & Gas, LLC

**Legal:** , ...Quarter: NE Section: 26 Township: 163 Range: 099, Sixteenth: NE Quarter: NE Section: 26 Township: 163 Range: 099, Quarter: NW Section: 03 Township: 163 Range: 099, Quarter: NE Section: 03 Township: 163 Range: 099, Sixteenth: NW Quarter: NW Section: 03 Township: 163 Range: 099, ...

**Document Type:** ASSIGNMENT OF BILL OF SALE AND CONVEYANC
**Document Date:** 05/01/2018

---

**Divide County 298813**

**Instrument #** 298813   **Recording Date:** Thu Apr 23 11:20:00 CDT 2020

Preview Image   ☐ Purchase

**Grantor:** Page Petroleum, LLC

**Grantee:** Kelly Oil & Gas, LLC

**Legal:** Quarter: NW Section: 15 Township: 160 Range: 097, Sixteenth: NW Quarter: NW Section: 15 Township: 160 Range: 097, Sixteenth: NE Quarter: NW Section: 15 Township: 160 Range: 097, Sixteenth: SW Quarter: NW Section: 15 Township: 160 Range: 097, Sixteenth: SE Quarter: NW Section: 15 Township: 160 Range: 097

**Document Type:** ASSIGNMENT OF BILL OF SALE AND CONVEYANC
**Document Date:** 04/22/2020

---

**Divide County 283116**

**Instrument #** 283116   **B:** 395M **P:** 232   **Recording Date:** Mon Feb 23 14:50:00 CST 2015

Preview Image   ☐ Purchase

**Grantor:** Kelly Oil & Gas, LLC, Robinson, Revocable Living Trust of Kell, ElliotWest Inc., Aurora Energy Solutions, LLC, DW Energy Group, LLC, Sustainable

**Grantee:** Kelly Oil & Gas, LLC, Robinson, Revocable Living Trust of Kell, ElliotWest Inc., Aurora Energy Solutions, LLC, DW Energy Group, LLC,

Return to Search Results

**You searched for:** exact search in GranteeID for KERAS RESOURCES INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

**Divide County 291895**

**Instrument #** 291895    **B:** 419M **P:** 612    **Recording Date:** Tue Sep 05 13:20:00 CDT 2017

Preview Image

☐ Purchase

**Grantor:** M & M Energy, Inc.

**Grantee:** Keras Resources, Inc.

**Legal:** Quarter: SE Section: 08 Township: 162 Range: 100, Sixteenth: NW Quarter: SE Section: 08 Township: 162 Range: 100, Sixteenth: NE Quarter: SE Section: 08 Township: 162 Range: 100, Sixteenth: SW Quarter: SE Section: 08 Township: 162 Range: 100, Sixteenth: SE Quarter: SE Section: 08 Township: 162 Range: 100

**Document Type:** OIL AND GAS LEASE
**Document Date:** 08/30/2017

**Burke County 270678**

**Instrument #** 270678    **Recording Date:** Wed Nov 06 11:48:00 CST 2019

Preview Image

☐ Purchase

**Grantor:** M & M ENERGY, INC.

**Grantee:** KERAS RESOURCES, INC.

**Legal:** , ...Quarter: NW Section: 35 Township: 161 Range: 92, Quarter: NE Section: 35 Township: 161 Range: 92, Quarter: SE Section: 35 Township: 161 Range: 92, Sixteenth: NW Quarter: NW Section: 35 Township: 161 Range: 92, Sixteenth: NE Quarter: NW Section: 35 Township: 161 Range: 92, ...

**Document Type:** OIL AND GAS LEASE
**Document Date:** 10/01/2019

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for KESSEL ANDREW and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

12 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|
| **McIntosh County 5395-D** | **Instrument #** 5395-D | **B:** D-88 **P:** 133 | **Recording Date:** Tue May 27 13:05:00 CDT 1975 | Preview Image | ☐ Purchase |
| | **Grantor:** SCHAUER, ROSINA | | **Grantee:** KESSEL, ANDREW H. | | |
| | **Legal:** Subdivision ASHLEY - Lot 4 Block 46 | | **Document Type:** WARRANTY DEED **Document Date:** 05/12/1975 | | |
| **Dunn County 3093760** | **Instrument #** 3093760 | | **Recording Date:** Thu May 06 12:50:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** SYNNES, MARK | | **Grantee:** KESSEL, ANDREW | | |
| | **Legal:** Quarter: SW Section: 05 Township: 143 Range: 93, Sixteenth: NW Quarter: SW Section: 05 Township: 143 Range: 93, Sixteenth: NE Quarter: SW Section: 05 Township: 143 Range: 93, Sixteenth: SW Quarter: SW Section: 05 Township: 143 Range: 93, Sixteenth: SE Quarter: SW Section: 05 Township: 143 Range: 93 | | **Document Type:** WARRANTY DEED **Document Date:** 04/29/2021 | | |
| **Billings County 153512** | **Instrument #** 153512 | | **Recording Date:** Tue Apr 26 11:47:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** CHOICE FINANCIAL GROUP | | **Grantee:** KESSEL, ANDREW M., JT, KESSEL, ERICA J., JT | | |
| | **Legal:** Quarter: NW Section: 19 Township: 141 Range: 098, Sixteenth: NW Quarter: NW Section: 19 Township: 141 Range: 098, Sixteenth: NE Quarter: NW Section: 19 Township: 141 Range: 098 | | **Document Type:** SATISFACTION OF MORTGAGE **Document Date:** 04/25/2022 | | |
| **Billings County 152593** | **Instrument #** 152593 | | **Recording Date:** Thu Oct 07 07:46:00 CDT 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** KESSEL, RAYMOND B. | | **Grantee:** KESSEL, ANDREW M. | | |
| | **Legal:** Quarter: NE Section: 19 Township: 141 Range: 098, Sixteenth: NW Quarter: NE Section: 19 Township: 141 Range: 098, Sixteenth: NE Quarter: NE Section: 19 Township: 141 Range: 098, Sixteenth: SW Quarter: NE Section: 19 Township: 141 Range: 098, Sixteenth: SE Quarter: NE Section: 19 Township: 141 Range: 098 | | **Document Type:** WARRANTY DEED **Document Date:** 08/30/2021 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for KIRBY WAHL KELLEY and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

One item found.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Stark County 3171452** | **Instrument #** 3171452 | **Recording Date:** Tue Mar 15 12:57:44 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** PANKOWSKI ERIK | **Grantee:** KIRBY-WAHL KELLEY E, KIRBY WAHL KELLEY E, WAHL CODY W | | |
| | **Legal:** Subdivision HEART RIVER 3RD SUB Lot 13 Block 11 | **Document Type: Warranty Deed** **Document Date:** 03/14/2022 | | |

One item found.**1**

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for KODA RESOURCES OPERATING LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,581 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

| **Divide County 302213** | **Instrument #** 302213 | **Recording Date:** Wed May 11 08:15:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** LoneTree Energy & Associates, LLC

**Grantee:** KODA Resources Operating, LLC

**Legal:** , ...Quarter: NE Section: 19 Township: 160 Range: 102, Quarter: SW Section: 19 Township: 160 Range: 102, Sixteenth: NW Quarter: NE Section: 19 Township: 160 Range: 102, Sixteenth: NE Quarter: NE Section: 19 Township: 160 Range: 102, Sixteenth: SW Quarter: NE Section: 19 Township: 160 Range: 102, ...

**Document Type:** ASSIGNMENT
**Document Date:** 05/03/2022

| **Divide County 302760** | **Instrument #** 302760 | **Recording Date:** Thu Aug 04 08:34:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** Peterson, Estate of Carl A.

**Grantee:** KODA Resources Operating LLC

**Legal:** , ...Quarter: NW Section: 30 Township: 160 Range: 102, Quarter: NE Section: 30 Township: 160 Range: 102, Quarter: SW Section: 30 Township: 160 Range: 102, Sixteenth: NW Quarter: NW Section: 30 Township: 160 Range: 102, Sixteenth: NE Quarter: NW Section: 30 Township: 160 Range: 102, ...

**Document Type:** MEMORANDUM
**Document Date:** 06/22/2022

| **Divide County 302790** | **Instrument #** 302790 | **Recording Date:** Tue Aug 09 14:05:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** Solheim, Robin, Solheim, Tim

**Grantee:** KODA Resources Operating, LLC

**Legal:** Quarter: NW Section: 29 Township: 160 Range: 102, Quarter: NE Section: 29 Township: 160 Range: 102, Sixteenth: NE Quarter: NW Section: 29 Township: 160 Range: 102, Sixteenth: NW Quarter: NE Section: 29 Township: 160 Range: 102, Sixteenth: NE Quarter: NE Section: 29 Township: 160 Range: 102

**Document Type:** QUIT CLAIM DEED
**Document Date:** 07/29/2022

| **Divide County 303176** | **Instrument #** 303176 | **Recording Date:** Tue Nov 01 13:59:00 CDT 2022 | Preview Image | ☐ Purchase |

**Grantor:** Johnson, Gloria

**Grantee:** KODA Resources Operating, LLC

**Legal:** , ...Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: NW Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: NE Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: SW Quarter: SE Section: 04 Township: 160 Range: 102, Sixteenth: SE

**Document Type:** MEMORANDUM
**Document Date:** 07/28/2022

Return to Search Results

**You searched for:** exact search in GranteeID for KRINGEN OIL LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

40 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Slope County 100953** | **Instrument #** 100953 | **Recording Date:** Wed Dec 18 14:47:00 CST 2019 | Preview Image ☐ Purchase |
| | **Grantor:** KRINGEN, TODD M, ET AL, KRINGEN, KARLA R, ET AL | **Grantee:** KRINGEN OIL, LLC | |
| | **Legal:** , ...Quarter: NW Section: 05 Township: 133 Range: 100, Quarter: NE Section: 05 Township: 133 Range: 100, Quarter: SW Section: 05 Township: 133 Range: 100, Quarter: SE Section: 05 Township: 133 Range: 100, Sixteenth: NW Quarter: NW Section: 05 Township: 133 Range: 100, ... | **Document Type: MINERAL DEED** **Document Date:** 12/17/2019 | |
| **Hettinger County 45681** | **Instrument #** 45681 | **Recording Date:** Thu Dec 19 10:37:00 CST 2019 | Preview Image ☐ Purchase |
| | **Grantor:** KRINGEN, TODD M, KRINGEN, MICHAEL TODD, KRINGEN, M TODD, KRINGEN, KARLA R | **Grantee:** KRINGEN OIL, LLC | |
| | **Legal:** , ...Quarter: NE Section: 24 Township: 133 Range: 91, Quarter: SW Section: 24 Township: 133 Range: 91, Sixteenth: NW Quarter: NE Section: 24 Township: 133 Range: 91, Sixteenth: NE Quarter: NE Section: 24 Township: 133 Range: 91, Sixteenth: SW Quarter: NE Section: 24 Township: 133 Range: 91, ... | **Document Type: ASSIGNMENT OF INTEREST IN OIL AND GAS** **Document Date:** 12/17/2019 | |
| **Renville County 207038** | **Instrument #** 207038 | **Recording Date:** Wed Dec 18 09:18:00 CST 2019 | Preview Image ☐ Purchase |
| | **Grantor:** KRINGEN TODD M, KRINGEN MICHAEL TODD AKA, KRINGEN M TODD AKA, KRINGEN KARLA R | **Grantee:** KRINGEN OIL LLC | |
| | **Legal:** , ...Quarter: NW Section: 19 Township: 158 Range: 81, Quarter: NE Section: 19 Township: 158 Range: 81, Quarter: SW Section: 19 Township: 158 Range: 81, Sixteenth: NW Quarter: NW Section: 19 Township: 158 Range: 81, Sixteenth: NE Quarter: NW Section: 19 Township: 158 Range: 81, ... | **Document Type: MINERAL DEED** **Document Date:** 12/17/2019 | |
| **McHenry County 326757** | **Instrument #** 326757 | **Recording Date:** Mon Jan 27 13:01:00 CST 2020 | Preview Image ☐ Purchase |
| | **Grantor:** KRINGEN, TODD M, KRINGEN, MICHAEL TODD AKA, KRINGEN, KARLA R | **Grantee:** KRINGEN OIL, LLC | |

Return to Search Results

**You searched for:** exact search in GranteeID for KRP PRODUCTION INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

16 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | |
|---|---|---|---|
| **Dunn County 3085844** | **Instrument #** 3085844 | **Recording Date:** Mon Jun 18 11:49:00 CDT 2018 | Preview Image ☐ Purchase |
| | **Grantor:** BAKKEN PRODUCTION, INC. | **Grantee:** BAKKEN PRODUCTION, INC, HAMMER HOLDINGS, INC, KRP PRODUCTION INC | |
| | **Legal:** , ...Section: 11 Township: 146 Range: 93, Quarter: NW Section: 11 Township: 146 Range: 93, Quarter: SW Section: 11 Township: 146 Range: 93, Sixteenth: NW Quarter: NW Section: 11 Township: 146 Range: 93, Sixteenth: NE Quarter: NW Section: 11 Township: 146 Range: 93, ... | **Document Type:** ASSIGNMENT OIL & GAS LEASE **Document Date:** 06/12/2018 | |
| **Dunn County 3097527** | **Instrument #** 3097527 | **Recording Date:** Fri Aug 19 08:13:00 CDT 2022 | Preview Image ☐ Purchase |
| | **Grantor:** ENERGYNET, COX, LISA | **Grantee:** PUBLIC, NEWTON STREET MINERALS, LLC, BF VENTURES, LLC, KRP PRODUCTION, KRP PRODUCTION INC. | |
| | **Legal:** , ...Quarter: NW Section: 01 Township: 146 Range: 94, Quarter: NE Section: 01 Township: 146 Range: 94, Quarter: SW Section: 01 Township: 146 Range: 94, Quarter: SE Section: 01 Township: 146 Range: 94, Sixteenth: NW Quarter: NW Section: 01 Township: 146 Range: 94, ... | **Document Type:** AFFIDAVIT **Document Date:** | |
| **Dunn County 3094518** | **Instrument #** 3094518 | **Recording Date:** Wed Aug 25 14:10:00 CDT 2021 | Preview Image ☐ Purchase |
| | **Grantor:** CODY EXPLORATION, LLC | **Grantee:** KRP PRODUCTION INC. | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, , ...Quarter: NW Section: 18 Township: 146 Range: 94, Sixteenth: NW Quarter: NW Section: 18 Township: 146 Range: 94, Quarter: NW Section: 18 Township: 146 Range: 94, Sixteenth: SW Quarter: NW Section: 18 Township: 146 Range: 94, Quarter: NW Section: 18 Township: 146 Range: 94, ... | **Document Type:** MINERAL DEED **Document Date:** | |
| **Burke County 278685** | **Instrument #** 278685 | **Recording Date:** Tue Oct 31 08:33:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, INC. | **Grantee:** BAKKEN PRODUCTION, INC., KRP PRODUCTION, INC. | |

Return to Search Results

**You searched for:** exact search in GranteeID for LEH WHISKEY GULCH LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

11 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Divide County 299214** — **Instrument #** 299214   **Recording Date:** Tue Jul 21 13:30:00 CDT 2020 — Preview Image — ☐ Purchase

**Grantor:** Lincoln Energy Partners II, LLC, Lincoln Energy Holdings, LLC

**Grantee:** LEH WHISKEY Gulch, LLC

**Legal:** , ...Quarter: NE Section: 22 Township: 162 Range: 095, Quarter: SE Section: 22 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 22 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 22 Township: 162 Range: 095, Sixteenth: SW Quarter: NE Section: 22 Township: 162 Range: 095, ...

**Document Type: ASSIGNMENT**
**Document Date:** 12/20/2019

---

**Divide County 298355** — **Instrument #** 298355   **Recording Date:** Tue Jan 07 13:39:00 CST 2020 — Preview Image — ☐ Purchase

**Grantor:** Ward Petroleum Corporation

**Grantee:** Lincoln Energy Holdings, LLC, Lincoln Energy Partners II, LLC, Lincoln Energy LLC, LEH Buckskin LLC, LEH Whiskey Gulch, LLC, AK Resources LLC

**Legal:** , ...Quarter: NW Section: 04 Township: 162 Range: 096, Sixteenth: NW Quarter: NW Section: 04 Township: 162 Range: 096, Quarter: NE Section: 05 Township: 162 Range: 096, Sixteenth: NE Quarter: NE Section: 05 Township: 162 Range: 096, Quarter: NW Section: 32 Township: 163 Range: 096, ...

**Document Type: LIEN RELEASE**
**Document Date:** 11/22/2019

---

**Divide County 298329** — **Instrument #** 298329   **Recording Date:** Tue Dec 31 12:50:00 CST 2019 — Preview Image — ☐ Purchase

**Grantor:** Lincoln Energy Partners II, LLC, Lincoln Energy Holdings, LLC

**Grantee:** LEH Whiskey Gulch, LLC

**Legal:** , ...Quarter: NE Section: 33 Township: 162 Range: 095, Quarter: SW Section: 33 Township: 162 Range: 095, Quarter: SE Section: 33 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 33 Township: 162 Range: 095, ...

**Document Type: ASSIGNMENT OF OIL AND GAS LEASE**
**Document Date:** 12/20/2019

---

**Divide County 298538** — **Instrument #** 298538   **Recording Date:** Thu Feb 20 15:00:00 CST 2020 — Preview Image — ☐ Purchase

**Grantor:** Lincoln Energy Partners II, LLC, Lincoln Energy Holdings, LLC

**Grantee:** LEH Whiskey Gulch, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for LIBERTY RESOURCES BAKKEN OPERATING LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

761 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary | | |
|---|---|---|---|
| **Renville County 205486** | **Instrument #** 205486 | **Recording Date:** Wed Jan 23 12:42:00 CST 2019 | Preview Image    ☐ Purchase |
| | **Grantor:** WELLS FARGO BANK NATIONAL ASSOCIATION | **Grantee:** LIBERTY RESOURCES BAKKEN OPERATING LLC | |
| | **Legal:** Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: NW Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: NE Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: SW Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: SE Quarter: SE Section: 07 Township: 160 Range: 85 | **Document Type: RELEASE** **Document Date:** 01/10/2019 | |
| **Renville County 205487** | **Instrument #** 205487 | **Recording Date:** Wed Jan 23 12:43:00 CST 2019 | Preview Image    ☐ Purchase |
| | **Grantor:** WELLS FARGO STRATEGIC CAPITAL INC | **Grantee:** LIBERTY RESOURCES BAKKEN OPERATING LLC | |
| | **Legal:** Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: NW Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: NE Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: SW Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: SE Quarter: SE Section: 07 Township: 160 Range: 85 | **Document Type: RELEASE** **Document Date:** 01/10/2019 | |
| **Renville County 205970** | **Instrument #** 205970 | **Recording Date:** Wed Jun 05 11:30:00 CDT 2019 | Preview Image    ☐ Purchase |
| | **Grantor:** WELLS FARGO BANK N A | **Grantee:** LIBERTY RESOURCES BAKKEN OPERATING LLC | |
| | **Legal:** Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: NW Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: NE Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: SW Quarter: SE Section: 07 Township: 160 Range: 85, Sixteenth: SE Quarter: SE Section: 07 Township: 160 Range: 85 | **Document Type: RELEASE** **Document Date:** 05/22/2019 | |
| **Renville County 198672** | **Instrument #** 198672   B: 317MI P: 676 2014 | **Recording Date:** Thu Mar 13 11:58:00 CDT 2014 | Preview Image    ☐ Purchase |
| | **Grantor:** SEQUEL ENERGY PARTNERS, LP, BAKKEN ENERGY PARTNERS, LLC, THREE FORKS ENERGY PARTNERS, LLC | **Grantee:** LIBERTY RESOURCES BAKKEN OPERATING, LLC | |

Return to Search Results

**You searched for:** exact search in GranteeID for LIME ROCK RESOURCES III A LP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Stark County 3175002**

**Instrument #** 3175002 **Recording Date:** Wed Oct 26 14:47:50 CDT 2022

Preview Image ☐ Purchase

**Grantor:** JP MORGAN CHASE BANK N A, JP MORGAN CHASE BANK NA

**Grantee:** LIME ROCK RESOURCES III-A L P, LIME ROCK RESOURCES III-A LP, LIME ROCK RESOURCES III A L P, LIME ROCK RESOURCES III A LP

**Legal:** , ...Quarter: NE Section: 5 Township: 140 Range: 97, Quarter: NW Section: 5 Township: 140 Range: 97, Quarter: SE Section: 5 Township: 140 Range: 97, Quarter: SW Section: 5 Township: 140 Range: 97, Quarter: NE Section: 6 Township: 140 Range: 97, ...

**Document Type: Partial Satisfaction Document Date:** 05/02/2022

**Stark County 3153293**

**Instrument #** 3153293 **Recording Date:** Thu Aug 08 14:00:53 CDT 2019

Preview Image ☐ Purchase

**Grantor:** OXY USA INC, OXY LITTLE KNIFE LLC, OXY Y-1 COMPANY, OXY Y 1 COMPANY, ABRAHAM ROBBIE

**Grantee:** LIME ROCK RESOURCES III-A LP, LIME ROCK RESOURCES III A LP

**Legal:** Tract A, Sixteenth: SE Quarter: NE Section: 16 Township: 140 Range: 96,

**Document Type: Quit Claim Deed Document Date:** 01/09/2019

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for LINCOLN ENERGY PARTNERS II LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

488 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5 [Next/Last]

| Description | Summary |
| --- | --- |

| **Divide County 295639** | **Instrument #** 295639 | **Recording Date:** Tue Mar 26 10:15:00 CDT 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** Tryhus, Paul C., Tryus, Brenda K. | **Grantee:** Lincoln Energy Partners II, LLC | | |
| | **Legal:** Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: SW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: SE Quarter: NE Section: 33 Township: 162 Range: 095 | **Document Type: OIL AND GAS LEASE** **Document Date:** 03/04/2019 | | |

| **Divide County 295640** | **Instrument #** 295640 | **Recording Date:** Tue Mar 26 10:15:00 CDT 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** Meyer, Shirley | **Grantee:** Lincoln Energy Partners II, LLC | | |
| | **Legal:** Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: SW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: SE Quarter: NE Section: 33 Township: 162 Range: 095 | **Document Type: OIL AND GAS LEASE** **Document Date:** 03/04/2019 | | |

| **Divide County 295641** | **Instrument #** 295641 | **Recording Date:** Tue Mar 26 10:15:00 CDT 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** Tryhus, Joan M. | **Grantee:** Lincoln Energy Partners II, LLC | | |
| | **Legal:** Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: NE Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: SW Quarter: NE Section: 33 Township: 162 Range: 095, Sixteenth: SE Quarter: NE Section: 33 Township: 162 Range: 095 | **Document Type: OIL AND GAS LEASE** **Document Date:** 03/04/2019 | | |

| **Divide County 295642** | **Instrument #** 295642 | **Recording Date:** Tue Mar 26 10:15:00 CDT 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** West, Dale Q. | **Grantee:** Lincoln Energy Partners II, LLC | | |

Return to Search Results

**You searched for:** exact search in GranteeID for LION REALTY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

48 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**Renville County 203490**

**Instrument #** 203490     **Recording Date:** Fri May 26 12:45:00 CDT 2017     Preview Image     ☐ Purchase

**Grantor:** ORIGIN BANK, COMMUNITY DAKOTA BANK FKA     **Grantee:** LION REALTY LLC

**Legal:**     **Document Type: ASSIGNMENT**
**Document Date:** 05/15/2017

**Renville County 203491**

**Instrument #** 203491     **Recording Date:** Fri May 26 12:46:00 CDT 2017     Preview Image     ☐ Purchase

**Grantor:** MEDORA MINERALS LLC     **Grantee:** LION REALTY LLC

**Legal:** Quarter: SE Section: 09 Township: 161 Range: 86, Sixteenth: NW Quarter: SE Section: 09 Township: 161 Range: 86, Sixteenth: NE Quarter: SE Section: 09 Township: 161 Range: 86, Sixteenth: SW Quarter: SE Section: 09 Township: 161 Range: 86, Sixteenth: SE Quarter: SE Section: 09 Township: 161 Range: 86     **Document Type: UCC FILING**
**Document Date:** 05/26/2017

**Renville County 203492**

**Instrument #** 203492     **Recording Date:** Fri May 26 12:47:00 CDT 2017     Preview Image     ☐ Purchase

**Grantor:** MEDORA MINERALS LLC     **Grantee:** LION REALTY LLC

**Legal:** Quarter: SE Section: 09 Township: 161 Range: 86, Sixteenth: NW Quarter: SE Section: 09 Township: 161 Range: 86, Sixteenth: NE Quarter: SE Section: 09 Township: 161 Range: 86, Sixteenth: SW Quarter: SE Section: 09 Township: 161 Range: 86, Sixteenth: SE Quarter: SE Section: 09 Township: 161 Range: 86     **Document Type: MORTGAGE**
**Document Date:** 05/15/2017

**Golden Valley County 17106506**

**Instrument #** 17106506     **Recording Date:** Tue May 30 13:46:00 CDT 2017     Preview Image     ☐ Purchase

**Grantor:** ORIGIN BANK, COMMUNITY TRUST BANK     **Grantee:** LION REALTY LLC

**Legal:**     **Document Type: ASSIGNMENT**
**Document Date:** 05/15/2017

**Golden Valley County 17106508**

**Instrument #** 17106508     **Recording Date:** Tue May 30 14:23:00 CDT 2017     Preview Image     ☐ Purchase

**Grantor:** MEDORA MINERALS LLC     **Grantee:** LION REALTY LLC

**Legal:** , ...Quarter: SW Section: 26 Township: 138 Range: 104, Sixteenth: NW Quarter: SW Section: 26 Township: 138 Range: 104, Sixteenth: NE Quarter: SW     **Document Type: MORTGAGES**
**Document Date:** 05/15/2017

Return to Search Results

**You searched for:** exact search in GranteeID for LONETREE ENERGY & ASSOCIATES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,542 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

**Slope County 090386**

**Instrument #** 090386   **Recording Date:** Tue Dec 11 13:00:00 CST 2007   Preview Image   ☐ Purchase

**Grantor:** WHITEMAN, IRENE L

**Grantee:** IMSLAND, BOB, ET AL, IMSLAND, DOROTHY, ET AL, LUCAS R, ET AL, TANGEDAL, NATHAN, ET AL, TANGEDAL, STEPHANIE, ET AL, LONETREE ENERGY & ASSOCIATES, LLC

**Legal:** , ...Quarter: NW Section: 19 Township: 135 Range: 101, Quarter: NE Section: 19 Township: 135 Range: 101, Sixteenth: NW Quarter: NW Section: 19 Township: 135 Range: 101, Sixteenth: NE Quarter: NW Section: 19 Township: 135 Range: 101, Sixteenth: NW Quarter: NE Section: 19 Township: 135 Range: 101, ...

**Document Type: MINERAL DEED**
**Document Date:** 10/04/2007

---

**Slope County 095085**

**Instrument #** 095085   **Recording Date:** Tue Apr 10 14:45:00 CDT 2012   Preview Image   ☐ Purchase

**Grantor:** KNOX, CYNTHIA JO

**Grantee:** LONETREE ENERGY & ASSOCIATES, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 135 Range: 098, Sixteenth: NW Quarter: NW Section: 20 Township: 135 Range: 098, Sixteenth: NE Quarter: NW Section: 20 Township: 135 Range: 098, Sixteenth: SE Quarter: NW Section: 20 Township: 135 Range: 098, Quarter: NW Section: 17 Township: 136 Range: 100, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 02/06/2012

---

**Slope County 095084**

**Instrument #** 095084   **Recording Date:** Tue Apr 10 14:40:00 CDT 2012   Preview Image   ☐ Purchase

**Grantor:** HANCOCK, E BRADY

**Grantee:** LONETREE ENERGY & ASSOCIATES, LLC

**Legal:** , ...Quarter: NW Section: 20 Township: 135 Range: 098, Sixteenth: NW Quarter: NW Section: 20 Township: 135 Range: 098, Sixteenth: NE Quarter: NW Section: 20 Township: 135 Range: 098, Sixteenth: SE Quarter: NW Section: 20 Township: 135 Range: 098, Quarter: NW Section: 17 Township: 136 Range: 100, ...

**Document Type: OIL AND GAS LEASE**
**Document Date:** 02/06/2012

---

**Slope County 095129**

**Instrument #** 095129   **Recording Date:** Mon Apr 23 13:10:00 CDT 2012   Preview Image   ☐ Purchase

**Grantor:** KNOX, ROGER R, ET AL, KNOX, CYNTHIA J, ET AL, KNOX TRUST, ROGER R & CYNTHIA J, ET AL

**Grantee:** LONETREE ENERGY & ASSOCIATES, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for LOURDES DEVELOPMENT LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

3 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Stark County 3153820** · **Instrument #** 3153820 · **Recording Date:** Thu Sep 05 11:25:06 CDT 2019 · Preview Image · ☐ Purchase

**Grantor:** KOSTELECKY BRYAN A

**Grantee:** LOURDES DEVELOPMENT LLC

**Legal:** Quarter: SE Section: 10 Township: 137 Range: 99, Sixteenth: S2 Quarter: SE Section: 14 Township: 137 Range: 99, Quarter: N2 Section: 15 Township: 137 Range: 99, Quarter: NE Section: 15 Township: 137 Range: 99, Quarter: NW Section: 15 Township: 137 Range: 99

**Document Type: Oil And Gas Lease**
**Document Date:** 08/28/2019

---

**Stark County 3154646** · **Instrument #** 3154646 · **Recording Date:** Tue Oct 15 13:01:22 CDT 2019 · Preview Image · ☐ Purchase

**Grantor:** MOLZAHN SCOTT J

**Grantee:** LOURDES DEVELOPMENT LLC

**Legal:** Quarter: SE Section: 10 Township: 137 Range: 99, Sixteenth: S2 Quarter: SE Section: 14 Township: 137 Range: 99, Quarter: N2 Section: 15 Township: 137 Range: 99, Quarter: NE Section: 15 Township: 137 Range: 99, Quarter: NW Section: 15 Township: 137 Range: 99

**Document Type: Oil And Gas Lease**
**Document Date:** 08/30/2019

---

**Stark County 3154648** · **Instrument #** 3154648 · **Recording Date:** Tue Oct 15 13:01:22 CDT 2019 · Preview Image · ☐ Purchase

**Grantor:** A V M INC, AVM INC, KLEMER LAWRENCE

**Grantee:** LOURDES DEVELOPMENT LLC

**Legal:** Quarter: N2 Section: 15 Township: 137 Range: 99, Quarter: NE Section: 15 Township: 137 Range: 99, Quarter: NW Section: 15 Township: 137 Range: 99

**Document Type: Oil And Gas Lease**
**Document Date:** 08/30/2019

---

3 items found, displaying all items.**1**

Purchase Selected

Return to Search Results

**Return to Search Results**

**You searched for:** exact search in GranteeID for LSM ENERGY INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

109 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
| --- | --- |

---

**Dunn County 3042424**

**Instrument #** 3042424    **Recording Date:** Mon Mar 29 14:03:00 CDT 2010    Preview Image    ☐ Purchase

**Grantor:** CODY OIL & GAS CORPORATION

**Grantee:** LSM ENERGY, INC.

**Legal:** , ...Quarter: NW Section: 26 Township: 147 Range: 97, Quarter: SW Section: 26 Township: 147 Range: 97, Sixteenth: NW Quarter: NW Section: 26 Township: 147 Range: 97, Sixteenth: NE Quarter: NW Section: 26 Township: 147 Range: 97, Sixteenth: SW Quarter: NW Section: 26 Township: 147 Range: 97, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 02/22/2010

---

**Divide County 291860**

**Instrument #** 291860    **B:** ASGN **P:** 380    **Recording Date:** Wed Aug 30 13:05:00 CDT 2017    Preview Image    ☐ Purchase

**Grantor:** Cody Exploration, LLC

**Grantee:** Cody Exploration, LLC, TPC Resources, LLC, LSM Energy, Inc.

**Legal:** Quarter: SW Section: 30 Township: 161 Range: 097, Sixteenth: NW Quarter: SW Section: 30 Township: 161 Range: 097, Sixteenth: NE Quarter: SW Section: 30 Township: 161 Range: 097, Sixteenth: SW Quarter: SW Section: 30 Township: 161 Range: 097, Sixteenth: SE Quarter: SW Section: 30 Township: 161 Range: 097

**Document Type: ASSIGNMENT OF OIL AND GAS LEASE**
**Document Date:** 08/29/2017

---

**Dunn County 3042121**

**Instrument #** 3042121    **Recording Date:** Tue Mar 16 10:06:00 CDT 2010    Preview Image    ☐ Purchase

**Grantor:** CODY OIL & GAS CORPORATION

**Grantee:** LSM ENERGY, INC.

**Legal:** , ...Quarter: NW Section: 15 Township: 147 Range: 96, Quarter: NE Section: 15 Township: 147 Range: 96, Sixteenth: NW Quarter: NW Section: 15 Township: 147 Range: 96, Sixteenth: NE Quarter: NW Section: 15 Township: 147 Range: 96, Sixteenth: NW Quarter: NE Section: 15 Township: 147 Range: 96, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 03/10/2010

---

**Divide County 252054**

**Instrument #** 252054    **B:** ASSGN **P:** 463    **Recording Date:** Fri Aug 27 13:05:00 CDT 2010    Preview Image    ☐ Purchase

**Grantor:** Cody Oil & Gas Corporation

**Grantee:** Cody Oil & Gas Corporation, Fliginger, Benjamin, Metcalfe III, Albert G., LSM Energy, Inc.

Return to Search Results

**You searched for:** exact search in GranteeID for MARATHON OIL COMPANY and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

5,034 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

**Dunn County 3024548**

**Instrument #** 3024548   **B:** 346 **P:** 117   **Recording Date:** Mon Oct 22 13:40:00 CDT 2007

Preview Image   ☐ Purchase

**Grantor:** O'NEILL, JOANN C.

**Grantee:** MARATHON OIL COMPANY, O'NEILL, MAXINE V. - LESSOR, O'NEILL, GEORGE O. - LESSOR, MARATHON OIL COMPANY - LESSEE

**Legal:** Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: NW Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: NE Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: SW Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: SE Quarter: NE Section: 12 Township: 145 Range: 93

**Document Type: RATIFICATION OIL & GAS LEASE**
**Document Date:** 04/28/2007

**Dunn County 3024549**

**Instrument #** 3024549   **B:** 346 **P:** 118   **Recording Date:** Mon Oct 22 13:40:00 CDT 2007

Preview Image   ☐ Purchase

**Grantor:** O'NEILL, MICHAEL J.

**Grantee:** MARATHON OIL COMPANY, ONEILL, MAXINE V. - LESSOR, ONEILL, GEORGE O. - LESSOR, MARATHON OIL COMPANY - LESSEE

**Legal:** Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: NW Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: NE Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: SW Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: SE Quarter: NE Section: 12 Township: 145 Range: 93

**Document Type: RATIFICATION OIL & GAS LEASE**
**Document Date:** 04/28/2007

**Dunn County 3024550**

**Instrument #** 3024550   **B:** 346 **P:** 119   **Recording Date:** Mon Oct 22 13:40:00 CDT 2007

Preview Image   ☐ Purchase

**Grantor:** HOY, MARY ELLEN

**Grantee:** MARATHON OIL COMPANY, ONEILL, MAXINE V. - LESSOR, ONEILL, GEORGE O. - LESSOR, MARATHON OIL COMPANY - LESSEE

**Legal:** Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: NW Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: NE Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: SW Quarter: NE Section: 12 Township: 145 Range: 93, Sixteenth: SE Quarter: NE Section: 12 Township: 145 Range: 93

**Document Type: RATIFICATION OIL & GAS LEASE**
**Document Date:** 04/28/2007

Return to Search Results

**You searched for:** exact search in GranteeID for MARCIN PRODUCTION LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

54 items found, displaying all items.**1**

| Description | Summary | | | |
|---|---|---|---|---|
| **Renville County 205439** | **Instrument #** 205439 | **Recording Date:** Wed Dec 19 11:30:00 CST 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** EMPIRE OIL COMPANY | **Grantee:** MARSHALL & WINSTON INC, ST CROIX EXPLORATION, MD ENERGY HOLDINGS LLC, NORTHERN ENERGY CORP, WOLF ENERGY LLC, GUSHY LLP, KATIEBELL INC, HAWKINS EXPLORATION INC, DISCOVER OIL & GAS LLC, THE ARMSTRONG CORP, ... | | |
| | **Legal:** , ...Quarter: NW Section: 17 Township: 159 Range: 84, Quarter: NE Section: 17 Township: 159 Range: 84, Quarter: SW Section: 17 Township: 159 Range: 84, Quarter: SE Section: 17 Township: 159 Range: 84, Sixteenth: NW Quarter: NW Section: 17 Township: 159 Range: 84, ... | **Document Type:** ASSIGNMENT **Document Date:** 11/29/2018 | | |
| **Divide County 292245** | **Instrument #** 292245   B: 420M P: 556 2017 | **Recording Date:** Mon Nov 06 13:15:00 CST 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** Green Wing Royalty, LLC | **Grantee:** Marcin Production, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 01 Township: 161 Range: 095, Quarter: NE Section: 01 Township: 161 Range: 095, Sixteenth: NW Quarter: NW Section: 01 Township: 161 Range: 095, Sixteenth: NE Quarter: NW Section: 01 Township: 161 Range: 095, Sixteenth: NW Quarter: NE Section: 01 Township: 161 Range: 095, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 11/01/2017 | | |
| **Divide County 292244** | **Instrument #** 292244   B: 420M P: 552 2017 | **Recording Date:** Mon Nov 06 13:15:00 CST 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** Green Wing Royalty, LLC | **Grantee:** Marcin Production, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 33 Township: 160 Range: 095, Quarter: NE Section: 33 Township: 160 Range: 095, Sixteenth: NW Quarter: NW Section: 33 Township: 160 Range: 095, Sixteenth: NE Quarter: NW Section: 33 Township: 160 Range: 095, Sixteenth: NW Quarter: NE Section: 33 Township: 160 Range: 095, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 11/01/2017 | | |
| **Divide County 302764** | **Instrument #** 302764 | **Recording Date:** Thu Aug 04 14:48:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** Green Wing Royalty, LLC | **Grantee:** Marcin Production, LLC | | |

Return to Search Results

**You searched for:** exact search in GranteeID for MARTIN ENERGY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

13 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Billings County 152967** | **Instrument #** 152967 | **Recording Date:** Tue Dec 07 12:59:00 CST 2021 | Preview Image ☐ Purchase |
| | **Grantor:** BUTSCH, JEREMY, ESTATE OF JOHN, JR., BUTSCH | **Grantee:** MARTIN ENERGY, LLC | |
| | **Legal:** Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: NE Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: SW Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: SE Quarter: NW Section: 24 Township: 144 Range: 098 | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/01/2021 | |
| **Billings County 152653** | **Instrument #** 152653 | **Recording Date:** Tue Nov 02 15:07:00 CDT 2021 | Preview Image ☐ Purchase |
| | **Grantor:** BUFFINGTON, DENISE, TR, MICHAEL D. BUTSCH SPECIAL NEEDS TRUST | **Grantee:** MARTIN ENERGY, LLC | |
| | **Legal:** Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: NE Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: SW Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: SE Quarter: NW Section: 24 Township: 144 Range: 098 | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/01/2021 | |
| **Billings County 152275** | **Instrument #** 152275 | **Recording Date:** Tue Jun 22 10:32:00 CDT 2021 | Preview Image ☐ Purchase |
| | **Grantor:** ESTATE OF JERROLD BUTSCH, O'DONNELL, DEANNE, PR | **Grantee:** MARTIN ENERGY, LLC | |
| | **Legal:** Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: NW Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: NE Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: SW Quarter: NW Section: 24 Township: 144 Range: 098, Sixteenth: SE Quarter: NW Section: 24 Township: 144 Range: 098 | **Document Type:** PAID-UP OIL & GAS LEASE **Document Date:** 03/01/2021 | |
| **Billings County 152258** | **Instrument #** 152258 | **Recording Date:** Wed Jun 16 10:38:00 CDT 2021 | Preview Image ☐ Purchase |
| | **Grantor:** BUTSCH, JACOB | **Grantee:** MARTIN ENERGY, LLC | |

Return to Search Results

**You searched for:** exact search in GranteeID for MIDWAY MINERALS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

59 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**Grant County 144763**

**Instrument #** 144763    **Recording Date:** Mon Oct 11 08:53:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** Doe Run Farm, Ltd

**Grantee:** Midway Minerals LLC

**Legal:** , ...Quarter: NE Section: 14 Township: 135 Range: 90, Quarter: SW Section: 14 Township: 135 Range: 90, Quarter: SE Section: 14 Township: 135 Range: 90, Sixteenth: NW Quarter: NE Section: 14 Township: 135 Range: 90, Sixteenth: SW Quarter: NE Section: 14 Township: 135 Range: 90, ...

**Document Type: DEED AND CONVEYANCE**
**Document Date:** 10/01/2021

---

**Divide County 301168**

**Instrument #** 301168    **Recording Date:** Mon Oct 11 09:46:00 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** Doe Run Farm, Ltd.

**Grantee:** Midway Minerals LLC

**Legal:** Quarter: SE Section: 25 Township: 160 Range: 095, Sixteenth: NW Quarter: SE Section: 25 Township: 160 Range: 095, Sixteenth: NE Quarter: SE Section: 25 Township: 160 Range: 095, Sixteenth: SW Quarter: SE Section: 25 Township: 160 Range: 095, Sixteenth: SE Quarter: SE Section: 25 Township: 160 Range: 095

**Document Type: MINERAL DEED**
**Document Date:** 10/01/2021

---

**Divide County 307699**

**Instrument #** 307699    **Recording Date:** Mon Jul 29 12:34:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** Collins Revocable Trust, Larry F. and Ch

**Grantee:** Midway Minerals LLC

**Legal:** , ...Quarter: NE Section: 22 Township: 160 Range: 095, Quarter: SE Section: 22 Township: 160 Range: 095, Sixteenth: NW Quarter: NE Section: 22 Township: 160 Range: 095, Sixteenth: NE Quarter: NE Section: 22 Township: 160 Range: 095, Sixteenth: SW Quarter: NE Section: 22 Township: 160 Range: 095, ...

**Document Type: MINERAL DEED**
**Document Date:** 07/19/2024

---

**Dunn County 3096235**

**Instrument #** 3096235    **Recording Date:** Mon Mar 14 08:31:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** GRONVOLD, BYRON J. ESTATE, GRONVOLD, ERIK PR

**Grantee:** MIDWAY MINERALS, LLC

**Legal:** Lot 4, Lot 4, Lot 5, Lot 5, , ...Quarter: NE Section: 04 Township: 148 Range: 95, Sixteenth: SW Quarter: NE Section: 04 Township: 148 Range: 95, Quarter: SE Section: 04 Township: 148 Range: 95, Sixteenth: NW Quarter: SE Section: 04

**Document Type: PR MINERAL DEED**
**Document Date:** 02/22/2022

Return to Search Results

**You searched for:** exact search in GranteeID for MISSOURI RIVER ROYALTY CORPORATION and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2,162 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

**Golden Valley County 15105527**

**Instrument #** 15105527    **Recording Date:** Mon Nov 30 11:21:00 CST 2015    Preview Image    ☐ Purchase

**Grantor:** STATE OF NORTH DAKOTA

**Grantee:** MISSOURI RIVER ROYALTY CORPORATION, ENGLUND ELDEN, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, NORTHERN ENERGY CORPORATION, ...

**Legal:** Quarter: SW Section: 16 Township: 143 Range: 104, Sixteenth: NW Quarter: SW Section: 16 Township: 143 Range: 104, Sixteenth: NE Quarter: SW Section: 16 Township: 143 Range: 104, Sixteenth: SW Quarter: SW Section: 16 Township: 143 Range: 104, Sixteenth: SE Quarter: SW Section: 16 Township: 143 Range: 104

**Document Type: OIL AND GAS LEASES**
**Document Date:** 11/03/2015

**Golden Valley County 15105526**

**Instrument #** 15105526    **Recording Date:** Mon Nov 30 11:21:00 CST 2015    Preview Image    ☐ Purchase

**Grantor:** STATE OF NORTH DAKOTA

**Grantee:** MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, MISSOURI RIVER ROYALTY CORPORATION, NORTHERN ENERGY CORPORATION, PRAIRIE OF THE SOUTH LLC, SOLOCORP, ...

**Legal:** Quarter: SE Section: 16 Township: 143 Range: 104, Sixteenth: NW Quarter: SE Section: 16 Township: 143 Range: 104, Sixteenth: NE Quarter: SE Section: 16 Township: 143 Range: 104, Sixteenth: SW Quarter: SE Section: 16 Township: 143 Range: 104, Sixteenth: SE Quarter: SE Section: 16 Township: 143 Range: 104

**Document Type: OIL AND GAS LEASES**
**Document Date:** 11/03/2015

**Golden Valley County 15105525**

**Instrument #** 15105525    **Recording Date:** Mon Nov 30 11:21:00 CST 2015    Preview Image    ☐ Purchase

Return to Search Results

**You searched for:** exact search in GranteeID for NELSON JAMES and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

572 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6 [Next/Last]

| Description | Summary |
|---|---|

**Cass County 363506**

**Instrument #** 363506    **B:** N3 **P:** 647    **Recording Date:** Thu Aug 18 00:00:00 CDT 1960    Preview Image    ☐ Purchase

**Grantor:** THOMAS, WILLIAM L, THOMAS, WILLIAM L, THOMAS, WILLIAM L, THOMAS, WILLIAM L, THOMAS, ESTHER M, THOMAS, ESTHER M, THOMAS, ESTHER M, THOMAS, ESTHER M, NELSON, JAMES, NELSON, JAMES, ...

**Grantee:** THOMAS, WILLIAM L, THOMAS, ESTHER M, NELSON, JAMES, NELSON, AKA, JAMES P, THOMAS, WILLIAM L, THOMAS, ESTHER M, NELSON, JAMES, NELSON, AKA, JAMES P, THOMAS, WILLIAM L, THOMAS, ESTHER M, ...

**Legal:**

**Document Type:** CONVERTED MISC
**Document Date:**

**Cass County 478238**

**Instrument #** 478238    **B:** 383 **P:** 496    **Recording Date:** Fri Mar 22 00:00:00 CDT 1974    Preview Image    ☐ Purchase

**Grantor:** DAHL, RICHARD A, DAHL, RICHARD A, DAHL, BARBARA L, DAHL, BARBARA L, DAHL, BERT, DAHL, BERT, DAHL, THECELLA J, DAHL, THECELLA J

**Grantee:** NELSON, JAMES C, NELSON, VIRGINIA A, NELSON, JAMES C, NELSON, VIRGINIA A, NELSON, JAMES C, NELSON, VIRGINIA A, NELSON, JAMES C, NELSON, VIRGINIA A

**Legal:**

**Document Type:** CONVERTED DEED
**Document Date:**

**Cass County 511955**

**Instrument #** 511955    **B:** F7 **P:** 265    **Recording Date:** Thu Dec 16 00:00:00 CST 1976    Preview Image    ☐ Purchase

**Grantor:** NELSON, CLIFFORD I, NELSON, CLIFFORD I, NELSON, CLIFFORD I, NELSON, CLIFFORD I, NELSON, WINIFRED M, NELSON, WINIFRED M, NELSON, WINIFRED M, NELSON, WINIFRED M, NELSON, JAMES S, NELSON, JAMES S, ...

**Grantee:** NELSON, CLIFFORD I, NELSON, WINIFRED M, NELSON, JAMES S, NELSON, SUSAN R, NELSON, CLIFFORD I, NELSON, WINIFRED M, NELSON, JAMES S, NELSON, SUSAN R, NELSON, CLIFFORD I, NELSON, WINIFRED M, ...

**Legal:**

**Document Type:** CONVERTED MISC
**Document Date:**

**Cass County 210707**

**Instrument #** 210707    **B:** 158 **P:** 581    **Recording Date:** Wed Jun 30 00:00:00 CDT 1937    Preview Image    ☐ Purchase

**Grantor:** NELSON, CELIA, NELSON, ESTATE, SIMON PERRY, NELSON, ESTATE, SIMON, NELSON, ESTATE, SHORTY

**Grantee:** NELSON, JAMES, NELSON, JAMES, NELSON, JAMES, NELSON, JAMES

**Legal:**

**Document Type:** CONVERTED DEED
**Document Date:**

**Cass County 604847**

**Instrument #** 604847    **B:** 469 **P:** 601    **Recording Date:** Wed Sep 14 00:00:00 CDT 1983    Preview Image    ☐ Purchase

Return to Search Results

**You searched for:** exact search in GranteeID for NISKU ROYALTY LP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

373 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4 [Next/Last]

| Description | Summary | | |
|---|---|---|---|
| **Golden Valley County 93996** | **Instrument #** 93996 | **Recording Date:** Mon Apr 23 00:00:00 CDT 2007 | Preview Image    ☐ Purchase |
| | **Grantor:** NISKU ROYALTY LP | **Grantee:** EMPIRE OIL COMPANY, NISKU ROYALTY LP, LYNCH KENT, NISKU ROYALTY LP, EMPIRE OIL COMPANY, LYNCH KENT, NISKU ROYALTY LP | |
| | **Legal:** Section: 01 Township: 140 Range: 105, Section: 13 Township: 140 Range: 105, Section: 28 Township: 140 Range: 105 | **Document Type: MINERAL QUITCLAIM DEED** **Document Date:** | |
| **Golden Valley County 91592** | **Instrument #** 91592 | **Recording Date:** Mon Nov 29 00:00:00 CST 2004 | Preview Image    ☐ Purchase |
| | **Grantor:** HUNT PETROLEUM INC | **Grantee:** NISKU ROYALTY LP, WHITING OIL AND GAS CORPORATION, WIHITING OIL AND GAS CORPORATION, NISKU ROYALTY LP | |
| | **Legal:** Section: 25 Township: 143 Range: 104, Section: 26 Township: 143 Range: 104 | **Document Type: MISC** **Document Date:** | |
| **Slope County 086916** | **Instrument #** 086916    **B:** 117MC **P:** 276 2001 | **Recording Date:** Fri Feb 23 11:00:00 CST 2001 | Preview Image    ☐ Purchase |
| | **Grantor:** HAUGHTON JR, FRANK B | **Grantee:** NISKU ROYALTY, LP | |
| | **Legal:** , ...Quarter: NW Section: 20 Township: 134 Range: 103, Quarter: NE Section: 20 Township: 134 Range: 103, Sixteenth: NW Quarter: NW Section: 20 Township: 134 Range: 103, Sixteenth: NE Quarter: NW Section: 20 Township: 134 Range: 103, Sixteenth: NW Quarter: NE Section: 20 Township: 134 Range: 103, ... | **Document Type: MINERAL DEED** **Document Date:** 01/22/2001 | |
| **Hettinger County 23269** | **Instrument #** 23269 | **Recording Date:** Mon Feb 26 11:50:00 CST 2001 | Preview Image    ☐ Purchase |
| | **Grantor:** NAUGHTON, FRANK B JR | **Grantee:** NISKU ROYALTY, LP, HAUGHTON, FRANK B JR | |
| | **Legal:** Quarter: SE Section: 13 Township: 136 Range: 93, Sixteenth: NW Quarter: SE Section: 13 Township: 136 Range: 93, Sixteenth: NE Quarter: SE Section: 13 Township: 136 Range: 93, Sixteenth: SW Quarter: SE Section: 13 Township: 136 Range: 93, Sixteenth: SE Quarter: SE Section: 13 Township: 136 Range: 93 | **Document Type: MINERAL DEED** **Document Date:** 01/22/2001 | |

Return to Search Results

**You searched for:** exact search in GranteeID for NORA RESOURCES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

One item found.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Stark County 3081690** | **Instrument #** 3081690 | **Recording Date:** Thu Apr 07 13:09:00 CDT 2011 | Preview Image | ☐ Purchase |
| | **Grantor:** DEEP ROCK RESOURCES LLC, MASSET PETER A JR, MASSET PETER A | **Grantee:** NORA RESOURCES LLC | | |
| | **Legal:** Quarter: SE Section: 4 Township: 140 Range: 99 | **Document Type: MINERAL DEED** **Document Date:** 04/06/2011 | | |

One item found.**1**

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for NORTH DAKOTA DEPARTMENT OF TRUST LANDS and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Golden Valley County 17106407**

**Instrument #** 17106407     **Recording Date:** Wed Apr 12 11:07:00 CDT 2017     Preview Image    ☐ Purchase

**Grantor:** XTO ENERGY INC

**Grantee:** NORTH DAKOTA DEPARTMENT OF TRUST LANDS

**Legal:** Quarter: NE Section: 36 Township: 143 Range: 103, Sixteenth: NW Quarter: NE Section: 36 Township: 103, Sixteenth: NE Quarter: NE Section: 36 Township: 143 Range: 103, Sixteenth: SW Quarter: NE Section: 36 Township: 143 Range: 103, Sixteenth: SE Quarter: NE Section: 36 Township: 143 Range: 103

**Document Type: EASEMENTS**
**Document Date:** 03/21/2017

**Dunn County 3071445**

**Instrument #** 3071445     **Recording Date:** Mon May 12 13:08:00 CDT 2014     Preview Image    ☐ Purchase

**Grantor:** NORTH DAKOTA DEPARTMENT OF TRANSPORTATIO

**Grantee:** BRANDVIK, MORRIS A., BRANDVIK, MAVIS, KLEEMANN, CODY, KLEEMANN, TALLY, TABOR, GEORGE, TABOR, ARLENE, NORTH DAKOTA DEPARTMENT OF TRUST LANDS, SANDVICK, THORRIS E. FAMILY SURFACE TRUS, SANDVICK, LYNELL FAMILY SURFACE TRUST, SANDVICK, THORRIS E. TRUSTEE, ...

**Legal:** , ...Quarter: SE Section: 24 Township: 147 Range: 96, Sixteenth: NW Quarter: SE Section: 24 Township: 147 Range: 96, Sixteenth: NE Quarter: SE Section: 24 Township: 147 Range: 96, Sixteenth: SW Quarter: SE Section: 24 Township: 147 Range: 96, Sixteenth: SE Quarter: SE Section: 24 Township: 147 Range: 96, ...

**Document Type: RIGHT OF WAY PLAT**
**Document Date:** 06/11/2012

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for NORTHERN ENERGY COMPANY and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

14 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|
| **Renville County 169516** | **Instrument #** 169516   **B:** 262MI **P:** 193 | **Recording Date:** Tue Oct 22 10:40:00 CDT 1996 | | Preview Image | ☐ Purchase |
| | **Grantor:** KING PENNY LYNN, KING TERRY | **Grantee:** NORTHERN ENERGY COMPANY | | | |
| | **Legal:** , ...Quarter: SW Section: 22 Township: 158 Range: 85, Sixteenth: NW Quarter: SW Section: 22 Township: 158 Range: 85, Sixteenth: NE Quarter: SW Section: 22 Township: 158 Range: 85, Sixteenth: SW Quarter: SW Section: 22 Township: 158 Range: 85, Sixteenth: SE Quarter: SW Section: 22 Township: 158 Range: 85, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 09/27/1996 | | | |
| **Golden Valley County 83707** | **Instrument #** 83707   **Recording Date:** Wed Sep 06 00:00:00 CDT 1995 | | | Preview Image | ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA | **Grantee:** NORTHERN ENERGY COMPANY | | | |
| | **Legal:** Quarter: NW Section: 36 Township: 142 Range: 105, Sixteenth: NW Quarter: NW Section: 36 Township: 142 Range: 105, Sixteenth: NE Quarter: NW Section: 36 Township: 142 Range: 105, Sixteenth: SW Quarter: NW Section: 36 Township: 142 Range: 105, Sixteenth: SE Quarter: NW Section: 36 Township: 142 Range: 105 | **Document Type:** OIL AND GAS LEASES **Document Date:** 08/08/1995 | | | |
| **Billings County 100312** | **Instrument #** 100312   **B:** 143 **P:** 577   **Recording Date:** Tue Oct 10 13:05:00 CDT 1989 | | | Preview Image | ☐ Purchase |
| | **Grantor:** OBRIGEWITCH, BERNICE A., ETAL, OBRIGEWITCH, RYAN, ETAL, OBRIGEWITCH, RHONDA, ETAL, OBRIGEWITCH, JOY, ETAL, OBRIGEWITCH, JOSHUA, ETAL, OBRIGEWITCH, BERNICE A., (GUARDIAN), ETA | **Grantee:** NORTHERN ENERGY COMPANY | | | |
| | **Legal:** Quarter: SE Section: 12 Township: 141 Range: 099, Sixteenth: NW Quarter: SE Section: 12 Township: 141 Range: 099, Sixteenth: NE Quarter: SE Section: 12 Township: 141 Range: 099, Sixteenth: SW Quarter: SE Section: 12 Township: 141 Range: 099, Sixteenth: SE Quarter: SE Section: 12 Township: 141 Range: 099 | **Document Type:** POOLING AGREEMENT **Document Date:** 08/04/1989 | | | |

Return to Search Results

**You searched for:** exact search in GranteeID for NORTHERN ENERGY CORPORATION and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

8,150 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

Description   Summary

| | | | |
|---|---|---|---|
| **Dunn County 3025172** | **Instrument #** 3025172   B: 348 P: 74 | **Recording Date:** Tue Dec 04 13:04:00 CST 2007 | Preview Image   ☐ Purchase |

**Grantor:** NORTHERN ENERGY CORPORATION

**Grantee:** NORTHERN ENERGY CORPORATION, LANDMARK OIL & GAS, LLC, MISSOURI RIVER ROYALTY CORPORATION, NORTH COUNTRY PROPERTIES LIMITED PARTNER, WALTON, JOAN M. - LESSOR, PATTERSON, JOAN M. FKA - LESSOR, BURNETT, GLENN REVOCABLE LIVING TRUST -, BURNETT, MILDRED REVOCABLE LIVING TRUST, BURNETT, GLENN RICHARD TRUSTEE - LESSOR, BURNETT, MILDRED DILKS TRUSTEE - LESSOR, ...

**Legal:** , ...Quarter: NW Section: 10 Township: 145 Range: 96, Quarter: NE Section: 10 Township: 145 Range: 96, Quarter: SW Section: 10 Township: 145 Range: 96, Quarter: SE Section: 10 Township: 145 Range: 96, Sixteenth: NW Quarter: NW Section: 10 Township: 145 Range: 96, ...

**Document Type:** ASSIGNMENT ORR INTEREST
**Document Date:** 08/15/2007

| | | | |
|---|---|---|---|
| **Dunn County 3025173** | **Instrument #** 3025173   B: 348 P: 75 | **Recording Date:** Tue Dec 04 13:04:00 CST 2007 | Preview Image   ☐ Purchase |

**Grantor:** NORTHERN ENERGY CORPORATION

**Grantee:** NORTHERN ENERGY CORPORATION, LANDMARK OIL & GAS, LLC, HARRIS, TERRY L., OLSON, KENT A. - LESSOR, OLSON, KENT AKA - LESSOR, ARMAN, MARLENE J. - LESSOR, NORTHERN ENERGY CORPORATION - LESSEE

**Legal:** , ...Quarter: SW Section: 16 Township: 145 Range: 96, Sixteenth: NW Quarter: SW Section: 16 Township: 145 Range: 96, Sixteenth: NE Quarter: SW Section: 16 Township: 145 Range: 96, Sixteenth: SW Quarter: SW Section: 16 Township: 145 Range: 96, Sixteenth: SE Quarter: SW Section: 16 Township: 145 Range: 96, ...

**Document Type:** ASSIGNMENT ORR INTEREST
**Document Date:** 08/15/2007

| | | | |
|---|---|---|---|
| **Dunn County 3024179** | **Instrument #** 3024179   B: 345 P: 120   2007 | **Recording Date:** Mon Oct 01 18:04:00 CDT | Preview Image   ☐ Purchase |

**Grantor:** NORTHERN ENERGY CORPORATION

**Grantee:** MISSOURI RIVER ROYALTY CORPORATION, MISSOURI BASIN WELL SERVICE, INC., CODY OIL & GAS CORPORATION, NORTHERN ENERGY

Return to Search Results

**You searched for:** exact search in GranteeID for NORTHLAND ROYALTY CORP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

519 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6 [Next/Last]

| Description | Summary |
| --- | --- |

**Hettinger County 20990**

| **Instrument #** 20990 | **Recording Date:** Mon Apr 19 11:15:00 CDT 1999 | Preview Image | ☐ Purchase |

**Grantor:** PEDERSEN, BARBARA E, REISHUS, JOSEPHINE N, ESTATE OF JOSEPHINE N REISHUS

**Grantee:** NORTHLAND ROYALTY CORP

**Legal:** , ...Quarter: SW Section: 24 Township: 132 Range: 93, Sixteenth: NW Quarter: SW Section: 24 Township: 132 Range: 93, Sixteenth: NE Quarter: SW Section: 24 Township: 132 Range: 93, Sixteenth: SW Quarter: SW Section: 24 Township: 132 Range: 93, Sixteenth: SE Quarter: SW Section: 24 Township: 132 Range: 93, ...

**Document Type: MINERAL CONVEYANCE**
**Document Date:** 03/29/1999

---

**Slope County 099843**

| **Instrument #** 099843 | **Recording Date:** Wed Dec 14 12:20:00 CST 2016 | Preview Image | ☐ Purchase |

**Grantor:** COLE, BARBARA G

**Grantee:** NORTHLAND ROYALTY CORP

**Legal:** , ...Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: NW Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: NE Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: SW Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: SE Quarter: SE Section: 14 Township: 135 Range: 100, ...

**Document Type: ROYALTY, OVERRIDING ROYALTY, MINERAL CO**
**Document Date:** 11/29/2016

---

**Slope County 099844**

| **Instrument #** 099844 | **Recording Date:** Wed Dec 14 12:25:00 CST 2016 | Preview Image | ☐ Purchase |

**Grantor:** THOMPSON, KAREN LEE

**Grantee:** NORTHLAND ROYALTY CORP

**Legal:** , ...Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: NW Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: NE Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: SW Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: SE Quarter: SE Section: 14 Township: 135 Range: 100, ...

**Document Type: ROYALTY, OVERRIDING ROYALTY, MINERAL CO**
**Document Date:** 12/05/2016

---

**Slope County 099845**

| **Instrument #** 099845 | **Recording Date:** Wed Dec 14 12:30:00 CST 2016 | Preview Image | ☐ Purchase |

**Grantor:** ASBERY, SANDRA S

**Grantee:** NORTHLAND ROYALTY CORP

**Legal:** , ...Quarter: SE Section: 14 Township: 135 Range: 100, Sixteenth: NW Quarter: SE Section: 14 Township: 135

**Document Type: ROYALTY, OVERRIDING ROYALTY, MINERAL CO**
**Document Date:** 12/05/2016

Return to Search Results

**You searched for:** exact search in GranteeID for NORTHWEST DAKOTA CELLULAR OF NORTH DAKOTA LIMITED PARTNERSHIP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

27 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Ward County 3011292** | **Instrument #** 3011292 | **Recording Date:** Mon Aug 21 14:41:54 CDT 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** REHAB SERVICES, INC. | **Grantee:** NORTHWEST DAKOTA CELLULAR OF NORTH DAKOTA LIMITED PARTNER..., VERIZON WIRELESS | | |
| | **Legal:** Subdivision WESTLIES ADD Block 4, Subdivision GLENWOOD PARK ADD Lot 3 Block 8, Subdivision GLENWOOD PARK ADD Lot 4 Block 8, Subdivision METHODIST CHURCH R/A BLK 2, Subdivision METHODIST CHURCH R/A BLKS 7 & 8 | **Document Type:** LEASES **Document Date:** 08/07/2017 | | |
| **Ward County 3011293** | **Instrument #** 3011293 | **Recording Date:** Mon Aug 21 14:41:54 CDT 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** AMERICAN BANK CENTER, REHAB SERVICES | **Grantee:** NORTHWEST DAKOTA CELLULAR OF NORTH DAKOTA LIMITED PARTNER..., VERIZON WIRELESS | | |
| | **Legal:** Subdivision WESTLIES ADD Block 4, Subdivision GLENWOOD PARK ADD Lot 3 Block 8, Subdivision GLENWOOD PARK ADD Lot 4 Block 8, Subdivision METHODIST CHURCH R/A BLK 2, Subdivision METHODIST CHURCH R/A BLKS 7 & 8 | **Document Type:** MORTGAGE SUBORDINATION **Document Date:** 08/07/2017 | | |
| **Ward County 3011967** | **Instrument #** 3011967 | **Recording Date:** Tue Sep 12 11:03:46 CDT 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** SRT COMMUNICATIONS, INC. | **Grantee:** NORTHWEST DAKOTA CELLULAR OF NORTH DAKOTA LIMITED PARTNER..., VERIZON WIRELESS | | |
| | **Legal:** Subdivision OUTLOT Lot 2Section: 33 Township: 154 Range: 85 | **Document Type:** LEASE AMENDMENT **Document Date:** 08/29/2017 | | |
| **Ward County 3012688** | **Instrument #** 3012688 | **Recording Date:** Thu Oct 05 13:22:47 CDT 2017 | Preview Image | ☐ Purchase |
| | **Grantor:** SRT COMMUNICATIONS, INC. | **Grantee:** NORTHWEST DAKOTA CELLULAR OF NORTH DAKOTA LIMITED PARTNER..., VERIZON WIRELESS | | |
| | **Legal:** Subdivision OUTLOT Lot 14, , , Section: 24 Township: 154 Range: 82, Sixteenth: SE Quarter: SW Section: 24 Township: 154 Range: 82, Sixteenth: NE | **Document Type:** LEASES **Document Date:** 09/22/2017 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for OIL GAS & OTHER MINERALS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

34 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Slope County 100337** | **Instrument #** 100337 | **Recording Date:** Mon Feb 26 11:50:00 CST 2018 | Preview Image ☐ Purchase |
| | **Grantor:** CHRISLEY, MARY FRANCES | **Grantee:** OIL, GAS & OTHER MINERALS, LLC | |
| | **Legal:** Quarter: SE Section: 33 Township: 133 Range: 102, Sixteenth: NW Quarter: SE Section: 33 Township: 133 Range: 102, Sixteenth: NE Quarter: SE Section: 33 Township: 133 Range: 102, Sixteenth: SW Quarter: SE Section: 33 Township: 133 Range: 102, Sixteenth: SE Quarter: SE Section: 33 Township: 133 Range: 102 | **Document Type: MINERAL DEED** **Document Date:** 01/31/2018 | |
| **Golden Valley County 14104479** | **Instrument #** 14104479 | **Recording Date:** Thu Aug 07 10:19:00 CDT 2014 | Preview Image ☐ Purchase |
| | **Grantor:** AGGREGATES UNLIMITED, LLC. | **Grantee:** OIL, GAS & OTHER MINERALS, LLC. | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 141 Range: 103, Quarter: NE Section: 29 Township: 141 Range: 103, Quarter: SW Section: 29 Township: 141 Range: 103, Quarter: SE Section: 29 Township: 141 Range: 103, Sixteenth: NW Quarter: NW Section: 29 Township: 141 Range: 103, ... | **Document Type: ASSIGNMENT OF OIL AND GAS LEASE(S)** **Document Date:** 08/05/2014 | |
| **Divide County 306135** | **Instrument #** 306135 | **Recording Date:** Thu Feb 15 08:30:00 CST 2024 | Preview Image ☐ Purchase |
| | **Grantor:** InterWest Petroleum Corp. | **Grantee:** Oil, Gas & Other Minerals, LLC, Black Bear Resources III, LLC, Sioux Holdings, LLC | |
| | **Legal:** Quarter: SW Section: 26 Township: 160 Range: 102, Sixteenth: NW Quarter: SW Section: 26 Township: 160 Range: 102, Sixteenth: NE Quarter: SW Section: 26 Township: 160 Range: 102, Sixteenth: SW Quarter: SW Section: 26 Township: 160 Range: 102, Sixteenth: SE Quarter: SW Section: 26 Township: 160 Range: 102 | **Document Type: ASSIGNMENT OF ORRI** **Document Date:** 02/14/2024 | |
| **Divide County 306136** | **Instrument #** 306136 | **Recording Date:** Thu Feb 15 08:30:00 CST 2024 | Preview Image ☐ Purchase |
| | **Grantor:** InterWest Petroleum Corp. | **Grantee:** Oil, Gas & Other Minerals, LLC | |
| | **Legal:** Quarter: SW Section: 26 Township: 160 Range: 102, Sixteenth: | **Document Type: ASSIGNMENT OF ORRI** | |

Return to Search Results

**You searched for:** exact search in GranteeID for ONEOK ROCKIES MIDSTREAM LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,853 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
|---|---|

**Divide County 270853**

**Instrument #** 270853   **B:** 353M **P:** 269   **Recording Date:** Wed May 15 13:50:00 CDT 2013   Preview Image   ☐ Purchase

**Grantor:** Bissonnette, Pamela J.   **Grantee:** ONEOK Rockies Midstream, LLC, ONEOK Rockies Midstream, LLC

**Legal:** , ...Quarter: NE Section: 03 Township: 160 Range: 098, Quarter: SW Section: 03 Township: 160 Range: 098, Sixteenth: NW Quarter: NE Section: 03 Township: 160 Range: 098, Sixteenth: NE Quarter: NE Section: 03 Township: 160 Range: 098, Sixteenth: SW Quarter: NE Section: 03 Township: 160 Range: 098, ...   **Document Type: RIGHT OF WAY GRANT Document Date:** 06/29/2012

**Slope County 096541**

**Instrument #** 096541   **Recording Date:** Mon Sep 09 08:10:00 CDT 2013   Preview Image   ☐ Purchase

**Grantor:** SONSALLA, MIKE H, ET UX, SONSALLA, JONI G, ET VIR   **Grantee:** ONEOK ROCKIES MIDSTREAM, LLC

**Legal:** Quarter: SE Section: 35 Township: 133 Range: 106, Sixteenth: NW Quarter: SE Section: 35 Township: 133 Range: 106, Sixteenth: NE Quarter: SE Section: 35 Township: 133 Range: 106, Sixteenth: SW Quarter: SE Section: 35 Township: 133 Range: 106, Sixteenth: SE Quarter: SE Section: 35 Township: 133 Range: 106   **Document Type: AGREEMENT Document Date:** 12/14/2011

**Slope County 096539**

**Instrument #** 096539   **Recording Date:** Mon Sep 09 08:00:00 CDT 2013   Preview Image   ☐ Purchase

**Grantor:** SONSALLA, DONALD A, ET UX, SONSALLA, MARGARET L, ET VIR   **Grantee:** ONEOK ROCKIES MIDSTREAM, LLC

**Legal:** , ...Quarter: SW Section: 35 Township: 133 Range: 106, Quarter: SE Section: 35 Township: 133 Range: 106, Sixteenth: NW Quarter: SW Section: 35 Township: 133 Range: 106, Sixteenth: NE Quarter: SW Section: 35 Township: 133 Range: 106, Sixteenth: NW Quarter: SE Section: 35 Township: 133 Range: 106, ...   **Document Type: AGREEMENT Document Date:** 12/14/2011

**Slope County 096540**

**Instrument #** 096540   **Recording Date:** Mon Sep 09 08:05:00 CDT 2013   Preview Image   ☐ Purchase

**Grantor:** SONSALLA, MIKE H, ET UX, SONSALLA, JONI G, ET VIR   **Grantee:** ONEOK ROCKIES MIDSTREAM, LLC

**Legal:** Quarter: SE Section: 35 Township: 133 Range: 106, Sixteenth: NW Quarter: SE Section: 35 Township: 133 Range: 106,

Return to Search Results

**You searched for:** exact search in GranteeID for PACER ENERGY ACQUISITIONS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

237 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3 [Next/Last]

| Description | Summary | | |
|---|---|---|---|
| **BOTTINEAU COUNTY 388958** | **Instrument #** 388958 | **Recording Date:** Mon Nov 01 13:40:00 CDT 2010 | Preview Image ☐ Purchase |
| | **Grantor:** LOVE, LOIS | **Grantee:** PACER ENERGY ACQUISITIONS LLC | |
| | **Legal:** , ...Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: NW Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: NE Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: SW Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: SE Quarter: SW Section: 02 Township: 161 Range: 75, ... | **Document Type: OIL & GAS LEASE** **Document Date:** 09/08/2010 | |
| **BOTTINEAU COUNTY 388959** | **Instrument #** 388959 | **Recording Date:** Mon Nov 01 13:41:00 CDT 2010 | Preview Image ☐ Purchase |
| | **Grantor:** ZANDHUISEN, PATRICIA | **Grantee:** PACER ENERGY ACQUISITIONS LLC | |
| | **Legal:** , ...Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: NW Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: NE Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: SW Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: SE Quarter: SW Section: 02 Township: 161 Range: 75, ... | **Document Type: OIL & GAS LEASE** **Document Date:** 09/09/2010 | |
| **BOTTINEAU COUNTY 388956** | **Instrument #** 388956 | **Recording Date:** Mon Nov 01 13:38:00 CDT 2010 | Preview Image ☐ Purchase |
| | **Grantor:** RITTER, LOIS A | **Grantee:** PACER ENERGY ACQUISITIONS LLC | |
| | **Legal:** , ...Quarter: NE Section: 27 Township: 162 Range: 77, Sixteenth: NW Quarter: NE Section: 27 Township: 162 Range: 77, Sixteenth: SW Quarter: NE Section: 27 Township: 162 Range: 77, Quarter: NW Section: 27 Township: 162 Range: 77, Sixteenth: NW Quarter: NW Section: 27 Township: 162 Range: 77, ... | **Document Type: OIL & GAS LEASE** **Document Date:** 08/07/2010 | |
| **BOTTINEAU COUNTY 388957** | **Instrument #** 388957 | **Recording Date:** Mon Nov 01 13:39:00 CDT 2010 | Preview Image ☐ Purchase |
| | **Grantor:** HELLER, WILLIAM D | **Grantee:** PACER ENERGY ACQUISITIONS LLC | |
| | **Legal:** , ...Quarter: SW Section: 02 Township: 161 Range: 75, Sixteenth: NW | **Document Type: OIL & GAS LEASE** **Document Date:** 08/17/2010 | |

Return to Search Results

**You searched for:** exact search in GranteeID for PARADISE VALLEY RESOURCES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

5 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Dunn County 3101813** | **Instrument #** 3101813 | **Recording Date:** Mon Mar 18 16:29:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** PERRINE, WILLIAM S. CO-TRUSTEE, PERRINE, JOHN A. CO-TRUSTEE, TRUST 850 II UDT DATED AUGUST 27, 1993, PERRINE, WILLIAM STEWART CO-TRUSTEE | **Grantee:** PARADISE VALLEY RESOURCES, LLC. | | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 148 Range: 97, Quarter: NE Section: 29 Township: 148 Range: 97, Quarter: SW Section: 29 Township: 148 Range: 97, Quarter: SE Section: 29 Township: 148 Range: 97, Sixteenth: NW Quarter: NW Section: 29 Township: 148 Range: 97, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 02/22/2024 | | |
| **Dunn County 3101816** | **Instrument #** 3101816 | **Recording Date:** Mon Mar 18 16:29:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** BOKF, NA AGENT, PERRINE, JOHN CO-TRUSTEE, JOY, THOMAS F. CO-TRUSTEE, VERA JOY PERRINE TRUST DATED MAY 10, 195 | **Grantee:** PARADISE VALLEY RESOURCES, LLC. | | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 148 Range: 97, Quarter: NE Section: 29 Township: 148 Range: 97, Quarter: SW Section: 29 Township: 148 Range: 97, Quarter: SE Section: 29 Township: 148 Range: 97, Sixteenth: NW Quarter: NW Section: 29 Township: 148 Range: 97, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 02/22/2024 | | |
| **Dunn County 3101815** | **Instrument #** 3101815 | **Recording Date:** Mon Mar 18 16:29:00 CDT 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** BOKF, NA AGENT, U.S. BANK, N.A. TRUSTEE, S. ALDEN PERRINE TRUST U/A DATED 8-31-37 | **Grantee:** PARADISE VALLEY RESOURCES, LLC. | | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 148 Range: 97, Quarter: NE Section: 29 Township: 148 Range: 97, Quarter: SW Section: 29 Township: 148 Range: 97, Quarter: SE Section: 29 Township: 148 Range: 97, Sixteenth: NW Quarter: NW Section: 29 Township: 148 Range: 97, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 02/22/2024 | | |
| **Dunn County 3101814** | **Instrument #** 3101814 | **Recording Date:** Mon Mar 18 16:29:00 CDT 2024 | Preview Image | ☐ Purchase |

Return to Search Results

**You searched for:** exact search in GranteeID for PEAK NORTH DAKOTA LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

159 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
| --- | --- |

**Dunn County 3041927**

| | |
| --- | --- |
| **Instrument #** 3041927 | **Recording Date:** Mon Mar 08 10:10:00 CST 2010 |

Preview Image ☐ Purchase

**Grantor:** SPOTTED BEAR, LONNIE

**Grantee:** PEAK NORTH DAKOTA, LLC

**Legal:** , ...Quarter: NW Section: 01 Township: 147 Range: 94, Quarter: NE Section: 01 Township: 147 Range: 94, Quarter: SW Section: 01 Township: 147 Range: 94, Quarter: SE Section: 01 Township: 147 Range: 94, Sixteenth: NW Quarter: NW Section: 01 Township: 147 Range: 94, ...

**Document Type: RIGHT OF WAY AGREEMENT**
**Document Date:** 09/16/2008

---

**Dunn County 3041926**

| | |
| --- | --- |
| **Instrument #** 3041926 | **Recording Date:** Mon Mar 08 10:10:00 CST 2010 |

Preview Image ☐ Purchase

**Grantor:** SPOTTED BEAR, LORENZO

**Grantee:** PEAK NORTH DAKOTA, LLC

**Legal:** , ...Quarter: NW Section: 01 Township: 147 Range: 94, Quarter: NE Section: 01 Township: 147 Range: 94, Quarter: SW Section: 01 Township: 147 Range: 94, Quarter: SE Section: 01 Township: 147 Range: 94, Sixteenth: NW Quarter: NW Section: 01 Township: 147 Range: 94, ...

**Document Type: RIGHT OF WAY AGREEMENT**
**Document Date:** 01/08/2009

---

**Dunn County 3041918**

| | |
| --- | --- |
| **Instrument #** 3041918 | **Recording Date:** Mon Mar 08 10:10:00 CST 2010 |

Preview Image ☐ Purchase

**Grantor:** GUNDERSON, THOMAS J.

**Grantee:** PEAK NORTH DAKOTA, LLC

**Legal:** , ...Quarter: NW Section: 01 Township: 147 Range: 94, Quarter: NE Section: 01 Township: 147 Range: 94, Quarter: SW Section: 01 Township: 147 Range: 94, Quarter: SE Section: 01 Township: 147 Range: 94, Sixteenth: NW Quarter: NW Section: 01 Township: 147 Range: 94, ...

**Document Type: RIGHT OF WAY AGREEMENT**
**Document Date:** 08/20/2008

---

**Dunn County 3041917**

| | |
| --- | --- |
| **Instrument #** 3041917 | **Recording Date:** Mon Mar 08 10:10:00 CST 2010 |

Preview Image ☐ Purchase

**Grantor:** SPOTTED BEAR, MARIAN

**Grantee:** PEAK NORTH DAKOTA, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for PERENNIAL MANAGEMENT LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

13 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|
| **Dunn County 3095307** | **Instrument #** 3095307 | **Recording Date:** Tue Nov 16 15:51:00 CST 2021 | | Preview Image | ☐ Purchase |
| | **Grantor:** KUDRNA, RAYMOND | **Grantee:** PERENNIAL MANAGEMENT, LLC | | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 19 Township: 141 Range: 97, Sixteenth: NW Quarter: NW Section: 19 Township: 141 Range: 97, Quarter: NW Section: 19 Township: 141 Range: 97, Sixteenth: SW Quarter: NW Section: 19 Township: 141 Range: 97, Quarter: SW Section: 19 Township: 141 Range: 97, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 02/25/2021 | | | |
| **Dunn County 3095309** | **Instrument #** 3095309 | **Recording Date:** Tue Nov 16 15:51:00 CST 2021 | | Preview Image | ☐ Purchase |
| | **Grantor:** KUDRNA, ALVIN | **Grantee:** PERENNIAL MANAGEMENT, LLC | | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 19 Township: 141 Range: 97, Sixteenth: NW Quarter: NW Section: 19 Township: 141 Range: 97, Quarter: NW Section: 19 Township: 141 Range: 97, Sixteenth: SW Quarter: NW Section: 19 Township: 141 Range: 97, Quarter: SW Section: 19 Township: 141 Range: 97, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 02/25/2021 | | | |
| **Dunn County 3095306** | **Instrument #** 3095306 | **Recording Date:** Tue Nov 16 15:51:00 CST 2021 | | Preview Image | ☐ Purchase |
| | **Grantor:** KUDRNA, ROBBIE | **Grantee:** PERENNIAL MANAGEMENT, LLC | | | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 19 Township: 141 Range: 97, Sixteenth: NW Quarter: NW Section: 19 Township: 141 Range: 97, Quarter: NW Section: 19 Township: 141 Range: 97, Sixteenth: SW Quarter: NW Section: 19 Township: 141 Range: 97, Quarter: SW Section: 19 Township: 141 Range: 97, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 02/25/2021 | | | |
| **Dunn County 3095308** | **Instrument #** 3095308 | **Recording Date:** Tue Nov 16 15:51:00 CST 2021 | | Preview Image | ☐ Purchase |
| | **Grantor:** KUNTZ, PATRICK J. | **Grantee:** PERENNIAL MANAGEMENT, LLC | | | |

Return to Search Results

**You searched for:** exact search in GranteeID for PETRO HUNT L L C and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|
| **Stark County 3105117** | **Instrument #** 3105117 | **Recording Date:** Tue Jan 22 10:33:33 CST 2013 | | Preview Image | ☐ Purchase |
| | **Grantor:** NELSON TOM E, PETRO HUNT L L C | **Grantee:** PETRO HUNT L L C, HALCON WILISTON I LLC | | | |
| | **Legal:** | **Document Type: MERGER** **Document Date:** 12/06/2012 | | | |
| **Stark County 336216** | **Instrument #** 336216 | **Recording Date:** Mon Jan 11 00:00:00 CST 1999 | | Preview Image | ☐ Purchase |
| | **Grantor:** HUNT DOMINION CORPORATION, PETRO-HUNT CORPORATION, PETRO HUNT CORPORATION, HUNT BRUCE W | **Grantee:** PETRO-HUNT L L C, PETRO-HUNT LLC, PETRO HUNT L L C, PETRO-HUNT LLC | | | |
| | **Legal:** , ...Quarter: NW Section: 28 Township: 138 Range: 92, Sixteenth: W2 Quarter: SE Section: 28 Township: 138 Range: 92, Quarter: S2 Section: 12 Township: 140 Range: 92, Quarter: SE Section: 12 Township: 140 Range: 92, Quarter: SW Section: 12 Township: 140 Range: 92, ... | **Document Type: Assignment Oil & Gas Lease** **Document Date:** 09/30/1998 | | | |

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for PETRO HARVESTER WILLISTON HOLDINGS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,818 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

**Renville County 203287**

**Instrument #** 203287

**Recording Date:** Fri Mar 24 14:06:00 CDT 2017

Preview Image

☐ Purchase

**Grantor:** BANK OF AMERICA NA

**Grantee:** PETRO HARVESTER WILLISTON HOLDINGS LLC, PETRO HARVESTER AGENT CORP

**Legal:** , ...Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: NW Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: NE Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: SW Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: SE Quarter: NW Section: 35 Township: 164 Range: 84, ...

**Document Type: PARTIAL RELEASE**
**Document Date:** 02/10/2017

---

**Renville County 204812**

**Instrument #** 204812

**Recording Date:** Thu Jul 12 12:34:00 CDT 2018

Preview Image

☐ Purchase

**Grantor:** BANK OF AMERICA NA

**Grantee:** PETRO HARVESTER WILLISTON HOLDINGS LLC, PETRO HARVESTER AGENT CORP

**Legal:** , ...Quarter: NW Section: 35 Township: 164 Range: 84, Quarter: SW Section: 35 Township: 164 Range: 84, Sixteenth: NW Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: NE Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: SW Quarter: NW Section: 35 Township: 164 Range: 84, ...

**Document Type: RELEASE**
**Document Date:** 06/07/2018

---

**Renville County 198386**

**Instrument #** 198386   **B:** 132DE **P:** 465 2014

**Recording Date:** Tue Jan 21 11:09:00 CST 2014

Preview Image

☐ Purchase

**Grantor:** SAGEBRUSH RESOURCES LLC

**Grantee:** PETRO HARVESTER WILLISTON HOLDINGS LLC

**Legal:** Quarter: NE Section: 35 Township: 163 Range: 84, Sixteenth: NW Quarter: NE Section: 35 Township: 163 Range: 84, Sixteenth: NE Quarter: NE Section: 35 Township: 163 Range: 84, Sixteenth: SW Quarter: NE Section: 35 Township: 163 Range: 84, Sixteenth: SE Quarter: NE Section: 35 Township: 163 Range: 84

**Document Type: QUIT CLAIM DEED**
**Document Date:** 10/24/2012

---

**Renville County 192271**

**Instrument #** 192271   **B:** 304MI **P:** 375 2011

**Recording Date:** Fri Feb 18 10:18:00 CST 2011

Preview Image

☐ Purchase

**Grantor:** SAGEBRUSH RESOURCES, LLC

**Grantee:** PETRO HARVESTER WILLISTON HOLDINGS, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for PETRO HARVESTER HOLDINGS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | |
|---|---|---|---|
| Select All / None |

**Burke County 267731**

| **Instrument #** 267731 | **Recording Date:** Mon Nov 05 13:12:00 CST 2018 | Preview Image | ☐ Purchase |

**Grantor:** NORDMAN, CAROL A.

**Grantee:** PETRO HARVESTER HOLDINGS, LLC

**Legal:** Quarter: NW Section: 24 Township: 163 Range: 91, Sixteenth: NE Quarter: NW Section: 24 Township: 163 Range: 91, Sixteenth: SE Quarter: NW Section: 24 Township: 163 Range: 91

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 10/25/2018

**Burke County 270728**

**Instrument #** 270728   **Recording Date:** Wed Nov 13 14:39:00 CST 2019   Preview Image   ☐ Purchase

**Grantor:** ANDERSON, BETTY LAVONNE

**Grantee:** PETRO HARVESTER HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 29 Township: 162 Range: 91, Quarter: NE Section: 29 Township: 162 Range: 91, Quarter: SW Section: 29 Township: 162 Range: 91, Sixteenth: NW Quarter: NW Section: 29 Township: 162 Range: 91, Sixteenth: NE Quarter: NW Section: 29 Township: 162 Range: 91, ...

**Document Type: MEMORANDUM OF O & G LEASE**
**Document Date:** 10/25/2019

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for PETRO HARVESTER WILLISTON HOLDINGS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,818 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

**Renville County 203287**

**Instrument #** 203287    **Recording Date:** Fri Mar 24 14:06:00 CDT 2017    Preview Image    ☐ Purchase

**Grantor:** BANK OF AMERICA NA

**Grantee:** PETRO HARVESTER WILLISTON HOLDINGS LLC, PETRO HARVESTER AGENT CORP

**Legal:** , ...Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: NW Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: NE Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: SW Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: SE Quarter: NW Section: 35 Township: 164 Range: 84, ...

**Document Type: PARTIAL RELEASE**
**Document Date:** 02/10/2017

---

**Renville County 204812**

**Instrument #** 204812    **Recording Date:** Thu Jul 12 12:34:00 CDT 2018    Preview Image    ☐ Purchase

**Grantor:** BANK OF AMERICA NA

**Grantee:** PETRO HARVESTER WILLISTON HOLDINGS LLC, PETRO HARVESTER AGENT CORP

**Legal:** , ...Quarter: NW Section: 35 Township: 164 Range: 84, Quarter: SW Section: 35 Township: 164 Range: 84, Sixteenth: NW Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: NE Quarter: NW Section: 35 Township: 164 Range: 84, Sixteenth: SW Quarter: NW Section: 35 Township: 164 Range: 84, ...

**Document Type: RELEASE**
**Document Date:** 06/07/2018

---

**Renville County 198386**

**Instrument #** 198386    **B:** 132DE **P:** 465    **Recording Date:** Tue Jan 21 11:09:00 CST 2014    Preview Image    ☐ Purchase

**Grantor:** SAGEBRUSH RESOURCES LLC

**Grantee:** PETRO HARVESTER WILLISTON HOLDINGS LLC

**Legal:** Quarter: NE Section: 35 Township: 163 Range: 84, Sixteenth: NW Quarter: NE Section: 35 Township: 163 Range: 84, Sixteenth: NE Quarter: NE Section: 35 Township: 163 Range: 84, Sixteenth: SW Quarter: NE Section: 35 Township: 163 Range: 84, Sixteenth: SE Quarter: NE Section: 35 Township: 163 Range: 84

**Document Type: QUIT CLAIM DEED**
**Document Date:** 10/24/2012

---

**Renville County 192271**

**Instrument #** 192271    **B:** 304MI **P:** 375    **Recording Date:** Fri Feb 18 10:18:00 CST 2011    Preview Image    ☐ Purchase

**Grantor:** SAGEBRUSH RESOURCES, LLC

**Grantee:** PETRO HARVESTER WILLISTON HOLDINGS, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for PETRO HUNT DAKOTA LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

4 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Stark County 3137838**

**Instrument #** 3137838    **Recording Date:** Thu Jan 26 11:50:18 CST 2017    Preview Image    ☐ Purchase

**Grantor:** NEW EMERALD ENERGY LLC, NEW EMERALD ENERGY HOLDINGS LLC, COCHRAN JOHN S

**Grantee:** PETRO-HUNT DAKOTA LLC, PETRO HUNT DAKOTA LLC

**Legal:** , ...Quarter: NE Section: 9 Township: 139 Range: 97, Quarter: NW Section: 9 Township: 139 Range: 97, Quarter: SE Section: 9 Township 139 Range: 97, Quarter: SW Section: 9 Township: 139 Range: 97, Quarter: NE Section: 35 Township: 140 Range: 98, ...

**Document Type:** Bill Of Sale
**Document Date:** 12/16/2016

---

**Stark County 3149295**

**Instrument #** 3149295    **Recording Date:** Mon Nov 19 16:29:39 CST 2018    Preview Image    ☐ Purchase

**Grantor:** NEW EMERALD ENERGY LLC, NEW EMERALD ENERGY HOLDINGS LLC, LEDERMAN EVAN

**Grantee:** PETRO-HUNT DAKOTA LLC, PETRO HUNT DAKOTA LLC

**Legal:** , ...Quarter: NE Section: 9 Township: 139 Range: 97, Quarter: NW Section: 9 Township 139 Range: 97, Quarter: SE Section: 9 Township: 139 Range: 97, Quarter: SW Section: 9 Township: 139 Range: 97, Quarter: NE Section: 35 Township: 140 Range: 98, ...

**Document Type:** Assignment And Bill Of Sale
**Document Date:** 08/31/2018

---

**Stark County 3175877**

**Instrument #** 3175877    **Recording Date:** Wed Jan 18 13:46:29 CST 2023    Preview Image    ☐ Purchase

**Grantor:** DAKOTA E&P LLC, DAKOTA E & P LLC, DAKOTA E AND P LLC

**Grantee:** PETRO-HUNT DAKOTA LLC, PETRO HUNT DAKOTA LLC, HUNT BAILEY G

**Legal:** , ...Quarter: NE Section: 9 Township: 139 Range: 97, Quarter: NW Section: 9 Township: 139 Range: 97, Quarter: SE Section: 9 Township: 139 Range: 97, Quarter: SW Section: 9 Township: 139 Range: 97, Quarter: NE Section: 35 Township: 140 Range: 98, ...

**Document Type:** Assignment And Bill Of Sale
**Document Date:** 06/01/2022

---

**Stark County 3168799**

**Instrument #** 3168799    **Recording Date:** Tue Oct 19 15:10:11 CDT 2021    Preview Image    ☐ Purchase

**Grantor:** EWB-I LLC, EWB I LLC, PROUT MAITA

**Grantee:** PETRO-HUNT DAKOTA LLC, PETRO HUNT DAKOTA LLC

**Legal:** , ...Quarter: NE Section: 9 Township: 139 Range: 97, Quarter: NW Section: 9 Township: 139 Range: 97, Quarter: SE Section: 9 Township: 139

**Document Type:** Assignment And Bill Of Sale
**Document Date:** 09/01/2021

Return to Search Results

**You searched for:** exact search in GranteeID for PETRO HUNT LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

64 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Divide County 303690** | **Instrument #** 303690 | **Recording Date:** Mon Feb 13 13:05:00 CST 2023 | Preview Image  ☐ Purchase |
| | **Grantor:** Tibbits, James K., Tibbits, Linda L., Tibbits, Jeffrey | **Grantee:** Petro Hunt, LLC | |
| | **Legal:** , ...Quarter: NE Section: 20 Township: 162 Range: 100, Quarter: SW Section: 20 Township: 162 Range: 100, Quarter: SE Section: 20 Township: 162 Range: 100, Sixteenth: NW Quarter: NE Section: 20 Township: 162 Range: 100, Sixteenth: NE Quarter: NE Section: 20 Township: 162 Range: 100, ... | **Document Type: RATIFICATION OF OIL AND GAS LEASE** **Document Date:** 12/02/2022 | |
| **Divide County 303691** | **Instrument #** 303691 | **Recording Date:** Mon Feb 13 13:05:00 CST 2023 | Preview Image  ☐ Purchase |
| | **Grantor:** Tibbits, James K., Tibbits, Linda L., Miller, Trina | **Grantee:** Petro Hunt, LLC | |
| | **Legal:** , ...Quarter: NE Section: 20 Township: 162 Range: 100, Quarter: SW Section: 20 Township: 162 Range: 100, Quarter: SE Section: 20 Township: 162 Range: 100, Sixteenth: NW Quarter: NE Section: 20 Township: 162 Range: 100, Sixteenth: NE Quarter: NE Section: 20 Township: 162 Range: 100, ... | **Document Type: RATIFICATION OF OIL AND GAS LEASE** **Document Date:** 12/02/2022 | |
| **Divide County 303692** | **Instrument #** 303692 | **Recording Date:** Mon Feb 13 13:05:00 CST 2023 | Preview Image  ☐ Purchase |
| | **Grantor:** Tibbits, James K., Tibbits, Linda L., Votava, Ronda | **Grantee:** Petro Hunt, LLC | |
| | **Legal:** , ...Quarter: NE Section: 20 Township: 162 Range: 100, Quarter: SW Section: 20 Township: 162 Range: 100, Quarter: SE Section: 20 Township: 162 Range: 100, Sixteenth: NW Quarter: NE Section: 20 Township: 162 Range: 100, Sixteenth: NE Quarter: NE Section: 20 Township: 162 Range: 100, ... | **Document Type: RATIFICATION OF OIL AND GAS LEASE** **Document Date:** 12/02/2022 | |
| **Divide County 303693** | **Instrument #** 303693 | **Recording Date:** Mon Feb 13 13:05:00 CST 2023 | Preview Image  ☐ Purchase |
| | **Grantor:** Boe-Olsen, Audrey, Olsen Trust, Emery F. Audrey Boe-Olsen | **Grantee:** Petro Hunt, LLC | |
| | **Legal:** , ...Quarter: SW Section: 20 Township: 162 Range: 100, Quarter: SE Section: 20 Township: 162 Range: 100, Sixteenth: NW Quarter: SW Section: 20 | **Document Type: RATIFICATION OF OIL AND GAS LEASE** **Document Date:** 12/02/2022 | |

Return to Search Results

**You searched for:** exact search in GranteeID for PETRO SENTINEL LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

4 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Renville County 204683** | **Instrument #** 204683 | **Recording Date:** Fri Jun 01 10:25:00 CDT 2018 | Preview Image  ☐ Purchase |
| | **Grantor:** ISHIGAKI LINDA | **Grantee:** PETRO SENTINEL LLC | |
| | **Legal:** Quarter: SW Section: 28 Township: 160 Range: 86, Sixteenth: NW Quarter: SW Section: 28 Township: 160 Range: 86, Sixteenth: NE Quarter: SW Section: 28 Township: 160 Range: 86, Sixteenth: SW Quarter: SW Section: 28 Township: 160 Range: 86, Sixteenth: SE Quarter: SW Section: 28 Township: 160 Range: 86 | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/24/2018 | |
| **Renville County 210709** | **Instrument #** 210709 | **Recording Date:** Mon Mar 27 10:38:00 CDT 2023 | Preview Image  ☐ Purchase |
| | **Grantor:** AGRIBANK FCB | **Grantee:** PETRO SENTINEL LLC | |
| | **Legal:** , ...Quarter: NW Section: 31 Township: 164 Range: 85, Sixteenth: NE Quarter: NW Section: 31 Township: 164 Range: 85, Sixteenth: SE Quarter: NW Section: 31 Township: 164 Range: 85, Quarter: NW Section: 31 Township: 164 Range: 85, Sixteenth: NW Quarter: NW Section: 31 Township: 164 Range: 85, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 01/27/2023 | |
| **BOTTINEAU COUNTY 392631** | **Instrument #** 392631 | **Recording Date:** Thu Jul 14 11:25:00 CDT 2011 | Preview Image  ☐ Purchase |
| | **Grantor:** THE UNION CENTRAL LIFE INSURANCE COMPANY, UNION CENTRAL LIFE INSURANCE COMPANY | **Grantee:** PETRO-SENTINEL LLC, PETRO SENTINEL LLC | |
| | **Legal:** Quarter: NE Section: 07 Township: 160 Range: 81, Sixteenth: NW Quarter: NE Section: 07 Township: 160 Range: 81, Sixteenth: NE Quarter: NE Section: 07 Township: 160 Range: 81, Sixteenth: SW Quarter: NE Section: 07 Township: 160 Range: 81, Sixteenth: SE Quarter: NE Section: 07 Township: 160 Range: 81 | **Document Type:** OIL & GAS LEASE **Document Date:** 06/30/2011 | |
| **BOTTINEAU COUNTY 392630** | **Instrument #** 392630 | **Recording Date:** Thu Jul 14 11:24:00 CDT 2011 | Preview Image  ☐ Purchase |
| | **Grantor:** THE UNION CENTRAL LIFE INSURANCE COMPANY, UNION CENTRAL LIFE INSURANCE COMPANY | **Grantee:** PETRO-SENTINEL LLC, PETRO SENTINEL LLC | |

Return to Search Results

**You searched for:** exact search in GranteeID for PETROLEUM NORTH AMERICA LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Bowman County 179691** | **Instrument #** 179691 | **Recording Date:** Mon Apr 11 14:57:00 CDT 2016 | Preview Image ☐ Purchase |
| | **Grantor:** SAMSON OIL AND GAS USA, INC. | **Grantee:** PETROLEUM NORTH AMERICA LLC | |
| | **Legal:** , ...Quarter: NW Section: 04 Township: 129 Range: 104, Quarter: NE Section: 04 Township: 129 Range: 104, Quarter: SW Section: 04 Township: 129 Range: 104, Quarter: SE Section: 04 Township: 129 Range: 104, Sixteenth: NW Quarter: NW Section: 04 Township: 129 Range: 104, ... | **Document Type: UCC FINANCING STATEMENT** **Document Date:** | |
| **Bowman County 179690** | **Instrument #** 179690 | **Recording Date:** Mon Apr 11 14:48:00 CDT 2016 | Preview Image ☐ Purchase |
| | **Grantor:** SAMSON OIL AND GAS USA, INC. | **Grantee:** PETROLEUM NORTH AMERICA LLC | |
| | **Legal:** , ...Quarter: NW Section: 04 Township: 129 Range: 104, Quarter: NE Section: 04 Township: 129 Range: 104, Quarter: SW Section: 04 Township: 129 Range: 104, Quarter: SE Section: 04 Township: 129 Range: 104, Sixteenth: NW Quarter: NW Section: 04 Township: 129 Range: 104, ... | **Document Type: SECOND LIEN MORTGAGE OF OIL AND GAS PROP** **Document Date:** 03/31/2016 | |

2 items found, displaying all items.**1**

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for PHOENIX CAPITAL GROUP HOLDINGS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

744 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
|---|---|

| **Sheridan County 126202** | **Instrument #** 126202 | **Recording Date:** Mon May 02 10:59:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** TARA RUDMAN REVOCABLE TRUST, FEATHER RIVER 75, LLC, THE PETER M. YOUNG AND TACHINA RUDMAN-YO, TP2K HOLDINGS, LLC, THE TACHINA RUDMAN TRUST

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: SW Section: 04 Township: 148 Range: 78, Sixteenth: NW Quarter: SW Section: 04 Township: 148 Range: 78, Sixteenth: SW Quarter: SW Section: 04 Township: 148 Range: 78, Quarter: SE Section: 05 Township: 148 Range: 78, Sixteenth: NE Quarter: SE Section: 05 Township: 148 Range: 78, ...

**Document Type: ASSIGNMENT Document Date:** 03/15/2022

| **Slope County 101945** | **Instrument #** 101945 | **Recording Date:** Mon Aug 15 13:25:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** SCHOOL SISTERS OF NOTRE DAME CENTRAL PAC

**Grantee:** PHOENIX CAPITAL GROUP HOLDINGS, LLC

**Legal:** , ...Quarter: NW Section: 08 Township: 133 Range: 099, Sixteenth: NW Quarter: NW Section: 08 Township: 133 Range: 099, Sixteenth: NE Quarter: NW Section: 08 Township: 133 Range: 099, Sixteenth: SW Quarter: NW Section: 08 Township: 133 Range: 099, Sixteenth: SE Quarter: NW Section: 08 Township: 133 Range: 099, ...

**Document Type: MINERAL DEED Document Date:** 08/07/2022

| **Grant County 145285** | **Instrument #** 145285 | **Recording Date:** Fri Apr 29 14:50:00 CDT 2022 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** TERESA RUDMAN, TRUSTEE OF THE TARA RUDMA, Feather River 75, LLC, TACHINA RUDMAN-YOUNG, TRUSTEE OF THE PTE, PETER M. YOUNG, TRUSTEE OF THE PTER M. Y, TP2K HOLDINGS, LLC, R. HIRAM LUCIUS, TRUSTEE OF THE TACHINA

**Grantee:** Phoenix Capital Group Holdings, LLC

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 06 Township: 133 Range: 89, Sixteenth: NE Quarter: NE Section: 06 Township: 133 Range: 89, Quarter: NE Section: 06 Township: 133 Range: 89, Sixteenth: NW Quarter: NE Section: 06 Township: 133 Range: 89, Quarter: NW Section: 06 Township: 133 Range: 89, ...

**Document Type: ASSIGNMENT, CONVEYANCE AND MINERAL DEED Document Date:** 03/15/2022

Return to Search Results

**You searched for:** exact search in GranteeID for PRIDE ENERGY COMPANY and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

135 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
|---|---|

**Divide County 293422**

**Instrument #** 293422   **B:** ASGN **P:** 450 2018

**Recording Date:** Thu Apr 05 13:15:00 CDT 2018

Preview Image

☐ Purchase

**Grantor:** Warrior Oil & Gas LLC

**Grantee:** Pride Energy Company

**Legal:** , ...Quarter: NW Section: 30 Township: 163 Range: 100, Quarter: NE Section: 30 Township: 163 Range: 100, Quarter: SW Section: 30 Township: 163 Range: 100, Quarter: SE Section: 30 Township: 163 Range: 100, Sixteenth: NW Quarter: NW Section: 30 Township: 163 Range: 100, ...

**Document Type: ASSIGNMENT AND BILL OF SALE**
**Document Date:** 01/01/2018

---

**Bowman County 151843**

**Instrument #** 151843

**Recording Date:** Tue Dec 22 14:01:00 CST 1998

Preview Image

☐ Purchase

**Grantor:** ASPECT RESOURCES LLC

**Grantee:** PRIDE ENERGY COMPANY

**Legal:** , ...Quarter: NW Section: 04 Township: 131 Range: 106, Quarter: NE Section: 04 Township: 131 Range: 106, Quarter: SW Section: 04 Township: 131 Range: 106, Quarter: SE Section: 04 Township: 131 Range: 106, Sixteenth: NW Quarter: NW Section: 04 Township: 131 Range: 106, ...

**Document Type: Assignment, Bill of Sale and Conveyance**
**Document Date:** 12/04/1998

---

**Golden Valley County 14104674**

**Instrument #** 14104674

**Recording Date:** Tue Oct 28 10:26:00 CDT 2014

Preview Image

☐ Purchase

**Grantor:** HALL REVOCABLE TRUST DONALD, HALL DONALD J., HALL REVOCABLE TRUSTJOAN

**Grantee:** PRIDE ENERGY COMPANY

**Legal:** Quarter: NW Section: 36 Township: 144 Range: 103, Sixteenth: NW Quarter: NW Section: 36 Township: 144 Range: 103, Sixteenth: NE Quarter: NW Section: 36 Township: 144 Range: 103, Sixteenth: SW Quarter: NW Section: 36 Township: 144 Range: 103, Sixteenth: SE Quarter: NW Section: 36 Township: 144 Range: 103

**Document Type: OIL AND GAS LEASES**
**Document Date:** 10/24/2014

---

**Golden Valley County 14104575**

**Instrument #** 14104575

**Recording Date:** Mon Sep 15 10:54:00 CDT 2014

Preview Image

☐ Purchase

**Grantor:** TESCHER MINERAL TRUST JIM, TESCHER TROY, SCHMITZ CINDI

**Grantee:** PRIDE ENERGY COMPANY

**Legal:** Quarter: SW Section: 36 Township: 144 Range: 103, Sixteenth: NW Quarter: SW Section: 36 Township: 144 Range:

**Document Type: OIL AND GAS LEASES**
**Document Date:** 09/05/2014

Return to Search Results

**You searched for:** exact search in GranteeID for PRIMA EXPLORATION INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

1,017 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary | | | |
|---|---|---|---|---|
| **Burke County 238478** | **Instrument #** 238478 | **Recording Date:** Fri Feb 17 11:49:00 CST 2012 | Preview Image | ☐ Purchase |
| | **Grantor:** PRIMA EXPLORATION, INC. | **Grantee:** PRIMA EXPLORATION, INC. ET AL, BAYSWATER EXPLORATION & PRODUCTION COMPA, BLACKLAND PETROLEUM, LLC, BLUE LION ENTERPRISES, LLC, GUNLIKSON PETROLEUM, INC., PRIMA EXPLORATION, INC., RE: MARSHALL RE, APPLE CREEK, LLC, POWDER MORNING, LLC, SPERR, KATHERINE A., SPERR, BENJAMIN V., ... | | |
| | **Legal:** , ...Quarter: NW Section: 20 Township: 161 Range: 91, Quarter: SW Section: 20 Township: 161 Range: 91, Quarter: SE Section: 20 Township: 161 Range: 91, Sixteenth: NW Quarter: NW Section: 20 Township: 161 Range: 91, Sixteenth: NE Quarter: NW Section: 20 Township: 161 Range: 91, ... | **Document Type:** ASSIGNMENT **Document Date:** 01/24/2012 | | |
| **Bowman County 172388** | **Instrument #** 172388 | **Recording Date:** Mon May 21 08:26:00 CDT 2012 | Preview Image | ☐ Purchase |
| | **Grantor:** PRIMA EXPLORATION, INC. | **Grantee:** GUNLIKSON PETROLEUM, INC., PRIMA EXPLORATION,INC, AS NOMINEE, MARSHALL RESOURCES, LLC, POWDER MORNING, LLC, GUNLIKSON, R.D., PRIMA EXPLORATION, INC., AS NOMINEE, HOMSHER, M. SCOTT | | |
| | **Legal:** , ...Quarter: SW Section: 26 Township: 129 Range: 104, Sixteenth: NW Quarter: SW Section: 26 Township: 129 Range: 104, Sixteenth: SW Quarter: SW Section: 26 Township: 129 Range: 104, Quarter: NW Section: 35 Township: 129 Range: 104, Quarter: NE Section: 35 Township: 129 Range: 104, ... | **Document Type:** ASSIGNMENT OF LEASES AND OVERRIDE **Document Date:** 05/08/2012 | | |
| **Renville County 195090** | **Instrument #** 195090   **B:** 311MI **P:** 229 2012 | **Recording Date:** Fri Apr 13 10:03:00 CDT 2012 | Preview Image | ☐ Purchase |
| | **Grantor:** EVAN ENERGY INVESTMENTS, LC | **Grantee:** PRIMA EXPLORATION, INC., APPLE CREEK, LLC, BLACKLAND PETROLEUM, LLC, PRIMA EXPLORATION, INC NOMINEE, MARSHALL RESOURCES, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 25 Township: 160 Range: 84, Quarter: SE | **Document Type:** ASSIGNMENT **Document Date:** 02/10/2012 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for PRO ENERGY 1 LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

275 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3 [Next/Last]

| Description | Summary |
|---|---|

**Dunn County 3101042**

| | |
|---|---|
| **Instrument #** 3101042 | **Recording Date:** Fri Dec 08 08:34:00 CST 2023 |
| Preview Image | ☐ Purchase |
| **Grantor:** KESSEL, JAYLEEN | **Grantee:** PRO ENERGY 1 LLC |
| **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 19 Township: 141 Range: 97, Sixteenth: NW Quarter: NW Section: 19 Township: 141 Range: 97, Quarter: NW Section: 19 Township: 141 Range: 97, Sixteenth: SW Quarter: NW Section: 19 Township: 141 Range: 97, Quarter: SW Section: 19 Township: 141 Range: 97, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 10/25/2023 |

**Dunn County 3101050**

| | |
|---|---|
| **Instrument #** 3101050 | **Recording Date:** Fri Dec 08 09:35:00 CST 2023 |
| Preview Image | ☐ Purchase |
| **Grantor:** RAMBOUSEK, LOREN A. TRUSTEE, RAMBOUSEK, MARLEASE TRUSTEE, LOREN A. OR MARLEASE RAMBOUSEK MINERAL T | **Grantee:** PRO ENERGY 1 LLC |
| **Legal:** | **Document Type: OIL AND GAS LEASE** **Document Date:** 12/02/2023 |

**Dunn County 3101646**

| | |
|---|---|
| **Instrument #** 3101646 | **Recording Date:** Fri Mar 01 08:47:00 CST 2024 |
| Preview Image | ☐ Purchase |
| **Grantor:** WARD, SCOTT | **Grantee:** PRO ENERGY 1 LLC |
| **Legal:** , ...Quarter: SW Section: 11 Township: 141 Range: 97, Sixteenth: NW Quarter: SW Section: 11 Township: 141 Range: 97, Sixteenth: NE Quarter: SW Section: 11 Township: 141 Range: 97, Sixteenth: SW Quarter: SW Section: 11 Township: 141 Range: 97, Sixteenth: SE Quarter: SW Section: 11 Township: 141 Range: 97, ... | **Document Type: OIL AND GAS LEASE** **Document Date:** 02/14/2024 |

**Dunn County 3102361**

| | |
|---|---|
| **Instrument #** 3102361 | **Recording Date:** Thu May 02 09:48:00 CDT 2024 |
| Preview Image | ☐ Purchase |
| **Grantor:** BIGNELL, TAMI | **Grantee:** PRO ENERGY 1 LLC |

Return to Search Results

**You searched for:** exact search in GranteeID for RADIAN PARTNERSHIP LP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

8 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Burke County 263522**

**Instrument #** 263522    **Recording Date:** Thu Jul 20 10:08:00 CDT 2017    Preview Image    ☐ Purchase

**Grantor:** THURSTON ENERGY INVESTMENTS 2, LLC., ET, CURTON, RALPH, JR., GCC THURSTON ENERGY LIMITED PARTNERSHIP

**Grantee:** RADIAN PARTNERSHIP, LP., AKA: RADIAN, ISRAEL OPPORTUNITY ENERGY INC., AKA: IO, C.O. CYPRUS OPPORTUNITY ENERGY PUBLIC CO

**Legal:** Lot 1, Lot 1, Lot 1, Lot 1, Lot 1, ...Quarter: NW Section: 30 Township: 163 Range: 90, Quarter: NE Section: 30 Township: 163 Range: 90, Quarter: SW Section: 30 Township: 163 Range: 90, Quarter: SE Section: 30 Township: 163 Range: 90, Sixteenth: NW Quarter: NW Section: 30 Township: 163 Range: 90, ...

**Document Type: MEMORANDUM OF AGREEMENT**
**Document Date:** 06/26/2017

**Burke County 265552**

**Instrument #** 265552    **Recording Date:** Fri Mar 02 12:09:00 CST 2018    Preview Image    ☐ Purchase

**Grantor:** ISRAEL OPPORTUNITY ENERGY INC.

**Grantee:** RADIAN PARTNERSHIP, LP

**Legal:** Lot 1, Lot 1, Lot 1, Lot 1, Lot 1, ...Quarter: NW Section: 31 Township: 163 Range: 90, Quarter: NE Section: 31 Township: 163 Range: 90, Quarter: SW Section: 31 Township: 163 Range: 90, Quarter: SE Section: 31 Township: 163 Range: 90, Sixteenth: NW Quarter: NW Section: 31 Township: 163 Range: 90, ...

**Document Type: ASSIGNMENT AND BILL OF SALE**
**Document Date:** 01/01/2018

**Burke County 265551**

**Instrument #** 265551    **Recording Date:** Fri Mar 02 12:09:00 CST 2018    Preview Image    ☐ Purchase

**Grantor:** ISRAEL OPPORTUNITY ENERGY INC.

**Grantee:** RADIAN PARTNERSHIP, LP

**Legal:** Lot 1, Lot 1, Lot 1, Lot 1, Lot 1, ...Quarter: NW Section: 30 Township: 163 Range: 90, Quarter: NE Section: 30 Township: 163 Range: 90, Quarter: SW Section: 30 Township: 163 Range: 90, Quarter: SE Section: 30 Township: 163 Range: 90, Sixteenth: NW Quarter: NW Section: 30 Township: 163 Range: 90, ...

**Document Type: ASSIGNMENT AND BILL OF SALE**
**Document Date:** 01/01/2018

**Burke County 266730**

**Instrument #** 266730    **Recording Date:** Tue Jul 10 12:31:00 CDT 2018    Preview Image    ☐ Purchase

**Grantor:** THURSTON ENERGY INVESTMENTS 2, LLC., ET, CURTON, RALPH, JR.

**Grantee:** ISRAEL OPPORTUNITY ENERGY INC., ET AL, RADIAN PARTNERSHIP, LP, CYPRUS OPPORTUNITY ENERGY INC.

Return to Search Results

**You searched for:** exact search in GranteeID for RAGNAR OIL & GAS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

36 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Billings County 153803** | **Instrument #** 153803 | **Recording Date:** Wed Aug 03 10:48:00 CDT 2022 | Preview Image ☐ Purchase |
| | **Grantor:** INTERWEST PETROLEUM CORPORATION | **Grantee:** RAGNAR OIL & GAS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 01 Township: 138 Range: 100, Quarter: SW Section: 01 Township: 138 Range: 100, Sixteenth: SW Quarter: NW Section: 01 Township: 138 Range: 100, Sixteenth: SE Quarter: NW Section: 01 Township: 138 Range: 100, Sixteenth: NW Quarter: SW Section: 01 Township: 138 Range: 100, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 08/01/2022 | |
| **Billings County 153801** | **Instrument #** 153801 | **Recording Date:** Wed Aug 03 09:15:00 CDT 2022 | Preview Image ☐ Purchase |
| | **Grantor:** SIOUX HOLDINGS, LLC | **Grantee:** RAGNAR OIL & GAS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 26 Township: 139 Range: 100, Quarter: NE Section: 26 Township: 139 Range: 100, Quarter: SE Section: 26 Township: 139 Range: 100, Sixteenth: NW Quarter: NW Section: 26 Township: 139 Range: 100, Sixteenth: NE Quarter: NW Section: 26 Township: 139 Range: 100, ... | **Document Type:** ASSIGNMENT **Document Date:** 08/01/2022 | |
| **Billings County 154072** | **Instrument #** 154072 | **Recording Date:** Mon Nov 14 07:23:00 CST 2022 | Preview Image ☐ Purchase |
| | **Grantor:** PITCHBLACK OIL LLC | **Grantee:** RAGNAR OIL & GAS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 03 Township: 138 Range: 100, Quarter: NE Section: 03 Township: 138 Range: 100, Quarter: SW Section: 03 Township: 138 Range: 100, Quarter: SE Section: 03 Township: 138 Range: 100, Sixteenth: SW Quarter: NW Section: 03 Township: 138 Range: 100, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 11/14/2022 | |
| **Billings County 154070** | **Instrument #** 154070 | **Recording Date:** Mon Nov 14 07:21:00 CST 2022 | Preview Image ☐ Purchase |
| | **Grantor:** SIOUX HOLDINGS, LLC | **Grantee:** RAGNAR OIL & GAS, LLC | |
| | **Legal:** , ...Quarter: NW Section: 03 Township: 138 Range: 100, Quarter: NE Section: 03 Township: 138 Range: 100, Quarter: SW Section: 03 Township: 138 Range: 100, Quarter: SE Section: 03 Township: 138 Range: 100, Sixteenth: | **Document Type:** OIL AND GAS LEASE **Document Date:** 09/19/2022 | |

Return to Search Results

**You searched for:** exact search in GranteeID for RILEY RESOURCES INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

40 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Slope County 094659** | **Instrument #** 094659 | **Recording Date:** Fri Jan 13 13:50:00 CST 2012 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, LLC | **Grantee:** PINE PETROLEUM, INC, ET AL, RILEY RESOURCES, INC, ET AL, C KING OIL, INC, ET AL, ABERCROMBIE ENERGY, INC, ET AL, RAYMOND RESOURCES, INC, ET AL, MWILEY RESOURSES, INC, ET AL, POLISH OIL AND GAS, INC, ET AL, GREENHEAD, ENERGY, INC, ET AL | |
| | **Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NE Section: 04 Township: 134 Range: 098, Sixteenth: NE Quarter: NE Section: 04 Township: 134 Range: 098, Quarter: NE Section: 04 Township: 134 Range: 098, Sixteenth: NW Quarter: NE Section: 04 Township: 134 Range: 098, Quarter: NW Section: 04 Township: 134 Range: 098, ... | **Document Type:** ASSIGNMENT OF OIL & GAS LEASES **Document Date:** 01/12/2012 | |
| **Hettinger County 36264** | **Instrument #** 36264 | **Recording Date:** Wed Mar 07 15:50:00 CST 2012 | Preview Image ☐ Purchase |
| | **Grantor:** GREAT NORTHERN ENERGY, LLC, MADLER, MICHAEL, MADLER, GREG, MADLER, JOSEPH B, JOSEPH B MADLER MINERAL TRUST, MADLER, MICAHEL, MADLER, JOAN | **Grantee:** PINE PETROLEUM, INC, RILEY RESOURCES, INC, C KING OIL, INC, ABERCROMBIE ENERGY, INC, RAYMOND RESOURCES, INC, MWILEY RESOURCES, INC, POLISH OI AND GAS, INC, GREENHEARD ENERGY, INC. | |
| | **Legal:** , ...Quarter: SW Section: 02 Township: 136 Range: 97, Sixteenth: NW Quarter: SW Section: 02 Township: 136 Range: 97, Sixteenth: NE Quarter: SW Section: 02 Township: 136 Range: 97, Sixteenth: SW Quarter: SW Section: 02 Township: 136 Range: 97, Sixteenth: SE Quarter: SW Section: 02 Township: 136 Range: 97, ... | **Document Type:** ASSIGNMENT OF INTEREST IN OIL AND GAS **Document Date:** 03/06/2012 | |
| **Divide County 291647** | **Instrument #** 291647   B: 419M P: 122 2017 | **Recording Date:** Thu Jul 27 09:50:00 CDT 2017 | Preview Image ☐ Purchase |
| | **Grantor:** Macklin, Maryann, Macklin, James R., Macklin, Christine, Macklin, Gregory D., Antediluvian, Inc. | **Grantee:** Pine Petroleum, Inc., Mwiley Resources, Inc., Riley Resources, Inc., Polish Oil & Gas, Inc., C King Oil, Inc., Raymond Resources, Inc., Abercrombie Energy, Inc., Greenhead Energy, Inc., Reichard Energy | |

Return to Search Results

**You searched for:** exact search in GranteeID for RIMROCK OIL & GAS WILLISTON LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

22 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | |
|---|---|---|---|---|
| Select All / None | | | | |
| Dunn County 3085147 | **Instrument #** 3085147 | **Recording Date:** Thu Mar 01 15:01:00 CST 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** RAY ENERGY LLC | **Grantee:** RIMROCK OIL & GAS WILLISTON, LLC | | |
| | **Legal:** , ...Section: 26 Township: 148 Range: 93, Section: 27 Township: 148 Range: 93, Section: 34 Township: 148 Range: 93, Section: 35 Township: 148 Range: 93, Quarter: NE Section: 35 Township: 148 Range: 93, ... | **Document Type:** ASSIGNMENT **Document Date:** 02/13/2018 | | |
| Dunn County 3085235 | **Instrument #** 3085235 | **Recording Date:** Mon Mar 19 11:09:00 CDT 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** REED, DARLENE JEAN, FONDA-REED, DARLENE J. AKA, REED, DARLENE J AKA | **Grantee:** RIMROCK OIL & GAS WILLISTON, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 02 Township: 147 Range: 93, Sixteenth: NW Quarter: SW Section: 02 Township: 147 Range: 93, Sixteenth: NE Quarter: SW Section: 02 Township: 147 Range: 93, Sixteenth: SW Quarter: SW Section: 02 Township: 147 Range: 93, Sixteenth: SE Quarter: SW Section: 02 Township: 147 Range: 93, ... | **Document Type:** MINERAL DEED **Document Date:** 03/14/2018 | | |
| Dunn County 3084997 | **Instrument #** 3084997 | **Recording Date:** Fri Feb 02 15:54:00 CST 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** WHITING RESOURCES CORPORATION | **Grantee:** RIMROCK OIL & GAS WILLISTON, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 11 Township: 147 Range: 92, Quarter: SW Section: 11 Township: 147 Range: 92, Sixteenth: NW Quarter: NW Section: 11 Township: 147 Range: 92, Sixteenth: NE Quarter: NW Section: 11 Township: 147 Range: 92, Sixteenth: SW Quarter: NW Section: 11 Township: 147 Range: 92, ... | **Document Type:** ASSIGNMENT & BILL OF SALE **Document Date:** 09/01/2017 | | |
| Dunn County 3095874 | **Instrument #** 3095874 | **Recording Date:** Thu Jan 27 13:13:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** HPS INVESTMENT PARTNERS, LLC AGENT | **Grantee:** RIMROCK OIL & GAS WILLISTON, LLC, RIMROCK OIL & GAS RESOURCES, INC. | | |
| | **Legal:** , ...Quarter: NW Section: 11 Township: 147 Range: 92, Quarter: SW Section: 11 Township: 147 Range: 92, | **Document Type:** RELEASE **Document Date:** 12/26/2021 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for ROCKALL ND LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

172 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
| --- | --- |

**Divide County 298063**

| | |
| --- | --- |
| **Instrument #** 298063 | **Recording Date:** Thu Nov 21 10:30:00 CST 2019 |
| **Grantor:** Steffins, Doug | **Grantee:** Rockall ND, LLC |
| **Legal:** Section: 04 Township: 162 Range: 095 | **Document Type: MEMORANDUM OF OIL AND GAS LEASE** **Document Date:** 11/06/2019 |

Preview Image          ☐ Purchase

**Burke County 277161**

| | |
| --- | --- |
| **Instrument #** 277161 | **Recording Date:** Mon Feb 13 13:23:00 CST 2023 |
| **Grantor:** HALLIBURTON ENERGY SERVICES INC. | **Grantee:** PETRO HARVESTER OPERATING COMPANY, LLC., ROCKALL ND, LLC., FKA: PETRO HARVESTER W |
| **Legal:** , ...Quarter: NW Section: 22 Township: 161 Range: 92, Quarter: NE Section: 22 Township: 161 Range: 92, Quarter: SW Section: 22 Township: 161 Range: 92, Quarter: SE Section: 22 Township: 161 Range: 92, Sixteenth: NW Quarter: NW Section: 22 Township: 161 Range: 92, ... | **Document Type: RELEASE OF OIL AND GAS WELL LIEN** **Document Date:** 02/13/2023 |

Preview Image          ☐ Purchase

**Burke County 277162**

| | |
| --- | --- |
| **Instrument #** 277162 | **Recording Date:** Mon Feb 13 13:23:00 CST 2023 |
| **Grantor:** HALLIBURTON ENERGY SERVICES INC. | **Grantee:** PETRO HARVESTER OPERATING COMPANY, LLC., ROCKALL ND, LLC., FKA: PETRO HARVESTER W, OASIS PETROLEUM NORTH AMERICA LLC |
| **Legal:** , ...Quarter: NW Section: 22 Township: 161 Range: 92, Quarter: NE Section: 22 Township: 161 Range: 92, Quarter: SW Section: 22 Township: 161 Range: 92, Quarter: SE Section: 22 Township: 161 Range: 92, Sixteenth: NW Quarter: NW Section: 22 Township: 161 Range: 92, ... | **Document Type: RELEASE OF OIL AND GAS WELL LIEN** **Document Date:** 02/13/2023 |

Preview Image          ☐ Purchase

**Burke County 277163**

| | |
| --- | --- |
| **Instrument #** 277163 | **Recording Date:** Mon Feb 13 13:23:00 CST 2023 |
| **Grantor:** HALLIBURTON ENERGY SERVICES INC. | **Grantee:** PETRO HARVESTER OPERATING COMPANY, LLC, ROCKALL ND, LLC., FKA: PETRO HARVESTER W, MISSOURI RIVER ROYALTY CORPORATION, NORTHERN ENERGY CORPORATION, SOLOCORP, TWIN CITY TECHNICAL, LLC, PRAIRIE OF THE SOUTH, LLC, FAIRWAY EXPLORATION |

Preview Image          ☐ Purchase

Return to Search Results

**You searched for:** exact search in GranteeID for ROSEWOOD COURT and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

3 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**LaMoure County 163183**

**Instrument #** 163183 **Recording Date:** Thu Jan 03 14:15:00 CST 2008

Preview Image ☐ Purchase

**Grantor:** BENEDICTINE LIVING COMMUNITIES, INC

**Grantee:** ROSEWOOD COURT, INC.

**Legal:** Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 1 Block 11, Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 2 Block 11, Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 3 Block 11, Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 4 Block 11, Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 5 Block 11, ..., ...

**Document Type: EASEMENT**
**Document Date:** 12/19/2007

---

**LaMoure County 163184**

**Instrument #** 163184 **Recording Date:** Thu Jan 03 14:20:00 CST 2008

Preview Image ☐ Purchase

**Grantor:** BENEDICTINE LIVING COMMUNITIES, INC

**Grantee:** ROSEWOOD COURT, INC.

**Legal:** Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 1 Block 11, Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 2 Block 11, Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 3 Block 11, Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 4 Block 11, Subdivision LAMOURE - SOUTHSIDE ADDITION Lot 5 Block 11, ..., ...

**Document Type: AGREEMENT**
**Document Date:** 12/19/2007

---

**LaMoure County 157372**

**Instrument #** 157372 **Recording Date:** Tue Mar 18 07:00:00 CST 2003

Preview Image ☐ Purchase

**Grantor:** BENEDICTINE HEALTH SYSTEM

**Grantee:** ROSEWOOD COURT, INC.

**Legal:** Subdivision LAMOURE - SOUTHSIDE ADDITION Block 11

**Document Type: QUIT CLAIM DEED**
**Document Date:** 03/18/2003

---

3 items found, displaying all items.**1**

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for ROYAL BLUE MINERALS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

100 items found, displaying all items.**1**

Description  Summary

---

| | | | | |
|---|---|---|---|---|
| **Slope County 101360** | **Instrument #** 101360 | **Recording Date:** Tue Feb 23 08:00:00 CST 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** BERLIN, KARMEN H, ET AL, BERLIN, JON K, POA, ET AL | **Grantee:** ROYAL BLUE MINERALS, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 21 Township: 135 Range: 100, Quarter: NE Section: 21 Township: 135 Range: 100, Quarter: SW Section: 21 Township: 135 Range: 100, Quarter: SE Section: 21 Township: 135 Range: 100, Sixteenth: NW Quarter: NW Section: 21 Township: 135 Range: 100, ... | **Document Type: MINERAL DEED Document Date:** 02/18/2021 | | |

---

| | | | | |
|---|---|---|---|---|
| **Divide County 302748** | **Instrument #** 302748 | **Recording Date:** Wed Aug 03 09:49:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** DeJardine, Brian Larry, DeJardine, Shari Jo | **Grantee:** Royal Blue Minerals, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 02 Township: 161 Range: 101, Quarter: SW Section: 02 Township: 161 Range: 101, Quarter: SE Section: 02 Township: 161 Range: 101, Sixteenth: NW Quarter: NE Section: 02 Township: 161 Range: 101, Sixteenth: NE Quarter: NE Section: 02 Township: 161 Range: 101, ... | **Document Type: MINERAL DEED Document Date:** 07/20/2022 | | |

---

| | | | | |
|---|---|---|---|---|
| **Divide County 303415** | **Instrument #** 303415 | **Recording Date:** Wed Dec 07 09:14:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** Hanson, Randi Lou | **Grantee:** Royal Blue Minerals, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 23 Township: 160 Range: 097, Sixteenth: NW Quarter: NE Section: 23 Township: 160 Range: 097, Sixteenth: NE Quarter: NE Section: 23 Township: 160 Range: 097, Sixteenth: SW Quarter: NE Section: 23 Township: 160 Range: 097, Sixteenth: SE Quarter: NE Section: 23 Township: 160 Range: 097, ... | **Document Type: MINERAL DEED Document Date:** 11/09/2022 | | |

---

| | | | | |
|---|---|---|---|---|
| **Divide County 300166** | **Instrument #** 300166 | **Recording Date:** Mon Feb 22 14:41:00 CST 2021 | Preview Image | ☐ Purchase |
| | **Grantor:** Berlin, Karmen H. | **Grantee:** Royal Blue Minerals, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 04 Township: 161 Range: 100, Sixteenth: NW Quarter: NE Section: 04 Township: 161 Range: 100, Sixteenth: NE Quarter: NE Section: 04 Township: 161 Range: 100, | **Document Type: MINERAL DEED Document Date:** 02/18/2021 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for SANZ ENERGY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | |
|---|---|---|---|
| | | | Select All / None |
| **Burke County 277564** | **Instrument #** 277564 | **Recording Date:** Thu Apr 27 13:45:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** NORTH DAKOTA BOARD OF UNIVERSITY AND SCH | **Grantee:** SARUM PARTNERS, LLC, RADIAN PARTNERSHIP, LP, SANZ ENERGY, LLC | |
| | **Legal:** Quarter: SW Section: 07 Township: 162 Range: 90, Sixteenth: NW Quarter: SW Section: 07 Township: 162 Range: 90, Sixteenth: NE Quarter: SW Section: 07 Township: 162 Range: 90, Sixteenth: SW Quarter: SW Section: 07 Township: 162 Range: 90, Sixteenth: SE Quarter: SW Section: 07 Township: 162 Range: 90 | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/14/2023 | |
| **Burke County 277565** | **Instrument #** 277565 | **Recording Date:** Thu Apr 27 13:45:00 CDT 2023 | Preview Image ☐ Purchase |
| | **Grantor:** NORTH DAKOTA BOARD OF UNIVERSITY AND SCH | **Grantee:** SARUM PARTNERS, LLC, RADIAN PARTNERSHIP, LP, SANZ ENERGY, LLC | |
| | **Legal:** Quarter: SE Section: 07 Township: 162 Range: 90, Sixteenth: NW Quarter: SE Section: 07 Township: 162 Range: 90, Sixteenth: NE Quarter: SE Section: 07 Township: 162 Range: 90, Sixteenth: SW Quarter: SE Section: 07 Township: 162 Range: 90, Sixteenth: SE Quarter: SE Section: 07 Township: 162 Range: 90 | **Document Type:** OIL AND GAS LEASE **Document Date:** 03/14/2023 | |

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for SARUM PARTNERS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | |
|---|---|---|---|
| | | | Select All / None |

**Burke County 277564**

**Instrument #** 277564    **Recording Date:** Thu Apr 27 13:45:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** NORTH DAKOTA BOARD OF UNIVERSITY AND SCH

**Grantee:** SARUM PARTNERS, LLC, RADIAN PARTNERSHIP, LP, SANZ ENERGY, LLC

**Legal:** Quarter: SW Section: 07 Township: 162 Range: 90, Sixteenth: NW Quarter: SW Section: 07 Township: 162 Range: 90, Sixteenth: NE Quarter: SW Section: 07 Township: 162 Range: 90, Sixteenth: SW Quarter: SW Section: 07 Township: 162 Range: 90, Sixteenth: SE Quarter: SW Section: 07 Township: 162 Range: 90

**Document Type:** OIL AND GAS LEASE
**Document Date:** 03/14/2023

**Burke County 277565**

**Instrument #** 277565    **Recording Date:** Thu Apr 27 13:45:00 CDT 2023    Preview Image    ☐ Purchase

**Grantor:** NORTH DAKOTA BOARD OF UNIVERSITY AND SCH

**Grantee:** SARUM PARTNERS, LLC, RADIAN PARTNERSHIP, LP, SANZ ENERGY, LLC

**Legal:** Quarter: SE Section: 07 Township: 162 Range: 90, Sixteenth: NW Quarter: SE Section: 07 Township: 162 Range: 90, Sixteenth: NE Quarter: SE Section: 07 Township: 162 Range: 90, Sixteenth: SW Quarter: SE Section: 07 Township: 162 Range: 90, Sixteenth: SE Quarter: SE Section: 07 Township: 162 Range: 90

**Document Type:** OIL AND GAS LEASE
**Document Date:** 03/14/2023

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for SCOUT ENERGY GROUP II LP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

3 items found, displaying all items.1

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|

**Golden Valley County 15105500**

**Instrument #** 15105500    **Recording Date:** Mon Nov 16 10:45:00 CST 2015    Preview Image    ☐ Purchase

**Grantor:** FIDELITY EXLORATION & PRODUCTION COMPANY

**Grantee:** SCOUT ENERGY GROUP II, LP

**Legal:** Lot 3, Lot 4, Lot 5, Lot 6, Lot 9, ...Section: 06 Township: 144 Range: 105, Section: 06 Township: 144 Range: 105, Section: 06 Township: 144 Range: 105, Section: 06 Township: 144 Range: 105, Section: 06 Township: 144 Range: 105, ...

**Document Type: ASSIGNMENT AND BILL OF SALE**
**Document Date:** 08/01/2015

---

**Bowman County 179639**

**Instrument #** 179639    **Recording Date:** Mon Mar 28 16:00:00 CDT 2016    Preview Image    ☐ Purchase

**Grantor:** FIDELITY EXPLORATION & PRODUCTION COMPAN, FIDELITY OIL CO.

**Grantee:** SCOUT ENERGY GROUP II, LP

**Legal:** Lot 1, Lot 2, Lot 3, Lot 4, , ...Section: 06 Township: 129 Range: 106, Section: 06 Township: 129 Range: 106, Section: 06 Township: 129 Range: 106, Section: 06 Township: 129 Range: 106, Quarter: NW Section: 06 Township: 129 Range: 106, ...

**Document Type: ASSIGNMENT, BILL OF SALE & CONVEYANCE**
**Document Date:** 03/16/2016

---

**Bowman County 189326**

**Instrument #** 189326    **Recording Date:** Tue May 28 09:01:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** SCOUT ENERGY PARTNERS II-B, LP

**Grantee:** SCOUT ENERGY GROUP II, LP

**Legal:** Lot 10, Lot 11, ...Quarter: SW Section: 04 Township: 129 Range: 106, Sixteenth: NW Quarter: SW Section: 04 Township: 129 Range: 106, Sixteenth: SW Quarter: SW Section: 04 Township: 129 Range: 106, Section: 04 Township: 129 Range: 106, Section: 04 Township: 129 Range: 106, ...

**Document Type: ASSIGNMENT, BILL OF SALE, DEED AND CONVE**
**Document Date:** 04/29/2024

---

3 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for SCOUT ENERGY GROUP III LP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

73 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**Divide County 289777**

**Instrument #** 289777   B: ASGN P: 443   **Recording Date:** Mon Oct 03 13:40:00 CDT 2016   Preview Image   ☐ Purchase

**Grantor:** Denbury Onshore, LLC   **Grantee:** Scout Energy Group III, LP

**Legal:** , ...Quarter: SE Section: 06 Township: 163 Range: 100, Sixteenth: NW Quarter: SE Section: 06 Township: 163 Range: 100, Sixteenth: NE Quarter: SE Section: 06 Township: 163 Range: 100, Sixteenth: SW Quarter: SE Section: 06 Township: 163 Range: 100, Sixteenth: SE Quarter: SE Section: 06 Township: 163 Range: 100, ...

**Document Type: ASSIGNMENT OF BILL OF SALE AND CONVEYANC Document Date:** 08/29/2016

**Bowman County 181901**

**Instrument #** 181901   **Recording Date:** Mon Oct 24 11:34:00 CDT 2016   Preview Image   ☐ Purchase

**Grantor:** DENBURY ONSHORE, LLC   **Grantee:** SCOUT ENERGY GROUP III, LP

**Legal:** Lot 1, Lot 2, Lot 3, Lot 4, , ...Section: 31 Township: 129 Range: 102, Section: 31 Township: 129 Range: 102, Section: 31 Township: 129 Range: 102, Section: 31 Township: 129 Range: 102, Quarter: NW Section: 31 Township: 129 Range: 102, ...

**Document Type: SUPPLEMENTAL ASSIGNMENT, CONVEYANCE AND Document Date:** 04/01/2016

**BOTTINEAU COUNTY 414843**

**Instrument #** 414843   **Recording Date:** Thu Apr 20 14:50:00 CDT 2017   Preview Image   ☐ Purchase

**Grantor:** DENBURY ONSHORE LLC, WESTPORT OIL AND GAS COMPANY LP   **Grantee:** SCOUT ENERGY GROUP III LP

**Legal:** Subdivision OUTLOT - OUTLOT Lot 1, Subdivision OUTLOT - OUTLOT Lot 1Quarter: NW Section: 30 Township: 161 Range: 81, Sixteenth: SW Quarter: NW Section: 30 Township: 161 Range: 81

**Document Type: DEED Document Date:** 08/31/2016

**BOTTINEAU COUNTY 416412**

**Instrument #** 416412   **Recording Date:** Wed Nov 08 13:03:00 CST 2017   Preview Image   ☐ Purchase

**Grantor:** SCOUT ENERGY PARTNERS III-B LP, SCOUT ENERGY GROUP III LP, SCOUT ENERGY GROUP III GP LLC   **Grantee:** SCOUT ENERGY GROUP III LP

**Legal:** , ...Quarter: NE Section: 13 Township: 162 Range: 80, Sixteenth: NW Quarter: NE Section: 13 Township: 162 Range: 80, Sixteenth: NE Quarter: NE Section: 13 Township: 162 Range: 80, Sixteenth: SW Quarter: NE Section: 13 Township: 162 Range: 80, Sixteenth: SE

**Document Type: CONVEYANCE Document Date:** 10/10/2017

Return to Search Results

**You searched for:** exact search in GranteeID for SILVER HILL IV BAKKEN E&P LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

87 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**Divide County 306831**

**Instrument #** 306831    **Recording Date:** Mon Apr 29 08:00:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** Liberty Resources II, LLC, Liberty Resources Bakken Operating, LLC

**Grantee:** Silver Hill III Bakken E&P, LLC, Silver Hill IV Bakken E&P, LLC, SHEP III Bakken

**Legal:** , ...Quarter: NE Section: 23 Township: 160 Range: 096, Sixteenth: NW Quarter: NE Section: 23 Township: 160 Range: 096, Sixteenth: NE Quarter: NE Section: 23 Township: 160 Range: 096, Sixteenth: SW Quarter: NE Section: 23 Township: 160 Range: 096, Sixteenth: SE Quarter: NE Section: 23 Township: 160 Range: 096, ...

**Document Type: ASSIGNMENT AND BILL OF SALE**
**Document Date:** 03/12/2024

---

**Burke County 280107**

**Instrument #** 280107    **Recording Date:** Thu May 16 08:44:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** BOHNENKAMP, BARBARA, AKA: BOHMENKAMP, BA, BOHNENKAMP, JAMES, HUEBSCHWERLEN, KRISTINA, NKA: BROWNELL,, MONTGOMERY, JULIE, NKA: WILLIAMS, JULIE

**Grantee:** SILVER HILL IV BAKKEN E&P, LLC

**Legal:** , ...Quarter: NE Section: 01 Township: 159 Range: 93, Quarter: SE Section: 01 Township: 159 Range: 93, Sixteenth: NW Quarter: NE Section: 01 Township: 159 Range: 93, Sixteenth: NE Quarter: NE Section: 01 Township: 159 Range: 93, Sixteenth: SW Quarter: NE Section: 01 Township: 159 Range: 93, ...

**Document Type: PAID-UP OIL & GAS LEASE**
**Document Date:** 04/17/2024

---

**Burke County 280102**

**Instrument #** 280102    **Recording Date:** Thu May 16 08:38:00 CDT 2024    Preview Image    ☐ Purchase

**Grantor:** GOLDADE, VALERIE, TRUSTEE, JORGENSON, JASON, TRUSTEE, RE: BERNICE JORGENSON TRUST

**Grantee:** SILVER HILL IV BAKKEN E&P, LLC

**Legal:** , ...Quarter: NE Section: 32 Township: 159 Range: 93, Quarter: SW Section: 32 Township: 159 Range: 93, Quarter: SE Section: 32 Township: 159 Range: 93, Sixteenth: SW Quarter: NE Section: 32 Township: 159 Range: 93, Sixteenth: NW Quarter: SW Section: 32 Township: 159 Range: 93, ...

**Document Type: PAID-UP OIL & GAS LEASE**
**Document Date:** 04/06/2024

---

**Burke County 280231**

**Instrument #** 280231    **Recording Date:** Thu May 30 11:22:00 CDT 2024    Preview Image    ☐ Purchase

Return to Search Results

**You searched for:** exact search in GranteeID for SINCLAIR OIL & GAS COMPANY and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

140 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
| --- | --- |

**Dunn County 3099529**

| **Instrument #** 3099529 | **Recording Date:** Mon May 22 11:01:00 CDT 2023 | Preview Image | ☐ Purchase |

**Grantor:** M-I LLC   **Grantee:** ENERGY XTRACTORS, LLC, SINCLAIR OIL & GAS COMPANY, SOGC, INC., SINCLAIR OIL & GAS COMPANY FKA

**Legal:** Lot 2, ...Section: 05 Township: 146 Range: 97, Section: 32 Township: 147 Range: 97, Section: 29 Township: 147 Range: 97, Section: 08 Township: 146 Range: 97, Quarter: NE Section: 05 Township: 146 Range: 97, ...

**Document Type:** LIEN
**Document Date:**

---

**Dunn County 3083505**

| **Instrument #** 3083505 | **Recording Date:** Tue Jul 11 08:38:00 CDT 2017 | Preview Image | ☐ Purchase |

**Grantor:** AUSTIN, NOREEN   **Grantee:** SINCLAIR OIL & GAS COMPANY

**Legal:** Lot 1, Lot 1, Lot 2, Lot 2, Lot 3, ...Quarter: NW Section: 18 Township: 146 Range: 97, Sixteenth: NW Quarter: NW Section: 18 Township: 146 Range: 97, Quarter: NW Section: 18 Township: 146 Range: 97, Sixteenth: SW Quarter: NW Section: 18 Township: 146 Range: 97, Quarter: SW Section: 18 Township: 146 Range: 97, ...

**Document Type:** MINERAL DEED
**Document Date:** 06/27/2017

---

**Dunn County 3024912**

| **Instrument #** 3024912   B: 347 P: 115 | **Recording Date:** Fri Nov 16 11:32:00 CST 2007 | Preview Image | ☐ Purchase |

**Grantor:** CITATION 2002 INVESTMENT LIMITED PARTNER, COGC LP, CITATION OIL & GAS CORP., SINCLAIR OIL & GAS COMPANY   **Grantee:** CITATION 1994 INVESTMENT LIMITED PARTNER, CITATION OIL & GAS CORP., SINCLAIR OIL & GAS COMPANY

**Legal:** Quarter: NE Section: 18 Township: 147 Range: 97, Sixteenth: NW Quarter: NE Section: 18 Township: 147 Range: 97

**Document Type:** ASSIGNMENT & BILL OF SALE
**Document Date:** 10/17/2007

---

**Dunn County 3081229**

| **Instrument #** 3081229 | **Recording Date:** Tue Sep 06 12:20:00 CDT 2016 | Preview Image | ☐ Purchase |

**Grantor:** BAY ENERGY PARTNERS, LLC   **Grantee:** SINCLAIR OIL & GAS COMPANY

**Legal:** , ...Quarter: SW Section: 29 Township: 147 Range: 97, Sixteenth: NW Quarter: SW Section: 29 Township: 147 Range: 97, Sixteenth: NE Quarter: SW Section: 29 Township: 147 Range: 97, Sixteenth: SW Quarter: SW Section: 29 Township: 147 Range: 97, Sixteenth: SE

**Document Type:** ASSIGNMENT & BILL OF SALE
**Document Date:** 08/24/2016

Return to Search Results

**You searched for:** exact search in GranteeID for SIOUX HOLDINGS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

31 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 301746** | **Instrument #** 301746 | **Recording Date:** Tue Feb 15 13:10:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** InerWest Petroleum Corp. | **Grantee:** Sioux Holdings, LLC, Black Bear Resources II, LLC | | |
| | **Legal:** Quarter: SE Section: 25 Township: 160 Range: 098, Sixteenth: NW Quarter: SE Section: 25 Township: 160 Range: 098, Sixteenth: NE Quarter: SE Section: 25 Township: 160 Range: 098, Sixteenth: SW Quarter: SE Section: 25 Township: 160 Range: 098, Sixteenth: SE Quarter: SE Section: 25 Township: 160 Range: 098 | **Document Type: MINERAL DEED** **Document Date:** 02/15/2022 | | |
| **Divide County 304687** | **Instrument #** 304687 | **Recording Date:** Thu Jul 13 08:53:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** Seerup, Bill L., Seerup, Esther M. | **Grantee:** Sioux Holdings, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 160 Range: 096, Sixteenth: NW Quarter: SW Section: 05 Township: 160 Range: 096, Sixteenth: NE Quarter: SW Section: 05 Township: 160 Range: 096, Sixteenth: SW Quarter: SW Section: 05 Township: 160 Range: 096, Sixteenth: SE Quarter: SW Section: 05 Township: 160 Range: 096, ... | **Document Type: MINERAL DEED** **Document Date:** 07/05/2023 | | |
| **Divide County 304729** | **Instrument #** 304729 | **Recording Date:** Wed Jul 19 08:05:00 CDT 2023 | Preview Image | ☐ Purchase |
| | **Grantor:** Sioux Holdings, LLC | **Grantee:** Asmus, Brian, Armbruster, Dennis J., Sioux Holdings, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 05 Township: 160 Range: 096, Sixteenth: NW Quarter: SW Section: 05 Township: 160 Range: 096, Sixteenth: NE Quarter: SW Section: 05 Township: 160 Range: 096, Sixteenth: SW Quarter: SW Section: 05 Township: 160 Range: 096, Sixteenth: SE Quarter: SW Section: 05 Township: 160 Range: 096, ... | **Document Type: MINERAL DEED** **Document Date:** 07/18/2023 | | |
| **Divide County 306135** | **Instrument #** 306135 | **Recording Date:** Thu Feb 15 08:30:00 CST 2024 | Preview Image | ☐ Purchase |
| | **Grantor:** InterWest Petroleum Corp. | **Grantee:** Oil, Gas & Other Minerals, LLC, Black Bear Resources III, LLC, Sioux Holdings, LLC | | |

Return to Search Results

**You searched for:** exact search in GranteeID for SPARROW INVESTMENTS LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

18 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 281421** | **Instrument #** 281421   **B:** 389M **P:** 355 | **Recording Date:** Mon Nov 10 15:20:00 CST 2014 | Preview Image | ☐ Purchase |
| | **Grantor:** Korwin, Joyce E., Korwin, Peter L., Korwin Revocable Trust, Joyce E. and Pet | **Grantee:** Sparrow Investments, LLC | | |
| | **Legal:** Quarter: SE Section: 10 Township: 162 Range: 095, Sixteenth: NW Quarter: SE Section: 10 Township: 162 Range: 095, Sixteenth: NE Quarter: SE Section: 10 Township: 162 Range: 095, Sixteenth: SW Quarter: SE Section: 10 Township: 162 Range: 095, Sixteenth: SE Quarter: SE Section: 10 Township: 162 Range: 095 | **Document Type: OIL AND GAS LEASE Document Date:** 11/02/2014 | | |
| **Divide County 281422** | **Instrument #** 281422   **B:** 389M **P:** 358 | **Recording Date:** Mon Nov 10 15:20:00 CST 2014 | Preview Image | ☐ Purchase |
| | **Grantor:** Korwin Family Trust | **Grantee:** Sparrow Investments, LLC | | |
| | **Legal:** Quarter: SE Section: 10 Township: 162 Range: 095, Sixteenth: NW Quarter: SE Section: 10 Township: 162 Range: 095, Sixteenth: NE Quarter: SE Section: 10 Township: 162 Range: 095, Sixteenth: SW Quarter: SE Section: 10 Township: 162 Range: 095, Sixteenth: SE Quarter: SE Section: 10 Township: 162 Range: 095 | **Document Type: OIL AND GAS LEASE Document Date:** 11/04/2014 | | |
| **Divide County 284559** | **Instrument #** 284559   **B:** 399M **P:** 528 | **Recording Date:** Tue Jun 16 13:15:00 CDT 2015 | Preview Image | ☐ Purchase |
| | **Grantor:** State of North Dakota Board of Universit | **Grantee:** Sparrow Investments LLC | | |
| | **Legal:** Quarter: NW Section: 16 Township: 163 Range: 096, Sixteenth: NW Quarter: NW Section: 16 Township: 163 Range: 096, Sixteenth: NE Quarter: NW Section: 16 Township: 163 Range: 096, Sixteenth: SW Quarter: NW Section: 16 Township: 163 Range: 096, Sixteenth: SE Quarter: NW Section: 16 Township: 163 Range: 096 | **Document Type: OIL AND GAS LEASE Document Date:** 05/05/2015 | | |
| **Divide County 284558** | **Instrument #** 284558   **B:** 399M **P:** 526 | **Recording Date:** Tue Jun 16 13:15:00 CDT 2015 | Preview Image | ☐ Purchase |

Return to Search Results

**You searched for:** exact search in GranteeID for SPEC TECH INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

4 items found, displaying all items.1

Purchase Selected

| Description | Summary | | |
|---|---|---|---|
| | | | Select All / None |
| **Burke County 278146** | **Instrument #** 278146 | **Recording Date:** Fri Aug 25 12:39:00 CDT 2023 | Preview Image    ☐ Purchase |
| | **Grantor:** WILLISTON PROJECTS, INC. | **Grantee:** SPEC TECH INC. | |
| | **Legal:** Quarter: SW Section: 33 Township: 161 Range: 93, Sixteenth: NW Quarter: SW Section: 33 Township: 161 Range: 93, Sixteenth: SW Quarter: SW Section: 33 Township: 161 Range: 93 | **Document Type:** OIL AND GAS LEASE **Document Date:** 08/15/2023 | |
| **Burke County 278147** | **Instrument #** 278147 | **Recording Date:** Fri Aug 25 12:39:00 CDT 2023 | Preview Image    ☐ Purchase |
| | **Grantor:** LINDA PETROLEUM COMPANY | **Grantee:** SPEC TECH INC. | |
| | **Legal:** Quarter: SW Section: 33 Township: 161 Range: 93, Sixteenth: NW Quarter: SW Section: 33 Township: 161 Range: 93, Sixteenth: SW Quarter: SW Section: 33 Township: 161 Range: 93 | **Document Type:** OIL AND GAS LEASE **Document Date:** 08/15/2023 | |
| **Divide County 256586** | **Instrument #** 256586    **B:** ASGN **P:** 154 **CDT** 2011 | **Recording Date:** Thu Mar 24 13:55:00 CDT 2011 | Preview Image    ☐ Purchase |
| | **Grantor:** Murex Petroleum Corporation | **Grantee:** Murex Petroleum Corporation, Spec Tech Inc., Racer Oil and Gas, LP | |
| | **Legal:** , ...Quarter: NE Section: 04 Township: 160 Range: 096, Quarter: SE Section: 04 Township: 160 Range: 096, Sixteenth: NW Quarter: NE Section: 04 Township: 160 Range: 096, Sixteenth: NE Quarter: NE Section: 04 Township: 160 Range: 096, Sixteenth: SW Quarter: NE Section: 04 Township: 160 Range: 096, ... | **Document Type:** ASSIGNMENT OF OIL AND GAS LEASE **Document Date:** 03/16/2011 | |
| **Burke County 207625** | **Instrument #** 207625    **B:** 280M **P:** 351 **CDT** 2005 | **Recording Date:** Mon Aug 08 14:15:00 CDT 2005 | Preview Image    ☐ Purchase |
| | **Grantor:** MUREX PETROLEUM CORPORATION | **Grantee:** MUREX PETROLEUM CORPORATION., ET AL, SPEC TECH INC., RACER OIL & GAS, LC | |
| | **Legal:** , ...Quarter: NE Section: 10 Township: 160 Range: 94, Quarter: SE Section: 10 Township: 160 Range: 94, Sixteenth: NW Quarter: NE Section: 10 Township: 160 Range: 94, Sixteenth: NE Quarter: NE Section: 10 Township: 160 | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 08/04/2005 | |

Return to Search Results

**You searched for:** exact search in GranteeID for SPECIALIZED TECHNOLOGICAL THREADING INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

8 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Burke County 277943**

**Instrument #** 277943   **Recording Date:** Mon Jul 17 10:25:00 CDT 2023   Preview Image   ☐ Purchase

**Grantor:** POWERS, THOMAS P., MANAGING MEMBER, POWERS, THOMAS P., MGR.

**Grantee:** SPECIALIZED TECHNOLOGICAL THREADING, INC

**Legal:** , ...Quarter: NE Section: 31 Township: 159 Range: 94, Quarter: SW Section: 31 Township: 159 Range: 94, Quarter: SE Section: 31 Township: 159 Range: 94, Sixteenth: SE Quarter: NE Section: 31 Township: 159 Range: 94, Sixteenth: NW Quarter: SW Section: 31 Township: 159 Range: 94, ...

**Document Type:** OIL AND GAS LEASE   **Document Date:** 07/11/2023

---

**Burke County 277942**

**Instrument #** 277942   **Recording Date:** Mon Jul 17 10:25:00 CDT 2023   Preview Image   ☐ Purchase

**Grantor:** JATORI ROYALTY COMPANY, LLC, POWERS, THOMAS P., MGR.

**Grantee:** SPECIALIZED TECHNOLOGICAL THREADING, INC

**Legal:** , ...Quarter: NW Section: 32 Township: 159 Range: 94, Quarter: SW Section: 32 Township: 159 Range: 94, Sixteenth: SW Quarter: NW Section: 32 Township: 159 Range: 94, Sixteenth: NW Quarter: SW Section: 32 Township: 159 Range: 94, Sixteenth: NE Quarter: SW Section: 32 Township: 159 Range: 94, ...

**Document Type:** OIL AND GAS LEASE   **Document Date:** 07/11/2023

---

**Dunn County 3074042**

**Instrument #** 3074042   **Recording Date:** Mon Nov 24 11:00:00 CST 2014   Preview Image   ☐ Purchase

**Grantor:** REIDLE LOGISTICS, REIDLE LOGISTICS, INC.

**Grantee:** SPECIALIZED TECHNOLOGICAL THREADING, INC, HRC OPERATING, LLC, ARROW MIDSTREAM HOLDINGS, LLC, EIGHTY-EIGHT OIL, LLC, BLACK HILLS TRUCKING, INC., CAPITOL CORPORATE SERVICES, INC., CT CORPORATION SYSTEM, CORPORATION SERVICE COMPANY

**Legal:** , ...Quarter: NE Section: 03 Township: 147 Range: 94, Sixteenth: NE Quarter: NE Section: 03 Township: 147 Range: 94, Quarter: NW Section: 03 Township: 147 Range: 93, Quarter: NE Section: 03 Township: 147 Range: 93, Quarter: SW Section: 03 Township: 147 Range: 93, ...

**Document Type:** WELL/PIPELINE CONST. LIEN STATEMENT   **Document Date:** 11/18/2014

Return to Search Results

**You searched for:** exact search in GranteeID for SPRINGFIELD OIL COMPANY and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

3,023 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5, 6, 7, 8 [Next/Last]

| Description | Summary |
| --- | --- |

**Dunn County 3025432**

| **Instrument #** 3025432   B: 349 P: 52 | **Recording Date:** Tue Dec 18 13:35:00 CST 2007 | Preview Image | ☐ Purchase |

**Grantor:** RESTAD, MARK DAVID

**Grantee:** SPRINGFIELD OIL COMPANY, YILEK, OLEA JEAN BOTNER RESTAD AIF - LES, RESTAD, JAMES ALLEN - LESSOR, HERMAN, SHARON LEE RESTAD - LESSOR, RESTAD, ROY WAYNE - LESSOR, RESTAD, MARK DAVID - LESSOR, RESTAD, DOUGLAS NORMAN - LESSOR, SPRINGFIELD, OIL COMPANY - LESSEE, YILEK, OLEA JEAN BOTNER RESTAD - LESSOR

**Legal:** Lot 1, Lot 2, Lot 3, Lot 4, , ...Section: 02 Township: 146 Range: 94, Section: 02 Township: 146 Range: 94, Section: 02 Township: 146 Range: 94, Section: 02 Township: 146 Range: 94, Quarter: NW Section: 02 Township: 146 Range: 94, ...

**Document Type: RATIFICATION OIL & GAS LEASE**
**Document Date:** 11/14/2007

**Dunn County 3025433**

| **Instrument #** 3025433   B: 349 P: 53 | **Recording Date:** Tue Dec 18 13:35:00 CST 2007 | Preview Image | ☐ Purchase |

**Grantor:** RESTAD, JAMES ALLEN

**Grantee:** SPRINGFIELD OIL COMPANY, YILEK, OLEA JEAN BOTNER RESTAD AIF - LES, RESTAD, JAMES ALLEN - LESSOR, HERMAN, SHARON LEE RESTAD - LESSOR, RESTAD, ROY WAYNE - LESSOR, RESTAD, MARK DAVID - LESSOR, RESTAD, DOUGLAS NORMAN - LESSOR, SPRINGFIELD, OIL COMPANY - LESSEE, YILEK, OLEA JEAN BOTNER RESTAD - LESSOR

**Legal:** Lot 1, Lot 2, Lot 3, Lot 4, , ...Section: 02 Township: 146 Range: 94, Section: 02 Township: 146 Range: 94, Section: 02 Township: 146 Range: 94, Section: 02 Township: 146 Range: 94, Quarter: NW Section: 02 Township: 146 Range: 94, ...

**Document Type: RATIFICATION OIL & GAS LEASE**
**Document Date:** 11/14/2007

**Dunn County 3025430**

| **Instrument #** 3025430   B: 349 P: 50 | **Recording Date:** Tue Dec 18 13:35:00 CST 2007 | Preview Image | ☐ Purchase |

**Grantor:** RESTAD, ROY WAYNE

**Grantee:** SPRINGFIELD OIL COMPANY, YILEK, OLEA JEAN BOTNER RESTAD AIF - LES, RESTAD, JAMES ALLEN - LESSOR, HERMAN, SHARON LEE RESTAD - LESSOR, RESTAD, ROY WAYNE - LESSOR, RESTAD, MARK DAVID - LESSOR, RESTAD, DOUGLAS NORMAN - LESSOR, SPRINGFIELD, OIL COMPANY - LESSEE

Return to Search Results

**You searched for:** exact search in GranteeID for STEEL REEF BURKE LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

33 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Divide County 301514**

| | | |
|---|---|---|
| Instrument # 301514 | Recording Date: Wed Dec 22 14:15:00 CST 2021 | Preview Image    ☐ Purchase |
| **Grantor:** Petro Harvester Operating Company, LLC | **Grantee:** Steel Reef Burke LLC | |
| **Legal:** , ...Quarter: NW Section: 01 Township: 163 Range: 095, Quarter: NE Section: 01 Township: 163 Range: 095, Quarter: SW Section: 01 Township: 163 Range: 095, Quarter: SE Section: 01 Township: 163 Range: 095, Sixteenth: NW Quarter: NW Section: 01 Township: 163 Range: 095, ... | **Document Type: UCC FINANCING STATEMENT - RECORDED** **Document Date:** 12/22/2021 | |

**Burke County 276280**

| | | |
|---|---|---|
| Instrument # 276280 | Recording Date: Thu Aug 25 10:24:00 CDT 2022 | Preview Image    ☐ Purchase |
| **Grantor:** FORMENTERA OPERATIONS LLC, ET AL, FP BALBOA ND LLC | **Grantee:** STEEL REEF BURKE, LLC | |
| **Legal:** , ...Quarter: NW Section: 25 Township: 164 Range: 94, Quarter: NE Section: 25 Township: 164 Range: 94, Quarter: SW Section: 25 Township: 164 Range: 94, Quarter: SE Section: 25 Township: 164 Range: 94, Sixteenth: NW Quarter: NW Section: 25 Township: 164 Range: 94, ... | **Document Type: MEMORANDUM OF AGREEMENT** **Document Date:** 07/28/2022 | |

**Burke County 268859**

| | | |
|---|---|---|
| Instrument # 268859 | Recording Date: Wed Mar 27 08:19:00 CDT 2019 | Preview Image    ☐ Purchase |
| **Grantor:** ONEOK ROCKIES MIDSTREAM, L.L.C., FKA: BEAR PAW ENERGY, LLC | **Grantee:** STEEL REEF BURKE LLC | |
| **Legal:** Quarter: NW Section: 07 Township: 162 Range: 91, Sixteenth: SW Quarter: NW Section: 07 Township: 162 Range: 91, Sixteenth: SE Quarter: NW Section: 07 Township: 162 Range: 91 | **Document Type: SPECIAL WARRANTY DEED** **Document Date:** 03/01/2019 | |

**Burke County 268730**

| | | |
|---|---|---|
| Instrument # 268730 | Recording Date: Tue Mar 12 08:15:00 CDT 2019 | Preview Image    ☐ Purchase |
| **Grantor:** HARVESTER FIELD SERVICES, LLC | **Grantee:** STEEL REEF BURKE, LLC | |
| **Legal:** , ...Quarter: NW Section: 31 Township: 164 Range: 92, Quarter: NE Section: 31 Township: 164 Range: 92, Quarter: SW Section: 31 Township: 164 Range: 92, Quarter: SE Section: 31 Township: 164 Range: 92, Sixteenth: NW | **Document Type: ASSIGNMENT & ASSUMPTION OF EASEMENTS** **Document Date:** 03/01/2019 | |

Return to Search Results

**You searched for:** exact search in GranteeID for THE ANSCHUTZ CORPORATION and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | | Select All / None |
|---|---|---|---|---|---|

**Billings County 95749**

**Instrument #** 95749   **B:** 130 **P:** 107   **Recording Date:** Thu Jan 14 13:40:00 CST 1988   Preview Image   ☐ Purchase

**Grantor:** MOBIL OIL CORPORATION   **Grantee:** THE ANSCHUTZ CORPORATION

**Legal:** , ...Quarter: NW Section: 29 Township: 138 Range: 100, Quarter: NE Section: 29 Township: 138 Range: 100, Quarter: SW Section: 29 Township: 138 Range: 100, Quarter: SE Section: 29 Township: 138 Range: 100, Sixteenth: NW Quarter: NW Section: 29 Township: 138 Range: 100, ...

**Document Type: RELEASE OF OIL & GAS LEASE**
**Document Date:** 01/07/1988

**Billings County 95796**

**Instrument #** 95796   **B:** 130 **P:** 213   **Recording Date:** Mon Jan 25 10:00:00 CST 1988   Preview Image   ☐ Purchase

**Grantor:** MOBIL OIL CORPORATION   **Grantee:** THE ANSCHUTZ CORPORATION

**Legal:** , ...Quarter: NW Section: 29 Township: 138 Range: 100, Quarter: NE Section: 29 Township: 138 Range: 100, Quarter: SW Section: 29 Township: 138 Range: 100, Quarter: SE Section: 29 Township: 138 Range: 100, Sixteenth: NW Quarter: NW Section: 29 Township: 138 Range: 100, ...

**Document Type: RELEASE OF LEASE**
**Document Date:** 01/07/1988

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for TPC RESOURCES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

218 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3 [Next/Last]

| Description | Summary |
| --- | --- |

**Hettinger County 39257**

**Instrument #** 39257    **Recording Date:** Tue Mar 11 10:00:00 CDT 2014    Preview Image    ☐ Purchase

**Grantor:** NORTHERN ENERGY CORPORATION

**Grantee:** MBI OIL AND GAS, LLC, MISSOURI RIVER ROYALTY CORPORATION, CODY OIL & GAS CORPORATION, NORTHERN PACIFIC RESOURCES, LLC, NORTHERN ENERGY CORPORATION, LARCO RESOURCES, LLC, M ENERGY, LLC, CLARK JAMES CRAWFORD, AVERY ALKANE, LLC, KELLER, CRAIG A, ...

**Legal:** , ...Quarter: NW Section: 03 Township: 136 Range: 92, Sixteenth: NE Quarter: NW Section: 03 Township: 136 Range: 92, Quarter: NW Section: 03 Township: 136 Range: 92, Sixteenth: NW Quarter: NW Section: 03 Township: 136 Range: 92, Quarter: NW Section: 03 Township: 136 Range: 92, ...

**Document Type: ASSIGNMENT OF INTEREST IN OIL AND GAS**
**Document Date:** 07/16/2013

---

**Hettinger County 39378**

**Instrument #** 39378    **Recording Date:** Tue Apr 29 10:30:00 CDT 2014    Preview Image    ☐ Purchase

**Grantor:** NORTHERN ENERGY CORPORATION, OBRIGEWITCH, KENNETH B, BEN OBRIGEWITCH MINERAL TRUST

**Grantee:** MBI OIL AND GAS, LLC, MISSOURI RIVER ROYALTY CORPORATION, CODY OIL & GAS CORPORATION, NORTHERN PACIFIC RESOURCES, LLC, NORTHERN ENERGY CORPORATION, LARCO RESOURCES, LLC, M ENERGY, LLC, CLARK JAMES CRAWFORD, AVERY ALKANE, LLC, KELLER, CRAIG A, ...

**Legal:** , ...Quarter: NW Section: 03 Township: 136 Range: 92, Sixteenth: NE Quarter: NW Section: 03 Township: 136 Range: 92, Quarter: NW Section: 03 Township: 136 Range: 92, Sixteenth: NW Quarter: NW Section: 03 Township: 136 Range: 92, Quarter: NW Section: 03 Township: 136 Range: 92, ...

**Document Type: ASSIGNMENT OF INTEREST IN OIL AND GAS**
**Document Date:** 02/04/2014

---

**Hettinger County 38517**

**Instrument #** 38517    **Recording Date:** Thu Jun 27 12:59:00 CDT 2013    Preview Image    ☐ Purchase

**Grantor:** BOARD OF UNIVERSITY AND SCHOOL LANDS, THE COMMISSIONER OF UNIVERSITY AND SCHOO

**Grantee:** ALKANE, AVERY LLC, CRAWFORD, CLARK JAMES, CODY OIL & GAS CORPORATION, KELLER, CRAIG A, LARCO RESOURCES LLC, MBI OIL & GAS LLC, MISSOURI RIVER ROYALTY CORPORTION, M ENERGY LLC, NORTHERN ENERGY CORPORATION,

Return to Search Results

**You searched for:** exact search in GranteeID for VESTAL RESOURCES INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

50 items found, displaying all items.**1**

| Description | Summary |
|---|---|

| **Divide County 288306** | **Instrument #** 288306 2016 | **B:** ASGN **P:** 560 | **Recording Date:** Fri Apr 22 13:25:00 CDT 2016 | Preview Image | ☐ Purchase |

**Grantor:** Empire Oil Company

**Grantee:** Empire Oil Company, Vestal Resources, Inc., The Dublin Company, KML, Inc.

**Legal:** Quarter: SW Section: 25 Township: 162 Range: 099, Sixteenth: NW Quarter: SW Section: 25 Township: 162 Range: 099, Sixteenth: NE Quarter: SW Section: 25 Township: 162 Range: 099, Sixteenth: SW Quarter: SW Section: 25 Township: 162 Range: 099, Sixteenth: SE Quarter: SW Section: 25 Township: 162 Range: 099

**Document Type: ASSIGNMENT OF OIL AND GAS LEASE**
**Document Date:** 04/01/2016

---

| **Divide County 290774** | **Instrument #** 290774 2017 | **B:** 416M **P:** 587 | **Recording Date:** Wed Mar 15 14:15:00 CDT 2017 | Preview Image | ☐ Purchase |

**Grantor:** District Court of Divide County

**Grantee:** Halliburton Energy Services, Inc., Irongate Rental Services, LLC, Nabors Drilling USA LP, Thru Tubing Solutions, Inc, GE Oil & Gas Pressure Control, LP, Accelerated Artificial Lift Systems, LLC, Precision Completion & Production Servic, Hydratek, Inc., Miller Oil Company, Inc., Power Crude Transport, Inc., ...

**Legal:** , ...Quarter: NW Section: 16 Township: 163 Range: 101, Quarter: NE Section: 16 Township: 163 Range: 101, Quarter: SW Section: 16 Township: 163 Range: 101, Quarter: SE Section: 16 Township: 163 Range: 101, Sixteenth: NW Quarter: NW Section: 16 Township: 163 Range: 101, ...

**Document Type: NOTICE OF LIS PENDENS**
**Document Date:** 03/13/2017

---

| **Divide County 291221** | **Instrument #** 291221 2017 | **B:** ASGN **P:** 451 | **Recording Date:** Tue May 30 13:15:00 CDT 2017 | Preview Image | ☐ Purchase |

**Grantor:** Lynx Oil Company

**Grantee:** Empire Oil Company, Vestal Resources, Inc., The Dublin Company, KML, Inc.

**Legal:** , ...Quarter: SW Section: 25 Township: 161 Range: 100, Sixteenth: NW Quarter: SW Section: 25 Township: 161 Range: 100, Sixteenth: NE Quarter: SW Section: 25 Township: 161 Range: 100, Sixteenth: SW Quarter: SW Section: 25 Township: 161 Range: 100, Sixteenth: SE

**Document Type: ASSIGNMENT OF OIL AND GAS LEASE**
**Document Date:** 05/24/2017

Return to Search Results

**You searched for:** exact search in GranteeID for VINNIE CORP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

97 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**McLean County 3391320**

**Instrument #** 3391320    **Recording Date:** Mon Feb 27 10:16:00 CST 2017    Preview Image    ☐ Purchase

**Grantor:** VINNIE CORP.

**Grantee:** JAMCO, VINNIE CORP

**Legal:** Quarter: SE Section: 20 Township: 150 Range: 91, Sixteenth: NW Quarter: SE Section: 20 Township: 150 Range: 91, Sixteenth: NE Quarter: SE Section: 20 Township: 150 Range: 91, Sixteenth: SW Quarter: SE Section: 20 Township: 150 Range: 91, Sixteenth: SE Quarter: SE Section: 20 Township: 150 Range: 91

**Document Type: ASSIGNMENT OF OIL & GAS LEASES**
**Document Date:** 02/14/2017

---

**Burke County 266076**

**Instrument #** 266076    **Recording Date:** Mon Apr 09 08:06:00 CDT 2018    Preview Image    ☐ Purchase

**Grantor:** GOBERT, ROCK BASIL, JR.

**Grantee:** VINNIE CORP.

**Legal:** Lot 1, , , , , ...Section: 04 Township: 159 Range: 90, Quarter: NE Section: 33 Township: 160 Range: 90, Quarter: SE Section: 33 Township: 160 Range: 90, Sixteenth: NE Quarter: NE Section: 33 Township: 160 Range: 90, Sixteenth: SW Quarter: NE Section: 33 Township: 160 Range: 90, ...

**Document Type: MINERAL DEED**
**Document Date:** 04/04/2018

---

**Burke County 266019**

**Instrument #** 266019    **Recording Date:** Thu Mar 29 13:52:00 CDT 2018    Preview Image    ☐ Purchase

**Grantor:** GOBERT, JERELYN

**Grantee:** VINNIE CORP.

**Legal:** Lot 1, , , , , ...Section: 04 Township: 159 Range: 90, Quarter: NE Section: 33 Township: 160 Range: 90, Quarter: SE Section: 33 Township: 160 Range: 90, Sixteenth: NE Quarter: NE Section: 33 Township: 160 Range: 90, Sixteenth: SW Quarter: NE Section: 33 Township: 160 Range: 90, ...

**Document Type: MINERAL DEED**
**Document Date:** 03/16/2018

---

**McLean County 3390076**

**Instrument #** 3390076    **Recording Date:** Mon Sep 12 09:40:00 CDT 2016    Preview Image    ☐ Purchase

**Grantor:** VINNIE CORP

**Grantee:** BRADLEY, STEVEN, JAMCO, VINNIE CORP

**Legal:** Quarter: SE Section: 20 Township: 150 Range: 91, Sixteenth: NW Quarter: SE Section: 20 Township: 150 Range: 91, Sixteenth: NE Quarter: SE Section: 20 Township: 150 Range: 91, Sixteenth: SW Quarter: SE Section: 20 Township: 150

**Document Type: ASSIGNMENT OF OIL & GAS LEASES**
**Document Date:** 09/07/2016

Return to Search Results

**You searched for:** exact search in GranteeID for VITESSE ENERGY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

95 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

| **Slope County 100755** | **Instrument #** 100755 | **Recording Date:** Thu Apr 25 14:40:00 CDT 2019 | Preview Image | ☐ Purchase |
| --- | --- | --- | --- | --- |
| | **Grantor:** CLOUDBREAK ENERGY, LLC | **Grantee:** VITESSE ENERGY, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 24 Township: 135 Range: 104, Quarter: SE Section: 24 Township: 135 Range: 104, Sixteenth: NW Quarter: NE Section: 24 Township: 135 Range: 104, Sixteenth: NE Quarter: NE Section: 24 Township: 135 Range: 104, Sixteenth: SW Quarter: NE Section: 24 Township: 135 Range: 104, ... | **Document Type:** ASSIGNMENT & BILL OF SALE **Document Date:** 07/12/2018 | | |

| **Slope County 100968** | **Instrument #** 100968 | **Recording Date:** Tue Jan 07 14:38:00 CST 2020 | Preview Image | ☐ Purchase |
| --- | --- | --- | --- | --- |
| | **Grantor:** ENCANA OIL & GAS (USA) INC., ET AL, NEWFIELD PRODUCTION COMPANY, ET AL, NEWFIELD EXPLORATION GULF COAST LLC, ET, NEWFIELD ROCKY MOUNTAINS INC., ET AL, NEWFIELD RMI LLC, ET AL, NEWFIELD EXPLORATION COMPANY, ET AL, NEWFIELD EXPLORATION MID-CONTINENT INC., | **Grantee:** VITESSE ENERGY, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 29 Township: 133 Range: 106, Quarter: NE Section: 29 Township: 133 Range: 106, Quarter: SW Section: 29 Township: 133 Range: 106, Sixteenth: NW Quarter: NW Section: 29 Township: 133 Range: 106, Sixteenth: NE Quarter: NW Section: 29 Township: 133 Range: 106, ... | **Document Type:** ASSIGNMENT & BILL OF SALE **Document Date:** 12/30/2019 | | |

| **Renville County 205851** | **Instrument #** 205851 | **Recording Date:** Mon May 06 10:35:00 CDT 2019 | Preview Image | ☐ Purchase |
| --- | --- | --- | --- | --- |
| | **Grantor:** CLOUDBREAK ENERGY LLC | **Grantee:** VITESSE ENERGY LLC | | |
| | **Legal:** , ...Quarter: NE Section: 01 Township: 158 Range: 86, Sixteenth: NE Quarter: NE Section: 01 Township: 158 Range: 86, Quarter: NE Section: 01 Township: 158 Range: 86, Sixteenth: NW Quarter: NE Section: 01 Township: 158 Range: 86, Quarter: NE Section: 01 Township: 158 Range: 86, ... | **Document Type:** ASSIGNMENT **Document Date:** 12/01/2018 | | |

| **Renville County 207096** | **Instrument #** 207096 | **Recording Date:** Mon Jan 06 13:25:00 CST 2020 | Preview Image | ☐ Purchase |
| --- | --- | --- | --- | --- |
| | **Grantor:** ENCANA OIL & GAS INC, NEWFIELD RMI LLC, NEWFIELD | **Grantee:** VITESSE ENERGY LLC | | |

Return to Search Results

**You searched for:** exact search in GranteeID for W ENERGY PARTNERS II LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

10 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|

**Dunn County 3088383**

**Instrument #** 3088383   **Recording Date:** Fri Apr 26 13:03:00 CDT 2019   Preview Image   ☐ Purchase

**Grantor:** OVERLAND ENERGY PARTNERS FUND II, LLC, OVERLAND ENERGY PARTNERS II MANAGEMENT,

**Grantee:** W ENERGY PARTNERS II, LLC

**Legal:** , ...Quarter: NE Section: 30 Township: 145 Range: 93, Sixteenth: NW Quarter: NE Section: 30 Township: 145 Range: 93, Sixteenth: SW Quarter: NE Section: 30 Township: 145 Range: 93, Quarter: NW Section: 23 Township: 145 Range: 94, Quarter: SW Section: 23 Township: 145 Range: 94, ...

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 04/08/2019

---

**Dunn County 3088387**

**Instrument #** 3088387   **Recording Date:** Fri Apr 26 13:03:00 CDT 2019   Preview Image   ☐ Purchase

**Grantor:** EVEREST ENERGY, LLC

**Grantee:** W ENERGY PARTNERS II, LLC

**Legal:** , ...Quarter: NE Section: 30 Township: 145 Range: 93, Sixteenth: NW Quarter: NE Section: 30 Township: 145 Range: 93, Sixteenth: SW Quarter: NE Section: 30 Township: 145 Range: 93, Quarter: SE Section: 22 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 22 Township: 145 Range: 94, ...

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 04/04/2019

---

**Dunn County 3088386**

**Instrument #** 3088386   **Recording Date:** Fri Apr 26 13:03:00 CDT 2019   Preview Image   ☐ Purchase

**Grantor:** LITTLE RAVEN OIL & GAS, LLC

**Grantee:** W ENERGY PARTNERS II, LLC

**Legal:** , ...Quarter: NE Section: 30 Township: 145 Range: 93, Sixteenth: NW Quarter: NE Section: 30 Township: 145 Range: 93, Sixteenth: SW Quarter: NE Section: 30 Township: 145 Range: 93, Quarter: SE Section: 22 Township: 145 Range: 94, Sixteenth: NW Quarter: SE Section: 22 Township: 145 Range: 94, ...

**Document Type: ASSIGNMENT & BILL OF SALE**
**Document Date:** 04/08/2019

---

**Dunn County 3088385**

**Instrument #** 3088385   **Recording Date:** Fri Apr 26 13:03:00 CDT 2019   Preview Image   ☐ Purchase

**Grantor:** BLACK BEAR OIL & GAS, LLC

**Grantee:** W ENERGY PARTNERS II, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for WAVELAND BAKKEN PARTNERS I LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

12 items found, displaying all items.**1**

Purchase Selected

Description | Summary | | Select All / None

| **Divide County 295034** | **Instrument #** 295034 | **Recording Date:** Thu Jan 17 09:35:00 CST 2019 | Preview Image | ☐ Purchase |

**Grantor:** Kasmer & Aafedt Oil, Inc., Kasmer, John J., Aafedt, Dean W.

**Grantee:** Waveland Bakken Partners I, LLC

**Legal:** , ...Quarter: SW Section: 03 Township: 160 Range: 097, Quarter: SE Section: 03 Township: 160 Range: 097, Sixteenth: NW Quarter: SW Section: 03 Township: 160 Range: 097, Sixteenth: NE Quarter: SW Section: 03 Township: 160 Range: 097, Sixteenth: NW Quarter: SE Section: 03 Township: 160 Range: 097, ...

**Document Type: ASSIGNMENT AND BILL OF SALE**
**Document Date:** 01/07/2019

| **Divide County 295035** | **Instrument #** 295035 | **Recording Date:** Thu Jan 17 09:35:00 CST 2019 | Preview Image | ☐ Purchase |

**Grantor:** Kasmer & Aafedt Oil, Inc., Kasmer, John J., Aafedt, Dean W.

**Grantee:** Waveland Bakken Partners I, LLC

**Legal:** , ...Quarter: NW Section: 05 Township: 160 Range: 095, Quarter: NE Section: 05 Township: 160 Range: 095, Quarter: SW Section: 05 Township: 160 Range: 095, Sixteenth: NE Quarter: NW Section: 05 Township: 160 Range: 095, Sixteenth: NW Quarter: NE Section: 05 Township: 160 Range: 095, ...

**Document Type: MINERAL DEED**
**Document Date:** 01/07/2019

| **Dunn County 3087655** | **Instrument #** 3087655 | **Recording Date:** Thu Jan 31 15:49:00 CST 2019 | Preview Image | ☐ Purchase |

**Grantor:** LYNX OIL COMPANY, DISCOVERY OIL, LLC, AURORA ENERGY SOLUTIONS, LLC, MONKOTA PETROLEUM CORPORATION, CELSIUS ENERGY LLC

**Grantee:** WAVELAND BAKKEN PARTNERS I, LLC

**Legal:** Quarter: NE Section: 27 Township: 150 Range: 91, Sixteenth: NW Quarter: NE Section: 27 Township: 150 Range: 91, Sixteenth: NE Quarter: NE Section: 27 Township: 150 Range: 91, Sixteenth: SW Quarter: NE Section: 27 Township: 150 Range: 91, Sixteenth: SE Quarter: NE Section: 27 Township: 150 Range: 91

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 11/28/2018

| **Burke County 268903** | **Instrument #** 268903 | **Recording Date:** Mon Apr 01 13:53:00 CDT 2019 | Preview Image | ☐ Purchase |

**Grantor:** KASMER & AAFEDT OIL, INC.

**Grantee:** WAVELAND BAKKEN PARTNERS I, LLC

Return to Search Results

**You searched for:** exact search in GranteeID for WESTERN ENERGY CORPORATION and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

81 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**Renville County 139486**

**Instrument #** 139486   **B:** 95DE **P:** 124   **Recording Date:** Mon Nov 28 09:45:00 CST 1983    **Preview Image**   ☐ Purchase

**Grantor:** SCHMID EDWARD J, SCHMID SUZANNE

**Grantee:** LABER DONALD L, WESTERN ENERGY CORPORATION, ERICKSON ELWOOD K

**Legal:** , ...Quarter: NE Section: 33 Township: 164 Range: 87, Quarter: SE Section: 33 Township: 164 Range: 87, Sixteenth: NW Quarter: NE Section: 33 Township: 164 Range: 87, Sixteenth: NE Quarter: NE Section: 33 Township: 164 Range: 87, Sixteenth: SW Quarter: NE Section: 33 Township: 164 Range: 87, ...

**Document Type: MINERAL DEED**
**Document Date:** 11/21/1983

---

**Renville County 171224**

**Instrument #** 171224   **B:** 160SM **P:** 285   **Recording Date:** Tue Nov 18 10:00:00 CST 1997    **Preview Image**   ☐ Purchase

**Grantor:** FIRST NATIONAL BANK & TRUST CO

**Grantee:** NORMAN JESSEN & ASSOCIATES, WESTERN ENERGY CORPORATION

**Legal:** , ...Quarter: SW Section: 04 Township: 160 Range: 84, Sixteenth: NW Quarter: SW Section: 04 Township: 160 Range: 84, Sixteenth: NE Quarter: SW Section: 04 Township: 160 Range: 84, Sixteenth: SW Quarter: SW Section: 04 Township: 160 Range: 84, Sixteenth: SE Quarter: SW Section: 04 Township: 160 Range: 84, ...

**Document Type: SATISFACTION**
**Document Date:** 11/11/1997

---

**Divide County 290709**

**Instrument #** 290709   **B:** MD 17 **P:** 499   **Recording Date:** Thu Mar 02 13:10:00 CST 2017    **Preview Image**   ☐ Purchase

**Grantor:** Eckmann, Estate of Lillian M.

**Grantee:** Western Energy Corporation, Lee, Timothy R.

**Legal:** , ...Quarter: SW Section: 25 Township: 161 Range: 101, Quarter: SE Section: 25 Township: 161 Range: 101, Sixteenth: SW Quarter: SW Section: 25 Township: 161 Range: 101, Sixteenth: SE Quarter: SW Section: 25 Township: 161 Range: 101, Sixteenth: SW Quarter: SE Section: 25 Township: 161 Range: 101, ...

**Document Type: PR'S MINERAL DEED OF DISTRIBUTION**
**Document Date:** 01/20/2017

---

**Divide County 290628**

**Instrument #** 290628   **B:** 416M **P:** 413   **Recording Date:** Fri Feb 17 13:05:00 CST 2017    **Preview Image**   ☐ Purchase

Return to Search Results

**You searched for:** exact search in GranteeID for WHITE ROCK ENERGY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

92 items found, displaying all items.1

| Description | Summary |
| --- | --- |

**Golden Valley County 22109818**

**Instrument #** 22109818    **Recording Date:** Mon May 09 09:16:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** SCHIEFFER JEFF      **Grantee:** WHITE ROCK ENERGY LLC

**Legal:** , ...Quarter: SW Section: 26 Township: 143 Range: 104, Quarter: SE Section: 26 Township: 143 Range: 104, Sixteenth: NW Quarter: SW Section: 26 Township: 143 Range: 104, Sixteenth: SW Quarter: SW Section: 26 Township: 143 Range: 104, Sixteenth: SE Quarter: SW Section: 26 Township: 143 Range: 104, ...

**Document Type: OIL AND GAS LEASES**
**Document Date:** 04/26/2022

---

**Golden Valley County 22109873**

**Instrument #** 22109873    **Recording Date:** Tue May 31 08:53:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** LAJ CORPORATION      **Grantee:** WHITE ROCK ENERGY LLC

**Legal:** , ...Quarter: NE Section: 26 Township: 143 Range: 104, Quarter: SW Section: 26 Township: 143 Range: 104, Quarter: SE Section: 26 Township: 143 Range: 104, Sixteenth: NW Quarter: NE Section: 26 Township: 143 Range: 104, Sixteenth: NE Quarter: NE Section: 26 Township: 143 Range: 104, ...

**Document Type: OIL AND GAS LEASES**
**Document Date:** 03/16/2022

---

**Golden Valley County 22109863**

**Instrument #** 22109863    **Recording Date:** Tue May 24 13:20:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** NR ROUSSELOT & SONS      **Grantee:** WHITE ROCK ENERGY LLC

**Legal:** , ...Quarter: NE Section: 26 Township: 143 Range: 104, Quarter: SW Section: 26 Township: 143 Range: 104, Quarter: SE Section: 26 Township: 143 Range: 104, Sixteenth: NW Quarter: NE Section: 26 Township: 143 Range: 104, Sixteenth: NE Quarter: NE Section: 26 Township: 143 Range: 104, ...

**Document Type: OIL AND GAS LEASES**
**Document Date:** 03/16/2022

---

**Golden Valley County 22109777**

**Instrument #** 22109777    **Recording Date:** Mon Apr 18 08:09:00 CDT 2022    Preview Image    ☐ Purchase

**Grantor:** RITTENBURGH LINDA      **Grantee:** WHITE ROCK ENERGY LLC

Return to Search Results

**You searched for:** exact search in GranteeID for WILLISTON BASIN ENERGY LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

45 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Divide County 303784** | **Instrument #** 303784 | **Recording Date:** Thu Mar 02 12:10:00 CST 2023 | | Preview Image ☐ Purchase |
| | **Grantor:** Blackstone Minerals Company, L. P. | **Grantee:** Williston Basin Energy, LLC | | |
| | **Legal:** Quarter: NE Section: 28 Township: 160 Range: 100, Sixteenth: NE Quarter: NE Section: 28 Township: 160 Range: 100, Sixteenth: SE Quarter: NE Section: 28 Township: 160 Range: 100 | **Document Type: MEMORANDUM OF OIL AND GAS LEASE** **Document Date:** 02/24/2023 | | |
| **Divide County 304036** | **Instrument #** 304036 | **Recording Date:** Thu Apr 13 11:00:00 CDT 2023 | | Preview Image ☐ Purchase |
| | **Grantor:** Williston Basin Energy, LLC | **Grantee:** WIlliston Basin Energy, LLC, LAO Energy, LLC, Norra Resources, LLC, Everett Petroleum, LLC | | |
| | **Legal:** Quarter: NE Section: 28 Township: 160 Range: 100, Sixteenth: NE Quarter: NE Section: 28 Township: 160 Range: 100, Sixteenth: SE Quarter: NE Section: 28 Township: 160 Range: 100 | **Document Type: CORRECTION** **Document Date:** 04/13/2023 | | |
| **Divide County 303873** | **Instrument #** 303873 | **Recording Date:** Wed Mar 15 12:00:00 CDT 2023 | | Preview Image ☐ Purchase |
| | **Grantor:** Williston Basin Energy, LLC | **Grantee:** Williston Basin Energy, LLC, LAO Energy, LLC, Norra Resources, LLC, Everett Petroleum, LLC | | |
| | **Legal:** Quarter: NE Section: 28 Township: 160 Range: 098, Sixteenth: NE Quarter: NE Section: 28 Township: 160 Range: 098, Sixteenth: SE Quarter: NE Section: 28 Township: 160 Range: 098 | **Document Type: ASSIGNMENT** **Document Date:** 03/15/2023 | | |
| **Divide County 285444** | **Instrument #** 285444    **B:** ASGN **P:** 698 **Recording Date:** Mon Jul 27 13:40:00 CDT 2015 | | | Preview Image ☐ Purchase |
| | **Grantor:** Missouri River Royalty Corporation | **Grantee:** Northern Energy Corporation, Missouri River Royalty Corporation, Sundance Oil & Gas, LLC, Everett, W. R., Williston Basin Energy, LLC | | |
| | **Legal:** , ...Quarter: NE Section: 18 Township: 161 Range: 097, Sixteenth: NW Quarter: NE Section: 18 Township: 161 Range: 097, Sixteenth: NE Quarter: NE Section: 18 Township: 161 Range: 097, Sixteenth: SW Quarter: NE Section: 18 Township: 161 Range: 097, Sixteenth: | **Document Type: ASSIGNMENT OF OIL AND GAS LEASE** **Document Date:** 07/16/2015 | | |

Return to Search Results

**You searched for:** exact search in GranteeID for WINDRIDGE OIL & GAS LP and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

73 items found, displaying all items.**1**

| Description | Summary |
| --- | --- |

**Burke County 260971**

**Instrument #** 260971    **Recording Date:** Tue Dec 20 14:47:00 CST 2016    Preview Image    ☐ Purchase

**Grantor:** FAIRWAY EXPLORATION LLC, ET AL, GRAYLING ENERGY, LLC

**Grantee:** WINDRIDGE OIL & GAS LP., ET AL, TRENDWELL ENERGY CORPORATION, WESTERN PRODUCTION, LLC, TIMMUS ENERGY PARTNERS, INC.

**Legal:** , ...Quarter: NW Section: 27 Township: 163 Range: 90, Quarter: SW Section: 27 Township: 163 Range: 90, Sixteenth: NW Quarter: NW Section: 27 Township: 163 Range: 90, Sixteenth: NE Quarter: NW Section: 27 Township: 163 Range: 90, Sixteenth: SW Quarter: NW Section: 27 Township: 163 Range: 90, ...

**Document Type:** ASSIGNMENT & ASSUMPTION OF LEASE **Document Date:** 12/01/2016

---

**Burke County 261396**

**Instrument #** 261396    **Recording Date:** Thu Feb 09 09:37:00 CST 2017    Preview Image    ☐ Purchase

**Grantor:** TRENDWELL ENERGY CORPORATION

**Grantee:** FAIRWAY EXPLORATION LLC, ET AL, GRAYLING ENERGY, LLC, WINDRIDGE OIL & GAS LP, WESTERN PRODUCTION LLC, TIMMUS ENERGY PARTNERS, INC.

**Legal:** , ...Quarter: NW Section: 22 Township: 163 Range: 90, Quarter: SW Section: 22 Township: 163 Range: 90, Sixteenth: NW Quarter: NW Section: 22 Township: 163 Range: 90, Sixteenth: NE Quarter: NW Section: 22 Township: 163 Range: 90, Sixteenth: SW Quarter: NW Section: 22 Township: 163 Range: 90, ...

**Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 01/25/2017

---

**Burke County 261397**

**Instrument #** 261397    **Recording Date:** Thu Feb 09 09:39:00 CST 2017    Preview Image    ☐ Purchase

**Grantor:** TRENDWELL ENERGY CORPORATION

**Grantee:** FAIRWAY EXPLORATION LLC, ET AL, GRAYLING ENERGY, LLC, WINDRIDGE OIL & GAS LP, WESTERN PRODUCTION LLC, TIMMUS ENERGY PARTNERS, INC.

**Legal:** Quarter: NW Section: 27 Township: 163 Range: 90, Sixteenth: NW Quarter: NW Section: 27 Township: 163 Range: 90

**Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 01/25/2017

---

**Burke County 262499**

**Instrument #** 262499    **Recording Date:** Mon May 08 14:13:00 CDT 2017    Preview Image    ☐ Purchase

**Grantor:** TRENDWELL ENERGY CORPORATION

**Grantee:** FAIRWAY EXPLORATION LLC., ET AO, GRAYLING ENERGY, LLC, WINDRIDGE OIL & GAS LP, WESTERN

Return to Search Results

**You searched for:** exact search in GranteeID for WINDWALKER LAND SERVICES INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

4 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Grant County 142308** | **Instrument #** 142308 | **Recording Date:** Tue Oct 09 09:39:00 CDT 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** H ALLEN POTTER | **Grantee:** WINDWALKER LAND SERVICES INC | | |
| | **Legal:** , ...Quarter: SW Section: 18 Township: 134 Range: 85, Sixteenth: NW Quarter: SW Section: 18 Township: 134 Range: 85, Sixteenth: SW Quarter: SW Section: 18 Township: 134 Range: 85, Quarter: NW Section: 19 Township: 134 Range: 85, Quarter: NE Section: 19 Township: 134 Range: 85, ... | **Document Type:** OIL AND GAS LEASE **Document Date:** 09/27/2018 | | |
| **Mercer County 216710** | **Instrument #** 216710   **B:** 221 M **P:** 565 CDT 2018 | **Recording Date:** Tue Oct 09 09:56:00 CDT 2018 | Preview Image | ☐ Purchase |
| | **Grantor:** POTTER, H. ALLEN | **Grantee:** WINDWALKER LAND SERVICES, INC. | | |
| | **Legal:** , ...Quarter: NE Section: 05 Township: 145 Range: 88, Quarter: SE Section: 05 Township: 145 Range: 88, Sixteenth: NW Quarter: NE Section: 05 Township: 145 Range: 88, Sixteenth: NE Quarter: NE Section: 05 Township: 145 Range: 88, Sixteenth: SW Quarter: NE Section: 05 Township: 145 Range: 88, ... | **Document Type:** OIL & GAS LEASE **Document Date:** 09/27/2018 | | |
| **Golden Valley County 19107728** | **Instrument #** 19107728 | **Recording Date:** Thu Mar 07 14:27:00 CST 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** POTTER H ALLEN | **Grantee:** WINDWALKER LAND SERVICES INC | | |
| | **Legal:** Lot 3, Lot 3, Lot 4, Lot 4, Lot 5, ...Quarter: NW Section: 06 Township: 139 Range: 104, Sixteenth: SE Quarter: NW Section: 06 Township: 139 Range: 104, Quarter: NW Section: 06 Township: 139 Range: 104, Sixteenth: SE Quarter: NW Section: 06 Township: 139 Range: 104, Quarter: NW Section: 06 Township: 139 Range: 104, ... | **Document Type:** OIL AND GAS LEASES **Document Date:** 02/26/2019 | | |
| **Stark County 3150757** | **Instrument #** 3150757 | **Recording Date:** Thu Mar 07 10:45:20 CST 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** POTTER H A, POTTER H ALLEN III, POTTER H ALLEN | **Grantee:** WINDWALKER LAND SERVICES INC | | |

Return to Search Results

**You searched for:** exact search in GranteeID for WOODSTONE RESOURCES LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

424 items found, displaying 1 to 100.[First/Prev] **1**, 2, 3, 4, 5 [Next/Last]

| Description | Summary |
|---|---|

| **Dunn County 3030198** | **Instrument #** 3030198 | **Recording Date:** Thu Jul 17 10:49:00 CDT 2008 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** SONIC OIL & GAS, L.P., SONIC INVESTMENTS, INC.

**Grantee:** PENN VIRGINIA OIL & GAS, L.P., H.M. BETTIS, INC., ARMOR PETROLEUM, INC., W.T. BOYLE FAMILY, LTD, THE ALLAR COMPANY, STOVALL ENERGY, LTD, BETTIS BROTHERS, L.P., LEFRAK ENERGY INVESTORS, L.P., HEINERT, EILEEN - LESSOR, OLIPHANT, VINCENT - LESSOR, ...

**Legal:** , ...Quarter: NE Section: 34 Township: 143 Range: 95, Quarter: SW Section: 34 Township: 143 Range: 95, Quarter: SE Section: 34 Township: 143 Range: 95, Sixteenth: NW Quarter: NE Section: 34 Township: 143 Range: 95, Sixteenth: NE Quarter: NE Section: 34 Township: 143 Range: 95, ...

**Document Type:** ASSIGNMENT
**Document Date:** 06/17/2008

| **Dunn County 3030575** | **Instrument #** 3030575 | **Recording Date:** Fri Aug 01 12:29:00 CDT 2008 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** TRACKER RESOURCE EXPLORATION ND, LLC

**Grantee:** ROCKY MOUNTAIN EXPLORATION, INC., BLACK STONE MINERALS CO LP - LESSOR, WETSCH, LOIS M. - LESSOR, ST OF ND - LESSOR, WOODSTONE RESOURCES, LLC - LESSEE, WOODSTONE RESOURCES, LLC LLC - LESSEE

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 19 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 19 Township: 144 Range: 94, Quarter: SW Section: 19 Township: 144 Range: 94, Sixteenth: SW Quarter: SW Section: 19 Township: 144 Range: 94, Quarter: SW Section: 19 Township: 144 Range: 94, ...

**Document Type:** ASSIGNMENT ORR INTEREST
**Document Date:** 07/29/2008

| **Dunn County 3030576** | **Instrument #** 3030576 | **Recording Date:** Fri Aug 01 12:29:00 CDT 2008 | Preview Image | ☐ Purchase |
|---|---|---|---|---|

**Grantor:** TRACKER RESOURCE EXPLORATION ND, LLC

**Grantee:** ROCKY MOUNTAIN EXPLORATION, INC., BLACK STONE MINERALS CO LP - LESSOR, WETSCH, LOIS M. - LESSOR, ST OF ND - LESSOR, WOODSTONE RESOURCES, LLC - LESSEE, WOODSTONE RESOURCES, LLC LLC - LESSEE

**Legal:** Lot 3, Lot 3, Lot 4, Lot 4, , ...Quarter: SW Section: 19 Township: 144 Range: 94, Sixteenth: NW Quarter: SW Section: 19

**Document Type:** ASSIGNMENT OIL & GAS LEASE
**Document Date:** 07/29/2008

Return to Search Results

**You searched for:** exact search in GranteeID for WPX ENERGY WILLISTON LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

124 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
| --- | --- |

---

**BOTTINEAU COUNTY 411649**

**Instrument #** 411649    **Recording Date:** Wed Feb 17 10:01:00 CST 2016    Preview Image    ☐ Purchase

**Grantor:** WPX ENERGY ROCKY MOUNTAIN LLC

**Grantee:** WPX ENERGY WILLISTON LLC

**Legal:** , ...Quarter: SE Section: 29 Township: 163 Range: 80, Sixteenth: NW Quarter: SE Section: 29 Township: 163 Range: 80, Sixteenth: NE Quarter: SE Section: 29 Township: 163 Range: 80, Sixteenth: SW Quarter: SE Section: 29 Township: 163 Range: 80, Sixteenth: SE Quarter: SE Section: 29 Township: 163 Range: 80, ...

**Document Type: ASSNT/CONVEYANCE/BILL OF SALE**
**Document Date:** 01/29/2016

---

**Dunn County 3085553**

**Instrument #** 3085553    **Recording Date:** Fri May 04 12:42:00 CDT 2018    Preview Image    ☐ Purchase

**Grantor:** MARATHON OIL COMPANY

**Grantee:** WPX ENERGY WILLISTON, LLC

**Legal:** , ...Quarter: SW Section: 28 Township: 147 Range: 92, Sixteenth: NW Quarter: SW Section: 28 Township: 147 Range: 92, Sixteenth: NE Quarter: SW Section: 28 Township: 147 Range: 92, Sixteenth: SE Quarter: SW Section: 28 Township: 147 Range: 92, Quarter: NE Section: 33 Township: 147 Range: 92, ...

**Document Type: ASSIGNMENT OIL & GAS LEASE**
**Document Date:** 02/14/2018

---

**Dunn County 3085842**

**Instrument #** 3085842    **Recording Date:** Mon Jun 18 11:25:00 CDT 2018    Preview Image    ☐ Purchase

**Grantor:** WELLS FARGO BANK, NATIONAL ASSOCIATION A

**Grantee:** WPX ENERGY RM COMPANY, WPX ENERGY WILLISTON, LLC

**Legal:** , ...Quarter: NW Section: 35 Township: 148 Range: 93, Quarter: SW Section: 35 Township: 148 Range: 93, Quarter: SE Section: 35 Township: 148 Range: 93, Sixteenth: NW Quarter: NW Section: 35 Township: 148 Range: 93, Sixteenth: NE Quarter: NW Section: 35 Township: 148 Range: 93, ...

**Document Type: RELEASE**
**Document Date:** 05/29/2018

---

**Dunn County 3085531**

**Instrument #** 3085531    **Recording Date:** Wed May 02 14:59:00 CDT 2018    Preview Image    ☐ Purchase

**Grantor:** NOBLE, LARS

**Grantee:** PUBLIC, WPX ENERGY WILLISTON, LLC, BAKER, ROYCE, HOWLING WOLF, DWIGHT, HUBER, MICHAEL D, HUNTS ALONG, NATASHA, THREE AFFILATED TRIBES, GOODALL, SUSAN, HOWLING WOLF, HOLLY M, HUNTS ALONG, BASIL, ...

Return to Search Results

**You searched for:** exact search in GranteeID for 41 WIND LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

55 items found, displaying all items.**1**

| Description | Summary |
|---|---|

**McLean County 3409061**

| Instrument # 3409061 | Recording Date: Wed Feb 22 09:37:00 CST 2023 | Preview Image | Purchase |

**Grantor:** HAAG FAMILY TRUST, HAAG, GLYNN R. (CO-TRUSTEE), HAAG, DIANNE D. (CO-TRUSTEE)

**Grantee:** 41 WIND, LLC

**Legal:** , ...Quarter: NE Section: 06 Township: 143 Range: 80, Sixteenth: NE Quarter: NE Section: 06 Township: 143 Range: 80, Quarter: NE Section: 06 Township: 143 Range: 80, Sixteenth: NW Quarter: NE Section: 06 Township: 143 Range: 80, Quarter: NE Section: 06 Township: 143 Range: 80, ...

**Document Type: MEMORANDUM**
**Document Date:** 02/21/2023

---

**McLean County 3409229**

| Instrument # 3409229 | Recording Date: Fri Mar 24 09:43:00 CDT 2023 | Preview Image | Purchase |

**Grantor:** SAWICKI, NANCY R.

**Grantee:** 41 WIND, LLC

**Legal:** Quarter: NE Section: 03 Township: 143 Range: 80, Sixteenth: NE Quarter: NE Section: 03 Township: 143 Range: 80, Quarter: NE Section: 03 Township: 143 Range: 80, Sixteenth: NW Quarter: NE Section: 03 Township: 143 Range: 80

**Document Type: MEMORANDUM**
**Document Date:** 03/23/2023

---

**McLean County 3411096**

| Instrument # 3411096 | Recording Date: Tue Dec 05 14:40:00 CST 2023 | Preview Image | Purchase |

**Grantor:** HRUBY, MARLIN M., HRUBY, MARLIN (AKA), HRUBY, MARY J., HRUBY, MARY JANE (AKA), HRUBY, JEREMIAH H., HRUBY, JEREMY (AKA), HRUBY, TONI L.

**Grantee:** 41 WIND, LLC

**Legal:** , ...Quarter: NE Section: 24 Township: 143 Range: 80, Quarter: SW Section: 24 Township: 143 Range: 80, Sixteenth: NW Quarter: NE Section: 24 Township: 143 Range: 80, Sixteenth: NE Quarter: NE Section: 24 Township: 143 Range: 80, Sixteenth: SW Quarter: NE Section: 24 Township: 143 Range: 80, ...

**Document Type: MEMORANDUM**
**Document Date:** 12/04/2023

---

**McLean County 3411969**

| Instrument # 3411969 | Recording Date: Mon Apr 15 15:23:00 CDT 2024 | Preview Image | Purchase |

**Grantor:** DOEPKE, WES, DOEPKE, VIRGINIA

**Grantee:** 41 WIND, LLC

**Legal:** , ...Quarter: SW Section: 09 Township: 143 Range: 80, Quarter: SE Section: 09 Township: 143 Range: 80,

**Document Type: EASEMENT**
**Document Date:** 04/15/2024

Return to Search Results

**You searched for:** exact search in GranteeID for ALAMEDA ENERGY INC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

50 items found, displaying all items.**1**

Purchase Selected

| Description | Summary | | Select All / None |
|---|---|---|---|
| **Dunn County 3080730** | **Instrument #** 3080730 | **Recording Date:** Thu Jul 07 13:04:00 CDT 2016 | Preview Image ☐ Purchase |
| | **Grantor:** SLAWSON EXPLORATION COMPANY, INC. | **Grantee:** ALAMEDA ENERGY, INC., HRC ENERGY, LLC | |
| | **Legal:** , ...Quarter: SE Section: 24 Township: 145 Range: 93, Sixteenth: NE Quarter: SE Section: 24 Township: 145 Range: 93, Quarter: NW Section: 27 Township: 145 Range: 93, Quarter: NE Section: 27 Township: 145 Range: 93, Quarter: SW Section: 27 Township: 145 Range: 93, ... | **Document Type:** PARTIAL ASSIGNMENT O & G LEASE **Document Date:** 06/22/2016 | |
| **Dunn County 3080731** | **Instrument #** 3080731 | **Recording Date:** Thu Jul 07 13:04:00 CDT 2016 | Preview Image ☐ Purchase |
| | **Grantor:** SLAWSON EXPLORATION COMPANY, INC. | **Grantee:** SLAWSON EXPLORATION COMPANY, INC., SLAWSON, TODD TRUST, SLAWSON, ROBERT TODD TRUSTEE, CHASE, STUART F., AG ANDRIKOPOULOS RESOURCES INC., SHERINGHAM CORPORATION, CHASE, D SUMNER III 2001 IRREVOCABLE TRU, CHASE, D S III TRUSTEE, ALVAREZ, LUIS JR. TRUSTEE, MARCHAND, GORDON M TRUSTEE, ... | |
| | **Legal:** , ...Quarter: SE Section: 03 Township: 144 Range: 97, Sixteenth: NW Quarter: SE Section: 03 Township: 144 Range: 97, Sixteenth: SW Quarter: SE Section: 03 Township: 144 Range: 97, Quarter: NE Section: 09 Township: 144 Range: 97, Quarter: SE Section: 09 Township: 144 Range: 97, ... | **Document Type:** PARTIAL ASSIGNMENT O & G LEASE **Document Date:** 06/22/2016 | |
| **Burke County 260815** | **Instrument #** 260815 | **Recording Date:** Mon Dec 05 13:58:00 CST 2016 | Preview Image ☐ Purchase |
| | **Grantor:** HAT CREEK ENERGY LLC | **Grantee:** ALAMEDA ENERGY, INC. | |
| | **Legal:** Lot 3, Lot 3, ...Quarter: SW Section: 11 Township: 160 Range: 93, Sixteenth: SW Quarter: SW Section: 11 Township: 160 Range: 93, Sixteenth: SE Quarter: SW Section: 11 Township: 160 Range: 93, Quarter: NE Section: 14 Township: 160 Range: 93, Quarter: SW Section: 14 Township: 160 Range: 93, ... | **Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY **Document Date:** 09/09/2016 | |

Return to Search Results

**You searched for:** exact search in GranteeID for DAVID L HERBALY REVOCABLE TRUST and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

2 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **Golden Valley County 91041** | **Instrument #** 91041 | **Recording Date:** Mon Jun 14 00:00:00 CDT 2004 | Preview Image | ☐ Purchase |
| | **Grantor:** HERBALY DAVID | **Grantee:** DAVID L HERBALY REVOCABLE TRUST | | |
| | **Legal:** , ...Section: 10 Township: 144 Range: 103, Section: 12 Township: 144 Range: 103, Section: 14 Township: 144 Range: 103, Section: 18 Township: 144 Range: 103, Section: 22 Township: 144 Range: 103, ... | **Document Type: ASSIGNMENT OF OIL AND GAS LEASE(S)** **Document Date:** | | |
| **McLean County 3397103** | **Instrument #** 3397103 | **Recording Date:** Mon Feb 25 11:14:00 CST 2019 | Preview Image | ☐ Purchase |
| | **Grantor:** STATE OF NORTH DAKOTA, BOARD OF UNIVERSITY AND SCHOOL LANDS, COMMISSIONER OF UNIVERSITY AND SCHOOL LA | **Grantee:** DAVID L HERBALY REVOCABLE TRUST, HERBALY, DAVID L (TRUSTEE) | | |
| | **Legal:** Quarter: SW Section: 24 Township: 150 Range: 91, Sixteenth: NW Quarter: SW Section: 24 Township: 150 Range: 91, Sixteenth: NE Quarter: SW Section: 24 Township: 150 Range: 91, Sixteenth: SW Quarter: SW Section: 24 Township: 150 Range: 91, Sixteenth: SE Quarter: SW Section: 24 Township: 150 Range: 91 | **Document Type: OIL AND GAS LEASE** **Document Date:** 02/05/2019 | | |

2 items found, displaying all items.1

Purchase Selected

Return to Search Results

Return to Search Results

**You searched for:** exact search in GranteeID for DISCOVERY WIND LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

142 items found, displaying 1 to 100.[First/Prev] **1**, 2 [Next/Last]

| Description | Summary |
| --- | --- |

**McLean County 3405946**

**Instrument #** 3405946 **Recording Date:** Fri Jan 21 16:00:00 CST 2022  Preview Image ☐ Purchase

**Grantor:** SCHOCK, SUZAN LEE, SCHOCK, ALFRED

**Grantee:** DISCOVERY WIND, LLC, APEX CLEAN ENERGY FINANCE, LLC (MEMBER), APEX GBR, LLC (MEMBER), APEX CLEAN ENERGY HOLDINGS, LLC (MANGER), WOLANSKI, JEANINE G. (VP) (BY REF)

**Legal:** , ...Quarter: NW Section: 33 Township: 145 Range: 80, Quarter: SW Section: 33 Township: 145 Range: 80, Sixteenth: NW Quarter: NW Section: 33 Township: 145 Range: 80, Sixteenth: NE Quarter: NW Section: 33 Township: 145 Range: 80, Sixteenth: SW Quarter: NW Section: 33 Township: 145 Range: 80, ...

**Document Type: MEMORANDUM Document Date:** 12/28/2021

**McLean County 3406060**

**Instrument #** 3406060 **Recording Date:** Wed Feb 02 08:53:00 CST 2022  Preview Image ☐ Purchase

**Grantor:** ERNEST F. SAYLER REVOCABLE TRUST AGREEME, ERNEST F. SAYLER TRUST (AKA), SAYLER, ERNEST F. (TRUSTEE)

**Grantee:** DISCOVERY WIND, LLC

**Legal:** , ...Quarter: NE Section: 27 Township: 146 Range: 83, Sixteenth: NW Quarter: NE Section: 27 Township: 146 Range: 83, Sixteenth: SW Quarter: NE Section: 27 Township: 146 Range: 83, Quarter: NW Section: 27 Township: 146 Range: 83, Sixteenth: NW Quarter: NW Section: 27 Township: 146 Range: 83, ...

**Document Type: MEMORANDUM Document Date:** 01/18/2022

**McLean County 3406211**

**Instrument #** 3406211 **Recording Date:** Wed Feb 23 08:37:00 CST 2022  Preview Image ☐ Purchase

**Grantor:** ANDERSON, PAULETTE J., ANDERSON, PAULETTE (AKA)

**Grantee:** DISCOVERY WIND, LLC, APEX CLEAN ENERGY FINANCE, LLC (MEMBER), APEX GBR, LLC (MEMBER), APEX CLEAN ENERGY HOLDINGS, LLC (MANAGER

**Legal:** , ...Quarter: SW Section: 07 Township: 146 Range: 82, Sixteenth: NW Quarter: SW Section: 07 Township: 146 Range: 82, Sixteenth: NE Quarter: SW Section: 07 Township: 146 Range: 82, Sixteenth: SW Quarter: SW Section: 07 Township: 146 Range: 82, Sixteenth: SE Quarter: SW Section: 07 Township: 146 Range: 82, ...

**Document Type: MEMORANDUM Document Date:** 01/20/2022

Return to Search Results

**You searched for:** exact search in GranteeID for MIDWEST AGENERGY GROUP LLC and Search Results For=Adams County, Barnes County, Benson County, Billings County, BOTTINEAU COUNTY, and 45 more

8 items found, displaying all items.1

Purchase Selected

| Description | Summary | | | Select All / None |
|---|---|---|---|---|
| **McLean County 3408267** | **Instrument #** 3408267 | **Recording Date:** Tue Oct 18 08:38:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** REC LEASING, LLC | **Grantee:** MIDWEST AGENERGY GROUP, LLC | | |
| | **Legal:** , ...Quarter: NW Section: 08 Township: 145 Range: 82, Quarter: NE Section: 08 Township: 145 Range: 82, Quarter: SW Section: 08 Township: 145 Range: 82, Quarter: SE Section: 08 Township: 145 Range: 82, Sixteenth: NW Quarter: NW Section: 08 Township: 145 Range: 82, ... | **Document Type:** MEMORANDUM **Document Date:** 09/30/2022 | | |
| **McLean County 3408266** | **Instrument #** 3408266 | **Recording Date:** Tue Oct 18 08:38:00 CDT 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** RAINBOW ENERGY CENTER, LLC | **Grantee:** MIDWEST AGENERGY GROUP, LLC | | |
| | **Legal:** , ...Quarter: SW Section: 06 Township: 145 Range: 82, Quarter: SE Section: 06 Township: 145 Range: 82, Sixteenth: NW Quarter: SW Section: 06 Township: 145 Range: 82, Sixteenth: NE Quarter: SW Section: 06 Township: 145 Range: 82, Sixteenth: NW Quarter: SE Section: 06 Township: 145 Range: 82, ... | **Document Type:** MEMORANDUM **Document Date:** 09/15/2022 | | |
| **McLean County 3408537** | **Instrument #** 3408537 | **Recording Date:** Tue Nov 29 10:32:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** FALKIRK MINING COMPANY | **Grantee:** MIDWEST AGENERGY GROUP, LLC | | |
| | **Legal:** Quarter: NW Section: 18 Township: 145 Range: 82, Sixteenth: NW Quarter: NW Section: 18 Township: 145 Range: 82 | **Document Type:** MEMORANDUM **Document Date:** 11/28/2022 | | |
| **McLean County 3408538** | **Instrument #** 3408538 | **Recording Date:** Tue Nov 29 10:32:00 CST 2022 | Preview Image | ☐ Purchase |
| | **Grantor:** FALKIRK MINING COMPANY | **Grantee:** MIDWEST AGENERGY GROUP, LLC | | |
| | **Legal:** Quarter: SE Section: 07 Township: 145 Range: 82, Sixteenth: NW Quarter: SE Section: 07 Township: 145 Range: 82, Sixteenth: NE Quarter: SE Section: 07 Township: 145 Range: 82, Sixteenth: SW Quarter: SE Section: 07 Township: 145 | **Document Type:** MEMORANDUM **Document Date:** 11/28/2022 | | |

MCVV (/)                                          Account

***VERIFICATION DATE IS 8/13/2024*** Thanks for using the site and remember to "LOG OUT".

| Description | Summary |
|---|---|
| **McKenzie County** 540639 | **Instrument Number:** 540639 <br> **Recording Date:** 2022-10-10 02:44P <br><br> **Grantor:** <br> SECRETARY OF STATE OF DELAWARE <br> RIVERBEND OIL & GAS VI LLC <br> **Grantee:** <br> ALCAZAR ENERGY LLC <br><br> **Legal:** <br> View Legal <br><br> **Document Type:** CERTIFICATE OF AMENDMENT <br> **Document Date:** 09/01/2022 |
| **McKenzie County** 543378 | **Instrument Number:** 543378 <br> **Recording Date:** 2023-03-27 01:02P <br><br> **Grantor:** <br> WELLS FARGO BANK NA <br> **Grantee:** <br> ALCAZAR ENERGY LLC <br> RIVERBEND OIL & GAS VI LLC FKA <br> BURJ ENERGY LLC <br> RIVERBEND OIL & GAS VI-B LLC FKA <br> CAER ENERGY LLC <br> RIVERBEND OIL & GAS VIII LLC FKA <br> DONJON ENERGY LLC <br> SCORPION OIL & GAS LLC FKA <br> DW SLATE LLC <br> ESPLANADE ENERGY LLC <br> MONGOOSE OIL & GAS LLC FKA <br> FORT ENERGY LLC <br> BLACKBEND OIL & GAS LLC FKA <br> HAUSER ENERGY LLC <br> ROG WILLISTON LLC FKA <br><br> **Legal:** <br> View Legal <br><br> **Document Type:** PARTIAL RELEASE LIEN <br> **Document Date:** 02/13/2023 |
| **McKenzie County** 546481 | **Instrument Number:** 546481 <br> **Recording Date:** 2023-10-10 01:51P <br><br> **Grantor:** <br> WELLS FARGO BANK NA <br> **Grantee:** <br> ALCAZAR ENERGY LLC <br> BURJ ENERGY LLC <br> DONJON ENERGY LLC <br> DW SLATE LLC <br> FORT ENERGY LLC <br> HAUSER ENERGY LLC <br><br> **Legal:** <br> View Legal <br><br> **Document Type:** PARTIAL RELEASE LIEN <br> **Document Date:** 09/13/2023 |
| **McKenzie County** 549210 | **Instrument Number:** 549210 <br> **Recording Date:** 2024-04-12 01:31P <br><br> **Grantor:** <br> WELLS FARGO BANK NA <br> **Grantee:** <br> CAER ENERGY LLC <br> RIVERBEND OIL & GAS VIII LLC FKA <br> DONJON ENERGY LLC <br> SCORPION OIL & GAS LLC FKA <br> DW SLATE LLC <br> ESPLANADE ENERGY LLC <br> ALCAZAR ENERGY LLC <br> RIVERBEND OIL & GAS VI LLC FKA <br> BURJ ENERGY LLC <br> MONGOOSE OIL & GAS LLC FKA <br> FORT ENERGY LLC <br> BLACKBEND OIL & GAS LLC FKA |

| **McKenzie County** | **Instrument Number:** 459712 **Recording Date:** 2013-11-19 03:49P | Add To Cart |
|---|---|---|
| 459712 | | |

**Grantor:**

HARTMAN IRREVOC TRUST, NEALE & MARY

HARTMAN TRUSTEE, RONALD

**Grantee:**

ALS ENERGY RESOURCES LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 11/08/2013

| **McKenzie County** | **Instrument Number:** 470050 **Recording Date:** 2014-07-23 03:18P | Add To Cart |
|---|---|---|
| 470050 | | |

**Grantor:**

BLIKRE GST TRUST, CINDY L

BLIKRE TRUSTEE, CINDY L

**Grantee:**

ALS ENERGY RESOURCES LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

| **McKenzie County** | **Instrument Number:** 340403 **Recording Date:** 2001-09-11 01:10P | Add To Cart |
|---|---|---|
| 340403 | | |

**Grantor:**

ANDERSON ESTATE, BRUCE

ANDERSON IND EXECUTRIX, JACQUELINE

**Grantee:**

ANDERSON OIL LTD

ANDERSON OIL I CORPORATION

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF RECORD TITLE INTEREST

**Document Date:** 05/25/2001

| **McKenzie County** | **Instrument Number:** 341213 **Recording Date:** 2001-12-11 01:00P | Add To Cart |
|---|---|---|
| 341213 | | |

**Grantor:**

ANDERSON ESTATE, NEAL BRUCE

ANDERSON IND EXECUTRIX, JACQUELINE

ANDERSON, JACQUELINE

**Grantee:**

ANDERSON OIL LTD

**Legal:**

View Legal

| McKenzie County | **Instrument Number:** 347255 **Recording Date:** 2004-01-26 11:00A | Add To Cart |
|---|---|---|
| 347255 | | |

**Grantor:**

GRANVILLE, EARNEST B

**Grantee:**

ARAPAHOE RESOURCES LLC

**Legal:**

View Legal

**Document Type:** MINERAL DEED

**Document Date:** 01/01/2003

| McKenzie County | **Instrument Number:** 374684 **Recording Date:** 2008-01-09 03:45P | Add To Cart |
|---|---|---|
| 374684 | | |

**Grantor:**

MAP2004 OK

**Grantee:**

ARAPAHOE RESOURCES LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 10/31/2007

| **McKenzie County** | **Instrument Number:** 375341 **Recording Date:** 2008-01-29 11:17A | Add To Cart |
|---|---|---|

| McKenzie County 399369 | **Instrument Number:** 399369 **Recording Date:** 2010-03-17 01:58P | Add To Cart |
|---|---|---|
| | **Grantor:** | |
| | ERICKSON, DORIS H | |
| | ERICSON AKA, DORIS H | |
| | **Grantee:** | |
| | BLUE SKY PROPERTIES LLC | |
| | **Legal:** | |
| | View Legal | |
| | **Document Type:** OIL AND GAS LEASE | |
| | **Document Date:** 02/01/2010 | |
| McKenzie County 399370 | **Instrument Number:** 399370 **Recording Date:** 2010-03-17 01:58P | Add To Cart |
| | **Grantor:** | |
| | ERICKSON, KEITH | |
| | **Grantee:** | |
| | BLUE SKY PROPERTIES LLC | |
| | **Legal:** | |
| | View Legal | |
| | **Document Type:** RATIFICATION OF OIL & GAS LEASE | |
| | **Document Date:** 02/25/2010 | |

| McKenzie County | | |
|---|---|---|
| 332920 | **Instrument Number:** 332920 **Recording Date:** 1998-06-25 04:00P | Add To Cart |

**Grantor:**

AMOCO PIPELINE COMPANY

**Grantee:**

BOARD OF UNIVERSITY & SCHOOL LANDS

USA-USDA FOREST SERVICE

**Legal:**

View Legal

**Document Type:** CONSENT

**Document Date:** 03/26/1988

| McKenzie County | | |
|---|---|---|
| 332921 | **Instrument Number:** 332921 **Recording Date:** 1998-06-25 04:02P | Add To Cart |

**Grantor:**

BEAR PAW ENERGY INC

**Grantee:**

BOARD OF UNIVERSITY & SCHOOL LANDS

USA-USDA FOREST SERVICE

**Legal:**

View Legal

**Document Type:** CONSENT

**Document Date:** 05/13/1988

| McKenzie County | Instrument Number: 419598 Recording Date: 2011-06-29 02:55P | Add To Cart |
|---|---|---|
| 419598 | | |

**Grantor:**

SONDROL, NORMAN

**Grantee:**

BULL AND BEAR RESOURCES LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 06/25/2011

| McKenzie County | Instrument Number: 419599 Recording Date: 2011-06-29 02:55P | Add To Cart |
|---|---|---|
| 419599 | | |

**Grantor:**

WOLD, JUDY

**Grantee:**

BULL AND BEAR RESOURCES LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 06/25/2011

| McKenzie County | Instrument Number: 446983 Recording Date: 2013-02-07 02:38P | Add To Cart |
|---|---|---|

| **McKenzie County** | **Instrument Number:** 486501 **Recording Date:** 2015-11-02 03:43P | Add To Cart |
|---|---|---|
| 486501 | | |

**Grantor:**

COBRA LKE PROPERTIES LLC

**Grantee:**

COBRA OIL & GAS CORPORATION

**Legal:**

View Legal

**Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY

**Document Date:** 08/28/2015

| **McKenzie County** | **Instrument Number:** 493087 **Recording Date:** 2016-06-07 01:54P | Add To Cart |
|---|---|---|
| 493087 | | |

**Grantor:**

WHITING OIL & GAS CORPORATION

**Grantee:**

BASIN ACQUISITION FUND LP

BASIN CO INVESTMENT II LP

COBRA OIL & GAS CORPORATION

**Legal:**

View Legal

**Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY

**Document Date:** 05/25/2016

| McKenzie County | Instrument Number: 316970 Recording Date: 1993-06-07 09:00A | Add To Cart |
|---|---|---|

316970

**Grantor:**

CONOCO INC.

**Grantee:**

KADRMAS, B. J.

FAIMAN, BRADLEY J. ET UX

STENZEL, LEROY D. ET UX

KILPATRICK, JOHN T. ET UX

YOCKIM, RONALD S. ET UX

CODY OIL AND GAS CORP.

FLIGINGER, MARK ET UX

INLAND OIL AND GAS CORP.

**Legal:**

View Legal

**Document Type:** RELEASE

**Document Date:** 05/12/1993

| McKenzie County | Instrument Number: 328035 Recording Date: 1997-04-24 01:20P | Add To Cart |
|---|---|---|

328035

**Grantor:**

POWERS, KRISTIN MARIE

**Grantee:**

CODY OIL AND GAS CORPORATION

| McKenzie County | Instrument Number: 445733 Recording Date: 2013-01-15 02:43P | Add To Cart |
|---|---|---|
| 445733 | | |

**Grantor:**

SIERRA RESOURCES INC

**Grantee:**

DAVIS EXPLORATION LLC

**Legal:**

View Legal

**Document Type:** PARTIAL ASSIGNMENT OIL & GAS LEASES

**Document Date:** 12/19/2012

| McKenzie County | Instrument Number: 465071 Recording Date: 2014-04-08 02:59P | Add To Cart |
|---|---|---|
| 465071 | | |

**Grantor:**

BLUE STEEL OIL & GAS LLC

**Grantee:**

DAVIS EXPLORATION LLC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OIL & GAS LEASE

**Document Date:** 03/26/2014

| McKenzie County | Instrument Number: 471317 Recording Date: 2014-08-26 10:35A | Add To Cart |
|---|---|---|

**McKenzie County**
322976

**Instrument Number:** 322976 **Recording Date:** 1995-07-25 01:16P

Add To Cart

**Grantor:**

ANDERSON, BEULAH S. BY ATTNY IN FAC

**Grantee:**

DASINGER, KIRBY L.

KNAPP OIL CORPORATION

ELLIOTT OIL CORPORATION

**Legal:**

View Legal

**Document Type:** QUIT CLAIM DEED

**Document Date:** 07/20/1995

**McKenzie County**
335207

**Instrument Number:** 335207 **Recording Date:** 1999-08-04 01:40P

Add To Cart

**Grantor:**

HEUPEL, LISA HAYDEN

**Grantee:**

ELLIOTT OIL CORPORATION

KNAPP OIL CORPORATION

**Legal:**

View Legal

**Document Type:** MINERAL DEED

| | | |
|---|---|---|
| **McKenzie County**<br>542163 | **Instrument Number:** 542163 **Recording Date:** 2023-01-04 10:42A | Add To Cart |

**Grantor:**

CARSON, CARRIE L

CARSON AKA, CARRIE

**Grantee:**

ENERGY LEASE ACCOUNT LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 12/07/2022

| | | |
|---|---|---|
| **McKenzie County**<br>542164 | **Instrument Number:** 542164 **Recording Date:** 2023-01-04 10:42A | Add To Cart |

**Grantor:**

CARSON, GARY

CARSON, DIANE

**Grantee:**

ENERGY LEASE ACCOUNT LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 12/08/2022

| | | |
|---|---|---|
| **McKenzie County** 509860 | **Instrument Number:** 509860 **Recording Date:** 2018-08-13 03:54P | Add To Cart |

**Grantor:**

MCMAHON ENERGY PARTNERS LP

**Grantee:**

EQUINOR ENERGY LP

**Legal:**

View Legal

**Document Type:** OIL,GAS & MINERAL LEASE

**Document Date:** 07/14/2018

| | | |
|---|---|---|
| **McKenzie County** 509898 | **Instrument Number:** 509898 **Recording Date:** 2018-08-15 12:58P | Add To Cart |

**Grantor:**

WESTERN OPERATING COMPANY

**Grantee:**

EQUINOR ENERGY LP

**Legal:**

View Legal

**Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY

**Document Date:** 06/25/2018

| | | |
|---|---|---|
| **McKenzie County** | **Instrument Number:** 510095 **Recording Date:** 2018-08-24 01:12P | Add To Cart |

| **McKenzie County** | **Instrument Number:** 410245 **Recording Date:** 2010-11-18 02:45P | Add To Cart |
|---|---|---|
| 410245 | | |

**Grantor:**

BURLINGTON RESOURCES OIL & GAS COMP

**Grantee:**

CONTINENTAL RESOURCES INC

WHEATLAND OIL INC

ESTANCIA PETROLEUM CORPORATION

SLAWSON EXPLORATION COMPANY INC

GOLDEN, MIKE

SANDY RIVER ENERGY LLC

SUNDHEIM OIL CORPORATION

TWIN CITY TECHNICAL LLC

ELLIOTT OIL CORPORATION

MBI OIL & GAS LLC

MISSOURI RIVER ROYALTY CORP

NORTHERN ENERGY CORPORATION

ERICKSON, ORVILLE M

**Legal:**

View Legal

**Document Type:** MEMORANDUM OPER AGREEMENT

**Document Date:** 11/01/2008

| **McKenzie County** | **Instrument Number:** 414719 **Recording Date:** 2011-03-15 09:52A | Add To Cart |
|---|---|---|
| 414719 | | |

**Grantor:**

| **McKenzie County** | **Instrument Number:** 410111 **Recording Date:** 2010-11-15 03:57P | Add To Cart |
| 410111 | | |

**Grantor:**

GREAT NORTHERN ENERGY INC

**Grantee:**

MUREX PETROLEUM CORPORATION

PINE INVESTMENTS COMPANY LLC

GATEKEEPER ENERGY LLC

JAYHAWK INVESTMENTS LLC

BLACK RIVER ENERGY LLC

WEILER, MARK G

PALCZEWSKI, BO A

EVOLUTION ENERGY LLC

GOLDEN EDGE COMPANY LLC

**Legal:**

View Legal

**Document Type:** MINERAL DEED

**Document Date:** 11/10/2010

| **McKenzie County** | **Instrument Number:** 472481 **Recording Date:** 2014-09-29 02:16P | Add To Cart |
| 472481 | | |

**Grantor:**

GREAT NORTHERN ENERGY INC

**Grantee:**

EVOLUTION ENERGY LLC

| **McKenzie County**<br>427762 | **Instrument Number:** 427762 **Recording Date:** 2012-01-03 01:06P | Add To Cart |
|---|---|---|
| | **Grantor:**<br>WESTERN ENERGY CORPORATION | |
| | **Grantee:**<br>GEYERMAN SERVICES INC | |
| | **Legal:**<br>View Legal | |
| | **Document Type:** OIL AND GAS LEASE<br>**Document Date:** 06/01/2011 | |

| **McKenzie County**<br>540413 | **Instrument Number:** 540413 **Recording Date:** 2022-09-26 01:50P | |
|---|---|---|
| | **Grantor:**<br>GEYERMAN, LARRY<br>KING, BECCA<br>NELSON, MOLLY | |
| | **Grantee:**<br>GEYERMAN SERVICES INC | |
| | **Legal:**<br>View Legal | |
| | **Document Type:** OIL AND GAS LEASE<br>**Document Date:** 09/19/2022 | |

| **McKenzie County** | **Instrument Number:** 399848 **Recording Date:** 2010-03-26 12:39P | Add To Cart |
| 399848 | | |

**Grantor:**

LONE RIDER TRADING COMPANY

**Grantee:**

GOOD SHEPHERDS ROYALTY TRUST

STUBER TRUSTEE, DUSTIN J

YOUNG TRUSTEE, SUZANNE M

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OVERRIDING ROYALTY

**Document Date:** 03/24/2010

| **McKenzie County** | **Instrument Number:** 410807 **Recording Date:** 2010-12-02 12:11P | Add To Cart |
| 410807 | | |

**Grantor:**

NORTHLAND ROYALTY CORPORATION

**Grantee:**

PITCHBLACK OIL LLC

GOOD SHEPHERDS ROYALTY TRUST

STUBER TRUSTEE, DUSTIN J

YOUNG TRUSTEE, SUZANNE M

**Legal:**

View Legal

| McKenzie County | **Instrument Number:** 545098 **Recording Date:** 2023-07-06 02:51P | Add To Cart |
|---|---|---|
| 545098 | | |

**Grantor:**

OVINTIV USA INC

**Grantee:**

GRAYSON MILL BAKKEN LLC

GRAYSON MILL BAKKEN NOMINEE CORP

GRAYSON MILL ROYALTY HOLDINGS III L

GLACIER PEAK MARKETING LLC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY

**Document Date:** 06/09/2023

| McKenzie County | **Instrument Number:** 546070 **Recording Date:** 2023-09-13 10:50A | Add To Cart |
|---|---|---|
| 546070 | | |

**Grantor:**

GRAYSON MILL WILLISTON LLC

GRAYSON MILL ROYALTY HOLDINGS II LL

**Grantee:**

GRAYSON MILL BAKKEN LLC

GRAYSON MILL ROYALTY HOLDINGS III L

**Legal:**

View Legal

| **McKenzie County** | **Instrument Number:** 426824 **Recording Date:** 2011-12-08 12:05P | Add To Cart |
|---|---|---|
| 426824 | | |

**Grantor:**

BLACK BEAR RESOURCES LLLP

**Grantee:**

BULL & BEAR RESOURCES LLC

GREAT WEST LAND SERVICES INC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OVERRIDING ROYALTY

**Document Date:** 12/06/2011

| **McKenzie County** | **Instrument Number:** 545719 **Recording Date:** 2023-08-22 02:08P | Add To Cart |
|---|---|---|
| 545719 | | |

**Grantor:**

HELLING, BRUCE

**Grantee:**

GREAT WEST LAND SERVICES INC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 06/26/2023

**McKenzie County**

324927

**Instrument Number:** 324927 **Recording Date:** 1996-05-21 01:24P

**Grantor:**

ECKERT, FRED & CLARA FOUNDATION FOR

**Grantee:**

GULF OIL CORPORATION

**Legal:**

View Legal

**Document Type:** RATIFICATION

**Document Date:** 04/29/1996

| McKenzie County | Instrument Number: 542128 Recording Date: 2023-01-03 11:52A | Add To Cart |
|---|---|---|
| 542128 | | |

**Grantor:**

FIRST INTERNATIONAL BANK & TRUST

LEWIS & CLARK CERTIFIED DEVELOPMENT

RFA ENTERPRISES LLC

HANSEN DIESEL & AUTOMOTIVE LLC

**Grantee:**

FIRST INTERNATIONAL BANK & TRUST

LEWIS & CLARK CERTIFIED DEVELOPMENT

RFA ENTERPRISES LLC

HANSEN DIESEL & AUTOMOTIVE LLC

**Legal:**

View Legal

**Document Type:** LENDER AGREEMENT

**Document Date:** 12/30/2022

| McKenzie County | Instrument Number: 550447 Recording Date: 2024-07-01 03:11P | |
|---|---|---|
| 550447 | | |

**Grantor:**

U S SMALL BUSINESS ADMINISTRATION

FIRST INTERNATIONAL BANK & TRUST

RFA ENTERPRISES LLC

HANSEN DIESEL & AUTOMOTIVE LLC

HANSEN, RYAN

HANSEN, ASHLEY

**McKenzie County**

524277

**Instrument Number:** 524277 **Recording Date:** 2020-05-06 01:35P

**Grantor:**

RAMSAY, ROBIN S E

**Grantee:**

HESS BAKKEN INVESTMEHTS II LLC

**Legal:**

View Legal

**Document Type:** MEMORANDUM OF OIL AND GAS LEASE

**Document Date:** 03/27/2020

| **McKenzie County**<br>538630 | **Instrument Number:** 538630 **Recording Date:** 2022-06-15 04:16P | Add To Cart |
|---|---|---|
| | **Grantor:**<br>PJ NORTH DAKOTA LLC | |
| | **Grantee:**<br>HORIZON RESOURCES III WILLISTON LLC | |
| | **Legal:**<br>View Legal | |
| | **Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY<br>**Document Date:** 05/09/2022 | |
| **McKenzie County**<br>550587 | **Instrument Number:** 550587 **Recording Date:** 2024-07-09 11:14A | |
| | **Grantor:**<br>PETRO HUNT DAKOTA LLC<br>HORIZON RESOURCES III WILLISTON LLC | |
| | **Grantee:**<br>PETRO HUNT DAKOTA LLC<br>HORIZON RESOURCES III WILLISTON LLC | |
| | **Legal:**<br>View Legal | |
| | **Document Type:** STIPULATION AND CROSS CONVEYANCE<br>**Document Date:** 07/02/2024 | |

**McKenzie County**

517978

**Instrument Number:** 517978 **Recording Date:** 2019-08-02 01:41P

Add To Cart

**Grantor:**

SMITH ESTATE, EMOGENE B

PEDERSEN PR, MELODIE SEIDL

SEIDL PR AKA, MELODIE

**Grantee:**

HOUCK ENERGY RESOURCES LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 06/06/2019

**McKenzie County**

517979

**Instrument Number:** 517979 **Recording Date:** 2019-08-02 01:41P

Add To Cart

**Grantor:**

PEDERSEN, MELODIE SEIDL

**Grantee:**

HOUCK ENERGY RESOURCES LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 06/06/2019

| McKenzie County | **Instrument Number:** 396039 **Recording Date:** 2010-01-06 11:40A | Add To Cart |
|---|---|---|
| 396039 | | |

**Grantor:**

STATE OF NORTH DAKOTA

**Grantee:**

IRISH OIL & GAS INC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 11/03/2009

| McKenzie County | **Instrument Number:** 396040 **Recording Date:** 2010-01-06 11:40A | Add To Cart |
|---|---|---|
| 396040 | | |

**Grantor:**

STATE OF NORTH DAKOTA

**Grantee:**

IRISH OIL & GAS INC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 11/03/2009

| McKenzie County | **Instrument Number:** 396041 **Recording Date:** 2010-01-06 11:40A | Add To Cart |
|---|---|---|

**McKenzie County**

465561

**Instrument Number:** 465561 **Recording Date:** 2014-04-22 09:37A

**Grantor:**

IRISH OIL & GAS INC

**Grantee:**

J P FURLONG CO

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OIL & GAS LEASE

**Document Date:** 04/16/2014

**McKenzie County**

523452

**Instrument Number:** 523452 **Recording Date:** 2020-03-16 11:30A

**Grantor:**

MCKENZIE COUNTY

**Grantee:**

JAMIESON NATURAL RESOURCES FUND

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 01/07/2020

| **McKenzie County** | **Instrument Number:** 511869 **Recording Date:** 2018-11-26 09:59A | Add To Cart |
|---|---|---|
| 511869 | | |

**Grantor:**

OVERLAND ENERGY PARTNERS FUND I LLC

**Grantee:**

PLAINS PRODUCTION INC

JC PETROLEUM INC

ADKINS JR, WARD N

PRIME ROYALTY COMPANY LLC

ZEUS PETROLEUM INC

KRENGER OIL & GAS LLC

SLOVER MINERALS LP

**Legal:**

View Legal

**Document Type:** MINERAL & ROYALTY DEED

**Document Date:** 10/11/2018

| **McKenzie County** | **Instrument Number:** 515251 **Recording Date:** 2019-04-22 09:40A | Add To Cart |
|---|---|---|
| 515251 | | |

**Grantor:**

REI BAKKEN PARTNERS

**Grantee:**

JC PETROLEUM INC

ADKINS JR, WARD N

WESTSTAR OIL & GAS INC

| McKenzie County | Instrument Number: 344203 Recording Date: 2003-02-06 02:09P | Add To Cart |
|---|---|---|
| 344203 | | |

**Grantor:**

KIRKWOOD, WILLIAM C

**Grantee:**

KIRKWOOD OIL & GAS LLC

**Legal:**

View Legal

**Document Type:** BILL OF SALE & ASSIGN

**Document Date:** 02/04/2003

| McKenzie County | Instrument Number: 344260 Recording Date: 2003-02-18 02:10P | Add To Cart |
|---|---|---|
| 344260 | | |

**Grantor:**

KIRKWOOD, WILLIAM C

**Grantee:**

KIRKWOOD OIL & GAS LLC

**Legal:**

View Legal

**Document Type:** BILL OF SALE & ASSIGN

**Document Date:** 01/13/2003

| McKenzie County | Instrument Number: 344456 Recording Date: 2003-03-11 01:22P | Add To Cart |
|---|---|---|

| McKenzie County | Instrument Number: 415644 Recording Date: 2011-04-04 02:29P | Add To Cart |
|---|---|---|
| 415644 | | |

**Grantor:**

JEPPI BY PASS TRUST, FRANK

JEPPI TRUSTEE, FRANK

DEWAR TRUSTEE, ROSINA

GOODE TRUSTEE, NYDIA

**Grantee:**

LYNX OIL COMPANY

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 03/01/2011

| McKenzie County | Instrument Number: 431808 Recording Date: 2012-04-03 02:42P | Add To Cart |
|---|---|---|
| 431808 | | |

**Grantor:**

SMITH, HARRIET J

**Grantee:**

LYNX OIL COMPANY

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**McKenzie County**

519074

**Instrument Number:** 519074 **Recording Date:** 2019-09-03 11:24A

**Grantor:**

UNITED STATES OF AMERICA

**Grantee:**

MAGNUM PRODUCING LP

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 08/01/2019

| McKenzie County | **Instrument Number:** 529864 **Recording Date:** 2021-03-02 08:59A | Add To Cart |
| --- | --- | --- |
| 529864 | | |

**Grantor:**

SCHMID, EDWARD J

**Grantee:**

MAROON BELLS PARTNERS LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 01/12/2021

| McKenzie County | **Instrument Number:** 529865 **Recording Date:** 2021-03-02 08:59A | Add To Cart |
| --- | --- | --- |
| 529865 | | |

**Grantor:**

SCHMID, HELEN A

**Grantee:**

MAROON BELLS PARTNERS LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 01/12/2021

| McKenzie County | **Instrument Number:** 530037 **Recording Date:** 2021-03-11 08:21A | Add To Cart |
| --- | --- | --- |

| McKenzie County | Instrument Number: 351868 Recording Date: 2004-10-28 04:22P | Add To Cart |
|---|---|---|
| 351868 | | |

**Grantor:**

RED CROWN ROYALTIES LLC

**Grantee:**

THE MILLENNIUM CORPORATION

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 04/01/2004

| McKenzie County | Instrument Number: 351869 Recording Date: 2004-10-28 04:24P | Add To Cart |
|---|---|---|
| 351869 | | |

**Grantor:**

RED CROWN ROYALTIES LLC

**Grantee:**

THE MILLENNIUM CORPORATION

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 04/01/2004

| McKenzie County | Instrument Number: 351870 Recording Date: 2004-10-28 04:27P | Add To Cart |
|---|---|---|

| McKenzie County | Instrument Number: 415211 Recording Date: 2011-03-28 10:44A | Add To Cart |
|---|---|---|
| 415211 | | |

**Grantor:**

GREAT NORTHERN ENERGY INC

**Grantee:**

GREAT NORTHERN ENERGY INC

RILEY RESOURCES INC

C KING OIL INC

RAYMOND RESOURCES INC

MWILEY RESOURCES INC

POLISH OIL & GAS INC

GOLDEN EDGE COMPANY LLC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OIL & GAS LEASE

**Document Date:** 03/23/2011

| McKenzie County | Instrument Number: 415267 Recording Date: 2011-03-28 02:23P | Add To Cart |
|---|---|---|
| 415267 | | |

**Grantor:**

WEILER, MARK G

**Grantee:**

MWILEY RESOURCES INC

**Legal:**

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 364876 | **Instrument Number:** 364876 **Recording Date:** 2006-07-21 02:48P<br><br>**Grantor:**<br>TRIO OPERATING COMPANY INC<br><br>**Grantee:**<br>NEWFIELD PRODUCTION COMPANY<br><br>**Legal:**<br>View Legal<br><br>**Document Type:** ASSIGNMENT OF OIL & GAS LEASE<br>**Document Date:** 06/08/2006 | Add To Cart | Preview |
| **McKenzie County** 369103 | **Instrument Number:** 369103 **Recording Date:** 2007-04-09 04:24P<br><br>**Grantor:**<br>CONTEX ENERGY COMPANY<br><br>**Grantee:**<br>NEWFIELD PRODUCTION COMPANY<br><br>**Legal:**<br>View Legal<br><br>**Document Type:** ASSIGNMENT OF OIL & GAS LEASE<br>**Document Date:** 12/06/2006 | Add To Cart | Preview |

| Description | Summary | | Add To Cart | Downloa |
|---|---|---|---|---|
| **McKenzie County** 417850 | **Instrument Number:** 417850 **Recording Date:** 2011-05-23 03:28P | | Add To Cart | Preview |
| | **Grantor:** GRAVES, JOHN PETER GRAVES, AKA J PETER | | | |
| | **Grantee:** NORTH DAKOTA MINERALS LLC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** MINERAL DEED **Document Date:** 03/04/2011 | | | |
| **McKenzie County** 430634 | **Instrument Number:** 430634 **Recording Date:** 2012-03-13 12:26P | | Add To Cart | Preview |
| | **Grantor:** ERICKSON, GERALD R | | | |
| | **Grantee:** NORTH DAKOTA MINERALS LLC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** MINERAL DEED | | | |

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

469937

**Instrument Number:** 469937 **Recording Date:** 2014-07-22 03:53P

**Grantor:**

XTO ENERGY INC

EXXON MOBIL CORPORATION

**Grantee:**

NORTH RANGE RESOURCES LLC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT & BILL OF SALE

**Document Date:** 06/24/2014

Add To Cart

Preview

**McKenzie County**

474291

**Instrument Number:** 474291 **Recording Date:** 2014-11-05 11:33A

**Grantor:**

CONTINENTAL RESOURCES INC

**Grantee:**

NORTH RANGE RESOURCES LLC

| Description | Summary | | Add To Cart | Downloa |
|---|---|---|---|---|
| **McKenzie County** 380429 | **Instrument Number:** 380429 **Recording Date:** 2008-07-25 02:22P | | Add To Cart | Preview |
| | **Grantor:** MISSOURI RIVER ROYLATY CORPORATION | | | |
| | **Grantee:** NORTHERN OIL AND GAS INC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** OIL AND GAS LEASE **Document Date:** 06/19/2008 | | | |
| **McKenzie County** 403753 | **Instrument Number:** 403753 **Recording Date:** 2010-06-23 08:37A | | Add To Cart | Preview |
| | **Grantor:** JAG OIL LP | | | |
| | **Grantee:** NORTHERN OIL AND GAS INC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 06/15/2010 | | | |

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

488684

**Instrument Number:** 488684 **Recording Date:** 2016-01-08 12:28P

**Grantor:**

WHITING OIL & GAS CORPORATION

WHITING RESOURCES CORPORATION

**Grantee:**

NP RESOURCES LLC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY

**Document Date:** 12/15/2015

Add To Cart

Preview

**McKenzie County**

500431

**Instrument Number:** 500431 **Recording Date:** 2017-05-01 02:02P

**Grantor:**

WHITE BUTTE MLS FUND I LLC

**Grantee:**

NP RESOURCES LLC

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 523547 | **Instrument Number:** 523547 **Recording Date:** 2020-03-19 09:22A<br><br>**Grantor:**<br>KUMMER, RAYMOND BROOKS<br>KUMMER, CAROL E<br><br>**Grantee:**<br>OVINTIV PRODUCTION INC<br><br>**Legal:**<br>View Legal<br><br>**Document Type:** MEMORANDUM OF SURFACE USE AGR ETC<br>**Document Date:** 03/03/2020 | Add To Cart | Preview |
| **McKenzie County** 524066 | **Instrument Number:** 524066 **Recording Date:** 2020-04-23 03:29P<br><br>**Grantor:**<br>LYNCH, BRADLEY J<br><br>**Grantee:**<br>OVINTIV PRODUCTION INC<br><br>**Legal:**<br>View Legal<br><br>**Document Type:** MEMORANDUM OF OIL AND GAS LEASE | Add To Cart | Preview |

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 533113 | **Instrument Number:** 533113 **Recording Date:** 2021-08-18 11:41A | Add To Cart | Preview |

**Grantor:**

JOHNSON BY AIF, DENNIS L

SAMUELSON AIF, BARBARA L

SAMUELSON AIF AKA, BARBARA

**Grantee:**

OVINTIV USA INC

**Legal:**

View Legal

**Document Type:** MEMORANDUM OF SURFACE USE AGR ETC

**Document Date:** 07/19/2021

| **McKenzie County** 533399 | **Instrument Number:** 533399 **Recording Date:** 2021-09-02 01:40P | Add To Cart | Preview |
|---|---|---|---|

**Grantor:**

ANDERSON, RONALD A

ANDERSON, MYRA J

**Grantee:**

OVINTIV USA INC

**Legal:**

View Legal

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

526134

**Instrument Number:** 526134 **Recording Date:** 2020-08-11 03:26P

**Grantor:**

SEWELL, JENNIFER A

**Grantee:**

PEREGRINE PETROLEUM PATNERS LTD

**Legal:**

View Legal

**Document Type:** MEMORANDUM OF OIL AND GAS LEASE

**Document Date:** 02/04/2020

Add To Cart

Preview

**McKenzie County**

526135

**Instrument Number:** 526135 **Recording Date:** 2020-08-11 03:26P

**Grantor:**

TOUHEY, CAROL

BURNS NKA, CAROL

**Grantee:**

PEREGRINE PETROLEUM PATNERS LTD

| Description | Summary | | Add To Cart | Downloa |
|---|---|---|---|---|
| **McKenzie County** 451572 | **Instrument Number:** 451572 **Recording Date:** 2013-05-23 10:23A | | Add To Cart | Preview |
| | **Grantor:** MJ OIL LLC | | | |
| | **Grantee:** PETROSHALE US INC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 05/20/2013 | | | |
| **McKenzie County** 466643 | **Instrument Number:** 466643 **Recording Date:** 2014-05-14 10:33A | | Add To Cart | Preview |
| | **Grantor:** WIND RIVER RESOURCES INC | | | |
| | **Grantee:** PETROSHALE US INC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/22/2014 | | | |

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 416142 | **Instrument Number:** 416142 **Recording Date:** 2011-04-18 12:49P | Add To Cart | Preview |
| | **Grantor:** RITTER, STEVEN C | | |
| | **Grantee:** PILOT ENERGY GROUP LLC | | |
| | **Legal:** View Legal | | |
| | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/15/2011 | | |
| **McKenzie County** 416143 | **Instrument Number:** 416143 **Recording Date:** 2011-04-18 12:49P | Add To Cart | Preview |
| | **Grantor:** RITTER, STEVEN C | | |
| | **Grantee:** PILOT ENERGY GROUP LLC | | |
| | **Legal:** View Legal | | |
| | **Document Type:** OIL AND GAS LEASE **Document Date:** 04/15/2011 | | |

| Description | Summary | | Add To Cart | Downloa |
|---|---|---|---|---|
| **McKenzie County** 495550 | **Instrument Number:** 495550 **Recording Date:** 2016-09-14 09:18A | | Add To Cart | Preview |
| | **Grantor:** DEEP ROCK RESOURCES LLC | | | |
| | **Grantee:** RAISA II LLC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY **Document Date:** 08/23/2016 | | | |
| **McKenzie County** 495551 | **Instrument Number:** 495551 **Recording Date:** 2016-09-14 09:18A | | Add To Cart | Preview |
| | **Grantor:** NORRA RESOURCES LLC | | | |
| | **Grantee:** RAISA II LLC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY **Document Date:** 08/23/2016 | | | |

MCVV (/)

Account

***VERIFICATION DATE IS 8/13/2024*** Thanks for using the site and remember to "LOG OUT".

1

| Description | Summary |
|---|---|
| **McKenzie County** 514387 | **Instrument Number:** 514387<br>**Recording Date:** 2019-03-14 02:51P<br><br>**Grantor:**<br>DEHN REVOC LIVING TRUST, DOUGLAS J<br>DEHN TRUSTEE, DOUGLAS J<br>**Grantee:**<br>RAYNE RESOURCES LLC<br><br>**Legal:**<br>  View Legal<br><br>**Document Type:** OIL AND GAS LEASE<br>**Document Date:** 02/25/2019 |
| **McKenzie County** 520792 | **Instrument Number:** 520792<br>**Recording Date:** 2019-11-13 02:52P<br><br>**Grantor:**<br>PRINGLE FAMILY MINERAL TRUST<br>HIRST TRUSTEE, JANE F<br>**Grantee:**<br>RAYNE RESOURCES LLC<br><br>**Legal:**<br>  View Legal<br><br>**Document Type:** OIL AND GAS LEASE<br>**Document Date:** 10/17/2019 |

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

472936

**Instrument Number:** 472936 **Recording Date:** 2014-10-06 10:13A

**Grantor:**

SUNDANCE OIL & GAS LLC

**Grantee:**

O BRIEN RESOURCES LLC

PAGE PETROLEUM LLC

ROCK CREEK RESOURCES LLC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OIL & GAS LEASE

**Document Date:** 09/29/2014

Add To Cart

Preview

**McKenzie County**

472937

**Instrument Number:** 472937 **Recording Date:** 2014-10-06 10:13A

**Grantor:**

SUNDANCE OIL & GAS LLC

**Grantee:**

ROCK CREEK RESOURCES LLC

| Description | Summary | | Downloa |
|---|---|---|---|
| **McKenzie County** 548818 | **Instrument Number:** 548818 **Recording Date:** 2024-03-18 11:55A | Add To Cart | Preview |
| | **Grantor:** NORTHERN OIL & GAS INC MONKOTA PETROLEUM CORPORATION SLAWSON ENERGY LLC **Grantee:** ROCKPORT OIL & GAS IV LLC **Legal:** View Legal **Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY **Document Date:** 01/19/2024 | | |
| **McKenzie County** 548819 | **Instrument Number:** 548819 **Recording Date:** 2024-03-18 11:55A | Add To Cart | Preview |
| | **Grantor:** ROCKPORT OIL & GAS IV LLC NORTHERN OIL & GAS INC SLAWSON ENERGY LLC MONKOTA PETROLEUM CORPORATION **Grantee:** ROCKPORT OIL & GAS IV LLC NORTHERN OIL & GAS INC | | |

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

502272

**Instrument Number:** 502272 **Recording Date:** 2017-08-03 10:15A

**Grantor:**

WILLIAMS, LESTER R

WILLIAMS, BARBARA E

**Grantee:**

ROCKY MOUNTAIN HYDROCARBON LLC

**Legal:**

View Legal

**Document Type:** MEMORANDUM OF OIL AND GAS LEASE

**Document Date:** 06/30/2017

Add To Cart

Preview

**McKenzie County**

502591

**Instrument Number:** 502591 **Recording Date:** 2017-08-18 09:41A

**Grantor:**

WILLIAMS, FRANCIS R

**Grantee:**

ROCKY MOUNTAIN HYDROCARBON LLC

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

370533

**Instrument Number:** 370533 **Recording Date:** 2007-06-21 04:13P

**Grantor:**

LAWRENCE, MARY

**Grantee:**

SANDY RIVER ENERGY LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 07/05/2007

Add To Cart

Preview

**McKenzie County**

370721

**Instrument Number:** 370721 **Recording Date:** 2007-07-03 11:21A

**Grantor:**

LAWRENCE, VICTOR

**Grantee:**

SANDY RIVER ENERGY LLC

**Legal:**

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

512717

**Instrument Number:** 512717 **Recording Date:** 2019-01-08 01:13P

**Grantor:**

OLEN, AMANDA

**Grantee:**

SLAWSON ENERGY LLC

**Legal:**

View Legal

**Document Type:** OIL AND GAS LEASE

**Document Date:** 11/02/2018

Add To Cart

Preview

**McKenzie County**

512718

**Instrument Number:** 512718 **Recording Date:** 2019-01-08 01:13P

**Grantor:**

OLEN, SARA SALMON

**Grantee:**

SLAWSON ENERGY LLC

**Legal:**

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 290074 | **Instrument Number:** 290074 **Recording Date:** 1988-03-18 01:16P | Add To Cart | Preview |
| | **Grantor:** SLAWSON, DONALD C | | |
| | **Grantee:** SLAWSON EXPLORATION COMPANY INC REMSBERG, JAMES C BROOKOVER ENTERPRISES | | |
| | **Legal:** View Legal | | |
| | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 12/29/1987 | | |
| **McKenzie County** 302903 | **Instrument Number:** 302903 **Recording Date:** 1990-03-05 10:34A | Add To Cart | Preview |
| | **Grantor:** MOBIL EXPL & PROD NORTH AMERICA INC | | |
| | **Grantee:** SLAWSON EXPLORATION COMPANY INC | | |
| | **Legal:** View Legal | | |

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

462622

**Instrument Number:** 462622 **Recording Date:** 2014-02-07 03:24P

**Grantor:**

HUNT OIL COMPANY

**Grantee:**

SOLOCORP

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OIL & GAS LEASE

**Document Date:** 01/31/2014

Add To Cart

Preview

**McKenzie County**

481801

**Instrument Number:** 481801 **Recording Date:** 2015-06-09 11:18A

**Grantor:**

STATE OF NORTH DAKOTA

**Grantee:**

AVERY ALKANE LLC

LARCO RESOURCES LLC

MISSOURI RIVER ROYALTY CORPORATION

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 389504 | **Instrument Number:** 389504 **Recording Date:** 2009-06-05 12:42P<br><br>**Grantor:**<br>TURMOIL INC<br><br>**Grantee:**<br>STEVEN H HARRIS FAMILY LP<br><br>**Legal:**<br>View Legal<br><br>**Document Type:** OIL AND GAS LEASE<br>**Document Date:** 05/28/2009 | Add To Cart | Preview |
| **McKenzie County** 400267 | **Instrument Number:** 400267 **Recording Date:** 2010-04-05 08:53A<br><br>**Grantor:**<br>TURMOIL INC<br><br>**Grantee:**<br>STEVEN H HARRIS FAMILY LP<br><br>**Legal:**<br>View Legal<br><br>**Document Type:** OIL AND GAS LEASE<br>**Document Date:** 03/30/2010 | Add To Cart | Preview |

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 443406 | **Instrument Number:** 443406 **Recording Date:** 2012-11-28 03:52P<br><br>**Grantor:**<br>BALDWIN, WILLIAM C<br><br>**Grantee:**<br>SUNDANCE OIL AND GAS LLC<br><br>**Legal:**<br>View Legal<br><br>**Document Type:** MINERAL DEED<br>**Document Date:** 10/09/2012 | Add To Cart | Preview |
| **McKenzie County** 443407 | **Instrument Number:** 443407 **Recording Date:** 2012-11-28 03:52P<br><br>**Grantor:**<br>DURHAM, ELIZABETH KAY<br>DURHAM AKA, ELIZABETH K<br><br>**Grantee:**<br>SUNDANCE OIL AND GAS LLC<br><br>**Legal:**<br>View Legal<br><br>**Document Type:** OIL AND GAS LEASE | Add To Cart | Preview |

DescriptionSummaryAdd To CartDownload Preview

**McKenzie County**

341565

**Instrument Number:** 341565 **Recording Date:** 2002-01-24 02:00P

**Grantor:**

TRUE OIL COMPANY

**Grantee:**

TRUE OIL LLC

**Legal:**

View Legal

**Document Type:** BILL OF SALE & ASSIGN

**Document Date:** 01/01/2002

Add To Cart

Preview

**McKenzie County**

341935

**Instrument Number:** 341935 **Recording Date:** 2002-03-22 01:10P

**Grantor:**

BIG WEST OIL & GAS INC

**Grantee:**

TRUE OIL LLC

**Legal:**

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 368805 | **Instrument Number:** 368805 **Recording Date:** 2007-03-21 01:34P | Add To Cart | Preview |
| | **Grantor:** NORTHERN ENERGY CORPORATION | | |
| | **Grantee:** TWIN CITY TECHNICAL LLC WHC EXPLORATION LLC NORTHERN ENERGY CORPORATION | | |
| | **Legal:** View Legal | | |
| | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 03/15/2007 | | |
| **McKenzie County** 371749 | **Instrument Number:** 371749 **Recording Date:** 2007-08-21 02:14P | Add To Cart | Preview |
| | **Grantor:** NORTHERN ENERGY CORPORATION | | |
| | **Grantee:** TWIN CITY TECHNICAL LLC WHS EXPLORATION LLC NORTHERN ENERGY CORPORATION | | |
| | **Legal:** | | |

| Description | Summary | | Add To Cart | Downloa |
|---|---|---|---|---|
| **McKenzie County** 427997 | **Instrument Number:** 427997 **Recording Date:** 2012-01-06 03:31P | | Add To Cart | Preview |
| | **Grantor:** MJ OIL LLC | | | |
| | **Grantee:** SLAWSON EXPLORATION COMPANY VIKING ENERGY LLC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 07/05/2011 | | | |
| **McKenzie County** 499735 | **Instrument Number:** 499735 **Recording Date:** 2017-03-30 12:01P | | Add To Cart | Preview |
| | **Grantor:** POWELL, MYRNA SUE | | | |
| | **Grantee:** VIKING ENERGY LLC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** WELLBORE ASSIGNMENT | | | |

| Description | Summary | | Add To Cart | Downloa |
|---|---|---|---|---|
| **McKenzie County** 543185 | **Instrument Number:** 543185 **Recording Date:** 2023-03-20 03:12P | | Add To Cart | Preview |
| | **Grantor:** | | | |
| | MILNER, RICHARD RAYMOND | | | |
| | **Grantee:** | | | |
| | VITESSE ENERGY INC | | | |
| | **Legal:** | | | |
| | View Legal | | | |
| | **Document Type:** OIL AND GAS LEASE | | | |
| | **Document Date:** 03/10/2023 | | | |
| **McKenzie County** 543186 | **Instrument Number:** 543186 **Recording Date:** 2023-03-20 03:12P | | Add To Cart | Preview |
| | **Grantor:** | | | |
| | MILNER MINERAL TRUST, ROBERT | | | |
| | MILNER TRUSTEE, ROBERT WILLIAM | | | |
| | **Grantee:** | | | |
| | VITESSE ENERGY INC | | | |
| | **Legal:** | | | |
| | View Legal | | | |
| | **Document Type:** OIL AND GAS LEASE | | | |

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 516263 | **Instrument Number:** 516263 **Recording Date:** 2019-06-03 03:24P | Add To Cart | Preview |
| | **Grantor:** AP ASSETS LLC | | |
| | **Grantee:** W ENERGY OPERATING LLC | | |
| | **Legal:** View Legal | | |
| | **Document Type:** ASSIGNMENT & BILL OF SALE **Document Date:** 05/28/2019 | | |
| **McKenzie County** 516612 | **Instrument Number:** 516612 **Recording Date:** 2019-06-14 12:25P | Add To Cart | Preview |
| | **Grantor:** W ENERGY PARTNERS II LLC | | |
| | **Grantee:** W ENERGY OPERATING LLC | | |
| | **Legal:** View Legal | | |
| | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 06/04/2019 | | |

| Description | Summary | | Add To Cart | Downloa |
|---|---|---|---|---|
| **McKenzie County** 530036 | **Instrument Number:** 530036 **Recording Date:** 2021-03-11 08:21A | | Add To Cart | Preview |
| | **Grantor:** BAKKEN INVESTMENTS LLC | | | |
| | **Grantee:** WAVELAND BAKKEN HOLDINGS II LLC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** OIL AND GAS LEASE **Document Date:** 02/19/2021 | | | |
| **McKenzie County** 531853 | **Instrument Number:** 531853 **Recording Date:** 2021-06-09 04:07P | | Add To Cart | Preview |
| | **Grantor:** PETRO DAKOTA LLC | | | |
| | **Grantee:** WAVELAND BAKKEN HOLDINGS II LLC | | | |
| | **Legal:** View Legal | | | |
| | **Document Type:** ASSIGNMENT OF OIL & GAS LEASE **Document Date:** 06/02/2021 | | | |

| Description | Summary | Add To Cart | Download |
|---|---|---|---|
| **McKenzie County** 496069 | **Instrument Number:** 496069 **Recording Date:** 2016-10-06 02:53P | Add To Cart | Preview |
| | **Grantor:** SM ENERGY COMPANY | | |
| | **Grantee:** WHITE ROCK OIL & GAS GP II LLC WHITE ROCK OIL & GAS PARTNERS II B | | |
| | **Legal:** View Legal | | |
| | **Document Type:** ASSIGNMENT & BILL OF SALE **Document Date:** 09/30/2016 | | |
| **McKenzie County** 501497 | **Instrument Number:** 501497 **Recording Date:** 2017-06-22 01:22P | Add To Cart | Preview |
| | **Grantor:** SPINDLETOP DRILLING COMPANY | | |
| | **Grantee:** WHITE ROCK OIL & GAS GP II LLC WHITE ROCK OIL & GAS PARTNERS II B | | |
| | **Legal:** View Legal | | |

| Description | Summary | Add To Cart | Download |
|---|---|---|---|
| **McKenzie County** 382284 | **Instrument Number:** 382284 **Recording Date:** 2008-09-25 02:01P | Add To Cart | Preview |

**Grantor:**

CODY OIL & GAS CORPORATION

**Grantee:**

FLIGINGER, MARK

WOLF ENERGY LLC

**Legal:**

View Legal

**Document Type:** MINERAL DEED

**Document Date:** 08/20/2008

| **McKenzie County** 385983 | **Instrument Number:** 385983 **Recording Date:** 2009-01-12 12:06P | Add To Cart | Preview |

**Grantor:**

PARIS, JACK W

**Grantee:**

WOLF ENERGY LLC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OIL & GAS LEASE

| Description | Summary | | Add To Cart | Download |
|---|---|---|---|---|

| **McKenzie County** 504028 | **Instrument Number:** 504028 **Recording Date:** 2017-10-30 03:54P | Add To Cart | Preview |
|---|---|---|---|
| | **Grantor:** | | |
| | AVERETT TRUSTEE, CRAIG L | | |
| | AVERETT TRUSTEE, KATHARINE F | | |
| | **Grantee:** | | |
| | MARTINEZ, KIRK D | | |
| | XTO HOLDINGS LLC | | |
| | **Legal:** | | |
| | View Legal | | |
| | **Document Type:** RATIFICATION & AMEND OGL | | |
| | **Document Date:** 10/23/2017 | | |
| **McKenzie County** 504237 | **Instrument Number:** 504237 **Recording Date:** 2017-11-09 01:35P | Add To Cart | Preview |
| | **Grantor:** | | |
| | SORENSON, WAYNE B | | |
| | SORENSON, CYNTHIA L | | |
| | **Grantee:** | | |
| | XTO HOLDINGS LLC | | |
| | **Legal:** | | |
| | View Legal | | |

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 330500 | **Instrument Number:** 330500 **Recording Date:** 1997-10-14 02:25P | Add To Cart | Preview |

**Grantor:**

PRAIRIE PETROLEUM INC

**Grantee:**

ZAVANNA LLC

J HIRAM MOORE LTD

MOORE TRUST

DIAMOND RESOURCES INC

GREAT PLAINS EXPLORATION INC

**Legal:**

View Legal

**Document Type:** ASSIGNMENT OF OVERRIDING ROYALTY

**Document Date:** 03/03/1997

| **McKenzie County** 333266 | **Instrument Number:** 333266 **Recording Date:** 1998-08-28 01:30P | Add To Cart | Preview |

**Grantor:**

DIAMOND RESOURCES INC

**Grantee:**

CHESAPEAKE OPERATING INC

ZAVANNA LLC

J HIRAM MOORE LTD

| Description | Summary | Add To Cart | Downloa |
|---|---|---|---|
| **McKenzie County** 529951 | **Instrument Number:** 529951 **Recording Date:** 2021-03-05 02:21P | Add To Cart | Preview |
| | **Grantor:** | | |
| | KEYBRIDGE RESOURCES LLC | | |
| | **Grantee:** | | |
| | ZDEV LLC | | |
| | **Legal:** | | |
| | View Legal | | |
| | **Document Type:** MINERAL DEED | | |
| | **Document Date:** 03/02/2021 | | |
| **McKenzie County** 529952 | **Instrument Number:** 529952 **Recording Date:** 2021-03-05 02:21P | Add To Cart | Preview |
| | **Grantor:** | | |
| | KEYBRIDGE RESOURCES LLC | | |
| | **Grantee:** | | |
| | ZDEV LLC | | |
| | **Legal:** | | |
| | View Legal | | |
| | **Document Type:** ASSIGNMENT, BILL OF SALE & CONVEY | | |
| | **Document Date:** 03/02/2021 | | |

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

# Results Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 53 of 53 results
Grantee Contains advanta resources

View Credits: Unlimited
Print Credits: 0

| Recorded | Instrument | Doc # ↓ |

Show 1st Legal Description

| | | | |
|---|---|---|---|
| MINERAL & ROYALTY DEED #447950 | 3/1/2021 2 Pages | ASPEN ROYALTY LLC ADVANTA RESOURCES LLC | View » |
| MINERAL & ROYALTY DEED #446814 | 11/23/2020 2 Pages | CADDO MINERALS LP ADVANTA RESOURCES LLC | View » |
| ASSIGNMENT OF LEASE #446649 | 11/5/2020 2 Pages | CADDO MINERALS INC ADVANTA RESOURCES LLC | View » |
| MINERAL & ROYALTY DEED #446648 | 11/5/2020 3 Pages | CADDO MINERALS INC ADVANTA RESOURCES LLC | View » |
| MINERAL & ROYALTY DEED #446521 | 10/26/2020 2 Pages | CADDO MINERALS INC ADVANTA RESOURCES LLC | View » |
| ASSIGNMENT OF ROYALTY #446520 | 10/26/2020 2 Pages | CADDO MINERALS INC ADVANTA RESOURCES LLC | View » |
| MINERAL & ROYALTY DEED #444205 | 4/27/2020 2 Pages | CADDO MINERALS INC ADVANTA RESOURCES LLC | View » |
| ASSIGNMENT OF OIL & GAS LEASE #439170 | 2/28/2019 3 Pages | AURORA ENERGY SOLUTIONS LLC ADVANTA RESOURCES LLC | View » |
| MINERAL & ROYALTY DEED #439038 | 2/19/2019 3 Pages | BLACK BEAR OIL & GAS LLC ADVANTA RESOURCES LLC | View » |
| ASSIGNMENT OF OVERRIDING ROYALTY #439024 | 2/14/2019 3 Pages | RILEY RESOURCES INC MARSHALL CRAFT OIL LLC | View » |
| ASSIGNMENT OF OIL & GAS LEASE #438946 | 2/11/2019 3 Pages | RILEY RESOURCES INC MARSHALL CRAFT OIL LLC | View » |
| STIPULATION AND CONVEYANCE #435343 | 5/3/2018 46 Pages | BISCHE-NELSON/TERESA A BISCHE-NELSON/TERESA A | View » |
| STIPULATION AND CONVEYANCE #435203 | 4/23/2018 42 Pages | BISCHE-NELSON/TERESA A BISCHE-NELSON/TERESA A | View » |

**iDoc Market**  Home  Counties  **Search**  FAQ  About  $23.00  Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

## Results Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 4 of 4 results
Grantee Contains allen curtis

View Credits:
Unlimited
Print Credits: 0

Recorded | Instrument | Doc # ↓

Show 1st Legal Description

| | | | |
|---|---|---|---|
| **OIL AND GAS LEASE** #445274 | 7/27/2020 5 Pages | PHOENIX CAPITAL GROUP HOLDINGS LLC ALLEN/CURTIS | View » |
| **OIL AND GAS LEASE** #445273 | 7/27/2020 5 Pages | PHOENIX CAPITAL GROUP HOLDINGS LLC ALLEN/CURTIS | View » |
| **OIL AND GAS LEASE** #445272 | 7/27/2020 5 Pages | PHOENIX CAPITAL GROUP HOLDINGS LLC ALLEN/CURTIS | View » |
| **OIL AND GAS LEASE** #445267 | 7/27/2020 4 Pages | PHOENIX CAPITAL GROUP HOLDINGS LLC ALLEN/CURTIS | View » |

« Back



← → C  ⬥ https://idocmarket.com/MOUND1/Document/Search                    ⊕ ☆ ↻ | ⬇ W

**iDoc Market**    Home    Counties    **Search**    FAQ    About       $23.00    Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

## esults Mountrail, ND

**Validated Through:** 8/13/2024                                        View Credits:
**Showing:** 97 of 97 results                                          Unlimited
Grantee Contains altair                                                 Print Credits: 0

                                                    Recorded   Instrument   Doc # ↓

                                                      Show 1st Legal Description

| | | | |
|---|---|---|---|
| **RATIFICATION OF OIL & GAS LEASE** #459472 | 10/13/2023 5 Pages | ORTLOFF/TERENCE ALTAIR CORPORATION | View » |
| **OIL AND GAS LEASE** #442077 | 11/4/2019 3 Pages | HUEBNER TRUSTEE/DENNIS E ALTAIR CORPORATION | View » |
| **OIL AND GAS LEASE** #439108 | 2/25/2019 3 Pages | OFFUTT CO-TRUSTEE/DON L ALTAIR CORPORATION | View » |
| **OIL AND GAS LEASE** #439107 | 2/25/2019 3 Pages | BLASI TRUSTEE/ROGER D ALTAIR CORPORATION | View » |
| **OIL AND GAS LEASE** #439106 | 2/25/2019 3 Pages | BLASI TRUSTEE/DAVID A ALTAIR CORPORATION | View » |
| **OIL AND GAS LEASE** #438934 | 2/11/2019 3 Pages | SCHAFFER/VERNON A ALTAIR CORPORATION | View » |
| **OIL AND GAS LEASE** #428531 | 2/13/2017 3 Pages | BIFFLE/CHET ARTHUR ALTAIR CORPORATION | View » |
| **OIL AND GAS LEASE** #428530 | 2/13/2017 4 Pages | BIFFLE/HILDA L ALTAIR CORPORATION | View » |
| **MINERAL DEED** #427867 | 12/23/2016 2 Pages | LOE/DARYL A ALTAIR CORPORATION | View » |
| **MINERAL DEED** #427326 | 11/14/2016 2 Pages | LUX/WILLIAM DOUGLAS ALTAIR CORPORATION | View » |
| **SUPPLEMENT TO AGREEMENT & FIN STMT** #424892 | 5/16/2016 26 Pages | HUNT OIL COMPANY SINCLAIR OIL & GAS COMPANY | View » |
| **OIL AND GAS LEASE** #422888 | 1/18/2016 3 Pages | BLASI REVOCABLE TRUST/MARCELLA M ALTAIR CORPORATION | View » |
| **OIL AND GAS LEASE** | 1/7/2016 | SCHAFFER/VERNON A | View » |



| | | |
|---|---|---|
| ← → C | 🔒 https://idocmarket.com/MOUND1/Document/Search | 🔍 ☆ ⏏ ⬇ ⓦ |

**iDoc Market**   Home   Counties   **Search**   FAQ   About   $23.00   Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

## esults Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 47 of 47 results
**Grantee Contains AVERY ALKANE**

View Credits:
Unlimited
Print Credits: 0

Recorded   Instrument   Doc # ↓

Show 1st Legal Description

| | | | |
|---|---|---|---|
| **OIL AND GAS LEASE**<br>#456649 | 2/21/2023<br>4 Pages | BENNETT CREEK MINERALS LLC<br>AVERY ALKANE LLC | View » |
| **OIL AND GAS LEASE**<br>#449652 | 7/13/2021<br>4 Pages | NORTH DAKOTA/STATE OF<br>MISSOURI RIVER ROYALTY CORPORATION | View » |
| **OIL AND GAS LEASE**<br>#449651 | 7/13/2021<br>4 Pages | NORTH DAKOTA/STATE OF<br>MISSOURI RIVER ROYALTY CORPORATION | View » |
| **OIL AND GAS LEASE**<br>#449650 | 7/13/2021<br>3 Pages | NORTH DAKOTA/STATE OF<br>MISSOURI RIVER ROYALTY CORPORATION | View » |
| **OIL AND GAS LEASE**<br>#449649 | 7/13/2021<br>4 Pages | NORTH DAKOTA/STATE OF<br>MISSOURI RIVER ROYALTY CORPORATION | View » |
| **OIL AND GAS LEASE**<br>#449648 | 7/13/2021<br>3 Pages | NORTH DAKOTA/STATE OF<br>MISSOURI RIVER ROYALTY CORPORATION | View » |
| **OIL AND GAS LEASE**<br>#449647 | 7/13/2021<br>3 Pages | NORTH DAKOTA/STATE OF<br>MISSOURI RIVER ROYALTY CORPORATION | View » |
| **OIL AND GAS LEASE**<br>#449483 | 7/1/2021<br>3 Pages | NORTH DAKOTA/STATE OF<br>MISSOURI RIVER ROYALTY CORPORATION | View » |
| **MINERAL DEED**<br>#443529 | 3/2/2020<br>2 Pages | DAVIDSON/WILLIAM E<br>AVERY ALKANE LLC | View » |
| **MINERAL DEED**<br>#443528 | 3/2/2020<br>2 Pages | DAVIDSON/PHILLIP L<br>AVERY ALKANE LLC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE**<br>#435324 | 5/3/2018<br>4 Pages | NORTHERN ENERGY CORPORATION<br>AVERY ALKANE LLC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE**<br>#433509 | 12/19/2017<br>4 Pages | NORTHERN ENERGY CORPORATION<br>NORTHERN ENERGY CORPORATION | View » |
| **OIL AND GAS LEASE**<br>#432802 | 10/23/2017<br>4 Pages | NORTH DAKOTA/STATE OF<br>MISSOURI RIVER ROYALTY CORPORATION | View » |



← → C   🔒 https://idocmarket.com/MOUND1/Document/Search

**iDoc Market**   Home   Counties   **Search**   FAQ   About         $23.00   Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

## Results Mountrail, ND

**Validated Through:** 8/13/2024          View Credits:
**Showing:** 1 of 1 results               Unlimited
Grantee Contains BARKER GROUP             Print Credits: 0

Recorded   Instrument   Doc # ↓

Show 1st Legal Description

**OIL AND GAS LEASE**     2/13/2020   EVOLUTION ENERGY LLC          View »
#443329                   5 Pages    BARKER GROUP INC

« Back

Site Terms
© Tyler Technologies, Inc. 2012 - 2024

County Interest Survey

Tyler Technologies Privacy Policy
Version 2024.3.3.0



← → C   https://idocmarket.com/MOUND1/Document/Search

**iDoc Market**   Home   Counties   **Search**   FAQ   About   $23.00   Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

## Results Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 22 of 22 results
Grantee Contains come big

View Credits:
Unlimited
Print Credits: 0

Recorded   Instrument   Doc # ↓

Show 1st Legal Description

| | | | |
|---|---|---|---|
| **OIL AND GAS LEASE** #455501 | 11/2/2022 6 Pages | GARRETT BTF MINERALS LLC COME BIG OR STAY HOME LLC | View » |
| **OIL AND GAS LEASE** #455500 | 11/2/2022 6 Pages | GARRETT BTF MINERALS LLC COME BIG OR STAY HOME LLC | View » |
| **OIL AND GAS LEASE** #455499 | 11/2/2022 6 Pages | GARRETT BTF MINERALS LLC COME BIG OR STAY HOME LLC | View » |
| **OPERATING AGREEMENT** #442126 | 11/6/2019 71 Pages | EOG RESOURCES INC EOG RESOURCES INC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #416188 | 1/22/2015 2 Pages | COMANCHE EXPLORATION COMPANY LLC GARRETT & COMPANY RESOURCES LLC | View » |
| **OIL AND GAS LEASE** #415302 | 12/8/2014 4 Pages | GARRETT BTF MINERALS LLC COME BIG OR STAY HOME LLC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #413399 | 9/22/2014 3 Pages | GULF EXPLORATION LLC GARRET & COMPANY RESOURCES LLC | View » |
| **OPERATING AGREEMENT** #398522 | 3/11/2013 30 Pages | EOG RESOURCES INC EOG RESOURCES INC | View » |
| **OPERATING AGREEMENT** #398521 | 3/11/2013 58 Pages | EOG RESOURCES INC EOG RESOURCES INC | View » |
| **SUPPLEMENT TO OPERATING AGREE & FIN** #398306 | 3/4/2013 22 Pages | EOG RESOURCES INC EOG RESOURCES INC | View » |
| **OIL AND GAS LEASE** #397021 | 1/14/2013 7 Pages | GARRETT BTF MINERALS LLC COME BIG OR STAY HOME LLC | View » |
| **OPERATING AGREEMENT** #395212 | 11/13/2012 60 Pages | EOG RESOURCES INC EOG RESOURCES INC | View » |
| **SUPPLEMENT TO OPERATING** | 11/2/2012 | EOG RESOURCES INC | View » |

  

**iDoc Market**     Home     Counties     **Search**     FAQ     About          $23.00     Welcome, incline.publicrecords.2@gmail.com ⌄

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.



# Results Mountrail, ND

**Validated Through:** 8/13/2024                                    View Credits:
**Showing:** 5 of 5 results                                        Unlimited
Grantee Contains CREDO PETROLEUM                    Print Credits: 0

| Recorded | Instrument | Doc # ⬇ |
|---|---|---|

Show 1st Legal Description

| | | | |
|---|---|---|---|
| **ASSIGNMENT OF OIL & GAS LEASE** #395206 | 11/13/2012 4 Pages | WPX ENERGY WILLISTON LLC CREDO PETROLEUM CORPORATION | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #395205 | 11/13/2012 4 Pages | WPX ENERGY WILLISTON LLC CREDO PETROLEUM CORPORATION | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #395204 | 11/13/2012 4 Pages | WPX ENERGY WILLISTON LLC CREDO PETROLEUM CORPORATION | View » |
| **RELEASE MORTGAGE,FIN STMT,ASSIGN ET** #394310 | 10/10/2012 8 Pages | BOKF NA CREDO PETROLEUM CORPORATION | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #388755 | 3/29/2012 3 Pages | ENERPLUS RESOURCES (USA) CORPORATION CREDO PETROLEUM CORPORATION | View » |

« Back

Site Terms                          County Interest Survey                      Tyler Technologies Privacy Policy
© Tyler Technologies, Inc. 2012 - 2024                                          Version 2024.3.3.0



**iDoc Market**    Home    Counties    **Search**    FAQ    About        $23.00    Welcome, incline.publicrecords.2@gmail.com ⌄

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.



# Results Mountrail, ND

**Validated Through:** 8/13/2024                                    View Credits:
**Showing:** 5 of 5 results                                         Unlimited
Grantee Contains CREDO PETROLEUM                                    Print Credits: 0

|  | Recorded | Instrument | Doc # ⬇ |
|---|---|---|---|
|  |  | Show 1st Legal Description |  |

| | | |
|---|---|---|
| **ASSIGNMENT OF OIL & GAS LEASE**<br>#395206 | 11/13/2012<br>4 Pages | WPX ENERGY WILLISTON LLC<br>CREDO PETROLEUM CORPORATION | View » |
| **ASSIGNMENT OF OIL & GAS LEASE**<br>#395205 | 11/13/2012<br>4 Pages | WPX ENERGY WILLISTON LLC<br>CREDO PETROLEUM CORPORATION | View » |
| **ASSIGNMENT OF OIL & GAS LEASE**<br>#395204 | 11/13/2012<br>4 Pages | WPX ENERGY WILLISTON LLC<br>CREDO PETROLEUM CORPORATION | View » |
| **RELEASE MORTGAGE,FIN STMT,ASSIGN ET**<br>#394310 | 10/10/2012<br>8 Pages | BOKF NA<br>CREDO PETROLEUM CORPORATION | View » |
| **ASSIGNMENT OF OIL & GAS LEASE**<br>#388755 | 3/29/2012<br>3 Pages | ENERPLUS RESOURCES (USA) CORPORATION<br>CREDO PETROLEUM CORPORATION | View » |

« Back

Site Terms                        County Interest Survey                        Tyler Technologies Privacy Policy
© Tyler Technologies, Inc. 2012 - 2024                                          Version 2024.3.3.0

**iDoc Market**   Home   Counties   **Search**   FAQ   About      $23.00   Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

# Results Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 7 of 7 results
Grantee Contains DEL RIO

View Credits:
Unlimited
Print Credits: 0

Recorded   Instrument   Doc # ⬇

Show 1st Legal Description

| | | | |
|---|---|---|---|
| **ASSIGNMENT OF LEASE** #456551 | 2/8/2023 21 Pages | AMERICAN STANDARD ENERGY CORP DEL RIO ROYALTY COMPANY II LLC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #450929 | 11/2/2021 8 Pages | OGR BAKKEN RESOURCES LLC DEL RIO ROYALTY COMPANY LLC | View » |
| **ASSIGNMENT OF LEASE** #450601 | 10/1/2021 7 Pages | OGR BAKKEN RESOURCES LLC DEL RIO ROYALTY COMPANY LLC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #449879 | 7/28/2021 9 Pages | OGR BAKKEN RESOURCES LLC DEL RIO ROYALTY COMPANY LLC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #449865 | 7/27/2021 11 Pages | OGR BAKKEN RESOURCES LLC DEL RIO ROYALTY COMPANY LLC | View » |
| **MINERAL & ROYALTY DEED** #439851 | 4/30/2019 3 Pages | MAP2004-OK DEL RIO ROYALTY COMPANY LLC | View » |
| **QUIT CLAIM DEED** #326343 Book 746 Page 149 | 2/20/2007 11 Pages | FALCON ROYALTIES LLC ASHBAUGH REVOC LIVING TRUST/FRED | View » |

« Back



← → C   🔒 https://idocmarket.com/MOUND1/Document/Search

**iDoc Market**   Home   Counties   **Search**   FAQ   About   $23.00   Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

## Results Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 36 of 36 results
Grantee Contains DIAMOND EXPLORATION

View Credits: Unlimited
Print Credits: 0

Recorded   Instrument   Doc # ↓

Show 1st Legal Description

| | | | |
|---|---|---|---|
| **OIL AND GAS LEASE** #449874 | 7/28/2021 3 Pages | SANISH OIL LLC DIAMOND EXPLORATION INC | View » |
| **OIL AND GAS LEASE** #409100 | 4/24/2014 4 Pages | SKADELAND ESTATE/DONN DIAMOND EXPLORATION INC | View » |
| **OPERATING AGREEMENT** #406938 | 2/10/2014 20 Pages | EOG RESOURCES INC TRIPLE T INC | View » |
| **SUPPLEMENT TO OPERATING AGREE & FIN** #398301 | 3/4/2013 38 Pages | EOG RESOURCES INC EOG RESOURCES INC | View » |
| **OPERATING AGREEMENT** #395212 | 11/13/2012 60 Pages | EOG RESOURCES INC EOG RESOURCES INC | View » |
| **OPERATING AGREEMENT** #395006 | 11/2/2012 42 Pages | EOG RESOURCES INC NORTHERN OIL & GAS INC | View » |
| **SUPPLEMENT TO AGREEMENT & FIN STMT** #394639 | 10/22/2012 57 Pages | EOG RESOURCES INC EOG RESOURCES INC | View » |
| **OIL AND GAS LEASE** #392580 | 8/8/2012 3 Pages | SKADELAND PR/JANET L DIAMOND EXPLORATION INC | View » |
| **OIL AND GAS LEASE** #390600 | 5/29/2012 3 Pages | SKADELAND PR/JANET L DIAMOND EXPLORATION INC | View » |
| **RATIFICATION OF OIL & GAS LEASE** #389064 | 4/9/2012 2 Pages | SKADELAND ESTATE/DONN DIAMOND EXPLORATION INC | View » |
| **OIL AND GAS LEASE** #388872 | 4/3/2012 3 Pages | SKADELAND PR/JANET L DIAMOND EXPLORATION INC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #380352 | 6/22/2011 4 Pages | RITTER LABER & ASSOCIATES INC MILLENNIUM CORPORATION | View » |


**iDoc Market**   Home   Counties   **Search**   FAQ   About      **$23.00**   Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.



# Results Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 3 of 3 results
Name Contains DOUGLAS MARJORIE

View Credits:
Unlimited
Print Credits: 0

| Recorded | Instrument | Doc # ↓ |

Show 1st Legal Description

| | | | |
|---|---|---|---|
| **STIPULATION OF MINERAL INTEREST** #459689 | 11/6/2023 93 Pages | STEPHENS WILLISTON LLC REESE/BARBARA A | View » |
| **OIL AND GAS LEASE** #443423 | 2/21/2020 4 Pages | DOUGLAS/MARJORIE MAROON BELLS PARTNERS | View » |
| **SPECIAL WARRANTY DEED** #364960 | 2/26/2010 3 Pages | BINGEN ADMIN/ELEANORE M BINGEN/ELEANORE M | View » |

« Back



iDoc Market   Home   Counties   **Search**   FAQ   About    $23.00   Welcome, incline.publicrecords.2@gmail.com ▾

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.

## esults Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 1000 of 3328 results
Name Contains EOG RESOURCES

View Credits: Unlimited
Print Credits: 0

Recorded   Instrument   Doc # ↓
Show 1st Legal Description

| | | | |
|---|---|---|---|
| **RATIFICATION OF OIL & GAS LEASE** #462804 | 7/15/2024 4 Pages | HUNTER/KATHLEEN E EOG RESOURCES INC | View » |
| **RATIFICATION OF OIL & GAS LEASE** #462803 | 7/15/2024 3 Pages | HUNTER CO-TRUSTEE/SAMUEL W EOG RESOURCES INC | View » |
| **RATIFICATION OF OIL & GAS LEASE** #462802 | 7/15/2024 3 Pages | HUNTER/JENNIFER EOG RESOURCES INC | View » |
| **WELLBORE ASSIGNMENT** #461966 | 5/8/2024 19 Pages | EOG RESOURCES INC MUREX PETROLEUM CORPORATION | View » |
| **WELLBORE ASSIGNMENT** #459977 | 11/30/2023 21 Pages | EOG RESOURCES INC PALISADE ENERGY LLC | View » |
| **COMMUNITIZATION AGREEMENT** #459569 | 10/23/2023 1 Page | EOG RESOURCES INC PUBLIC | View » |
| **MEMORANDUM OF AGREEMENT** #459553 | 10/23/2023 1 Page | EOG RESOURCES INC PUBLIC | View » |
| **WELLBORE ASSIGNMENT** #459398 | 10/6/2023 7 Pages | EOG RESOURCES INC MIDWAY MINERALS LLC | View » |
| **LEASE AMENDMENT** #459077 | 9/8/2023 3 Pages | FENNEMA/LINDA EOG RESOURCES INC | View » |
| **SPECIAL WARRANTY DEED** #458651 | 8/7/2023 6 Pages | EOG RESOURCES INC PIVOTAL ENERGY PARTNERS USA INC | View » |
| **RIGHT OF WAY GRANT** #458091 | 6/14/2023 5 Pages | WALDOCK/DANIEL C EOG RESOURCES INC | View » |
| **RIGHT OF WAY GRANT** #458090 | 6/14/2023 4 Pages | WALDOCK/JAMES P EOG RESOURCES INC | View » |
| **MEMORANDUM OF OIL AND GAS LEASE** #457629 | 5/10/2023 3 Pages | FRYER/LEAH PUBLIC | View » |
| **MEMORANDUM OF OIL AND GAS LEASE** #457628 | 5/10/2023 3 Pages | SITES/GINA PUBLIC | View » |
| **LEASE AMENDMENT** #457488 | 4/28/2023 3 Pages | BRYANT/TIMOTHY L EOG RESOURCES INC | View » |
| **LEASE AMENDMENT** #457487 | 4/28/2023 3 Pages | BRYANT/WILLIAM EOG RESOURCES INC | View » |
| **LEASE AMENDMENT** #457445 | 4/25/2023 3 Pages | WESTON/ROSELLA EOG RESOURCES INC | View » |



 

https://idocmarket.com/MOUND1/Document/Search

| iDoc Market | Home | Counties | Search | FAQ | About | $23.00 | Welcome, incline.publicrecords.2@gmail.com ▾ |

Currently some Email servers are quarantining our emails and not delivering to your inbox. Please have your email provider release them to your inbox and report them as safe to Microsoft. Our development team is currently working on a solution.



**esults** Mountrail, ND

**Validated Through:** 8/13/2024
**Showing:** 7 of 7 results
Grantee Contains EVERETT PETROLEUM

View Credits: Unlimited
Print Credits: 0

Recorded    Instrument    Doc # ↓

Show 1st Legal Description

| | | | |
|---|---|---|---|
| **MINERAL DEED** #462663 | 7/2/2024 3 Pages | EVERETT/WILLIAM R EVERETT PETROLEUM LLC | View » |
| **OIL AND GAS LEASE** #462550 | 6/25/2024 4 Pages | GRAY CO-TRUSTEE/BRYAN J EVERETT PETROLEUM LLC | View » |
| **MINERAL DEED** #461115 | 3/8/2024 4 Pages | EVERETT/WILLIAM R EVERETT PETROLEUM LLC | View » |
| **ASSIGNMENT & BILL OF SALE** #461114 | 3/8/2024 5 Pages | EVERETT/WILLIAM R EVERETT PETROLEUM LLC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #441433 | 9/11/2019 11 Pages | EVERETT/W R EVERETT PETROLEUM LLC | View » |
| **ASSIGNMENT OF LEASE** #441072 | 8/14/2019 3 Pages | LYNX OIL COMPANY ASCENSION OIL & GAS LLC | View » |
| **ASSIGNMENT OF OIL & GAS LEASE** #422412 | 12/16/2015 5 Pages | EVERETT/W R EVERETT PETROLEUM LLC | View » |

« Back

Site Terms
© Tyler Technologies, Inc. 2012 - 2024

County Interest Survey

Tyler Technologies Privacy Policy
Version 2024.3.3.0