# EXHIBIT A

CAUSE NO. DC-22-06350

| | | |
|---|---|---|
| PHOENIX CAPITAL GROUP HOLDINGS, LLC, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| WILLIAM FRANCIS and INCLINE ENERGY PARTNERS, L.P., | § § § § | |
| Defendants. | § | 116TH JUDICIAL DISTRICT |

### ORDER GRANTING DEFENDANTS' AMENDED RENEWED TCPA MOTION TO DISMISS UPON REMAND

Before the Court is Defendants' Amended Renewed Motion to Dismiss, premised on the TCPA (the "TCPA Motion") following remand by the Court of Appeals. After considering the Amended Renewed Motion, the Response, the Reply, the arguments of counsel and the evidence on file at the time the Motion was originally filed, the Court is of the opinion that the Amended Renewed TCPA Motion should be and hereby is **GRANTED**.

Accordingly, Plaintiff's remaining claim and this lawsuit is **DISMISSED, WITH PREJUDICE**. Defendants are awarded their reasonable and necessary attorney's fees in connection with the Motion, the Amended Renewed Motion, and the appeal, which the Court finds to be $ 220,624.42.

SO ORDERED, this 8th day of November 2024.

_____
PRESIDING JUDGE