## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Phoenix Capital Group Holdings, LLC<br><br>v.<br><br>Incline Energy Partners, L.P. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION TO APPEAR**<br>**PRO HAC VICE**<br><br><br>Case No. 1:23-cv-00209-DLH-CRH |

Gary Cruciani, an attorney for Phoenix Capital Group Holdings, LLC moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of Texas - 05177300 |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 6 day of December   .

/s/   *Gary Cruciani*