UNITED STATES DISTRICT COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| PHOENIX CAPITAL GROUP HOLDINGS, LLC,<br><br>                          Plaintiff,<br><br>vs.<br><br>INCLINE ENERGY PARTNERS, L.P.,<br><br>                          Defendant. | Civil Action No. 1:23-cv-00209<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41** |

    Federal Rule of Civil Procedure 41(a) allows a plaintiff to voluntary dismiss an action without the need for a court order by filing a notice of dismissal before the opposing party serves either: (1) an answer, or (2) a motion for summary judgment.

    Defendants have served neither in this case. Accordingly, Plaintiff hereby serves notice to this Court that Plaintiff voluntarily DISMISSES, without prejudice, the above-captioned action pending against the above-named defendants.

    Therefore, Plaintiff respectfully requests that this Court dismiss the above-captioned case, without prejudice, in accordance with this notice.

| | |
|---|---|
| Dated: March 25, 2025 | Respectfully submitted,<br><br>    */s/ Chad S. Hummel*<br><br>MCKOOL SMITH, P.C.<br>Chad S. Hummel Pro Hac Vice (SBN 135099)<br>chummel@McKoolSmith.com<br>Makenna Miller Pro Hac Vice (SBN 329244)<br>mmiller@McKoolSmith.com<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234 |

-2-

        MCKOOL SMITH, P.C.
        Travis E. DeArman Pro Hac Vice
        tdearman@McKoolSmith.com
        Gary Cruciani Pro Hac Vice
        gcruciani@McKoolSmith.com
        300 Crescent Court, Suite 1200
        Dallas, Texas 75201
        Telephone: (214) 978-4000
        Facsimile: (214) 978-4044
        Attorney for Plaintiff

***Attorneys for Plaintiff***
***Phoenix Capital Group Holdings, LLC***