# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Phoenix Capital Group Holding, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.1:23-cv-209 |
| Incline Energy Partners, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Plaintiff's notice of voluntary dismissal filed on March 25, 2025. See Doc. No. 56. The Plaintiff provides notice of voluntary dismissal of its complaint. The Court **ADOPTS** the Plaintiff's notice (Doc. No. 56) and **ORDERS** the Plaintiff's complaint be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2025.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court